UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-25894-RKA

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>)<br>) |
| BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Charles D. Tobin, Esq. of Ballard Spahr LLP hereby gives notice of his appearance on behalf of Defendants British Broadcasting Corporation a/k/a/ BBC, BBC Studios Distribution Limited, and BBC Studios Productions Limited ("Defendants") and requests that all further pleadings directed to Defendants be served upon the undersigned counsel.

2

Dated: December 22, 2025

Respectfully submitted,

BALLARD SPAHR LLP
*Attorneys for Defendant*
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
     Charles D. Tobin
     Fla. Bar No.: 816345
     tobinc@ballardspahr.com