UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-25894-RKA

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual | ) ) ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) |
| BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Defendants British Broadcasting Corporation a/k/a BBC ("the BBC"), BBC Studios Distribution Ltd., and BBC Studios Productions Ltd., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, submit this Corporate Disclosure Statement and Certificate of Interested Persons.

## CORPORATE DISCLOSURE STATEMENT

Defendant BBC states that it has no parent corporation or publicly held corporation owning 10 percent or more of its stock.

Defendant BBC Studios Distribution Ltd. hereby discloses the following parent corporation and/or publicly held corporation owning 10% or more of its stock: BBC Studios Distribution Ltd. is 100% owned by BBC Studios Limited; BBC Studios Limited is 100% owned

by BBC Commercial Limited; and BBC Commercial Limited is 100% owned by the BBC.

Defendant BBC Studios Productions Ltd. hereby discloses the following parent corporation and/or publicly held corporation owning 10% or more of its stock: BBC Studios Productions Ltd. is 100% owned by BBC Studios Limited; BBC Studios Limited is 100% owned by BBC Commercial Limited; and BBC Commercial Limited is 100% owned by the BBC.

Defendants BBC, BBC Studios Distribution Ltd., and BBC Studios Productions Ltd. are U.K. citizens.

## CERTIFICATE OF INTERESTED PERSONS

Defendants identify the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of the case.

1. Plaintiff President Donald J. Trump.

2. Defendant British Broadcasting Corporation a/k/a BBC.

3. Defendant BBC Studios Distribution Ltd.

4. Defendant BBC Studios Productions Ltd.

5. BBC Studios Limited, which owns BBC Studios Distribution Ltd. and BBC Studios Productions Ltd.

6. BBC Commercial Limited, which owns BBC Studios Limited.

7. Ballard Spahr LLP, counsel for Defendant.

8. Charles D. Tobin, Ballard Spahr LLP, attorney for Defendants.

9. Sasha Dudding, Ballard Spahr LLP, attorney for Defendants, *pro hac vice* application forthcoming.

10. Brito, PLLC, counsel for Plaintiff.

11. Alejandro Brito, Brito, PLLC, attorney for Plaintiff.

12.     Taylor Dykema PLLC, counsel for Plaintiff.

13.     Edward Andrew Paltzik, Taylor Dykema PLLC, attorney for Plaintiff.

14.     Epstein & Co. LLC, counsel for Plaintiff.

15.     Daniel Zachary Epstein, Epstein & Co. LLC, attorney for Plaintiff.


Dated: December 22, 2025                    Respectfully submitted,

                                            BALLARD SPAHR LLP
                                            *Attorneys for Defendant*
                                            1909 K Street, NW
                                            Washington, DC 20006-1157
                                            Tel: (202) 661-2218
                                            Fax: (202) 661-2299

                                            By:   */s/ Charles D. Tobin*
                                                  Charles D. Tobin
                                                  Fla. Bar No.: 816345
                                                  tobinc@ballardspahr.com