UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-25894-RKA

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, | ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION OF SASHA (ALEXANDRA) DUDDING TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sasha (Alexandra) Dudding of the law firm of Ballard Spahr LLP, 1675 Broadway, 19th Floor, New York, NY 10019, Telephone: (646) 346-8094, for purposes of appearance as co-counsel on behalf of Defendants British Broadcasting Corporation a/k/a BBC, BBC Studios Distribution Ltd., and BBC Studios Productions Ltd. (together, "Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sasha (Alexandra) Dudding to receive electronic filings in this case, and in support thereof states as follows:

1.      Sasha (Alexandra) Dudding is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of New York, Connecticut, and the District of Columbia; the United States Courts of Appeals for the Second and District of Columbia Circuits;

and the United States District Courts for the Southern District of New York and the District of Columbia.  Sasha (Alexandra) Dudding is an associate at Ballard Spahr LLP, which has been retained to serve as counsel for Defendants in this matter.

2.      Movant, Charles D. Tobin, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 661-2288, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Sasha (Alexandra) Dudding has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Sasha (Alexandra) Dudding, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sasha (Alexandra) Dudding at the email address: duddings@ballardspahr.com.

WHEREFORE, Charles D. Tobin, moves this Court to enter an Order permitting Sasha (Alexandra) Dudding to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sasha (Alexandra) Dudding.

Date: December 22, 2025

Respectfully submitted,

*/s/ Charles D. Tobin*
Charles D. Tobin (Fla. Bar No. 816345)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2218
Fax: (202) 661-2299
TobinC@ballardspahr.com

*Counsel for Defendants*