UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:25-CV-25894-RKA

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATION OF SASHA (ALEXANDRA) DUDDING

Sasha (Alexandra) Dudding, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the bars of New York, Connecticut, and the District of Columbia; the United States Courts of Appeals for the Second and District of Columbia Circuits; and the United States District Courts for the Southern District of New York and the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: December 22, 2025

Respectfully submitted,

*/s/ Sasha (Alexandra) Dudding*
Sasha (Alexandra) Dudding
N.Y. Bar No. 5896477
BALLARD SPAHR LLP
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (646) 346-8094
Fax: (212) 223-1942
DuddingS@ballardspahr.com