**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25894-ALTMAN**

**PRESIDENT DONALD J. TRUMP**,

    *Plaintiff*,

*v.*

**BRITISH BROADCASTING CORP.**, *et al.*,

    *Defendants.*

_____/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**

The parties are directed to prepare and file a joint scheduling report, as required by S.D. FLA. L.R. 16.1(b)(2), by **January 12, 2026**. In addition, by **January 12, 2026**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

    **DONE AND ORDERED** in the Southern District of Florida on December 22, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record