**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>              Defendants. | Case No. 25-CV-25894-RKA |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to the Court's December 23, 2025 Order [DE 12], hereby submits his Certificate of Interested Parties and Corporate Disclosures, as follows:

**Certificate of Interested Parties**

Plaintiff certifies, based on his information and belief, that the following persons and entities may have a financial interest in the outcome of this case:

1. President Donald J. Trump, Plaintiff.
2. British Broadcasting Corporation a/k/a BBC, Defendant.
3. BBC Studios Distribution Limited, Defendant.
4. BBC Studios Productions Limited, Defendant.
5. Brito PLLC, counsel for Plaintiff.
6. Alejandro Brito, Esq., counsel for Plaintiff.

7. Edward Andrew Paltzik, Esq., counsel for Plaintiff.

8. Daniel Zachary Epstein, Esq. counsel for Plaintiff.

9. Charles D. Tobin, Esq., counsel for Defendants.

10. Ballard Spahr, LLP, counsel for Defendants.

Dated:  December 23, 2025

Respectfully submitted,

/s/Alejandro Brito
Alejandro Brito
Florida Bar No. 098442
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
apiriou@britopllc.com

/s/Edward Andrew Paltzik
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

/s/Daniel Zachary Epstein
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,
President Donald J. Trump*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 23, 2025 the foregoing was served via the Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting Corporation, BBC Studios Productions Limited and BBC Studios Distribution Limited*