**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>    Defendants. | Case No. 25-CV-25894-RKA |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Daniel Epstein of the law firm of Epstein & Co. 8903 Glades Rd Ste A8 #2090 Boca Raton, FL 33434, (510) 239-7430, for purposes of appearance as co-counsel on behalf of Plaintiff President Donald J. Trump in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Daniel Epstein to receive electronic filings in this case, and in support thereof states as follows:

   1.   Daniel Epstein is not admitted to practice in the Southern District of Florida and is a member in good standing of the D.C. Bar and U.S. District Court for the District of Columbia.

2. Movant, Alejandro Brito, Esquire, of the law firm of Brito PLLC 2121 Ponce de Leon Blvd, Suite 650, Coral Gables, FL 33134, (305) 614-4071, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Daniel Epstein has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Daniel Epstein, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Daniel Epstein at email address: dan@epsteinco.co.

WHEREFORE, Alejandro Brito moves this Court to enter an Order granting Daniel Epstein to appear before this Court on behalf of Plaintiff President Donald J. Trump, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Daniel Epstein.

Dated: January 5, 2026

Respectfully submitted,

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
BRITO, PLLC
2121 Ponce de Leon Boulevard

Suite 650  
Coral Gables, FL 33134  
Tel:  305-614-4071  
Fax:  305-440-4385  
abrito@britopllc.com  
apiriou@britopllc.com  
*Attorneys for Donald J. Trump*