# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>            Defendants. | Case No. 25-CV-25894-RKA |

## CERTIFICATION OF DANIEL EPSTEIN

Daniel Epstein, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the D.C. bar and the U.S. District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Daniel Epstein
*D.C. Bar No*. 1009132
dan@epsteinco.co
Epstein & Co.
8903 Glades Rd Ste A8 #2090
Boca Raton, FL 33434
(510) 239-7430