UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>Defendants. | Case No. 25-CV-25894-RKA |

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Daniel Epstein, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Daniel Epstein may appear and participate in this action on behalf of Plaintiff President Donald J. Trump.  The Clerk shall provide electronic notification of all electronic filings to Daniel Epstein at dan@epsteinco.co.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____

ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record