**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

    v.

BRITISH BROADCASTING CORPORATION
a/k/a/ BBC, BBC STUDIOS DISTRIBUTION
LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

        Defendants.

Case No. 25-CV-25894-RKA

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Edward Andrew Paltzik of the law firm of Tylor Dykema, 914 E. 25th Street, Houston, Texas 77009, for purposes of appearance as co-counsel on behalf of Plaintiff President Donald J. Trump in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Edward Andrew Paltzik to receive electronic filings in this case, and in support thereof states as follows:

1. Edward Andrew Paltzik is not admitted to practice in the Southern District of Florida. He is admitted to practice in the states of New York, New Jersey, Utah, Texas, and Maine, as well as the Supreme Court of the United States and the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, District of Columbia, and Federal Circuits.

Additionally, he is admitted in the United States District Courts for the District of Colorado, District of Columbia, District of Maine, District of Utah, District of Maryland, District of New Jersey, District of New Mexico, Eastern District of New York, Northern District of New York, Southern District of New York, Western District of New York, Northern District of Ohio, Eastern District of Texas, Northern District of Texas, and Southern District of Texas. He is a member in good standing in all these jurisdictions.

2. Movant, Alejandro Brito, Esquire, of the law firm of Brito PLLC 2121 Ponce de Leon Blvd, Suite 650, Coral Gables, FL 33134, (305) 614-4071, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Edward Andrew Paltzik has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Edward Andrew Paltzik, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Edward Andrew Paltzik at email address: edward@taylordykema.com.

WHEREFORE, Alejandro Brito moves this Court to enter an Order granting Edward Andrew Paltzik to appear before this Court on behalf of Plaintiff President Donald J. Trump, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Edward Andrew Palzik.

Dated: January 5, 2026

Respectfully submitted,

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385
abrito@britopllc.com
apiriou@britopllc.com
*Attorneys for Donald J. Trump*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071