**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>           Defendants. | Case No. 25-CV-25894-RKA |

**CERTIFICATION OF EDWARD ANDREW PALTZIK**

Edward Andrew Paltzik, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of New York, New Jersey, Texas, Utah, and Maine, as well as the Supreme Court of the United States and the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, District of Columbia, and Federal Circuits; United States District Courts for the District of Colorado, District of Columbia, District of Maine, District of Maryland, District of New Jersey, District of New Mexico, Eastern District of New York, Northern District of New York, Southern District of New York, Western District of New York, Northern District of Ohio, Eastern District of Texas, Northern District of Texas, Southern District of Texas, and District of Utah; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

1

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, Texas 77009
edward@taylordykema.com
(516) 526-0341