**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>        Defendants. | Case No. 25-CV-25894-RKA |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Edward Andrew Paltzik, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Edward Andrew Paltzik may appear and participate in this action on behalf of Plaintiff President Donald J. Trump.  The Clerk shall provide electronic notification of all electronic filings to Edward Andrew Paltzik at edward@taylordykema.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record