# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>    Defendants. | Case No. 25-cv-25894-RKA |

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS MATTER** is set for trial during the Court's trial calendar beginning on _____. Counsel for all Parties shall also appear at a **Calendar Call** at **11:00 a.m. on** _____. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 12-4 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. This case shall be assigned to the _____ Track pursuant to Local Rule 16.1(a)(2), and the Parties shall adhere to the following schedule:

| Activity | Plaintiff's Suggested Date | Defendants' Suggested Date | Court-Ordered Date |
|---|---|---|---|
| Exchange of initial disclosures | 1/30/2026 | 20 days following final disposition of the Defendants' dispositive motion to dismiss | |
| Joinder of any additional parties and | 5/1/2026 | 5/1/2026 | |

7

| | | | |
|---|---|---|---|
| filing of motions to amend the complaint | | | |
| Written lists containing the names and addresses of all fact witnesses intended to be called at trial | 4/3/2026 | 60 days following final disposition of the Defendants' dispositive motion to dismiss | |
| Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) | 7/31/2026 | 10/16/2026 | |
| Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) | 9/1/2026 | 11/16/2026 | |
| Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation | 3/27/2026 | 4/13/2026 | |
| Fact discovery shall be completed | 9/4/2026 [at least five months before Trial date] | 2/12/2027 | |
| Expert discovery shall be completed | 10/2/2026 [at least five months before Trial date] | 3/12/2027 | |
| Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed | 11/6/2026 [at least four months before Trial date] | 6/10/2027 | |
| Mediation shall be completed | 12/5/2026 [at least three months before Trial date] | 3/12/2027 | |
| All pretrial motions and memoranda of law, including motions in limine, shall be filed | 1/4/2027 [at least two months before Trial date] | 8/10/2027 | |
| Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed | 1/29/2027 [at least one month before Trial date] | 8/17/2027 | |

8

| | | | |
|---|---|---|---|
| findings of fact and conclusions of law shall be filed | | | |
| Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF | 2/25/2027 [no later than 48 hours prior to Calendar Call] | 9/17/2027 | |
| Length of Trial | 5-10 court days | 20 court days | |
| Jury/Non-Jury | Jury | Jury | |

**DONE AND ORDERED** in Miami, Florida, this ___ day of _____, 2026.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record