# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>Defendants. | Case No. 25-cv-25894-RKA |

**JOINT ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY PURPOSES ONLY**

Pursuant to 28 U.S.C. § 636(c), the undersigned parties to the above-styled action hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment regarding:

1. Motions to Dismiss             Yes _____  No __X__

2. Motions for Summary Judgment   Yes _____  No __X__

3. All Pretrial Motions           Yes _____  No __X__

4. Discovery                      Yes __X__  No _____

5. Other (explain below)          Yes _____  No __X__

11

Dated: January 12, 2026                       Respectfully submitted,

| | |
|---|---|
| */s/Alejandro Brito*<br>Alejandro Brito<br>Florida Bar No. 098442<br>Ian Michael Corp<br>Florida Bar No. 1010943<br>BRITO, PLLC<br>2121 Ponce de Leon Boulevard<br>Suite 650<br>Coral Gables, FL 33134<br>Tel:  305-614-4071<br>Fax:  305-440-4385<br>abrito@britopllc.com<br>icorp@britopllc.com<br>apiriou@britopllc.com<br><br>*/s/Edward Andrew Paltzik*<br>Edward Andrew Paltzik<br>Taylor Dykema PLLC<br>914 E. 25th Street<br>Houston, TX 77009<br>Tel: 516-526-0341<br>edward@taylordykema.com<br><br>(*pro hac vice application forthcoming*)<br><br>*/s/Daniel Zachary Epstein*<br>Daniel Zachary Epstein<br>Epstein & Co. LLC<br>8903 Glades Rd<br>Ste A8 #2090<br>Boca Raton, FL 33434<br>Tel: 510-239-7430<br>dan@epsteinco.co<br>(*pro hac vice application forthcoming*)<br><br>*Counsel to Plaintiff,*<br>*President Donald J. Trump* | */s/ Charles David Tobin*<br>Charles David Tobin<br>Ballard Spahr LLP<br>1909 K Street, NW<br>12th Floor<br>Washington, DC 20006<br>Tel:  202-661-2218<br>Fax:  202-661-2299<br>tobinc@ballardspahr.com<br><br>Sasha Dudding (admitted *pro hac vice*)<br>Ballard Spahr LLP<br>1675 Broadway<br>19th Floor<br>New York, NY 10019<br>Tel:  646-346-8094<br>duddings@ballardspahr.com<br><br>*Counsel to Defendants* |

12