**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

      v.

BRITISH BROADCASTING CORPORATION
a/k/a/ BBC, BBC STUDIOS DISTRIBUTION
LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

        Defendants.

Case No. 25-CV-25894-RKA

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY**
**PENDING ADJUDICATION OF THEIR MOTION TO DISMISS**
**WITH INCORPORATED MEMORANDUM OF LAW (D.E. 18)**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel, respectfully files this Unopposed Motion for Enlargement of Time ("Motion") to respond to the Motion to Stay Discovery Pending Adjudication of their Motion to Dismiss with Incorporated Memorandum of Law (D.E. 18) ("Motion to Stay") filed by Defendants British Broadcasting Corporation a/k/a BBC, BBC Studios Distribution Limited, and BBC Studios Productions Limited (collectively, "Defendants"). In support, Plaintiff states as follows:

1.     On January 12, 2026, Defendants filed their Motion to Stay. *See* D.E. 18.

2.     S.D. Fla. L. R. 7.1(c)(1) stipulates that Plaintiff's response to Defendants' Motion to Stay is due January 26, 2026.

3.     However, due to the press of other matters, Plaintiff requires seven additional days, until February 2, 2026, to respond to Defendants' Motion to Stay.

4.      Given that the Court has yet to enter any Scheduling Order and that Defendants have represented that their Motion to Dismiss will not be filed until March 17, 2026 (*see* D.E. 18, § III, p. 20), granting Plaintiff's requested relief does not prejudice Defendants in any way nor does it unduly delay this action.

5.      Pursuant to S.D. Fla. L. R. 7.1(a)(3), the undersigned counsel certifies that he conferred with Defendant's counsel, Charles D. Tobin, Esq., on January 22-23, 2026, regarding the relief requested in this Motion. Mr. Tobin confirmed that Defendants do not oppose the Motion.

**WHEREFORE**, Plaintiff President Donald J. Trump respectfully requests that this Court enter an Order granting a seven-day enlargement of time, up to and including February 2, 2026, for Plaintiff to respond to Defendants' Motion to Stay, ordering that Defendants' reply to Plaintiff's response, if any, is due by February 9, 2026, and granting such other and further relief as this Court deems proper.

Dated: January 23, 2026                                Respectfully submitted,

                                                        */s/Alejandro Brito*
                                                        Alejandro Brito
                                                        Florida Bar No. 098442
                                                        BRITO, PLLC
                                                        2121 Ponce de Leon Boulevard
                                                        Suite 650
                                                        Coral Gables, FL 33134
                                                        Tel:  305-614-4071
                                                        Fax:  305-440-4385
                                                        abrito@britopllc.com
                                                        apiriou@britopllc.com

                                                        */s/Edward Andrew Paltzik*
                                                        Edward Andrew Paltzik
                                                        Taylor Dykema PLLC
                                                        914 E. 25th Street
                                                        Houston, TX 77009
                                                        Tel: 516-526-0341
                                                        edward@taylordykema.com
                                                        (*pro hac vice application forthcoming*)

2

*/s/Daniel Zachary Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 23, 2026 the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting*
*Corporation, BBC Studios Productions Limited*
*and BBC Studios Distribution Limited*

*/s/Alejandro Brito*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071