**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>             Defendants. | Case No. 25-CV-25894-RKA |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STAY DISCOVERY PENDING ADJUDICATION OF THEIR MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW (D.E. 18)**

THIS MATTER came before the Court on the Plaintiff Donald J. Trump's ("Plaintiff") Unopposed Motion for Enlargement of Time ("Motion") to Respond to Defendants British Broadcasting Corporation a/k/a BBC, BBC Studios Distribution Limited, and BBC Studios Productions Limited's (collectively, "Defendants") Motion to Stay Discovery Pending Adjudication of their Motion to Dismiss with Incorporated Memorandum of Law (D.E. 18) ("Motion to Stay")  [DE.   ]. Having reviewed the Motion, been made aware of the parties' agreement to the relief sought in the Motion, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion is **GRANTED**.

2.      Plaintiff shall respond to Defendants' Motion to Stay by February 2, 2026.

**DONE AND ORDERED** in the Southern District of Florida on January _____, 2026.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record