**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, <br><br> Defendants. | Case No. 25-CV-25894-RKA |

## PLAINTIFF'S NOTICE OF STRIKING DOCUMENT [D.E. 21]

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"), by and through undersigned counsel and pursuant to the Clerk of Court's instructions in the Clerk's Notice to Filer [D.E. 22] ("Clerk's Notice"), hereby strikes Plaintiff's Memorandum of Law In Opposition To Stay Defendants' Motion To Stay Discovery [D.E. 21] ("Memorandum of Law in Opposition"). In accordance with the Clerk of Court's instructions in the Clerk's Notice, Plaintiff will promptly refile the Memorandum of Law in Opposition via the undersigned's PACER CM/ECF account in compliance with Local Rule 5.1(b) and CM/ECF Administrative Procedure 3J(1).

Dated: February 4, 2026

Respectfully submitted,

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385
abrito@britopllc.com
apiriou@britopllc.com
icorp@britopllc.com

*/s/Edward Andrew Paltzik*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*Admitted via Pro Hac Vice*)

*/s/Daniel Zachary Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*Admitted via Pro Hac Vice*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on February 4, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting*
*Corporation, BBC Studios Productions Limited*
*and BBC Studios Distribution Limited*

*/s/Alejandro Brito*
