UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRITISH BROADCASTING CORP., et al., )<br>)<br>Defendants. )<br>) | Case No. 1:25-cv-25894-RKA |

### DEFENDANTS' CONSENT MOTION TO EXCEED PAGE LIMIT FOR THEIR MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants the British Broadcasting Corporation ("the BBC"), BBC Studios Distribution Ltd., and BBC Studios Productions Ltd., by and through their undersigned counsel and with the consent of Plaintiff, hereby move this Court pursuant to Local Rule 7.1(c)(2) to exceed the 20-page limit for their Memorandum of Law in Support of Defendants' Motion to Dismiss by 5 pages, for a total of 25 pages. In support of this Consent Motion, Defendants state as follows:

1. Defendants' deadline to answer or otherwise respond to the Complaint is March 17, 2026. *See* Dkt. Nos. 5-7.

2. The Complaint asserts that the Court has general and specific jurisdiction over Defendants, under four provisions of Florida's long-arm statute. The Complaint asserts two claims against Defendants: one claim for defamation and one claim for violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUPTA").

3. Defendants intend to file a Motion to Dismiss the Complaint in its entirety for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) as well as for failure to state a claim under Rule 12(b)(6).

4. In their Motion to Dismiss, Defendants intend to raise various arguments regarding the Court's lack of general and specific personal jurisdiction over them under Florida law and the Due Process Clause, accompanied by evidentiary submissions, as well as arguments regarding Plaintiff's failure to state a claim for defamation or for violations of FDUTPA. Accordingly, Defendants respectfully request that the Court permit them to exceed the 20-page limit for their Memorandum of Law by 5 pages, for a total of 25 pages not including the items excluded in Local Rule 7.1(c)(2).

5. Plaintiff, through counsel, has consented to the relief requested herein.

WHEREFORE, Defendants, with the consent of Plaintiff, request that the Court enter an order granting Defendants permission to exceed the 20-page limit imposed by Local Rule 7.1(c)(2)  by 5 pages.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Counsel for Defendants certify that they have conferred with counsel for Plaintiff and in good faith resolved the issues in this Consent Motion.  Plaintiff does not object to the relief requested herein.

Dated: February 18, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
tobinc@ballardspahr.com
Sasha Dudding (admitted *pro hac vice*)
duddings@ballardspahr.com

*Attorneys for Defendants*