UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Case No. 1:25-cv-25894-RKA <br> ) <br> BRITISH BROADCASTING CORP., et al., ) <br> ) <br> Defendants. ) | |

**[PROPOSED] ORDER GRANTING MOTION TO EXCEED PAGE LIMIT**

**THIS CAUSE** comes before the Court upon Defendants' Consent Motion to Exceed Page Limit for Their Memorandum of Law in Support of Defendants' Motion to Dismiss. This Court having considered the Motion, and good cause having been shown, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. Defendants may file a Memorandum of Law in Support of Their Motion to Dismiss of up to 25 pages, not including title pages preceding the first page of text, tables of contents, tables of citations, "request for hearing" sections, signature pages, certificates of good faith conferences, and certificates of service.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2026.

_____
Roy K. Altman
United States District Judge

cc: Counsel of record via CM/ECF
    Chambers at Altman@flsd.uscourts.gov (in Word)