UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-25894-RKA-EAL |
| BRITISH BROADCASTING CORP., et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with the Honorable John W. Thornton the week of October 26, 2026, at 10 am at the offices of JAMS Mediation, Arbitration, and ADR services, 2 Biscayne Blvd #3600, Miami, Florida 33131.[1]

ENTERED this _____ day of _____, 2026.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record

---

[1] The parties have agreed to confer among themselves and with the mediator about attendance by some or all participants by videoconference.