UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-25894-RKA-EAL ) |
| BRITISH BROADCASTING CORP., et al., | ) ) ) |
| Defendants. | ) ) ) |

**JOINT NOTICE OF ENTRY OF PARTY**

Plaintiff President Donald J. Trump ("Plaintiff") and Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited, and BBC Studios Production Limited (collectively, "Defendants" and together with Plaintiff, the "Parties"), pursuant to this Court's February 12, 2026 Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. 27) (the "Order"), the Parties hereby notify the Clerk and the Court that they have agreed to the following mediator:

John W. Thornton, Esq.
JAMS Mediation, Arbitration, and ADR Services
2 South Biscayne Blvd #3600
Miami, Florida 33131
Phone: (305) 371-5267
jthornton@jamsadr.com

Dated: March 4, 2026                              Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* | */s/ Charles David Tobin* |
| Alejandro Brito | Charles David Tobin |
| Florida Bar No. 098442 | Florida Bar No. 816345 |
| Ian Michael Corp | Ballard Spahr LLP |
| Florida Bar No. 1010943 | 1909 K Street, NW |

| | |
|---|---|
| BRITO, PLLC<br>2121 Ponce de Leon Boulevard<br>Suite 650<br>Coral Gables, FL 33134<br>Tel:  305-614-4071<br>Fax:  305-440-4385<br>abrito@britopllc.com<br>icorp@britopllc.com<br>apiriou@britopllc.com<br><br>*/s/ Edward Andrew Paltzik*<br>Edward Andrew Paltzik (*pro hac vice*)<br>Taylor Dykema PLLC<br>914 E. 25th Street<br>Houston, TX 77009<br>Tel: 516-526-0341<br>edward@taylordykema.com<br><br><br>*/s/ Daniel Zachary Epstein*<br>Daniel Zachary Epstein (*pro hac vice*)<br>Epstein & Co. LLC<br>8903 Glades Rd<br>Ste A8 #2090<br>Boca Raton, FL 33434<br>Tel: 510-239-7430<br>dan@epsteinco.co<br><br>*Counsel to Plaintiff,*<br>*President Donald J. Trump* | 12th Floor<br>Washington, DC 20006<br>Tel: 202-661-2218<br>Fax: 202-661-2299<br>tobinc@ballardspahr.com<br><br>Sasha Dudding (*pro hac vice*)<br>Ballard Spahr LLP<br>1675 Broadway<br>19th Floor<br>New York, NY 10019<br>Tel:  646-346-8094<br>duddings@ballardspahr.com<br><br>*Counsel to Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on March 4, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles David Tobin*
Charles David Tobin