Docusign Envelope ID: 57E4E08E-2374-4F87-8030-A858128A43DD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF LEO TELLING**

I, Leo Telling, declare under 28 U.S.C. § 1746, as follows:

1. I am an Executive Producer at the BBC, and I work on its "*Panorama*" programme. I work in the BBC's office in London, England, which is where the BBC has its principal place of business and is incorporated.

2. I submit this declaration in support of Defendants' motion to dismiss Plaintiff's Complaint.

3. The facts stated below are true based on my own personal knowledge, my review of records maintained in the regular course of business by the BBC, or information made available to me within the BBC.

4. Panorama is the world's longest-running current affairs programme, first aired in 1953. Panorama is an investigative documentary series and focuses on wide-ranging topics of interest to British audiences, from UK politics to international conflicts and more. Episodes of Panorama are broadcast on the BBC's UK channels approximately every week, and are also generally available for one year after broadcast on the BBC's iPlayer streaming service, which is provided in the United Kingdom to UK residents.

5. I was the BBC's Executive Producer on the Panorama episode at issue in this case, "Trump: A Second Chance?" (hereafter, "the Documentary").

6. The BBC discussed and approved of the pitch for the Documentary in London.

7. The BBC commissioned producing the Documentary during meetings that took place in London.

8. The BBC entered into the Programme Production Agreement, in London, for the documentary with the independent production company October Films Limited (hereafter, "October Films"). October Films is incorporated and has its principal place of business in London.

9. The research for the Documentary was primarily conducted in England.

10. The production team involved in making the Documentary primarily worked on the Documentary in London and elsewhere in England. Members of the English production team traveled to the United States for approximately 10 days to interview and film various individuals for the Documentary. However, no member of the production team, nor any other employee or contractor of the BBC or October Films, traveled to Florida to conduct any research or interviews during the development or production of the Documentary.

11. The production team involved in making the Documentary did not request public records from Florida or film interviews with any sources of information in Florida.

12. I am aware that an approximately three-minute-long segment of the hour-long documentary depicts a rally that President Trump held at Mar-a-Lago in Palm Beach, Florida on 4 April 2023. Neither the BBC nor October Films sent any employees to Florida to film that footage, which (as I explain in more detail below) was instead either licensed from third parties or was publicly available online. The Documentary had not been commissioned or even discussed until months after 4 April 2023.

2

13. Indeed, none of the footage mentioned at ¶ 39 of Plaintiff's Complaint was filmed by the BBC or October Films. As noted, that footage was either licensed or obtained from publicly available sources online. Specifically:

a. The wide-angle aerial views of Mar-a-Lago[1] shown in the Documentary were licensed on a non-exclusive basis from Getty Images. A true and correct copy of the Getty Images license is attached hereto as Exhibit 1. October Films entered into these licensing agreements from London.

b. The wide-angle shot of the Mar-a-Lago pool and exterior,[2] as well as the footage of Rick Frazier and the Front Row Joes at the April 4, 2023 Mar-a-Lago campaign rally,[3] were licensed on a non-exclusive basis from Celebro Media in Washington, D.C. October Films entered into the license agreement in London. True and correct copies of the Celebro Media license and emails describing the licensed footage are attached hereto as Exhibit 2.

c. The footage of President Trump's supporters watching his motorcade approach Mar-a-Lago[4] was licensed from CBS under a reciprocal license with the BBC entered into in London.

d. The footage of President Trump's speech inside the Mar-a-Lago rally[5] was licensed on a non-exclusive basis through the BBC's participation in a US Pool of television

---

[1] These views may be seen in the Documentary at time codes 3:57 and 4:47. *See* Ex. 3.

[2] *See id.* at 5:00.

[3] *See id.* at 4:09, 4:51, 5:03, 5:24, 6:15, 6:55.

[4] *See* Documentary at 4:03.

[5] *See id.* at 5:27.

3

   e. networks, and was filmed by a camera crew from CBS. The BBC was able to use that footage through a reciprocal agreement it has with a pool of US television networks, which it entered into in London.

   e. The footage of President Trump walking into Mar-a-Lago[6] was posted on TikTok by the user @michaelsolakiewicz and is publicly available at https://www.tiktok.com/@michaelsolakiewicz/video/7218365500974288174. BBC approved this brief footage for use in the Documentary pursuant to the doctrine of fair use.

   f. Last, although it is not mentioned in the Complaint, the footage of President Trump waving from inside the motorcade[7] was posted on YouTube by The Telegraph and is publicly available at https://www.youtube.com/watch?v=lzf8tImu_qM. The BBC approved this brief footage for use in the Documentary pursuant to the doctrine of fair use.

14. I am aware of no other licensed footage in the Documentary that was filmed in Florida. As noted, none of the footage I mention in ¶ 13 of this Declaration was filmed by or at the request of the BBC, and all of this footage was filmed by others before production of the Documentary even began in the autumn of 2023.

15. The scripting and editing of the Documentary, including the portion of it at issue in this case depicting portions of President Trump's speech on January 6, 2021, occurred in England.

16. The BBC broadcast the Documentary on its BBC One and BBC Two television channels in the United Kingdom on October 28 and November 2, 2024. A true and correct copy

---

[6] *See id.* at 5:11.

[7] *See id.* at 4:06.

4

of the Documentary is attached as Exhibit 3.

17. The Documentary was also available for streaming for one year after the initial broadcast on the BBC's iPlayer streaming service. iPlayer television programmes are provided in the United Kingdom to UK residents.

18. The BBC did not have contractual rights to, and therefore did not, broadcast, stream, or distribute the Documentary in the United States, including through any of its partnerships with U.S. broadcasters.

19. I understand that BBC Studios Productions Limited (hereafter, "BBCSP") and BBC Studios Distribution Limited (hereafter, "BBCSD") have been named as defendants in this case. BBCSP and BBCSD are subsidiaries of BBC Commercial Limited, which is an independent entity that commercialises BBC content. They are legally separate from the BBC, which is a non-profit public service broadcaster and is not permitted to conduct commercial activities in relation to the media it produces, with a few inapplicable exceptions.

20. Neither BBCSD nor BBCSP had any role in the creation or production of the Documentary. Neither BBCSP nor BBCSD had the contractual rights to, and therefore did not, distribute the Documentary within the United States.

21. An international version of the Documentary was created by October Films. It was 45 minutes long, cut down from the 60-minute version broadcast in the UK. The international version did not contain the edit of President Trump's January 6, 2021 speech at issue in this case. A true and correct copy of the international version of the Documentary is attached as Exhibit 4.

22. October Films licensed the international distribution rights for the Documentary to the Canadian company Blue Ant Media, which is incorporated and has its principal place of business in Toronto, Ontario. Blue Ant does not have an office in Florida.

23. Blue Ant sublicensed the rights for distribution in the United States, as well as other territories, to the English company Little Dot Studios. Little Dot is incorporated and has its principal place of business in London. It does not have an office in Florida.

24. However, Little Dot Studios (which acquired the rights after President Trump's 2025 inauguration) never broadcast or otherwise published the Documentary within the United States, due to other programming priorities. Further, as a result of Plaintiff's threat to sue the BBC, on November 10, 2025, Little Dot placed a restriction in its internal rights management system preventing any future broadcast of the Documentary.

25. The Documentary was never made available on BritBox, BBC Select, BBC.com, or any other distribution platform available in the United States.

26. If the Documentary was ever posted on YouTube or another platform publicly accessible in Florida, that would have been wholly unauthorised by the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/13/2026
London, England

Signed by:
E4A4137D46D048E...
Leo Telling