Declaration of Leo Telling

# Exhibit 1

Getty Images
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

ACCOUNTS PAYABLE
October Films Ltd
Benwell Studios
11-13 Benwell Road
London N7 7BL
United Kingdom

# getty images

# Invoice

Page 1 of 3

| | | | |
|---|---|---|---|
| Invoice No. | 2525602 | **Bill To** | |
| Customer No. | 1600392 | ACCOUNTS PAYABLE | |
| Invoice Date | 05-NOV-24 | October Films Ltd | |
| Sales Order No. | 2100598642 | Benwell Studios | |
| Sales Order Date | 05-NOV-24 | 11-13 Benwell Road | |
| Purchase Order No. | 153267 | London N7 7BL | |
| Job or Project Title | Panorama: Trump International V | United Kingdom | |
| Ordered By | Will Hulse | | |
| Client | October Films Ltd | accounts@octoberfilms.co.uk | |
| Promotion | | | |

**Invoice To**
ACCOUNTS PAYABLE
October Films Ltd
Benwell Studios
11-13 Benwell Road
London N7 7BL
United Kingdom

| | |
|---|---|
| Customer VAT No. | GB308807495 |
| Getty Images (UK) Ltd VAT No. | GB 685211925 |
| Payment Terms | NET 30 |
| Tracking Number | 0 |
| Shipping Method | |
| Date Shipped | |
| Ship To Contact | Will Hulse |
| Due Date | 05-DEC-24 |

This order is subject to the license agreement and other terms and conditions agreed to when the order was placed. If you have any questions about the license terms, please contact your local Getty Images office and reference the website where the order was placed.

Invoice reflects order placed on GettyImages.com

| Line No. | Description | Ordered & Shipped | Unit Price | Extended Price | Tax Rate |
|---|---|---|---|---|---|
| 1 | NEW:1479827019 New York Grand Jury Votes To Indict Former President Trump<br><br>Photographer/Artist: Pool<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Canada (not Quebec). Restricted editorial rights for daily newspapers elsewhere, please call.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |



To contact our Sales or Service teams, please submit an enquiry:
Getty Images:
www.gettyimages.com/customer-support
iStock:
www.istockphoto.com/customer-support
Finance Number: +44 (0) 2045740571
Finance Email:
London.creditcontrol@gettyimages.com

To contact the Gallery Sales Team:
Website:
www.gettyimagesgallery.com
Send a message:
www.gettyimagesgallery.com/contact/
or call:
UK & Europe: +44 (0)20 7291 5380
US & International: +1 646 613 3677

Registered Address:
Getty Images (UK) Limited
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

Bank Details:
Bank of America N.A.-London(5 Canada Square)

Domestic payments:
Account Name: Getty Images (UK) Limited
Sort Code:
or Sort Code:
Account Number:

International Payments:
IBAN:
Swift Code:

Pay by Credit Card:
https://www.gettyimages.co.uk/pay-invoice

Please quote your invoice number when paying and send your payment advice to remittance.advice@gettyimages.com

1.0.20230116

# gettyimages

# Invoice

Invoice No. 67326024  Page 2 of 2

| Line No. | Description | Ordered & Shipped | Unit Price | Extended Price | Tax Rate |
|---|---|---|---|---|---|
|  2 | NEW:2159612235 Donald Trump And Joe Biden Participate In First Presidential Debate<br><br>Photographer/Artist: Justin Sullivan<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses.  Full editorial rights UK, US, Ireland, Canada (not Quebec). Restricted editorial rights for daily newspapers elsewhere, please call.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |
|  3 | AFP:2158936855 US-VOTE-POLITICS-DEBATE-BIDEN-TRUMP<br><br>Photographer/Artist: ANDREW CABALLERO-REYNOLDS<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Italy, Spain, Canada (not Quebec). Restricted editorial rights elsewhere, please call \|local office\|.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |
|  4 | AFP:2158994243 TOPSHOT-US-VOTE-POLITICS-DEBATE-BIDEN-TRUMP<br><br>Photographer/Artist: ANDREW CABALLERO-REYNOLDS<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Italy, Spain, Canada (not Quebec). Restricted editorial rights elsewhere, please call \|local office\|.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |

---

To contact our Sales or Service teams, please submit an enquiry:
Getty Images:
www.gettyimages.com/customer-support
iStock:
www.istockphoto.com/customer-support
Finance Number: +44 (0) 2045740571
Finance Email:
London.creditcontrol@gettyimages.com

To contact the Gallery Sales Team:
Website:
www.gettyimagesgallery.com
Send a message:
www.gettyimagesgallery.com/contact/
or call:
UK & Europe: +44 (0)20 7291 5380
US & International: +1 646 613 3677

Registered Address:
Getty Images (UK) Limited
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

Bank Details:
Bank of America N.A.-London(5 Canada Square)

Domestic payments:
Account Name: Getty Images (UK) Limited
Sort Code:
or Sort Code:
Account Number:

International Payments:
IBAN:
Swift Code:

Pay by Credit Card:
https://www.gettyimages.co.uk/pay-invoice

Please quote your invoice number when paying and send your payment advice to remittance.advice@gettyimages.com

1.0.20230116

# Invoice

Invoice No. 67520024

Page 3 of 5

| Line No. | Description | Ordered & Shipped | Unit Price | Extended Price | Tax Rate |
|---|---|---|---|---|---|
| 5 | ICV:85527873 LOW AERIAL Donald Trump's mansion 'Mar-a-lago' and beach at Palm Beach, Florida, USA<br><br>Photographer/Artist: Aerial HD Stock LLC<br>Start Date: 2024-11-05<br>Duration: Perpetual distribution<br>End Date: 2039-11-05<br>Usage: Media uses: Media: Film/TV/Other - Documentary/News/Editorial/Educational<br>Use in one production or programme. Not intended for commercial or promotional purposes. This licence includes the right to distribute the production in its final form in all media now known or hereafter devised throughout the world in perpetuity. For documentary film trailers and promotions, please refer to "Media, editorial & entertainment uses: Feature film trailer."<br>Release Information: NoReleaseRequired<br>Resolution: HD 1920x1080 @ 23.98p H.264 | 1 | 520.00 | 520.00 | 20% |

| Tax GBVAT | 1,620.00@ 20% |
|---|---|
| 324.00 | |

| Sub Total | VAT | Total | Paid/Credited | | Total Due |
|---|---|---|---|---|---|
| 1,620.00 | 324.00 | 1,944.00 | 0.00 | GBP | 1,944.00 |

---

| | | |
|---|---|---|
| To contact our Sales or Service teams, please submit an enquiry:<br>Getty Images:<br>www.gettyimages.com/customer-support<br>iStock:<br>www.istockphoto.com/customer-support<br>Finance Number: +44 (0) 2045740571<br>Finance Email:<br>London.creditcontrol@gettyimages.com<br><br>To contact the Gallery Sales Team:<br>Website:<br>www.gettyimagesgallery.com<br>Send a message:<br>www.gettyimagesgallery.com/contact/<br>or call:<br>UK & Europe: +44 (0)20 7291 5380<br>US & International: +1 646 613 3677 | Registered Address:<br>Getty Images (UK) Limited<br>6th Floor South, Duo,<br>280 Bishopsgate,<br>London EC2M 4AG | Bank Details:<br>Bank of America N.A.-London(5 Canada Square)<br><br>Domestic payments:<br>Account Name: Getty Images (UK) Limited<br>Sort Code:<br>or Sort Code:<br>Account Number:<br><br>International Payments:<br>IBAN:<br>Swift Code:<br><br>Pay by Credit Card:<br>https://www.gettyimages.co.uk/pay-invoice |

Please quote your invoice number when paying and send your payment advice to remittance.advice@gettyimages.com

1.0.20230116