Declaration of Leo Telling

# Exhibit 2

| | |
|---|---|
| **From:** | Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk> |
| **Sent:** | Tue 14/05/2024 2:36:32 PM (UTC) |
| **To:** | Julia Baldwin <julia.baldwin@octoberfilms.co.uk> |
| **Subject:** | Maxine/Licencing/Ohio trip |

Hi Julia,

I had a quick chat with Maxine. She's asked for some additional guidance re what we'd like to licence. I include this below, which I would be grateful if you could communicate to her during your negotiations.

Also we talked about timing of our next filming trip (to St Mary's, Ohio) for her plus DoP. We are hoping to do this towards the back end of next week. (FYI – should you need to send her any insurance details etc.)

**Licencing:**
We are seeking <u>exclusive</u> licencing of following material (ie that which has not already appeared in public domain). This is likely not an exhaustive list at this stage, but will be pretty close.

1. Filming GVs and vox pops with Trump supporters and critics outside New York Court, 4th April 2023.
2. Rick Frazier (and other Front Row Joes) at Mar-a-Lago, 4th April 2023.
3. Adam Radogna filming at house 5th May 2022 and at Greensburg Pennsylvania Rally, 6th May 2022.
4. Rick Frazier and other Front Row Joes material shot on 6-7 November 2022 at St Mary's, Ohio and Dayton, Ohio.
5. Donald Trump interview (13 Feb 2023), if it's possible to licence this.
6. Sean Spicer interview (15 June 2023), if it's possible to licence this.

Many thanks

Matt



**MATERIALS AGREEMENT (F)**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned ("**CELEBRO MEDIA 1620 1ST STREET NW WASHINGTON DC 20006**") hereby irrevocably grants and licenses to October Films ("**Company**"), all rights to use the following material (additionally deemed to include all information and material listed in all attachment(s) hereto, if any, and all other information and material provided to Company by or at Licensor's direction, even if the following field is blank and/or in the absence of any attachment(s) hereto:

<u>**FRONT ROW JOES**</u> (Description of material)

including all photos, names, signage, art, design, labels, logos, music, special effects, images, likenesses and any other material contained therein (all such information and material, collectively, "**Licensed Material**"), Worldwide 10 years, in whole or in part, as a prop, set decoration, in dialogue and/or incorporated and/or used in any other manner Company wishes, in and in connection with the production, distribution, exhibition, exploitation, advertising, marketing, promotion and/or publicity of and/or for the audiovisual project currently entitled **"TRUMP: A SECOND CHANCE?"** ("**Project**"), in any and all media, versions and forms, now known or hereafter discovered or developed, in all languages, free and clear of any and all claims for royalties, residuals or other compensation to Licensor or any other entity whatsoever, with the sole exception that provided that Licensor is not in breach of this Agreement and/or any other agreement(s) between Licensor and Company, Producer shall pay an all-inclusive fee in the amount of: **$300 per minute for 12 minutes** ("**Fee**") to Licensor in a timely manner following Company's receipt of a fully executed copy of this Agreement and satisfactory receipt of all Licensed Material.

1. Company has the right to alter or modify the Licensed Material in any manner, at Company's sole discretion. Licensor understands that Licensor shall not be accorded any credit for use of the Licensed Material. Licensor irrevocably waives and/or assigns to Company Licensor's so-called "moral rights" in the Licensed Material for any and all uses. Company shall have the sole right to determine the manner in which the Licensed Material shall be used pursuant to this agreement, and Company shall not be obligated to use the Licensed Material as part of the Film or otherwise, or to broadcast or otherwise exhibit or exploit the Film.

2. Licensor hereby warrants and represents that: (a) it is the sole owner or holder (or the authorized representative of the sole owner or holder) of the rights granted herein, including, but not limited to any and all copyrights, trademarks, and rights in the likenesses of any people (if any) depicted in the Licensed Material; (b) it is authorized to enter into and execute this agreement; and (c) the consent of no other person or entity is required to enable Company to use the Licensed Material as described herein, and that such use will not violate the rights of any third parties.

3. Licensor shall not, directly or indirectly, verbally or otherwise, publish, post, reveal, disseminate and/or disclose (or cause or authorize such things) any Confidential Information to any third party at any time, including without limitation on or via any social media website, application or other similar medium now known or hereafter devised (including Facebook, Twitter, YouTube, etc.), and shall not use any name, logo, Project title, trademark or other proprietary mark of Company or of its licensees or assigns in any manner. "**Confidential Information**" includes all information and/or materials of any kind that Licensor reads, hears or otherwise acquires or learns in connection with or as a result of this Agreement including such information/materials concerning or relating to Company and/or Distributor, the business of Company and/or Distributor, the terms and conditions of this Agreement, any program produced by Company and/or exhibited by Distributor, including any information concerning or relating to the Project, the Project participants, the location(s) of the Project, the events, outcomes, concept, format and/or ideas contained in the Project or the outcome of any event in the Project.

4. Licensor (on behalf of itself and its agents, designees and heirs) irrevocably releases Company, its successors, licensees and assigns from all liability of whatever nature following from or arising as a result and/or directly and/or indirectly in connection with the Licensed Materials, the Project and/or Licensor's and/or any other individual's/entity's portrayal therein, and agree and warrant that neither Licensor nor its agents, designees and/or heirs nor any entity acting at Licensor's direction shall assert any claims of any nature whatsoever (regardless of the alleged legal theory, basis and/or reason), now known or hereafter discovered, against any entity(ies) including Company, any distributor(s) of the Project (collectively, "**Distributor**"), anyone associated with the Project, and each of their past, present and future parents, subsidiaries, distributors, affiliates, divisions, agents, representatives, employees, successors and assigns, jointly and individually (collectively, "**Company Entities**"), in respect of any or all of the same.

5. Licensor agrees to indemnify and hold free and harmless Company, its parent, subsidiary, and affiliated organizations, and each of their respective agents, directors, officers, shareholders, employees, representatives, successors, licensees and assigns, from and against any and all claims, damages, liabilities, costs and expenses, including but not limited to reasonable outside attorneys' fees, resulting from any breach or alleged breach of any warranty, representation, or agreement made by Licensor herein.

6. This Agreement and all matters or issues collateral thereto shall be governed by This Agreement is governed by the laws of England and Wales and the jurisdiction of English and Welsh courts. In any action by Licensor for breach of any provision hereunder, Licensor agrees that its exclusive remedy shall be an action at law for compensatory money damages (but not punitive or

# october

consequential) and in no event shall Licensor be entitled to injunctive or any other equitable relief, and Licensor will have neither the right to rescind or terminate this agreement or any of Company's rights hereunder.  This agreement contains the parties'

entire understanding relative to its subject matter and cannot be amended except by a written instrument signed by the parties hereto.  Company shall have the right to freely assign, transfer and/or license this Agreement and/or any or all of its rights hereunder, and all rights granted and agreements made by Licensor herein shall inure to the benefit of and be deemed granted to and exploitable by Company's successors, licensees and assigns.  Nothing in this Agreement shall limit or restrict any rights otherwise enjoyed by Company under law or contract.  Licensor acknowledges that Company will rely on this permission potentially, at substantial cost to Company

**AGREED AND ACCEPTED:**

| *PLEASE SIGN HERE:* | SIGNED FOR AND ON BEHALF OF OCTOBER FILMS LTD: |
|---|---|
| *angelina mccahey* | *Julia Baldwin* |
| Angelina McCahey | JULIA BALDWIN |
| **PRINT NAME** | **JULIA BALDWIN (PRODUCTION MANAGER)** |
| 10/25/2025 | 10/21/2024 |
| **DATE** | **DATE** |