Declaration of Leo Telling

# Exhibit 4

This video exhibit cannot be filed electronically. A USB drive containing the exhibit has been served on all counsel of record and will be provided to the Clerk upon the granting of Defendants' Motion for Leave to Submit Video Exhibits.