UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) |
| Defendants. | ) |

**DECLARATION OF MARTYN FREEMAN**

I, Martyn Freeman, declare under 28 U.S.C. § 1746, as follows:

1. I am the Chief Operating Officer for BBC Studios Productions Limited (hereafter, "BBCSP") and BBC Studios Distribution Limited (hereafter, "BBCSD").

2. I submit this declaration in support of Defendants' motion to dismiss Plaintiff's Complaint.

3. The facts stated below are true based on my own personal knowledge, my review of records maintained in the regular course of business by BBCSD and/or BBCSP, or information made available to me within BBCSD and/or BBCSP.

4. The BBC is the main public service provider of news and entertainment media in the United Kingdom. The BBC is a non-profit, publicly funded entity. With a handful of exceptions that are inapplicable to this case, the BBC's Royal Charter restricts the BBC from conducting any commercial activities in relation to the media it produces. Rather, commercialisation of the BBC's media is largely the domain of an independent subsidiary, BBC Commercial Limited ("BBC Commercial"), and BBC Commercial's own subsidiaries.

5. BBC Commercial is an independent subsidiary of the BBC that is headquartered

1

and incorporated in London. All of BBC Commercial's subsidiaries are also legally separate from the BBC. The BBC and BBC Commercial have separate corporate existences, boards of directors and executive teams. BBC Commercial's management controls that entity's day-to-day decisions, business affairs, and operations.

6. I understand that BBCSP and BBCSD have been named as defendants in this case.

7. BBCSP is a subsidiary of BBC Studios Limited, which is in turn a subsidiary of BBC Commercial. BBCSP produces certain content for the BBC as well as for other platforms, such as Netflix. It is headquartered and incorporated in London. A true and correct copy of a document reflecting BBCSP's registration with Companies House, the United Kingdom's agency in charge of incorporating limited companies and registering company information, is attached as Exhibit 1.

8. BBCSD is also a subsidiary of BBC Studios Limited, which is in turn a subsidiary of BBC Commercial. Amongst other activities, BBCSD distributes certain programmes produced by BBCSP globally, as well as programmes produced by other entities. It is headquartered and incorporated in London. A true and correct copy of a document reflecting BBCSD's registration with Companies House is attached as Exhibit 2.

9. Neither BBCSP nor BBCSD, nor BBC Commercial or any other subsidiary of BBC Commercial, had any role in the creation or production of the Panorama episode at issue in this case, "Trump: A Second Chance?".

10. Neither BBCSP nor BBCSD, nor BBC Commercial or any other subsidiary of BBC Commercial, had the contractual rights to, and therefore did not, distribute "Trump: A Second Chance?" within the United States.

11. Neither BBCSP nor BBCSD are registered to do business in Florida. Neither has

any employees, offices, addresses, telephone numbers, property, or leases, or bank accounts in Florida.

12. Neither BBCSP nor BBCSD are registered to do business anywhere in the United States. Neither has any employees, offices, addresses, telephone numbers, property, or leases in the United States.

13. Certain media generated by the BBC are published to the website www.bbc.com, the BBC's international-facing website, which is operated by BBCSD.

14. "Trump: A Second Chance?" was never available on www.bbc.com, in Florida or anywhere else in the world.

15. While certain media generated by the BBC are available on the streaming service BritBox, that service is commercialised in the United States by BritBox LLC, a separate legal entity.

16. "Trump: A Second Chance?" was never available on BritBox in Florida or anywhere else in the world.

17. BBC Studios Americas, Inc. (hereafter, "BBCSA"), a subsidiary of BBCSD, is a separate legal entity from BBCSD. BBCSA distributes content within the United States, including but not limited to certain content produced by BBCSP or distributed by BBCSD. BBCSA is incorporated in Delaware and has its principal place of business in New York. BBCSA does not have an office in Florida, including in Coral Gables. All BBC Studios employees in the United States are employed by BBCSA, not BBCSP or BBCSD.

18. I understand that BBCSA is not a defendant in this lawsuit. For completeness, BBCSA had no role in the creation, production, or distribution of "Trump: A Second Chance?" and did not distribute it, in Florida or anywhere else in the world.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/16/2026
London, England

DocuSigned by:

*Martyn Freeman signature*
E079ACD040D84CA...

Martyn Freeman

4