Declaration of Martyn Freeman

# Exhibit 1

 **GOV.UK**

**Find and update company information (https://beta.companieshouse.gov.uk/)**

[Companies House does not check the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)](http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for a company or officer

[Advanced company search (/advanced-search)](/advanced-search)

# BBC STUDIOS PRODUCTIONS LIMITED

Company number **09463829**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/09463829/authorise?return_to=/company/09463829)

| Overview | Filing history | People | More |

### Registered office address
1 Television Centre, 101 Wood Lane, London, United Kingdom, W12 7FA

### Company status
Active

### Company type
Private limited Company

### Incorporated on
27 February 2015

## Accounts

Next accounts made up to **31 March 2026**
due by **31 December 2026**

Last accounts made up to **31 March 2025**

# Confirmation statement

Next statement date **14 May 2026**
due by **28 May 2026**

Last statement dated **14 May 2025**

## Nature of business (SIC)

- 60200 - Television programming and broadcasting activities

## Previous company names

| Name | Period |
| --- | --- |
| BBC STUDIOS LIMITED | 27 Feb 2015 - 01 Oct 2018 |



Policies Link opens in new tab
Cookies (https://beta.companieshouse.gov.uk/help/cookies)
Contact us Link opens in new tab
Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)
Developers Link opens in new tab

Built by Companies House



© Crown copyright