UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF RICHARD COOPER

I, Richard Cooper, declare under 28 U.S.C. § 1746, as follows:

1. I am the Director of Digital Distribution at Defendant British Broadcasting Corporation (the "BBC").

2. I submit this declaration in support of Defendants' motion to dismiss Plaintiff's Complaint.

3. The facts stated below are true based on my own personal knowledge, my review of records maintained in the regular course of business by the BBC, or information made available to me within the BBC.

4. In my role as the Director of Digital Distribution at the BBC, I am responsible for the distribution of the BBC content that viewers watch online.

5. I am informed and understand that this lawsuit relates to the BBC programme, "Trump: A Second Chance?" (hereafter, the "Documentary"). The BBC offered viewing of the Documentary in the United Kingdom in two ways.

    a. First, the BBC broadcast the Documentary on the BBC's television channels BBC One and BBC Two on October 28, 2024, and on BBC Two on November 2, 2024.

    b. Second, the BBC made the Documentary available on its proprietary streaming service, called BBC iPlayer. The iPlayer service provides its viewers with content available on-demand with no commercial advertising, accessible through devices including personal computers, smart televisions, and mobile devices. The publication on iPlayer was available from October 28, 2024, until it expired on October 28, 2025. The British Sign Language version of the Documentary became available on iPlayer on November 2, 2024, and expired on November 2, 2025.

6. The iPlayer service is provided in the United Kingdom to UK residents who pay the "TV licence" (as defined below) for access, as part of the BBC's publicly-funded services. The BBC has statutory authority to collect and enforce the TV licence.

7. The BBC's Terms of Use prohibit access to the iPlayer service outside of the United Kingdom, including by "using a VPN service so you can watch BBC iPlayer when you're outside the UK." The Terms of Use also prohibit accessing the iPlayer service if a viewer is not covered by a UK TV license, i.e. a licence fee (the "TV licence") paid annually by every household in the UK that watches or records TV on any channel via any TV service, watches live streaming services, or uses the BBC's iPlayer streaming service. A true and correct copy of the BBC's Terms of Use, which were in effect at the time of the broadcast and iPlayer offering of the Documentary, is attached as Exhibit 1. A true and correct copy of an additional BBC webpage regarding the restrictions on watching iPlayer from outside the UK, titled "*Why Does BBC iPlayer Think I'm Outside the UK?*," is attached as Exhibit 2.

8. The Documentary was not available on www.BBC.com, the BBC's international-facing website, but, for completeness, a true and correct copy of the BBC.com Terms of Use is attached as Exhibit 3. The BBC.com Terms of Use likewise prohibit "using a VPN service to watch BBC iPlayer (which is only legally available in the UK) when you're outside the UK."

9. The BBC takes active steps to restrict access to the iPlayer service from outside the United Kingdom. The iPlayer service incorporates an Internet Protocol (IP) geo-location feature through a provider called GeoComply, which allows iPlayer to determine the user's location from their IP address. Where the IP geo-location feature detects unauthorised use outside of the United Kingdom, it prevents access to video content via the iPlayer service.

10. The iPlayer service also uses a Virtual Private Network (VPN) blocking system provided by GeoComply called GeoGuard, which is intended to restrict unauthorised users seeking to access video content via the iPlayer service, by using VPN services, from anywhere.

11. The purpose of the geo-location features and VPN blocking systems described above (together, the "Geoblocking Technology") is to make reasonable, concerted attempts to prevent unauthorised access to the iPlayer from outside the United Kingdom.

12. The Geoblocking Technology was engaged for the Documentary on iPlayer during the entirety of its publication.

13. The BBC's measures to block access from outside the United Kingdom are reasonable and customary measures in line with the industry standard. The BBC's efforts are similar to what other European Public Service Broadcasters use to prevent such unauthorised international access.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/13/2026
London, England

Signed by:
Richard Cooper
3B173206BA9A47E...