Declaration of Richard Cooper

# Exhibit 2

2/17/26, 2:23 PM                                         Why does BBC iPlayer think I'm outside the UK? | iPlayer help

Search
BBC

# iPLAYER

**iPlayer help home**   **Playback issues**   **Why does BBC iPlayer think I'm outside the UK?**

Search iPlayer help

## Why does BBC iPlayer think I'm outside the UK?

**Related FAQs**

**The guidance on this page is for users within the UK. If you are outside the UK, have a look here:** Can I use BBC iPlayer when I'm outside of the UK?

**Can I use BBC iPlayer when I'm outside of the UK?**

Programmes cannot be streamed outside the UK, even on holiday. This is because of rights agreements.

**I live outside the UK. Can I use BBC iPlayer?**

### What if I am in the UK?

Every device connected to the internet has a unique address, called an IP address. If iPlayer does not recognise your IP address as registered within the UK, you will be presented with an error message.

 BBC iPlayer only works in the UK. Sorry, it's due to rights issues. **In the UK? Here's some advice.**

There are several reasons why BBC iPlayer thinks you're outside the UK. These are listed below, alongside some guidance on what you can do about it. We also have a helpful video that explains what you can do:



- **Using a VPN (Virtual Private Network) or proxy? Try disabling it.**

  You cannot play a programme if we detect you might be using a VPN or

proxy. This is because we will not be confident of your location. To play the programme please disable the VPN or proxy. If using a browser, refresh the page. If using the app, go back and select the programme again. The programme should now play.

**Having the problem on a work, university, hospital or business network?**
The company or organisation might route data outside of the UK or could be using a proxy service. Check with the IT team to confirm.

- **Maybe your IP address isn't registered in the UK**

  If your ISP (internet service provider) has supplied you with a recently created or newly sourced IP address, it may be that it hasn't been registered correctly. Or sometimes it may just take a few weeks for the various databases across the internet and our own database to be updated to recognise the IP address as being located within the UK.

  You should check with your ISP whether this could be the case before deciding to contact BBC iPlayer Support.

- **Check your IP address yourself**

  There are various IP checking websites that you can use to check. For example, www.whatismyip.com or whatismyipaddress.com. They will display your IP address, where it believes the IP address is located, what ISP the address is registered with and whether a 'network sharing device' (VPN) or service is being used.

  If those details are different to what you believe are correct, contact your ISP. It's possible the IP address you have been assigned has only recently been obtained by your ISP, or it may not be registered correctly. Sometimes it can be due to certain databases (that we use to check a user location) awaiting an update from an ISP, which could take a few weeks.

If you are going to contact BBC iPlayer Support, please include your ISP details.

- **Using a mobile device?**

  If using the browser version or iPlayer, try the app version.

  If you want to use the browser version, in addition to the above guidance, check whether any data reduction features are set in your browser settings as some mobile browsers route data outside the UK when data reduction features are used.

  Also, remember to check your browser is up to date. You can also try a using different browser.

  Finally, data compression apps may route data outside the UK, so try disabling them.

- **Web accelerator**

  A web accelerator is a *proxy server that reduces the time it takes to access a*

website. If you have one enabled, try disabling it to see if that helps. If you're using a , try disabling it to see if that helps.

- **Tor Network**

  If you are using or participating in the Tor network, be aware that only Tor relay nodes can play programmes on BBC iPlayer.

If you've checked all the above and still find that you're unable to watch, you can contact BBC iPlayer Support via our web form. Please include the name of your internet service provider and supply details on what steps you've tried to resolve the issue.

**Was this helpful?**

○ No

○ Yes

**Need more help?**

Contact us

## Browse our help categories

### Getting Started

About BBC iPlayer and our policies
Accessibility
Getting started with BBC iPlayer
Need more help?
Parental controls
Signing in
Supported devices

### Watching iPlayer

Downloading
Features
Programme availability
Recent changes to iPlayer
Watching outside the UK

### Resolving Issues

Mobile and tablet issues
Playback issues

### Children's Experience

About the Children's Experience

2/17/26, 2:23 PM  Why does BBC iPlayer think I'm outside the UK? | iPlayer help

- Smart TV and games console issues
- Computer issues

## Explore the BBC

| | |
|---|---|
| Home | News |
| Sport | Business |
| Innovation | Culture |
| Travel | Earth |
| Video | Live |

| | |
|---|---|
| Terms of Use | About the BBC |
| Privacy Policy | Cookies |
| Accessibility Help | Parental Guidance |
| Contact the BBC | BBC emails for you |
| Advertise with us | |

Copyright © 2026 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**