UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, I caused a true copy of a USB flash drive containing video Exhibits 3 and 4 to the Declaration of Leo Telling in Support of Defendants' Motion to Dismiss to be served by US mail upon:

**Daniel Epstein**
Epstein & Co.
8903 Glades Rd Ste A8 #2090
Boca Raton, FL 33434
dan@epsteinco.co

**Edward Andrew Paltzik**
Tylor Dykema
914 E. 25th Street
Houston, TX 77009
edward@taylordykema.com

**Alejandro Brito**
**Ian Michael Corp**
Brito PLLC
2121 Ponce De Leon Blvd
Suite 650
Coral Gables, FL 33134
abrito@britopllc.com
Icorp@britopllc.com

*Counsel for Plaintiff*

2

Dated: March 16, 2026    Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
tobinc@ballardspahr.com
Sasha Dudding (admitted *pro hac vice*)
duddings@ballardspahr.com

*Attorneys for Defendants*