UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,                )
                                          )
          Plaintiff,                      )
                                          )
v.                                        )   Case No. 1:25-cv-25894-RKA
                                          )
BRITISH BROADCASTING CORP., et al.,       )
                                          )
          Defendants.                     )
                                          )

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO SUBMIT VIDEO EXHIBITS**

Defendants the British Broadcasting Corporation ("the BBC"), BBC Studios Distribution Ltd., and BBC Studios Productions Ltd., by and through their undersigned counsel, hereby seek leave to submit a flash drive to the Court containing 1) a copy of "Trump: A Second Chance?" (the "Documentary") as broadcast by the BBC on October 28 and November 2, 2024; and 2) a copy of the version of the Documentary prepared by October Films Ltd. for international distribution. The Documentary is incorporated in the Complaint by reference and is integral to Plaintiff's claims. Undersigned counsel represents that the offline files Defendants seek to submit are full, true, and correct copies of the Documentary.

WHEREFORE, Defendants respectfully request that the Court enter an order granting Defendants permission to submit these two video exhibits.

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Counsel for Defendants certify that they have conferred with counsel for Plaintiff regarding the relief sought in this Motion.  Plaintiff does not object to the relief requested herein.

Dated: March 16, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
tobinc@ballardspahr.com
Sasha Dudding (admitted *pro hac vice*)
duddings@ballardspahr.com

*Attorneys for Defendants*