UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

FILED BY_____D.C.

MAR 18 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PRESIDENT DONALD J. TRUMP,               )
                                         )
          Plaintiff,                     )
                                         )
v.                                       )   Case No. 1:25-cv-25894-RKA
                                         )
BRITISH BROADCASTING CORP., et al.,      )
                                         )
          Defendants.                    )
                                         )

## NOTICE OF CONVENTIONAL FILING

PLEASE TAKE NOTICE that the annexed USB flash drive containing video exhibits 3 and 4 to the Declaration of Leo Telling in Support of Defendants' Motion to Dismiss is being filed conventionally for the following reason:

X   A Court Order (copy attached).

__   It cannot be converted to an electronic format.

__   A technical failure of the Court's CM/ECF website on _____

PLEASE TAKE FURTHER NOTICE that a USB flash drive containing these exhibits was served on all counsel of record on March 16, 2026.

| Dated: March 16, 2026 | Respectfully submitted, |
|---|---|
|  | **BALLARD SPAHR LLP**<br>1909 K Street, NW<br>Washington, DC 20006-1157<br>Tel: (202) 661-2218<br>Fax: (202) 661-2299 |

|  | By: /s/ Charles D. Tobin<br>Charles D. Tobin<br>Fla. Bar No.: 816345<br>tobinc@ballardspahr.com<br>Sasha Dudding (admitted *pro hac vice*)<br>duddings@ballardspahr.com<br><br>*Attorneys for Defendants* |
|--|--|

## Appel, Lisa

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Monday, March 16, 2026 2:26 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-25894-RKA Trump v. British Broadcasting Corporation et al Order on Motion for Leave to File |

## ⚠ EXTERNAL

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 3/16/2026 at 2:25 PM EDT and filed on 3/16/2026
**Case Name:**    Trump v. British Broadcasting Corporation et al
**Case Number:**    1:25-cv-25894-RKA
**Filer:**
**Document Number:** 38(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting [37] Unopposed Motion for Leave to File Video Exhibits. The Defendants may file their conventional exhibits in compliance with Local Rule 5.3. Signed by Judge Roy K. Altman on 3/16/2026. (pbe)**


**1:25-cv-25894-RKA Notice has been electronically mailed to:**

Alejandro Brito    abrito@britopllc.com, apiriou@britopllc.com, baragon@britopllc.com, chernandez@britopllc.com, csottile@britopllc.com, lcoello@britopllc.com

Charles David Tobin    tobinc@ballardspahr.com, cheny@ballardspahr.com, LitDocket_East@ballardspahr.com

Daniel Epstein    dan@epsteinco.co

1

Edward Andrew Paltzik    edward@taylordykema.com

Ian Michael Corp    Icorp@britopllc.com

Sasha (Alexandra) Dudding    duddings@ballardspahr.com

**1:25-cv-25894-RKA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

2

**United States District Court**
**Southern District of Florida**

Case Number: 25 - 25894 - CV - RKA

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the
Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

X • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF
Case Record in pdf format.

Date: 3/18/26

Revised: 2/20/2019

**Trump v. British Broadcasting Corp., No. 1:25-cv-25894-RKA**
**Exhibits 3 & 4 to Telling Decl. in Support of Motion to Dismiss**

**Password:Ballardspahr**





- - - FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).