**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

   Plaintiff,

  v.

BRITISH BROADCASTING CORPORATION
a/k/a/ BBC, BBC STUDIOS DISTRIBUTION
LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

   Defendants.

Case No. 25-CV-25894-RKA

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO**
**RESPOND TO DEFENDANTS' MOTION TO DISMISS WITH**
**INCORPORATED MEMORANDUM OF LAW (D.E. 36)**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"), by and through his

undersigned counsel, submits this Unopposed Motion to Extend Deadline ("Motion") to Respond

to the Motion to Dismiss with Incorporated Memorandum of Law (D.E. 36) ("Motion to Dismiss")

filed by Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios

Distribution Limited, and BBC Studios Productions Limited (collectively, "Defendants"). In

support, Plaintiff states as follows:

  1. On March 16, 2026, Defendants filed their Motion to Dismiss under Rule 12(b)(2)

and Rule 12(b)(6). *See* ECF No. 36.

  2. Attached to Defendants' Motion to Dismiss are four declarations from Leo Telling,

Richard Burgess, Martyn Freeman, and Richard Cooper (collectively, the "Declarations"). *See id*.,

ECF No. 36-1 (Leo Telling); 36-6 (Richard Burgess); 36-9 (Martyn Freeman); 36-12 (Richard Cooper).

3.      S.D.F.L. Local Rule 7.1(a)(1)(J) also makes clear that motions for extension of time must articulate good cause supporting the relief sought in the motion.

4.      Rule 6 of the Federal Rules of Civil Procedure states in relevant part: "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

5.      Plaintiff intends to propound additional written discovery to inquire into the jurisdictional issues raised by the four Declarations, which will further substantiate Plaintiff's arguments in opposition to Defendants' Motion to Dismiss under Rule 12(b)(2).

6.      Indeed, as of the date of this Motion, Plaintiff has requested from Defendants the depositions of Mr. Telling, Mr. Burgess, Mr. Freeman, and Mr. Cooper.

7.      Although Defendants indicated on January 12, 2026, in the Joint Scheduling Report that Defendants intended to challenge Plaintiff's Complaint on personal jurisdiction grounds, Plaintiff was unable to discern what specific contentions Defendants would raise in their jurisdictional arguments in the Motion to Dismiss, much less what the supporting Declarations would contain.

8.      As a result, Plaintiff did not unduly delay in seeking jurisdictional discovery on the issues framed by Defendants' Motion to Dismiss and its supporting Declarations. Given that Defendants are disputing that this Court has personal jurisdiction over them, Plaintiff is entitled to jurisdictional discovery. *See Am. Civil Liberties Union of Florida, Inc. v. City of Sarasota,* 859 F.3d 1337, 1341 (11th Cir. 2017) ("[W]hen facts that go to the merits and the court's jurisdiction

are intertwined and genuinely in dispute, parties have a 'qualified right to jurisdictional discovery,' . . . meaning that a district court abuses its discretion if it completely denies a party jurisdictional discovery . . . unless that party unduly delayed in propounding discovery or seeking leave to initiate discovery."); *see also Majd–Pour v. Georgiana Community Hosp., Inc.,* 724 F.2d 901, 903 (11th Cir.1984) (stating that "plaintiff should be given the opportunity to discover facts that would support his allegations of jurisdiction.").

9. For these reasons, good cause exists for an extension of time to respond to Defendants' Motion to Dismiss as Plaintiff requires additional time to conduct jurisdictional discovery on the jurisdictional issues therein.

10. Plaintiff is requesting that the Court extend the deadline to respond to the Motion to Dismiss until April 13, 2026, and Defendants' reply deadline until April 27, 2026.

11. Under S.D.F.L. Local Rule 7.1(a)(3), Plaintiff and Defendants conferred as to the relief sought in this Motion. Although Defendants do not agree with Plaintiff's arguments in support of his request for this extension of time, Defendants confirmed in their conferral communications with Plaintiff that they agree to the one-time extension requested in this Motion, subject to the Court's approval.

12. Plaintiff's Motion is filed in good faith and not for purposes of delay. Plaintiff's Motion is made without waiver of any claim, right, or argument that Plaintiff might have to seek a further extension of time based on the pending jurisdictional discovery that Plaintiff will serve on Defendants.

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

**WHEREFORE**, Plaintiff President Donald J. Trump, respectfully requests that the Court grant Plaintiff's Motion, extend Plaintiff's deadline to respond to the Motion to Dismiss until April 13, 2026, and until April 27, 2026, for Defendants' reply in support thereof, and award any other relief the Court deems proper.

Dated: March 30, 2026

Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

*/s/ Edward A. Paltzik*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

*/s/ Daniel Z. Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting
Corporation, BBC Studios Productions Limited
and BBC Studios Distribution Limited*

/s/ Alejandro Brito

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650│Coral Gables, Florida 33134
Telephone: (305) 614-4071