UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| | ) |
| BRITISH BROADCASTING CORP., et al., | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW (D.E. 36)**

Defendants the British Broadcasting Corporation ("the BBC"), BBC Studios Distribution Ltd., and BBC Studios Productions Ltd., by and through their undersigned counsel, hereby file this brief response to Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss.  As a professional courtesy, Defendants do not object to the one-time extension as requested in the Motion to Extend Deadline.

However, Defendants do not agree that the ostensible reasons for Plaintiff's request warrant this extension.  Plaintiff has been aware for months, since Defendants' counsel responded on November 13, 2025 to Plaintiff's retraction demand, *see* Dkt. 1-2, and again in the January 12, 2026 Joint Scheduling Report, *see* Dkt. 17, that the Defendants would contest jurisdiction, including on grounds that the Defendants never published the documentary in Florida, as his own pre-suit investigation should have informed him.  If the Court grants the Motion to Extend Deadline, Defendants respectfully ask that the Court provide in the Order that no further extensions will be granted to Plaintiff for his response to the Motion to Dismiss.

Defendants had requested that the Plaintiff reflect this position in the meet-and-confer statement in paragraph 11 of their Motion to Extend Deadline.  Plaintiff declined to do so.

Dated: March 30, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
tobinc@ballardspahr.com
Sasha Dudding (admitted *pro hac vice*)
duddings@ballardspahr.com

*Attorneys for Defendants*

2