UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:25-cv-25894-RKA<br>)<br>)<br>)<br>)<br>) |

**MOTION OF MAXWELL S. MISHKIN TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maxwell S. Mishkin of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 508-1140, for purposes of appearance as co-counsel on behalf of Defendants the British Broadcasting Corporation, BBC Studios Distribution Ltd., and BBC Studios Productions Ltd. (together, "Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maxwell S. Mishkin to receive electronic filings in this case, and in support thereof states as follows:

1. Maxwell S. Mishkin is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of Maryland and the District of Columbia; the United States Supreme Court, the United States Courts of Appeals for the Third, Fourth, Sixth, Ninth, Eleventh, and District of Columbia Circuits; and the United States District Courts for the District of Maryland and the District of Columbia. Maxwell S. Mishkin is a partner at Ballard Spahr LLP, which has been retained to serve as counsel for Defendants in this matter.

2. Movant, Charles D. Tobin, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 661-2218, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is

authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.    In accordance with the local rules of this Court, Maxwell S. Mishkin has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.    Maxwell S. Mishkin, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maxwell S. Mishkin at the email address: mishkinm@ballardspahr.com.

WHEREFORE, Charles D. Tobin, moves this Court to enter an Order permitting Maxwell S. Mishkin to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maxwell S. Mishkin.

Dated: April 14, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
tobinc@ballardspahr.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) |
| Defendants. | ) |

## <u>CERTIFICATION OF MAXWELL S. MISHKIN</u>

Maxwell S. Mishkin, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the bars of Maryland and the District of Columbia; the United States Supreme Court, the United States Courts of Appeals for the Third, Fourth, Sixth, Ninth, Eleventh, and District of Columbia Circuits; and the United States District Courts for the District of Maryland and the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: April 14, 2026

Respectfully submitted,

*/s/ Maxwell S. Mishkin*
Maxwell S. Mishkin
D.C. Bar No. 1031356
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 508-1140
Fax: (202) 661-2299
mishkinm@ballardspahr.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>        Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-25894-RKA<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION OF MAXWELL S. MISHKIN TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Maxwell S. Mishkin, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   Maxwell S. Mishkin may appear and participate in this action on behalf of Defendants the British Broadcasting Corporation, BBC Studios Distribution Ltd., and BBC Studios Productions Ltd.  The Clerk shall provide electronic notification of all electronic filings to Maxwell S. Mishkin, at mishkinm@ballardspahr.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
United States District Judge

Copies furnished to: all Counsel of Record