**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>             Defendants. | Case No. 25-CV-25894-RKA |

**NOTICE OF APPEARANCE AS COUNSEL**
**AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

Plaintiff PRESIDENT DONALD J. TRUMP ("Plaintiff") hereby files this Notice of Appearance as Counsel and Notice of Designation of E-Mail Addresses and states as follows:

Jalaine Garcia, Esq. of the law firm of Brito, PLLC hereby makes an appearance as Counsel in the above-styled matter and designates the following e-mail addresses for purposes of service in this case as follows:

Jalaine Garcia, Esq. E-Mail:      jgarcia@britopllc.com
Secondary E-Mail:                     csottile@britopllc.com

Dated: April 14, 2026

Respectfully submitted,

/s/ *Jalaine Garcia*
Alejandro Brito
Florida Bar No. 098442
Ian Michael Corp
Florida Bar No. 1010943
Jalaine Garcia
Florida Bar No. 58632
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

/s/ *Edward A. Paltzik*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

/s/ *Daniel Z. Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice application forthcoming*)

*Counsel for Plaintiff President
Donald J. Trump*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

## <u>CERTIFICATE OF SERVICE</u>

      **I HEREBY CERTIFY** that on April 14, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting*
*Corporation, BBC Studios Productions Limited*
*and BBC Studios Distribution Limited*

                    */s/ Jalaine Garcia*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650│ Coral Gables, Florida 33134
Telephone: (305) 614-4071