UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-25894-RKA<br>)<br>)<br>)<br>)<br>) |

## **JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Plaintiff President Donald J. Trump ("Plaintiff") and Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited, and BBC Studios Production Limited (collectively, "Defendants" and together with Plaintiff, the "Parties"), pursuant to this Court's February 13, 2026 Order Setting Discovery Procedures (Dkt. 29), respectfully request that the Court enter the proposed, stipulated Protective Order attached hereto as Exhibit A. The Proposed Protective Order would govern the disclosure and use of information produced in discovery and reasonably believed by the producing party or non-party to require confidential treatment, as set forth therein.

Respectfully submitted, this 24th day of April 2026.

Dated: April 24, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* <br> Alejandro Brito <br> Florida Bar No. 098442 <br> Ian Michael Corp <br> Florida Bar No. 1010943 <br> BRITO, PLLC <br> 2121 Ponce de Leon Boulevard <br> Suite 650 <br> Coral Gables, FL 33134 <br> Tel:  305-614-4071 <br> Fax:  305-440-4385 <br> abrito@britopllc.com <br> icorp@britopllc.com <br> apiriou@britopllc.com <br><br> */s/ Edward Andrew Paltzik* <br> Edward Andrew Paltzik (*pro hac vice*) <br> Taylor Dykema PLLC <br> 914 E. 25th Street <br> Houston, TX 77009 <br> Tel: 516-526-0341 <br> edward@taylordykema.com <br><br><br> */s/ Daniel Zachary Epstein* <br> Daniel Zachary Epstein (*pro hac vice*) <br> Epstein & Co. LLC <br> 8903 Glades Rd <br> Ste A8 #2090 <br> Boca Raton, FL 33434 <br> Tel: 510-239-7430 <br> dan@epsteinco.co <br><br> *Counsel to Plaintiff,* <br> *President Donald J. Trump* | */s/ Charles D. Tobin* <br> Charles D. Tobin <br> Maxwell S. Mishkin (*pro hac vice*) <br> Florida Bar No. 816345 <br> Ballard Spahr LLP <br> 1909 K Street, NW <br> 12th Floor <br> Washington, DC 20006 <br> Tel: 202-661-2218 <br> Fax: 202-661-2299 <br> tobinc@ballardspahr.com <br> mishkinm@ballardspahr.com <br><br> Sasha Dudding (*pro hac vice*) <br> Ballard Spahr LLP <br> 1675 Broadway <br> 19th Floor <br> New York, NY 10019 <br> Tel:  646-346-8094 <br> duddings@ballardspahr.com <br><br> *Counsel to Defendants* |

2

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on April 24, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin

**LOCAL RULE 7.1(a) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the parties hereby certify that all parties conferred in a good faith and have agreed to this motion and the proposed Protective Order filed with it.

*/s/ Charles D. Tobin*
Charles D. Tobin