# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>        Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:25-cv-25894-RKA-EAL<br>)<br>)<br>)<br>)<br>) |

**[DEFENDANTS' PROPOSED] ORDER ON JOINT MOTION FOR DISCOVERY HEARING RELATED TO DEFENDANTS' SUBPOENA TO PRODUCE FINANCIAL RECORDS TO NON-PARTY THE DONALD J. TRUMP REVOCABLE TRUST**

This Court having considered the Joint Motion for Discovery Hearing Related to Defendants' Subpoena to Produce Financial Records to Non-Party The Donald J. Trump Revocable Trust ("the Trust") and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Trust shall serve revised responses to Defendants' Subpoena within 10 days from the date of this Order.

The Trust's revised responses to Defendants' Subpoena shall not withhold documents or information based on objections of the nature raised in Defendants' portion of the Joint Motion.

The Trust shall begin making document productions on a rolling basis within 10 days from the date of this Order, and continuing every one to two weeks thereafter until productions are complete.  Discovery shall be completed by October 20, 2026, as set forth in the Court's February 12, 2026 Scheduling Order.  *See* ECF 27 at 2.

2

ENTERED this _____ day of _____, 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>Defendants. | Case No. 1:25-CV-25894-RKA |

**[THE TRUST'S PROPOSED] ORDER REGARDING THE PARTIES' JOINT MOTION FOR DISCOVERY HEARING RELATED TO DEFENDANTS' SUBPOENA TO PRODUCE FINANCIAL RECORDS TO NON-PARTY THE DONALD J. TRUMP REVOCABLE TRUST**

THIS CAUSE came before the Court on the issues raised in the Parties' Joint Motion for Discovery Hearing Related to Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited, and BBC Studios Production Limited (collectively, "Defendants") Subpoena to Produce Financial Records to non-party The Donald J. Trump Revocable Trust (the "Trust"). The Court has reviewed the Joint Motion and held a hearing on [_____] regarding the issues discussed therein. Based on the foregoing, and for the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** as follows:

1.      Defendants' request that the Trust's objections be overruled is **DENIED,** and the Trust's objections to the Subpoena are **SUSTAINED**.

2.      Defendants' request that the Trust be compelled to produce all documents identified in the Subpoena is **DENIED**.

1

**DONE and ORDERED** in Chambers in Miami, Florida on this ___ day of _____, 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record