**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

          Plaintiff,

vs.

BRITISH BROADCASTING CORPORATION
a/k/a BBC, BBC STUDIOS DISTRIBUTION
LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

          Defendants.

Case No. 25-CV-25894-RKA

**ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW REFERRAL OF
DISCOVERY MATTERS TO MAGISTRATE JUDGE ENJOLIQUÉ A. LETT,
AND FOR REASSIGNMENT TO NEW MAGISTRATE JUDGE TO SUPERVISE
DISCOVERY MATTERS WITH INCORPORATED MEMORANDUM OF LAW**

THIS MATTER came before the Court on the Plaintiff Donald J. Trump's ("Plaintiff")

Motion to Withdraw Referral of Discovery Matters to Magistrate Judge Enjoliqué A. Lett, and for

Reassignment to a New Magistrate Judge to Supervise Discovery Matters, with Incorporated

Memorandum of Law  ("Motion") (D.E. _____).  Having reviewed the Motion, and being fully

advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1.      Plaintiff's Motion is **GRANTED**.

2.      The referral of discovery matters to Magistrate Judge Enjoliqué A. Lett is hereby

withdrawn from this action.

3.      This Court shall issue a separate Order reassigning a new Magistrate Judge to

supervise discovery matters in this action.

4.      Discovery in this action, including any deadlines related to discovery, is hereby

**STAYED** until the Order reassigning a new Magistrate Judge is entered.

**DONE AND ORDERED** in the Southern District of Florida on May _____, 2026.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record