**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 07-21313-CIV-SEITZ/GOODMAN

JUAN C. ELSO,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ON JUAN C. ELSO'S MOTION TO DISQUALIFY MAGISTRATE JUDGE

This cause is before me on the Motion To Disqualify Magistrate Judge Pursuant to 28 U.S.C. § 455(a), (b)(1) and (b)(2) of Movant, Juan C. Elso. (11/04/2010, DE# 42.) Elso moves to disqualify me because he alleges that I represented the Coral Gables Police Department in a civil forfeiture lawsuit concerning $63,000.00 in cash seized from Elso's former client, Andrew Diaz. (*Id.*) According to the United States' response to Elso's currently pending habeas corpus petition, the circumstances surrounding Elso's efforts as an attorney to assist in the recovery of this money form part of the basis for his conviction. (DE# 30, p. 148.)

Pursuant to 28 U.S.C. § 455(a)-(b)(1), a "magistrate judge shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned" or where he has "personal knowledge of disputed evidentiary facts concerning the proceeding."

I was appointed to the bench on July 23, 2010, pursuant to Administrative Order 2010-98. For many years prior to that time, I was in private practice. For several years, including in 1999, I represented the City of Coral Gables and its Police Department in connection with their role as the coordinators of a multi-agency money laundering task force in *in rem* civil forfeiture lawsuits in state court.

**EXHIBIT**

**Composite Exhibit A**

I do not recall either way whether I represented the City of Coral Gables or the task force in connection with the $63,000 mentioned in Elso's motion and the United States' prior submissions in this case. During the years that I represented the task force, I handled more than 225 separate civil forfeiture cases based on cash seizures in money laundering cases. It is therefore possible that I was, in fact, involved in the specific case involving this $63,000.00. Likewise, it is possible that I had conversations with police officers about this seizure even if I did not personally handle the civil forfeiture case. I do not now, however, have any recollection either way about the specific seizure or any discussions about the forfeiture proceeding which apparently flowed from the seizure of the $63,000.

Pursuant to 28 U.S.C. § 455(a), I must recuse if an "objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality." *Parker v. Connors Steel Co.*, 855 F.2d 1510, 1524 (11th Cir. 1988).

Moreover, the statute requires me to "satisfy the appearance of justice." *Id.* at 1523. Similarly, "'the very purpose of § 455(a) is to promote confidence in the judiciary by avoiding even the *appearance* of impropriety whenever possible.'" *Id.* (emphasis supplied) (quoting *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 865 (1988)).

Notwithstanding my lack of recall concerning this case and the uncertainty of whether I was even involved in this specific cash seizure forfeiture case more than 10 years ago, I believe that recusal is warranted to maintain the appearance of justice and to avoid even the appearance of impropriety.

2

Accordingly, it is hereby ordered that:

(1) Elso's Motion to Disqualify (DE# 42) is granted.

(2) I hereby recuse myself and refer this matter to the Clerk of Court for random and blind reassignment to another magistrate judge from Miami, pursuant to Administrative Order 2010-99.

ORDERED and ADJUDGED in Chambers, at Miami, Florida, November 4th, 2010.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Patricia A. Seitz
All counsel of record
Juan C. Elso, *pro se*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-24044-MIDDLEBROOKS**

EDUARDO SOTO, as Personal
Representative of the Estate of
Osvaldo Soto,

      Plaintiff,

v.

BOOKING.COM B.V.,
BOOKING HOLDINGS INC., and
EXPEDIA GROUP, INC.,

      Defendants.

_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2023.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and designation: 20-24044-CIV-_Middlebrooks_ / _Reid_____.

BY ORDER OF THE COURT this ___20th day of December, 2023, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By:___/s/Valerie Kemp_____

Copies to:
Hon. Donald M. Middlebrooks
Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-22445-CV-LENARD/GOODMAN

UNITED STATES OF AMERICA and
STATE OF FLORIDA, *ex rel.* ARTHUR
E. DESROSIERS, III, M.D.,
      Plaintiff/Relator,

v.

SETH R. THALLER, M.D., and
UNIVERSITY OF MIAMI,

      Defendants.

_____ /

## ORDER OF RECUSAL AND ORDER OF REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case

has been assigned, hereby recuses himself and refers the case to the Clerk of Court for

reassignment pursuant to 28 U.S.C. § 455(a), the Court's Internal Operating Procedure,

IOP 2.16.00, and Administrative Order 2013-63.

      **DONE AND ORDERED** in Chambers, at Miami, Florida, on August 11, 2015.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules and Administrative Orders for the Southern District of Florida, this cause will be reassigned to the calendar of United States Magistrate Judge _Alicia Otazo-Reyes_ .

Copies of this order shall be served on all pending parties of record by notice of electronic filing and/or United States mail. All documents for filing in this case shall carry the following case number and designation: _12-22445-CV-JAL/AOR_.

BY ORDER OF the Court on _August 11,_____ , 2015, Miami, Florida.

STEVEN M. LARIMORE
Clerk of Court

By: _Vanessa Powell-Baconut_
    Deputy Clerk

Copies furnished to:
The Honorable Jose E. Martinez
All counsel of record

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23753-KMM

EDWIN GARRISON, *on behalf of himself and all others similarly situated*,

      Plaintiff,

v.

SAMUEL BANKMAN-FRIED, *et al.*,

      Defendants.

_____ /

## ORDER OF RECUSAL

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE AND ORDERED** in Chambers at Miami, Florida this 16th day of November, 2022.

LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

1

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of Magistrate Judge Jacqueline Becerra. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 22-cv-23753-MOORE/__Becerra_____.

**BY ORDER OF THE COURT** this __16h__ day of __Nov.___, 2022, Miami, Florida.


ANGELA E. NOBLE
Clerk of Court


By: __/s/Valerie Kemp_____

Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-21724-BLOOM/Louis

HAVANA DOCKS CORPORATION,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

### <u>ORDER OF RECUSAL</u>

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of May, 2019.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of _Chris M. McAliley_____. Copies of this Order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation: 19-cv-21724-BLOOM/_McAliley____.

BY ORDER OF THE COURT this __31__ day of __May__, 2019, Miami, Florida.

ANGELA E. NOBLE
Clerk of Court

By: ___s/Valerie Kemp___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22445-CIV-LENARD/MCALILEY

UNITED STATES OF AMERICA, *et al.*

      Plaintiffs,

vs.

SETH R. THALLER, M.D., *et al.*,

      Defendants.

_____/

## <u>ORDER OF RECUSAL</u>

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in chambers at Miami, Florida, this 6th day of September, 2016.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and designation: 12-22445-CIV-LENARD/GARBER.

BY ORDER OF THE COURT this __7__ day of __Sept.__, 2016, Miami, Florida.

STEVEN M. LARIMORE
Clerk of Court


By:__Valerie Kemp_____


cc:
The Honorable Joan A. Lenard
The Honorable Barry L. Garber
Counsel of Record