# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-25894-RKA-EAL |
| BRITISH BROADCASTING CORP., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' PROPOSED ORDER ON MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES**

This Court having considered the Motion for Hearing Related to Defendants' First Requests for Production and Interrogatories and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

Plaintiff shall serve revised responses to Defendants' First Requests for Production and Interrogatories 10 and 11 by June 9, 2026.

Plaintiff's revised responses to Defendants' First Requests for Production and Interrogatories 10 and 11 shall not withhold documents or information based on objections of the nature raised in Defendants' portion of the Joint Motion, including boilerplate, generalized objections that the Requests and Interrogatories 10 and 11 are overbroad, not relevant, speculative, vague, seek documents in Defendants' control, premature, disproportionate, or seek documents and information protected by executive privilege, absent a privilege log and specific explanation as to the nature of the privilege's applicability.

Plaintiff's revised Interrogatory responses shall be verified.

Plaintiff shall begin making document productions on a rolling basis by June 9, 2026, and

continuing every one to two weeks thereafter until productions are complete.  Discovery shall be completed by October 20, 2026, as set forth in the Court's February 12, 2026 Scheduling Order. *See* ECF 27 at 2.

       ENTERED this _____ day of _____, 2026.

                                 _____

                                 ENJOLIQUÉ A. LETT
                                 UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

2