**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, <br><br> Defendants. | Case No. 1:25-cv-25894-RKA |

**JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS WITH INCORPORATED MEMORANDUM OF LAW (ECF NO. 36)**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump") and Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited ("BBCSD"), and BBC Studios Productions Limited ("BBCSP") (collectively, "Defendants" and, together with Plaintiff, the "Parties"), file this Joint Motion to Extend the Briefing Schedule Regarding Defendants' Motion to Dismiss with Incorporated Memorandum of Law (ECF No. 36) ("Joint Motion"). In support thereof, the Parties state as follows:

1.     On March 16, 2026, Defendants filed their Motion to Dismiss with Incorporated Memorandum of Law (the "Motion to Dismiss").  *See* ECF No. 36.

2.     By virtue of the Order Granting Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss with Incorporated Memorandum of Law (ECF No. 43), and by virtue of the Order Granting Plaintiff's Motion to Complete Jurisdictional Discovery

to Respond to Defendants' Motion to Dismiss with Incorporated Memorandum of Law (ECF No. 45), Plaintiff's current deadline to oppose the Motion to Dismiss is June 1, 2026, and Defendants' reply in support thereof is due June 15, 2026.

3.      Since those briefing deadlines were set, the Parties have been engaged in discovery, including the depositions of each of Defendants' witnesses who provided a declaration to support Defendants' arguments in the Motion to Dismiss. *See* ECF No. 36-1 (Declaration of Leo Telling); *see also* ECF No. 36-6 (Declaration of Richard Burgess); *see also* ECF No. 36-9 (Declaration of Martyn Freeman); *see also* ECF No. 36-12 (Declaration of Richard Cooper).

4.      Plaintiff deposed Mr. Telling on April 15, 2026.

5.      Plaintiff deposed Mr. Freeman on April 16, 2026.

6.      Plaintiff deposed Mr. Cooper and Mr. Burgess on April 24, 2026.

7.      As a result of these depositions, Plaintiff served additional discovery requests on Defendants and requested the Rule 30(b)(6) depositions of each Defendant.

8.      Accordingly, the Parties agreed to schedule the Rule 30(b)(6) depositions of each Defendant during the week of May 25, 2026.

9.      On May 26, 2026, Plaintiff deposed the corporate representative of Defendant BBCSD and Defendant BBCSP. Three days later, Plaintiff deposed two corporate representatives of Defendant BBC.

10.     The Parties disagree as to the subject matter sought by Plaintiff's additional discovery requests following the depositions of Mr. Telling, Mr. Cooper, Mr. Freeman, and Mr. Burgess. The Parties also disagree as to the subject matter of the Rule 30(b)(6) deposition topics that were noticed for Defendants' corporate representative depositions on May 26, 2026, and May 29, 2026. The Parties expressly reserve, and do not waive, any arguments or representations in

connection with the foregoing discovery, and whether Plaintiff is entitled to any additional Rule 30(b)(6) depositions of Defendants on topics that were not noticed for May 26, 2026, or May 29, 2026.

11.     Plaintiff requires additional time to complete his opposition to Defendants' Motion to Dismiss to include arguments that relate to the testimony given by Defendants' corporate representatives.

12.     Plaintiff, therefore, requests a short four-day extension to the briefing schedule for Defendants' Motion to Dismiss, as follows:

    a.  Plaintiff's opposition would be due by June 5, 2026.

    b.  Defendants' reply would be due by June 19, 2026.

13.     The Parties have conferred and Defendants consent to Plaintiff's final request for an extension.

14.     The Parties respectfully submit that the above constitutes sufficient good cause for a brief, four-day extension of the current briefing schedule. *See Pineda v. Am. Plastics Techs., Inc.,* 2014 WL 1946686, at *9 (S.D. Fla. May 15, 2014) (cited only to explain applicable standard: "Rule 6(b) authorizes, for good cause shown, extensions of time prior to expiration of any time period. The Court has broad discretion under this Rule.") (citing *Lujan v. National Wildlife Federation,* 497 U.S. 871, 896, 110 S.Ct. 3177, 111 L.Ed.2d 695 (1990) and *Hetzel v. Bethlehem Steel Corp.,* 50 F.3d 360, 367 (5th Cir. 1995)).

15.     This Joint Motion is made in good faith and not for the purposes of delay. The requested extension is brief, will not prejudice any party, and will not affect any other deadlines.

## CONCLUSION

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion, and extend the deadlines for Plaintiff to file his opposition to the Motion to Dismiss to June 5, 2026, and for Defendants to file their reply to June 19, 2026.

Dated: June 1, 2026                                           Respectfully submitted,

*/s/ Alejandro Brito*                                          */s/ Charles D. Tobin*
Alejandro Brito                                               Charles D. Tobin
Florida Bar No. 098442                                        Florida Bar No. 816345
Jalaine Garcia                                                Maxwell S. Mishkin (*pro hac vice*)
Florida Bar No. 58632                                         Ballard Spahr LLP
Ian Michael Corp                                              1909 K Street, NW
Florida Bar No. 1010943                                       12th Floor
BRITO, PLLC                                                   Washington, DC 20006
2121 Ponce de Leon Boulevard                                  Tel: 202-661-2218
Suite 650                                                     Fax: 202-661-2299
Coral Gables, FL 33134                                        tobinc@ballardspahr.com
Tel:  305-614-4071                                            mishkinm@ballardspahr.com
Fax:  305-440-4385
abrito@britopllc.com                                          Sasha Dudding (*pro hac vice*)
jgarcia@britopllc.com                                         Ballard Spahr LLP
icorp@britopllc.com                                           1675 Broadway
 apiriou@britopllc.com                                        19th Floor
                                                              New York, NY 10019
*/s/ Edward A. Paltzik*                                       Tel:  646-346-8094
Edward Andrew Paltzik                                         duddings@ballardspahr.com
Taylor Dykema PLLC
914 E. 25th Street                                            *Counsel to Defendants*
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*Admitted Pro Hac Vice*)

*/s/ Daniel Z. Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*Admitted Pro Hac Vice*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 1, 2026, the foregoing was served via the Court's

CM/ECF System upon all counsel of record.

_/s/ Alejandro Brito_