**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>    Defendants. | Case No. 1:25-CV-25894-RKA |

**[PLAINTIFF'S PROPOSED] ORDER REGARDING THE JOINT MOTION FOR DISCOVERY HEARING ON DEFENDANTS' FORTY-SEVEN SUBPOENAS TO THIRD PARTIES REGARDING JANUARY 6, 2021**

THIS CAUSE came before the Court on the issues raised in the Joint Motion for Discovery Hearing on Defendants' Forty-Seven Subpoenas to Third Parties Regarding January 6, 2021 ("Joint Motion") filed by Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump") and Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited ("BBCSD"), and BBC Studios Productions Limited ("BBCSP") (collectively, "Defendants" and, together with Plaintiff, the "Parties"). The Court has reviewed the Joint Motion and held a hearing on [_____] regarding the issues discussed therein. Based on the foregoing, and for the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** as follows:

1

**EXHIBIT**

**A**

1.      Plaintiff's objections that the Subpoenas identified in the source materials as Exhibit B are overbroad, that they seek information irrelevant to the issues framed by Plaintiff's Complaint, and that the Subpoenas are disproportional to the needs of the action are **SUSTAINED**.

2.      The Court hereby enters a protective order under Fed. R. Civ. P. 26(c) against Defendants' Subpoenas identified in the source materials as Exhibit B to the Joint Motion.

3.      Defendants shall provide each recipient of the Subpoenas with a copy of this Order and indicate to each recipient that they are not required to produce any documents in response to the Subpoenas.

4.      Defendants are instructed to abide by Fed. R. Civ. P. 26(g)(1)(B) with any and all future discovery requests that they intend to serve.

**DONE and ORDERED** in Chambers in Miami, Florida on this _____ day of June 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc:      All Counsel of Record

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:25-cv-25894-RKA-EAL |
|  | ) |
| BRITISH BROADCASTING CORP., et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**DEFENDANTS' PROPOSED ORDER ON JOINT MOTION FOR DISCOVERY
HEARING ON DEFENDANTS' FORTY-SEVEN SUBPOENAS TO
THIRD PARTIES REGARDING JANUARY 6, 2021**

This Court having considered the Joint Motion for Discovery Hearing on Defendants'

Forty-Seven Subpoenas to Third Parties Regarding January 6, 2021 and all other relevant factors,

it is hereby ORDERED AND ADJUDGED that Plaintiff's request for relief as to those

Subpoenas under Rule 26 and/or Rule 45 of the Federal Rules of Civil Procedure is DENIED.

ENTERED this _____ day of _____, 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record