UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) |
| Defendants. | ) |

**MOTION OF RICHARD W. MILLER TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Richard W. Miller of the law firm of Ballard Spahr LLP, 999 Peachtree Street, NE, Suite 1600, Atlanta, Georgia 30309, Telephone: (678) 420-9300, for purposes of appearance as co-counsel on behalf of Defendants, British Broadcasting Corporation a/k/a BBC, BBC Studios Distribution Ltd., and BBC Studios Productions Ltd. (collectively, "Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Richard W. Miller to receive electronic filings in this case, and in support thereof states as follows:

1.      Richard W. Miller is not admitted to practice in the Southern District of Florida and is a member in good standing of the Georgia State Bar & Northern District of Georgia.  Richard W. Miller is a partner at Ballard Spahr LLP, which has been retained to serve as counsel for Defendants in this matter.

2.      Movant, Charles D. Tobin, of the law firm of Ballard Spahr LLP, 1909 K Street NW, 12th Floor, Washington, DC 20006, Telephone: (202) 661-2288, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be

designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Richard W. Miller has made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Richard W. Miller, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Richard W. Miller at email address: millerrw@ballardspahr.com.

WHEREFORE, Charles D. Tobin, moves this Court to enter an Order Richard W. Miller, to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Richard W. Miller.

Date: June 4, 2026                         Respectfully submitted,

*/s/ Charles D. Tobin*
Charles D. Tobin (Fla. Bar No. 816345)
BALLARD SPAHR LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2218
Fax: (202) 661-2299
TobinC@ballardspahr.com

*Counsel for Defendants*