UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-25894-RKA |
| | ) |
| BRITISH BROADCASTING CORP., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## <u>CERTIFICATION OF RICHARD W. MILLER</u>

Richard W. Miller, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the  bars of Georgia and South Carolina; the United States District Courts for the Eastern District of Texas, Western District of Texas, District of Utah, District of Colorado; the Supreme Courts for Georgia and South Carolina; the United States Courts of Appeals for the Federal and Eleventh Circuit and Georgia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: June 4, 2026

*/s/ Richard W. Miller*

Richard W. Miller
GA Bar No. 065257
BALLARD SPAHR LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (678) 420-9300
Fax: (678) 420-9301
millerrw@ballardspahr.com