UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,          )
                                    )
          Plaintiff,                )
                                    )
v.                                  )   Case No. 1:25-cv-25894-RKA
                                    )
BRITISH BROADCASTING CORP., et al., )
                                    )
          Defendants.               )
                                    )

## CERTIFICATION OF YANNI CHEN

Yanni Chen, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the bar of the District of Columbia; the United States Supreme Court; and the United States District Court for the District of Columbia; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Dated: June 4, 2026                     Respectfully submitted,

                                        */s/ Yanni Chen*
                                        Yanni Chen
                                        D.C. Bar No. 1724687
                                        BALLARD SPAHR LLP
                                        1909 K Street NW, 12th Floor
                                        Washington, DC 20006
                                        Telephone: (202) 661-7621
                                        Fax: (202) 661-2299
                                        cheny@ballardspahr.com