**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH BROADCASTING CORPORATION a/k/a/ BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, <br><br> Defendants. | Case No. 25-CV-25894-RKA |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE**
**LIMIT FOR RESPONSE IN OPPOSITION TO**
**DEFENDANTS' RULE 12(B)(2) AND (B)(6) MOTION TO DISMISS**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"), by and through his undersigned counsel, and pursuant to Local Rule 7.1(c)(2), hereby files this unopposed motion for leave to exceed by up to ten pages the twenty-page limit for its response in opposition to the Rule 12(b)(2) and (b)(6) Motion to Dismiss ("Motion to Dismiss") filed by Defendants British Broadcasting Corporation a/k/a BBC, BBC Studios Distribution Limited, and BBC Studios Productions Limited (collectively, "Defendants"). In support, Plaintiff states as follows:

1. On March 16, 2026, Defendants filed their combined Motion to Dismiss under Rule 12(b)(2) and Rule 12(b)(6). *See* ECF No. 36.

2. Attached to their Motion to Dismiss are four declarations from Leo Telling, Richard Burgess, Martyn Freeman, and Richard Cooper (collectively, the "Declarations"). *See id.*, ECF No. 36-1 (Leo Telling); 36-6 (Richard Burgess); 36-9 (Martyn Freeman); 36-12 (Richard Cooper).

3.      Plaintiff is in the process of completing his response in opposition to the Motion to Dismiss. Due to the complexity of the issues raised in the Motion to Dismiss and each of the Declarations, Plaintiff anticipates that he will need up to ten additional pages of briefing to adequately address these issues, including to challenge the factual assertions raised in the Declarations based on jurisdictional discovery obtained from Defendants, for a total of thirty pages.

4.      Under S.D.F.L. Local Rule 7.1(a)(3), Plaintiff and Defendants conferred as to the relief sought in this Motion. Defendants agree to the relief sought herein, provided that Plaintiff likewise consents to Defendants' request for an additional five pages, for a total of fifteen pages, for their Reply in Support of their Motion to Dismiss, which Plaintiff consents to.

**WHEREFORE**, Plaintiff President Donald J. Trump, respectfully requests that the Court grant Plaintiff's Motion, allowing Plaintiff an additional up to ten pages for a total of thirty pages for his Response in Opposition to Defendants' Rule 12(b)(2) and Rule 12(b)(6) Motion to Dismiss, and President Trump consents to an additional five pages for a total of 15 pages for Defendants' Reply in Support of their Motion to Dismiss, and any other relief the Court deems proper.

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Dated: June 5, 2026

Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

*/s/ Edwards Andrew Paltzik*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

*/s/ Edwards Andrew Paltzik*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

## <u>CERTIFICATE OF SERVICE</u>

      **I HEREBY CERTIFY** that on June 5, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting*
*Corporation, BBC Studios Productions Limited*
*and BBC Studios Distribution Limited*

                                       */s Alejandro Brito*

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071