**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>    Plaintiff,<br><br>        v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>    Defendants. | Case No. 25-CV-25894-RKA |

**PLAINTIFF'S *UNOPPOSED* EXPEDITED**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to Local Rule 5.4(b) and the Protective Order entered by the Court on April 24, 2026 [ECF No. 51], files this Unopposed Expedited Motion to File Documents Under Seal, and in support thereof, states as follows:

1.      On April 24, 2026, the Court entered the Protective Order proposed by Plaintiff and Defendants British Broadcasting Corporation a/k/a BBC, BBC Studios Distribution Limited, and BBC Studios Productions Limited (collectively, "Defendants") governing the disclosure and use of information produced in discovery and reasonably believed by the producing party or non-party to require confidential treatment.

2.      Paragraph 10 of the Protective Order provides that, should any party intend to file another party's Discovery Materials marked Confidential or Attorneys' Eyes-Only with the Court, it must provide all other parties with four (4) calendar days' notice identifying the Discovery

Materials it intends to file. The Protective Order further provides that, should a party wish to move to seal any Discovery Materials, it must file a motion to seal pursuant to Local Rule 5.4(b); that, if such a motion is filed within four (4) days, the non-moving party must redact the subject content from any public filing pending resolution of the sealing motion; and that, if no motion to seal is timely filed, all Discovery Materials shall be filed on the public record.

3.      Plaintiff's Response in Opposition to Defendants' Motion to Dismiss ("Response") is due today, June 5, 2026.

4.      Plaintiff's Response will include several supporting exhibits and deposition testimony to address the arguments raised in the Rule 12(b)(2) portion of Defendants' Motion to Dismiss. The materials proposed to be sealed consist of exhibits and deposition testimony that the Defendants have designated as Confidential under the Protective Order, and references to those materials within the Response. The contents of those materials are not described further here so as not to reveal the proposed sealed material. See L.R. 5.4(b)(1).

5.      Because the materials have been designated as Confidential by the Defendants, and not by Plaintiff, Plaintiff files this Motion in an abundance of caution and solely to honor those designations and the procedures of the Protective Order. Plaintiff takes no position on whether the designated materials are properly sealable, and files this Motion so that the Defendants, as the designating parties, may exercise their right under Paragraph 10 of the Protective Order to move to seal the materials and to set forth the factual and legal basis for any sealing as required by Local Rule 5.4(b)(1).

6.      Consistent with Paragraph 10 of the Protective Order, should the Defendants file a motion to seal within four (4) days, Plaintiff will redact from any public filing all content that is the subject of that motion to seal, pending resolution of the sealing motion. Should no motion to

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

seal be timely filed, the designated Discovery Materials will be filed on the public record in accordance with the Protective Order.

7. This Motion is filed on an expedited basis because Plaintiff's Response is due to be filed contemporaneously, and expedited consideration will permit the designated materials to be protected at the time of filing, while the four-day period for the Defendants to move to seal under Paragraph 10 of the Protective Order runs.

8. Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff has conferred with counsel for the Defendants regarding the relief sought in this Motion, and the Defendants consent to the relief requested.

**WHEREFORE**, Plaintiff, PRESIDENT DONALD J. TRUMP respectfully requests that the Court enter an Order: (a) granting the instant Motion; (b) permitting Plaintiff to file under seal the exhibits to, and the portions of deposition testimony cited in, the Response that the Defendants have designated as Confidential under the Protective Order; (c) providing that the Defendants may move to seal those materials pursuant to Paragraph 10 of the Protective Order and Local Rule 5.4(b), failing which the materials shall be filed on the public record; and (d) granting such other and further relief as the Court deems just and proper.

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Dated: June 5, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 010664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

*Counsel to Plaintiff,*
*President Donald J. Trump*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd, Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 5, 2026 the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting
Corporation, BBC Studios Productions Limited
and BBC Studios Distribution Limited*

*/s/Alejandro Brito*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071