# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,<br><br>          Defendants. | Case No. 1:25-CV-25894-RKA |

**[PLAINTIFF'S PROPOSED] ORDER REGARDING THE JOINT MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF <u>REQUESTS FOR ADMISSION</u>**

THIS CAUSE came before the Court on the issues raised in the Joint Motion for Hearing Related to Plaintiff's Responses to Defendants' First Set of Requests for Admission ("Joint Motion") served by Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited ("BBCSD"), and BBC Studios Productions Limited ("BBCSP") (collectively, "Defendants") and Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"). The Court has reviewed the Joint Motion and held a hearing on **[_____]** regarding the issues discussed therein. Based on the foregoing, and for the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** as follows:

1.      Plaintiff's objections to Defendants' First Requests for Admissions are **SUSTAINED**.

1

**DONE and ORDERED** in Chambers in Miami, Florida on this _____ day of June 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc:  All Counsel of Record

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>     Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:25-cv-25894-RKA-EAL<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' PROPOSED ORDER ON JOINT MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**

This Court having considered the Joint Motion for Hearing Related to Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

Plaintiff shall serve, by June 24, 2026, amended responses to Defendants' First Set of Requests for Admission that comply with Fed. R. Civ. P. 36(a)(4). Plaintiff's amended responses shall not include boilerplate, generalized objections of the nature raised in Defendants' portion of the Joint Motion. Moreover, Plaintiff's amended responses to Requests 6-9 shall not include objections that those Requests are premature.

ENTERED this _____ day of _____, 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record