**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, | Case No. 1:25-cv-25894-RKA-EAL |
| Plaintiff, | |
| v. | |
| BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, | |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION TO**
**RESCHEDULE DISCOVERY HEARINGS SET FOR JUNE 30, 2026**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump"), by and through his undersigned counsel and pursuant to Local Rules 7.1(c)(2) and 7.6, respectfully moves this Court to reschedule the Discovery Hearings currently set for June 30, 2026 ("Motion"). In support, Plaintiff states as follows:

1.      On June 10, 2026, the Court entered a Paperless Omnibus Order Granting Motions for Discovery Hearings, which granted the Parties' Joint Motion for Hearing on Discovery Related to Defendants' Subpoena to Produce Records to Non-Party The Donald J. Trump Revocable Trust [D.E. 52], the Parties' Joint Motion for Discovery Hearing on Defendants' Forty-Seven Subpoenas to Third Parties Regarding January 6, 2021 [D.E. 61], and Defendants' Motion for Hearing Related to Plaintiff's Responses and Objections to Defendants' First Requests for Production and Interrogatories [D.E. 57]. *See* D.E. 77.

2.      On June 11, 2026, the Court entered a separate Paperless Order Granting Motion for Discovery Hearing, which scheduled for hearing the Parties' Joint Motion for Discovery Hearing Related to Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission [D.E. 79]. *See* D.E. 80.

3.      Pursuant to these Orders, the Discovery Hearings for D.E. 52, 57, 61, and 79 are presently set to take place on June 30, 2026, at 10:00 a.m. in the Miami Division before Magistrate Judge Lett at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 10th Floor, Miami, Florida 33128.

4.      Undersigned counsel for Plaintiff is presently scheduled to appear in a specially set seven-day jury trial in an unrelated matter pending before the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Neandross Estate Homes Inc. v. Mikolas, et al.*, Case No. 50-2024-CA-004272-XXXA-MB, beginning on June 29, 2026, at 8:30 a.m. *See* Amended Order Specially Setting Jury Trial entered April 23, 2026, which is attached as **Exhibit A**.

5.      The same day that undersigned counsel became aware of D.E. 80, they conferred with Defendants' counsel to inquire if Defendants would agree to reschedule the Discovery Hearings to a mutually agreeable date and time during the week of July 16, 2026, or the week of July 23, 2026.

6.      Defendants' counsel indicated that they consented to Plaintiff's request. Counsel for the Parties are available on the following dates: Thursday, July 16, 2026; Friday, July 17, 2026; and Monday, July 20, 2026, through Thursday, July 23, 2026.

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

7.      Due to the foregoing conflict, Plaintiff respectfully requests that the Court reschedule the Discovery Hearings to one of the mutually agreeable dates set forth in paragraph 6 above, should the Court also be available.

8.      This Motion is made in good faith and not for purposes of delay, and good cause exists for the requested relief given the conflicting specially set trial.

9.      Rescheduling the Discovery Hearings will not prejudice any party and will allow the issues to be fully and fairly presented to the Court.

10.      Pursuant to S.D.F.L. Local Rule 7.6, a continuance of any hearing may be granted upon a showing of good cause. *See* S.D.F.L. 7.6 ("However, upon written notice served and filed at the earliest practical date prior to the trial, pretrial conference, or other hearing, and supported by affidavit setting forth a full showing of good cause, a continuance may be granted by the Court").

11.      The conflicting specially set jury trial described above constitutes good cause for the relief requested herein. *See* Declaration of Alejandro Brito Pursuant to Local Rule 7.6 and in Support of Plaintiff's Motion, which is **Exhibit B**.

**WHEREFORE**, Plaintiff President Donald J. Trump, respectfully requests that the Court grant Plaintiff's Motion, and enter an Order (a) rescheduling the Discovery Hearings currently set for June 30, 2026, to a date that is mutually agreeable to all Parties and the Court; and (b) granting such other relief the Court deems proper.

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

Dated: June 12, 2026

Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

*/s/ Edward Andrew Paltzik*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*/s/ Daniel Z. Epstein*
Daniel Zachary Epstein
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

<u>**CERTIFICATE OF SERVICE**</u>

     **I HEREBY CERTIFY** that on June 12, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting
Corporation, BBC Studios Productions Limited
and BBC Studios Distribution Limited*

          */s/ Alejandro Brito*

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071