IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION AI
CASE NO. 50-2024-CA-004272-XXXA-MB

NEANDROSS ESTATE HOMES INC,
    Plaintiff/Petitioner
vs.
MILES T MIKOLAS,
LAUREN W MIKOLAS,
MILES T MIKOLAS,
et al.,
    Defendant/Respondents.
_____/

## AMENDED ORDER SPECIALLY SETTING JURY TRIAL AND SETTING CASE MANAGEMENT CONFERENCE

**THIS MATTER is specially set number one for jury trial on MONDAY, JUNE 29, 2026, AT 8:30 A.M.** Seven (7) days have been reserved. Upon review of the Court file by the undersigned judge in anticipation of trial readiness, it also appears that there are some remaining issues that need to be resolved in advance of the trial week. Specifically, disputes regarding deposition designations, jury instructions and verdict forms, to the extent possible, need to be resolved. In addition, the Court wants to make sure the parties have estimated in good faith the amount of time necessary for trial from voir dire through closing arguments, and have met and conferred on the order of presentation and the time estimates related thereto so that the Court can maximize the efficient use of available court time. There also may be pretrial motions that have yet to be resolved. Accordingly, it is

    ORDERED AND ADJUDGED as follows:

    1.    This matter is scheduled for **CASE MANAGEMENT CONFERENCE** to address the aforesaid issues on **TUESDAY, JUNE 23, 2026, at 4:00 P.M.** The conference will be conducted via Zoom, using the following information:

Zoom Meeting Info:
Zoom Meeting ID: 88244742921
Zoom Join Link: https://us02web.zoom.us/j/88244742921
Zoom Dial-In Numbers: 8778535257. 8884754499

The attorneys who will be trying the case shall appear for this hearing.

    2.    Prior to the hearing, lead counsel for the parties shall meet and confer on the issues outlined above and, **NO LATER THAN 4:00 P.M. ON WEDNESDAY, JUNE 17, 2026,** shall present to the Court via email at CAD-DivisionAI@pbcgov.org the following:
    A.    An Agreed Order on the use of deposition designations.
    B.    An agreed upon packet of jury instructions and verdict forms. If the parties are unable to agree completely, they shall submit to the Court an agreed upon packet and shall submit separate packets from each party to which there is an objection. The packets shall include the objection and a brief response thereto. If the

**EXHIBIT**

**A**

Case No. 50-2024-CA-004272-XXXA-MB

parties are unable to agree on the verdict form, they will each submit their proposed verdict form at the time of the Case Management Conference.

       C.    A joint report to the Court that outlines the order of proof for all parties, which specifies the order in which witnesses will be called, briefly summarizes the subject matter of the witness' testimony, and estimates separately the amount of time needed by each party for jury selection, opening statement, examination of witnesses, cross-examination of witnesses, and closing arguments.  The report will also confirm that the parties have identified and exchanged any demonstrative aids/exhibits that each intends to use as part of their opening statement and any objections thereto.  Finally, the report will identify with specificity the exhibits each party intends to introduce in evidence and any specific objections thereto.  (Use of the phrase "any and all" or similar terms is prohibited.) Failure to identify objections with specificity may result in a waiver of such objection.  This will assist the parties in efficiently using the court time available and will assist the Court in the efficient scheduling of the trial.

       D.    Any anticipated evidentiary objections that may arise during the trial that can be resolved pretrial.

    3.    Any pretrial motions still requiring resolution after the attorneys have met and conferred in a good faith effort to resolve shall also be provided to the Court via email at CAD-DivisionAl@pbcgov.org  **NO LATER THAN 4:00 P.M. ON WEDNESDAY, JUNE 17, 2026.**  Written responses to the motions that remain pending shall also be provided by the same deadline.  To the extent possible, the Court will hear and resolve all remaining motions at the time of the Case Management Conference.

    5.    It is the Court's intention that pretrial discovery, if previously extended by agreement, is closed by the date of Case Management Conference and that motion practice will be closed by that date as well.  It is also the Court's intent that when this case goes to trial, there will be no outstanding pretrial issues needing Court resolution.  The parties will be able to proceed directly to jury selection at that time.

    Failure of either party to appear for this hearing may result in default or dismissal of this case.

    **THIS HEARING IS SET BY COURT ORDER AND CANNOT BE CANCELLED EXCEPT BY FURTHER ORDER OF THE COURT.**

    **DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida.

50-2024-CA-004272-XXXA-MB   04/23/2026
G. Joseph Curley, Jr.   Circuit Judge

50-2024-CA-004272-XXXA-MB    04/23/2026
G. Joseph Curley, Jr.
Circuit Judge

**COPIES TO:**

| | | |
|---|---|---|
| ALEJANDRO BRITO | 2121 PONCE DE LEON BOULEVARD SUITE 650 CORAL GABLES, FL 33134 | abrito@britopllc.com apiriou@britopllc.com lcoello@britopllc.com |

Case No. 50-2024-CA-004272-XXXA-MB

| | | |
|---|---|---|
| BRUCE E. LOREN | 7121 FAIRWAY DR SUITE 104 PALM BEACH GARDENS, FL 33418 | BLOREN@LORENKEANLAW.COM clucht@lorenkeanlaw.com |
| BRUCE E. LOREN | 7121 FAIRWAY DRIVE SUITE 104 PALM BEACH GARDENS, FL 33418 | BLOREN@LORENKEANLAW.COM |
| CARLOS MOUAWAD | 2121 PONCE DE LEON BOULEVARD SUITE 650 CORAL GABLES, FL 33134 | cmouawad@britopllc.com chernandez@britopllc.com csottile@britopllc.com |
| IAN MICHAEL CORP | 2121 PONCE DE LEON BOULEVARD SUITE 650 C0RAL GABLES, FL 33134 | ICORP@BRITOPLLC.COM chernandez@britopllc.com csottile@britopllc.com |
| JILL N. BERMAN ESQ. | No Address Available | jill@bermanmediations.com casemanager@bermanmediations.com |
| JOHN SIGMUND FREUD | No Address Available | jfreud@msolinc.net |
| KYLE W. OHLENSCHLAEGER | 7121 FAIRWAY DRIVE SUITE 104 PALM BEACH GARDENS, FL 33418 | KOHLENSCHLAEGER@LORENKEANLAW.COM awhite@lorenkeanlaw.com |
| MICHAEL G. ST. JACQUES II | No Address Available | michael@mgs2law.com amy@mgs2law.com |
| NICOLE PERDOMO | No Address Available | nperdomo@lorenkeanlaw.com |