UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

v.

BRITISH   BROADCASTING   CORPORATION
a/k/a  BBC,  BBC  STUDIOS  DISTRIBUTION
LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

        Defendants.

Case No. 1:25-cv-25894-RKA-EAL

## DECLARATION OF ALEJANDRO BRITO IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE DISCOVERY HEARINGS SET FOR JUNE 30, 2026

Pursuant to Local Rule 7.6, I, Alejandro Brito, hereby provide the foregoing declaration in support of Plaintiff President Donald J. Trump's Unopposed Motion to Reschedule Discovery Hearings Set for June 30, 2026 ("Motion"). Under penalty of perjury, I state as follows:

1.      On June 10, 2026, I received and reviewed the Court's Paperless Omnibus Order Granting Motions for Discovery Hearings, which granted the Parties' Joint Motion for Hearing on Discovery Related to Defendants' Subpoena to Produce Records to Non-Party The Donald J. Trump Revocable Trust [D.E. 52], the Parties' Joint Motion for Discovery Hearing on Defendants' Forty-Seven Subpoenas to Third Parties Regarding January 6, 2021 [D.E. 61], and Defendants' Motion for Hearing Related to Plaintiff's Responses and Objections to Defendants' First Requests for Production and Interrogatories [D.E. 57]. *See* D.E. 77.

EXHIBIT

B

2.      On June 11, 2026, I received and reviewed the Court's Paperless Order Granting Motion for Discovery Hearing, which scheduled for hearing the Parties' Joint Motion for Discovery Hearing Related to Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission [D.E. 79]. *See* D.E. 80.

3.      I, along with Ian Michael Corp, Esq., am scheduled to appear in a specially set seven-day jury trial in an unrelated matter pending before the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Neandross Estate Homes Inc. v. Mikolas, et al.*, Case No. 50-2024-CA-004272-XXXA-MB, beginning on June 29, 2026, at 8:30am, and scheduled to end on July 7, 2026. *See* Amended Order Specially Setting Jury Trial entered April 23, 2026, which is attached as **Exhibit A** to the Motion.

4.      The same day I became aware of D.E. 80, I conferred with Defendants' counsel to inquire if Defendants would agree to reschedule the Discovery Hearings to a mutually agreeable date and time during the week of July 16 or July 23, 2026.

5.      Defendants' counsel indicated that they consented to Plaintiff's request.

6.      I will be arguing the issues contained in the Parties' Joint Motions for Discovery Hearing at D.E. 52, 57, 61, and 79.

7.      Therefore, I respectfully submit that the above-referenced trial, which renders me unavailable on June 30, 2026, constitutes a full showing of good cause, pursuant to S.D.F.L. Local Rule 7.6, why the Discovery Hearings should be rescheduled.

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

## VERIFICATION

Under 28 U.S.C. § 1742, I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

_____
Alejandro Brito

6/12/2026
Date

**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071