# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO. 25-CV-25894-RKA


PRESIDENT DONALD J. TRUMP, an
individual,

     Plaintiff,

-vs-

BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS
DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

     Defendants.

_____


CONFIDENTIAL VIDEO-RECORDED ZOOM DEPOSITION OF:
REPRESENTATIVE OF BBC STUDIOS PRODUCTIONS

MARTYN FREEMAN


DATE TAKEN: May 26, 2026

TIME:  9:03 a.m. - 11:37 a.m.

PLACE: All Parties Appeared Remotely via Zoom




Stenographically Reported Remotely By:

Sharon Ambersley, FPR
Notary Public, State of Florida
U.S. Legal & Support

       - - -

APPEARANCES:

On behalf of the Plaintiff:


IAN CORP, ESQUIRE
JALAINE GARCIA, ESQUIRE
MICHAEL MENA, ESQUIRE
BRITO, PLLC
2121 Ponce De Leon Boulevard
Suite 650
Coral Gables, FL 33134
jgarcia@britopllc.com
icorp@britopllc.com


On behalf of the Defendants:

CHARLES D. TOBIN, ESQUIRE
SASHA DUDDING, ESQUIRE
BALLARD SPAHR, LLP
1909 K Street, NW
12th Floor
Washington, D.C. 20006
tobinc@ballardspahr.com




ALSO PRESENT:

NICHOLAS WILCOX, IN-HOUSE COUNSEL


ISAIAH PRICE, VIDEOGRAPHER

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

                    I N D E X


WITNESS:

Martyn Freeman

  Direct Examination By Mr. Corp          5

  Cross-Examination By Mr. Tobin          90


                - - -
        E X H I B I T S   M A R K E D
                - - -


PLAINTIFF EXHIBIT 1 Notice for deposition      38

Exhibit was retained by Mr. Corp.

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

PROCEEDINGS

- - -

Deposition taken remotely before Sharon Ambersley, Florida Professional Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

- - -

THE VIDEOGRAPHER:  Good morning.  We're on the record.  The time is 9:03 a.m. Eastern.  The date is May 26, 2026.  Audio and video recording will continue to take place until all parties agree to go off record.  Please note that microphones are sensitive and may pick up whispering and private conversations.

This is a video-recorded proceeding of corporate representative Martyn Freeman, taken by counsel for plaintiffs in the matter of President Donald Trump versus British Broadcasting Corporation, et al. filed in Miami-Dade County, Florida.  This proceeding is being held remotely via Remote Depo Pro.

My name is Isaiah Price, I'm a videographer on behalf of U.S. Legal Support.  The court reporter is Sharon Ambersley on behalf of U.S. Legal Support.

Counsel will state their appearances for the

record, after which the court reporter will swear

in the witness.

MR. CORP:  Good morning.  This is Ian Corp

along with my colleagues Jalaine Garcia and Michael

Mena on behalf of the President.

MR. TOBIN:  Good morning on behalf of BBC

Studios Productions Limited and BBC Studios

Distribution Limited.  I'm Charles Tobin with the

law firm of Ballard Spahr.  With me is Sasha

Dudding, also with our firm and in-house counsel

for the BBC entities, Nick Wilcox.

THE COURT REPORTER:  Can you raise your right

hand, please?  Do you swear or affirm that the

testimony you're about to give will be the truth,

the whole truth, and nothing but the truth?

Thereupon,

Martyn Freemen,

having been first duly sworn, was examined

and testified under oath as follows:

DIRECT EXAMINATION

BY MR. CORP:

Q   Good morning, Mr. Freeman.  Could you please
state your full name?

A   Yes.  It's Martyn Edward Freeman.

Q   And Mr. Freeman, you've given a deposition

before, correct?

A   That's correct.  Yes.

Q   And, in fact, you were deposed just about a month or a couple months ago in this case, right?

A   That's correct.  Yes.

Q   Do you need me to go over any of the ground rules for today's deposition, sir?  Same housekeeping matters about answering questions, taking breaks, all that.

A   If it's the same as the last time, that's fine.

Q   It will be, so I'll just jump right in.  When were you employed by the BBC?

MR. TOBIN:  Object to the form of the question.  Answer as best you can.

THE WITNESS:  So I joined what was previously called BBC Studios.  It was called BBC Worldwide in I believe it was January 2003 and I have been there ever since.

BY MR. CORP:

Q   And what role did you begin your employment with BBC in?

A   I was --

MR. TOBIN:  Object to the form of the question and answer as best you can.

THE WITNESS: I was a lawyer in the legal team, the business and legal affairs team within BBC.

BY MR. CORP:

Q   And walk me through just briefly how you got to your current role.

A   I -- so I was a lawyer in the -- primarily in the television side of BBC Worldwide. I gradually, over a period of years, increased responsibility to cover different bits of the related areas in terms of sort of rights and legal functions. Then, I believe it was in 2012, the organization decided that it wanted to recruit a general counsel. I applied for that role in 2012 and was successful. And then was -- did that role up until just after COVID and during COVID I took on a variety of additional responsibilities related to the sort of non-legal side of the job, in part because the then -- the then COO of the organization was acting as CEO and he asked me to pick up a few responsibilities that he'd previously exercised. And following COVID that became a formalized as a chief operating officer role of BBC Studios.

Q   And that's the role you currently hold today, correct?

A   That's correct.

Q   And when you say BBC Studios, are you referring to either of the two subsidiary entities that are defendants in this case?

A   Yes.  They effectively are operated, also managed together, if you like.  They're two separate legal entities, but a lot of the business operations of them are effectively conducted as one group.

Q   Okay.  You mentioned that you began your employment at BBC Worldwide.  Did I capture that correctly?

A   Yes.  That's right.  Well, I mean I was -- before that, I was a trainee solicitor qualified with a law firm and joined the public service BBC for about six years, but my substantive role was, you know, the meaningful roles that I think you're asking about was close to 2003 when I moved to BBC Worldwide.

Q   And then BBC -- from BBC Worldwide, how did you end up at BBC Studios Productions?

A   So BBC Worldwide changed its name to BBC Studios in about 2017, I think it was, because it -- what was BBC Worldwide became -- effectively became BBC Studios Distribution.  And we acquired another production business or essentially took over the production business from the BBC in about 2017 and those merged together to become BBC Studios.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

Q   Okay.  So indulge me for a second if you will. I know that colloquially, you, since you work in a day-to-day, you refer to both BBC Studios Productions and BBC studios Distribution as one entity, but in this proceeding they're identified as separate parties.  So try as best you can, please, to when you're referring to BBC Studios Productions to please say that in your answer and when you are referring to the Distribution entity, if you could please try to refer to that in your answer.  Is that okay?

A   Yes.  That's fine.  I'll try --

MR. TOBIN:  Mr. Corp, I'll ask you to conform to that also with your questions.  Your opening questions I objected to, because you used the name BBC without any clarification.  So I think -- I think you're asking him to do a -- follow a fair instruction, but I would ask the same from you.

MR. CORP:  Sure.  The question I asked, Chuck, was on purpose and I'm going to be as precise as possible when necessary, but thank you.

BY MR. CORP:

Q   So, Mr. Freeman, just to recap, BBC Worldwide was -- changed its name to BBC Studios Distribution. Did I capture that correctly?

A   Yes, that's right, I believe, in terms of the

corporation.  That's correct.

Q   And then shortly thereafter, BBC Studios Distribution acquired a different company that was involved in the production business.  Did I capture that correctly?

A   Yes.  It's not an acquisition in a corporate sense.  The production business had previously been operated by the British -- by the BBC, by the parent. And it was at that point part of the BBC's Public Service operations and the production business moved into the commercial side of the BBC Group and effectively for about a year was a sister company of BBC Worldwide.  And then the two -- the entities were brought together to be operated as a single entity and although they are still very much separate legal entities, but they -- they operate effectively as one -- as one commercial group.

Q   The entity that is a party to this case, BBC Studios Productions, when was that entity formed?

A   That BBC Studios Productions Limited, I'm not sure if I remember -- I think it was about 2016 it was that -- it was 2016 or 2017 was the date that the production business transferred from the public service side of the BBC to the commercial side of the BBC and so I believe the legal entity was formed in somewhere

around 2016, 2017.

Q   Correct me if I'm wrong, but you said you were the CEO and the COO of the BBC Studios Production?

A   No.  I have never been the CEO.  I'm the COO of -- I mean, my employing entity is BBC Studios Distribution, and to be as clear as I can, but the effect -- the way that role is effected on the day-to-day basis is that I act as the CEO for both studios entities.

Q   Okay.  So you are on paper the COO of BBC Studios Distributions, but in practice you are the CEO of BBC Studios Productions as well?

A   No.  I've never been CEO of BBC Studios Productions.  I'm effectively the COO of both the studios --

Q   COO.

A   Sorry.  That's my pronunciation perhaps.

Q   No, no.  Just the speaker issue, not your fault whatsoever.  So when did you begin serving as COO of BBC Studios Productions?

A   Well, informally, probably during COVID because everybody's roles and responsibilities were a little bit up in the air during that period.  But that was formalized post-COVID; I think it was the end of 2021 possibly.  I can't remember the exact date, but the

role was formalized rolled from being informal into formality, but I think it was -- it was at the end of the lockdown periods in the UK after COVID, which I remember it was 2021, end of 2021.

Q   Why was BBC Studios Productions created?

A   Why was it created?  So the way the production business operated when it was within the BBC Group, because it was part of the Public Service organization at that point, the production business was only able to produce programs for the BBC.  It wasn't able to produce third-party broadcasts and that was -- it was a challenge increasingly as the production business has globalized and the opportunities for the production market globalized, it was quite difficult for the BBC to retain production staff in a production business that could only work for the BBC, because the producers wanted the ability to take their ideas to market.  The BBC didn't want to buy them, but because it worked for the BBC, it had a guarantee that a certain number of its programs would get commissioned.

So the BBC had a choice to make.  It either needed to continue the current trajectory and risk losing people, or it could put the production business into the commercial side of the BBC, which meant on the plus side, it could make programs for other broadcasters

as well, but on the downside it meant that there could be no guarantee that any of the programs produced by BBC Studios Productions would be commissioned by the BBC. But it made the decision that the -- it was in the best interest of the business to put it on the commercial side, which meant as a production company it could make programs for Netflix and Disney and Apple just as much as for BBC, but it had to stand on its own two feet and there was no guarantee that the BBC would make any of its programs.  So it was a decision to preserve -- that that was the best future for the preservation of that business as an asset for the BBC Group was to make it a commercial subsidiary.

    Q   Since the -- let me rephrase.  Since BBC Studios Productions was formed, what types of content has it produced?

    A   So it produces content in a range of different genres.  It primarily focuses on genres that have commercial potential for exploitation around the world and those genres include scripted programming, so dramas and scripted comedies.  It also includes unscripted programs, so entertainment programs, if you like.  So an example that might be familiar to people in this call is Dancing with the Stars, which is a kind of dance show produced in the US.

It also makes a certain type of factual programs and it has a specific reputation in natural history and it makes kids and family programs primarily in those genres.  It also does some -- a fewer number of other sort of documentary type programs, but the main production business areas are scripted entertainment and in terms of value, natural history and children's.

Q    And will you describe that's consistent with the current categories of content that BBC Studios Productions creates today?

A    Yes.  Absolutely.

Q    You used the phrase "commercial potential". Can you expand on what you mean by that?

A    Yes.  I mean the reason why the studios -- commercial bits of the BBC exist is to -- is to raise commercial type of profit.  We're a for-profit business and therefore we're focused on programming that will drive commercial value through international sales or exploitation.  And so that's why we tend to focus on the areas that I've mentioned, because they're generally the areas that have the most potential in the marketplace to generate a commercial return.

Q    You mentioned that one of the shows that BBC Studios Productions produces in the United States is Dancing with the Stars, right?

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

A    No.  That's not produced by BBC.  BBC Studios
Productions makes a -- the UK -- the originating version
of that show is called Strictly Come Dancing in the UK
and that's made by BBC Studios Productions Limited.
Dancing with the Stars is actually made by Studios
America as part of our LA-based production office, but
it's the same format.  So we license the format
internally and it's made in -- by different companies
for different markets around the world, that being one
of them.

Q    Does BBC Studios Productions produce any
content in the United States?

A    We don't produce content -- well, it depends.
BBC Studios Productions is a producer for hire
essentially.  So we are commissioned by a variety of
different commissioners from around the world, including
commissioners in the US.  So the arrangements we have
may be purely a contractual arrangement because the US
happens to be the commissioner or it might be, given the
nature of the program, that there's some filming that
takes place in the United States, natural history, for
example.  But generally speaking, BBC Studios
Productions is making programs in the UK primarily for a
UK audience, but those programs also do attract
occasionally a US co-production partner and so sometimes

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

there will be either contractual or a sort of production activity in the United States.

Q   As you use the phrase producer for hire, what do you mean by that?

A   I mean, that we can be we can make programs for whoever wants to commission us to make them so we are no longer obliged jut to make programs for the BBC. I mean, we -- if Disney or Netflix or HBO or somebody wants to commission us to make a program, we will happily make programs for them as well.

Q   And so BBC Studios Productions puts itself out there to content distribution networks as available for business in the United States, correct?

A   Not just in the United States.  We make about 2,000 hours of programming a year.  The vast -- the majority of hours is probably made for the UK audience. We do make some programs as what are called work for hire programs commissioned by US streamers, for example, whether that's Netflix or Apple.  So we don't necessarily advertise ourselves particularly.  There's a lot of the global streamers are US-based entities.

Q   Sure.  It's a global business.  I understand that.  But inclusive of that, BBC Studios Productions does hold itself out as a producer for hire in the United States, correct?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  Yes.  Look, we have relationships with most major commissioners around the world, including the US commissioners, so yes, that's true.

BY MR. CORP:

Q   What major commissioners are that, in the United States?

A   Netflix, Apple, Amazon Prime, Disney, HBO, National Geographic, as some examples.

Q   Hulu?

A   I don't know -- I can't -- I don't actually know whether we have made something for Hulu.  I suspect we have.  Over the years we've made a lot of programs, but I can't remember a Hulu commission.

Q   Peacock?

A   We have done something -- we've certainly made programs for NBC.  Whether they put them on Peacock, I don't know, but we definitely -- NBC has definitely been a co-producer and a production partner for us.  Yes.

Q   What was the last one you said, Mr. Freeman?  I apologize.

MR. TOBIN:  Last few words.

THE WITNESS:  I think I said NBC has

definitely been a commissioner or production
partner with us, I think I said.

BY MR. CORP:

Q   Okay.  I captured that.  I just wasn't sure if you said something other than that.

A   I don't think I did.

Q   How about CBS?

A   Have we made programs for CBS?  I'm afraid I can't remember if we made programs for CBS.  So we'd make over ten years -- we've made thousands of hours, but I can't remember it all.  I would be surprised if we haven't, because they're a very big producer, but I can't think of one off the top of my head.

Q   How about ABC?

A   ABC, yes.  Because ABC used to be the commissioner for Dancing with the Stars, so that was not made by the UK entity.  As I said, that was made by our LA-based production entity, but they used to be a commissioner on Dancing with the Stars.  They definitely have had corporate relationships with ABC.

Q   And all these major commissioners that we've discussed thus far, these are relationships that BBC Studios Productions has with them, correct?

A   Possibly, yes.  Probably, yes.  I can't think of individual titles with all of them, but I would be

very surprised if we could not have those BBC Studio Productions as well in some cases as Studios America or our production base in Los Angeles to make program productions for those parties.

Q   In addition to the other categories of content that you described for us earlier, has BBC Studios Productions ever produced a documentary?

A   Yes.  We do make documentaries, yes.

Q   Has BBC Studios Productions ever produced any content that has been published on BBC Select?

A   Yes, probably.  Yes.  I can't think of an example, but yes, it is quite likely that we would have done.

Q   Describe for me please where BBC Studios Productions sits in connection with BBC's corporate organizational structure.

A   Sure.  So BBC Studios Productions is a sister company of BBC Studios Distribution Limited.  Its parent, direct parent is BBC Studios Limited and the parent of that company is called BBC Commercial Limited. And BBC Commercial Limited is owned by the BBC Corporation, of the Public Service corporation.

Q   Can you perhaps just give a bit -- just to double-click on this and go a bit further.  What relationship, if any, does BBC Studios Productions have

with BBC Studios Limited?

A    BBC Studios Limited is the parent company of BBC Studios Productions Limited.

Q    Okay.  What relationship, if any, does BBC Studios Productions have with BBC Commercial Limited?

A    So BBC Commercial Limited is the main governing body for commercial entities of the BBC.  So BBC Studios Limited is effectively a holding company for the BBC Studios Productions and Distributions is really a sort of trading entity or a governing entity.  The governance entity called the commercial businesses is BBC Commercial Limited, which is a -- has its own separate board of directors with non-executive directors and it manages all of the third-party financial arrangements, making governance structure of public group and that's the main regulatory body for the commercial entities of BBC.

Q    What is BBC Global News Limited?

A    BBC Global News Limited is another commercial company that looks to exploit or basically to commercially manage the news business on behalf of BBC -- not on behalf actually.  It's a -- it's a sister company of Studios essentially and like it -- when I described previously how the production business was moved to the commercial side, News is a bit -- it's

slightly more complicated because News is still is --

the news production is managed within the public service

BBC that is made not made by the commercial side of the

business.  The commercial side of the business was set

up to commercialize the news content outside of the UK.

Inside the UK, because of the way the BBC is funded,

there is no advertising.  There is no subscription.  It

doesn't make commercial revenue.

News Limited -- Global News Limited was set up

in order to try and make some commercial revenue outside

the UK that could be fed back to the Public Service

Corporation to supplement the license fee in the same

way that's true for Studios Productions Limited or

Distribution Limited.

Q   Outside the UK where specifically?

MR. TOBIN:  Object to the form of the

question.

THE WITNESS:  It's everywhere outside of the

UK.  The website BBC.com Limited and there's a news

channel called BBC World News and Global News and

that's distributed in different countries around

the world.  And the goal of the commercial entity

is to sell advertising and to raise advertising

revenue, revenue on the back of that channel and

for dot com.  It's again to raise advertising and

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

subscription revenue in order to supplement or

provide revenue back to the BBC public service.

BY MR. CORP:

Q   And that includes the United States as well?

A   That's true.  Yes.

Q   What relationship, if any, does BBC Studios

Productions have with BBC Global News Limited?

A   I'm not aware of any material relationship.

Q   I wasn't just asking about material

relationships, Mr. Freeman.  Any relationship whatsoever

between BBC Studios Productions and BBC Global News

Limited?

MR. TOBIN:  Object to the form of the

question.

THE WITNESS:  I'm not aware of -- I'm just

trying to think of anything which BBC Studios

Productions Limited might do with Global News and I

can't think of anything I'm afraid.  I'm not aware,

as I sit here, of any relationship between those

two.  I don't -- I don't believe there is a content

relationship at all.

BY MR. CORP:

Q   Does BBC Studios Productions currently produce

any news content?

A   No, it does not.

Q   Has it is ever since it's been formed?

A   Not that I'm aware of.  No.

Q   What involvement does BBC Studios Productions have with BBC iPlayer?

A   So BBC iPlayer is a service that is part of the public service of BBC.  It's a video-on-demand service available to users -- to licensed fee payers in the UK.  It is a route to market for the BBC's content in the UK alongside its linear channels.  So if the BBC commissions BBC Productions to make a program, it's down to BBC whether it puts that program onto iPlayer or it puts it onto one of the linear channels or both.  BBC Studios Productions has no direct say as to whether a program goes onto iPlayer or not.  That's entirely a decision of the BBC Public Service.

Q   If, for example, BBC Studios Productions wanted to have a particular piece of content on BBC Studios iPlayer, would it make a pitch to BBC in order to do so?

A   I don't think that's the way it works, to be honest.  I think if the BBC -- if the BBC commissioned a show, they might come to the BBC Studios and say, look, we want to commission this show primarily for iPlayer or we want to commission this show primarily for one of the linear channels.  But because we are the producer of the

show, how it gets shown or where it gets shown is down to the commissioner.  It's not really a production decision.  So I don't -- I'm not sure we would pitch to have it go anywhere if BBC makes it, but as long as they make it, they commission it and the budget is funded, but it's not up to us to determine how it gets aired.

Q   So content created by BBC Studios Productions -- let me rephrase.

Content that is commissioned by BBC, they would be the ultimate decisionmaker to determine where it is distributed -- or let me rephrase again.  I apologize.

Content that is created by BBC Studios Productions, they would not have a say in where that content is distributed.  That decision will be made by the commissioner of the content; is that fair?

A   In terms of the BBC relationship, yes, I think that's fair.  If the BBC -- if the BBC commissioned us, Studios Productions, to make a program, it's down to the BBC commissioner whether it's on BBC 1, BBC 2 or BBC 4, iPlayer, on whichever BBC licensed fee funded service that goes on, that's a decision for the BBC.  It's not a decision for Studios.  Yeah, so in terms of the relationship with BBC, that's absolutely correct.

Q   Explain for me, please, how content that BBC

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

Studios Productions produces is commissioned.  In other words, the show is pitched and someone approves it and I understand approval in this instance to equate to commission, so can you give me an example of that, please?

A    Yes.  So I mean, it works probably in one of two ways.  Either, within the Studios Productions we have, each of the different genres that I talked about earlier will have that development team that's looking at creating new ideas and some of those ideas will be targeted specifically for particular broadcasters.  So there might be a show that the development team is going to create for Netflix and so once they got that show to a stage where they believe it's ready to be looked at by the commissioner, they would go to a commissioner, take it to a commissioner and see if that commissioner was interested.  And the commissioner might decide, yes, I'm quite interested, I would like you to do some more work on it or no, I don't like it, it's not for me or yes, I love it.  When can you start.  Certainly the latter one doesn't happen as often as we would like.  But that relationship depends on the idea, so that's one way it happens.

And then there would be a negotiation about the budget and assuming that as sort of accommodation

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

was found and a way to fund the program was found, then the program would be greenlit and it would go through the production process to get made and delivered.  The alternative way is that sometimes the BBC and other broadcasters put out a tender for a particular program that they're looking for.  They want a program about the World Cup or a program about ballet or whatever it might be.  And producers who are interested in making that program would respond to that tender with a -- with their idea of what think that program could be.  And then the broadcaster will receive or the commissioner will receive ideas from a range of different producers and make a decision as to which one they want to go with.  So it could happen in either of those two ways.

Q   So way number one is then the entire process is in-house and way number two is essentially a request for proposal is put out, bids for lack of a better phrase, are received and evaluated and then a decision is made?

A   Yes.  I mean, the BBC we have -- there's no -- if we submit an idea to the BBC because there's a -- there is no commitment from the BBC to produce it.  They might really not like it and not want it.  So all the development work we do is literally business development in the same way corporation does business development.

There's no guarantee that that will turn into something; most developments don't.  Most developments get thrown away because nobody commissions them.

So in each case the decision rests with the commissioner.  They make the decision about the program they want to buy.  It's more about where the idea is originated from.  It's either originated from within the production business or it's originated because it comes from a particular idea that a commissioner decided they want a program about tomatoes on their channel and so they commissioned that idea about tomatoes.  It's the genesis of the idea that I was distinguishing, not so much the decision.  The decision is always the commissioner's decision.

Q   So BBC would be the commissioner for content that is created by BBC Studios Productions; is that fair?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  They're one of many commissioners, yes.  Because we make programs for people other than the BBC, but they are definitely one of the commissioners for programs that we make.

BY MR. CORP:

Q   When BBC commissions content produced by BBC

Studios Productions, is BBC the entity that determines where that content can be distributed?

A  So if you -- if by distributed, you mean on which BBC platform in the UK, then yes, on BBC 1 or BBC 2, that's BBC's decision.  If it is not generally the BBC decision as to where the content gets or how the content gets distributed internationally, so the BBC only has a view about the UK distribution of the content.

Q  Who then would determine after the BBC commissions that content, where if at all, it is distributed internationally?

A  So there's a -- the commissioning framework in the UK is governed by a -- something called essentially the terms of trade and it was an agreement that the BBC -- that the public service broadcasters in the UK were obliged to enter into with the UK independent producers. And what that said is that if you are a public service broadcaster in the UK like the BBC, then you can only acquire a license to broadcast the program for a period of time.  You don't fully own it.

If the idea was generated by an independent production company, then that production company is entitled to own the idea and therefore it is the independent production company that will determine what

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

happens to the idea outside of the BBC.  So the BBC can commission it, they can acquire their license for a number of broadcasts for a period of time in the UK, but it's down to the independent producer to find any balance of funding required, because the BBC will pay a license fee that may not complete production and the producer has to go and find the rest of the money and it then determines how the rights are distributed around the world.

Now that's -- that's the arrangements that were put in place for independent production companies and that's companies that are not owned by broadcasters. It's a very UK specific rule.  There's rules that were put in place in about 2004 to try and stimulate the growth of the independent production sector in the UK. The BBC, it can acquire different rights by negotiation on an individual title sometimes, but that's the framework that the producers expect public service broadcasters to operate by.

If they come up with an idea that BBC commission acquired a license, but they're responsible for the balance of the arrangements and they own the IP. The IP is not owned by the BBC.

Q   So that's an area that you're talking about, that's when the idea for content is generated by someone

other than BBC, correct?

A   Yeah, that's right.  So an independent production company comes to the BBC with an idea for a program.  The BBC can commission it, it generally will not own it.  They can -- they get their license to it and then it's down then to the producer to come up with the arrangements for how that program is done, exploited separately or in addition to the BBC's rights.

Q   What about an idea that is generated by the BBC?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  When you say the BBC?

BY MR. CORP:

Q   Let's say BBC Studios Productions.

A   So if we come up with an idea that the same rules generally will apply.  The BBC's interest is primarily in the UK.  They don't -- the BBC Public Service doesn't really have an interest in how the program is exploited outside of the UK.  They are concerned about the windowing of that program in the UK and ideally, if it makes money outside the UK, they would like a share of that money if they have been commissioner of it and paid a material part of the budget.  But it is generally up to the producers to

determine what happens outside the UK.

So if we are commissioned, the BBC will be interested in the rights that it wants to acquire in the UK, it will be up to BBC Studios to work out how to distribute that program around the world.

Q   I believe you answered this already, but I just want to make sure.  You recall earlier when I asked you what involvement BBC Studios Productions had with having content distributed on BBC iPlayer?

A   Yes.

Q   And you recall how you explained in sum or substance that it's not up to BBC Studios Productions, it's up to the commissioning entity or it's up to BBC to determine if that content will be on iPlayer?

A   Yes, that's right.

Q   Would the same general understanding apply to how content is distributed on BBC 1?

A   Yes.

Q   How about BBC 2?  Same thing?

A   Exactly the same.  It's -- the only distinction between those things is the BBC 1 and 2 are linear television channels.

Q   Um-hmm.

A   And iPlayer is an on-demand service, but they're both funded by the BBC Public Service and by the

license fee, so the BBC commissioner of the BBC Public Service will decide which programs go on which network.

Q   Okay.  How about BBC Select?

A   No.  BBC Select is a different beast.  So BBC Select is not run by the BBC Public Service.  BBC Select is a video-on-demand service that is operated in the international space.

Q   Um-hmm.

A   And it provides documentary content or it airs documentary content in the United States.

Q   Does BBC Studios Productions have any involvement in -- well, let me rephrase.

Has BBC Studios Productions ever had its content distributed on BBC Select?

A   Well, BBC Select wouldn't distribute content. It would just air it.  It's not a distributor; it's just a single platform.  I can't -- I believe, though I can't think of an example, I believe we have made programs BBC Select, but I can't think of an example that BBC Studios Productions has made for Select.  But I would surprise if we haven't because we do make documentaries so I would think Select might have taken them, but I'm afraid I don't know of one sitting here today.  I can't recall.

Q   Just to make sure I heard you correctly, you would be surprised if BBC Studios Productions had not

had any of its content published on BBC Select?

A   Yes.  I would have thought BBC Select would have taken one or other of the documentaries we've made in the past.  That may not be true, but I can't think of an example one way or the other at the moment.

Q   How is the determination made at BBC Studios Productions whether or not content will be produced in-house?

A   I'm not sure what you mean by -- what do you mean by in-house?  Sorry, in that context.

Q   Let's assume a show is pitched and it's commissioned and the pitching entity was BBC Studios Productions --

A   Yes.

Q   -- does BBC Studios Productions always produce the content associated with that show?

A   Yes.  So BBC Studios Productions is a stable of production companies.  So that we have a -- BBC Studios Productions has acquired over the years stakes in a number of different smaller production labels and those are part of the BBC Studios family of producers. So if BBC Studios Productions pitches a show, then it would make it.  It might give it to one of its labels, you know, internal labels to make.  That's relatively unlikely.  It's more likely that the label itself would

have pitched that show and they would make it.

So I'll give you an example of one of the labels, just to be clear.  So there's a -- we have a label called Clerkenwell, which was an independent production company that BBC acquired a stake in and they make scripted content.  They make content which has gone onto BBC.  They make content which had gone onto Netflix.  Talk About -- Clerkenwell would pitch its own programs.  BBC Studios Productions would pitch it.  Clerkenwell is a BBC Studios Productions label because we have an ownership stake in that entity, but they would make their own pitching decisions.  So it's unlikely that a studio -- Clerkenwell show would be made somewhere else within Studios Productions or vice versa, but -- so generally if BBC Productions pitched the show it will make it itself.  It certainly won't go outside the family.

Q   Okay.  So just to make sure I heard you correctly.  There would not be a scenario where BBC Productions pitches content, that content is commissioned and then a third party ends up producing that content for BBC Studios Productions?

A   I think that's an extremely unlikely scenario. I can't imagine why that would ever happen.

Q   You mentioned in your -- a couple answers ago,

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

BBC Studios Productions has interests in smaller production companies.  Did I capture that correctly?

A   Yes, commercial interests.  Yes.

Q   And are there any interests -- let me rephrase.

Are there any ownership interests that BBC Studios Productions has with any production company in the United States?

A   Well, we have our own production company in the United States under Studios America, BBC Studios America in Los Angeles, but we don't own any labels, if you like.  So we haven't invested in any third-party companies in the United States, but we do operate Studios America -- Studios Productions America out of Los Angeles.

Q   Does BBC Studios Productions have an ownership interest in BBC Studios Americas?

A   No, it does not.  That's owned by Studios Americas, Inc.

Q   You used the phrase a few answers ago, independent production company.  Do you recall that?

A   Yes.

Q   Within that phrase are you including a production company that BBC Studios Productions has an ownership interest in?

A   No.  The way -- the definition of an independent production company is a legislative definition in the UK.  I can't remember -- I think it's the Communication Act or a piece of legislation which defines a company that was not -- that did not have an ownership stake of more than I think it's 25 percent by a broadcaster.  And the reason it became a relevant definition was because I think it was in 2004, the commissioning framework changed in order to try and encourage the growth of small production businesses.

So it defined an independent producer and that made it clear that those independent producers were allowed to retain the intellectual property and their own ideas and to retain the international distribution rights and their programs.  Because BBC Studios is owned by the BBC, we are by definition a broadcaster and therefore none of the labels that we own would count as an independent producer for the purposes of this definition.  So neither BBC Studios Productions nor the labels that we own count as independent production companies for these purposes.

Q   You're saying that's all based on this legislative term that you're referring to?

A   That's correct.  Yes.

Q   What is that legislative term, if you could

best describe it?  I know you mentioned it may have been in --

A    I think it's -- I think it was in the Communications Act in 2003.  It essentially defines an independent production company is a company that is not owned in the material way by a broadcaster.  So it is an independent vehicle to make content independently.

Q    And you mentioned 25 percent ownership interest, so is that a threshold that you're referring to?

A    That -- to be honest, I can't actually remember the detail of the provision.  I seem to remember there was a 25 percent threshold somewhere, but I can't remember whether that applies to the ownership stake that a broadcaster has.  I think it does.  So I wouldn't like to -- I wouldn't like to commit to that now.  I'd need to look it up.

Q    So, Mr. Freeman, I'm going to go ahead and show you what we'll mark as Exhibit 1.  And, Chuck, it's the 30(b)6 notice which I imagine you have in front of you.  If not, I'll email it just like we did last time.

MR. TOBIN:  I've got it.  Which one would you like me to put in front of him?

MR. CORP:  The one for BBC Studios Production.

MR. TOBIN:  Okay.  We've got it.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

(Plaintiff Exhibit No. 1 was marked for identification.)

BY MR. CORP:

Q   So, Mr. Freeman, what's been put in front of you should be what we'll mark as Exhibit 1 to this deposition and it should be a document that is titled notice of taking remote videotaped deposition.  Do you see that?

MR. TOBIN:  I'm sorry.  I handed him the wrong document.  I'm handing him the right document.

THE WITNESS:  Yes.  I see notice of taking remote videotaped deposition.  Yes.

BY MR. CORP:

Q   All right.  And you'll see where it says name, it has BBC Studios Production Limited with knowledge as to the topics listed in Schedule A.  Do you see that?

A   Sorry.  Where are you looking?

Q   Here.  Why don't we just --

A   I'm sorry, yes.  Yes, sorry.  Yes.  I've got it.  Yeah.

MR. TOBIN:  He's got it.

BY MR. CORP:

Q   So it's a four-page document which should be in front of you.

A   That's right.

Q   Turn for me, please, to the last page where it begins Schedule A.  Let me know when you're there.

A   Yes, I'm there.

Q   All right.  So let's begin with topic three.  So topic three, I'll just read it.  It says BBC Studios Production's business activities in the United States and Florida from January 1st, 2023 to the present, including any production services, employees, contractors, marketing or relationships with any entities in the United States and Florida.  Have I read that correctly?

A   You have, yes.

Q   What did you do to prepare for this topic?

A   Well, as I think I mentioned in one of my earlier answers, the BBC Studios Production produces a couple of thousand hours of programs a year.  We have relationships with a variety of different commissioners some of whom are in the U.S. and there are probably hundreds of productions across that period and in the hundreds, if not thousands, of related documents.  So in direct preparation for this answer, I focused on whether or not there was anything in any of those records which suggested that BBC Studios Productions had any involvement with this specific documentary and that's definitely not the case.

But I have not attempted on advice of counsel to try and understand the complexity of thousands of hours of programming across three years, because there could be many different connections with the United States through commissioning relationships, location arrangements, filming relationships.  It could be -- it could be voluminous.

Q   So my question, Mr. Freeman, was what did you do to prepare for this topic?  I think you tried to answer it, being fair to you, in a sort of backwards way.  So I'll just ask you again.

What did you do specifically to prepare for this topic?

A   So I know that I -- specifically I know that I looked at the relationships we had, which we've already talked about for different productions across the world, including the United States.  I looked at the nature of BBC Studios Productions business and I specifically looked at the nature of Studios Productions business insofar as it related to this documentary.  The scale of the other arrangements, when I looked at them, meant that on the advice of counsel, I did not dig into the specific arrangement for individual productions other than the specific production that's the subject of this conversation.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

Q   Other than your attorneys, did you speak with anyone to prepare for this topic number three?

A   I spoke to my own team, but across the -- across the world.  But to be honest, this comes from my -- I know from my own role and the history that I have with the company about the significant extent of our relationships on different productions across the US.

MR. TOBIN:  He asked who you spoke with.

THE WITNESS:  I spoke with --

BY MR. CORP:

Q   Mr. Freeman, if I may, just give me a second. Let's zoom out.  These topics that we're going to go forth, I know you want to jump into the substance.  I promise you, we will get there.  Just try to stick with me, please, and be as precise as possible with the questions that I'm trying to ask you so we can move this along.  So you mentioned you spoke with your team to prepare for this topic, correct?

A   Correct.  Yes.

Q   Who on your team did you speak with?

A   So I've spoken to Leo Pieczanski.

Q   Um-hmm.

A   Do you want me to give you the details of the name or just keep going?

Q   Spellings and all that we can do later on.

A   Okay.  Fine.  So Leo Pieczanski, Eleonore Pieczanski and Kimneeta Larizadeh, who both work in my business affairs team.  I have spoken to Adrian Turner, who's the CFO for our US business and I spoke to our legal teams.

Q   So to recap Leo, Eleonore, Adrian, who else?

A   And the lawyers.

Q   Okay.  And for what purpose did you speak with Leo?

A   Leo looks after the business affairs for me for our US businesses and would be primarily responsible for our contracting arrangements that would impact programs if they were connected with the United States.

Q   And for what purpose did you speak with Eleonore?

A   That is Leo.  Sorry.  That's the same person, Eleonore.

Q   Oh, okay.

A   Kimneeta works with Leo.  She's part of her team.  That was a conversation that happened with both of them.  And Adrian Turner is the CFO for our American business.

Q   To prepare for this topic, did you review any documents?

A   No, I did not.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

Q   And you mentioned that on advice of counsel you limited your preparation for this topic; is that correct?

A   That's correct.

Q   Who specifically gave you that instruction? And I'm not asking you for the contents of the instruction.  Just to identify the individual that gave it to you.

A   Chuck Tobin.

Q   Anyone else?

MR. TOBIN:  Consistent with the objections that we noted, timely noted, to your deposition topics.

BY MR. CORP:

Q   Anyone else other than Mr. Tobin?

A   No.

Q   How much time did you spend preparing for topic three?

A   Probably about 30 minutes.

Q   In 2023, did BBC Studios Production produce any content in the United States?

A   Produced content in the United States or --

MR. TOBIN:  Answer the question.

THE WITNESS:  So BBC Studios Production may have had commissioning  -- arrangements with

commissioners for content in the United States.  It may in one or other of its genres have made a program which required some location filming in the United States.  More likely the former rather than the latter, but it almost certainly would have had a contractual or co-production arrangement with -- in relation to one or other programs that it made.

BY MR. CORP:

Q   Which programs did BBC Studios Production produce in the United States in 2023?

A   I can't tell you that as I sit here now.  I don't have a list I'm afraid.

Q   In 2024, did BBC Studios Production produce any content in the United States?

MR. TOBIN:  Object to the form of the question.  Answer as best you can.

THE WITNESS:  As per 2023, it almost certainly would have had contractual arrangements with the commissioning broadcasters and may have produced content that required some filming in the United States.  At some point during the course of 2024 either scripted or unscripted or children's, but I don't have a list of programs that were produced in 2024.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

BY MR. CORP:

Q   Same question, but for 2025.

MR. TOBIN:  Object to the form of the
question.  The general course of studio productions
business in the United States --

MR. CORP:  Don't need the speaking objection,
Mr. Tobin.

MR. TOBIN:  I'm going to give you the basis
for my objection and it's through your --

MR. CORP:  I didn't ask, for it, sir.  I
didn't ask for it.  Sir, I didn't ask for it.

(Indiscernible crosstalk.)

MR. TOBIN:  It's not for either general or --

MR. CORP:  Excuse me.  Excuse me, please.

MR. TOBIN:  -- specific jurisdiction.

MR. CORP:  Excuse me.  Excuse me.  Let's limit
the objections to form.  If I need the basis, I'll
ask you for it.  Otherwise, let's just proceed.

BY MR. CORP:

Q   Mr. Freeman, if you understand the question,
please go ahead.

MR. TOBIN:  Object to the form of the
question.  Goes to neither general nor specific
jurisdiction.  Go ahead and answer.

MR. CORP:  It's an improper speaking

objection.

BY MR. CORP:

Q   Go ahead, Mr. Freeman.

A   So the answer for 2025 would be the same as '23 or '24.  We almost certainly would have had commissioning relationships with entities in the United States and may, in different genres, have filmed content in the United States, but I don't have a list of specific programs which were the subject of commissioning arrangements in 2025.

Q   Presently is BBC Studios Production producing any content in the United States?

MR. TOBIN:  Same objection.  Goes to neither aspect of jurisdiction in Florida.

MR. CORP:  It's an improper speaking objection once again.  Go ahead, Mr. Freeman.

MR. TOBIN:  It is not a speaking objection.  I am not coaching the witness.

MR. CORP:  You can disagree, Mr. Tobin.  I'm just putting my position on the record, sir.  Go ahead, Mr. Freeman.

MR. TOBIN:  I understand and I'm putting mine on the record here, too.

MR. CORP:  Right.  But you're also coaching the witness by doing these speaking objections

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

which is improper and you know that.  So I'm trying --

     MR. TOBIN:  This is not coaching the witness. The basis of my objection is not a factual instruction to the witness.  It's stating the legal grounds.  There is nothing inappropriate about it. You may continue.

     MR. CORP:  I disagree with you.  Go ahead, Mr. Freeman.

     THE WITNESS:  Again, I don't have a list of programs that we are making or have made during the course of 2026, but it's likely, given the past experience of the business that we have commissioning arrangements with platforms for broadcasters in the United States and may be involved in filming in the United States for one or other of those programs across the range of different genres.

BY MR. CORP:

     Q   In 2023, did any of that production activity occur in Florida?

     MR. TOBIN:  Object to the form of the question.

     THE WITNESS:  I'm afraid I don't know the answer to that, because I don't have a list of

Corp Representative of BBG Studios Production   Confidential
May 26, 2026

programs.

BY MR. CORP:

Q   How about in 2024?

A   The same is true.  I don't have a list of programs.  I'm not aware that we would have targeted Florida or any other part of the United States.  I just don't have a list.

Q   In 2025?

A   The same is true.

MR. TOBIN:  Same objection.

BY MR. CORP:

Q   And how about presently?

MR. TOBIN:  Same objection.

THE WITNESS:  The same is true.  I don't have a list.

BY MR. CORP:

Q   That list of information, Mr. Freeman, that was information that was available to you before this deposition occurred, correct?

A   Do you mean a list of all of the programs that we've made?

Q   From 2023 until present.  Yes, sir.

A   It probably exists on a system somewhere. Yes.

Q   And on advice of counsel you were instructed

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

not to review that information, correct?

A   That's correct.

MR. TOBIN:  For the reasons I have stated on the record.  And consistent with our objections that we duly noted, timely noted and you have not contested.

MR. CORP:  There's no question pending, so understand.

BY MR. CORP:

Q   Mr. Freeman in 2023, did BBC Studios Production have any employees in the United States?

A   Not as far as I'm aware.  No.

Q   How about 2024?

A   Not as far as I'm aware, no.

Q   2025?

A   The same.

Q   Presently?

A   The same.

Q   In 2023 -- well, let's back up and I'll rephrase.  In 2023, what contractual relationships did BBC Studios Production have in the United States?

MR. TOBIN:  Object to the form of the question for the reasons stated.

THE WITNESS:  I'm not quite sure if you are asking something different.  Is there a difference

between that and the previous question?  I'm not sure I've understood it.

BY MR. CORP:

Q   Sure.  I'm happy to give a bit more context. So previously you recall when we went back and forth regarding whether or not BBC Studios Productions produces content in the United States.  Do you remember that?

A   Um-hmm.

Q   That's a yes?

A   Yes, sir.  Yes.

Q   That's all right.  And you mentioned that you -- that there presumably but you weren't for -- you weren't certain that there were contractual relationships that BBC Studios Production had in 2023, 2024, 2025 and 2026 presently, correct?  Do you remember that?

A   Yes.

Q   So my question is what contractual relationships did BBC Studios Productions have in the United States in 2023?

MR. TOBIN:  Object to the form of the question for the reasons stated.

THE WITNESS:  So to give you a sort of list of the type of contractual relationships we probably

had, but I don't have a list of every single contractual relationship that we had with a US partner or platform in 2023. But it's highly likely that we would have had coproduction arrangements for programs or possibly some filming or access agreements to films, for example, a natural history program where we were filming at some point somewhere in the United States.

So these are the types of -- we would therefore may have had to get actors engagements, for example, so we might have had a variety of different contracts, but I don't have a list of the exact contracts that we did have for those programs.

BY MR. CORP:

Q So of the categories you mentioned, you said coproduction agreements, access agreements; are there any others?

A Potentially contributor agreements of one kind or another.

Q Any other category?

A Not that I can think of. I mean, it's possible we might have hired some kit, some equipment contracts possibly. It would depend on what the programs that were made, but I'd say I don't have that.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

I don't have a comprehensive list.  But the types of contracts that would be relevant coproductions would include contributor agreements and commissioning agreements and access agreements.

Q   Okay.  I got coproduction agreements, access agreements, contributor agreements and now you mentioned a commissioning agreement?

A   No, equipment agreement, I said.

Q   Equipment.  I'm sorry.  So far I've got four; coproduction, access, contributor and equipment agreement, correct?

A   Yes.  And possibly I suppose the only other one I can think of might be financing agreements if we were filming in a state that had tax credits possibly. I don't know.  Again, I don't have the list, but that's another type of agreement that might be relevant to television production.

Q   Okay.  And so you presume that in 2023 BBC Productions Studio had some or all of these types of contractual arrangements in the United States?

A   Yes.  That's possible, yes.

Q   Same question for 2024.  Did BBC Studios Productions have any contractual relationships of the five categories that we identified in the United States?

MR. TOBIN:  Object to the form of the question

for the reasons stated.

THE WITNESS:  So I'm assuming that, yes, the same criteria would apply to each of the previous years that if we were making programs, then the type of contracts that -- the type of contractual arrangements that we might have had would have fallen into the categories I mentioned.

BY MR. CORP:

Q   Same question for 2025?

MR. TOBIN:  Same objection.

THE WITNESS:  Yes.  The same answer would apply to 2025.

BY MR. CORP:

Q   And how about presently?

A   The same answer would apply.

Q   In 2023, did BBC Studios Production engage in any marketing in the United States?

MR. TOBIN:  Object to the form of the question for the grounds stated.

THE WITNESS:  I don't know the answer to that in detail, but I suspect so.

BY MR. CORP:

Q   I'm sorry.  You ended with saying I suspect that?

A   I mean, yeah.  We're a big business and it's

perfectly possible that some marketing collateral could have been produced for the United States.  I doubt very much whether -- specifically in answer to your question did BBC Studios Productions engage in marketing, I think that's highly unlikely, because I don't think BBC Studios Productions would have engaged in marketing activity and there's not much reason for BBC Studios Productions to do that.  So I would be surprised.  I don't specifically know, but I would be surprised.

Q   Why is it that you would be surprised if BBC Studios Productions engaged in marketing activity in the United States in 2023?

A   Because -- just because I don't -- marketing is not a primary function of BBC Studios.  They make programs.  They're not a marketing organization.  So they might have some subsidiary collateral marketing, but it's not primarily what they do.

Q   In preparation for your deposition on this topic, did you speak with anybody at BBC Studios Production that oversees the marketing activities for the company?

A   No, I did not.

Q   Is there such a person at BBC Studios Production?

A   That oversees marketing?  No, I don't believe

there is.

Q   Who at BBC Studios Production would be charged with that responsibility as insignificant as it may be?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  My understanding is that any marketing would be -- it's sort of linked to the pitching process.  So it would be done by the program genres that we talked about earlier, the scripted or children's or comedy.  There isn't a separate -- I don't believe there's a separate marketing department for BBC Studios Production.

BY MR. CORP:

Q   I'm not sure I understand what you mean by that, so I would like to communicate my understanding and then feel free to correct me if I'm wrong.

Are you saying that when content is pitched, along with that pitch, a marketing campaign for the content is included?

A   Not a campaign as such, but sometimes, you know, a flyer or one-page marketing material might be produced for that content.  But it very much depends on the content and the nature of that content, but BBC Studios Productions is primarily at that point trying to sell its program.  It's not marketing the organization

or the program, because it doesn't know if it's got made yet and the marketing for television programs is generally done by the distribution companies or by the platforms. It doesn't tend to be done by the production business itself.

Q Are you saying, Mr. Freeman, that BBC Studios Production does not engage in any marketing whatsoever for the content it produces?

MR. TOBIN: Object to the form of the question. Mischaracterization his testimony. Answer as best you can.

MR. CORP: That's an improper --

THE WITNESS: No.

MR. CORP: -- speaking objection. Go ahead.

THE WITNESS: I'm not saying it never engaged in marketing. I'm saying that the marketing is very much subsidiary to the purpose of producing the programs and I'm not aware that it -- the marketing is -- marketing is not a material function within BBC Studios Production.

BY MR. CORP:

Q Nevertheless, even though it's not a primary function, it may still be true that it does engage in some kind of marketing; is that fair?

MR. TOBIN: Object to the form. Object to the

form of the question.

THE WITNESS:  Some marketing collateral, yes, may be produced linked to the pitching of programs, yes, or celebrating the fact that a program has been made.  Yes.

BY MR. CORP:

Q   So you indicated previously that you would be surprised if BBC Studios Production engaged in any marketing in 2023 in the United States?

A   Other than the way I have expressed it, yes, because it's not a primary function of BBC Studios Production.

Q   In the past, has BBC Studios Production engaged in marketing in the United States?

A   I don't have details of every bit of marketing that may or may not have been entered into, so I'm afraid that I can't give you a definitive answer to that question.

Q   In 2023, did BBC Studios Production contract with any third parties to market on its behalf in the United States?

MR. TOBIN:  Object to the form of the question for the reasons stated.

THE WITNESS:  I don't know the answer to that question.  I don't know that information.

BY MR. CORP:

Q   You don't have that information prepared to testify to today, correct?

A   I didn't research that information for the purposes of this question on the advice of counsel as previously mentioned.  Yes.

MR. TOBIN:  For the reasons stated on the record.

BY MR. CORP:

Q   Nevertheless, that information was available to you, correct?

A   It would exist in the records somewhere.  Yes.

Q   In 2024, did BBC Studios Productions engage in the marketing in the United States?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  I don't have a list of all marketing activity that may or may not have happened in 2024 for the same reasons as 2023.

BY MR. CORP:

Q   Is it possible that such marketing occurred?

MR. TOBIN:  Same objection.

THE WITNESS:  I said I can't tell you whether there was any marketing other than the commentary I've already made that it's subsidiary to the role

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

of producing television programs.  I don't have a

definitive list of any marketing collateral

produced in 2024.

BY MR. CORP:

   Q   You can't rule it out either, correct?

      MR. TOBIN:  Same objection.

      THE WITNESS:  Correct.  I can't rule it out.

BY MR. CORP:

   Q   In 2024, did BBC Studios Production contract

with any third parties to perform marketing on its

behalf in the United States?

      MR. TOBIN:  Object to the form of the question

   for the reasons stated on the record.

      THE WITNESS:  I don't have that information

   I'm afraid.

BY MR. CORP:

   Q   Today you don't, right?

   A   Yes.  I don't -- that information was not

researched for the purposes of this question on the

advice of counsel.

   Q   And it was nevertheless available to you to do

so, correct?

   A   I assume it's in the record somewhere, but I

can't verify that because I didn't look, but I'm

assuming.

Q   And when you use the phrase "it's in the record", you mean amongst the documents in BBC Studios Productions' possession, custody, and control?

A   Yes.

Q   In 2025, did BBC Studios Productions engage in any marketing in the United States?

MR. TOBIN:  Object to the form of the question for the reasons stated on the record.

THE WITNESS:  I believe the same answer as 2024.  I don't definitively know whether it did or didn't.

BY MR. CORP:

Q   And you can't rule out that it did not occur, correct?

A   For the same reasons before, yes.  I can't rule out.

Q   In 2025, did BBC Studios Productions contract with any third parties to market on its behalf in the United States?

MR. TOBIN:  Object to the form of the question for the reasons stated.

THE WITNESS:  I don't -- that information was not researched, in answer to this question, on the advice of counsel.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

BY MR. CORP:

Q   And nevertheless that information was available to you, correct?

A   It's presumably in the record somewhere, but I can't verify that, because I have not checked.

Q   And presently does BBC Studios Productions engage in any marketing in the United States?

MR. TOBIN:  Object to the form of the question for the reasons stated.

THE WITNESS:  I don't know whether it's currently doing any marketing on any programs.  For the reasons stated before, that information was not researched for the purposes of this question on the advice of counsel.

BY MR. CORP:

Q   And you can't rule out that it does not occur presently, correct?

MR. TOBIN:  Same objection.

THE WITNESS:  That's correct.

BY MR. CORP:

Q   And this information was also available to you ahead of this deposition, correct?

A   I can't verify that the information was in the system, because I didn't check, but I assume it would be in there somewhere.

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

MR. CORP:  Okay.  Let's go ahead and take a break.  How much time would you like, Mr. Freeman or Ms. Ambersley?

THE WITNESS:  A comfort break would be good.  Five minutes?  Ten minutes?

MR. TOBIN:  Let's call it for ten.

MR. CORP:  Sure.  Let's just meet back -- let's go a bit longer.  Let's just go 10:45 Eastern.

THE VIDEOGRAPHER:  We are going off the record.  The time is 10:27 a.m.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 10:46 a.m.

BY MR. CORP:

Q   So, Mr. Freeman, do you still have Exhibit 1 in front of you?

A   I do, yes.

Q   And are you on Schedule A, which is page four of four?

A   Yes.  That's right.

Q   All right.  So let's look at topic four.  It states, BBC Studios Productions' involvement and/or participation in any discussion concerning the production of the documentary.  Did I read that

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

correctly?

A   Yes.

Q   What did you do to prepare for this topic?

A   So on this topic I spoke to and it was in a meeting with the team from the Panorama program and the BBC and it was clear from the discussions with them that this program was an idea that was brought to the BBC by an independent production company called October Films and that the -- that the program was produced by -- was produced by October Films.  Given that that was the -- I've also seen in the contractual arrangement from the BBC with October Film to verify that that was the case. So I am clear that BBC Studios Production wouldn't have had any involvement with the production of the program, because it was an idea that was originated outside of the BBC group from October that had nothing to do with BBC Studios Production teams.  I'm also clear from speaking to the rights teams within the BBC and looking at our rights system, that there is no evidence of us having been involved in the production or distribution of that program.  So on that basis, I'm satisfied that we wouldn't have been involved with or participated in any discussions concerning the production of the program, because it had literally nothing to do with BBC Studios Productions.

Q   So you spoke with the -- what you identified as the Panorama team, correct?  That's one group of people you spoke with?

A   Yes, that's right.

Q   And you also identified the BBC rights team. Did I capture that correctly?

A   Yes.  The rights -- the rights system within BBC Studios which would capture the rights and programs that we have made or are selling.

Q   Is that one person or more than one person?

A   Well, the system is a computer system rather than a person.

Q   My apologies.  So you spoke with the what you identified as the Panorama team?

A   Correct.

Q   And then you reviewed the BBC rights system; is that fair?

A   Yes.  I asked -- I asked somebody to produce a report from the BBC rights system to identify whether this program is on the system and it is not.

Q   Could you please tell me who comprises the Panorama team that you identified in your answer?

A   Well, the three people that I met were Leo Telling, Karen Wightman and the third name is completely gone out of my head.  It's not a team I deal with

frequently.  It's the person who was the producer of the program.  I just can't remember his name.  It's totally gone out of my head, but the two other people were Leo Telling and Karen Wightman.

Q   And the third party person, was it Jim Gray?

A   No.

Q   Was it Matthew Hill?

A   Yes.

Q   And when you spoke with Mr. Telling, was it individually or as part of a meeting with you and somebody else?

A   No.  It was --

MR. TOBIN:  Let him finish.

THE WITNESS:  Apologies.  It was a meeting. It was a meeting with those three individuals plus our lawyers and it was a meeting specifically in preparation for answering this question.

BY MR. CORP:

Q   And how long did that meeting go for?

A   Approximately an hour and a half.

Q   And how long did you interact with the BBC rights system to prepare for this topic?

A   So I reviewed a report that came off the rights system, so probably five minutes, ten minutes.

Q   Other than that hour and a half meeting, did

you have any other conversations?  I'm not asking you for the substance of the conversation, just whether or not they occurred with any of those individuals that you met with to prepare for this topic?

A   With those individuals, no.  Obviously with the legal team, yes, but the legal team supporting that meeting.  There were -- the same topic was because as I mentioned previously, effectively BBC Studios Productions and Distribution are thought of as one group internally.  And we had very similar conversations with other people on the same topic and -- but that was in a separate conversation.

Q   So collectively, how much time did you spend preparing for this topic?

A   For this topic probably two hours, two and a half hours.  Actually, if you include the conversations with lawyers, probably a bit longer, probably about four hours.

Q   Earlier you indicated that somebody from the Panorama team communicated to you that the idea for the documentary at issue in this action was brought to the BBC by October Films.  Did I capture that correctly?

A   Well, it was produced for the BBC by October Films.  I wasn't obviously aware.  I don't know how the genesis of that conversation first happened, but October

was the producing party.

Q   Okay.  I'm just trying to understand what your testimony was, because what I gathered from your answer was that somebody at the Panorama team represented to you that the genesis of the documentary, the idea that later caused it to exist was brought by October Films. Did I capture that correctly?

A   If that's what I said, that was slightly careless wording.  What I meant was the conversation was clear that the idea was an October Films production for the BBC.  So it was produced and made for Panorama by October Films.  I'm not aware of whether the idea first started with October Films or originated with someone else from Panorama.  That detail was not evident from that conversation.

Q   What facts supports BBC Studios Productions' contention that it had no involvement in the discussions concerning the production of the documentary?

A   Well, there's a contract in place between the BBC and October Films in relation to this program. There is no contract in relation to the BBC and BBC Studios Productions in relation to this program and if it was a program that was being made by October Films, there would be no reason whatsoever for BBC Studios Productions to be involved in it.  We're not involved in

conversations in relation to any programs that the BBC commissions from third-party producers.  Those have nothing to do with the BBC.  It would -- they're entirely separate contractual relationships.

Q   Any other facts?

A   Well, there's no evidence on any of the systems that we have within BBC Studios that suggest that we were involved in the production or the distribution of this program.

Q   Anything else?

A   Not that I can think of at this moment in time.  No.

Q   So the facts that BBC Studios Production is contending that's -- let me rephrase.

The facts that BBC Studios Productions is contending that support the conclusion that didn't have any involvement in the production of the documentary is that there was an agreement between BBC and October Films for the production of the documentary and the absence of any other documents in BBC Studios Productions' possession, custody, and control showing that it produced the documentary; is that fair?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  Yes.  Primarily BBC clearly,

through the agreement, commissioned the documentary from a third-party production company, October Films.  There is no evidence within our own systems that we produced this documentary nor is it as we've talked about previously, it's not generally the kind of program that BBC Studios Productions would make in any event.

BY MR. CORP:

Q   Do you have any personal knowledge regarding the agreement between BBC and October Films?

MR. TOBIN:  Object to the form of the question.  It's a 30(b)6 deposition calling for the testimony of a company, not an individual.

MR. CORP:  We don't need the speaking objections, Mr. Tobin.  I would like to not ask you again, sir, please.  We all know --

MR. TOBIN:  I'm stating my legal basis.  I'm just stating my legal basis for the record.

MR. CORP:  We don't need that.  Go ahead.

MR. TOBIN:  You don't need to get the last word, Mr. Corp, every time I state an objection.

MR. CORP:  Mr. Tobin, if I ask you, sir, please -- if I ask you, the same way as a deposition would occur when you take it.  If I ask you for the basis of an objection, provide it,

otherwise object to form.  Everything else is
preserved and we can move forward and we don't need
to go in this back and forth.

BY MR. CORP:

Q   Mr. Freeman, what personal knowledge do you
have about the agreement between BBC and October Films?

A   I have seen the agreement.  I have no personal
involvement in its creation or negotiation, but I have
seen a copy of it.

Q   Okay.  And from the copy that you saw, how
many parts, if at all, does it have?

A   How many parts does it have?  I'm sorry.

Q   Sure.  So is it -- are there any addendums to
the agreement?

A   I'm not that familiar with the full scale of
it.  I mean, I looked at it briefly in that meeting.  It
was clear that it was a commissioning agreement for a
program from an independent producer.  I didn't pay the
details of it that much more attention, to be honest.

Q   Okay.  When did you review it last, if at all?

A   When I did in the meeting in preparation for
this, which was about ten days ago, I think, maybe a
week ago, something like that.

Q   How many pages was it?

A   I don't know I'm afraid.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

Q   Can you give me your best estimate?

MR. TOBIN:  Object to the form of the question.  Calls for speculation.

THE WITNESS:  Maybe a dozen pages if it's a normal production agreement or something like that.

BY MR. CORP:

Q   Other than the agreement between BBC and October Films, are there any other documents that would support the facts that BBC Studios Production is contending would show that it had no involvement in the discussions concerning the production of the document?

A   Not that I have seen that I can recall at this moment.  No.

Q   Let's go back to Exhibit 1 on Schedule A.  Let me know when you're there, sir.

A   You mean -- sorry, you mean paragraph one?

Q   Well, it's Exhibit -- yeah.  We'll get there, but it's Exhibit 1, Schedule A and, yes, we're going to look at paragraph one.

A   Okay.  Yeah.

Q   So it states, the principal facts, documents, and witnesses explaining why BBC Studios Productions claims that it was not involved in the development, editing or broadcast of the documentary.

Did I read that correctly?

A   Yes.

Q   What did you do to prepare for this topic?

A   So this is closely linked to the material for question four.  So I'm -- I was aware from the meeting with the Panorama team that this was a documentary that was produced by October Films for the BBC.  It was made and delivered by October Films and not by BBC Studios Productions.  So we wouldn't have been involved in the editing of that program if we hadn't produced it.  And we were not involved in the development of it, because it was made by October, according to the agreement, and BBC Studios Productions isn't involved in broadcasts. So BBC Studios Productions doesn't broadcast programs, so by definition, we would not have been involved in the broadcast of this documentary.

Q   So the question was what did you do to prepare for this topic and in your answer you alluded that your preparation may have overlapped with what you did in connection with topic four.  Did I capture that correctly?

A   Yes.  That's correct.

Q   And that consisted of about four hours of preparation, including a meeting with Mr. Telling, Ms. Wightman, Mr. Hill, you, the attorneys for the defendants and your interaction with the BBC rights

system.  Did I capture all of that correctly?

A   Yes.  That's correct.

Q   Did you do anything else specific to prepare for topic one beyond what I just described?

A   Specifically the BBC Studios Productions, no, I don't believe I did.

Q   In connection with topic one, did you review any documents?

A   Only the documents in connection to the Studios right systems to ensure that it wasn't available on our systems and the contract between the BBC and October Films, which was clear that it was a program produced for the BBC by a third-party producer.

Q   And the documents associated with the BBC rights system, that was a report that was generated by the system at your request, correct?

A   Correct.  Yes.

Q   And who executed that request on your behalf?

A   That was Leo Pieczanski.

Q   And you also refer to her as Eleonore, correct or --

A   Correct.  Yes.  Sorry.

Q   No, that's okay.

A   It's Eleonore.  She's --

Q   Eleonore.

A  -- but she's known as Leo.

Q  Okay.  Thank you.  Thank you for that.  What facts supports BBC Studios Productions contention that it was not involved in the development of the documentary?

A  Well, I mean, it was not a documentary that came out of BBC Studios Productions' stable.  It was a documentary that was produced by October Films, so there is no evidence of this documentary as being on any of the BBC Studios Productions systems.  It's the same answer as the previous answer.

Q  Any other facts?

A  Not that I can think of.  No.

Q  What facts support BBC Studios Productions' contention that it was not involved in the editing of the documentary?

A  BBC Studios Productions, I know from my own role, doesn't get involved in editing other people's documentaries.  So if we weren't making the program ourselves, we would not have been involved in editing it.  And for all the reasons we've said, that it was not a documentary that was made by BBC Studios Productions.

Q  Any other facts?

A  Not that I'm aware of.  No.

Q  What facts support BBC Studios Productions'

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

contention that it was not involved in the broadcast of the documentary?

A   BBC Studios Productions is not a broadcaster. It doesn't have the capacity to broadcast programs, so we wouldn't be involved in the broadcast of any of the programs that we make.

Q   Any other facts?

A   No.

Q   Other than the program production agreement between BBC and October Films and the report that was generated at your request from the BBC rights system, is there any other document that would support the facts that you've identified in connection with topic one?

A   Not that I can think of at this moment, no. Excuse me.  One addition probably.  There's correspondence that I've seen supporting the contractual position.  So I haven't raised that separately because the contract is obviously a consolidating document, but there is supporting evidence to support the contractual position that I've seen on email.  So if that counts as a separate document, then I want to make that clear.

Q   Any other documents?

A   No.

Q   Look back at Exhibit 1, Mr. Freeman, on Schedule A, and we're going to go to paragraph number

two.  Let me know when you're there.

A   I'm there.

Q   States, the principal facts, documents, and witnesses explaining why BBC Studios Productions contends that it is not subject to personal jurisdiction in this action.  Did I read that correctly?

A   Yes.

Q   Okay.  So what did you do to prepare for this topic?  And again, I would like to just remind you that I'm only asking about your preparation.  We'll get into the substance later.

A   I understand.  So I have reviewed the corporate structure of BBC Studios entities to try and understand where BBC Studios is incorporated.  I have also reviewed the property portfolio to understand where we have offices and I have reviewed employment records to understand where we have employees.  So the corporate structure I have reviewed was a report from our -- our corporate board, that structure system called diligent boards, the employment records comes from our human resources team.  And the office portfolio, I've reviewed our list of leases and so I understand where we do or do not have offices.

Q   So just to make sure I captured everything, you reviewed the corporate structure of BBC, the -- its

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

property portfolio, BBC Studios Productions employee records and BBC Studios Productions list of leases.  Did I capture that correctly?

THE WITNESS:  Not -- not productions.  The studios -- to understand which leases the studios group, including productions, where we had buildings.  Yes.

BY MR. CORP:

Q   So when you say -- okay.  So you were referring to both BBC Studios Productions and BBC Studios Distribution?

A   Correct.

Q   Any other entities included within your definition of BBC Studios as it relates to your answer to this question?

A   No, those two entities.

Q   Okay.  Does that list include all the documents that you reviewed to prepare for this topic?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  So the documents that I reviewed -- so there was -- I said there was the report from the corporate system, there's conversations and on the subsequent email listing in relation to employees.  I reviewed a list of our

leases, which is a document and then there has been email correspondence with the legal team in preparation for this deposition.

BY MR. CORP:

Q   Any other documents that you reviewed to prepare for topic two?

A   Not that I can think of.

Q   Did you speak with anyone to prepare for topic two?

A   Yes.  I spoke to our company secretarial team. Do you want individuals' names or is that good enough?

Q   We'll get there.  Why don't you tell me first all the categories of people that you spoke with and then we can double-click.

A   Okay.  So there's the company secretarial team who look after our corporate register.

Q   Um-hmm.

A   And therefore will know -- they'll keep the records of incorporation of the different entities.  I spoke to a -- one of the senior business partners within the HR team to understand the HR records and I spoke to our security director, who works for me, who looks after our property portfolio across the globe.

Q   Anyone else?

A   Our legal team.

Q   Okay.  Who specifically in the secretarial team did you speak with?

A   So the company secretary, his name is Anthony Corriette.

Q   Okay.

A   And his assistant, junior company secretarial assistant is called Victor Eshkeri.  The HR business partner is Daryl Maitland and the property director is Rachael Shepherd.

Q   Rachael, what was the last name?

A   Rachael Shepherd.

Q   Shepherd.  Thank you.

A   Shepherd.

Q   And you mentioned Anthony had an assistant, but I didn't quite catch the name.

A   So it's Victor with a K (sic), Eshkeri.  I think it's E-S-H-K-E-R-I from memory.

Q   Okay.  Thank you.  And how long did you speak to Anthony and Victor for?

A   So they have produced -- probably cumulative that we had a number of conversations and/or emails and I would imagine that was about a sort of 15 or 30 minutes for them to produce the information including -- I don't know how long it took them to produce the report they did from our board management system.  I'm not sure

how long that takes.  So I saw the output of it, but I don't know how long it took them to put it together.

Q   How long did you speak to Daryl to prepare for topic two?

A   About 20 minutes.

Q   How long did you speak to Rachael to prepare for topic two?

A   About 15 minutes.

Q   And how long did you meet with the defendants' attorneys to prepare for topic two?

A   We haven't -- we didn't meet specifically on topic two.  We met generally to discuss a range of topics, so it was part of the overall schedule of meetings, which was probably three to four hours.

Q   And that would apply for topics one through four in Schedule A of Exhibit 1?

A   In terms of the meetings with the legal team do you mean?

Q   Yes.

A   Yes.  That's correct.

Q   I don't want to know about the contents of what I'm about to ask you.  Just whether it happened or not.

Did your legal team instruct you at all to limit your preparation for topic two?

MR. TOBIN: Object to the form of the question.

THE WITNESS: No.

BY MR. CORP:

Q Among the review of documents that you conducted for topic number two, did that review include contracts that BBC Studios Productions had?

A The topic two?

Q Yes.

A I don't think it's contracts, no, because mostly this was information in the negative, so I don't think it was contracts, no.

Q So you did not review any contracts that BBC Studios Productions had to prepare for topic two?

A The information was, as I said, was a report from the company secretarial system which showed the corporate structure, so that wasn't the contract. The information about employees was not -- I didn't review their individual contracts. I just reviewed the location information we had about employees on that system and the information about offices was the contract review because we -- and that was the relevant one.

Q Why did you not review any contracts that BBC Studios Productions may have had with an individual or

an entity in the United States?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  Because the contracts themselves I don't think were relevant to answering this question, because there wasn't a contract in relation to the corporate structure.  It's a report from a system which indicates where -- where companies are incorporated.  So that's a -- it shows the details of incorporation on the company's secretarial documents, but they're not expressly contracts.  The contracts of employment were people who were -- they're US employees, but I haven't reviewed their contracts.

I just know that they're employed by Studios Americas Limited -- Studios Americas, Inc.  I beg your pardon.  And in terms of the offices, there is no -- there was no relevant lease to review, so there wasn't a contract to review.

BY MR. CORP:

Q   But as to whether or not BBC Studios Productions had any agreements to produce or develop content in the United States, you didn't review any contracts related to that to prepare for topic two, correct?

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

A   Did I review any contracts -- content in relation to topic two?  No, I did not.

Q   And you had that information available to you at the time that you prepared for topic two, correct?

A   Can I just ask you to be clear which documents -- what type of documents you mean?  I'm getting confused as to the link between --

Q   Sure.  And I'm not trying to confuse you, so let me -- let me zoom out a bit to go back to an earlier part of our -- of the deposition and perhaps that will refresh your recollection and we'll get on the same page.

Do you recall when we were discussing topic three in which I asked you a series of questions of whether or not BBC Studios Productions produced content in the US in 2023, '24, '25 and presently?

A   Yes, I do remember that.  Yes.

Q   And you recall when you told me that you presumed that such productions would be happening, but you weren't able to tell me for sure, because you had been instructed to limit your preparation for that topic?

MR. TOBIN:  Object to the form of the question for the reasons stated before.

THE WITNESS:  So the focus was on the relevant

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

contract for the program that was the subject of

the --

BY MR. CORP:

Q    I understand, Mr. Freeman --

MR. TOBIN:  Would you let him finish his

answer, Mr. Corp, please.

BY MR. CORP:

Q    Just try to answer the question, Mr. Freeman.

Do you recall?  That's all I asked you.

MR. TOBIN:  Answer as best you can.

THE WITNESS:  Do I recall answering that

question three, yes, I do.  Yes.

BY MR. CORP:

Q    Okay.  And so my question here in connection

with topic two is did you review any agreements that BBC

Studios Productions had or may have or currently has to

produce or develop content in the United States?

MR. TOBIN:  Object to the form of the question

for the reasons stated previously.

THE WITNESS:  I didn't -- specifically in

relation to number two, I did not review documents

relating to programs that may or may not have been

made in the United States.  No.

BY MR. CORP:

Q    And nevertheless, you had that information

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

available to you at the time that you were preparing for topic two, correct?

A   As I think I answered in question three, I'm presuming that some of those contracts -- that there may have been contracts if we'd made some of those programs, but I haven't had a list and I have not verified that.

Q   What facts supports BBC Studios Productions' contention that it is not subject to personal jurisdiction in Florida?

MR. TOBIN:  Object to the form of the question.  Calls for legal conclusion.  Go ahead and answer as best you can.

THE WITNESS:  My understanding is that relevant considerations are where the entity is incorporated and whether or not it has offices in the relevant jurisdiction.  Hence the focus of the preparation for that question was being clear that BBC Studios Productions is a UK incorporated entity with its primary headquarters in London and it does not have offices in the US at all and certainly not in Florida and it does not have US employees.  So it -- not only does it -- nor does it have overseas offices.  So my understanding is the answer to the fact that it doesn't have personal jurisdiction is that those were critical factors and hence they

were the focus of the research for this question.

BY MR. CORP:

Q   So you said a few times "my understanding".
I'm asking about BBC Studios Productions' contention, so what is BBC Studios Productions' contention that it is not subject to personal jurisdiction in Florida?

MR. TOBIN:  Object to the form of the question.  Calls for legal conclusion.  Go ahead and answer as best you can, please.

THE WITNESS:  BBC Studios Productions' contention that it does not have personal jurisdiction is that it is not a US entity.  It is a UK entity incorporated in the UK with its headquarters in London.  It does not have an office in the United States, anywhere in the United States.  It does not have employees in the United States.  Its employees are UK-based employees or freelancers and that is their contention as to why it's not subject to personal jurisdiction.

BY MR. CORP:

Q   Any other facts?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  Not that I'm aware of.  No.

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

BY MR. CORP:

Q   What documents would support BBC Studios Productions' contention that it's not subject to personal jurisdiction in Florida?

MR. TOBIN:  Objection.  Asked and answered.

Go ahead and answer again.

THE WITNESS:  Sorry.  What documents -- okay.

So sorry.  Could you repeat?

BY MR. CORP:

Q   Right.  So I understand why that was confusing.  Previously I asked you what facts and you answered that question.  Now I'm asking you what documents support your facts?  That's a different question.

A   I understand.

Q   If you understand, please go ahead.  Thank you.

A   So the documents that support the contention around the UK incorporation is the report that I previously mentioned from the company's secretarial team that shows that BBC Studios Productions is a UK incorporated entity with its headquarters in London. The document that supports or the lack of documents that support the contention that it doesn't have an office in Florida or in the United States is that there isn't a

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

lease for BBC Studios Productions or a building, a relevant building.  And the documents that support the information in relation to the employees is the evidence from our HR team part and in e-mails is that it doesn't -- it does not have US employees.

Q   Any other documents?

A   Not that I'm aware of, no.

Q   And BBC Studios Productions maintains its contention that it's not subject to personal jurisdiction even though it has entered into contractual arrangements with third parties in the United States since 2023 until present?

MR. TOBIN:  Objection.  Calls for a legal conclusion.  Answer as best you can.

THE WITNESS:  Yes.  That is BBC Studios Productions' understanding, that it's not subject to personal jurisdiction and that the contracts that it may have entered into in relation to commissioning agreements or producing programs in the United States do not affect that conclusion.

MR. CORP:  Give me about 60 seconds and we may be done.  Let me just confer with my colleague quickly.

(Pause.)

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

BY MR. CORP:

Q   Okay.  Sorry about that.  So, Mr. Freeman, BBC Studios Productions agrees that it does business in the United States, correct?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  Yes.  It makes programs for the commissioners that may or may not involve making programs in the United States, but it probably has contractual relationships with a variety of different US commissioners.

MR. CORP:  I don't have any further questions for you at this time, Mr. Freeman.  Thank you very much.

MR. TOBIN:  All right.  If I could ask everybody to just hold still for about three minutes while I chat with my colleagues outside.  I may have a few followup questions.

MR. CORP:  Meet back at what time, everybody?

MR. TOBIN:  Let's say 4:35, please.

MR. CORP:  Sure.

MR. TOBIN:  I'm sorry.  Whatever that is in the United States.

THE VIDEOGRAPHER:  All right.  We're going off the record.  The time is 11:29 a.m.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.

The time is 11:34 a.m.

CROSS-EXAMINATION

BY MR. TOBIN:

Q   Mr. Freeman, just a couple of followup questions.  Now I'm asking questions on behalf of the defendants, BBC Studios Productions and BBC Studio Distributions.  You gave an individual deposition in this case on April 14, 2026.  Do you remember that?

A   Yes, I do.

Q   How much time would you say that you put into preparing for that deposition?

A   Probably about I would say seven or eight hours.

Q   And Mr. Corp had asked you about that preparation during that deposition.  Do you remember that?

A   Sorry.  Mr. Corp asked me about preparation --

Q   For that deposition.  What did you do to prepare for your April 14th deposition.  He asked about that.

MR. CORP:  Objection.  Form.  Did not ask that question.  Go ahead.

MR. TOBIN:  Thanks for your speaking

Corp Representative of BBG Studios Production  Confidential
May 26, 2026

objection, Mr. Corp.

MR. CORP:  Just clarifying the record, Chuck,

because I didn't ask that question, but go ahead.

THE WITNESS:  So I --

MR. TOBIN:  I'll withdraw the question.

BY MR. TOBIN:

Q   So in terms of that deposition, did the preparation of that deposition kind of roll into your preparation for this deposition today?

A   Yes, it did.

Q   So the information that you learned in preparing for the April 14 deposition helped inform your testimony for today; is that right?

A   Yes.

MR. CORP:  Objection.  Leading.

BY MR. TOBIN:

Q   You may answer the question.

A   So the preparation for the personal deposition covered substantially the same questions and therefore, having prepared material to answer the first questions, it meant that a lot of the work that was done for that first deposition was then subsequently relevant for this deposition, which meant preparation for this deposition was shorter than would otherwise have been the case had it been standalone.

Q   So overall across both depositions, are you able to estimate the amount of time you spent preparing to testify in this case?

A   Probably in total about 12 hours.

Q   Okay.  Based on the 12 hours of preparation, the details of that preparation that you outlined across both depositions, are you 100 percent confident that BBC Studios Distribution had nothing to do with the distribution of the documentary Trump:  Second Chance?

A   Yes, I am.

Q   And the same question as to BBC Studios Productions on the basis of the extensive preparation that you just testified about.  Are you confident that BBC Studios Productions had nothing to do with the production of the documentary Trump:  Second Chance?

A   Yes, I am.

MR. TOBIN:  No further questions.  Thank you.

MR. CORP:  I don't have anything -- any followup.  We will take a copy of the deposition transcript, please.

MR. TOBIN:  We'll have one as well, ma'am.

THE VIDEOGRAPHER:  All right.  We're --
Ms. Ambersley, anything else before we go off?  All right.  We're going off the record.  The time is 11:37 a.m.

MR. CORP:  We'll take a copy and Ms. Ambersley, if we can get a rough, that would be helpful.  What else?  Mr. Freeman, you may want to stick around just to answer some questions that Ms. Ambersley may have regarding spelling of names and all that.

MR. TOBIN:  Ms. Ambersley, I'd like a rough copy as well.

- - -

(Thereupon, the deposition was concluded and reading and signing was not waived.)

Corp Representative of BBG Studios Production   Confidential
May 26, 2026

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA)
COUNTY OF ST. LUCIE)

I, Sharon Ambersley, FPR, do hereby certify that I was authorized to and did stenographically report the foregoing video-recorded deposition of Martyn Freeman; that a review of the transcript, was requested; and that the foregoing transcript, pages 1 through 97, is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 2nd day of June 2026, at St. Lucie County, Florida.

_____
Sharon Ambersley, FPR
Notary Public - State of Florida
My Commission:  HH511304
My Commission Expires:  07/06/28

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

CERTIFICATE OF OATH

STATE OF FLORIDA)

COUNTY OF ST. LUCIE )

I, Sharon Ambersley, Florida Professional Reporter,

Notary Public, State of Florida, certify that the

witness, MARTYN FREEMAN, personally appeared before me

on the 26th day of May 2026 and was duly sworn.

WITNESS my hand and official seal this 2nd day

of June 2026.

_____

Sharon Ambersley, FPR
Notary Public - State of Florida
My Commission:  HH511304
My Commission Expires:  07/06/28

E R R A T A   S H E E T

IN RE:  PRESIDENT DONALD J. TRUMP VS. BRITISH

BROADCASTING CORPORATION A/K/A BBC, ET AL

DEPOSITION OF: MARTYN FREEMAN

TAKEN: May 26, 2026

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

PAGE #  LINE #  CHANGE              REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Please forward the original signed errata sheet to this office so that copies may be distributed to all parties.

Under penalty of perjury, I declare that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.

DATE: _____

SIGNATURE OF DEPONENT:_____

DATE: June 2, 2026

TO:  CHARLES D. TOBIN, ESQ.
    c/o Martyn Freeman
    1909 K Street, NW
    12th Floor
    Washington, DC 20006
    U.S.  Legal Job#: 7148640-001

IN RE: PRESIDENT DONALD J. TRUMP VS. BRITISH BROADCASTING CORPORATION A/K/A BBC, ET AL

IN RE: Dear : Mr. Tobin

This letter is to advise you that the transcript of your client, MARTYN FREEMAN, taken in the above-styled case on May 26, 2026, has been completed and is awaiting his/her reading and signing.

Please have him/her contact our office at (754) 201-2346 to make arrangements to read and sign the deposition transcript. Our office hours are 9:00 a.m. to 5:00 p.m., Monday through Friday.

If the transcript is not signed by the witness within 30 days after this letter has been furnished, we will then process the transcript without a signed errata page. If your client wishes to waive their signature, please have him/her sign his name at the bottom of this letter and return it to our office @ U.S. Legal Support, 16825 Northchase Drive, Suite 900, Houston, TX 77060-6004.

Your prompt attention to this matter is appreciated.
Sincerely,


_____
Sharon Ambersley

I do hereby waive my signature:


_____
MARTYN FREEMAN
cc via transcript:          Ian Michael Corp, Esq.
                    Charles D. Tobin, Esq.
file copy

**1**

**1**
24:20 28:4
31:17,21
37:19 38:1,5
62:16 71:14,
18 75:24
80:16
**100**
92:7
**10:27**
62:11
**10:45**
62:8
**10:46**
62:14
**11:29**
89:25
**11:34**
90:3
**11:37**
92:25
**12**
92:4,5
**14**
90:10 91:12
**14th**
90:21
**15**
79:22 80:8
**1st**
39:7

**2**

**2**
24:20 28:5
31:19,21
**2,000**
16:15
**20**
80:5
**2003**
6:18 8:16

37:4
**2004**
29:14 36:8
**2012**
7:12,13
**2016**
10:21,22
11:1
**2017**
8:20,24
10:22 11:1
**2021**
11:25 12:4
**2023**
39:7 43:20
44:10,17
47:20 48:22
49:10,19,20
50:15,21
51:3 52:18
53:16 54:12
57:9,19
58:19 83:16
88:12
**2024**
44:13,21,24
48:3 49:13
50:16 52:22
58:13,19
59:3,9 60:10
**2025**
45:2 46:4,10
48:8 49:15
50:16 53:9,
12 60:5,17
**2026**
4:9 47:12
50:16 90:10
**23**
46:5
**24**
46:5 83:16
**25**
36:6 37:8,13
83:16
**26**
4:9

**3**

**30**
43:19 79:22
**30(b)6**
37:20 69:12

**4**

**4**
24:20
**4:35**
89:20

**6**

**60**
88:21

**9**

**9:03**
4:8

**A**

**a.m.**
4:8 62:11,14
89:25 90:3
92:25
**ABC**
18:14,15,20
**ability**
12:17
**able**
12:9,10
83:20 92:2
**above**
4:5
**absence**
68:20
**absolutely**
14:11 24:24
**access**
51:6,17

52:4,5,10
**accommodation**
25:25
**acquire**
28:20 29:2,
16 31:3
**acquired**
8:22 10:3
29:21 33:19
34:5
**acquisition**
10:6
**across**
39:19 40:3,
16 41:3,4,7
47:17 78:23
92:1,6
**act**
11:8 36:4
37:4
**acting**
7:18
**action**
66:21 76:6
**activities**
39:6 54:20
**activity**
16:2 47:20
54:7,11
58:18
**actors**
51:10
**addendums**
70:13
**addition**
19:5 30:8
75:15
**additional**
7:16
**Adrian**
42:3,6,21
**advertise**
16:20
**advertising**
21:7,23,25
**advice**
40:1,22 43:1

48:25 58:5
59:20 60:24
61:14
**affairs**
7:2 42:3,10
**affect**
88:20
**affirm**
5:13
**afraid**
18:8 22:18
32:22 44:12
47:24 57:17
59:15 70:25
**ago**
6:4 34:25
35:20 70:22,
23
**agree**
4:10
**agreement**
28:15 52:7,
8,11,16
68:18 69:1,
10 70:6,7,
14,17 71:5,7
72:11 75:9
**agreements**
51:6,17,19
52:3,4,5,6,
13 82:22
84:15 88:19
**agrees**
89:3
**ahead**
37:18 45:21,
24 46:3,16,
21 47:8
56:14 61:22
62:1 69:19
85:11 86:8
87:6,16
90:24 91:3
**air**
11:23 32:16
**aired**
24:6

**airs**
32:9
**allowed**
36:13
**alluded**
72:17
**alongside**
23:9
**alternative**
26:4
**Amazon**
17:10
**Ambersley**
4:3,23 62:3
92:23 93:2,
5,7
**America**
15:6 19:2
35:10,11,14
**American**
42:21
**Americas**
35:17,19
82:16
**amount**
92:2
**and/or**
62:23 79:21
**Angeles**
19:3 35:11,
15
**answer**
6:15,25 9:8,
10 39:21
40:10 43:23
44:16 45:24
46:4 47:25
53:11,15,20
54:3 56:11
57:17,24
60:9,23
64:22 67:3
72:17 74:11
77:14 84:6,
8,10 85:12,
23 86:9 87:6
88:14 91:17,

20 93:4
**answered**
31:6 85:3
87:5,12
**answering**
6:8 65:17
82:5 84:11
**answers**
34:25 35:20
39:15
**Anthony**
79:3,14,19
**anybody**
54:19
**anyone**
41:2 43:10,
15 78:8,24
**apologies**
64:13 65:14
**apologize**
17:23 24:12
**appearances**
4:25
**Apple**
13:7 16:19
17:10
**applied**
7:13
**applies**
37:14
**apply**
30:17 31:16
53:3,12,15
80:15
**approval**
25:3
**approves**
25:2
**Approximately**
65:20
**April**
90:10,21
91:12
**area**
29:24
**areas**
7:10 14:6,

20,21
**around**
11:1 13:19
15:9,16 17:4
21:21 29:8
31:5 87:19
93:4
**arrangement**
15:18 40:23
44:6 63:11
**arrangements**
15:17 20:15
29:10,22
30:7 40:6,21
42:12 43:25
44:18 46:10
47:14 51:5
52:20 53:6
88:11
**asked**
7:19 9:18
31:7 41:8
64:18 83:14
84:9 87:5,11
90:16,19,21
**asking**
8:15 9:16
22:9 43:6
49:25 66:1
76:10 86:4
87:12 90:7
**aspect**
46:14
**asset**
13:12
**assistant**
79:6,7,14
**associated**
33:16 73:14
**assume**
33:11 59:23
61:24
**assuming**
25:25 53:2
59:25
**attempted**
40:1

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| **attention** | **basically** | 30:1,3,4,10, | 10,14 81:7, |
| 70:19 | 20:20 | 13,15,18 | 13,24 82:21 |
| **attorneys** | **basis** | 31:2,4,8,9, | 83:15 84:15 |
| 41:1 72:24 | 11:8 45:8,17 | 12,13,17,19, | 85:7,18 |
| 80:10 | 47:4 63:21 | 21,25 32:1, | 86:4,5,10 |
| **attract** | 69:17,18,25 | 3,4,5,11,13, | 87:2,21 |
| 15:24 | 92:12 | 14,15,18,19, | 88:1,8,15 |
| **audience** | **BBC** | 25 33:1,2,6, | 89:2 90:8 |
| 15:24 16:16 | 5:6,7,11 | 12,15,17,18, | 92:7,11,14 |
| **Audio** | 6:13,17,22 | 21,22 34:5, | **BBC's** |
| 4:9 | 7:3,8,21 | 7,9,10,15, | 10:9 19:15 |
| **available** | 8:1,9,13,16, | 19,22 35:1, | 23:8 28:5 |
| 16:12 23:7 | 17,18,19,21, | 6,10,16,17, | 30:8,17 |
| 48:18 58:10 | 24,25 9:3,4, | 24 36:15,16, | **BBC.COM** |
| 59:21 61:3, | 7,15,22,23 | 19 37:24 | 21:19 |
| 21 73:10 | 10:2,8,11, | 38:15 39:5, | **beast** |
| 83:3 85:1 | 12,18,20,24 | 15,23 40:18 | 32:4 |
| **aware** | 11:3,5,10, | 43:20,24 | **beg** |
| 22:8,15,18 | 12,13,20 | 44:9,13 | 82:16 |
| 23:2 48:5 | 12:5,7,10, | 46:11 49:10, | **began** |
| 49:12,14 | 14,16,18,19, | 21 50:6,15, | 8:8 |
| 56:18 66:24 | 21,24 13:2, | 20 52:18,22 | **begin** |
| 67:12 72:4 | 3,8,9,12,14 | 53:16 54:4, | 6:21 11:19 |
| 74:24 86:24 | 14:9,15,23 | 5,7,10,14, | 39:4 |
| 88:7 | 15:1,4,11, | 19,23 55:2, | **begins** |
| | 14,22 16:7, | 12,23 56:6, | 39:2 |
| | 11,23 18:22 | 20 57:8,11, | **behalf** |
| ——— **B** ——— | 19:1,6,9,10, | 13,19 58:13 | 4:22,23 5:5, |
| | 14,17,18,19, | 59:9 60:2,5, | 6 20:21,22 |
| **back** | 20,21,25 | 17 61:6 | 57:20 59:11 |
| 21:11,24 | 20:1,2,3,4, | 62:23 63:6, | 60:18 73:18 |
| 22:2 49:19 | 5,6,7,8,9, | 7,12,13,16, | 90:7 |
| 50:5 62:7,13 | 12,17,18,19, | 17,18,24 | **believe** |
| 70:3 71:14 | 21 21:3,6,20 | 64:5,8,16,19 | 6:18 7:11 |
| 75:24 83:9 | 22:2,6,7,11, | 65:21 66:8, | 9:25 10:25 |
| 89:19 90:2 | 16,23 23:3, | 22,23 67:11, | 22:20 25:14 |
| **backwards** | 4,5,6,9,10, | 16,20,21,24 | 31:6 32:17, |
| 40:10 | 11,12,15,16, | 68:1,3,7,13, | 18 54:25 |
| **balance** | 17,18,21,22 | 15,18,20,25 | 55:11 60:9 |
| 29:5,22 | 24:4,7,9,13, | 69:6,10 70:6 | 73:6 |
| **Ballard** | 17,18,20,21, | 71:7,9,22 | **best** |
| 5:9 | 22,24,25 | 72:6,7,12, | 6:15,25 9:6 |
| **ballet** | 26:4,20,21, | 13,25 73:5, | 13:4,11 37:1 |
| 26:7 | 22 27:15,16, | 11,13,14 | 44:16 56:11 |
| **base** | 22,25 28:1, | 74:3,7,10, | 71:1 84:10 |
| 19:3 | 4,6,7,10,15, | 14,17,22,25 | 85:12 86:9 |
| **based** | 19 29:1,5, | 75:3,10,11 | 88:14 |
| 36:22 92:5 | 16,20,23 | 76:4,13,14, | |
| | | 25 77:1,2, | |

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

**better**
  26:17
**bids**
  26:17
**big**
  18:12 53:25
**bit**
  11:23 19:23,
  24 20:25
  50:4 57:15
  62:8 66:17
  83:9
**bits**
  7:10 14:15
**board**
  20:13 76:19
  79:25
**boards**
  76:20
**body**
  20:7,16
**break**
  62:2,4
**breaks**
  6:8
**brief**
  62:12 90:1
**briefly**
  7:5 70:16
**British**
  4:17 10:8
**broadcast**
  28:20 71:24
  72:13,15
  75:1,4,5
**broadcaster**
  26:11 28:19
  36:7,16
  37:6,15 75:3
**broadcasters**
  12:25 25:11
  26:5 28:16
  29:12,19
  44:19 47:15
**Broadcasting**
  4:17

**broadcasts**
  12:11 29:3
  72:12
**brought**
  10:14 63:7
  66:21 67:6
**budget**
  24:5 25:25
  30:25
**building**
  88:1,2
**buildings**
  77:7
**business**
  7:2 8:6,23,
  24 10:4,7,
  10,23 12:7,
  9,12,15,23
  13:5,12
  14:6,16
  16:13,22
  20:21,24
  21:4 26:24,
  25 27:8 39:6
  40:18,19
  42:3,4,10,22
  45:5 47:13
  53:25 56:5
  78:20 79:7
  89:3
**businesses**
  20:11 36:10
  42:11
**buy**
  12:18 27:6

--- C ---

**call**
  13:23 62:6
**called**
  6:17 15:3
  16:17 19:20
  20:11 21:20
  28:14 34:4
  63:8 76:19
  79:7

**calling**
  69:12
**Calls**
  71:3 85:11
  86:8 88:13
**campaign**
  55:18,20
**capacity**
  75:4
**capture**
  8:9 9:24
  10:4 35:2
  64:6,8 66:22
  67:7 72:19
  73:1 77:3
**captured**
  18:4 76:24
**careless**
  67:9
**case**
  6:4 8:3
  10:18 27:4
  39:25 63:12
  90:10 91:24
  92:3
**cases**
  19:2
**catch**
  79:15
**categories**
  14:9 19:5
  51:16 52:24
  53:7 78:13
**category**
  51:21
**caused**
  67:6
**CBS**
  18:7,8,9
**celebrating**
  57:4
**CEO**
  7:18 11:3,4,
  8,11,13
**certain**
  12:19 14:1
  50:14

**certainly**
  17:18 25:20
  34:16 44:5,
  17 46:5
  85:20
**CFO**
  42:4,21
**challenge**
  12:12
**Chance**
  92:9,15
**changed**
  8:19 9:23
  36:9
**channel**
  21:20,24
  27:10
**channels**
  23:9,12,25
  31:22
**charged**
  55:2
**Charles**
  5:8
**chat**
  89:17
**check**
  61:24
**checked**
  61:5
**chief**
  7:21
**children's**
  14:7 44:22
  55:10
**choice**
  12:21
**Chuck**
  9:18 37:19
  43:9 91:2
**claims**
  71:23
**clarification**
  9:15
**clarifying**
  91:2

Corp Representative of BBC Studios Production  Confidential
May 26, 2026

clear
  11:6 34:3
  36:12 63:6,
  13,17 67:10
  70:17 73:12
  75:21 83:5
  85:17
clearly
  68:25
Clerkenwell
  34:4,8,10,13
close
  8:16
closely
  72:3
co-producer
  17:21
co-production
  15:25 44:6
coaching
  46:18,24
  47:3
collateral
  54:1,16 57:2
  59:2
colleague
  88:22
colleagues
  5:4 89:17
collectively
  66:13
colloquially
  9:2
come
  15:3 23:22
  29:20 30:6,
  16
comedies
  13:21
comedy
  55:10
comes
  27:8 30:3
  41:4 76:20
comfort
  62:4

commentary
  58:24
commercial
  10:11,17,24
  12:24 13:5,
  13,19 14:12,
  15,16,18,22
  19:20,21
  20:5,6,7,11,
  12,17,19,25
  21:3,4,8,10,
  22 35:3
commercialize
  21:5
commercially
  20:21
commission
  16:6,9 17:16
  23:23,24
  24:5 25:4
  29:2,21 30:4
commissioned
  12:20 13:3
  15:15 16:18
  23:21 24:9,
  18 25:1
  27:11 31:2
  33:12 34:21
  69:1
commissioner
  15:19 18:1,
  16,19 24:2,
  16,20 25:15,
  16,17 26:11
  27:5,9,15
  30:24 32:1
commissioner'
s
  27:14
commissioners
  15:16,17
  17:4,5,8
  18:21 27:21,
  23 39:17
  44:1 89:8,11
commissioning
  28:13 31:13
  36:9 40:5

  43:25 44:19
  46:6,10
  47:14 52:3,7
  70:17 88:19
commissions
  23:10 27:3,
  25 28:11
  68:2
commit
  37:16
commitment
  26:22
communicate
  55:15
communicated
  66:20
Communication
  36:4
Communication
s
  37:4
companies
  15:8 29:11,
  12 33:18
  35:2,13
  36:21 56:3
  82:9
company
  10:3,12 13:6
  19:18,20
  20:2,8,20,23
  28:23,25
  30:3 34:5
  35:7,9,21,24
  36:2,5 37:5
  41:6 54:21
  63:8 69:2,13
  78:10,15
  79:3,6 81:16
company's
  82:10 87:20
complete
  29:6
completely
  64:24
complexity
  40:2

complicated
  21:1
comprehensive
  52:1
comprises
  64:21
computer
  64:11
concerned
  30:21
concluded
  93:10
conclusion
  68:16 85:11
  86:8 88:14,
  20
conducted
  8:7 81:6
confer
  88:22
confident
  92:7,13
conform
  9:12
confuse
  83:8
confused
  83:7
confusing
  87:11
connected
  42:13
connection
  19:15 72:19
  73:7,9 75:13
  84:14
connections
  40:4
consideration
s
  85:14
consisted
  72:22
consistent
  14:8 43:11
  49:4

**consolidating**
  75:18
**contending**
  68:14,16
  71:10
**contends**
  76:5
**content**
  13:15,17
  14:9 15:12,
  13 16:12
  19:5,10 21:5
  22:20,24
  23:8,17
  24:7,9,13,
  15,16,25
  27:15,25
  28:2,6,7,9,
  11 29:25
  31:9,14,17
  32:9,10,14,
  15 33:1,7,16
  34:6,7,20,22
  37:7 43:21,
  22 44:1,14,
  20 46:7,12
  50:7 55:17,
  19,22,23
  56:8 82:23
  83:1,15
  84:17
**contention**
  67:17 74:3,
  15 75:1 85:8
  86:4,5,11,18
  87:3,18,24
  88:9
**contents**
  43:6 80:21
**contested**
  49:6
**context**
  33:10 50:4
**continue**
  4:10 12:22
  47:7
**contract**
  57:19 59:9

  60:17 67:19,
  21 73:11
  75:18 81:17,
  22 82:6,19
  84:1
**contracting**
  42:12
**contractors**
  39:9
**contracts**
  51:12,13,24
  52:2 53:5
  81:7,10,12,
  13,19,24
  82:4,12,14,
  24 83:1
  85:4,5 88:17
**contractual**
  15:18 16:1
  44:6,18
  49:20 50:14,
  19,25 51:2
  52:20,23
  53:5 63:11
  68:4 75:16,
  19 88:10
  89:10
**contributor**
  51:19 52:3,
  6,10
**control**
  60:3 68:21
**conversation**
  40:25 42:20
  66:2,12,25
  67:9,15
**conversations**
  4:13 66:1,
  10,16 68:1
  77:24 79:21
**COO**
  7:18 11:3,4,
  10,14,16,19
**coproduction**
  51:4,17
  52:5,10
**coproductions**

  52:2
**copy**
  70:9,10
  92:19 93:1,8
**Corp**
  5:3,21 6:20
  7:4 9:12,18,
  21 17:7 18:3
  22:3,22
  27:24 30:14
  37:24 38:3,
  13,22 41:10
  43:14 44:8
  45:1,6,10,
  14,16,19,25
  46:2,15,19,
  24 47:8,19
  48:2,11,16
  49:7,9 50:3
  51:15 53:8,
  13,22 55:13
  56:12,14,21
  57:6 58:1,9,
  20 59:4,8,16
  60:12 61:1,
  15,20 62:1,
  7,15 65:18
  69:8,14,19,
  21,22 70:4
  71:6 77:8
  78:4 81:4
  82:20 84:3,
  6,7,13,24
  86:2,20
  87:1,9 88:21
  89:1,12,19,
  21 90:16,19,
  23 91:1,2,15
  92:18 93:1
**corporate**
  4:15 10:6
  18:20 19:15
  76:13,17,19,
  25 77:23
  78:16 81:17
  82:7
**corporation**
  4:18 10:1

  19:22 21:12
  26:25
**correct**
  6:1,2,5
  7:24,25 10:1
  11:2 16:13,
  25 18:23
  24:24 30:1
  36:24 41:18,
  19 43:3,4
  48:19 49:1,2
  50:16 52:11
  55:16 58:3,
  11 59:5,7,22
  60:14 61:3,
  17,19,22
  64:2,15
  72:21 73:2,
  16,17,20,22
  77:12 80:20
  82:25 83:4
  85:2 89:4
**correctly**
  8:10 9:24
  10:5 32:24
  34:19 35:2
  39:11 63:1
  64:6 66:22
  67:7 71:25
  72:20 73:1
  76:6 77:3
**correspondence**
  75:16 78:2
**Corriette**
  79:4
**counsel**
  4:16,25 5:10
  7:13 40:1,22
  43:1 48:25
  58:5 59:20
  60:24 61:14
**count**
  36:17,20
**countries**
  21:21
**counts**
  75:20

Corp Representative of BBG Studios Production Confidential
May 26, 2026

County
  4:18
couple
  6:4 34:25
  39:16 90:6
course
  44:21 45:4
  47:12
court
  4:22 5:1,12
cover
  7:9
covered
  91:19
COVID
  7:15,20
  11:21 12:3
create
  25:13
created
  12:5,6 24:7,
  13 27:16
creates
  14:10
creating
  25:10
creation
  70:8
credits
  52:14
criteria
  53:3
critical
  85:25
CROSS-
EXAMINATION
  90:4
crosstalk
  45:12
cumulative
  79:20
Cup
  26:7
current
  7:6 12:22
  14:9

custody
  60:3 68:21

——————————

D

——————————

dance
  13:24
Dancing
  13:24 14:25
  15:3,5
  18:16,19
Daryl
  79:8 80:3
date
  4:8 10:22
  11:25
day-to-day
  9:3 11:8
days
  70:22
deal
  64:25
decide
  25:17 32:2
decided
  7:12 27:9
decision
  13:4,10
  23:15 24:3,
  15,22,23
  26:13,18
  27:4,5,13,14
  28:5,6
decisionmaker
  24:10
decisions
  34:12
defendants
  8:3 72:25
  90:8
defendants'
  80:9
defined
  36:11
defines
  36:5 37:4

definitely
  17:20 18:1,
  19 27:22
  39:25
definition
  36:1,3,8,16,
  19 72:14
  77:14
definitive
  57:17 59:2
definitively
  60:10
delivered
  26:3 72:7
department
  55:12
depend
  51:24
depends
  15:13 25:22
  55:22
Depo
  4:20
deposed
  6:3
deposition
  4:3 5:25 6:7
  38:6,7,12
  43:12 48:19
  54:18 61:22
  69:12,24
  78:3 83:10
  90:9,13,17,
  20,21 91:7,
  8,9,12,18,
  22,23 92:19
  93:10
depositions
  92:1,7
describe
  14:8 19:14
  37:1
described
  19:6 20:24
  73:4
detail
  37:12 53:21

67:14
details
  41:23 57:15
  70:19 82:10
  92:6
determination
  33:6
determine
  24:6,10
  28:10,25
  31:1,14
determines
  28:1 29:8
develop
  82:22 84:17
development
  25:9,12
  26:24,25
  71:23 72:10
  74:4
developments
  27:2
difference
  49:25
different
  7:10 10:3
  13:17 15:8,
  9,16 21:21
  25:8 26:12
  29:16 32:4
  33:20 39:17
  40:4,16 41:7
  46:7 47:18
  49:25 51:12
  78:19 87:13
  89:11
difficult
  12:14
dig
  40:22
diligent
  76:19
direct
  5:20 19:19
  23:13 39:21
director
  78:22 79:8

directors
  20:13
disagree
  46:19 47:8
discuss
  80:12
discussed
  18:22
discussing
  83:13
discussion
  62:24
discussions
  63:6,23
  67:17 71:11
Disney
  13:7 16:8
  17:10
distinction
  31:21
distinguishin
g
  27:12
distribute
  31:5 32:15
distributed
  21:21 24:11,
  15 28:2,3,7,
  12 29:8
  31:9,17
  32:14
distribution
  5:8 8:22
  9:4,8,23
  10:3 11:6
  16:12 19:18
  21:14 28:8
  36:14 56:3
  63:20 66:9
  68:9 77:11
  92:8,9
Distributions
  11:11 20:9
  90:9
distributor
  32:16

document
  38:6,10,23
  71:11 75:12,
  18,21 78:1
  87:23
documentaries
  19:8 32:21
  33:3 74:19
documentary
  14:5 19:7
  32:9,10
  39:24 40:20
  62:25 66:21
  67:5,18
  68:17,19,22
  69:1,4 71:24
  72:5,15
  74:5,6,8,9,
  16,22 75:2
  92:9,15
documents
  39:20 42:24
  60:2 68:20
  71:8,21
  73:8,9,14
  75:22 76:3
  77:18,21
  78:5 81:5
  82:11 83:6
  84:21 87:2,
  7,13,18,23
  88:2,6
doing
  46:25 61:11
Donald
  4:17
dot
  21:25
double-click
  19:24 78:14
doubt
  54:2
downside
  13:1
dozen
  71:4
dramas

  13:20
drive
  14:18
Dudding
  5:10
duly
  5:18 49:5

_____

E

e-mails
  88:4
E-S-H-K-E-R-I
  79:17
earlier
  19:6 25:9
  31:7 39:15
  55:9 66:19
  83:9
Eastern
  4:8 62:9
editing
  71:24 72:9
  74:15,18,20
Edward
  5:24
effect
  11:7
effected
  11:7
effectively
  8:4,7,21
  10:12,16
  11:14 20:8
  66:8
eight
  90:14
either
  8:2 12:21
  16:1 25:7
  26:14 27:7
  44:22 45:13
  59:5
Eleonore
  42:1,6,15,17
  73:20,24,25

email
  37:21 75:20
  77:24 78:2
emails
  79:21
employed
  6:13 82:15
employee
  77:1
employees
  39:8 49:11
  76:17 77:25
  81:18,20
  82:13 85:21
  86:16,17
  88:3,5
employing
  11:5
employment
  6:21 8:9
  76:16,20
  82:12
encourage
  36:10
end
  8:18 11:24
  12:2,4
ended
  53:23
ends
  34:21
engage
  53:16 54:4
  56:7,23
  58:13 60:5
  61:7
engaged
  54:6,11
  56:15 57:8,
  14
engagements
  51:10
ensure
  73:10
enter
  28:17

Corp Representative of BBG Studios Production Confidential
May 26, 2026

entered
  57:16 88:10,
  18
entertainment
  13:22 14:6
entire
  26:15
entirely
  23:14 68:4
entities
  5:11 8:2,6
  10:13,16
  11:9 16:21
  20:7,17
  39:10 46:6
  76:13 77:13,
  16 78:19
entitled
  28:24
entity
  9:4,9 10:14,
  18,19,25
  11:5 18:17,
  18 20:10,11
  21:22 28:1
  31:13 33:12
  34:11 82:1
  85:14,18
  86:12,13
  87:22
equate
  25:3
equipment
  51:23 52:8,
  9,10
Eshkeri
  79:7,16
essentially
  8:23 15:15
  20:23 26:16
  28:14 37:4
estimate
  71:1 92:2
et al
  4:18
evaluated
  26:18

event
  69:7
everybody
  89:16,19
everybody's
  11:22
evidence
  63:19 68:6
  69:3 74:9
  75:19 88:3
evident
  67:14
exact
  11:25 51:13
Exactly
  31:20
EXAMINATION
  5:20
examined
  5:18
examples
  17:11
Excuse
  45:14,16
  75:15
executed
  73:18
exercised
  7:20
Exhibit
  37:19 38:1,5
  62:16 71:14,
  17,18 75:24
  80:16
exist
  14:15 58:12
  67:6
exists
  48:23
expand
  14:13
expect
  29:18
experience
  47:13
Explain
  24:25

explained
  31:11
explaining
  71:22 76:4
exploit
  20:20
exploitation
  13:19 14:19
exploited
  30:7,20
expressed
  57:10
expressly
  82:11
extensive
  92:12
extent
  41:6
extremely
  34:23

_____

F

_____

fact
  6:3 57:4
  85:24
factors
  85:25
facts
  67:16 68:5,
  13,15 71:9,
  21 74:3,12,
  14,23,25
  75:7,12 76:3
  85:7 86:21
  87:11,13
factual
  14:1 47:4
fair
  9:16 24:16,
  18 27:17
  40:10 56:24
  64:17 68:22
fallen
  53:7
familiar
  13:23 70:15

family
  14:3 33:21
  34:17
far
  18:22 49:12,
  14 52:9
fault
  11:19
fed
  21:11
fee
  21:12 23:7
  24:21 29:6
  32:1
feel
  55:16
feet
  13:8
fewer
  14:4
filed
  4:18
Film
  63:12
filmed
  46:7
filming
  15:20 40:6
  44:3,20
  47:16 51:5,7
  52:14
films
  51:6 63:8,10
  66:22,24
  67:6,10,12,
  13,20,23
  68:19 69:3,
  10 70:6 71:8
  72:6,7 73:12
  74:8 75:10
financial
  20:14
financing
  52:13
find
  29:4,7

| | | | |
|---|---|---|---|
| **fine**<br>  6:11 9:11<br>  42:1<br>**finish**<br>  65:13 84:5<br>**firm**<br>  5:9,10 8:13<br>**first**<br>  5:18 66:25<br>  67:12 78:12<br>  91:20,22<br>**five**<br>  52:24 62:5<br>  65:24<br>**Florida**<br>  4:4,5,19<br>  39:7,10<br>  46:14 47:21<br>  48:6 85:9,21<br>  86:6 87:4,25<br>**flyer**<br>  55:21<br>**focus**<br>  14:19 83:25<br>  85:16 86:1<br>**focused**<br>  14:17 39:21<br>**focuses**<br>  13:18<br>**follow**<br>  9:16<br>**following**<br>  7:20<br>**follows**<br>  5:19<br>**followup**<br>  89:18 90:6<br>  92:19<br>**for-profit**<br>  14:16<br>**form**<br>  6:14,24 17:1<br>  21:16 22:13<br>  27:18 30:11<br>  44:15 45:3,<br>  17,22 47:22<br>  49:22 50:22 | 52:25 53:18<br>  55:4 56:9,25<br>  57:1,22<br>  58:15 59:12<br>  60:7,20 61:8<br>  68:23 69:11<br>  70:1 71:2<br>  77:19 81:1<br>  82:2 83:23<br>  84:18 85:10<br>  86:7,22 89:5<br>  90:23<br>**formality**<br>  12:2<br>**formalized**<br>  7:21 11:24<br>  12:1<br>**format**<br>  15:7<br>**formed**<br>  10:19,25<br>  13:15 23:1<br>**forth**<br>  41:13 50:5<br>  70:3<br>**forward**<br>  70:2<br>**found**<br>  26:1<br>**four**<br>  52:9 62:19,<br>  20,22 66:17<br>  72:4,19,22<br>  80:14,16<br>**four-page**<br>  38:23<br>**framework**<br>  28:13 29:18<br>  36:9<br>**free**<br>  55:16<br>**freelancers**<br>  86:18<br>**Freeman**<br>  4:15 5:22,<br>  24,25 9:22<br>  17:22 22:10 | 37:18 38:4<br>  40:8 41:11<br>  45:20 46:3,<br>  16,21 47:9<br>  48:17 49:10<br>  56:6 62:2,16<br>  70:5 75:24<br>  84:4,8 89:2,<br>  13 90:6 93:3<br>**Freemen**<br>  5:17<br>**frequently**<br>  65:1<br>**front**<br>  37:20,23<br>  38:4,24<br>  62:17<br>**full**<br>  5:23 70:15<br>**fully**<br>  28:21<br>**function**<br>  54:14 56:20,<br>  23 57:11<br>**functions**<br>  7:11<br>**fund**<br>  26:1<br>**funded**<br>  21:6 24:5,21<br>  31:25<br>**funding**<br>  29:5<br>**future**<br>  13:11<br><br>---<br><br>**G**<br><br>---<br><br>**Garcia**<br>  5:4<br>**gathered**<br>  67:3<br>**gave**<br>  43:5,7 90:9<br>**general**<br>  7:13 31:16<br>  45:4,13,23 | **generally**<br>  14:20 15:22<br>  28:5 30:4,<br>  17,25 34:15<br>  56:3 69:5<br>  80:12<br>**generate**<br>  14:22<br>**generated**<br>  28:22 29:25<br>  30:9 73:15<br>  75:11<br>**genesis**<br>  27:12 66:25<br>  67:5<br>**genres**<br>  13:18,20<br>  14:4 25:8<br>  44:2 46:7<br>  47:18 55:9<br>**Geographic**<br>  17:11<br>**getting**<br>  83:7<br>**give**<br>  5:14 19:23<br>  25:4 33:23<br>  34:2 41:11,<br>  23 45:8<br>  50:4,24<br>  57:17 71:1<br>  88:21<br>**given**<br>  5:25 15:19<br>  47:12 63:10<br>**global**<br>  16:21,22<br>  20:18,19<br>  21:9,20<br>  22:7,11,17<br>**globalized**<br>  12:13,14<br>**globe**<br>  78:23<br>**goal**<br>  21:22 |

| | | | |
|---|---|---|---|
| **goes** | **hand** | 41:5 51:7 | 26:12 36:14 |
| 23:14 24:22 | 5:13 | **hold** | **identificatio** |
| 45:23 46:13 | **handed** | 7:23 16:24 | **n** |
| **going** | 38:9 | 89:16 | 38:2 |
| 9:19 25:12 | **handing** | **holding** | **identified** |
| 37:18 41:12, | 38:10 | 20:8 | 9:5 52:24 |
| 24 45:8 | **happen** | **honest** | 64:1,5,14,22 |
| 62:10 71:18 | 25:21 26:14 | 23:21 37:11 | 75:13 |
| 75:25 89:24 | 34:24 | 41:4 70:19 | **identify** |
| 92:24 | **happened** | **hour** | 43:7 64:19 |
| **good** | 42:20 58:19 | 65:20,25 | **imagine** |
| 4:7 5:3,6,22 | 66:25 80:22 | **hours** | 34:24 37:20 |
| 62:4 78:11 | **happening** | 16:15,16 | 79:22 |
| **governance** | 83:19 | 18:10 39:16 | **impact** |
| 20:11,15 | **happily** | 40:3 66:15, | 42:12 |
| **governed** | 16:10 | 16,18 72:22 | **improper** |
| 28:14 | **happy** | 80:14 90:15 | 45:25 46:15 |
| **governing** | 50:4 | 92:4,5 | 47:1 56:12 |
| 20:7,10 | **HBO** | **housekeeping** | **in-house** |
| **gradually** | 16:8 17:10 | 6:7 | 5:10 26:16 |
| 7:8 | **head** | **HR** | 33:8,10 |
| **Gray** | 18:13 64:25 | 78:21 79:7 | **inappropriate** |
| 65:5 | 65:3 | 88:4 | 47:6 |
| **greenlit** | **headquarters** | **Hulu** | **include** |
| 26:2 | 85:19 86:14 | 17:12,14,16 | 13:20 52:3 |
| **ground** | 87:22 | **human** | 66:16 77:17 |
| 6:6 | **heard** | 76:20 | 81:6 |
| **grounds** | 32:24 34:18 | **hundreds** | **included** |
| 47:6 53:19 | **held** | 39:19,20 | 55:19 77:13 |
| **group** | 4:19 | | **includes** |
| 8:7 10:11,17 | **helped** | ——————— | 13:21 22:4 |
| 12:7 13:12 | 91:12 | **I** | **including** |
| 20:16 63:16 | **helpful** | ——————— | 15:16 17:5 |
| 64:2 66:9 | 93:3 | | 35:23 39:8 |
| 77:6 | **hence** | **Ian** | 40:17 72:23 |
| **growth** | 85:16,25 | 5:3 | 77:6 79:23 |
| 29:15 36:10 | **highly** | **idea** | **inclusive** |
| **guarantee** | 51:3 54:5 | 25:22 26:10, | 16:23 |
| 12:19 13:2,9 | **Hill** | 21 27:6,9, | **incorporated** |
| 27:1 | 65:7 72:24 | 11,12 28:22, | 76:14 82:9 |
| | **hire** | 24 29:1,20, | 85:15,18 |
| ——————— | 15:14 16:3, | 25 30:3,9,16 | 86:13 87:22 |
| **H** | 18,24 | 63:7,15 | **incorporation** |
| ——————— | **hired** | 66:20 67:5, | 78:19 82:10 |
| | 51:23 | 10,12 | 87:19 |
| **half** | **history** | **ideally** | **increased** |
| 65:20,25 | 14:3,7 15:21 | 30:22 | 7:9 |
| 66:16 | | **ideas** | |
| | | 12:17 25:10 | |

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| **increasingly** 12:12 **independent** 28:17,22,25 29:4,11,15 30:2 34:4 35:21 36:2, 11,12,18,20 37:5,7 63:8 70:18 **independently** 37:7 **indicated** 57:7 66:19 **indicates** 82:8 **indiscernible** 45:12 **individual** 18:25 29:17 40:23 43:7 69:13 81:19, 25 90:9 **individually** 65:10 **individuals** 65:15 66:3,5 **individuals'** 78:11 **indulge** 9:1 **inform** 91:12 **informal** 12:1 **informally** 11:21 **information** 48:17,18 49:1 57:25 58:2,4,10 59:14,18 60:22 61:2, 12,21,23 79:23 81:11, 15,18,20,21 83:3 84:25 | 88:3 91:11 **Inside** 21:6 **insignificant** 55:3 **instance** 25:3 **instruct** 80:24 **instructed** 48:25 83:21 **instruction** 9:17 43:5,7 47:5 **intellectual** 36:13 **interact** 65:21 **interaction** 72:25 **interest** 13:5 30:17, 19 35:17,25 37:9 **interested** 25:17,18 26:8 31:3 **interests** 35:1,3,4,6 **internal** 33:24 **internally** 15:8 66:10 **international** 14:18 32:7 36:14 **internationally** 28:7,12 **invested** 35:12 **involve** 89:8 **involved** 10:4 47:16 63:20,22 67:25 68:8 | 71:23 72:8, 10,12,14 74:4,15,18, 20 75:1,5 **involvement** 23:3 31:8 32:12 39:24 62:23 63:14 67:17 68:17 70:8 71:10 **IP** 29:22,23 **iplayer** 23:4,5,11, 14,18,23 24:21 31:9, 14,24 **Isaiah** 4:21 **issue** 11:18 66:21<br><br>**J**<br><br>**Jalaine** 5:4 **January** 6:18 39:7 **Jim** 65:5 **job** 7:17 **joined** 6:16 8:13 **jump** 6:12 41:13 **junior** 79:6 **jurisdiction** 45:15,24 46:14 76:5 85:9,16,24 86:6,12,19 87:4 88:10, 17 **jut** 16:7 | **K**<br><br>**Karen** 64:24 65:4 **keep** 41:24 78:18 **kids** 14:3 **Kimneeta** 42:2,19 **kind** 13:24 51:19 56:24 69:6 91:8 **kit** 51:23 **know** 8:14 9:2 17:13,14,20 32:23 33:24 37:1 39:2 40:14 41:5, 13 47:1,24 52:15 53:20 54:9 55:21 56:1 57:24, 25 60:10 61:10 66:24 69:16 70:25 71:15 74:17 76:1 78:18 79:24 80:2, 21 82:15 **knowledge** 38:15 69:9 70:5 **known** 74:1<br><br>**L**<br><br>**LA-BASED** 15:6 18:18 **label** 33:25 34:4, 10 |

labels
  33:20,23,24
  34:3 35:11
  36:17,20
lack
  26:17 87:23
Large
  4:5
Larizadeh
  42:2
law
  5:9 8:13
lawyer
  7:1,7
lawyers
  42:7 65:16
  66:17
Leading
  91:15
learned
  91:11
lease
  82:18 88:1
leases
  76:22 77:2,5
  78:1
legal
  4:22,23 7:1,
  2,11 8:6
  10:15,25
  42:5 47:5
  66:6 69:17,
  18 78:2,25
  80:17,24
  85:11 86:8
  88:13
legislation
  36:4
legislative
  36:2,23,25
Leo
  41:21 42:1,
  6,9,10,16,19
  64:23 65:3
  73:19 74:1
license
  15:7 21:12

28:20 29:2,
  6,21 30:5
  32:1
licensed
  23:7 24:21
limit
  45:16 80:25
  83:21
limited
  5:7,8 10:20
  15:4 19:18,
  19,20,21
  20:1,2,3,5,
  6,8,12,18,19
  21:9,13,14,
  19 22:7,12,
  17 38:15
  43:2 82:16
linear
  23:9,12,25
  31:22
link
  83:7
linked
  55:7 57:3
  72:3
list
  44:12,23
  46:8 47:10,
  25 48:4,7,
  15,17,20
  50:24 51:1,
  12 52:1,15
  58:17 59:2
  76:22 77:2,
  17,25 85:6
listed
  38:16
listing
  77:24
literally
  26:24 63:24
little
  11:23
location
  40:5 44:3
  81:20

lockdown
  12:3
London
  85:19 86:14
  87:22
long
  24:4 65:19,
  21 79:18,24
  80:1,2,3,6,9
longer
  16:7 62:8
  66:17
look
  17:3 23:22
  37:17 59:24
  62:22 71:19
  75:24 78:16
looked
  25:14 40:15,
  17,19,21
  70:16
looking
  25:9 26:6
  38:17 63:18
looks
  20:20 42:10
  78:22
Los
  19:3 35:11,
  15
losing
  12:23
lot
  8:6 16:21
  17:15 91:21
love
  25:20

———————————

**M**

———————————

made
  13:4 15:4,5,
  8 16:16
  17:14,15,18
  18:8,9,10,17
  21:3 24:15
  26:3,19

32:18,20
  33:3,6 34:13
  36:12 44:2,7
  47:11 48:21
  51:25 56:1
  57:5 58:25
  64:9 67:11,
  23 72:6,11
  74:22 84:23
  85:5
main
  14:5 20:6,16
maintains
  88:8
Maitland
  79:8
major
  17:4,8 18:21
majority
  16:16
make
  12:21,25
  13:6,9,12
  16:5,6,7,9,
  10,14,17
  18:10 19:3,8
  21:8,10
  23:10,18
  24:5,19
  26:13 27:5,
  21,23 31:7
  32:21,24
  33:23,24
  34:1,6,7,12,
  16,18 37:7
  54:14 69:7
  75:6,21
  76:24
makes
  14:1,3 15:2
  24:4 30:22
  89:7
making
  15:23 20:15
  26:8 47:11
  53:4 74:19
  89:8

| | | | |
|---|---|---|---|
| **manage** 20:21 | 14:13,14 16:4,5,8 25:6 26:20 28:3 33:9,10 48:20 51:22 53:25 55:14 60:2 70:16 71:16 74:6 80:18 83:6 | **Michael** 5:4 | **nature** 15:20 40:17, 19 55:23 |
| **managed** 8:5 21:2 | | **microphones** 4:11 | **NBC** 17:19,20,25 |
| **management** 79:25 | | **mine** 46:22 | **necessarily** 16:20 |
| **manages** 20:14 | | **minutes** 43:19 62:5 65:24 79:23 80:5,8 89:17 | **necessary** 9:20 |
| **mark** 37:19 38:5 | **meaningful** 8:15 | | **need** 6:6 37:17 45:6,17 69:14,19,20 70:2 |
| **marked** 38:1 | **meant** 12:24 13:1,6 40:21 67:9 91:21,23 | **Mischaracteri zation** 56:10 | |
| **market** 12:14,17 23:8 57:20 60:18 | | **moment** 33:5 68:11 71:13 75:14 | **needed** 12:22 |
| | **meet** 62:7 80:9,11 89:19 | **money** 29:7 30:22, 23 | **negative** 81:11 |
| **marketing** 39:9 53:17 54:1,4,6,11, 13,15,16,20, 25 55:7,12, 18,21,25 56:2,7,16, 19,24 57:2, 9,14,15 58:14,18,21, 24 59:2,10 60:6 61:7,11 | **meeting** 63:5 65:10, 14,15,16,19, 25 66:7 70:16,21 72:4,23 | **month** 6:4 | **negotiation** 25:24 29:16 70:8 |
| | | **months** 6:4 | **Netflix** 13:7 16:8,19 17:10 25:13 34:8 |
| | **meetings** 80:14,17 | **morning** 4:7 5:3,6,22 | **network** 32:2 |
| | **memory** 79:17 | **move** 41:16 70:2 | **networks** 16:12 |
| **marketplace** 14:21 | **Mena** 5:5 | **moved** 8:16 10:10 20:25 | **never** 11:4,13 56:15 |
| **markets** 15:9 | **mentioned** 8:8 14:20,23 34:25 37:1,8 39:14 41:17 43:1 50:12 51:16 52:6 53:7 58:6 66:8 79:14 87:20 | | **news** 20:18,19,21, 25 21:1,2,5, 9,19,20 22:7,11,17, 24 |
| **Martyn** 4:15 5:17,24 | | **N** | |
| **material** 22:8,9 30:24 37:6 55:21 56:19 72:3 91:20 | | **name** 4:21 5:23 8:19 9:14,23 38:14 41:24 64:24 65:2 79:3,10,15 | |
| | | | **Nick** 5:11 |
| **matter** 4:16 | **merged** 8:25 | **names** 78:11 93:5 | **non-executive** 20:13 |
| **matters** 6:8 | **met** 64:23 66:4 80:12 | **National** 17:11 | **non-legal** 7:17 |
| **Matthew** 65:7 | **Miami-dade** 4:18 | **natural** 14:2,7 15:21 51:7 | **normal** 71:5 |
| **mean** 8:11 11:5 | | | |

Corp Representative of BBC Studios Production · Confidential
May 26, 2026

**Notary**
  4:4
**note**
  4:11
**noted**
  43:12 49:5
**notice**
  37:20 38:7,
  11
**number**
  12:19 14:4
  26:15,16
  29:3 33:20
  41:2 75:25
  79:21 81:6
  84:21

—————

**O**

—————

**oath**
  5:19
**object**
  6:14,24 17:1
  21:16 22:13
  27:18 30:11
  44:15 45:3,
  22 47:22
  49:22 50:22
  52:25 53:18
  55:4 56:9,25
  57:22 58:15
  59:12 60:7,
  20 61:8
  68:23 69:11
  70:1 71:2
  77:19 81:1
  82:2 83:23
  84:18 85:10
  86:7,22 89:5
**objected**
  9:14
**objection**
  45:6,9 46:1,
  13,15,17
  47:4 48:10,
  13 53:10
  56:14 58:22

59:6 61:18
69:21,25
87:5 88:13
90:23 91:1,
15
**objections**
  43:11 45:17
  46:25 49:4
  69:15
**obliged**
  16:7 28:17
**obviously**
  66:5,24
  75:18
**occasionally**
  15:25
**occur**
  47:21 60:13
  61:16 69:24
**occurred**
  48:19 58:21
  66:3
**October**
  63:8,10,12,
  16 66:22,23,
  25 67:6,10,
  12,13,20,23
  68:18 69:2,
  10 70:6 71:8
  72:6,7,11
  73:12 74:8
  75:10
**office**
  15:6 76:21
  86:14 87:24
**officer**
  7:21
**offices**
  76:16,23
  81:21 82:17
  85:15,20,23
**okay**
  8:8 9:1,10
  11:10 18:4
  20:4 32:3
  34:18 37:25
  42:1,8,18

52:5,18 62:1
67:2 70:10,
20 71:20
73:23 74:2
76:8 77:9,17
78:15 79:1,
5,18 84:14
87:7 89:2
92:5
**on-demand**
  31:24
**once**
  25:13 46:16
**one**
  8:7 9:4
  10:16,17
  14:23 15:9
  17:22 18:13
  23:12,24
  25:6,20,22
  26:13,15
  27:20,23
  32:23 33:3,
  5,23 34:2
  37:22,24
  39:14 44:2,7
  47:16 51:19
  52:13 64:2,
  10 66:9
  71:16,19
  73:4,7
  75:13,15
  78:20 80:15
  81:23 92:21
**one-page**
  55:21
**opening**
  9:13
**operate**
  10:16 29:19
  35:13
**operated**
  8:4 10:8,14
  12:7 32:6
**operating**
  7:21
**operations**
  8:6 10:10

**opportunities**
  12:13
**order**
  21:10 22:1
  23:18 36:9
**organization**
  7:12,18 12:8
  54:15 55:25
**organizationa
l**
  19:16
**originated**
  27:7,8 63:15
  67:13
**originating**
  15:2
**outlined**
  92:6
**output**
  80:1
**outside**
  21:5,10,15,
  18 29:1
  30:20,22
  31:1 34:16
  63:15 89:17
**overlapped**
  72:18
**overseas**
  85:22
**oversees**
  54:20,25
**owned**
  19:21 29:12,
  23 35:18
  36:15 37:6
**ownership**
  34:11 35:6,
  16,25 36:6
  37:8,14

—————

**P**

—————

**page**
  39:1 62:19
  83:12

Corp Representative of BBG Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| **pages** | **party** | **phrase** | **point** |
| 70:24 71:4 | 10:18 34:21 | 14:12 16:3 | 10:9 12:9 |
| **paid** | 65:5 67:1 | 26:18 35:20, | 44:21 51:8 |
| 30:24 | **past** | 23 60:1 | 55:24 |
| **Panorama** | 33:4 47:12 | **pick** | **portfolio** |
| 63:5 64:2, | 57:13 | 4:12 7:19 | 76:15,21 |
| 14,22 66:20 | **Pause** | **piece** | 77:1 78:23 |
| 67:4,11,14 | 88:24 | 23:17 36:4 | **position** |
| 72:5 | **pay** | **Pieczanski** | 46:20 75:17, |
| **paper** | 29:5 70:18 | 41:21 42:1,2 | 20 |
| 11:10 | **payers** | 73:19 | **possession** |
| **paragraph** | 23:7 | **pitch** | 60:3 68:21 |
| 71:16,19 | **Peacock** | 23:18 24:3 | **possible** |
| 75:25 | 17:17,19 | 34:8,9 55:18 | 9:20 41:15 |
| **pardon** | **pending** | **pitched** | 51:23 52:21 |
| 82:17 | 49:7 | 25:2 33:11 | 54:1 58:21 |
| **parent** | **people** | 34:1,15 | **possibly** |
| 10:8 19:19, | 12:23 13:23 | 55:17 | 11:25 18:24 |
| 20 20:2 | 27:22 64:3, | **pitches** | 51:5,24 |
| **part** | 23 65:3 | 33:22 34:20 | 52:12,14 |
| 7:17 10:9 | 66:11 78:13 | **pitching** | **post-covid** |
| 12:8 15:6 | 82:12 | 33:12 34:12 | 11:24 |
| 23:5 30:24 | **people's** | 55:8 57:3 | **potential** |
| 33:21 42:19 | 74:18 | **place** | 13:19 14:12, |
| 48:6 65:10 | **percent** | 4:10 15:21 | 21 |
| 80:13 83:10 | 36:6 37:8,13 | 29:11,14 | **Potentially** |
| 88:4 | 92:7 | 67:19 | 51:19 |
| **participated** | **perfectly** | **plaintiff** | **practice** |
| 63:22 | 54:1 | 38:1 | 11:11 |
| **participation** | **perform** | **plaintiffs** | **precise** |
| 62:24 | 59:10 | 4:16 | 9:19 41:15 |
| **particular** | **period** | **platform** | **preparation** |
| 23:17 25:11 | 7:9 11:23 | 28:4 32:17 | 39:21 43:2 |
| 26:5 27:9 | 28:20 29:3 | 51:3 | 54:18 65:17 |
| **parties** | 39:19 | **platforms** | 70:21 72:18, |
| 4:10 9:5 | **periods** | 47:14 56:4 | 23 76:10 |
| 19:4 57:20 | 12:3 | **please** | 78:3 80:25 |
| 59:10 60:18 | **person** | 4:11 5:13,22 | 83:21 85:17 |
| 88:11 | 42:16 54:23 | 9:6,7,9 | 90:17,19 |
| **partner** | 64:10,12 | 19:14 24:25 | 91:8,9,18,23 |
| 15:25 17:21 | 65:1,5 | 25:5 39:1 | 92:5,6,12 |
| 18:2 51:3 | **personal** | 41:15 45:14, | **prepare** |
| 79:8 | 69:9 70:5,7 | 21 64:21 | 39:13 40:9, |
| **partners** | 76:5 85:8,24 | 69:16,23 | 12 41:2,18 |
| 78:20 | 86:6,11,19 | 84:6 86:9 | 42:23 63:3 |
| **parts** | 87:4 88:9,17 | 87:16 89:20 | 65:22 66:4 |
| 70:11,12 | 91:18 | 92:20 | 72:2,16 73:3 |

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| 76:8 77:18 78:6,8 80:3, 6,10 81:14 82:24 90:21 | **primarily** 7:7 13:18 14:3 15:23 23:23,24 30:18 42:11 54:17 55:24 68:25 | 23 54:2 55:22 57:3 59:3 63:9,10 66:23 67:11 68:22 69:4 72:6,9 73:13 74:8 79:20 83:15 | 38:15 39:8, 15 40:24 43:20,24 44:9,13 46:11 47:20 49:11,21 50:15 52:17 53:16 54:20, 24 55:2,12 |
| **prepared** 58:2 83:4 91:20 | **primary** 54:14 56:22 57:11 85:19 | **producer** 15:14 16:3, 24 18:12 | 56:4,7,20 57:8,12,13, 19 59:9 |
| **preparing** 43:17 66:14 85:1 90:13 91:12 92:2 | **Prime** 17:10 | 23:25 29:4,7 30:6 36:11, 18 65:1 70:18 73:13 | 62:25 63:8, 13,14,17,20, 23 67:10,18 68:8,13,17, 19 69:2 |
| **present** 39:7 48:22 88:12 | **principal** 71:21 76:3 | **producers** 12:16 26:8, 12 28:17 | 71:5,9,11 75:9 92:15 |
| **presently** 46:11 48:12 49:17 50:16 53:14 61:6, 17 83:16 | **private** 4:12 **Pro** 4:20 | 29:18 30:25 33:21 36:12 68:2 | **Production's** 39:6 **productions** 5:7 8:18 |
| **preservation** 13:11 | **probably** 11:21 16:16 18:24 19:11 | **produces** 13:17 14:24 25:1 39:15 50:7 56:8 | 9:3,7 10:19, 20 11:12,14, 20 12:5 13:3,15 |
| **preserve** 13:10 | 25:6 39:18 43:19 48:23 50:25 65:24 | **producing** 34:21 46:11 56:17 59:1 | 14:10,24 15:2,4,11, 14,23 16:11, |
| **preserved** 70:2 | 66:15,17 75:15 79:20 80:14 89:9 | 67:1 88:19 **production** 8:23,24 | 23 18:23 19:2,4,7,9, 15,17,25 |
| **President** 4:16 5:5 | 90:14 92:4 **proceed** 45:18 | 10:4,7,10,23 11:3 12:6,9, 12,13,15,23 | 20:3,5,9 21:13 22:7, 11,17,23 |
| **presumably** 50:13 61:4 | **proceeding** 4:14,19 9:5 | 13:6 14:6 15:6 16:1 17:21 18:1, | 23:3,10,13, 16 24:7,14, 19 25:1,7 |
| **presume** 52:18 | **process** 26:3,15 55:8 | 18 19:3 20:24 21:2 24:2 26:3 | 27:16 28:1 30:15 31:8, 12 32:11,13, |
| **presumed** 83:19 | **produce** 12:10 15:11, | 27:8 28:23, 25 29:6,11, | 20,25 33:7, 13,15,17,19, |
| **presuming** 85:4 | 13 22:23 26:22 33:15 | 15 30:3 33:18,20 | 22 34:9,10, 14,15,20,22 |
| **previous** 50:1 53:3 74:11 | 43:20 44:10, 13 64:18 79:23,24 | 34:5 35:2,7, 9,21,24 36:2,10,20 | 35:1,7,14, 16,24 36:19 |
| **previously** 6:16 7:20 10:7 20:24 50:5 57:7 58:6 66:8 69:5 84:19 87:11,20 | 82:22 84:17 **produced** 13:2,16,25 15:1 19:7,9 27:25 33:7 43:22 44:19, | 37:5,24 | |
| **Price** 4:21 | | | |

Corp Representative of BBG Studios Production   Confidential
May 26, 2026

39:19,23
40:16,18,19,
23 41:7 45:4
50:6,20
52:19,23
54:4,6,8,11
55:24 58:13
60:5,17 61:6
63:25 66:9
67:22,25
68:15 69:6
71:22 72:8,
12,13 73:5
74:3,10,17,
22 75:3 76:4
77:1,2,4,6,
10 81:7,14,
25 82:22
83:15,19
84:16 85:18
87:21 88:1,8
89:3 90:8
92:12,14

**Productions'**
60:3 62:23
67:16 68:21
74:7,14,25
85:7 86:4,5,
10 87:3
88:16

**Professional**
4:4

**profit**
14:16

**program**
15:20 16:9
19:3 23:10,
11,14 24:19
26:1,2,5,6,
7,9,10 27:5,
10 28:20
30:4,7,20,21
31:5 44:3
51:7 55:9,25
56:1 57:4
63:5,7,9,14,
21,24 64:20
65:2 67:20,

22,23 68:9
69:6 70:18
72:9 73:12
74:19 75:9
84:1

**programming**
13:20 14:17
16:15 40:3

**programs**
12:10,20,25
13:2,7,10,22
14:2,3,5
15:23,24
16:5,7,10,
17,18 17:15,
19 18:8,9
27:21,23
32:2,18 34:9
36:15 39:16
42:13 44:7,
9,23 46:9
47:11,17
48:1,5,20
51:5,14,25
53:4 54:15
56:2,18 57:3
59:1 61:11
64:8 68:1
72:13 75:4,6
84:22 85:5
88:19 89:7,9

**promise**
41:14

**pronunciation**
11:17

**property**
36:13 76:15
77:1 78:23
79:8

**proposal**
26:17

**provide**
22:2 69:25

**provides**
32:9

**provision**
37:12

**public**
4:4 8:13
10:9,23 12:8
19:22 20:15
21:2,11 22:2
23:6,15
28:16,18
29:18 30:18
31:25 32:1,5

**published**
19:10 33:1

**purely**
15:18

**purpose**
9:19 42:8,14
56:17

**purposes**
36:18,21
58:5 59:19
61:13

**put**
12:23 13:5
17:19 26:5,
17 29:11,14
37:23 38:4
80:2 90:12

**puts**
16:11 23:11,
12

**putting**
46:20,22

---

**Q**

**qualified**
8:12

**question**
6:15,24 9:18
17:2 21:17
22:14 27:19
30:12 40:8
43:23 44:16
45:2,4,20,23
47:23 49:7,
22 50:1,19,
22 52:22,25
53:9,18 54:3

55:5 56:10
57:1,18,22,
25 58:5,16
59:12,19
60:7,20,23
61:8,13
65:17 68:24
69:12 71:3
72:4,16
77:15,20
81:2 82:3,6
83:23 84:8,
12,14,18
85:3,11,17
86:1,8,23
87:12,14
89:6 90:24
91:3,5,17
92:11

**questions**
6:8 9:13,14
41:16 83:14
89:12,18
90:7 91:19,
20 92:17
93:4

**quickly**
88:23

**quite**
12:14 19:12
25:18 49:24
79:15

---

**R**

**Rachael**
79:9,10,11
80:6

**raise**
5:12 14:15
21:23,25

**raised**
75:17

**range**
13:17 26:12
47:17 80:12

**read**

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| 39:5,10 62:25 71:25 76:6 | **records** 39:22 58:12 76:16,20 77:2 78:19, 21 | 41:7 46:6 49:20 50:15, 20,25 52:23 68:4 89:10 | **request** 26:16 73:16, 18 75:11 |
| **reading** 93:11 | **recruit** 7:12 | **relevant** 36:7 52:2,16 81:22 82:5, 18 83:25 85:14,16 88:2 91:22 | **required** 29:5 44:3,20 |
| **ready** 25:14 | **refer** 9:3,9 73:20 | | **research** 58:4 86:1 |
| **reason** 14:14 36:7 54:7 67:24 | **referring** 8:2 9:6,8 36:23 37:9 77:10 | **remember** 10:21 11:25 12:4 17:16 18:9,11 36:3 37:12,13,14 50:7,16 65:2 83:17 90:10, 17 | **researched** 59:19 60:23 61:13 |
| **reasons** 49:3,23 50:23 53:1 57:23 58:7, 19 59:13 60:8,15,21 61:9,12 74:21 83:24 84:19 | **refresh** 83:11 | | **resources** 76:21 |
| | **regarding** 50:6 69:9 93:5 | | **respond** 26:9 |
| | **register** 78:16 | | **responsibilities** 7:16,19 11:22 |
| | **regulatory** 20:16 | **remind** 76:9 | **responsibility** 7:9 55:3 |
| **recall** 31:7,11 32:23 35:21 50:5 71:12 83:13,18 84:9,11 | **related** 7:10,16 39:20 40:20 82:24 | **remote** 4:20 38:7,12 | **responsible** 29:21 42:11 |
| | | **remotely** 4:3,19 | **rest** 29:7 |
| **recap** 9:22 42:6 | **relates** 77:14 | **repeat** 87:8 | **rests** 27:4 |
| **receive** 26:11,12 | **relating** 84:22 | **rephrase** 13:14 24:8, 11 32:12 35:5 49:20 68:14 | **retain** 12:15 36:13, 14 |
| **received** 26:18 | **relation** 44:7 67:20, 21,22 68:1 77:25 82:7 83:2 84:21 88:3,18 | | **return** 14:22 |
| **recess** 62:12 90:1 | | **report** 64:19 65:23 73:15 75:10 76:18 77:23 79:24 81:15 82:7 87:19 | **revenue** 21:8,10,24 22:1,2 |
| **recollection** 83:11 | | | **review** 42:23 49:1 70:20 73:7 81:5,6,13, 18,22,24 82:18,19,23 83:1 84:15, 21 |
| **record** 4:8,11 5:1 46:20,23 49:4 58:8 59:13,23 60:2,8 61:4 62:11,13 69:18 89:25 90:2 91:2 92:24 | **relationship** 19:25 20:4 22:6,8,10, 19,21 24:17, 24 25:22 51:2 | **reporter** 4:4,22 5:1, 12 | |
| | | **representative** 4:15 | |
| | | **represented** 67:4 | |
| | **relationships** 17:4 18:20, 22 22:10 39:9,17 40:5,6,15 | **reputation** 14:2 | **reviewed** 64:16 65:23 76:12,15,16, 18,21,25 |
| **recording** 4:9 | | | |

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| 77:18,22,25<br>78:5 81:19<br>82:14<br>**right**<br>5:12 6:4,12<br>8:11 9:25<br>14:25 30:2<br>31:15 38:10,<br>14,25 39:4<br>46:24 50:12<br>59:17 62:21,<br>22 64:4<br>73:10 87:10<br>89:15,24<br>91:13 92:22,<br>24<br>**rights**<br>7:11 29:8,16<br>30:8 31:3<br>36:15 63:18,<br>19 64:5,7,8,<br>16,19 65:22,<br>24 72:25<br>73:15 75:11<br>**risk**<br>12:22<br>**role**<br>6:21 7:6,13,<br>14,21,23<br>8:14 11:7<br>12:1 41:5<br>58:25 74:18<br>**roles**<br>8:15 11:22<br>**roll**<br>91:8<br>**rolled**<br>12:1<br>**rough**<br>93:2,7<br>**route**<br>23:8<br>**rule**<br>29:13 59:5,7<br>60:13,16<br>61:16<br>**rules** | 6:7 29:13<br>30:17<br>**run**<br>32:5<br><br>**S**<br><br>**sales**<br>14:18<br>**Sasha**<br>5:9<br>**satisfied**<br>63:21<br>**saying**<br>36:22 53:23<br>55:17 56:6,<br>15,16<br>**says**<br>38:14 39:5<br>**scale**<br>40:20 70:15<br>**scenario**<br>34:19,23<br>**schedule**<br>38:16 39:2<br>62:19 71:14,<br>18 75:25<br>80:13,16<br>**scripted**<br>13:20,21<br>14:6 34:6<br>44:22 55:10<br>**second**<br>9:1 41:11<br>92:9,15<br>**seconds**<br>88:21<br>**secretarial**<br>78:10,15<br>79:1,6 81:16<br>82:11 87:20<br>**secretary**<br>79:3<br>**sector**<br>29:15<br>**security**<br>78:22 | **see**<br>25:16 38:8,<br>11,14,16<br>**Select**<br>19:10 32:3,<br>4,5,14,15,<br>19,20,22<br>33:1,2<br>**sell**<br>21:23 55:25<br>**selling**<br>64:9<br>**senior**<br>78:20<br>**sense**<br>10:7<br>**sensitive**<br>4:12<br>**separate**<br>8:5 9:5<br>10:15 20:13<br>55:11 66:12<br>68:4 75:21<br>**separately**<br>30:8 75:17<br>**series**<br>83:14<br>**service**<br>8:13 10:10,<br>23 12:8<br>19:22 21:2,<br>11 22:2<br>23:5,6,7,15<br>24:21 28:16,<br>18 29:18<br>30:19 31:24,<br>25 32:2,5,6<br>**services**<br>39:8<br>**serving**<br>11:19<br>**set**<br>21:4,9<br>**seven**<br>90:14<br>**share**<br>30:23 | **Sharon**<br>4:3,23<br>**Shepherd**<br>79:9,11,12,<br>13<br>**shorter**<br>91:24<br>**shortly**<br>10:2<br>**show**<br>13:24 15:3<br>23:22,23,24<br>24:1 25:2,<br>12,13 33:11,<br>16,22 34:1,<br>13,15 37:19<br>71:10<br>**showed**<br>81:16<br>**showing**<br>68:21<br>**shown**<br>24:1<br>**shows**<br>14:23 82:10<br>87:21<br>**sic**<br>79:16<br>**side**<br>7:8,17<br>10:11,24<br>12:24,25<br>13:6 20:25<br>21:3,4<br>**significant**<br>41:6<br>**signing**<br>93:11<br>**similar**<br>66:10<br>**single**<br>10:14 32:17<br>51:1<br>**sir**<br>6:7 45:10,11<br>46:20 48:22<br>50:11 69:16, |

Corp Representative of BBC Studios Production   Confidential
May 26, 2026

| | | | |
|---|---|---|---|
| 22 71:15 | **specifically** | **started** | **streamers** |
| **sister** | 21:15 25:11 | 67:13 | 16:18,21 |
| 10:12 19:17 | 40:12,14,18 | **state** | **Strictly** |
| 20:22 | 43:5 54:3,9 | 4:5,25 5:23 | 15:3 |
| **sit** | 65:16 73:5 | 52:14 69:21 | **structure** |
| 22:19 44:11 | 79:1 80:11 | **stated** | 19:16 20:15 |
| **sits** | 84:20 | 49:3,23 | 76:13,18,19, |
| 19:15 | **speculation** | 50:23 53:1, | 25 81:17 |
| **sitting** | 71:3 | 19 57:23 | 82:7 |
| 32:23 | **spelling** | 58:7 59:13 | **studio** |
| **slightly** | 93:5 | 60:8,21 | 19:1 34:13 |
| 21:1 67:8 | **Spellings** | 61:9,12 | 45:4 52:19 |
| **small** | 41:25 | 83:24 84:19 | 90:8 |
| 36:10 | **spend** | **states** | **studios** |
| **smaller** | 43:17 66:13 | 14:24 15:12, | 5:7 6:17 |
| 33:20 35:1 | **spent** | 21 16:2,13, | 7:22 8:1,18, |
| **solicitor** | 92:2 | 14,25 17:9 | 20,22,25 |
| 8:12 | **spoke** | 22:4 32:10 | 9:3,4,7,23 |
| **sort** | 41:3,8,9,17 | 35:8,10,13 | 10:2,19,20 |
| 7:10,16 14:5 | 42:4 63:4 | 39:6,10 | 11:3,5,9,11, |
| 16:1 20:10 | 64:1,3,13 | 40:5,17 | 12,13,15,20 |
| 25:25 40:10 | 65:9 78:10, | 42:13 43:21, | 12:5 13:3,15 |
| 50:24 55:7 | 13,20,21 | 22 44:1,4, | 14:9,14,24 |
| 79:22 | **spoken** | 10,14,21 | 15:1,4,5,11, |
| **space** | 41:21 42:3 | 45:5 46:7,8, | 14,22 16:11, |
| 32:7 | **stable** | 12 47:15,16 | 23 18:23 |
| **Spahr** | 33:17 74:7 | 48:6 49:11, | 19:2,6,9,14, |
| 5:9 | **staff** | 21 50:7,21 | 17,18,19,25 |
| **speak** | 12:15 | 51:8 52:20, | 20:1,2,3,5, |
| 41:1,20 | **stage** | 24 53:17 | 8,9,23 21:13 |
| 42:8,14 | 25:14 | 54:2,12 | 22:6,11,16, |
| 54:19 78:8 | **stake** | 57:9,14,21 | 23 23:3,13, |
| 79:2,18 | 34:5,11 36:6 | 58:14 59:11 | 16,18,22 |
| 80:3,6 | 37:15 | 60:6,19 61:7 | 24:7,13,19, |
| **speaker** | **stakes** | 62:23 71:21 | 23 25:1,7 |
| 11:18 | 33:19 | 76:3 82:1,23 | 27:16 28:1 |
| **speaking** | **stand** | 84:17,23 | 30:15 31:4, |
| 15:22 45:6, | 13:8 | 86:15,16,17 | 8,12 32:11, |
| 25 46:15,17, | **standalone** | 87:25 88:11, | 13,19,25 |
| 25 56:14 | 91:25 | 20 89:4,9,23 | 33:6,12,15, |
| 63:18 69:14 | **Stars** | **stating** | 17,19,21,22 |
| 90:25 | 13:24 14:25 | 47:5 69:17, | 34:9,10,14, |
| **specific** | 15:5 18:16, | 18 | 22 35:1,7, |
| 14:2 29:13 | 19 | **stick** | 10,14,16,17, |
| 39:24 40:23, | **start** | 41:14 93:4 | 18,24 36:15, |
| 24 45:15,23 | 25:20 | **stimulate** | 19 37:24 |
| 46:9 73:3 | | 29:14 | 38:15 39:5, |
| | | | 15,23 40:18, |

19 43:20,24
44:9,13
46:11 49:10,
21 50:6,15,
20 52:22
53:16 54:4,
6,7,11,14,
19,23 55:2,
12,24 56:6,
20 57:8,11,
13,19 58:13
59:9 60:2,5,
17 61:6
62:23 63:13,
17,25 64:8
66:8 67:16,
22,24 68:7,
13,15,20
69:6 71:9,22
72:7,12,13
73:5,10
74:3,7,10,
14,17,22,25
75:3 76:4,
13,14 77:1,
2,5,10,11,14
81:7,14,25
82:15,16,21
83:15 84:16
85:7,18
86:4,5,10
87:2,21
88:1,8,15
89:3 90:8
92:8,11,14

**subject**
40:24 46:9
76:5 84:1
85:8 86:6,19
87:3 88:9,16

**submit**
26:21

**subscription**
21:7 22:1

**subsequent**
77:24

**subsequently**
91:22

**subsidiary**
8:2 13:13
54:16 56:17
58:25

**substance**
31:12 41:13
66:2 76:11

**substantially**
91:19

**substantive**
8:14

**successful**
7:14

**suggest**
68:7

**suggested**
39:23

**sum**
31:11

**supplement**
21:12 22:1

**support**
4:22,24
68:16 71:9
74:14,25
75:12,19
87:2,13,18,
24 88:2

**supporting**
66:6 75:16,
19

**supports**
67:16 74:3
85:7 87:23

**suppose**
52:12

**sure**
9:18 10:21
16:22 18:4
19:17 24:3
31:7 32:24
33:9 34:18
49:24 50:2,4
55:14 62:7
70:13 76:24
79:25 83:8,
20 89:21

**surprise**
32:20

**surprised**
18:11 19:1
32:25 54:8,
9,10 57:8

**suspect**
17:14 53:21,
23

**swear**
5:1,13

**sworn**
5:18

**system**
48:23 61:24
63:19 64:7,
11,16,19,20
65:22,24
73:1,15,16
75:11 76:19
77:23 79:25
81:16,21
82:8

**systems**
68:7 69:3
73:10,11
74:10

---

**T**

---

**take**
4:10 12:17
25:15 62:1
69:24 92:19
93:1

**taken**
4:3,15 32:22
33:3 62:12
90:1

**takes**
15:21 80:1

**taking**
6:8 38:7,11

**Talk**
34:8

**talked**
25:8 40:16

55:9 69:5

**talking**
29:24

**targeted**
25:11 48:5

**tax**
52:14

**team**
7:2 25:9,12
41:3,17,20
42:3,20 63:5
64:2,5,14,
22,25 66:6,
20 67:4 72:5
76:21 78:2,
10,15,21,25
79:2 80:17,
24 87:20
88:4

**teams**
42:5 63:17,
18

**television**
7:8 31:22
52:17 56:2
59:1

**tell**
44:11 58:23
64:21 78:12
83:20

**Telling**
64:24 65:4,9
72:23

**ten**
18:10 62:5,6
65:24 70:22

**tend**
14:19 56:4

**tender**
26:5,9

**term**
36:23,25

**terms**
7:10 9:25
14:7 24:17,
23 28:15
80:17 82:17

| | | | |
|---|---|---|---|
| 91:7 | 69:2 73:13 | 43:9,11,15, | 62:22 63:3,4 |
| **testified** | **thought** | 23 44:15 | 65:22 66:4, |
| 5:19 92:13 | 33:2 66:9 | 45:3,7,8,13, | 7,11,14,15 |
| **testify** | **thousand** | 15,22 46:13, | 72:2,17,19 |
| 58:3 92:3 | 39:16 | 17,19,22 | 73:4,7 75:13 |
| **testimony** | **thousands** | 47:3,22 | 76:9 77:18 |
| 5:14 56:10 | 18:10 39:20 | 48:10,13 | 78:6,8 80:4, |
| 67:3 69:13 | 40:2 | 49:3,22 | 7,10,12,25 |
| 91:13 | **three** | 50:22 52:25 | 81:6,8,14 |
| **thank** | 39:4,5 40:3 | 53:10,18 | 82:24 83:2, |
| 9:20 74:2 | 41:2 43:18 | 55:4 56:9,25 | 4,13,22 |
| 79:12,18 | 64:23 65:15 | 57:22 58:7, | 84:15 85:2 |
| 87:16 89:13 | 80:14 83:14 | 15,22 59:6, | **topics** |
| 92:17 | 84:12 85:3 | 12 60:7,20 | 38:16 41:12 |
| **Thanks** | 89:16 | 61:8,18 62:6 | 43:13 80:13, |
| 90:25 | **threshold** | 65:13 68:23 | 15 |
| **thing** | 37:9,13 | 69:11,15,17, | **total** |
| 31:19 | **thrown** | 20,22 71:2 | 92:4 |
| **things** | 27:2 | 77:19 81:1 | **totally** |
| 31:21 | **time** | 82:2 83:23 | 65:2 |
| **think** | 4:8 6:10 | 84:5,10,18 | **trade** |
| 8:15,20 | 28:21 29:3 | 85:10 86:7, | 28:15 |
| 9:15,16 | 37:21 43:17 | 22 87:5 | **trading** |
| 10:21 11:24 | 62:2,11,14 | 88:13 89:5, | 20:10 |
| 12:2 17:25 | 66:13 68:12 | 15,20,22 | **trainee** |
| 18:2,6,13,24 | 69:21 83:4 | 90:5,25 | 8:12 |
| 19:11 22:16, | 85:1 89:13, | 91:5,6,16 | **trajectory** |
| 18 23:20,21 | 19,25 90:3, | 92:17,21 | 12:22 |
| 24:17 26:10 | 12 92:2,24 | 93:7 | **transcript** |
| 32:18,19,22 | **timely** | **today** | 92:20 |
| 33:4 34:23 | 43:12 49:5 | 7:23 14:10 | **transferred** |
| 36:3,6,8 | **times** | 32:23 58:3 | 10:23 |
| 37:3,15 | 86:3 | 59:17 91:9, | **true** |
| 39:14 40:9 | **title** | 13 | 17:6 21:13 |
| 51:22 52:13 | 29:17 | **today's** | 22:5 33:4 |
| 54:4,5 68:11 | **titled** | 6:7 | 48:4,9,14 |
| 70:22 74:13 | 38:6 | **told** | 56:23 |
| 75:14 78:7 | **titles** | 83:18 | **Trump** |
| 79:17 81:10, | 18:25 | **tomatoes** | 4:17 92:9,15 |
| 12 82:5 85:3 | **Tobin** | 27:10,11 | **truth** |
| **third** | 5:6,8 6:14, | **top** | 5:14,15 |
| 34:21 57:20 | 24 9:12 | 18:13 | **try** |
| 59:10 60:18 | 17:1,24 | **topic** | 9:6,9,11 |
| 64:24 65:5 | 21:16 22:13 | 39:4,5,13 | 21:10 29:14 |
| 88:11 | 27:18 30:11 | 40:9,13 | 36:9 40:2 |
| **third-party** | 37:22,25 | 41:2,18 | 41:14 76:13 |
| 12:11 20:14 | 38:9,21 41:8 | 42:23 43:2, | 84:8 |
| 35:12 68:2 | | 18 54:19 | |