UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:25-cv-25894-RKA

**NOTICE OF PARTIALLY SEALED FILING**

Pursuant to S.D. Fla. Local Rule 5.4, and while the Unopposed Amended Partial Motion to Seal is pending (ECF No. 83), Defendants the British Broadcasting Corporation ("the BBC"), BBC Studios Distribution Ltd., and BBC Studios Productions Ltd., by and through their undersigned counsel, hereby give notice of the provisionally, partially sealed filing of their reply in support of their Motion to Dismiss and Exhibit A thereto, the deposition transcript of Dr. Tal Lavian, which were docketed at ECF Nos. 84 and 84-1 on June 19, 2026.

If the Court grants the Unopposed Amended Partial Motion to Seal, Defendants will file sealed, unredacted copies of their reply brief and Exhibit A, consistent with the Court's Rules and any corresponding order.  *See* S.D. Fla. L.R. 5.4(b)(1) ("The proposed sealed material shall not be filed unless the Court grants the motion to file under seal. . . . If the Court grants the motion to file under seal, then the moving party shall file any . . . document that has been authorized to be filed under seal via CM/ECF. . . as an attachment to a 'Notice of Sealed Filing'").

Dated: June 19, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendants*