**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

---

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

    v.

BRITISH BROADCASTING CORPORATION
a/k/a BBC, BBC STUDIOS DISTRIBUTION
LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

        Defendants.

Case No. 1:25-CV-25894-RKA

---

**[PLAINTIFF'S PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION AND INTERROGATORIES**

THIS CAUSE came before the Court on the issues raised in the Motion for Discovery Hearing on Plaintiff's Responses and Objections to Defendants' First Request for Production and Interrogatories ("Motion for Discovery Hearing") filed by Defendants British Broadcasting Corporation a/k/a BBC ("BBC"), BBC Studios Distribution Limited ("BBCSD"), and BBC Studios Productions Limited ("BBCSP") (collectively, "Defendants") and Plaintiff President Donald J. Trump's ("Plaintiff" or "President Trump" and together with Defendants, the "Parties") Response to the Motion for Discovery Hearing. Having reviewed the Motion for Discovery Hearing and Plaintiff's Response thereto, having heard the Parties' respective oral arguments at the Discovery Hearing, and for the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** as follows:

1

**EXHIBIT**

**A**

1.      Plaintiff's objections to Defendants' First Request for Production are **SUSTAINED**.

2.      Plaintiff's objections to Defendants' First Set of Interrogatories are **SUSTAINED**.

**DONE and ORDERED** in Chambers in Miami, Florida, on this _____ day of July 2026.

_____
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc:     All Counsel of Record

2