UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) | |
| Defendants. | ) | |

**NOTICE OF SEALED FILING**

Pursuant to S.D. Fla. Local Rule 5.4(b)(1) and the Court's June 23, 2026 Order granting Defendants' Unopposed Partial Motions to Seal (ECF No. 87), Defendants the British Broadcasting Corporation ("the BBC"), BBC Studios Distribution Ltd., and BBC Studios Productions Ltd., by and through their undersigned counsel, hereby give notice of the sealed filing of unredacted copies of the reply in support of their Motion to Dismiss and Exhibit A thereto, the deposition transcript of Dr. Tal Lavian, which were docketed at ECF Nos. 84 and 84-1 on June 19, 2026.  Additionally, Defendants will coordinate with Plaintiff's counsel regarding the filing of public, redacted copies of certain exhibits to Plaintiff's response to Defendants' Motion to Dismiss, consistent with Defendants' Unopposed Partial Motions to Seal (ECF Nos. 75, 83) and the Court's June 23 Order (ECF No. 87).

Dated:  June 23, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendants*