UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRITISH BROADCASTING CORP., et al., )<br><br>Defendants. ) | Case No. 1:25-cv-25894-RKA-EAL |

**DEFENDANTS' NOTICE REGARDING JOINT MOTION FOR DISCOVERY
HEARING RELATED TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO
DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION [ECF 79]**

Defendants British Broadcasting Corporation a/k/a BBC (the "BBC"), BBC Studios Distribution Limited, and BBC Studios Production Limited (collectively, "Defendants"), by and through undersigned counsel and pursuant to the February 13, 2026 Order Setting Discovery Procedures (ECF 29) (the "Discovery Order"), hereby file this Notice to inform the Court of the resolution of one issue regarding the Joint Motion for Hearing Related to Plaintiff's Responses to Defendants' First Set of Requests for Admission.  *See* ECF 79.

Plaintiff's responses to Requests for Admission 6 to 9 are no longer in dispute.  *Cf.* ECF 79 at 3-4 & n.1 (raising dispute as to these Requests).  On June 19, 2026, Plaintiff served his First Revised Answers to Defendants' First Set of Requests for Admission, containing revised answers to Requests 6 to 9.  The resolved requests and responses are as follows:

6. Admit that You possess no evidence to show that the Documentary was available for viewing in the U.S. on BritBox.

   **Response:** Following completion of jurisdictional discovery, admitted.

7. Admit that You possess no evidence to show that the Documentary was available for viewing in the U.S. on BBC.com.

   **Response:** Following completion of jurisdictional discovery, admitted.

8. Admit that You possess no evidence to show that the Documentary was available for viewing in the U.S. on BBC Select.

**Response:** Following completion of jurisdictional discovery, admitted.

9. Admit that You possess no evidence to show that the Documentary, in full, was available for viewing in the U.S. on PBS, NPR, or through any other U.S. broadcaster.

**Response:** Following completion of jurisdictional discovery, admitted.

*See* Ex. A.

Plaintiff's initial responses to each of these requests had stated, "Plaintiff, despite making reasonable inquiry, is presently without sufficient knowledge or information to respond to this request at this time." ECF 79-1 at 3-4. These revised responses therefore no longer require the Court's review at the July 21, 2026 omnibus discovery hearing.

Dated: June 25, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

By: */s/ Charles D. Tobin*
Charles D. Tobin
Maxwell S. Mishkin (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Florida Bar No. 816345
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2218
Fax: 202-661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
cheny@ballardspahr.com

Sasha Dudding (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel:  646-346-8094
duddings@ballardspahr.com

Richard W. Miller (*pro hac vice*)
Ballard Spahr LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309

Tel: 678-420-9300
millerrw@ballardspahr.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on June 25, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin

## LOCAL RULE 7.1(a) CERTIFICATION

Pursuant to Local Rule 7.1(a), Defendants hereby certify that all parties conferred in good faith regarding this notice, but that despite multiple attempts, Defendants were unable to obtain Plaintiff's position regarding this notice.

*/s/ Charles D. Tobin*
Charles D. Tobin