**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, An individual, *Plaintiff,* v. BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, *Defendants.* | Case No. 1:25-cv-25894-RKA/EAL |

**NOTICE OF POTENTIAL PARTICIPATION BY THE UNITED STATES**

TO: CLERK OF COURT, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA; AND ALL PARTIES AND THEIR ATTORNEYS

The United States respectfully advises the Court that it is considering participating in this litigation as allowed by 28 U.S.C. § 517, which authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States."

In this case, Defendants, the British Broadcasting Corporation and two related entities ("the BBC"), have served forty-eight third-party subpoenas for production of documents pursuant to Fed. R. Civ. P. 45. Many of these subpoenas were purportedly served on

Executive Branch agencies[1] or on entities overseen by the United States Congress.[2] Subsequently, forty-seven of the BBC's subpoenas (including all of the subpoenas directed at federal agencies) became the subject of a motion for a protective order by Plaintiff. ECF No. 61. Plaintiff's motion seeks a protective order pursuant to Fed. R. Civ. P. 26(c) that would absolve the subpoena recipients from "produc[ing] any documents in response to the Subpoenas." ECF No. 61-1, at 2. That motion is now scheduled to be heard on July 21, 2026, a date mutually proposed by the parties.[3] ECF Nos. 81, 82.

The United States has an interest in the resolution of the issues raised by Plaintiff's motion for a protective order. It is therefore seeking the necessary authorization, pursuant to 28 U.S.C. § 517, to participate in this litigation. The process for deciding whether to participate requires coordination with the numerous federal entities served with a subpoena. It further requires approval of the United States Department of Justice through the Assistant Attorney General for the Civil Division. This approval process generally takes several weeks. If authorized, the United States will file a statement of interest respecting the pending motion for a protective order.

***

---

[1] The affected Executive Branch agencies are: United States Attorney's Office, District of Columbia; Federal Bureau of Investigation; National Security Division, DOJ; National Park Service; National Security Agency; Department of War; Department of State; United States Postal Service; Office of the Chief Postal Inspector; and the National Archives and Records Administration.

[2] The Architect of the Capitol and the U.S. Government Accountability Office.

[3] Prior to Plaintiff filing its motion for a protective order and the parties' joint request, the federal entities agreed to provide responses to the subpoenas on or before June 30. The parties then jointly requested to move the hearing on the protective order motion to July 21. ECF Nos. 81, 82. Additionally, the BBC's motion to dismiss for failure to state a claim and for lack of personal jurisdiction is now fully briefed. *See* ECF No. 36.

DATED: June 26, 2026

Respectfully Submitted,

JASON A. REDING QUIÑONES
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

s/ *Matthew J. Feeley*
MATTHEW J. FEELEY
Fla. Bar. No. 0012908
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel No.: (305) 961.9235

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
Senior Trial Counsel
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: 202-616-0680
E-mail: Michael.J.Gerardi@usdoj.gov

*Attorneys for the United States*