UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-25894-RKA-EAL |
| BRITISH BROADCASTING CORP., et al., | ) ) | |
| Defendants. | ) ) ) | |

**NOTICE REGARDING MOTION FOR DISCOVERY HEARING RELATED
TO PLAINTIFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS'
FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES [ECF 57]**

Defendants British Broadcasting Corporation a/k/a BBC (the "BBC"), BBC Studios

Distribution Limited, and BBC Studios Production Limited (collectively, "Defendants"), by and

through undersigned counsel and pursuant to the February 13, 2026 Order Setting Discovery

Procedures (ECF 29) (the "Discovery Order"), hereby file this Notice to inform the Court of the

potential resolution of certain issues regarding their May 26, 2026 Motion for Discovery Hearing

Related to Plaintiff's Responses and Objections to Defendants' First Requests for Production and

Interrogatories (ECF 57), which is currently set for hearing on July 21, 2026, *see* ECF 82.

Among the issues raised in Defendants' May 26, 2026 Motion were that Plaintiff had not

yet made any document productions or verified his interrogatory responses.  Defendants'

proposed order therefore requested that the Court direct Plaintiff to begin making document

productions by June 9, 2026, to continue on a rolling basis every one to two weeks thereafter

until productions are complete, and to serve verified interrogatory responses.  *See* ECF 57-1.

Plaintiff still has not produced a single document to date, and his interrogatory responses

remain unverified, even though Defendants served their Interrogatories and First Set of Requests

for the Production of Documents nearly four months ago, on March 5, 2026, and a protective order has been in place since April 24, 2026. *See* Dkt. 51. On May 6, 2026, Plaintiff's counsel notified Defendants' counsel that they would provide an update on the timing of production "very soon," but no follow-up was made. On June 2, 2026, counsel met and conferred by phone to discuss their respective positions. Plaintiff's counsel then represented that, by the week of June 8, 2026, they would disclose to Defendants' counsel when productions would begin. No such disclosure was provided. On June 24, 2026, the Parties' counsel again conferred by phone, and Plaintiff's counsel informed Defendants' counsel that they had an eight-day trial starting on June 29, 2026 and were unable to provide a date certain for the start of document production in part due to this commitment. To date, while Plaintiff has not produced a single document in this case, Defendants have produced over 5,200 documents, amounting to approximately 47,500 pages, in response to four sets of document requests from Plaintiff, totaling 503 requests.

On July 1, 2026, Plaintiff's counsel proposed that on July 20, 2026—the day before the discovery hearing—Plaintiff would make an initial document production and either produce the interrogatory verification pages or provide a date certain by which the verifications would be received, with biweekly rolling document productions to proceed thereafter. Defendants therefore submit this notice to inform the Court that, if Plaintiff has made an initial production and served verified interrogatory responses by July 20, 2026, then those issues may no longer require the Court's review at the July 21, 2026 discovery hearing. If Plaintiff has not done so by that date, however, then Defendants will maintain their request for relief on those two issues.

Regardless, given the Plaintiff's months of delays, Defendants will still request the Court's assistance in ensuring that the frequency, pace, and volume of the Plaintiff's document productions are aligned with the Court's scheduling order that sets the close of all fact discovery

for October 20, 2026.

Dated: July 6, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**

By: */s/ Charles D. Tobin*
Charles D. Tobin
Maxwell S. Mishkin (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Florida Bar No. 816345
Ballard Spahr LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: 202-661-2218
Fax: 202-661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
cheny@ballardspahr.com

Sasha Dudding (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
Tel:  646-346-8094
duddings@ballardspahr.com

Richard W. Miller (*pro hac vice*)
Ballard Spahr LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: 678-420-9300
millerrw@ballardspahr.com

*Attorneys for Defendants*