UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-25894-RKA-EAL |
| BRITISH BROADCASTING CORP., et al., | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' RESPONSE TO THE NOTICE OF
POTENTIAL PARTICIPATION BY THE UNITED STATES**

Defendants British Broadcasting Corporation (the "BBC"), BBC Studios Distribution Limited, and BBC Studios Production Limited (collectively, "Defendants"), by and through undersigned counsel, hereby file this Response to address two points in the Notice of Potential Participation by the United States (the "Notice") (ECF 91) filed on June 26, 2026.

**First**, the Notice asserts that the United States is "seeking the necessary authorization, pursuant to 28 U.S.C. § 517, to participate in this litigation," and further states that this process "requires coordination with the numerous federal entities served with a subpoena" as well as the "approval of the United States Department of Justice through the Assistant Attorney General for the Civil Division." *See* ECF 91 at 2.  The conflict of interest is clear and stark on the face of that information.  As another Court in this District recently observed, "although President Trump avers that he is bringing this lawsuit in his personal capacity, he is the sitting president," and the agencies and entities with which the government intends to coordinate, as well as the Department of Justice from which the government asserts it will seek approval, "are entities whose decisions are subject to his direction."  *See* Order at 3, *Trump v. IRS*, No. 1:26-cv-20609-KMW (S.D. Fla.

Apr. 24, 2026) (Williams, J.).  Indeed, "President Trump has issued multiple executive orders which shape the relationship of the agencies of the executive branch to his presidency," including to assert that "'[n]o employee of the executive branch acting in their official capacity may advance an interpretation of the law . . . that contravenes the President['s] . . . opinion on a matter of law, including but not limited to . . . positions advanced in litigation[.]" *Id.* at 3 n.2 (quoting Exec. Order No. 14215, § 7).

The government's "potential participation" in this matter thus raises profound questions about whether and to what extent the Plaintiff in this case – the sitting President – could and would direct that participation.  Defendants therefore request that, if the government ultimately decides to seek participation in this matter, the Court provide Defendants the opportunity to address those questions before the United States is actually permitted to participate.

**Second**, the Notice states that Defendants have served "many . . . subpoenas . . . on Executive Branch agencies or on entities overseen by the United States Congress."  *Id.* at 2-3.  To be precise, however, Defendants have submitted requests for records to various federal agencies and entities pursuant to *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).  Counsel for Defendants met and conferred about these *Touhy* requests on June 18, 2026.  The government is thus well aware of the nature of these *Touhy* requests and what its obligations are to respond.  Defendants do not understand the government's Notice to encompass Defendants' subpoenas to non-party individuals, and government counsel confirmed this understanding in further conferring with counsel for Defendants on June 30, 2026.

2

Dated: July 6, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on July 6, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin