**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED, <br><br> Defendants. | Case No. 1:25-CV-25894-RKA |

**PLAINTIFF'S NOTICE OF FILING PUBLIC AND REDACTED DOCUMENTS PURSUANT TO THE COURT'S JUNE 23, 2026 ORDER**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to S.D. Fla. Local Rule 5.4 and the Court's June 23, 2026 Paperless Order granting Defendants' Unopposed Partial Motions to Seal (ECF No. 87), hereby gives notice of the filing of the following documents in connection with Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (the "Response"):

1. A public, unredacted copy of Plaintiff's Response, which does not contain any material subject to Defendants' Unopposed Partial Motions to Seal (ECF Nos. 75, 83) or the Court's June 23, 2026 Order (ECF No. 87);

2. Public, redacted copies of Exhibits A, C, D, G, J, P, and R to the Response, with redactions prepared by Defendants, as the designating parties under the Protective Order (ECF No. 51), consistent with Defendants' Unopposed Partial Motions to Seal (ECF Nos. 75, 83) and the Court's June 23, 2026 Order (ECF No. 87); and

3.      Public, unredacted copies of Exhibits B, E, F, H, I, K, L, M, Q, and S to the Response, which do not contain any material subject to the sealing motions or the Court's June 23, 2026 Order.

Consistent with the Court's June 23, 2026 Order, Exhibits N and O to the Response remain under seal in their entirety and accordingly are not filed publicly.

Dated: July 14, 2026                                  Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 10664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 14, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting*
*Corporation, BBC Studios Productions Limited*
*and BBC Studios Distribution Limited*

*/s/ Alejandro Brito*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071