| | |
|---|---|
| **From**: | Karen Wightman [karen.wightman@bbc.co.uk] |
| **Sent**: | 08/02/2024 14:43:21 |
| **To**: | Joanna Carr [joanna.carr@bbc.co.uk]; Jim Gray - News and Current Affairs [James.Gray02@bbc.co.uk] |
| **Subject**: | FW: Trump v.5 |
| **Attachments**: | Trump Pitch v.5.pdf |

Hi Jo,

Updated Trump – hopefully, this addresses your points.

Thanks, Karen.



# WANTED: PRESIDENT TRUMP?

## 1 x 60; PANORAMA BBC1; TX WEDNESDAY 30th OCTOBER 2024

Like it or not, it's (probably) Trump vs Biden again in 2024.

This film tackles *the* question at the heart of this year's presidential election: why are so many Americans prepared to give Donald Trump a second chance?

How is it possible that that a twice-impeached former president accused of provoking a deadly riot at the Capitol, who was banned from Twitter for incitement of violence, who undermined democratic institutions and spread misinformation on an industrial scale could return to the White House?

How could a man who by his own admission now faces more charges than Al Capone - including falsifying business records, racketeering and conspiracy to defraud the US be considered a suitable candidate to hold *any* public office, never mind the highest in the land?

# TRUMP ON THE TRAIL AND ON TRIAL

The 2024 election may well feature the same cast but in every other respect we're entering unchartered waters: never before has a candidate fought a presidential campaign whilst also fighting to stay out of prison.

For the first time in American history a president has been charged with crimes in office. Donald Trump faces 91 charges and four trials.  There's no chance they will all take place in 2024, but it is just about possible that a former, and potentially future president could be a convicted felon before November's election.

Even if the cases don't make it to court, they will form the backdrop to an election unlike any we've lived through.

Two weeks ago, Trump took a break from the New Hampshire primary to appear at the E. Jean Carroll trial even though he wasn't required to attend.  He muttered that the trial was a "con job" and a "witch hunt." The judge threatened to throw him out. "I'd love that," Trump replied.

So would many of his supporters.



Two of the four trails he faces in 2024 would be televised.  For any other candidate this would torpedo their career.  The Watergate hearings, watched by millions, sank Nixon's popularity and the American public never forgave him.

But today Trump senses an opportunity. As the felonies stack up so his popularity soars.

A topsy-turvy reality has emerged where millions of Republican voters have been conditioned to regard Mr Trump's legal troubles as a proxy attack on them.

Trump, so the argument runs, is the victim of a justice system hijacked by Democrats.

In polling, fund-raising and across the media landscape, the former president has sought to leverage criminal charges into political capital.

The Trump campaign had been struggling to raise cash until it became clear, in mid-March, that he would face criminal charges in Manhattan.  That first indictment poured rocket fuel into Trump's fund-raising machine. Trump had been averaging $129,000 raised per day in

2023 until that point, according to federal records. In the next three weeks he averaged more than $778,000 per day.

Trump's Save America fundraising committee is selling "NEVER SURRENDER!" t-shirts with his Fulton County Jail mugshot image for $34.00. His son Don Jr. is marketing "FREE TRUMP" mugshot t-shirts ($29.99) and posters ($19.99).



Trump will need every dollar.   The Federal Election Commission revealed recently that his political action committees spent a staggering $50m on legal fees over the course of 2023.

For many commentators, the stakes this time around are existential. Trump's best chance at protecting his freedom is to win the presidency.

# THE FILM

Trump's legal problems, and more importantly what they reveal about his character, do matter to ordinary people and in a close election could be decisive.

It's certainly true that there is a significant slice of America who would vote for Trump even if, as he famously put it, he was to "stand on Fifth Avenue and shoot somebody."  However, a poll released in late January indicated more than 20% of Republicans in battleground states *would* abandon Trump if he was actually convicted of a crime.  Among Democrats, polling suggests many votes will be cast to stop Trump rather than to endorse Biden.



*"Trump or Death" banner, Yankee Stadium, New York.  September 2023*

It's anticipated this film will consist of several key elements, but the standing of each will need to be recalibrated as the campaign progresses.

(1) **Inside the trial(s).**  Nobody knows which of the cases, if any, will result in a Trump trial before the election.  As of today, with the two federal cases in limbo (insurrection and classified documents) and with Fani Willis, the Georgia DA stating that she expects her sweeping racketeering case will stretch into 2025, the New York hush money indictment is what we are focussing on.  We'll bid for all the key players from **DA, Alvin Bragg** to **Michael Cohen.** Equally, should the Supreme Court swiftly resolve the lingering immunity issue the insurrection case could come back into view possibly in May.  **Liz Cheney** and **Adam Kinzinger** would be good interviewees.

(2) **Inside the campaign.**  We have good contacts inside the Trump campaign, particularly with **Sean Spicer**.  We also have access to the **"Front Row Joes"** – a group of around 50 of Trump's most intense and steadfast supporters.



The Front Row Joes spend tens of thousands of dollars chasing Trump around the country, camping out in front of venues.  They're given the best seats at the rallies and are invited to Mar-a-Lago.  Trump will often single them out for special praise.  There is no better way to unpick the reasons for the former president's cult-like hold over America or get inside the campaign itself.

The Front Row Joes will also provide a good place to start as we have already filmed with them when Donald Trump was arrested last year.  **We have footage of them behind the scenes inside Mar-a-Lago in April after Trump was arrested in New York.**  They cheered as he declared that the charges against him were "fake" and that America's justice system was "lawless."

**We have permission to film with the Front Row Joes at CPAC (21ˢᵗ Feb) where Donald Trump will make a speech.**  It's possible we will know by then whether the Supreme Court will entertain the immunity appeal following yesterday's DC Circuit Court decision (which Trump declared to be "a nation-destroying ruling.")

Sean Spicer is close to the Front Row Joes and will be at CPAC, as will characters like **Marjorie Taylor Greene** and **Roger Stone.  Nigel Farage** and **Liz Truss** will also deliver keynote speeches.

The Front Row Joes are certain to attend future court cases and will be there at **the Republican National Convention in mid-July (Milwaukee, Wisconsin)** when Trump is likely to be selected as the Republican Presidential candidate. Accordingly, they provide a way of entering and exiting the chronology and could end up being the spine of the film.



The Front Row Joes as a group represents a good cross-section of Republican voters and each is able to articulate a different aspect of Trump's appeal.

There's **Diana** the conservative mum of two who doesn't want her children taught about



trans rights.  **Rick**, the retiree from Ohio who lost a daughter to the Fentanyl crisis and wants law and order back in the cities.  And **Tom**, the small business owner who knows he was far better off under Trump despite what Biden's economic indicators say today.

(3) **Inside a Republican-leaning town in Wisconsin** to see the real-time impact of events/trial verdicts on voting intentions and perceptions of Trump.  Through a small number of carefully-cast characters (more moderate Republicans) we'll test the theory that Trump can do no wrong. There *is* a red line for many of these voters – whilst they may be prepared to look the other way and give Trump the benefit of the doubt, that calculation shifts in the event of a conviction.

Each revelation from DC, Florida, New York or Georgia will be analysed and discussed as it happens by the people who will actually decide whether Trump gets back into the White House in November.  We will spend time with them, climb inside their lives and be with them at key points in the story to capture their reactions to unfolding events.  They'll also explain what's driving them to Trump beyond political

persecution: is it the economy, his promise to end wars in foreign lands, cultural conservativism, Biden's frailty?

Wisconsin will also be the place where we explore how Democrats intend to challenge Trump's narrative.  Two powerful drivers of Biden's 2020 victory are unavailable in 2024: (1) Trump's haphazard handling of the Covid pandemic which derailed his preferred campaign message of growth and prosperity; (2) Biden's offer to the country to put a debilitating four years of rolling chaos behind it.

This time Biden is casting the election as a simple choice: Trump vs Truth.

In January, three years after Trump's supporters stormed the Capitol, Biden delivered a pointed speech to warn voters against re-electing Donald Trump.  It was part of a series of events which framed 2024 as a fight for democracy.  *"Trump's assault on democracy isn't just part of his past. It's what he's promising for the future…In trying to rewrite the facts of January 6, Trump was trying to* **steal history** *the same way he tried to steal the election.* **But we knew the truth because we saw with our own eyes***."*



MAGA Republicans are hooked on Trump's dark portrait of the US – of a "failing nation" beset by "terrorists" and immigrants from "mental asylums" pouring over the border.  Of cities reduced to "dirty, crime-ridden death traps."  This hardly reflects objective reality, but that doesn't matter: those who've bought into this grim outlook don't even recognise there is a difference.  Years of attacks on 'mainstream media', academia and government agencies have snipped the tethers supposed to keep America collectively moored to facts.  The intense polarisation produced is one of the reasons why (once more) **the 2024 election will likely be very close** and, if history is

a guide, decided by small swings in perhaps five battleground states, of which Wisconsin could be the most important. The state has been achingly close in recent years: Biden in 2020 won it by only 0.6 points – after Trump had taken it in 2016 by 0.8 points.

(4) **High-profile interviews** – we'll seek interviews with the likes of the following:

- **Mike Pence**, former Vice President
- **Mark Meadows**, Trump's White House Chief of Staff
- **Rudy Giuliani**, Trump's top lawyer
- **Pat Cipollone** (Trump's former White House Counsel)
- **Jack Smith**, Special Counsel (prosecuting the federal cases)
- **Lindsey Halligan**, Trump attorney
- **Sean Spicer**, former White House director of comms.
- **Adam Kinzinger**, one of two Rep members of the Jan. 6 committee
- **Michael Luttig,** conservative judge who described Trump as "clear and present danger."
- **Steven Cheung**, Trump's current campaign spokesperson

We'll also feature accessible analysis from **a range of independent experts**. This will include **pollsters who can lead the audience through how public opinion responds to key moments in the campaign**. For all the coverage so far, many voters are still only dimly aware of the detail within the charges Trump faces and this detail could be decisive.

(5) **Archive** – we will weave the very best library material through the film to illustrate the arguments being made at key junctures. Current thinking is that the bulk of this material would be from April 2023 (when Trump surrendered to the Manhattan DA's office) through to late October 2024.

(6) Interviewees will speak directly to the audience down the lens. The film will be shot without a reporter or commentary and will sustain its pace and momentum through the certain frenzy provided by the campaign. The ambition is that this film will be in the unique position to offer **a portrait of all the twists and turns over an 18-month timeline, from first arrest to the eve of the election**. The timing of this film is what ultimately frames everything: At the time of broadcast we'll be on the verge of knowing the answer to how American democracy has arrived at this point and which direction it will choose – a question many around the world will be asking.

(7) The final chapter of the film will attempt to reflect the state of the polls in late October. We'll also offer some speculation about what might happen under the two most likely scenarios: a narrow Democrat win, which could be regarded by some Trump

supporters as another stolen election or an outright Republican victory which would once more push American democracy further into the bounds of the unknown.

Many have grown inured to his rhetoric, but Trump's message has grown darker. At CPAC 2023 Trump said that once reinstalled in power, his mission would be nothing less than "retribution" for all the wrongs that he and his grievance-fuelled followers have endured.  He spoke ominously of "enemies," and promised to "totally obliterate the 'deep state.'"  In November Trump compared his political opponents to 'vermin'. A month later, he said that immigrants were "poisoning the blood of our country" and that he would be a dictator only on "day one" if elected president.

Following January 6th Biden did manage to lower America's fever.

It could yet boil over again.


# WANTED: PRESIDENT TRUMP?

If elected in November, we really don't know how Trump 2.0 would behave.  Some say we should take comfort from the first term: The country lived through it.  The guardrails around democracy held.  The danger today is less than feared.  Others believe that Trump's worst instincts in 2016 were mitigated only by ignorance and cabinet opposition and that that in 2025 they could be unleashed by willing enablers and a more focussed agenda of retaliation.

What's certain is that Trump has convinced a dauntingly large number of Americans that the workings of democracy are corrupt, that false claims of fraud are true, that only cheating can thwart their victory at the polls and that tyranny has usurped their government.  This core message -  the only way Trump can explain away the dozens of criminal charges against him - is as effective as it is simple.

It's also bolstered by another potent fear – that the cornerstones of American life – home ownership, decent wages that keep pace with inflation, a college education - are becoming increasingly out of reach.  Since 2016, concerns of many white Americans about a more diverse and culturally progressive country are also more pronounced, to put it mildly.

As last time around, Trump artfully packages those fears.  He's still the outsider apparently, this time despite having been President.  He's the arsonist and firefighter, declaring the country in chaos and offering himself as the cure.  This time he can also hold up the criminal charges he faces as a tangible example of how his opponents are prosecuting the 'witch hunt' against him.

We don't know how things will play out in 2024 and beyond.  If Trump was re-elected, he could pardon himself, at least in the 2 federal cases.  Or, more likely, a Trump-appointed attorney general would withdraw the charges.  The state trials, particularly in Georgia may be a different matter.  The prosecutor has indicated that case won't conclude until early 2025 meaning that Trump could find himself inside a courtroom in the first days of his new presidency.  Fulton County's case is unique in that it also involves the only charges to carry *minimum* prison terms.

The Manhattan case is currently scheduled to set a date for trial on February 15th. It could start in just over a month, on March 25th.



If Donald Trump is convicted of falsifying business records he could go to jail for up to four years.  The insurrection trial, assuming the Supreme Court doesn't throw sand in the gears could start in May.  Many want the process to speed up.  Donald Trump knows his best defence is to play for time.  Justice delayed could be justice denied.

This is all unchartered territory.

The Constitution and American law have clear answers for only some of the questions that are being posed today.

Such as: What happens if Trump is elected from prison?

Answer: No one knows.

"We're so far removed from anything that's ever happened," said Erwin Chemerinsky, a constitutional law expert at the University of California.

"It's just guessing."