**From:** Neil Breakwell [Neil.Breakwell@octoberfilms.co.uk]
**Sent:** 14/03/2024 17:58:15
**To:** Jo Heaver [jo.heaver@bbc.co.uk]; Karen Wightman [karen.wightman@bbc.co.uk]; Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]; Leo Telling - INTERNET [leo.telling@bbc.co.uk]
**Subject:** RE: TRUMP TX

**External:** Think before clicking

Lovely thanks Jo.

**Neil Breakwell**
Head of Topical Programmes

october

LONDON - LOS ANGELES - NEW YORK

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868 **M:** [redacted]
www.octoberfilms.co.uk

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

---

**From:** Jo Heaver <jo.heaver@bbc.co.uk>
**Sent:** Thursday, March 14, 2024 5:57 PM
**To:** Karen Wightman <karen.wightman@bbc.co.uk>; Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>; Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>; Leo Telling - INTERNET <leo.telling@bbc.co.uk>
**Subject:** RE: TRUMP TX

I have contacted Business Affairs and when they respond I will set something up with Adam, myself and Business Affairs

**Jo Heaver**
**Unit Manager – Panorama**
**New Broadcasting House**
**Portland Place**
**London W1A 1AA**
**Mob:** [redacted]

---

**From:** Karen Wightman <karen.wightman@bbc.co.uk>
**Sent:** 14 March 2024 17:50
**To:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>; Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>; Leo Telling - INTERNET <leo.telling@bbc.co.uk>; Jo Heaver <jo.heaver@bbc.co.uk>
**Subject:** Re: TRUMP TX

We'd definitely have notice and to be fair we've no idea when the GE will be called.

But if it is October or Nov we'd have up to 6 weeks notice.
In other words, we'd never be dropping a change at a moment's notice.

---

**From:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Date:** Thursday, 14 March 2024 at 17:48
**To:** Karen Wightman <karen.wightman@bbc.co.uk>, Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>, Leo Telling - INTERNET <leo.telling@bbc.co.uk>, Jo Heaver <jo.heaver@bbc.co.uk>
**Subject:** RE: TRUMP TX

**External:** Think before clicking

That's true that the 28th is def more attractive....The issue is more about holding a position that a French, German or Australian channel must, with potentially little or no notice, delay their schedule in response to the BBC deciding they want to delay their premier because a domestic election has come along. My understanding is it's that which would hold the greatest barrier to sale.

Will hear from Jo when is a good time to chat and hopefully there's a way of riding all outcomes.

Thanks N

**Neil Breakwell**
Head of Topical Programmes

october

LONDON - LOS ANGELES - NEW YORK

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868 **M:** [redacted]
**www.octoberfilms.co.uk**

**Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.**

---

**From:** Karen Wightman <karen.wightman@bbc.co.uk>
**Sent:** Thursday, March 14, 2024 5:36 PM
**To:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>; Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>; Leo Telling - INTERNET <leo.telling@bbc.co.uk>; Jo Heaver <jo.heaver@bbc.co.uk>
**Subject:** Re: TRUMP TX

Jo will set up the meeting and/or speak to Adam.
But as you'll know I'm not in charge of the BBC One schedule.
Monday 28th is the date I've been given and to be fair whether it's a Monday or a Thursday, GE programming could affect either date.

The advantage of working to Monday 28th is that it increases the window for international broadcast ahead of the US election to several days more than if it were set at Thursday 31st which is crucial as I understood it from you at our meeting yesterday.
In other words, Monday 28th should be more attractive even if it were to slip by a day for example.
Karen.

---

**From:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Date:** Thursday, 14 March 2024 at 17:17
**To:** Karen Wightman <karen.wightman@bbc.co.uk>, Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>, Leo Telling - INTERNET <leo.telling@bbc.co.uk>, Jo Heaver <jo.heaver@bbc.co.uk>
**Subject:** RE: TRUMP TX

**External:** Think before clicking

I understand it's difficult to predict UK elex but it's not difficult to predict that there is no international money available without a firm commitment for when they can TX. They simply won't buy without that commitment.

I would suggest it's wise to try and set the premier date for global buyers to be as late as is practicable for them to buy (31st October ?) That at least gives max flex for BBC.

I don't know how you square it otherwise, but would really suggest Jo does a call with Ad, my MD at October.

Thanks N

**Neil Breakwell**
Head of Topical Programmes

october

LONDON - LOS ANGELES - NEW YORK

A: Benwell Studios, 11-13 Benwell Road, London N7 7BL
T: +44 (0) 207 284 6868 M: [redacted]
www.octoberfilms.co.uk

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

---

**From:** Karen Wightman <karen.wightman@bbc.co.uk>
**Sent:** Thursday, March 14, 2024 5:12 PM
**To:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>; Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>; Leo Telling - INTERNET <leo.telling@bbc.co.uk>; Jo Heaver <jo.heaver@bbc.co.uk>
**Subject:** Re: TRUMP TX

Thanks Neil.
For obvious reasons with a UK election date as yet TBC, that's going to be difficult.
Jo, have you spoken to BA yet so we can get the convo going, as we all agree that the project needs some money from the international sales.
K

---

**From:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Date:** Thursday, 14 March 2024 at 17:08
**To:** Karen Wightman <karen.wightman@bbc.co.uk>, Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>, Leo Telling - INTERNET <leo.telling@bbc.co.uk>
**Subject:** RE: TRUMP TX

**External:** Think before clicking

Okay that's helpful.

Just to reiterate what I said yesterday, in order to secure global funds, you can pick your global premier date as 28th, but it's not something can hold other buyers to ransom on if you change your mind at a later date or nearer to the time. i.e. move their premier date too. There won't be any money available without some certainty and crucial to that is knowing now from what date they can transmit their version.

I think it's worth my boss Adam hooking up with Jo or someone in BBC business affairs asap as these international sales offers won't stay on the table forever and others will be pitching Trump offerings too.

**Neil Breakwell**
Head of Topical Programmes

october

LONDON - LOS ANGELES - NEW YORK

A: Benwell Studios, 11-13 Benwell Road, London N7 7BL
T: +44 (0) 207 284 6868 M: [redacted]
www.octoberfilms.co.uk

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

---

**From:** Karen Wightman <karen.wightman@bbc.co.uk>
**Sent:** Thursday, March 14, 2024 4:02 PM
**To:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>; Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>; Leo Telling - INTERNET <leo.telling@bbc.co.uk>
**Subject:** TRUMP TX

Hi all,

BBC One is holding 8pm on Monday 28th October for us. So, we can aim for 15th October lock.
However, by then we may be in a UK election period so we should be ready for things to change.
But relative clarity for now.
Thanks, Karen.