Confidential

x.com/BBCPanorama/status/1850952403182321990

 X

⌂ Home

Q Explore

◯ Notifications

✉ Chat

Ø Grok

☰ Lists

🔖 Bookmarks

👥 Communities

𝕏 Premium

👤 Profile

⋯ More

**Post**

← **Post**



**BBC Panorama**
@BBCPanorama                                    Ø  ⋯

Tonight on #BBCPanorama

Trump: A Second Chance?

For the past two years, Panorama has been following some of Donald Trump's most ardent supporters

And we hear from experts who analyse his continued appeal

On @BBCiPlayer now and @BBCOne at 8pm

bbc.co.uk/iplayer/episod...



5:26 PM · Oct 28, 2024 · **84.3K** Views