Confidential



11:45      .ıll 5G 98

**MH**   **Matthew Hill**     29/10/2024
To: Chris, Jane, Maddy & 4 more... >

## Re: ONE TO WATCH!

Sure:

https://f.io/QKA_M0V8
**Password: TRumP24!**

Best,

Matt

---

**From:** Chris Muckle
<Chris.Muckle@octoberfilms.co.uk>
**Date:** Tuesday, 29 October 2024 at 19:16
**To:** Jane Manning
<Jane.Manning@octoberfilms.co.uk>, Maddy
Allen <Maddy.Allen@octoberfilms.co.uk>
**Cc:** Neil Breakwell
<Neil.Breakwell@octoberfilms.co.uk>, Jesse
Clegg <jesse.clegg@octoberfilms.co.uk>,
octoberfilmsUK
<octoberfilmsUK@octoberfilms.co.uk>, Post
Production
<PostProduction@octoberfilms.co.uk>
**Subject:** Re: ONE TO WATCH!

Any chance we can get a link for the US folks?

Cheers,

CM