---

**From:** Whitney Hayes [whitney.hayes@lincolnproject.us]
**Sent:** 29/10/2024 16:14:45
**To:** Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**CC:** PII; Rick Wilson [rick@therickwilson.com]
**Subject:** Re: BBC Documentary Airing on Monday

**External:** Think before clicking

Hi Matthew and Megan,

Thank you very much for this. Looping in Rick as well!

Really appreciate your hard work on this and can't wait to check it out.

Would love to keep in touch!
Whitney

On Tue, Oct 29, 2024 at 9:45 AM Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk> wrote:

> Hi Whitney,
>
> Further to Megan's email below, you can download the film here: https://www.dropbox.com/t/HgCznPoLcNCyFhoa
>
> I do very much hope you are happy with the result. I would obviously also be grateful if you could forward to Rick and convey our sincere thanks for his time.
>
> I also hope you don't mind if we stay in touch – it's highly likely we will be back in the US in the not-too-distant future.
>
> Thanks again for all your help.
>
> Best wishes,
>
> Matthew
>
> ---
>
> **From:** Megan Towey <megan.towey@octoberfilms.co.uk>
> **Date:** Friday, 25 October 2024 at 15:02
> **To:** Whitney Hayes <whitney.hayes@lincolnproject.us>
> **Cc:** Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>, PII <PII>
> **Subject:** BBC Documentary Airing on Monday
>
> **External:** Think before clicking
>
> Hello Whitney! I hope this email finds you well!
>
> Thank you again for all your help setting up the interview with Rick Wilson!

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET / 1pm PT). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you/Rick would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for everything! Please feel free to reach out to me anytime on my Gmail account below.

All my best,

Megan Towey

PII

PII

**Megan Towey**

october

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL

**T:** +44 (0) 207 284 6868

**www.octoberfilms.co.uk**

*Living Every Second: The Kris Hallenga Story - TRAILER*




Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

**From:** Megan Towey [megan.towey@octoberfilms.co.uk]
**Sent:** 25/10/2024 14:05:41
**To:** M. Steven Fish [sfish@berkeley.edu]
**CC:** Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]; PII
**Subject:** BBC Documentary Airing Monday

**External:** Think before clicking

Hello Steve! I hope this email finds you well!

Thank you again for being part of our film. We sincerely appreciate your time and insights!

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (1pm PT). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for your participation! Please feel free to reach out to me anytime on my Gmail account below. It has been an absolute pleasure meeting you...and there's a good chance we'll be in touch again after the election!

All my best,
Megan Towey
PII
PII

**Megan Towey**

october

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
**www.octoberfilms.co.uk**
*Living Every Second: The Kris Hallenga Story - TRAILER*




Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

**From:** Megan Towey PII
**Sent:** 25/10/2024 14:48:36
**To:** Brown, Yasmine [Yasmine.Brown@mail.house.gov]
**CC:** Megan Towey [megan.towey@octoberfilms.co.uk]; Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**Subject:** Re: BBC Documentary Airing Monday

**External:** Think before clicking

Absolutely!

We won't get the link until next week, but either Matt or I will send it to you when we have it.

Again, thank you so much for everything!

All my best,
Megan

On Fri, Oct 25, 2024 at 3:38 PM Brown, Yasmine <Yasmine.Brown@mail.house.gov> wrote:

> Hi Megan,
>
> Thank you for sharing. Could you please share that link when you have time?
>
> Best,
>
> Yasmine Brown
> Sent from my iPhone
>
> On Oct 25, 2024, at 9:15 AM, Megan Towey <megan.towey@octoberfilms.co.uk> wrote:
>
> Hello Yasmine! I hope this email finds you well!
>
> Thank you again for all of your help setting up the interview with Congressman Thompson. We sincerely appreciate his time and insights!
>
> I wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET). It will also be available for replay on the BBC iPlayer shortly thereafter.
>
> As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.
>
> If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:
>
> - https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
> - https://www.techradar.com/vpn/bbc-iplayer-vpn
>
> Again, thank you so much for everything! Please feel free to reach out to me anytime on my Gmail account below.

All my best,
Megan Towey
PII
PII

**Megan Towey**

--

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
**www.octoberfilms.co.uk**
*Living Every Second: The Kris Hallenga Story - TRAILER*
**Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.**

**From**: Megan Towey [PII]
**Sent**: 25/10/2024 14:47:23
**To**: Hurrell, Mary [Mary.Hurrell@mail.house.gov]
**CC**: Megan Towey [megan.towey@octoberfilms.co.uk]; Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**Subject**: Re: BBC Documentary Airing Monday

**External:** Think before clicking

Thank you so much, Mary! It was such a pleasure meeting you and the Congressman over the summer.

Either Matt or I will make sure you get a link sometime next week!

All my best,
Megan

On Fri, Oct 25, 2024 at 3:36 PM Hurrell, Mary <Mary.Hurrell@mail.house.gov> wrote:

Hi Megan, so great to hear from you!

Thank you for letting us know and congrats on the premier! I'm excited to see it and completely understand the accessibility difficulties, so if you can send a link after the premier I would love that.

We so appreciate you including the congressman in this film. Congrats again!

**Mary Hurrell** ***(she/her)***
Deputy Chief of Staff and Communications Director
Office of Congressman Jared Huffman
**Phone**: (202) 225-5161
**Email**: mary.hurrell@mail.house.gov
2445 Rayburn House Office Building
Washington, D.C.
**www.huffman.house.gov**

**From:** Megan Towey <megan.towey@octoberfilms.co.uk>
**Date:** Friday, October 25, 2024 at 10:30 AM
**To:** Hurrell, Mary <Mary.Hurrell@mail.house.gov>
**Cc:** Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>, PII <PII>
**Subject:** BBC Documentary Airing Monday

Hello Mary, I hope this email finds you well!

Thank you again for all your help setting up the interview with Congressman Huffman. We sincerely appreciate his time and insights into Project 2025.

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET / 1pm PT). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for everything! Please feel free to reach out to me anytime on my Gmail account below.

All my best,

Megan Towey

PII

PII

**Megan Towey**

october

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL

**T:** +44 (0) 207 284 6868

**www.octoberfilms.co.uk**

*Living Every Second: The Kris Hallenga Story - TRAILER*




Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

**From:** Megan Towey PII
**Sent:** 25/10/2024 14:17:55
**To:** Donovan, Liam [liam.donovan@bracewell.com]
**CC:** Megan Towey [megan.towey@octoberfilms.co.uk]; Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**Subject:** Re: [EXTERNAL] BBC Documentary Airing Monday

**External:** Think before clicking

It has been a roller-coaster of an election cycle, that's for sure!

No problem at all. Matt or I will make sure you get the link when we have it!

Thanks again and all my best,
Megan

On Fri, Oct 25, 2024 at 3:16 PM Donovan, Liam <liam.donovan@bracewell.com> wrote:

Excellent, please do send along, and I look forward to seeing how our discussion held up given the twists and turns!

**LIAM P. DONOVAN**
Senior Political Strategist
liam.donovan@bracewell.com | download v-card
T: +1.202.828.5847 | F: +1.800.404.3970 | M: +[redacted]

**BRACEWELL LLP**
2001 M Street NW, Suite 900 | Washington, D.C. | 20036-3310
bracewell.com | profile | LinkedIn | Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

On Oct 25, 2024, at 10:11 AM, Megan Towey <megan.towey@octoberfilms.co.uk> wrote:

Hello Liam! I hope this email finds you well!

Thank you again for being part of our film. We sincerely appreciate your time and insights!

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for your participation!

All my best,
Megan Towey
PII
PII

**Megan Towey**

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
**www.octoberfilms.co.uk**
*Living Every Second: The Kris Hallenga Story - TRAILER*

**Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.**

**From**: Megan Towey [megan.towey@octoberfilms.co.uk]
**Sent**: 25/10/2024 14:20:46
**To**: Parker, Ashley [Ashley.Parker@washpost.com]
**CC**: Vasquez, Alisa [Alisa.Vasquez@washpost.com]; Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]; PII
**Subject**: BBC Documentary Airing Monday

**External:** Think before clicking

Hello Ashley! I hope this email finds you well!

Thank you again for being part of our film. We sincerely appreciate your time and insights!

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for your participation! Please feel free to reach out to me anytime on my Gmail account below.

All my best,
Megan Towey
PII
PII

Megan Towey

october

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
www.octoberfilms.co.uk
*Living Every Second: The Kris Hallenga Story - TRAILER*




Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

**From**: Megan Towey [megan.towey@octoberfilms.co.uk]
**Sent**: 25/10/2024 13:57:08
**To**: Shelby County Ohio Democrats [shelbyohdems@gmail.com]
**CC**: Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]; PII
**Subject**: BBC Documentary Airs Monday!

**External:** Think before clicking

Hello Chris! I hope this email finds you well!

Thank you again for being part of our film and welcoming us into your home. We sincerely appreciate your time and insights!

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for your participation! Please feel free to reach out to me anytime on my Gmail account below.

All my best,
Megan Towey
PII
PII

Megan Towey

october

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
www.octoberfilms.co.uk
*Living Every Second: The Kris Hallenga Story - TRAILER*




Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.