
**tom's guide**
UPGRADE YOUR LIFE

🇺🇸 ▾     Newsletter ✉     ⊙     Search 🔍

Phones     TV & Audio     Entertainment     Computing     AI     Wellness     Home     Wordle & Games     Browse     Savings Squad     For

📈 **Trending**     Google I/O 2026     Tom's Guide Savings Squad     iPhone Fold     Wordle Hints     MacBook Neo     Best Mattress

Entertainment  >  Streaming

# How to watch 'Trump: A Second Chance?' online — stream documentary online from anywhere

News     By Bill Borrows last updated October 28, 2024

Trump supporters explain why they want their man back in the White House for a second time

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.


(Image credit: BBC)

## LATEST ARTICLES



**1** I discovered 3 ChatGPT prompts that boost productivity and reduce stress at the same time

**2** James Bond movies quiz: How well do you know the gadgets, girls and music that define 007?

**3** Not all on-ear headphones are uncomfortable: I've been using the new Marshall Milton ANC for 3 weeks and they're ridiculously comfortable and offer outstanding sound too

**4** I just discovered the surprising kitchen spot that's attracting ants — and it's not your counters

**5** 5 best horror movies of 2026 (so far) — chilling, twisted and unmissable

JUMP TO:     Watch for FREE     Unblock iPlayer     Around the world     Interview

⤶ Share           Follow us      Newsletter

Two years in the making, "Trump: A Second Chance?" from the BBC's Panorama strand talks to the people who will line-up behind Donald Trump in the forthcoming U.S. Presidential election to find out why. Experts are also on hand to provide deeper analysis.

Here's how to watch "Trump: A Second Chance?" online **from anywhere with a VPN** — and potentially for FREE.

"TRUMP: A SECOND CHANCE?" DATES, TIME, CHANNEL

"Trump: A Second Chance?" premieres on Monday, September 28 on **BBC One** at 8.p.m. GMT (3 p.m. ET / 12 p.m. PT). It is available to stream on-demand now.

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 2 of 71

- WATCH FREE — BBC iPlayer (U.K.)
- Watch anywhere — try NordVPN 100% risk free

The charge sheet against Donald Trump is extensive – convicted felon, bankrupt multiple times - but possibly not as long as other criticisms and accusations leveled at the former "Apprentice" TV star and Republican presidential candidate. And yet, with a few days to go, the race for the White House is still too close to call.

To find out the secret of his appeal the filmmakers spoke to his most ardent supporters, including one who was just a few feet away when Trump was shot at a rally in Butler, Pennsylvania. Experts and analysts will also try and reveal why MAGA fans are determined to vote Trump in 2024.

Ready to find out the truth behind the votes? Read on to find out how to watch "Trump: A Second Chance?" online, on TV and from anywhere.

**How to watch "Trump: A Second Chance?" for free in the U.K.**



"Trump: A Second Chance?" premieres on **BBC One** on Monday, October 28 at 8 p.m. GMT and **streams FREE and in full on BBC iPlayer** right now.

You also watch "Trump: The Criminal Conspiracy" documentary on BBC iPlayer right now.

You don't have to miss it if you a Brit exiled abroad because you can **unblock BBC iPlayer with a VPN**. We'll show you how to do that below...

**How to watch 'Trump: A Second Chance?' from abroad**

Thanks to the wonders of a VPN (Virtual Private Network), "Trump: A Second Chance?" should be available to Brits no matter where they are. The software allows your devices to appear to be back in your home country regardless of where in the world you find yourself. Our favorite is NordVPN.



EXCLUSIVE DEAL

There's a good reason you've heard of NordVPN. We specialize in testing and reviewing VPN services and NordVPN is the one we rate best. It's outstanding at unblocking streaming services, it's fast and it has top-level security features too. With over 5,000 servers, across 60 countries, and at a great price too,

it's easy to recommend – and you can find out why in our NordVPN review.

**Get 70% off with this NordVPN deal**

Using a VPN is incredibly simple.

**1. Install the VPN of your choice**. As we've said, **NordVPN** is our favorite.

**2. Choose the location you wish to connect to in the VPN app.** For instance, if you're away from the U.K. and want to view a U.K. service, you'd select U.K. from the list.

**3. Sit back and watch the show.** Head to **BBC iPlayer** to watch "Trump: A Second Chance?" episodes online and on-demand.

**How to watch 'Trump: A Second Chance?' around the world**



(Image credit: Shutterstock)

## Can I watch "Trump: A Second Chance?" in the United States?

There are currently no plans to air "Trump: A Second Chance?" in the U.S..

**However**, if you are a Brit in the States for work or on vacation you can catch the show for free by using a VPN such as NordVPN, choosing U.K. from the list and selecting BBC iPlayer.



(Image credit: Shutterstock)

## Watch "Trump: A Second Chance?" online in the U.K.

If you live in the U.K. then you can catch "Trump: A Second Chance?" on **BBC One** at 8.p.m. GMT (3 p.m. ET / 12 p.m. PT). It is also available to stream on **BBC iPlayer**. You'll need a valid TV licence, naturally.

If you're away from the U.K., you can still catch the show by using one of the best VPN services, such as **NordVPN**.



(Image credit: Shutterstock)

## Can I watch "Trump: A Second Chance?" online or on TV in Canada?

As with the U.S. there are currently no plans to air "Trump: A Second Chance?" in Canada but if you are a Brit in the Great White North for work or on vacation you can catch the show by using a VPN such as NordVPN.



(Image credit: Shutterstock)

## Can I watch "Trump: A Second Chance?" online in Australia?

"Trump: A Second Chance?" airs on 9Now in Australia at 10.15pm AEDT on Sunday, November 3 but if you are a Brit working or on vacation Down Under and don't want to wait that long you can catch the show by using a VPN such as NordVPN to unblock your usual iPlayer account.



(Image credit: Shutterstock)

## Can I watch "Trump: A Second Chance?" in New Zealand?

There are currently no plans to air "Trump: A Second Chance?" in New Zealand but if you are a Brit currently there for work or vacation you can catch the show by using a VPN such as NordVPN.

---

'Trump: A Second Chance?' FAQ

---

## When is the 2024 American presidential election?

Tuesday, November 5.

## What else can I watch on BBC iPlayer?

Lots – including "Trump: The Criminal Conspiracy", "Ludwig", "I Kissed a Girl", "The Assembly", "This Town", "The Space Shuttle

That Fell to Earth", "The Reckoning", "Navalny" and "The Stones and Brian Jones".

---

**More from Tom's Guide**

---

- How to watch Premier League live streams from anywhere
- The best VPN service
- How to watch F1 online

ⓘ **Disclaimer**

We test and review VPN services in the context of legal recreational uses. For example: 1. Accessing a service from another country (subject to the terms and conditions of that service). 2. Protecting your online security and strengthening your online privacy when abroad. We do not support or condone the illegal or malicious use of VPN services. Consuming pirated content that is paid-for is neither endorsed nor approved by Future Publishing.

**TOPICS**

BBC iPlayer



**Bill Borrows**

 

Bill Borrows is an award-winning journalist, feature writer and columnist (Times Magazine/ Guardian/ Telegraph/ Daily Mirror/ Mail On Sunday/ Radio Times), former editor-at-large at Loaded magazine, author (The Hurricane: The Turbulent Life and Times of Alex Higgins) and book editor. A frequent contributor on talkSPORT and talkRADIO, his areas of specialisation include sport, history, politics, TV and film. He doesn't get much free time but does admit to an addiction to true crime podcasts, following Man City home and away, and a weakness for milk chocolate cookies.

READ MORE

5/28/26, 7:54 PM
Case 1:25-cv-25894-RKA Document 94-15 Entered on FLSD Docket 07/14/2026 Page 6 of 71
How to watch Trump: A Second Chance? online – stream documentary online from anywhere | Tom's Guide



Streaming

**How to watch 'Wrestling with Trump' for FREE — stream controversial doc from anywhere**



Streaming

**How to watch 'Panorama' online from anywhere – stream BBC current affairs series**



Streaming

**How to watch 'Michael Jackson: An American Tragedy' online – stream three-part doc from anywhere**

5/28/26, 2:54 PM
Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 7 of 71
How to watch 'Trump: A Second Chance' online – stream documentary online from anywhere | Tom's Guide



Streaming

**How to watch 'Mr Nobody Against Putin' online from anywhere – stream Oscar-winning documentary now**



Streaming

**How to watch 'Clash of the Superpowers: America vs China' online from anywhere**



Streaming

**How to watch 'Half Man' online — stream drama online from anywhere**

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 8 of 71



Streaming

**How to watch 'Inside the Rage Machine' online from anywhere — stream social media documentary**



Streaming

**How to watch 'Artemis: To the Moon and Back' online — stream NASA documentary from anywhere**



Streaming

**How to watch 'Second Marriage at First Sight' online from anywhere — stream the new MAFS crossover**



Streaming

**How to watch 'The Dunblane Tapes' — stream the powerful documentary online from anywhere**



Streaming

**How to watch 'The Traitors US' season 4 online — catch the finale tonight**



Streaming

**How to watch 'Carl Frampton: On Probation' online from anywhere – stream hard-hitting docuseries for FREE**

LATEST IN STREAMING

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 10 of 71



Streaming

**Ask YouTube 'entirely reimagines' how you find videos — here's how it works**



Netflix

**This new Netflix crime thriller show just rocketed to the No. 1 spot — but critics and audiences are split**



Prime Video

**5 best Prime Video movies to stream now before they leave in May 2026**

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 11 of 71



Prime Video

**3 new to Prime Video thriller movies to watch this week — including a chilling psychological nightmare with a shocking twist (May 19-25)**



Netflix

**Best Netflix top 10 shows — top 3 series you need to binge-watch this week (May 19-25)**



Prime Video

**7 best Jack Ryan episodes to watch before 'Ghost War'**



Streaming

**I found the ultimate comfort watch on Pluto TV — and it's totally, 100% free**



Netflix

**Netflix just added a dark sci-fi movie with a scene that still haunts me 4 years later**



Prime Video

**Best Prime Video top 10 movies — here are the 3 worth streaming this week (May 18-24)**



Streaming

5 best shows like 'Off Campus' to stream while you wait for season 2



Streaming

How to watch 'RHS Chelsea Flower Show 2026' online – stream Royal horticultural show for FREE anywhere



Streaming

How to watch "The Secret of Skinwalker Ranch" season 7 online from anywhere

LATEST IN NEWS

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 14 of
71



iPhones

**Apple announces new accessibility features powered by AI for your iPhone: what you need to know**



AI

**Gemini Omni Flash can create and edit videos with your voice and it feels like the future of multimodal AI**



AI

**Google's new $100 AI Ultra plan just changed the AI race — here's what you get**

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 15 of 71



Streaming

**Ask YouTube 'entirely reimagines' how you find videos — here's how it works**



Tech Events

**Google's new 'Universal Cart' can monitor prices, suggest products and even buy items for you — here's how it works**



Movies

**James Bond movies quiz: How well do you know the gadgets, girls and music that define 007?**

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 16 of 71



Google Phones

**Biggest Google I/O 2026 announcements — Gemini Spark, Intelligent Eyewear glasses and more**



AI

**Google just launched Gemini 3.5 Flash — here's all the upgrades**



Google Gemini

**Google Search just got the biggest makeover in nearly 30 years — here's the upgrades**

Case 1:25-cv-25894-RKA Document 94-15 Entered on FLSD Docket 07/14/2026 Page 17 of 71



Smart Glasses

**Samsung's 'Intelligent Eyewear' glasses just launched at Google I/O, and they're coming this fall**



Netflix

**This new Netflix crime thriller show just rocketed to the No. 1 spot — but critics and audiences are split**



Prime Video

**5 best Prime Video movies to stream now before they leave in May 2026**

Tom's Guide is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.



Terms and conditions

Contact Future's experts

Privacy policy

Cookies policy

Accessibility statement

Careers

Advertise with us

About us

Archives

Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 19 of 71





Newsletter ✉        👤        Search 🔍

Phones      TV & Audio      Entertainment      Computing      AI      Wellness      Home      Wordle & Games      Browse      Sav

📈 Trending        Google I/O 2026          New TV Finder          Tom's Guide Savings Squad          Wordle Hints          Best Mattress

Entertainment   >   Streaming

# How to watch 'Panorama' online from anywhere – stream BBC current affairs series

News      By Caroline Preece last updated May 19, 2026

## Catch up on the BBC's flagship investigation journalism

When you purchase through links on our site, we may earn an affiliate commission. Here's how it works.



(Image credit: BBC iPlayer)

---

JUMP TO:   **Watch for FREE**        Unblock any stream        Global streams        Meet the players

---

    💬 0                     Follow us      ✉ Newsletter

BBC "Panorama" is the U.K's answer to "60 Minutes". The weekly current affairs show has hit the headlines for its "The Dark Side of Married at First Sight" expose, which is available to stream now BBC iPlayer in the UK.

**Traveling outside the U.K.? Here's how to watch "Panorama" online from anywhere with a VPN.**

BBC 'PANORAMA': TV CHANNEL, STREAM, WHERE TO WATCH

## LATEST ARTICLES



1   I tried the '70/30 rule' to bring my yard back to life this summer — and it's taken away a lot of stress

2   **Want a queen mattress with all the trimmings for under $1,000? This Nectar bed bundle Memorial Day deal is still live**

3   **I'm bored of waiting for a touchscreen MacBook, so I made one myself with this snap-on Magic Screen**

4   **I've spent weeks tracking the Memorial Day mattress sales and these extended deals still deliver the most bang for your buck — from $349**

5   **I tried Govee's latest smart string lights and their chromatic effect is so**

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 20 of 71

- BBC 'Panorama' airs Mondays, 8pm GMT / 3pm ET / 12pm PT
- WATCH FREE — BBC iPlayer (U.K.)
- Watch iPlayer anywhere — try NordVPN 100% risk-free

The "MAFS UK:" meltdown has led to all episodes being pulled from Channel 4. But this isn't the first time "Panorama" has stirred up controversy...

In an episode titled "Trump: A Second Chance?" (Oct 28, 2024), the BBC edited parts of Trump's January 6, 2021 speech – two segments nearly an hour apart – into what appeared to be a single exhortation to "walk down to the Capitol ... and fight like hell".

Trump's is currently suing the BBC and the episode was removed, but there are over 50 episodes of 'Panorama' still available to watch on iPlayer, including 'The Dark Side of Married at First Sight' (18 May, 2026), 'The Fall of Prince Andrew', 'Trump and The Tech Titans', 'The King of Jordan and the Children of Gaza', and 'Trump and Starmer: A Special Relationship?'

Want to watch 'Panorama'? Here's where to stream it online and from anywhere – including how to access BBC iPlayer in the U.S.A.

Watch 'Panorama' free online in the U.K.

'Panorama' is streaming free on BBC iPlayer, where you can also catch up the latest episodes. You'll need a TV licence and a BBC account to stream live or on demand in the U.K.

GB Outside the U.K.? Brits everywhere can still watch BBC iPlayer from anywhere with a VPN to appear back in the U.K. See the quick steps below.

Watch BBC 'Panorama' from abroad

If you are abroad and want to stream the BBC's 'Panorama' from your usual iPlayer account, a VPN (Virtual Private Network) is the simplest solution. It lets your device appear to be back in the U.K., which is ideal if you are travelling for work or on holiday.

Our favourite is NordVPN. It's the best on the market (per our NordVPN review).

Case 1:25-cv-25894-RKA Document 94-15 Entered on FLSD Docket 07/14/2026 Page 21 of 71



EXCLUSIVE DEAL

▶ NordVPN Black Friday deal: 75% Off

Boasting super fast speeds, great features, streaming power and industry-leading security, NordVPN is our #1 VPN.

✅ Get 3 months extra FREE
✅ 75% off the usual price
✅ Unblock iPlayer and more

Use NordVPN to unblock your usual streaming service and watch "Panorama" for free with this *exclusive* deal.

VIEW DEAL

Using a VPN is incredibly simple.

**1. Install the VPN of your choice.** As we mentioned earlier, NordVPN is our top choice.

**2. Choose the location you wish to connect to in the VPN app.** For instance, if you're in the U.S. and want to view a U.K. service, you'd select a U.K. server from the list.

**3. Sit back and watch.** Head to BBC iPlayer to watch "Panorama" 2025 online.

How to watch 'Panorama' around the world

## Can I watch 'Panorama' in the U.S.A?



(Image credit: Shutterstock)

You might be able to watch some episodes on BBC Select (7-day trial) in the U.S.A... but not many.

**Remember:** If you're a British citizen in the United States for work or on vacation and want to watch the U.K. version of 'Panorama', you can use a VPN like NordVPN to access BBC iPlayer.

## Can you stream 'Panorama' in Canada?



(Image credit: Shutterstock)

"Panorama" is not broadcast live in Canada but Brits visiting Canada need not miss out on the BBC's flagship current affairs show.

Travelers away from the U.K. can still catch 'Panorama' on BBC iPlayer by using a VPN such as NordVPN.

## How to watch 'Panorama' online in Australia



(Image credit: Shutterstock)

"Panorama" was available in Australia on ClickView at one time but it no longer appears to offer episodes. However, isn't the end of the story...

**If you're a Brit Down Under**, you can use a VPN to watch on BBC iPlayer just as if you were back at home.

---

What is 'Panorama'?

---

**BBC 'Panorama'** is a long-running British television current affairs documentary program produced by the **BBC**. It's known for in-depth investigative journalism that explores political, social, and economic issues in the UK and around the world.

**First broadcast in 1953**, 'Panorama' episodes typically focus on a single topic, such as government corruption, corporate misconduct, social injustice, or public policy failures.

**The show often uses undercover reporting**, interviews, and analysis to uncover hidden truths or hold powerful people and institutions to account.

**Recent investigations** include 'The Fall of Prince Andrew', 'Trump and The Tech Titans', and 'The King of Jordan and the Children of Gaza'.

**What is Panorama's most famous episode?** Arguably John Sweeney's investigation into The Church of Scientology.

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 23 of 71

In November 2025, BBC Director General Tim Davie retired following the **Trump editing scandal.** The Culture, Media and Sport Committee has written to BBC Chair Samir Shah to ask what action is being taken over concerns raised about 'Panorama'.

**'Panorama'** airs on **BBC One** and is also available on **BBC iPlayer**.

---

**More from Tom's Guide**

- How to watch 'The Great American Baking Show: Celebrity Summer' online from anywhere
- How to watch UK TV abroad: BBC iPlayer, ITVX, Channel 4 and more
- How to watch 'Celebrity Traitors' U.K. 2025 online

ⓘ **Disclaimer**

We test and review VPN services in the context of legal recreational uses. For example: 1. Accessing a service from another country (subject to the terms and conditions of that service). 2. Protecting your online security and strengthening your online privacy when abroad. We do not support or condone the illegal or malicious use of VPN services. Consuming pirated content that is paid-for is neither endorsed nor approved by Future Publishing.

---

# Sign up to get the BEST of Tom's Guide direct to your inbox.

Get instant access to breaking news, the hottest reviews, great deals and helpful tips.

| Your Email Address | SIGN ME UP |

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the **Terms & Conditions** and **Privacy Policy** and are aged 16 or over.

**TOPICS**

( BBC iPlayer )



How to watch Panorama online from anywhere — stream BBC current affairs series | Tom's Guide

## Caroline Preece

Contributing Smart Home Writer

Caroline is a freelance writer and product tester, previously working in roles such as smart home editor across various titles at Future, including Livingetc, Homes & Gardens, and TechRadar. As a technology and lifestyle expert, Caroline specializes in smart home tech, appliances, and more. She currently operates out of her cozy Suffolk apartment and is more dedicated than ever to helping people find the best products for their own homes.

**READ MORE**



Streaming

**How to watch 'The Elon Musk Show: The Next Chapter' online from anywhere – stream the BBC documentary for FREE**



Streaming

**How to watch 'Murder Case' online for free — stream the BBC Scotland true crime series from anywhere**



Streaming

**How to watch 'David Attenborough's 100 Years on Planet Earth' online from anywhere — stream the BBC's live centenary special**



Streaming

**How to watch 'Michael Jackson: An American Tragedy' online – stream three-part doc from anywhere**



Streaming

**How to watch 'Inside the Rage Machine' online from anywhere — stream social media documentary**



Streaming

Case 1:25-cv-25894-RKA    Document 94-15    Entered on FLSD Docket 07/14/2026    Page 27 of 71

**How to watch 'Wrestling with Trump' for FREE — stream controversial doc from anywhere**



Streaming

**How to watch 'Clash of the Superpowers: America vs China' online from anywhere**



Streaming

**How to watch 'Making Life on Earth: Attenborough's Greatest Adventure' online from anywhere**



Streaming

**How to watch 'BAFTA TV Awards' online from anywhere — stream the 2026 ceremony live**



Streaming

**How to watch 'Mr Nobody Against Putin' online from anywhere – stream Oscar-winning documentary now**



Streaming

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 29 of
71

**How to watch 'This Life' online from anywhere — stream the full BBC collection on iPlayer**



Streaming

**How to watch 'MasterChef UK' season 22 online – stream the latest episodes of the long-running cooking show**

LATEST IN STREAMING



Netflix

**3 best Netflix movies in May you (probably) haven't watched yet**



Prime Video

**Prime Video top 10 movies — here's the 3 worth watching this week (May 25-31)**



Netflix

**Netflix top 10 movies — here's the 3 worth watching right now (May 23-24)**



Netflix

Case 1:25-cv-25894-RKA Document 94-15 Entered on FLSD Docket 07/14/2026 Page 31 of 71

**I predicted Netflix's new comedy movie with Sacha Baron Cohen would be bad, but it's even worse than I imagined**



HBO Max

**Corporate team-building is the worst. This forgotten '90s thriller on HBO Max takes it to a terrifying level**



Apple TV

**Everything new on Apple TV in June 2026**



Streaming

**5 top new shows to stream this week: 'Hacks' finale, 'Four Seasons' and more (May 25-31)**



HBO Max

**Before streaming took over, these 3 HBO shows rewrote the rules of TV — and they're due for a rewatch**



Streaming

Case 1:25-cv-25894-RKA Document 94-15 Entered on FLSD Docket 07/14/2026 Page 33 of 71

When is 'The Mandalorian and Grogu' coming to streaming? Here's our best guess



Prime Video

**No Prime membership required! Stream these 5 great movies for free right now**



Prime Video

**3 best new to Prime Video movies to stream this weekend (May 23-24) — one is a six-time Oscar winner**



Prime Video

**3 best new to Prime Video shows to binge-watch this weekend (May 22-24)**

### LATEST IN NEWS



Sports

**How to watch Morocco vs Burundi — it's *FREE***



Netflix

**3 best Netflix movies in May you (probably) haven't watched yet**



Gardening

**I tried the '70/30 rule' to bring my yard back to life this summer — and it's taken away a lot of stress**



Netflix

**Netflix top 10 movies — here's the 3 worth watching right now (May 23-24)**



Mattresses

**We're tracking the best value Memorial Day mattress sales of 2026 LIVE, from $47 — today's top deals, chosen by our sleep coach**



Apple TV

**Everything new on Apple TV in June 2026**



iPhones

**15 Apple devices expected in second half of 2026 — iPhone Fold, MacBook Pro M6 OLED and a lot more**



Search Engines

**Don't search 'disregard' — Google's new AI experience is breaking search (Update: Google responds)**



Streaming

5/28/26, 3:35 PM
Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 38 of 71
How to watch Panorama online from anywhere - stream BBC current affairs series, Toon's Budge

**5 top new shows to stream this week: 'Hacks' finale, 'Four Seasons' and more (May 25-31)**



AI

**Trump scrapped a major AI safety plan — here's why that matters for ChatGPT users**



Streaming

**When is 'The Mandalorian and Grogu' coming to streaming? Here's our best guess**

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 39 of 71



21/21

VPNs

**Spanish court sides with NordVPN and rejects LaLiga calls for piracy fines**

Tom's Guide is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.



Terms and conditions

Contact Future's experts

Privacy policy

Cookies policy

Accessibility statement

Careers

Advertise with us

About us

Archives

Do not sell or share my personal information

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.

The Wayback Machine - https://web.archive.org/web/20241126234144/https://www.techradar.co...



the technology experts



TRENDING          Black Friday deals          Apple Intelligence          iPhone 16 Pro Max review

Pro   >   Security   >   VPN - Pro

# The best BBC iPlayer VPN 2024

Best   By River Hart │ Contributions from Dan Sung, Rob Dunne last updated
November 11, 2024

Brit abroad? These VPNs for iPlayer make streaming UK TV
shows a breeze!

Jump to:

**Best iPlayer VPNs**

How to choose

How to unblock
iPlayer

FAQs

ase through links on our site, we may earn an affiliate commission. Here's how it



(Image credit: Shutterstock)

BBC iPlayer is only available to UK TV licence holders. Try accessing it from
anywhere else in the world, and you'll find yourself blocked. To get around

that you can use a VPN to watch UK TV shows while abroad. Theses are the iPlayer VPNs that we recommend for the job. They all feature as one of the best VPN services we've tested, and are great options as a general purpose streaming VPN.

---

**BEST IPLAYER VPNS: QUICK LIST**

---

Just want to get up and running? Here are the Best iPlayer VPNs at a glance:



**Jump to:**

---

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

### 1. NordVPN - from $2.99 per month

**The best VPN for iPlayer**

NordVPN is the real deal when it comes to unblocking BBC iPlayer (and other streaming apps). It's a speedy service that'll keep up with your HD marathons of the best of British TV – from *Strictly Come Dancing* to Six Nations rugby. Its handy TV apps make it possible to stream iPlayer directly to your smart TV. NordVPN is compatible with pretty much every device and gadget out there, and all of its apps are user-friendly. Try it for yourself with a 30-day money-back guarantee.

**VIEW DEAL**

---



### 2. Surfshark - from $1.99 per month

**The best cheap iPlayer VPN**

Surfshark is a bargain provider that doesn't skimp when it comes to unblocking power. It works with BBC iPlayer, Amazon Prime, and more Netflix libraries than you can shake a stick at, and it's currently the fastest service we've tested. That means you can enjoy HD streams without annoying buffering interruptions. Surfshark also gives users unlimited simultaneous connections to enjoy – which is awesome value for money and allows you everyone in your home to watch at the same time. It also comes with a risk-free 30-day money-back guarantee.

**VIEW DEAL**

---



### 3. ExpressVPN - from $5.32 per month

**The most user-friendly iPlayer VPN**

ExpressVPN reliably unblocks BBC iPlayer – as well as Netflix libraries from around the world and all sorts of regional services – and it's very easy to use. The apps look great and will work for all your devices. ExpressVPN is a pricey pick but there are some good extras included for that, including a password manager and parental controls.

VIEW DEAL

---

### ↻ Recent updates

The most recent update sees Surfshark overtake ExpressVPN as a better choice for an iPlayer VPN. Why? Surfshark does the unblocking job just as per-fast, much cheaper and offers unlimited simultaneous s on a single account. Do take a look at our **latest VPN test results** etails.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

## t BBC iPlayer VPNs in 2024: in-depth

**Why you can trust TechRadar** ✔ We spend hours testing every product or service we review, so you can be sure you're buying the best. Find out more about how we test.

Here's a closer look at our top iPlayer VPN picks and why we recommend them:

---

THE BEST IPLAYER VPN OVERALL

---



(Image credit: Future)

# 1. NordVPN ★★★★★

Unblocking power that just can't be beat

**24/7 customer support:** Yes | **Money back guarantee:** 30 days | **UK**

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

+ | **Also unlocks:** Netflix, Amazon Prime Video, YouTube, Hulu, Now, 10Play | **Streaming devices:** Android, iOS, Amazon Fire, romecast, Roku, PlayStation, Xbox | **Maximum devices** 0

ar **$2.99** /mth

ar **$4.59** /mth

NordVPN 1 Month  **$12.99** /mth

**VISIT SITE**

at NordVPN

➕ The fastest VPN on the market

➕ Fully audited no-log claims

➕ 24/7 live chat support

➕ Free Meshnet functionality

➕ Unblocks BBC iPlayer and UK Netflix

➖ Map interface can be fiddly

➖ Fewer server locations than ExpressVPN

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 44 of 71

Unblocking BBC iPlayer is quick and easy with NordVPN. It doesn't quite have the best apps on the block (those belong to Surfshark), but it's a reliable all-rounder that will suit most users and currently sits at the top of our overall VPN rankings.

## Streaming and unblocking

We had no trouble unblocking BBC iPlayer with NordVPN. It also has no trouble unblocking Disney Plus and Prime Video. NordVPN is one of the best Netflix VPNs. It reliably unblocks Netflix catalogs in the US, UK, Canada, Australia, and Japan, even providing a solution to the Netflix password-sharing ban.

## Speed

NordVPN has always been a speedy service. We recorded speeds of 950

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

ts WireGuard-based protocol, NordLynx, and you only need 25 am HD and 4K content without constant buffering – so nore than up to the task.

S

over 440 servers based in the UK. That's great news for folks atch iPlayer and other British TV streaming services from abroad, offering plenty of space for people wishing to appear as if they're back in Blighty.

## App support

All of NordVPN's apps look fantastic and work like a charm – which is good news if you plan to take BBC iPlayer with you on your mobile or tablet, or tune in via a smart TV.

The only quibble we have is that the map-based interface can be tricky to use on smaller screens. It's also worth noting that NordVPN currently offers 10 simultaneous connections – not stingy by any means, but try Surfshark if you need more than 10 devices or users on the same account at once.

## Privacy and security

5/28/26, 5:43 PM
Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 45 of 71
The best BBC iPlayer VPN 2024 | TechRadar

NordVPN's built-in kill switch ensures that you won't leak any identifiable information back to the streaming services by accident which means you can maintain your anonymity no matter what. The solid industry-standard AES-256 encryption helps make it a good choice as a torrenting VPN too.

REVIEWER'S VERDICT: NORDVPN



### River Hart
Technical Editor, TechRadar VPN

NordVPN is an awesome all-rounder that won't break the bank. You'll get access to BBC iPlayer, as well as a ton of Netflix libraries, and lightning-fast speeds that'll ensure your streams are HD and buffer-free. NordVPN will be a fantastic pick for most people who want solid protection for their everyday browsing.

★★★★½

NordVPN review

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

horizontally

## N test results:

| | Notes | Rating |
|---|---|---|
| **Design** | A fun and fresh, if a little busy. | ★★★★ |
| **Ease of use** | Intuitive apps – map interface could be easier to use. | ★★★ |
| **Performance** | Among the fastest VPNs available, especially using WireGuard. | ★★★★★ |
| **Unblocking** | Unblocks BBC iPlayer, Netflix, and a ton of British staples. | ★★★★★ |
| **Security and privacy** | Built-in antivirus, kill switch, and leak protection. | ★★★★★ |
| **Customer support** | 24hr live chat. | ★★★★★ |
| **Price** | Fair price, good value. | ★★★★ |

**TODAY'S BEST NORDVPN DEALS**

+3 MONTHS FREE

| | | | |
|---|---|---|---|
| | NordVPN 2 Year | **$2.99** /mth | VIEW |
| | NordVPN 1 Year | **$4.59** /mth | VIEW |
| | NordVPN 1 Month | **$12.99** /mth | VIEW |

**THE BEST CHEAP IPLAYER VPN**

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

re)

# 2. Surfshark ★★★★⯪

Budget-friendly and fully featured

**24/7 customer support:** Yes | **Money back guarantee:** 30 days | **UK servers:** London, Edinburgh, Glasgow, Manchester | **Also unlocks:** Amazon Prime Video, YouTube, Hulu, ITVX, All 4, 9Now, 10Play | **Streaming devices:** Android, iOS, Amazon Fire, Apple TV, Chromecast, Roku, PlayStation, Xbox | **Maximum devices supported:** Unlimited

+4 MONTHS FREE

Surfshark 24 Months  **$1.99** /mth

Surfshark 12 Months  **$2.99** /mth

Surfshark 1 Month  **$15.45** /mth

VISIT SITE

at Surfshark

➕ Low prices packed with value

➕ A huge network of servers

➕ Impressive speeds

➕ Unblocks all streaming platforms

➕ Unlimited simultaneous connections

➖ Windows kill switch issues

➖ Virtual server locations could be clearer

Don't be fooled by the dirt cheap price – Surfshark is one of our favorite providers and knocks it out of the park when it comes to unblocking BBC iPlayer.

You get a full toolkit of security features, well above-average speeds (in fact, it's one of the fastest), and unlimited simultaneous connections to play ... some serious value for money.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

## ng and unblocking

...els when it comes to unblocking streaming platforms – and, ...an 3,200 servers spread over 100 countries, it's easy to see ...ave reliable access to BBC iPlayer, as well as Netflix, Prime ...ulu. Basically, you'll never run out of box sets and movies.

## Speed

The sheer speed of Surfshark makes it a perfect streaming companion, too. It soared to the top of our latest testing results, hitting peaks of 950 Mbps, making it the fastest VPN around. In short? Whether it's HD or 4K, it's got you covered.

## Features

Far from being a basic VPN, Surfshark offers great features. There's P2P support, split tunneling, and more, for a proper premium package feel. The recent (and welcome) addition of Dedicated IP should result in fewer irritating CAPTCHA checks, too.

## App support

The Surfshark apps are nice and simple to use, even if you're totally new to the world of VPNs, and they work well on just about any device you can imagine. There's even a dedicated Linux GUI – which makes a nice change from the bog-standard command-line interface you'll see most other providers offering.

You shouldn't run into too many hiccups with Surfshark, but if you do need a bit of expert advice (about which server or protocol to use, for example), you can reach out to the customer service team via live chat.

## Privacy and security

Like NordVPN, Surfshark has its own set of built-in security tools to keep your browsing private – but you'll need one of the best antivirus solutions ...ed protection.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

DNS on each server, and a double-hop ability to help further ...ur location to ensure ultimate privacy.

...DICT: SURFSHARK



...iver Hart

...echnical Editor, TechRadar VPN

Surfshark always manages to blow me away with just how affordable it is – and how much you get in exchange for a minuscule monthly fee. It's a great companion for avid streamers, and its speeds make online gaming and video calls nice and easy, too.

★★★★½

**Read more:** Surfshark review

Swipe to scroll horizontally

## Surfshark test results:

| Attributes | Notes | Rating |
| --- | --- | --- |

| Attributes | Notes | Rating |
|---|---|---|
| **Design** | Simple and straightforward. | ★★★★★ |
| **Ease of use** | All features clearly signposted. | ★★★★★ |
| **Performance** | A super-fast service ideal for hi-res streaming. | ★★★★★ |
| **Unblocking** | Unblocks pretty much all platforms in the UK and beyond. | ★★★★★ |
| **Security and privacy** | Fully featured with a kill switch and ad-blocking. | ★★★ |
| **Customer support** | Live chat support. | ★★★★ |
| **Price** | Extremely good value | ★★★★★ |

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

### BEST SURFSHARK DEALS

| | | | |
|---|---|---|---|
| | Surfshark 24 Months | **$1.99** /mth | VIEW |
| | Surfshark 12 Months | **$2.99** /mth | VIEW |
| | Surfshark 1 Month | **$15.45** /mth | VIEW |

### THE BEST VPN FOR BEGINNERS

(Image credit: ExpressVPN)

## 2. ExpressVPN ★★★★★

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock
iPlayer

FAQs

pps and speeds that don't disappoint

er support: Yes | **Money back guarantee:** 30 days | **UK**
:klands, East London, London, Wembley | **Also unlocks:**
:on Prime Video, YouTube, Hulu, ITVX, All 4, 9Now, 10Play |
evices: Android, iOS, Amazon Fire, Apple TV, Chromecast,
ation, Xbox | **Maximum devices supported:** 8

ExpressVPN 24 month   **$4.99** /mth

ExpressVPN 12 month   **$8.33** /mth

ExpressVPN 1 month   **$12.95** /mth

**VISIT SITE**

at ExpressVPN

➕ Apps are well-designed and
intuitive

➕ Servers in more than 105
countries

➕ Unblocks tons of content

➕ Great 24/7 tech support

➕ Super simple to use

➖ On the pricey side

➖ Not as fast as NordVPN

ExpressVPN is one of our go-to services for unlocking streaming content – and it's particularly adept at accessing goodies on BBC iPlayer. We're confident that total VPN newbies will get on well with it.

## Streaming and unblocking

Whether it's BBC iPlayer, Netflix, or Amazon Prime, ExpressVPN has no trouble unblocking your favorite shows. During our tests, we were able to access a huge library of content without any roadblocks. The VPN also claims to unblock other Brit favorites, including BT Sports, Now, ITVX and All 4 along with a host of international services.

## Speed

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

sn't the fastest service on the shortlist – that honor goes to ut that doesn't mean ExpressVPN moves at a snail's pace, eeds have dropped again to 396 Mbps. These results place it elow average for performance, but it's still easily enough for n HD iPlayer content without a hitch.

ExpressVPN doesn't come with built-in antivirus capabilities like NordVPN. All of the VPN staples are there, however, including a reliable kill switch and split tunneling (which allows you to pick and choose which apps and sites use the VPN connection and which ones don't).

You shouldn't run into any issues, but if you do struggle to unblock BBC iPlayer (and if the Smart Location server feature isn't fixing the problem), live chat support is available 24/7. ExpressVPN's agents are always happy to help, and can point out exactly which server you should use to continue your journey through the BBC's extensive collection of entertainment.

## App support

ExpressVPN has some of out favorite apps – they're incredibly easy to use, regardless of the device you install them on, and have a fresh, fun design. It's a little disappointing that the VPN only gives users eight simultaneous

connections to play with but it will be more than enough to cover the important gadgets in your house for most users.

# Privacy and security

If you need some help keeping your BBC iPlayer login secure (and the credentials for all of your other streaming accounts), it's well worth checking out the optional password manager – ExpressVPN Keys. Strong, unique passwords are a must-have, after all, and the easier way to give your overall privacy a massive boost.

---

REVIEWER'S VERDICT: EXPRESSVPN



## River Hart
Technical Editor, TechRadar VPN

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

's the total package, with sleek, stylish apps for all your devices ecurity tools. Plus, the VPN can unblock virtually all in-demand rvices, including BBC iPlayer. The ExpressVPN price point is on ide, that's undeniable, but you're getting a premium provider eatures.

ExpressVPN review

---

Swipe to scroll horizontally

# ExpressVPN test results:

| Attributes | Notes | Rating |
|---|---|---|
| **Design** | A stylish (and clutter-free) design that stands out from its competitors. | ★★★★★ |
| **Ease of use** | Newbies and VPN veterans will have no trouble tweaking settings or finding UK servers. | ★★★★★ |
| **Performance** | Not the quickest VPN, but still great for 4K streaming. | ★★★★★ |
| **Unblocking** | Unblocks BBC iPlayer and other UK streamers. | ★★★★★ |

5/28/26, 5:35 PM
Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 53 of 71
The best BBC iPlayer VPN 2024 | TechRadar

| Attributes | Notes | Rating |
|---|---|---|
| Security and privacy | Top-notch encryption and an audited no-logs policy | ★★★★★ |
| Customer support | 24/7 live chat support. | ★★★★★ |
| Price | Expensive but the quality speaks for itself. | ★★★ |

## TODAY'S BEST EXPRESSVPN DEALS

+6 MONTHS FREE

| | ExpressVPN 24 month | **$4.99** /mth | VIEW |
|---|---|---|---|
| | ExpressVPN 12 month | **$8.33** /mth | VIEW |
| | ExpressVPN 1 month | **$12.95** /mth | VIEW |

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

(Image credit: Proton VPN)

# 4. Proton VPN   ★★★★☆

A speedy, and secure, unblocking machine

**24/7 customer support:** No | **Money back guarantee:** 30 days pro rata | **UK servers:** London, Manchester | **Also unlocks:** Netflix, Amazon Prime Video, YouTube, Hulu, ITVX, All 4, 9Now, 10Play | **Streaming devices:** Chromecast, Android TV | **Maximum devices supported:** 10

Proton VPN 24 Month TRD  **$3.59** /mth

Proton VPN 12 Month TRD  **$3.99** /mth

Proton VPN 1 Month TRD  **$9.99** /mth

**VISIT SITE**

at Proton VPN

➕ Super secure and open-source

➕ Fast WireGuard speeds mean less buffering

➕ Unblocks top streaming platforms

➕ Great mobile apps

➕ Free plan with unlimited bandwidth

➖ Not compatible with Apple TV

➖ Other providers are cheaper

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

can't unblock iPlayer

a journey through time and space with the Time Lord in Doctor ting on the mainstage of RuPaul's Drag Race UK, Proton VPN vork of unblocking BBC iPlayer's extensive library no matter nd yourself.

e VPN version of Proton available but bear in mind that it doesn't allow streaming, so it's not the one to choose as an iPlayer VPN.

## Streaming and unblocking

Proton VPN does a great job of unblocking BBC iPlayer and other popular services like Netflix, Disney Plus, Amazon Prime, and YouTube. In our most recent tests, it also worked a treat on other UK services, ITVX and All 4, as well as Aussie on-demand channels 9Now and 10Play. Very impressive.

## Speed

Proton VPN's speeds reached 630 Mbps when using its WireGuard protocol. These speeds put Proton among the fastest VPN providers currently available, perfect for streaming your favorite shows. Plus, with OpenVPN speeds of around 220 Mbps, you won't find faster speeds on this protocol aside from Surfshark and Mullvad.

## Features

There are 36 handy UK servers to choose from in Proton VPN's arsenal, so you'll have easy access to BBC iPlayer even if it has been blocked by your school, workplace, or network admin.

## App support

Proton VPN is available for every platform you can imagine, and is one of only a handful of services to offer a full Linux GUI. The browser extensions for Chrome and Firefox are also handy. They claim to let users connect to different servers in different browsers, which means you could watch BBC iPlayer in the UK in one window and Netflix in the US on another!

The only real downside for apps is that they're not the best for usability and can be comparatively complex when it comes to navigating the online

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

## and security

s well known for its proactive approach to defending user The kill switch and DNS leak protection will prevent any ita leaks. The Stealth protocol will mask your VPN traffic – and like regular old internet data – and that's useful for anyone living in a location where VPN blocks and bans are imposed.

REVIEWER'S VERDICT: PROTON VPN



### River Hart
Technical Editor, TechRadar VPN

Proton VPN has earned its reputation for airtight security and unblocking power over the years, and has undergone a transformative makeover more recently. Plus, with its awesome free plan, you have all the time you need to take the VPN for a test drive.

★★★★½

**Read more:** Proton VPN review

Swipe to scroll horizontally

# Proton VPN test results:

| Attributes | Notes | Rating |
| --- | --- | --- |
| Design | The dark mode interface is awesome. | ⭐⭐⭐⭐ |
| Ease of use | Great mobile apps, but desktop can be fiddly. | ⭐⭐⭐⭐ |
| Performance | Recent improvements in speed using WireGuard. | ⭐⭐⭐⭐ |
| Unblocking | Only paid accounts get access to unblocking features. | ⭐⭐⭐⭐⭐ |
| Security and privacy | Lots of security add-ons and strong encryption. | ⭐⭐⭐⭐⭐ |
| | Getting through to an agent can be tricky. | ⭐⭐⭐ |
| | Premium plans are pretty pricey. | ⭐⭐⭐⭐ |

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

## ST PROTONVPN DEALS

| | | |
| --- | --- | --- |
| Proton VPN 24 Month TRD | **$3.59** /mth | VIEW |
| Proton VPN 12 Month TRD | **$3.99** /mth | VIEW |
| Proton VPN 1 Month TRD | **$9.99** /mth | VIEW |

(Image credit: CyberGhost)

## 5. CyberGhost ★★★★★

**Jump to:**

ked BBC iPlayer VPN

er support: Yes | **Money back guarantee:** 45 days | **UK**
kshire, London, Manchester | **Also unlocks:** Amazon Prime
YouTube, ITVX, All 4, 9Now | **Streaming devices:** Android, iOS
**devices supported:** 7

**Best iPlayer VPNs**

How to choose

How to unblock
iPlayer

FAQs

CyberGhost 24 Month  **$2.19** /mth

CyberGhost 1 Month  **$12.99** /mth

**VISIT SITE**

at CyberGhost

➕ Huge network of 9,200+ servers

➕ Powerful mobile apps

➕ Speedy live chat support

➕ 45-day money-back guarantee

➕ Impressive WireGuard speeds

➖ Have to register/remove devices

➖ Support site could be improved

CyberGhost is a long-standing favorite of privacy purists everywhere, and a
solid pick for anyone hoping to access BBC iPlayer from overseas.

5/28/26, 5:43 PM
Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 58 of 71
The best BBC iPlayer VPN 2024 | TechRadar

It has a sprawling server network. There are more than 9,200 dotted across 91 countries and over 700 of those are in the UK. With their help, you'll be able to unblock BBC iPlayer, even if the first UK server you connect to doesn't work.

## Streaming and unblocking

CyberGhost has a roster of specialized servers for specific streaming platforms. Connect to the BBC iPlayer server for more reliable access to your UK favorites, or switch things up and check out the Netflix and Amazon Prime libraries. It is worth noting, however, that the service struggles to unblock Disney+ and 10Play, which is a little disappointing.

## Speed

The overall performance is more encouraging – CyberGhost's speeds are quick, achieving peaks of 760 Mbps when we last put it to the slight improvement from its previous 730 Mbps speeds. As is list, though, the speeds are easily enough for streaming ayer without an issue.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

on of handy features to check out, including an auto-connect feature, although we would like to see CyberGhost implement notifications when it connects or disconnects.

CyberGhost's support team offer quick and thorough advice via live chat or email ticket, but the support pages could be more detailed for better self-guided troubleshooting.

## App support

CyberGhost's apps are clutter-free and intuitive, so you'll have no trouble using it. We really like the overall design, too, which is easy to navigate even if you're using a smartphone with a smaller screen. It feels just like using any other app on your desktop of mobile. Basically, you don't need to be a rocket scientist to get started.

## Privacy and security

In even better news, CyberGhost has begun to address some of our previous security concerns by undergoing a zero-logs audit, carried out by Deloitte. That's a great start, and now we'd like to see a deeper dive into its apps and overall security to really cement its place as a reliable and robust service.

---

REVIEWER'S VERDICT: CYBERGHOST



## River Hart
### Technical Editor, TechRadar VPN

CyberGhost is a popular VPN that's a great pick for streamers, thanks to its specialized servers and huge network (with plenty of choices in the UK). A lengthy 45-day money-back gives you heaps of time to try it for yourself, too.

★★★★½

CyberGhost review

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

horizontally

ost VPN test results:

| | Notes | Rating |
|---|---|---|
| **Design** | Easy to customize and navigate. | ★★★★ |
| **Ease of use** | Beginners will appreciate the clutter-free layout. | ★★★★ |
| **Performance** | Middle-of-the-pack speeds. | ★★★★ |
| **Unblocking** | Dedicated streaming servers. | ★★★★ |
| **Security and privacy** | An audited no-logs service. | ★★★ |
| **Customer support** | Great live chat support, but support articles aren't as useful. | ★★★ |
| **Price** | A low-cost provider packed with value. | ★★★★ |

**TODAY'S BEST CYBERGHOST DEALS**

+3 MONTHS FREE

| | CyberGhost 24 Month | **$2.19** /mth | VIEW |
|---|---|---|---|
| | CyberGhost 1 Month | **$12.99** /mth | VIEW |

## HOW TO CHOOSE AN IPLAYER VPN

Here are a few key criteria to keep in mind when shopping around for a reliable iPlayer VPN:

- **Servers:** first and foremost, your VPN needs a selection of servers in the UK to access BBC iPlayer. All of our top picks have coverage across the British Isles that'll unblock the likes of ITVX and All 4, too.

- **Speed:** imagine you're halfway through a show and everything grinds to a halt because of a buffering circle – and now imagine that it's thanks to a [...] VN. Today's top services are more than quick enough to handle [...] streams - even if you're not in the UK.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

[...] his one is critical, and any VPN worth its salt needs to offer a [...] rivacy-boosting features that'll protect your personal data. This [...] erything from your BBC iPlayer login to your financial details. [...] secure protocols like OpenVPN and WireGuard, and industry-[...] ES-256 encryption.

- **Customer service:** everyone needs a bit of help from time to time – and it's the same in the world of VPNs. If you want some advice about which server to pick, how to improve your performance, or simply get set up, it's a good idea to look for a VPN with 24/7 live chat or an email ticketing service.

## HOW TO UNBLOCK BBC IPLAYER WITH A VPN

Using a VPN with iPlayer is *way* simpler than it sounds. Let us show you how to do it in just 3 steps:

1. **Pick a VPN that suits you best:** all of the apps above will unblock BBC iPlayer.
2. **Connect to the UK:** once you've got your VPN, install it on the device you want to stream on, and pick a server in the UK. Most premium VPNs will

automatically assign you the fastest server, so don't worry about which city to use.

3. **Start streaming:** head over to iPlayer and watch UK TV from anywhere in the world.

You'll get the best results from a web browser, especially if you have the VPN's extension installed, but most will work with the iPlayer app, too.

---

IPLAYER VPN FAQS

---

# What is the best working BBC iPlayer VPN?

Right now, NordVPN tops our list of the best BBC iPlayer VPNs. It continues to provide a near-unrivaled experience thanks to a smart mix of speeds, security, and compatibility.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

## uld I need a VPN for BBC iPlayer?

offers thousands of TV shows and films to stream 100% for free vailable to watch in the UK. A VPN can bypass the geo-nd allow you to watch from abroad.

## se can a VPN do?

The geo-spoofing nature of virtual private networks that makes them so useful for streaming also acts as the perfect tool for unblocking restricted websites and sidestepping country-wide internet restrictions. This is also why VPNs for use in China are so popular.

Their encrypted tunnels also make VPNs a kind of de facto antivirus companion. Using an unrelated IP address effectively makes you anonymous as you use the internet, and your data is shielded from prying eyes and cyber crooks.

If you fancy learning more, or just want to brush up on your VPN know-how, we've put together a guide that'll show you how to use a VPN.

ⓘ **Disclaimer**

We test and review VPN services in the context of legal recreational uses. For example: **1.** Accessing a service from another country (subject to the terms and conditions of that service). **2.** Protecting your online security and

strengthening your online privacy when abroad. We do not support or condone the illegal or malicious use of VPN services. Consuming pirated content that is paid-for is neither endorsed nor approved by Future Publishing.

## Round up of today's best deals

+3 MONTHS FREE

| | | | |
|---|---|---|---|
| NordVPN 2 Year | **$2.99** /mth | | VIEW |

+4 MONTHS FREE

| | | | |
|---|---|---|---|
| Surfshark 24 Months | **$1.99** /mth | | VIEW |

+6 MONTHS FREE

| | | | |
|---|---|---|---|
| ExpressVPN 24 month | **$4.99** /mth | | VIEW |
| Proton VPN 24 Month TRD | **$3.59** /mth | | VIEW |

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

FREE

| | | | |
|---|---|---|---|
| CyberGhost 24 Month | **$2.19** /mth | | VIEW |

... check over 250 million products every day for the best prices

POWERED BY

## Get the best Black Friday deals direct to your inbox, plus news, reviews, and more.

Sign up to be the first to know about unmissable Black Friday deals on top tech, plus get all your favorite TechRadar content.

| Your Email Address | SIGN ME UP |
|---|---|

☐ Contact me with news and offers from other Future brands

☐ Receive email from us on behalf of our trusted partners or sponsors

By submitting your information you agree to the Terms & Conditions and Privacy Policy and are aged 16 or over.



## River Hart

Tech Software Editor

River is a Tech Software Editor and VPN expert at TechRadar. They're on-hand to keep VPN and cybersecurity content up-to-date and accurate. When they're not helping readers find the best VPNs around (and the best deals), River can be found in close proximity to their PS5 or being pushed about the countryside by the lovely Welsh weather.

ibutions from

How to Watch Editor

Deals Editor

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

**MORE ABOUT VPN PRO**

**LATEST**





**WhatsApp becomes the latest social media app blocked in Pakistan** ▶

**Beware of Black Friday frenzy – UK issues an "urgent alert" as shopping scams surge** ▶

**AMD's fastest CPU gets surprising 33% price cut in time for Black Friday and just one month after it launched; is there something else happening?** ▶

SEE MORE LATEST ▶

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock
iPlayer

FAQs

SEE MORE LATEST ▶

Case 1:25-cv-25894-RKA   Document 94-15   Entered on FLSD Docket 07/14/2026   Page 65 of 71

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock
iPlayer

FAQs

**MOST POPULAR**

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

**-based Linux distro of 2024**

**Best SEO keyword research tool of 2024**

5/28/26, 5:43 PM
Case 1:25-cv-25894-RKA    Document 94-15   Entered on FLSD Docket 07/14/2026    Page 67 of 71
The best BBC iPlayer VPN 2024 | TechRadar

**Best social media management tool of 2024**

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

utsourcing service of 2024

FAQs

**Best online courses and online class sites of 2024**

**Best CDN provider of 2024**

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

FAQs

...et client of 2024

**Best Dragon Age games in 2024 - every series entry ranked**

**Best secure file transfer solution of 2024**

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock iPlayer

weight Linux distro of 2024

FAQs

**Best genealogy tool of 2024**

**LATEST ARTICLES**

AMD EPYC 9965

**1** AMD's fastest CPU gets surprising 33% price cut in time for Black Friday and just one month after it launched; is there something else happening?

**2** iPhone too ordinary? Try these OnePlus Black Friday deals for the lowest price on phones that stand out

**3** I desperately want the Nikon Zf - and it's on sale for an unbelievable record-low price for Black Friday

**Jump to:**

Best iPlayer VPNs

How to choose

How to unblock iPlayer

FAQs

...ked the 42 top ...ouying from the ...ck Friday sale

...g Galaxy S24 Ultra ...best Android ...d it just got a massive Black Friday discount

TechRadar is part of Future US Inc, an international media group and leading digital publisher. **Visit our corporate site**.

About Us

Contact Future's experts

Contact Us

Terms and conditions

Privacy policy

Cookies policy

Advertise with us

Web notifications

Accessibility Statement

Careers

© Future US, Inc. Full 7th Floor, 130 West 42nd Street, New York, NY 10036.

**Jump to:**

**Best iPlayer VPNs**

How to choose

How to unblock
iPlayer

FAQs