**From:** Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**Sent:** 07/03/2024 13:26:48
**To:** Jo Heaver [jo.heaver@bbc.co.uk]; Karen Wightman [karen.wightman@bbc.co.uk]; Leo Telling - INTERNET [leo.telling@bbc.co.uk]
**Subject:** Re: Panorama - Trump Film

Hi Jo –

Thanks for this. My thoughts below, which I'm going to chat through with Karen tomorrow afternoon.

1. I went on a fact-finding mission to meet with Neil and Becky on Tuesday.
2. In terms of world sales, according to their distributor, it would be dependent on having a finished film in early October. We discussed various options, but none of them appeared especially desirable given we'd still be a month out from the election and to meet this deadline we'd have to lock in late September. Becky says that any sales funds would also be consumed by archive clearance costs – which would obviously represent no net financial gain to the production.
3. The current budget they propose is barest bones territory on screen and as far as I can see large amounts are going on October's overhead, Neil's fee, the production fee – those three lines equate to [redacted]

Problems:
4. Budget allows only allows 15 weeks of Megan's time (ie 3 weeks plus edit) which is clearly never going to work; a 9-week edit ( 12 weeks is realistic); there's no money for a composer and almost nothing for transcripts.

Good news:
5. What we've got so far is amazing. Our main character (Rick) is interesting, likeable and articulate. He reminds me in some ways of our man from Bakersfield (in 2016). We've filmed with him inside Mar-a-Lago last April at the very start of criminal proceedings, we've got him at a rally meeting Trump and getting his t-shirt signed last week. (Trump wrote to him after his daughter passed away.) If he stays with us, we'll hopefully have him outside the NYC courthouse (a circus like no other). Getting this level of access inside a MAGA group so close to Trump over an 18-month period is really something.

Current filming plan:
6. 1 day with Maxine and DC camera to film Front Row Joes and Rick outside the New York Court (Hush Money trial verdict).
7. 1-2 days with Maxine and DC camera to film another legal event with Front Row Joes (whatever that may be - see below).
8. 2 days held in reserve for Maxine – remote filming of late campaign developments whilst we are in edit.
5. Single filming trip to include 3 days in Ohio to get inside our key character's life and get some balance in (local Democrats, more moderate Reps etc) and the remaining 5-6 days of big master interviews in DC.
6. We'd certainly have to ditch Wisconsin, but as long as our relationship with the Joes remains intact, that's no real loss.

In terms of schedule, jury selection for the Hush Money trial begins in two weeks. The trial will likely last 6 weeks.

At the same time the Supreme Court will consider the presidential immunity claim. Matthew Seligman (author of How to Steal A Presidential Election) tells me it's possible we'd get a decision in around 3 weeks (May 13th). Any further delay looks hyperpartisan even for this court, but conceivably it could drag on until late June (when court recesses for Summer).

I do think that the best, most cost-efficient film would result from bringing this back in house. I realise this has been discussed before. But (as far as I can see) October's sales won't make any contribution, they won't be able to deliver the film for the tariff and they can't lay claim to the IP.

Other things worth discussing:

- Clearly a long way away, but I was wondering whether a possible solution might be to think of this as part of two films. In the event Trump wins or a disputed narrow Biden victory there's a 30-minute film in there ready to go. We could stick with our existing characters (and film with them on election night as the results come in etc.). The cheaper 30-minute film could subsidise the more expensive hour.
- What, if anything, you may wish to do with Georgia.
- There may be a route to a Trump interview, which I'll tell you about when we meet.

Cheers,

Matt

---

**From:** Jo Heaver <jo.heaver@bbc.co.uk>
**Date:** Thursday, 7 March 2024 at 12:08
**To:** Karen Wightman <karen.wightman@bbc.co.uk>, Leo Telling - INTERNET <leo.telling@bbc.co.uk>
**Cc:** Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>
**Subject:** FW: Panorama - Trump Film

Hello all,

Attached is the update budget.

Matt – I know you had some concerns about this which you have raised with me but what you are asking for will increase this budget not decrease it. Is a composer really necessary for this film? The cost of that is [redacted]so that would add a further [redacted] to this budget.

The edit is now 9 weeks long which does feel short if there is to be no narrator/reporter on it as we would usually have a 12 week edit. The fee for the editor is fine as they have added holiday on top so that is what we would normally pay an editor.

They have put 35 weeks of Neil's time on which equates to [redacted] plus NI of [redacted] so [redacted] in total.

They do have Matt & Meagan as part time across the schedule which I don't think will work for either party but this is a very long schedule and it will be hard to run it full time with 2 members of staff.

Seems like we do need to discuss this with October…

Thanks

Jo

**Jo Heaver**
**Unit Manager – Panorama**
**New Broadcasting House**
**Portland Place**
**London W1A 1AA**
**Mob:** [redacted]

---

**From:** Becky Morris <Rebecca.Morris@octoberfilms.co.uk>
**Sent:** 26 February 2024 13:37
**To:** Jo Heaver <jo.heaver@bbc.co.uk>; Jane Manning <Jane.Manning@octoberfilms.co.uk>
**Cc:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Subject:** Re: Panorama - Trump Film

**External:** Think before clicking

Hi Jo

Thanks for the below on Friday. I attach an updated budget with increased exec line only.

Look forward to hearing back from you.

Best,
Becky

**Becky Morris**
Production Executive

october

LONDON - LOS ANGELES - NEW YORK

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
**www.octoberfilms.co.uk**

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

---

**From:** Jo Heaver <jo.heaver@bbc.co.uk>
**Sent:** 23 February 2024 17:50
**To:** Jane Manning <Jane.Manning@octoberfilms.co.uk>; Becky Morris <Rebecca.Morris@octoberfilms.co.uk>
**Cc:** Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Subject:** RE: Panorama - Trump Film

Thanks Jane – do you want to add a more realistic figure to the budget so we can discuss this end.

I did explain to Becky that it is a lot higher than we are able to give you but it would be good to know your starting point so we can look at it and see where we can get to.

Jo

**Jo Heaver**
**Unit Manager – Panorama**
**New Broadcasting House**
**Portland Place**
**London W1A 1AA**
**Mob:** [redacted]

**From:** Jane Manning <Jane.Manning@octoberfilms.co.uk>
**Sent:** 21 February 2024 16:45
**To:** Becky Morris <Rebecca.Morris@octoberfilms.co.uk>
**Cc:** Jo Heaver <jo.heaver@bbc.co.uk>; Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Subject:** Re: Panorama - Trump Film

**External:** Think before clicking

Apologies all. Just checked the time allocated to Neil as Exec. As this is an 8 month production we need to charge out Neil's time more realistically. He is going to be across this more than the allocated [redacted] a week! Can we discuss please.
Many thanks
Jane
Sent from my iPhone

**Jane Manning**
Director, Production and Operations

october

LONDON - LOS ANGELES - NEW YORK

A: Benwell Studios, 11-13 Benwell Road, London N7 7BL
T: +44 (0) 207 284 6868
www.octoberfilms.co.uk

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

On 21 Feb 2024, at 14:04, Becky Morris <Rebecca.Morris@octoberfilms.co.uk> wrote:

Hi Jo

Thanks for talking to me earlier.

Attached is the current draft budget and schedule, coming in at [redacted]. As discussed, the challenges lie in both an entirely US based film and a long production schedule from now until mid-October with a largely unknown filming schedule at this point!

**Budget assumptions**

-SCHEDULE = 35 wks from now until mid-October delivery.

-P/T Director @[redacted]p/day x 20 weeks across period

-P/T Producer @[redacted]p/day x 15 weeks across period (as discussed earlier with Megan being a freelancer, I have some concerns about how we make sure Megan is available, likely at short notice, when only contracted part time across such a long period. She is available from 11 March)
-P/T Prod Management x 14 wks across period

Remote Filming Team
-US Fixer/DOP - allow 10 filming days. 2 days in Dev (Sch 005) for this weeks South Carolina shoot / 8 days over rest of production.

UK filming team to US (Dir, Prod, DOP)
-2 x UK-US trips budgeted plus internal flight allowance and accomm
-10 x days filming in total to be split across the 2 trips
-Master IVs / Trial / Conventions - TBC

-10 wk offline
-Approx 15 mins archive, allowance for 4 mins non-BBC footage UK clearance
[redacted]simple titles/info GFX

SOUTH CAROLINA SHOOT TOMORROW/FRIDAY
-Sch 005 // Quoted fixer, dop and travel cost for this plus fringes for US payroll
-Please do confirm if October is to contract and process invoices for this trip or if it has been agreed otherwise internally.

As discussed, distribution is being discussed for this film however, with the anticipated level of archive use and US legal review costs, E&O etc, any advance will be consumed covering WW clearance.

Thanks so much for your help on this look forward to discussing in more detail when you've had a chance to digest.

Best,
Becky

**Becky Morris**
Production Executive

—

LONDON - LOS ANGELES - NEW YORK

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
www.octoberfilms.co.uk

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.

**From:** Jo Heaver <jo.heaver@bbc.co.uk>
**Sent:** 21 February 2024 11:30
**To:** Becky Morris <Rebecca.Morris@octoberfilms.co.uk>
**Cc:** Jane Manning <Jane.Manning@octoberfilms.co.uk>; Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Subject:** RE: Panorama - Trump Film

Hi Becky,

I could give you a call now if that works....

Thanks

Jo

**Jo Heaver**
**Unit Manager – Panorama**
**New Broadcasting House**
**Portland Place**
**London W1A 1AA**
**Mob:** [redacted]

---

**From:** Becky Morris <Rebecca.Morris@octoberfilms.co.uk>
**Sent:** 21 February 2024 10:59
**To:** Jo Heaver <jo.heaver@bbc.co.uk>
**Cc:** Jane Manning <Jane.Manning@octoberfilms.co.uk>; Neil Breakwell <Neil.Breakwell@octoberfilms.co.uk>
**Subject:** Panorama - Trump Film

**External:** Think before clicking

Morning Jo

Am working on this budget but wanted to ask if you might have time for a call with me today to discuss? I am on PII and can work around your availability.

Many thanks,
Becky

**Becky Morris**
Production Executive

--

LONDON - LOS ANGELES - NEW YORK

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
www.octoberfilms.co.uk

Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how

**October Films handles personal information please look at our Privacy Policy.**

<TRUMP_1x60_Schedule_Draft21FEB.xlsx>
<PANORAMA TRUMP_BUDGET_1x60_21FEB.pdf>