UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO. 25-CV-25894-RKA


PRESIDENT DONALD J. TRUMP, an
individual,

         Plaintiff,

-vs-

BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS
DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS
LIMITED,

         Defendants.
_____


 CONFIDENTIAL ZOOM VIDEO TELECONFERENCE DEPOSITION OF:
  CORPORATE REPRESENTATIVE OF BBC STUDIOS DISTRIBUTION

             MARTYN FREEMAN


DATE TAKEN: May 26, 2026

TIME:  2:10 p.m. - 5:05 p.m.

PLACE: All Parties Appeared Remotely via Zoom




Stenographically Reported Remotely By:

Sharon Ambersley, FPR
Notary Public, State of Florida
U.S. Legal & Support


                    -  -  -

APPEARANCES:


On behalf of the Plaintiff:

          JALAINE GARCIA, ESQUIRE
          IAN CORP, ESQUIRE
          BRITO, PLLC
          2121 Ponce De Leon Boulevard
          Suite 650
          Coral Gables, FL 33134
          jgarcia@britopllc.com
          icorp@britopllc.com



On behalf of the Defendants:

          CHARLES D. TOBIN, ESQUIRE
          SASHA DUDDING, ESQUIRE
          BALLARD SPAHR, LLP
          1909 K Street, NW
          12th Floor
          Washington, D.C. 20006
          tobinc@ballardspahr.com




ALSO PRESENT:

          NICHOLAS WILCOX, IN-HOUSE COUNSEL

          ISAIAH PRICE, VIDEOGRAPHER

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

                              I N D E X


WITNESS:

Martyn Freeman

    Direct Examination By Ms. Garcia                    5




                         -  -  -
                E X H I B I T S   M A R K E D
                         -  -  -

PLAINTIFF'S EXHIBIT 1 Notice of deposition      13
PLAINTIFF'S EXHIBIT 2 Bates BBC00040372         66

Exhibits were retained by Ms. Garcia.

P R O C E E D I N G S

- - -

Deposition taken remotely before Sharon Ambersley, Florida Professional Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

- -

THE VIDEOGRAPHER:  Good afternoon.  We are on the record.  The time is 2:10 p.m. Eastern.  The date is May 26, 2026.  Audio and video recording will continue to take place until all parties to go off the record.  Please note that microphones are sensitive and may pick up whispering and private conversations.

This is the video-recorded proceeding of corporate representative Martyn Freeman taken by counsel for plaintiff in the matter of President Donald J. Trump versus British Broadcasting Corporation, et al., filed in Miami, Florida.  This proceeding is being held remotely via Remote Depo Pro.

My name is Isaiah Price.  I'm a videographer on behalf of U.S. Legal Support.  The court reporter is Sharon Ambersley on behalf of U.S. Legal Support.  Counsel will state their appearances for the record, after which the court

reporter will swear in the witness.

MS. GARCIA:  Jalaine Garcia and Ian Corp on behalf of the President.

MR. TOBIN:  Charles Tobin with my colleague Sasha Dudding from the law firm of Ballard Spahr on behalf of the defendants BBC Studios Productions along with Nick Wilcox, who is in-house counsel for the BBC.

THE COURT REPORTER:  Can you raise your right hand, please?  Do you swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

Thereupon,

Martyn Freeman,

having been first duly sworn, was examined

and testified under oath as follows:

DIRECT EXAMINATION

BY MS. GARCIA:

Q     Thank you.  Mr. Freeman, can you state your full name for the record please?

A     Yes.  It is Martyn Edward Freeman.

Q     And can you give us your current title?

A     My title is chief operating officer.

Q     Of which entity?

A    Well, it's -- I'm technically employed by BBC Studios Distribution Limited, but the way we operate the businesses within -- within the company that effectively includes both Studios Production Limited and Studios Distribution Limited, because we operate them both jointly.

Q    Okay.  And sitting here today, you are testifying as the corporate representative for BBC Studios Distribution, correct?

A    That's correct.

Q    Earlier today you were testifying as the corporate representative for BBC Studios Productions, correct?

A    That's correct.

Q    Okay.  And just to confirm, I -- do you need me to go the ground rules or -- for purposes of the deposition?  I think this is your third time, so I just want to make sure.  The rules would be the same in terms of answering the questions, et cetera.

A    No.  I think I've -- have very much front of mind at the moment.  Thank you.

Q    Thank you.  Try to streamline it, but just for -- just for clarity.  And you understand today that you are testifying on behalf of the BBC Studios Distribution Limited, correct?

A     Correct.  Yes.

Q     And that your -- and you understand that you are testimony is binding on BBC Studios Distribution, correct?

MR. TOBIN:  Object to the form of the question.  Calls for legal conclusion.  Answer as best you can.

THE WITNESS:  I understand this is a corporate deposition on behalf of the company.  Yes.

BY MS. GARCIA:

Q     What did you do to prepare for today's deposition?

A     So I had a variety of meetings with my legal team, who in this room together with a couple of other people from the BBC's internal litigation team who work with Nick Wilcox.  Those meetings also included representatives of the BBC Panorama program and acquisitions executives from BBC Select and also from BritBox, together with various people from my own business affairs team who represent in one way or another BritBox or BBC Studios Distribution in terms of the business affairs work that they do for the business.

Q     I'm going to ask you the names of those individuals whom you met with and what entity or what division they worked with.  Before I do that though, I

would like to know how many meetings did you have in order to prepare for your deposition?

A    So specifically in relation to this deposition, four.

Q    And approximately how long were each of those meetings?

A    Probably about -- in total, about three to four hours.  It's difficult to separate these Studios Distribution, Studios Production Limited, because the questions we were looking at were often the same.  So my guess in total is that those meetings were in the region of four to five hours.

Q    And so if I understand your testimony, when you had these meetings to prepare for this -- for today's deposition, the meetings were in conjunction with both entities, BBC Studios Distribution and BBC Studios Production?

A    Well, one of the meetings was -- probably we ended up talking about topics that would include both, but one of the meetings was primarily directed towards BBC Studios Production and the other primarily directed towards BBC Studios Distribution.  But in reality, the topics crossed each other, so it's quite difficult to streamline them completely.

Q    Okay.  And the meeting or meetings that you

had that primarily directed towards BBC Studios
Distribution, can you tell me who was involved in those
meetings?

A    Yes.  There was the acquisitions executive
from BritBox, Jennifer Moon.  The acquisitions person at
BBC Select, his name is Michael DiMattesa, I believe.
Do you want spellings as we go along or do you want --

Q    I think our court reporter would appreciate
the spellings, that way don't have to go back.

A    I'm not guaranteeing to get them 100 percent,
right.  Michael DiMattesa.  It's Michael obviously and
DiMattesa I think is one word and it's
D-I-M-A-T-E-S-S-A(sic).  Jennifer Moon, the first one is
hopefully explanatory.  Then that meeting there were
also the legal team, whose names and information I think
you already have.  Plus there was -- I also -- first we
had Kimneeta Larizadeh, who is one of the business
affairs people who works for me.  Her first name is
K-I-M-N-E-E-T-A.  Her surname is I think
L-A-R-I-Z-A-D-E-H, Larizadeh, Larizadeh.

Q    Okay.

A    I'm trying to think who else was at that
meeting.  From memory, I think that's it.  There may
have been another person, but I think that was it.  I
can't remember.  I think that was the main people.

Q    And did you review any documents during these meetings?

A    Yes.  So we reviewed various documents relating to the catalog and the inventory on BBC Select. We reviewed documents relating to the category of the inventory of BritBox.  We reviewed various bits of correspondence between the BBC and the producer of the program, October Films, and we reviewed some contracts which were -- so one of them was the contract between the BBC and October Films, who was the producer of the film, and then a further contract between October Film's producer and Blue Ant Media, who was the distributor of the film.

Q    Did you review any deposition transcripts of prior depositions in this case?

A    I've -- not during those meetings.  Sorry. Did I review other -- I thought you were specifically referring to those meetings.  Apologies.  So I separately reviewed the deposition and then I separately had conversations and reviewed other documents in relation to other questions, but those would be -- those were the meetings on that.  So were the documents in relation to those meetings that I was referring to.

Q    Okay.  So now let's talk about the documents that you separately reviewed outside of those meetings.

You had mentioned --

A    Yes.

Q    -- deposition transcripts.  Do you recall whose deposition transcripts you reviewed?

A    I reviewed mine.

Q    Yours.  Okay.  Did you review any of the others?

A    No, I do not.  And I looked at -- I've looked at e-mails in relation to some of the -- some of the questions, which I've no doubt we'll come to in terms of the answering questions like, for example, the corporate structure, the various BBC entities to understand where those companies were headquartered, so printouts from our company's secretarial system.  I have looked at emails relating to the status of our employees and I have looked at documents and spoken to other people in my team in relation to where we have offices around the world.

Q    Did you review any other documents that you have not mentioned to me today that you can recall?

A    It's slightly confusing to remember whether things were reviewed before I did the previous deposition or whether they were in meetings in relation to this one, but I think in relation to the preparation for this deposition, I think that's all.

Q    Do you have a recollection of whether or not -- strike that.

I will -- did you take any notes during your review of any of the documents outside of your meetings? Meaning the documents you reviewed outside of the meetings that you had.

A    I take probably a few notes just as a sort of, mnemonic to remember the conversations that I had, yes, but not extensive notes, but just on my -- on my laptop.

Q    And did you take any notes during your conversations with the individuals during your meetings to prepare for this deposition?

A    Sometimes, yes, sometimes no.  So sometimes I would have added something to the same note and sometimes I didn't feel that I needed to note it down, because it was information that I knew I would remember.

Q    And do you have those notes with you in front of you today?

A    No, I do not.

Q    Okay.  And do you have any other materials in front of you today?

MR. TOBIN:  Show her.

THE WITNESS:  I have this document which Chuck has given to me, which is -- I don't know whether you can see it.  It's the notice --

MS. GARCIA:  I can.

THE WITNESS:  -- to this video.

MR. TOBIN:  For the record, he's holding your notice of deposition for the Studios Distribution entity.

BY MS. GARCIA:

Q   Great.  Thank you.  And we'll get to that in a moment.  We'll mark it as an exhibit.  Do you still have those notes of that you took for purposes of preparing for today's deposition, whether you took them during conversations or outside of these conversations?

A   As far as I know, I need to find them if I've still got them, but I probably have them somewhere.

(Plaintiff's Exhibit No. 1 was marked for identification.)

BY MS. GARCIA:

Q   Okay.  I would ask that you preserve them for the time being.  All right.  So let's go ahead and mark the notice of deposition that you just showed me on the screen.  We'll go ahead and take care of that.  We'll mark that as Exhibit 1.  And I think there are seven topics that are listed in Schedule A of the notice of taking deposition.  Are you prepared to testify as to each of the seven topics that are listed in Schedule A?

A   Yes, I am.

Q    Okay.  So let's put that one aside.  Now I believe you previously mentioned that you were the COO of BBC Studios Distribution and BBC Studios Production. Did I get that right?

A    Yes, that's right.

Q    Okay.  And how long have you had that role?

A    Since I think it's the end of 2021.

Q    And before that role, did you have any other position with any of the BBC entities?

A    Yes, I did.  I was general counsel for what was then called BBC Worldwide from 2012 until 2017 and then at that point BBC Worldwide changed its name to BBC Studios Distribution Limited and we absorbed the separate production entity into the commercial side of the BBC and I became general counsel for both of those entities.

Q    And you became general counsel of both of those entities when I guess, as you described them, they merged in 2017 or they came under the same umbrella?

A    That's correct.  I can't remember the exact dates, to be honest, but it was circa 2017/2018 when the effective management of the BBC Studios Distribution and the BBC Studios Production became unified and at that point in time I was general counsel for both entities.

Q    And then after the after -- I'm sorry, strike

that.

In 2021, that's when you became the COO of both entities?

A    That's right.  It was -- I think it was the end of 2021.  It was post-COVID, because I took on some temporary responsibilities during COVID and that post was then made permanent.  I honestly can't remember whether it was the end of 2021 or beginning of 2022, but it was around that time.

Q    Did you continue with your roles as the general counsel in addition to your role as COO --

A    Yes, that's right.

Q    -- or was somebody else designated.  So you have both general counsel and COO?

A    I have both titles, yes.

Q    Okay.  I believe in your prior deposition in your individual capacity you had testified that BBC Select was approached to distribute the documentary that is the subject of this action.  Do you recall that testimony?

A    Yes.  I think I said that BBC Select was approached to air the documentary rather than distribute it, because it wouldn't act as a distributor.  It would act as a platform on which the documentary could be aired.  So I believe -- my recollection is that's what I

said, but that's what would have happened.  It wouldn't have distributed it to anybody else.  It would only have aired it on its own platform.  It was approached to do so and decided to do so, which it did.

Q    And BBC Select, describe for me where BBC Select falls under the umbrella of BBC studios, and I'm using the term BBC Studios generally because I'm not sure if it falls under Distribution, Production or another entity.

A    I understand.  So BBC Select is not a separate entity.

Q    Okay.

A    It's an operating business within our US business.  BBC Studios is Americas, which is a separate legal entity from BBC Studios Production Limited and BBC Studios Distribution Limited.  It's a US entity headquartered in New York and incorporated in Delaware.

Q    And what is the relationship of BBC Studios America to BBC Studios Distribution?

A    So BBC Studios America is a subsidiary of BBC Studios Distribution.

Q    And does BBC Studios Distribution operate BBC Select?

A    No, not really.  Because BBC Select only operates programs in the United States and therefore the

operation of that business tends to be run out of BBC Studios Americas rather than BBC Studios Distribution.

Q    Okay.  I'm sorry.  I didn't mean to cut you off.  Go ahead.

A    No.  I was going to say I -- there may well be -- I think it was asked in a previous deposition whether or not BBC Studios Distribution has ever sold any programs into BBC Select.  I don't -- there may have been.  I can't remember, but if there was a link, it would be a program supply link between the two organizations, but contractually I think it's run out of Studios Americas, Inc.

Q    Who oversees BBC Studios America?

A    Well, we used -- until last year we had a single president for BBC Studios America.  We've been going through a bit of a reorganization of the business as part of an operation model review to remove costs and there is no -- currently there is no single head for BBC Studios America.  There are two or three people who effectively act as leaders within the office.  But BBC Studios America is -- it's a sort of legal and financial entity, but there isn't a single president or leader of it as such.

Q    Okay.  So you said that there were a couple of people that -- I'm trying to understand who oversees,

whether -- I know that you said that there is no single leader.

A     Yes.

Q     But who is responsible for overseeing BBC Studios America, whether it's a group or a group of individuals or another entity?  I'm trying to understand who oversees BBC.

A     Yes.

MR. TOBIN:  Object to the form of the question.  Go ahead and answer as best you can.

THE WITNESS:  I'm just trying to think of a convenient way to explain it because sometimes the way that the -- the way that the organization is set up from a sort of legal or financial perspective doesn't necessarily reflect the way it's managed or led on a day-to-day basis on the ground.  So I'm trying to think how best to answer your question.

So BBC Studios Americas, Inc. is headquartered in New York and in that building there are a number of different operating businesses, if you like.  There is a consumer products business.  There is a television sales business.  BBC Select and BBC.com also operate out of that building, as does BritBox.  And so there are a number of different business

areas operating in that business.

Now collectively, if you asked someone whether they thought BBC Studios Americas could mean either that the sort of legal construct of something that's funneled through the finances of that company or many people in our business would assume that you are talking about the operating entity that is our New York office.  So I was distinguishing between those two things.  There's a group of people who run the New York office, but there isn't anybody actually running -- there is no sort of operating business that we run called BBC Studios Americas.  It's a legal construct.  We have finances going through it, different P&Ls push money into it, but it doesn't have a leadership team per se.

BY MS. GARCIA:

Q    Okay.  And going back to you had mentioned how the -- how this New York office is managed on the ground.

A    Correct.

Q    Describe for me how -- that's what I want to understand.  How is BBC Studios America operated or managed on the ground?

A    So there are -- so I say there are -- it's

quite a big space and there are divided areas within that business and there's an area that is occupied by BritBox.  There is an area that's occupied by a content sales team.  There's an area that's occupied by our consumer products team and there's an area that's occupied by BBC.com.  The people leaders, if you would like, of that business who would come together to hold a Town Hall for that business would include the CEO of BritBox, the general manager of BBC.com and our operating model director, who was formerly an HR executive in the New York office.  Those three people effectively are the leaders of that building, bringing together the teams if they need to communicate to the whole building.

Q    And those leaders, who do they report to?

A    They report to the CEO of BBC Studios, my boss.

Q    Your boss?

A    Yes.

Q    Okay.  And you said BBC Studios?

A    Correct.  Yeah.  In the same way I am COO of BBC Studios, so my boss is the CEO of BBC Studios and he is also the manager for the president of BritBox, for our operating model director, and for the general manager of BBC.com.

Corp Representative of BBC Studios Distribution  Confidential
May 26, 2026

Q    Do you have -- okay.

A    I can give you the names, if you would like them.

Q    For now I think I'm trying to understand the structure of how this New York office or this operating US arm, how that operates.  So going back to BBC Select and you had -- you testified a few minutes ago that BBC Select was approached to air the documentary as opposed to distribute the documentary.

A    Yes.

Q    Do you know who approached BBC Select with this offer?

A    Yes.  BBC Select was approached by Blue Ant Media, who are the distributors of the documentary.

Q    And do you recall when Blue Ant Media approached BBC Select?

A    I don't know the date, to be honest.  I know they approached them -- I know they approached them in order to air the documentary.  And BBC Select at that point were not interested in the documentary in part because of the timing and in part because of the subject matter.  So I think it was -- I can't remember the date, to be honest.  I'm not going to testify to that.  I just can't remember what it was.

Q    Was it before the documentary had been -- I'm

trying to recall the date.  I think the documentary was

released on October 28.  Was it before October 28th or

after?

A    In which year?  Sorry.

Q    My apologies.  2024.

A    I think it was -- I think it was after that.

I believe it was after that.  I'm hesitant to say that,

because I'm not sure, but my recollection is that it was

after that.

Q    Do you know who was involved on behalf of BBC

Select?

A    Yes.

MR. TOBIN:  Let her finish her question.

THE WITNESS:  I'm sorry.  I didn't mean to

interrupt.

BY MS. GARCIA:

Q    That's okay.  You knew where I was going.  Who

was involved on behalf of BBC Select when Blue Ant Media

had reached out to BBC Select to offer to air the

documentary?

A    So the acquisitions exec, who was Michael

DiMattesa, whose name I mentioned earlier, I believe he

was part of that set of correspondence in relation to

the documentary.

Q    And you had had conversations with him in

order to prepare for your deposition today, correct?

A    Correct.

Q    Did you review any materials regarding this offer or any materials that were provided to BBC Select for purposes of airing the documentary?

A    So I reviewed some correspondence that BBC Select reviewed, which relates to a number of different titles that it might want to acquire by a number of distributors, including Blue Ant.  I also reviewed a -- an excerpt from BBC -- from BBC Select's response to a list of titles where it was clear that it was declining its interest in this particular documentary because of both subject matter and timing.  And then I reviewed a report which showed the inventory that sits on BBC Select to sort of prove the negative that this documentary was not positive to Select's inventory, and so it had not been acquired by BBC Select.  We also reviewed correspondence from October Films via Blue Ant that showed the documentary had -- the rights had been granted by October Films to Blue Ant and that the US rights in that program had been granted to Little Dot Studios.

Q    To be clear, you said you reviewed --

A    I had a spreadsheet which showed the fact that these rights had been granted.

Q    The rights.  Okay.  But you had said October Films, between October Films and Blue Ant, but then you mentioned Little Dot?

A    So yeah.  So I saw a contract between October Films and Blue Ant --

Q    Okay.

A    -- which states that October Films had appointed Blue Ant as the distributor of the program. And then separately I saw a spreadsheet which showed that it showed how the rights in the film have -- I assume it came -- I don't actually know where it came from.  I believe it was from Blue Ant, which showed how the rights in the film had been parceled out to different parties and it showed that Little Dot Studios had acquired rights in a number of territories, including the United States.

Q    And you didn't see any document that would have transferred the rights from Blue Ant to Little Dot, correct?  Is that what you just said?

A    That's correct.  Yes.  I have not seen that.

Q    And the -- is the contract between October Films and Blue Ant the only document that you had reviewed or that you are aware of whereby the distributor rights for the documentary are contained?

MR. TOBIN:  Object to form.  Answer as best

you can.

THE WITNESS:  So, yes.  I've seen the document between October Films and Blue Ant, according to Blue Ant is the distributor of that film.  And I have seen a document between the BBC and October Films, which deals with the rights as between BBC and October Films.  There are no agreements involving BBC Studios Production or Distribution because we didn't acquire the rights and I'm aware from this table that I've mentioned that rights in the film were parceled out to Little Dot Studios, but I have not seen a contract with Little Dot Studios.

BY MS. GARCIA:

Q    Okay.  And who at BBC Select made the decision to decline the airing of the documentary?

A    I don't know the identity of the person who made the decision.  I've been told by the acquisitions team and seen the evidence of that decision, but I don't know specifically who made the definitive decision.

Q    When you say you may -- you saw evidence of that decision, what did you see evidencing the decision to decline?

A    Sorry.  What I mean by that is I've seen an indicator on a spreadsheet that BBC Studios was not

interested in acquiring that program.  And then I reviewed an inventory which shows that there is no record of that program having been acquired.  So the decision was made not to acquire it.

Q    And do you -- who prepared that spreadsheet that you're referring to?

A    Michael DiMattesa.

Q    And because I'm trying to understand what's on that spreadsheet in terms of -- does it simply say decline to  -- decline the offer, or what kind of information is actually on that spreadsheet that would evidence BBC Select's decision to decline the offer to air the documentary?

A    I think the spreadsheet sought to identify for a number of different titles whether or not BBC Select would be interested in acquiring them.  So it indicated a preference as to whether they were acquiring it or not.  Had they acquired it, then there would be -- A, there would be a contract to show that BBC Select had acquired it and there would be evidence of the program on BBC Select content management systems or on its records of its inventory.  It's the absence of those records that there was no contract to acquire it and it wasn't on the content management system, so that's how I know it was not acquired.

Corp Representative of BBC Studios Distribution  Confidential
May 26, 2026

Q    Do you know if that spreadsheet was prepared -- do you know when that spreadsheet was prepared?

A    To be honest, I don't know -- well, the document that indicates preference was part of a live tracker that they keep for programs on an ongoing basis, but I don't know whether -- the extract I saw would have been prepared for the purposes of this litigation.

Q    And you mentioned there were a couple of reasons that BBC Select declined to air the documentary. What were those reasons?

A    I don't know the exact wording on the spreadsheet, but my recollection is that it was to do with topic and/or and the timing.  The subject of the documentary and the timing of the documentary meant that by the time they aired it, it would not be particularly relevant for BBC Select's audience.  So it was about audience preference.  I don't remember --

Q    Okay.  What about --

A    I don't remember the exact words on the spreadsheet, just to be clear.  Sorry.

Q    That's fine.  But what about the topic was a concern or was the reason that BBC Select declined to air the documentary?

A    So in my conversations with Michael DiMattesa, it's clear that BBC Select is an exploit service.  So

it's looking to have programs with significant longevity on its service that are relevant for audiences for a long period of time. It's not like a linear broadcaster that constantly refreshes its schedule. It takes programs, which it keeps them in an archive and it hopes that people will keep coming back to watching them again and again and again. So programs that relate to a sort of specific moment in time are less interesting to BBC Select because they didn't have the resilience in the catalog. So if they're going to invest in programs, they would rather invest in programs that would last for a longer time with their audience.

Q What would be BBC Select -- what kind of investment would BBC Select have to make for the purposes of airing a program like the documentary?

A The amount that these -- that platforms pay will depend quite a lot on the nature of the program, how much they want it, the level of competition for that program in the marketplace. There is -- BBC Select is a relatively small service. It doesn't have hundreds of millions of subscribers like Netflix, so the amount of money it's paying for a documentary to a relatively limited audience in the United States is quite small by comparison to other market pricing. I don't actually know that pricing range, to be honest. I haven't

actually investigated that, but they have hundred -- several hundred thousand of subscribers rather than hundreds of millions.  So the level of pricing that pay is commensurate to the value for the audience.

Q    Do you know if BBC Select has other programs or materials?  And please let me know if I'm not using the proper term --

A    Sure.

Q    -- concerning the President on BBC Select?

MR. TOBIN:  Object to the form of the question.  Answer as best you can.

THE WITNESS:  I believe there have been other current affairs documentaries on BBC Select.  Yes.

BY MS. GARCIA:

Q    So what made this particular documentary not something that BBC Select would air?

MR. TOBIN:  Object to the form of the question.  Answer as best you can.

THE WITNESS:  So I can't speak on behalf of the acquisition executives for BBC Select.  I didn't have an editorial or acquisitions role, so it's not my job.  But what they have said to me and what I researched for purposes of answering this question is that because this documentary related, as I said, to a moment in time or to an instant

that was time-barred, it becomes less interesting beyond that for the audience. It's not something that would constantly refresh an audience or it would keep coming back for, because the event that it referred to has already happened and it's a matter of public record beyond that and therefore it's less interesting over time than a documentary, let's say a historical documentary that might have an enduring appeal to a repeat audience.

BY MS. GARCIA:

Q    Why would -- why is this particular documentary deemed time-barred, as you describe it?

MR. TOBIN:  Object to the form.  Answer best you can.

THE WITNESS:  I don't mean it's time-barred. There's nothing about -- it's not time-barred in that sense.  It's just that if you're airing a documentary or if a documentary is covering a topic that is of -- is not a current affairs topic, but at a moment in time, but it's something about -- I'm trying to think of another way to describe it, but an editorial topic that has more of an enduring appeal.  But in the same way, if it was acquiring -- if you're acquiring a sports program about the winner of a particular sports event, then once the

event happened because people have watched it, you don't go back and watch it again, because you know what the outcome is.  So if the documentary is about something where you kind of know what the outcome is, it's less interesting than if it's a documentary that isn't about an event in that sense, but it's about a thematic topic that would be of more enduring interest.  But as I said, I'm not an acquisitions person or an editorial person, so I may not be expressing that as perfectly as they might, but that's my understanding from speaking to them.

BY MS. GARCIA:

Q    Do you know if BBC Select's decision not to air the documentary was communicated to Blue Ant in writing?

A    I don't believe it was communicated in writing, but I don't think that's particularly unusual. I think we -- the platforms get inundated with requests to take programs and they tend to respond to the programs they're interested in, rather than always responding about the ones that they are not interested in.  So it may have been communicated on phone or in writing.  I have not seen that in writing and I don't believe there is -- I don't believe there is documents

communicating that either.

Q    And other than the spreadsheet that you mentioned, is there any other document relating to BBC Select's decision not to air the documentary?

A    I mean, it's sort of -- it's document in the negative, because it's sort of proving a negative.  So it's the absence of information on the inventory list, the absence of information about the documentary in the content management system or the absence of any contract relating to acquisition of that documentary that determines the fact that it wasn't acquired because we would not have aired it without having a contract.  And if we had a contract, there'd be a record of it.  If we aired it, it would be on the -- it would be on the system in the same way all of the other programs that we have had are on the system.  So it's the sort of absence proving the point.

Q    Have you -- has BBC Select had any material that it has removed from its catalog in the last three years?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  I'm not actually sure what the question is.  Could you try saying it again?

BY MS. GARCIA:

Q    So your response is the absence of the material or the documentary on the -- on BBC Select's catalog is I guess evidence of the fact that BBC chose not to air the documentary.  So my question is has there been any material or program that has appeared on BBC Select that is no longer on BBC Select?

MR. TOBIN:  Same objection.

THE WITNESS:  So that there may be programs that were on Select that aren't on Select anymore, but there would still be a record of the fact that they have been on Select at some point and there is no record of this program having ever been on BBC Select.  But it may well be that programs that went on Select a few years ago, if nobody was watching them, then it might be that the content teams have taken them off.  But I actually think they leave the basket.  Once they've chosen a program and put it up there, they leave it up, so I don't know the decision.  I don't know if content has been taken away.  What I do know is if content had been on there would be a record of it and there is no record of this content.

BY MS. GARCIA:

Q    And the record -- so describe for me the

record that would exist of any content -- content that would have aired on BBC Select.  What would you expect?

MR. TOBIN:  Objection.  Objection.  Asked and answered.  Go ahead and answer again.

THE WITNESS:  So there would be a contract, because we would -- BBC Select would need to acquire the rights to that program.  So in this case, there would have been a contract between Select and BBC -- and Blue Ant.  There is no such contract.  And then there would be a record within the content management system and the spreadsheets that we talked about would have -- would have shown the fact that this program was part of the BBC Select inventory and there is no record of this program being part of that inventory and there is no contract.

BY MS. GARCIA:

Q    And I wanted to ask you a question.  You had mentioned about a contract, because BBC Select would need the rights.  What kind of rights are you talking about in terms of a particular program?  What rights would BBC Select need in order to air a program?

A    So it would need to acquire the rights to -- well, it would need to provide the video-on-demand rights probably.  Probably called the subscription video

on demand rights or possibly the advertising video on demand rights, depending on how they're defined or maybe both, but it would need to acquire it from the distributor, the rights to put that program onto a subscription video-on-demand service in the United States.

Q    Okay.

A    It's a formal grant of rights, essentially a formal grant of distribution, intellectual property rights.  So it would need to be --

Q    You said a formal grant of distribution rights and that would -- would that only come from the entity that has the distribution rights or would that come from any other entity?

A    No.  If there's an entity that's been appointed as the distributor of that program and they have been granted the rights to distribute that program, then that entity would need to grant the rights to a platform that wanted to air the program.  So in this case, Blue Ant had the distribution rights and BBC Select would need to have acquired the rights from Blue Ant.

Q    Okay.  So switching over to -- I think the other area that's part of the New York office is BBC.com.

A    Yes.

Q    Is that correct?

A    Correct.  Yes.

Q    Okay.  And what entity operates or is responsible for the operation of BBC.com?

A    So BBC.com sits under Global News Limited and Global News Limited is a sister company at BBC Studios Production and Distribution Limited.

Q    So essentially you have three -- so if I understand this correctly, you have three sister entities; BBC Studios Distribution, BBC Studios Production and BBC Global News limited or is it BBC Studios Global News Limited?

A    No.  I think it's just BBC Global News Limited.

Q    Okay.  And was any footage from the -- are you aware of any footage from the documentary that appeared on BBC.com?

         MR. TOBIN:  You mean taken from the documentary itself?  Just looking for clarification.

BY MS. GARCIA:

Q    We'll start with that question.  Was there any footage from the documentary -- so actually, let's strike that.

MR. TOBIN:  Okay.

BY MS. GARCIA:

Q    The documentary itself, are you familiar that the documentary itself contains footage from different sources --

A    Yes.

Q    -- is that accurate?  Okay.  So is there any reference to the documentary that appeared on BBC.com whether as the name of the documentary or as the name of the documentary?

A    So BBC.com is essentially a news outlet in the United States and it receives or take information from the BBC newsgathering teams and publishes that in the US.  It's quite likely, given that some of the footage that constituted the documentary related to obviously important public events that happened in the United States, some of that footage in its original form would probably had been on BBC.com when the news was first reported, so before the documentary was made.  But the raw footage from the event may well have appeared on BBC.com.  The documentary in its edited form has not appeared on BBC.com and -- but the underlying -- some of the underlying footage, to the extent that it was part of news broadcasts or news bulletins that went out at the time those events happened, may well have separately

appeared on .com outside of the boundaries of the documentary, but the documentary itself has not been shown on BBC.com.

Q    What about after the documentary itself was released, was there any content -- did any content appear on BBC.com?

MR. TOBIN:  Object to the form.  Answer as best you can.

THE WITNESS:  I don't believe the documentary in any form has ever appeared on .com at any point. The documentary itself has never appeared on .com. Has the fact of the documentary been reported as a news item on .com, possibly.  I would assume it has at some point, given the public reporting of this particular issue, but the documentary itself has never aired on .com.

BY MS. GARCIA:

Q    So it's -- and did you review or check to see if any reference to the documentary, as you described, or any clip or piece or portion was ever mentioned on BBC.com before today's deposition?

MR. TOBIN:  Object to form.

THE WITNESS:  I have looked to see whether the documentary was aired on BBC.com.  What I haven't done is check to see whether any individual news

item incorporating any element of the footage that was separately available from the documentary has otherwise appeared on .com, but that would require looking at every news cycle since the events took place, which would be an enormous undertaking and I have not done that.

BY MS. GARCIA:

Q    And when you said that you checked to see if the documentary appeared on BBC.com, you were checking to see if the entirety of the documentary appeared?

A    Correct.  Correct.

Q    Going back to BBC Select.  Do you know what materials were provided to BBC Select in connection with the documentary when BBC Select was approached to see if it wanted to air the documentary?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  I have never seen the actual materials to the extent there were any sort of marketing or press materials produced.  I have no idea.  I'm not aware of that.  I'm not aware that they were presented about the title as part of a list with some other titles that they might be interested in acquiring and -- but I have not been -- I wasn't privy at the time to any of the

conversations that took place about that list and nor do I know what other materials may or may not have been produced.  I only know the outcome, which is that they didn't acquire the documentary.

BY MS. GARCIA:

Q    So the only thing that you're familiar with that you have seen so far in terms of the offer to BBC Select to air the documentary is just the title of the documentary?

MR. TOBIN:  Object to form.

BY MS. GARCIA:

Q    Is that accurate?

A    Yeah.  I've seen -- yes, it was the title of the documentary as part of a list of other titles.  I haven't seen a synopsis or a detailed plan of the documentary in relation to an offer to Select.  There may have been one, but if there is, I haven't seen it.

Q    So you don't know if Blue Ant provided any kind of a description or the documentary itself or any other information in connection with the documentary for BBC Select to evaluate whether or not it wanted to air the documentary?

MR. TOBIN:  Object to form.

THE WITNESS:  I'm not privy to the details of any conversation that may have been had where that

was fleshed out in any detail, so that may have happened.  I don't know.

BY MS. GARCIA:

Q    In preparing for this deposition, do you know if anyone at BBC Select viewed the documentary or any portion of it before BBC Select declined to air it?

MR. TOBIN:  Object to form.

THE WITNESS:  I don't know the answer to that question.

BY MS. GARCIA:

Q    Is that something that you asked BBC Select or is that something that was not -- that information was not given to you?

A    I didn't inquire about whether they viewed it. I was interested in whether or not ultimately they acquired it and the inquiries was focused on whether they'd licensed it in any way and the answer to that was no.  I didn't -- I don't know whether they watched it.

MR. TOBIN:  That question -- I might note an objection.  That question does not appear to me to fall within topics -- topic three, which reads as -- and it's the only topic that -- with respect to BBC -- I'm sorry.

MS. GARCIA:  Topic three deals with BBC.com.

MR. TOBIN:  That one deals with BBC.com.  I'm

not aware of any topic on here that requires him to have asked the detailed questions you just asked, beyond why it was not accepted or made available to any of the platforms that you talked about, Jalaine.  So to the extent that your question suggests that he did not adequately prepare for the deposition, I'm going to object to your questions. They're beyond the scope of the topics.

MS. GARCIA:  Okay.  That's fine.  I would disagree.  I think it squarely falls within topic one as to why -- let's see -- was not involved in editing, broadcasting of the documentary.  Then it would --

MR. TOBIN:  He testified as to why.

MS. GARCIA:  And then in seven and six.

MR. TOBIN:  I don't see anything in there asking about whether Blue Ant proffered marketing materials, whether anybody viewed the documentary. He's answered the why as to each platform you've asked about.  He's answered it sufficiently and with appropriate preparation, and so I object to further questions going beyond those answers.

MS. GARCIA:  We can disagree -- we can agree to disagree.

BY MS. GARCIA:

Q    You had previously mentioned that BBC Studios America, that is the New York office; is that accurate?

A    Yes.

Q    And just to be clear, is that because BBC Studios America's principal offices is in New York?

A    That's correct.

Q    Does BBC Studios Americas have any office outside of New York within the United States?

A    Yes, in Los Angeles.

Q    Does it have any other offices -- I'm sorry, strike that.

Has it had any other office outside of New York within the United States since 2023?

A    2023, no, I don't believe it has.

Q    And does BBC Studios America distribute or air content on behalf of BBC Studios Distribution?

A    So BBC Studios America does distribute programs on behalf of BBC Studios Distribution.  So the chain of title for a program will often flow from BBC Studios Distribution into BBC Studios Americas if there is to be US licensing of that program.  So it's quite possible that if a program is acquired by BBC Studios Distribution, which was available for sale to a US broadcaster, then that sale would be handled by BBC

Studios America.

Q    And how would BBC Studios Distribution obtain either the license or the rights to distribute content in the US that you are saying it would then transfer over to BBC Studios America?  Where does it originate?

A    So BBC Studios Distribution will either get content from BBC Studios Production.  It will acquire the distribution rights and programs made by its sister company.  BBC Studios Distribution -- actually, there are a number of other production labels which are owned by the Studios group respectively, which were other smaller, independent production companies in which a stake, an economic stake was acquired; sometimes minority, sometimes majority, sometimes total.  And those production labels just because of where the investment came from actually technically mostly sit within BBC Studios Distribution.  So it could have acquired rights to programs made by one of production labels.  It also could have acquired programs from third-party producers because BBC Studios Distribution also distributes programs on behalf of other production companies that act as a third-party distributor.  It's a distributor for other people's content.  So those are, broadly speaking, three ways in which it would acquire programming.  And if that programming was subsequently

-- there was an interest from a US partner in acquiring

rights to that program so that you're a US broadcaster

or a US streaming platform, then BBC Studios

Distribution would have assign the rights to BBC Studios

America and BBC Studios Americas, Inc. would make the

relevant sales in the United States.

Q    So why would -- in such a situation, why would

it be funneled from BBC Studios Distribution to BBC

Studios Americas as opposed to a direct relationship

with BBC Studios Americas?

A    So sometimes that ruling is dictated to by --

it's a sort of finance or tax reasons as to the

corporate -- that's the reason for setting up the

corporate structure in a particular way.  And I don't

claim to be a tax expert or an accountant, but the way

that the rights are funneled is often dictated or the

corporate structure is often dictated by the rules of

finance tax, permanent establishment rules in different

countries.

Q    And would BBC Studios Americas have

a -- strike that.

You had mentioned that sometimes the content

would come from BBC Studios Production and it would be

then BBC Studios Distribution would have the

distribution rights that it would then get transferred

or assigned to BBC Studios Americas.  Is -- let me ask you this, did I say that accurately?

A    Yes, I think so, yes.

Q    Okay.  Is there a situation where BBC Studios Production would bypass BBC Studios Distribution and have a direct relationship with BBC Studios Americas?

A    I can't think of that circumstance.  I'm not aware of that.  No.  I can't see where they would do that.  I don't think there's a reason why that would happen.

Q    And you had mentioned there were several I guess maybe I'm -- if I'm using this accurate, independent companies that would produce content.  Did I say that accurately?

A    Yes.

Q    Okay.  And did they -- did these independent companies, did they fall within any BBC entity?

A    So it could be maybe yes, maybe no.  So BBC Studios has a catalog of distribution rights, some of which are from the BBC group and sometimes it acquires rights from genuinely independent production companies. There are -- I think of a scripted company like Tiger Aspect or Talkback, which are big production companies in the UK.  Historically, BBC Studios Distribution has distributed some of their programs around the world and

they've specifically gone out to acquire those rights and there is no corporate connection between BBC Studios Distribution and those production entities.  It is equally true that over the years the BBC Commercial Group, the BBC Studios, has invested in -- has bought a stake in a number of different small production entities, but sometimes those are minority stakes, sometimes those are majority stakes.  We now have I believe it's ten stakes in ten different companies.  So those companies, if you like, are within the BBC Studios stable of production companies and BBC Studios Distribution will acquire distribution rights from those companies to sell to and those companies are not obliged to sell to BBC Studios.  They could sell the distribution rights to a third-party distributor, but they're actively encouraged to work with the BBC Studios Distribution entity because that keeps the rights within the family.

Q    When BBC Studios Distribution has signed over the rights to BBC Studios Americas, does BBC Studios Americas remit any revenue or profits upstream to BBC Studios Distribution?

A    Yes, it does.

Q    Okay.  Now, going back to BBC.com.  Is BBC.com available internationally or is there separate, I guess,

pages depending on the location?

A    BBC.com, it is available internationally, but the -- obviously the advertising and the subscription is not.  So it's a subscriber service only in the US at the moment.  But the pages, you could type BBC.com in different countries and you would be able to receive it, but obviously it would be in English and the advertising is probably not relevant.  So it's not monetized in every country, but it is available.

Q    Is the content the same regardless of whether you access it in the UK versus accessing it in the United States other than the advertising that you mentioned?

A    No, the content is not always the same.  So in the UK, it's different.  It's very different.  The UK, the website is run by the BBC Public Service in the UK.  Internationally it's run or operated by the commercial companies and the news content is repurposed specifically for the US audience.  So the news content will look very different in the US than it does the UK.  Some of the other pages will be the same and it may be the case, I don't actually know this, but it might be the case that some pages are blocked in some countries, because there will be rights issues.  There's literally hundreds of thousands of pages on BBC.com.  It's an

enormous website that reflects the diversity of the BBC's broadcasting operations in the UK, because it originates in the UK. It's got everything from sort of cooking to children's programs to news to scheduling information, music, arts, documentary, you name it. And so that content is -- some -- there are some rights issues for some of that content and some of those pages may be blocked in some countries. I'm not across the detail of that blocking, because, as I say, it's hundreds of thousands of pages website.

Q Now, you had mentioned that the US facing pages, that's commercialized. What do you mean by commercialized?

A Well, for the US you can -- there's -- a subscription service was launched in 2025, so you can subscribe to BBC.com, but it's also -- there's an advertising paywall as well.

Q Before 2025, could -- was there a way to subscribe to BBC.com --

A No.

Q -- or was that --

A It was freely available, but subject to ads.

Q And how does BBC.com keep track of its US subscribers today, meaning after it began offering a subscription service?

A     Sorry.  When you say -- you mean technically, how does it do it?

Q     Yes.

A     So there is a -- the technical details are slightly beyond me, but there's obviously a subscription management tool within the technology product stack for BBC.com so that once you're a subscriber in the same way as you are to any other website, you sign up for that website, you agree to pay a fee, you are then on the marketing mailing list for that website and you have certain access privileges from that website because you subscribed and you've paid and it's a relatively standard subscription management layer.  It's a relatively standard toolkit for websites.  And we have a product team that outsource or create that standard toolkit using a mixture of in-house developed code, but also third-party product stack elements.

Q     And so to understand, does BBC.com or any information or track the number of US subscribers?

A     Yes.  I mean, it's -- one of its -- it's trying to generate subscription revenue, so it's seeking to track subscribers because the more people subscribe to it, the more revenue it will generate.

Q     Okay.  And does BBC.com use any cookies or other tracking technology to identify the geographic

location of its US visitors?  And I'm talking not
subscribers, I'm simply talking visitors.

A    That's a good question.  I'm not sure the
answer to that question.  It will use some geo tracking,
because it needs to identify -- it needs to -- it needs
to be able to identify a country.  Whether it's
technically a cookie or whether it's some other bit on
the technology that's got a different name, I'm afraid I
don't know the answer to that question.

MR. TOBIN:  Nor was he -- I'll note an
objection.  Nor was he required to by any of the
topics you have listed or by virtue of his
appearance here on behalf of the entity that you
named in your notice.

BY MS. GARCIA:

Q    I think a third part of the New York office
that you mentioned was BritBox?

A    That's correct.

Q    Okay.  And I believe you previously testified
that BritBox is a subsidiary of BBC Studios Americas; is
that correct?

A    That's correct.  Yes.

Q    And describe for me what BritBox is.

A    So BritBox is also a subscription
video-on-demand service, an escort service as it's known

colloquially.  It has -- it's primarily a service making scripted programming available to an audience, so its target demographic is around sort of mystery, dramas and crime dramas and that's -- they're documentaries, which -- they're dramas which by giving the clue -- the clues in the title of the service they are generally about -- they're British stories generally and so usually about events shot in Britain or with British writers or British actors or British characters. There's a British connection.  That's the sort of USP service with its scripted content with a crime angle often and that's made available to an audience primarily in the United States and for one -- for -- who wish to subscribe to it.

Q    Is there any overlap between BBC Select and BritBox?

MR. TOBIN:  Object to the form of the question.  Answer it the best you can.

THE WITNESS:  So in 2025, BritBox launched a premium tier for its subscribers, which meant that if you could pay an annual fee and you paid once and you got certain privileges by joining that premium tier.  And one of those additional privileges, that you received a bundle of additional content that a normal subscriber would

not get and that content includes content from BBC Select.  So if you're a premier BritBox provider -- subscriber, sorry -- from last year you also got access to BBC Select content.  Prior to last year there was no overlap between BritBox and Select.

BY MS. GARCIA:

Q    Okay.  Does BBC Studios Distribution have any contracts for programming with any US entities?

A    BBC Studios Distribution, yes, it probably will have.  As I said, for the most part BBC Studios Distribution Limited will sign rights down the chain to BBC Studios Americas Limited to exploit in the US.  But if there is a deal with, let's say, Netflix and Netflix are acquiring global rights to a program, so multiple territories not just the United States, then that deal tends to be done by BBC Studios Distribution Limited rather than by the US entity, but because Netflix is headquartered in the US, the contract will be with a US-related entity in terms of Netflix.

So often if it's a global deal, the deal will be done by BBC Studios Distribution Limited, whereas if it's a US specific deal, the rights would pass down to BBC Studios Americas.

Q    Okay.  Are you familiar with any Trump-related content within BBC Studio Distributions distribution

catalog in 2023?

MR. TOBIN:  Object to the form of the question.  It's also outside the scope of any of your topics in your deposition notice.  I'm happy to be educated if you feel otherwise.  I just don't see it covered there.

MS. GARCIA:  Your objection is noted.

BY MS. GARCIA:

Q    Are you -- you can answer the question.

A    I know there have been other Trump documentaries, but I'm not aware of specifically the titles or of the content of them, but I know there have been other documentaries.

Q    That are within -- and just to be clear that are within BBC studio Distributions catalog, correct?

A    Actually, I don't know whether they're within BBC Studios Distribution catalog.  I know they've existed within the studios ecosystem, but I don't know whether that's on Select or in BBC Studios Distribution catalog, so I can't answer that question I'm afraid.

Q    Would BBC Studios Distribution have a separate catalog of content or does it maintain a catalog that would include BBC Select or any catalog that it has assigned -- I'm sorry -- any content that it has assigned to BBC Studios Americas?

A     So BBC Studios Distribution catalog is very large, so certainly until a couple of years ago, just to put it in context, I think BBC Studios Distribution was the largest distribution of content in the world, apart from the Hollywood major studios.  So it's a very substantial catalog and that is sold to platforms all over the world, both linear and digital platforms.  The BBC Select catalog is much, much smaller.  BBC Studios Distribution catalog is multi-genre, multimedia and multi-territory.  The BBC Select catalog, BBC Select is a much more recent service.  It only launched a few years ago and it has acquired factual programs solely and specifically for video-on-demand distribution in the United States, so it's a tiny subset.

Now some of those programs may also be in BBC Studios Distribution catalog, because it may well be that BBC Studios Distribution is selling some of those programs to other countries.  So if there is a documentary on BBC Select in the United States, it might be that BBC Studios Distribution is also selling it to France or Slovenia or Australia, but some of those programs may be completely separate and Select acquired them, but BBC Studios Distribution decided not to, because it didn't believe it would find an audience in different countries around the world.  So there probably

is an overlap between those catalogs, but there may well be programs in there that are unique to one side or the other.

Q    And if it's in -- and just to understand your testimony.  When you say that there -- there may be some programs that are unique to one or the other, if it's programs that would fall within Distribution's catalog, BBC Studios Distribution, would those -- would any of those programs be US facing as opposed to a situation where you have BBC Select programs that do not fall within Distribution's catalog, would those be US facing?

A    Can I understand what you mean by US facing? Do you mean in terms of the content of those programs or the audience for those programs?

Q    Well, you had testified that there are instances where BBC Studios Distribution would have content coming from BBC Select and it would distribute to other parts of the world and I'm paraphrasing.

A    Right.

Q    And then you previously testified that to the extent -- that BBC Studios Americas, that would be how BBC Studios Distribution would distribute US -- content to the US.

A    Yes.

Q    I'm trying to understand the overlap and where

the -- where the differences would be in those instances that you had just mentioned that there may -- there may be some in one and not in the other.

A    So let me -- let me try again.  I think -- I think what your question is getting at is prologue.  So as I said, the vast majority of the distribution catalog sits in BBC Studios Distribution.  It's been going for 40 -- 35, 40 years and it's acquired programs across multiple genres multiple times.  It's an enormous catalog.  It's about 50-, 60,000 hours of programming.  BBC Select has only existed for the last few years.  Generally speaking, BBC Select, sometimes people will have third parties or producers will come to BBC Select or distributors will come to BBC Select and ask them if they want to put a program on BBC Select in the US.  If the only rights that are available are that, then BBC Select sometimes just deals with that program directly and acquires the rights separately.  If on the other hand, the program had -- BBC Studios Distribution had acquired a basket of rights in a program which included the subscription video-on-demand rights for the US, then the rights probably flow from the distributor to BBC Studios Distribution and then on to the US entities.

But in some cases, if the only rights were available were the rights to put it onto BBC Select or

an equivalent, then there's no reason for BBC Studios Distribution to get involved, because it can't do anything with the program.  So it requires -- BBC Select just acquired the program rights directly, but I think there's relatively few of those.  That's not the way it normally works, but it does happen and it does happen.

Q    Understood.

A    Excuse me.  Would it be possible to take ten minutes --

MR. TOBIN:  I was going to ask the same.

MS. GARCIA:  I was going to suggest that as well.  I just flipped my page to make sure I was moving on to a separate topic.  So yes, I think now is a good time.

MR. TOBIN:  All right.  See you in ten minutes.

MS. GARCIA:  Thank you.

THE VIDEOGRAPHER:  We're going of the record.  The time is 3:38 p.m.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER:  We are back on the record.  The time is 3:51 p.m.

BY MS. GARCIA:

Q    All right.  Mr. Freeman, do you know which BBC entity operates BBC's social media accounts, for

Corp Representative of BBC Studios Distribution  Confidential
May 26, 2026

example, X, and if there are any other social media accounts?

A    It's -- I think that they're not operated from a single place across BBC Studios.  So they are sometimes operated by local, local or regional businesses.  The main hubs tend to be operated from the UK.

Q    Okay.  So my question is which BBC entity -- let's start with a different question.  Do you know what social media accounts any of the BBC entities operate?

A    Not in detail, no.  But BritBox will have its own social media profile.  BBC.com will have its own social media profile and the corporate ones and there will also be social media individual programs like Bluey, for example, which is a pre-school show, also has its own social media presence and that's run by the Bluey kind of brand team so it really could be any of the BBC studios entities.  It just depends on the -- it depends on the subject or the nature of that social media account.

Q    Okay.  So does BBC Studios Distribution operate any particular social media account?

A    BBC Studios Distribution will operate social media accounts, yes, because the primary social marketing and digital team sits within BBC Studios

Distribution.

Q    When you say the primary social media and marketing team --

A    The team primarily responsible within Studios for social media in our brands function, that function sits inside BBC Studios Distribution Limited.

Q    Okay.  And so I understand how it works, because previously you testified that it kind of depends as far as who operates the particular social media account.  I'm trying to understand the relationship between those folks that are designed on the marketing and social media team and what their role is in connection with a particular social media account, for example, Bluey or --

A    Correct.

Q    -- if there is a different social media account, what their role would be?

A    So -- well, let's pick Bluey as an example. So there is a brands team specifically dedicated to Bluey within our digital media team and they operate the Bluey -- the various different social media handles for Bluey and they do that because it's a very big brand and it has an enormous number of followers.  But that team only does Bluey because they're a Bluey focused team. Bluey is one of the only brands that's big enough to

have its own social media team, because most other brands don't have the level of social media traffic to justify that.  So a team that might be based in the center will run a, sort of a portfolio of different social media handles for different brands that aren't necessarily of that scale.  Whereas BritBox, for example, as a platform, BritBox is big enough to have its own media presence and it runs its own social media team within the BritBox infrastructure.  So it doesn't sit in our central social digital team that that BritBox team is housed within BritBox.

Q    Okay.  Are there any other social media handles that are operated outside of BBC Studios Distribution brands team other than BritBox?

A    Probably, yes.  I mean, there are literally hundreds of them across the company.  I just -- I don't know specifically where they operate from but there are, you know, there are sort of -- there's X feeds, there's Twitter, not Twitter.  There's X, there's TikTok, there's Instagram, there's a variety of different feeds that are about all sorts of different things.  And I'm not sure -- I couldn't name -- I couldn't tell you exactly who runs each of them because, as I said, there's hundreds of them across the business.

Q    Is BBC Studios Distribution responsible for a

BBC Panorama social media handle?

A    Not as far as I'm aware.  No.

Q    Are you aware if BBC Panorama has an X account?

A    I don't know whether it does or not.

Q    For these social media handles that are handled BBC Studios Distribution -- strike that.

Does BBC Studios Distribution handle any social media accounts or handles for purposes of the content that it maintains in its catalog?

MR. TOBIN:  Object to the form of the question.  Answer as best you can.

THE WITNESS:  So, yes.  There are generic BBC Studios accounts on different kinds of social media that will be used for marketing -- for corporate announcements or marketing specific launches or awards wins, for example, and some of those things may relate to programs in the distribution catalog and some of them may not, but they may do.

BY MS. GARCIA:

Q    And does BBC Studios Distribution use these social media accounts to market content that BBC Studios Distribution or BBC Studios Production is involved in airing or distributing or producing?

MR. TOBIN:  Object to form.

THE WITNESS:  Yes.  I mean, the social media -- the social media is used as a marketing tool for programs.  It's used as a way of announcing awards wins or nominations.  It's used to announce that new programs that might be appearing in a particular sales market or headlines and important deals that's happened.  Social media is used as a marketing tool by BBC Studios Distribution much as it is by anybody else.  It's a varied tool that's used for a variety of different purposes, including -- including marketing.

BY MS. GARCIA:

Q    Do you know if the documentary was marketed on any particular BBC branded social media platform?

MR. TOBIN:  Object to form.

THE WITNESS:  I do not.

BY MS. GARCIA:

Q    Let me -- I wasn't planning on using an exhibit, but this is a one-page document.  So I think I can put it up on the screen easily.  Do I have screen share abilities?  Let me see.  Give me a second.  Let me see if I can share it.  Are you able to see it?

MR. TOBIN:  We are.

BY MS. GARCIA:

Q    Okay.  Do you need me to enlarge it?

A     No.  I can see it I think with my glasses.
Yeah.

Q     Okay.  So this looks -- do you recognize this document at all?

A     I can't remember where I have seen it, but I have seen it.

Q     Okay.  And it appears to be a social media handle for BBC Panorama --

A     Correct.

Q     -- is that accurate.  Okay.  And do you know who or which entity is responsible for the handle BBC Panorama?

A     I don't know, but I assume it's BBC Public Service or BBC Panorama.

Q     And would BBC Studios, would anyone within BBC Studios Distributions brand team have access to the BBC Panorama X account?

MR. TOBIN:  Object to the form of the question.

THE WITNESS:  I don't know definitively, but I would be extremely surprised if they did, because constitutionally, BBC Studios is only allowed to get involved in the distribution of programs if it has acquired the distribution rights and those titles.  Because the BBC is funded by -- Public

Service BBC is funded by the license fee. BBC Studios is a commercial company, so BBC isn't allowed to use its license fee funding to benefit BBC Studios and therefore, if we're going to do something, we need to quire goods or services from the BBC at arm's length. And so if we hadn't acquired rights in this documentary, which we haven't, then it's highly unlikely that we would be entitled to access their social media feed, because there will be plenty of programs on the social media feed that have nothing to do with BBC Studios. So we wouldn't be entitled to access it to benefit from it.

BY MS. GARCIA:

Q But BBC -- but the social media accounts that are -- that BBC Studios Distribution is responsible for, those are not restricted to the public, correct?

MR. TOBIN: Object to form.

THE WITNESS: I'm sorry. I don't understand what you mean. Could you try and rephrase the question?

BY MS. GARCIA:

Q So I understand your testimony that BBC Studios Distribution would not necessarily post something like this, but my question is if BBC Studios

Distribution wanted to leave a comment or repost this just like a member of the general public could, isn't that something that BBC Studios Distribution could do?

MR. TOBIN:  Object to form.

THE WITNESS:  I have to say I don't -- I've -- I don't actually know how this media works.  I don't know whether you can take something off this feed and repost it, but if a member of the public can, then I would assume BBC Studios could, if it wanted to.  I can't see -- I can't imagine why it would if we weren't involved in the distribution of the program.  But if it's available to the public, I suspect it would be available to a corporation as well.

(Plaintiff's Exhibit No. 2 was marked for identification.)

BY MS. GARCIA:

Q    Okay.  Let me take this -- and so that we have this record, so I'm going to mark this as Exhibit 2. And for the record this is -- the Bates number is BBC00040372.  I'm going to stop my share.  Okay.  I want to touch upon something you had testified about, in this instance BBC Panorama, and usually something like this is post -- this type of a post usually happens as part of your license or distribution rights.  Is this -- if

BBC Studios Distribution distributes a program, is the social media promotion aspect of it something that is a part of the license rights or is that something that is licensed separately?

A    Generally speaking, if we acquire the rights to distribute a program, we would also acquire the rights to market and promote that program, because that's in the interest of the people who own it.  If we're going to distribute it, being able to promote it effectively is I would say an important part of distribution, so it's something which you would need to be able to do if you were to exercise your distribution rights effectively.

Q    Do you know if the BBC Studios Distribution pays any of the social -- strike that.

Does BBC Studios Distribution pay any social platform for advertising or audience targeting?

MR. TOBIN:  Object to form.

THE WITNESS:  I don't know the answer to that question.

BY MS. GARCIA:

Q    Do you know if BBC Studios Distribution advertises any of its program content outside of any BBC social media platform?

A    Yes.  I mean, it does -- we have taken in --

historically we've taken print ads occasionally for programs.  We've had billboards running for programs.  So we just recently, for example, had a live event celebrating the 100th birthday of David Attenborough and we took over all of the digital boardings on Piccadilly Circus to advertise that program with a click and a sort of message.  So yes, we wouldn't only -- we don't only market our programs on our own -- on our own platforms or our own social media feeds.  If the program justifies something differently, we will do something different.

Q    So doesn't BBC Studios Distribution have any contracts with any US entities for purposes of marketing or advertising?

MR. TOBIN:  Object to form.

THE WITNESS:  I don't know a specific one.  I would be very surprised if we did not, given the amount of programming that we -- the amount of programming that gets or has some connection with the United States.  So I would be surprised if there wasn't a marketing contract either for DVD or for some of our consumer products or possibly a program, you know --

MR. TOBIN:  Bless you.

THE WITNESS:  -- Bluey, for example, Bluey is marketed pretty heavily in the United States and I

would be quite surprised if there wasn't a marketing contract for Bluey.  But I have not reviewed all of our marketing contracts to be able to point to one specifically.

BY MS. GARCIA:

Q    And vice versa, does BBC Studios Distribution have contracts with entities in the United States for purposes of advertising or marketing that it sells on its social media platforms?

MR. TOBIN:  Same objection.  Object to form.

THE WITNESS:  Sorry.  Could you repeat that -- repeat the question?  Does --

BY MS. GARCIA:

Q    So --

A    I'm not sure I understand the distinction between that question and the previous one.  I'm not trying to be difficult.  I just didn't quite understand it.

Q    No.  No.  I don't think I was clear.  First question dealt with BBC Studios Distribution paying to advertise on an outside, for lack of a better term, outside social media account.

A    Yes.

Q    My question now is outside entities paying BBC Studios Distribution or having a contract with BBC

Studios Distributions to advertise on its social media platforms.  And if there are any contracts, US facing contracts for purposes of advertising on BBC's social media platforms.

MR. TOBIN:  Object to form.  Go ahead and answer please.

THE WITNESS:  So I don't know whether any third parties pay us to advertise on our social media platforms, but we do have an advertising sales business for adverts that we run on BBC.com, for example, so third parties will pay us to put adverts onto BBC.com, but I don't know -- I'm not aware of any contracts, but they might exist.  I'm just not aware of them, if there are any contracts with third parties to advertise on our social media platforms and -- I'm not aware of those.

BY MS. GARCIA:

Q    So I think -- and this may help clarify.  I think you had previously -- let me go back to my notes -- testified that in terms of BBC.com, there was advertisement that was basically geared towards the pages that -- that it depends on the geographic location that the advertisement -- that the advertisement was based on the geographic location of the BBC.com page. So what you're saying is there is advertising and you

wouldn't be surprised that the advertising would include US entities because of how the BBC.com website is operated; is that fair to say?

MR. TOBIN:  Object to form.

THE WITNESS:  So there is advertising -- so people pay to buy advertising space on BBC.com, but often those are by geographic.  I mean, if it's advert -- a US advert, then that advert would not necessarily run if somebody opened BBC.com in France, because it might be that the product isn't available, so it wouldn't be relevant.  So to that extent, the advertising is targeted.  But I don't know -- that's about advertising from the inventory of our platforms.  That's different to somebody advertising for an advert on our social media posts.  That's the bit I'm not aware of, whether there are contracts within our social media platforms.  That's different to our sort of funded platforms, so advertising funded platforms like BBC.com.

BY MS. GARCIA:

Q    Okay.

A    So, for example, actually we do sell adverts against our YouTube feeds.  So that's a bit like BBC.com, but we -- so to the extent that there's

advertising against content that appears on a feed like

YouTube, then yes, we will -- we will receive

advertising against it.  But I don't know whether anyone

pays us to be on our X feed or on our TikTok feed.  I'm

not aware of that, but certainly on YouTube and on main

platforms then, yes, we will endeavor to sell adverts to

monetize our content.

Q    And do you know if any of the advertisement

that appears on the web page or the YouTube page, would

that be specific, I know that you said that some -- it

would be at least US, could it be as specific as

state-specific advertisement?

A    I don't know, I'm afraid.

Q    Do you know if BBC.com tags content on a

state-level specific tag?

A    BBC.com tags content in a variety of different

ways and those tags sometimes are auto generated by the

system and sometimes they're generated by the producers

of the website or the content managers of the website.

And they do that in a way to aggregate content that's

relevant for audiences.  It might be by topic.  So it

could be by sports, for example, or by a composer or an

artist and it also might be geographic and those tags

are sometimes chosen by individuals.  So by customers,

if they decide or they signal that they're interested in

a particular topic, then that means that the website will register that that user is interested in a topic and will return other topics that might be interested to fulfill those criteria.  That's a fairly common mechanic within sort of content management systems for websites, so that if you express an interest in something, then the website will serve up content that it thinks that you are interested in.  I'm sure you'll find that on Wikipedia or some shopping sites that you go on or other news or content sites.  The algorithms will learn what you're wanting and will try and serve up things that it thinks you might be interested in.

Q    And these algorithms, is this something that BBC sets up or contracts to set up for --

A    So sometimes --

MR. TOBIN:  Object to form.

BY MS. GARCIA:

Q    Go ahead.

MR. TOBIN:  Go ahead.

THE WITNESS:  Sometimes these are manual tags which are created by the content managers who work on the system.  And I think increasingly the idea is that these are automated, but sometimes they're literally manual tags as a way of creating sort of schematic bundles of content that might be

interesting to viewers.

BY MS. GARCIA:

Q    I wanted to talk a little bit about iPlayer.
Is BBC -- I'm sorry, do you know what iPlayer is?

A    Yes, I do.  Yes.

Q    And is BBC Studios Distribution involved in
iPlayer?

A    I know it's not.

Q    Do you know which entity would be involved in
overseeing BBC iPlayer?

A    Yes.  The iPlayer is a BBC Public Service
platform.  It's funded in the same way that the BBC
Public Service linear channels are funded, so it's part
of the license fee funding structure and part of their
operation is overseen partially by the BBC Public
Service.

Q    So let me -- do you know if any promotional
material concerning the documentary was ever made
available on BBC.com?

A    I do not believe that -- I don't believe so.
No.

Q    Did you search to verify whether any
promotional material about the documentary was ever made
available on BBC.com?

A    Specifically about promotional material, no.

I think my focus was on whether BBC.com had acquired the documentary in order to air it. But if it hadn't acquired the documentary, it's -- it would -- there's no reason for it to promote it, because it hadn't acquired it, so that was -- that was the line of -- the line of inquiry.

Q   Did BBC Studios Distribution ever consider acquiring the rights to the documentary for distribution through any other platform other than the one offer to BBC Select?

A   I don't think the BBC -- the distribution lines were ever available to BBC Studios Distribution to acquire. October Films had a bunch of Blue Ant Media as the distributor for the program and there were no rights available for BBC Studios Distribution to acquire, so I'm not sure they -- the conversation ever came up. The only -- it's the only approach the BBC -- the BBC commercial companies was by the media to Select to see if they wanted to put it on that platform. I'm not aware of any other opportunity for us to acquire the distribution, so no, I don't believe those conversations happened.

Q   Did any conversation ever happen before BBC assigned those rights to October Films?

MR. TOBIN:  Object to the form of the

question.  No foundation.

THE WITNESS:  Should I answer?

MR. TOBIN:  Best you can.

THE WITNESS:  I'm not aware of any conversations between the BBC and our internal teams, because as I understand it, the history of the documentary is that the deal between October Films and Blue Ant Media was pretty much a package. And when -- when the program was properly being considered and funded, Blue Ant Media was already in place, as I understand it.  So I didn't know that there was any moment when the opportunity was presented to BBC Studios Distribution to acquire those rights.

BY MS. GARCIA:

Q    Do you know when that agreement was put in place between October Films and Blue Ant?

A    I don't -- off the top of my head, I don't know the date.  No.

Q    Do you know if BBC Studios Distribution ever communicated with anyone at October Films concerning the documentary?

A    My understanding is that the only communication was -- that BBC Group had was between BBC Select and Blue Ant.  I don't believe there was -- I'm

not aware of any direct communication between October

Films and BBC Studios Distribution.

Q    Do you know if BBC studios Americas engaged in

any promotional activity in connection with the

documentary in United States?

A    I don't believe they did, no.  And again, I'm

not sure.  We normally would only promote a program that

we were exploiting in some way.  So if we hadn't

acquired the rights to exploit it, I'm not sure why we

have promoted it.  We would be doing somebody else's job

for them.

Q    And I believe, Mr. Freeman, you had previously

testified that BBC -- BBC Studios Distribution has

distributed programs that were produced by October

Films.  Do you recall that?

A    Yes.  I think I said -- I think I said I

believe that we have done, but I'm not familiar with the

titles of those films or when that happened, but I

understand there's been -- a studio arrangement between

them in the past.

Q    So in the last three years, do you have an

estimate as to how many programs BBC Studios

Distribution would have distributed involving October

Films --

A    I don't.

Q    -- that were produced by -- in the last year, do you know how many programs BBC Studios Distribution would have distributed for October Films?

A    I don't know.

Q    Do you know if BBC Studios Distribution, does it have any current contract with October Films for distribution of a program?

A    Again, I don't know, I'm afraid.

Q    What about going to back to BBC Studios Distribution's relationship with Blue Ant Media --

A    Um-hmm.

Q    -- does BBC Studios Distribution have a license relationship or agreement with Blue Ant?

A    It's -- Blue Ant Media does operate a couple of television channels in Canada on behalf of the Studios group.  I think the contract is actually with our Canadian subsidiary, BBC Canada Limited, which is another subsidiary.  So I don't think it is a relationship directly with BBC Studios Distribution Limited, but it's part of the kind of distribution construct to the group overall, but they operate to BBC branded channels on the Blue Ant platform in Canada.

Q    Is the Blue Ant entity that you were describing different from the Blue Ant entity that had reached out to BBC Select for the purposes of offering

the documentary?

A    I'm afraid I don't know enough about the corporate structure of Blue Ant to be able to answer that question.

Q    Do you know if the relationship with the Blue Ant Canada entity that you have described, is that pursuant to a master type of agreement that would involve various types of materials --

MR. TOBIN:  Object to form.

BY MS. GARCIA:

Q    -- or is it on a specific program-by-program basis?

MR. TOBIN:  Object to the form of the question.  Outside of the scope of topics -- appropriate topics, the topics you listed in this deposition notice.  Go ahead and answer as best you can.

THE WITNESS:  My understanding is that the agreement is -- it's a license agreement for two channels.  They're branded channels.  One is called BBC First and one is called BBC Earth and Blue Ant operates those two channels and that there's a sort of program license agreement that goes with it.  So they take the channels and the programming that's made available on those channels.

BY MS. GARCIA:

Q    Understood.  That's why I was asking, because I was trying to understand whether or not there was a different Blue Ant entity that had approached BBC Select in order to --

A    Yes.  I'm afraid I don't know the answer to that specific question.

Q    Okay.  Do you know if BBC Studios Distribution, does it have a direct business relationship with Little Dot?

A    So the relationship -- I mean, Little Dot -- my understanding of Little Dot and my only connection with Little Dot has been that it was an -- it managed YouTube channels on behalf of other companies.  I believe there are some relationships historic.  I don't know whether they're historic or current, but we've had with Little Dot providing some services for BBC Studios. And I'm not sure -- they're not particularly substantive as far as I'm aware, but there may well be some contractual relationships with different bits of the Studios group for Little Dot services.

Q    Do you know if BBC Studios Distribution, did it have any communication with Little Dot concerning the documentary?

A    It did not as far as I'm aware.  No.

Q    You had previously mentioned I think you referred to them as indies or independent entities that BBC has a small interest in.  And I'm using BBC generally because my question is geared towards, does BBC Studios Distribution have any interest in an independent entity as you had previously described?

A    So yes, I thought I mentioned it, but perhaps I wasn't clear.  I think the ownership stakes in those production labels generally sit inside BBC Studios Distribution Limited more because sort of accidents of history in the corporate structure, but the stakes that we have in the nine or ten production labels, they are generally managed through BBC Studios Distribution Limited.

Q    So these are -- because you mentioned that they're production, I think you said production labels, so BBC --

A    That's our terminology from --

Q    So explain to me what you mean by production label.  Just because I'm trying to understand BBC Studios Distribution's relationship with these independent entities and these are production I'm assuming or you can explain that for me?

A    Yes.  It's a little bit complicated and it's just sort of accidents of corporate history of why it's

set up that way, but I can -- I'll try and explain it briefly.  So before, when historically BBC Studios Distribution Limited was a company called BBC Worldwide Limited and it was a distributor, so its function was similar to BBC Studios Distribution Limited.  At that point we did not own the in-house BBC Studios Productions Limited.  That production business was still part of the BBC Public Service and was operated as a BBC Public Service Production business.  So BBC Worldwide because it was looking to create an expansive distribution catalog, it needed to create additional supply of programs because the content that was coming from the BBC Public Service Production entity was not sufficient.  And so in order to build out that -- that supply of content for its distribution pipeline, it invested in a number of small production labels which are independent production companies essentially.  So small companies, often just a handful of people who come up with a series of creative ideas in a particular genre or topic and we acquired, to start with, minority stakes in those companies.  But then gradually, the stakes have increased and we now wholly own a substantial portion of them and we majority own the rest.  But those entities were bought by BBC Worldwide for the most part because it was BBC Worldwide's wish to try and acquire or make

sure that it was securing additional content supply for its distribution business.

Once the BBC, through the production business over the -- over the fence, if you like and it ceased being a public service run production business and became a commercial company that merged with BBC Studios, because the creative talent that runs the labels is much more -- works much more effectively with the creative talent that sits in BBC Studios Productions Limited.  So on a day-to-day business, the production labels and our in-house production business are run as one content studio and the distribution -- but the distribution rights are exploited by BBC Studios Distribution Limited.  We've just never moved the ownership stake around the corporate structure to match up with the way that they're managed on a day-to-day basis, because there's no reason to do that.  It's just expense and legal paperwork that doesn't really deliver any value, so we haven't bothered to do it.

Q   Understood.  Understood.  And are any of these individual entities US entities?  And I'm referring to the nine or ten production type of production labels.

A   No.  I believe they're all in -- they're all UK based or international based labels.  Some are not UK based.  Some are -- there's a Spanish label and we have

some -- the rest I think are UK.  But BBC Studios Americas has a production business in Los Angeles, but that was a bought one.  That was a grown one, if you like.  That was our own business.  We didn't buy into that, but Studios Americas has a production office in Los Angeles.

Q    Okay.  And does -- is October Films one of these independent entities for which BBC Studios Distribution has an ownership interest in?

A    No.

Q    Do you know the names of these entities that BBC Studios Distribution has an ownership interest in?

A    I'm trying to remember them.  So there's one called Sit Gentle.  There is one called Baby Cow. There's one called House Productions.  There's one called Lookout Point.  There is one called -- the Spanish company is called Brutal.  The Australian company is called Werner, W-E-R-N-E-R.  There's another one in the UK called Firebird Productions and I think off the top of my head that's all of them but I may have missed one.

MS. GARCIA:  Let me take a quick break.  I just want to make sure and go through my notes. I'm probably very close to the end.  So if we can go ahead and do that?

MR. TOBIN:  How long do you want to take?

MS. GARCIA:  I would say five, ten minutes, but if you all need a little bit longer, that's fine as well.  I just want to go through the notes.

MR. TOBIN:  Shorter would be better, but I don't want to shortchange you, so why don't you tell me how long you need on the notes.  It's getting late here and it's getting hot in this room.  That's why I'm saying that.

MS. GARCIA:  Oh, wow.  No worries.  So let's do five minutes.

MR. TOBIN:  Thank you, Jalaine.

THE VIDEOGRAPHER:  All right.  Going off the record.  The time is 4:39 p.m.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER:  We are back on the record. The time is 4:48 p.m.

BY MS. GARCIA:

Q    All right.  Mr. Freeman, if you can pull back up Exhibit 1.  I had -- I had a few questions about these topics that I wanted to touch up on so we can make it easier.  I know we've been discussing a lot of the facts and what I wanted to ask you is as to some of these and I'll specify which one.  Number two states the principal facts, documents, and witnesses explaining why

BBC Studios Distribution contends that it is not subject to personal jurisdiction in this action.  Can you identify for me what documents BBC Studios Distribution is relying on to support its contention that it is not subject to personal jurisdiction here?

MR. TOBIN:  I'm going to object to the form of the questions.  It calls for a legal conclusion.  Please go ahead and answer as best you can.

THE WITNESS:  So the documents relate to a couple of different areas.  The first there is a -- the documents that set out or identified the corporate structure of BBC Studios Distribution, which is a kind of printout from our company secretarial run sort of company organizational software.  I think it's called Diligent and that demonstrates that BBC Studios Distribution is a UK incorporated company with its headquarters in London.  The second document would be email exchanges that I had with my property team where we've been investigating whether or not there are any international offices for BBC Studios Distribution.  And we're clear that -- and that's clear that BBC Studios Distribution does not have offices in the United States.

The third document relates to email exchange

and a printout from our HR system demonstrates that BBC Studios Distribution does not have US employees.  And the fourth set of documents relate to the topics we've been discussing. BBC Studios Distribution was not in any way involved in the production or distribution of the documentary.  So that would include the documents that show the distribution of the program was being undertaken by Blue Ant, but the documents that we talked about earlier in relation to BBC Select and the absence of any information on any of the studios rights system indicates there was any kind of contract in relation to the specific documentary.  So taken together, those documents are the ones that relate to the jurisdictional question.

BY MS. GARCIA:

Q   Okay.  And then if we can look at number five and number five asks -- deals with BBC Studios Distribution business activities in the US -- in the United States in Florida from January 1st, 2023 to the present, including any content, distribution, licensing, digital publication, marketing, revenues, customers, subscribers and business partners in the United States and Florida.  So we touched upon this briefly and I think in some respect you had testified about BBC

Studios America as the subsidiary that handles the US operating arm for BBC Studios Distribution; is that accurate?

MR. TOBIN:  Object to the form of the question.  You can answer.

THE WITNESS:  So yeah.  It's -- I think it's a little bit more complicated than that.  Because as we talked about earlier, BBC Studios Distribution -- I'm sorry, BBC Studios Americas is the recipient in the chain of title of certain programs as they flow through to exploitation.  And that's programs where BBC Studios Distribution is looking -- is licensing rights down to BBC Studios Americas for specific exploitation in the US.  But it may also be the BBC Studios Distribution is, for example, contracting with the likes of Netflix or other global -- global subscription services.  If we are doing a global deal for a title which has multiple territories including the US, then that deal would tend to be done by BBC Studios Distribution directly and not by BBC Studios Americas.

If similarly, some of our consumer products if they're global toy deals, for example, that might be done out of the UK company, whereas if it's a US specific deal, it may well be a sort of part of a

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

flow of title that flows down to BBC Studios

Americas for exploitation in the United States.

BY MS. GARCIA:

Q    So what business activities does BBC Studios

Distribution have in the United States directly?

MR. TOBIN:  Object to the form of the

question.  Since you tied it to topic five, I'll

note that we objected that BBC Studios Distribution

will designate a witness or witnesses to testify on

behalf of this topic as to any business activities

related to the documentary.  And so subject to that

objection, please answer the question as best you

can.

THE WITNESS:  So looking at the categories

within the question, so in terms, for example, of

content distribution and as I have said, if BBC

Studios Distribution was doing a global deal with a

streaming platform like Apple or Amazon or Netflix,

then it's possible that that would be a -- that

would be a contract that was directly with BBC

Studios Distribution.  But BBC Studios Production

makes probably two, two and a half thousand hours

of programs a year, a substantial portion of which

are invested in some degree by BBC Studios

Distribution.  Those programs may have some

connection to the United States.  That might be because there's a US commissioner.  It might be in some cases because we're filming in the United States.  So the volume of contracts and potential documents we're talking about in terms of if you look at several thousand programs a year -- several thousand hours of programs a year and a significant proportion of those having some kind of connection with the US multiplied by multiple years, it's probably thousands of potential documents and may be a month's work for somebody to look at all of them.  So on the advice of counsel, we did not go through the detailed exercise of looking at every document in relation to that specific question.

BY MS. GARCIA:

Q    Okay.  And then as to topic six and I'll read it for the record, the principal facts, documents, and witnesses relating to any agreements, sublicenses, negotiations or communications in which BBC Studios Distribution participated concerning US or North America distribution of the documentary, including any role involving October Films, Blue Ant Media, Little Dot Studios or other third parties.  And I wanted to close the loop on this, because you did mention a few documents that you had reviewed in connection with BBC

Studios Select, but just so that we can close the loop and get the universe, what documents is BBC Studios Distribution, what documents did you review in connection with this topic?

MR. TOBIN:  And I'll note that we objected to your deposition topic.  I'll read the objection since you read the question.  BBC Studios Distribution further objects to this topic as overly broad and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it had no agreements, sublicenses or negotiations related to the documentary.  Subject to and without waiving the foregoing, BBC Studios Distribution will designate a witness or witnesses to testify on its behalf as to any communications related to the documentary.  So with that objection, please answer her question.

THE WITNESS:  So the documents -- to some degree we talked already about the relevant documents for this question, because the only document -- the only inquiry that was linked directly from October Films, Blue Ant Media or Little Dot was the inquiry that Blue Ant Media made of BBC Select if it wishes to -- if it wished to acquire that program and as I have testified, there

would be -- there was no evidence that BBC Select did acquire that program.  There's sort of negative evidence of there not being a contract, but there being a positive -- positive -- not positive, but a proactive remark of lack of interest on one of the spreadsheets and then the absence of any visual information about that documentary on the inventory.  So that's -- those are the sort of documents that were reviewed specifically in relation to -- in relation to that question.  But also, the contract that we've spoken about, the contract between the BBC and October Films, which is clear that made it clear that October Films was the producer and then the subcontract between October Films and Blue Ant Distribution -- Blue Ant Media, which made it clear Blue Ant Media was appointed as the distribution -- as the distributor for that program.  And then the evidence that I have seen on a spreadsheet, but not the contract, as we discussed earlier that showed Little Dot Studios acquired the US rights in that documentary.

So although not all of those documents directly are BBC Studios Distribution because they're sort of sub-companies within the group, they refer to the broader ecosystem of contracts

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

that we've been talking about.  And all relate to the fact that there isn't any evidence that BBC Studios Distribution had anything to do with the production or distribution of this documentary.

BY MS. GARCIA:

Q    Now, next and the last one I wanted to touch upon is number four.  The principal facts, documents, and witnesses explaining why BBC Studios Distribution contends that the documentary was never available -- never available on BritBox in Florida or anywhere else in the world.  And I wanted to ask you -- I think you previously testified that BritBox is a subsidiary of BBC Studios Americas; is that accurate?

A    Yes.

Q    Does BritBox have Florida subscribers?

MR. TOBIN:  Object to form.  Go ahead and answer.

THE WITNESS:  So BritBox is set up as a subscription video-on-demand service in the US.  It seeks to get subscribers across the US and also actually in the Nordics and Australia, but it looks for subscribers across the US in every state.

BY MS. GARCIA:

Q    Okay.  Do you -- what -- bless you.

MR. WILCOX:  Thank you.

MR. TOBIN:  For the record, one of the people in the room sneezed.  Thank you, Jalaine, for your politeness.

MS. GARCIA:  It's such a habit.

MR. TOBIN:  You're very kind.  Thank you.

MS. GARCIA:  You're welcome.

BY MS. GARCIA:

Q    So please tell me the documents that you have reviewed and that BBC Studios Distribution is relying on for its contention that the documentary was never available on BritBox in Florida or anywhere else in the world?

A    So before 2025, BritBox was solely a scripted service, so it produced -- I'm sorry, it distributed or it aired, rather, scripted programs where they're sort of bent towards crime and mystery.  So they're all dramas, but they're fictional content.  It was not a factual service in any way.  It only had scripted programs on it.  In 2025, it launched a premier tier, so that certain people, if they were willing to pay an annual subscription rather than a monthly subscription, they would be able to access some additional privileges and that included an additional bundle of free content and that documentary content is effectively the BBC Select documentary content.  So the only way the

documentary could have been on BritBox is if it was on BBC Select.

So if we go back to the previous iteration of the conversation, the documentary wasn't on BBC Select and the only documentaries that appear on BritBox are a bundle of content from BBC Select.  So I've heard that directly from the acquisition manager, Jennifer Moon, at BritBox.  I have also just double-checked this fact.  We have reviewed a printout from BritBox's content management inventory to see whether there is any evidence that this title appeared on BritBox's inventory at all and there is no record of this title appearing at all on the inventory.  So a combination of those things makes me very confident that this title did not air on BritBox in Florida or anywhere else in the world.

MS. GARCIA:  Okay.  Thank you.  Okay.  I think that's all I have.  So I am done.  I don't know if you have any questions.

MR. TOBIN:  We do not.  Thank you for asking.

MS. GARCIA:  Of course.  Thank you, Mr. Freeman.  I know it's been a long day on your end and for the rest of the folks here.

MR. TOBIN:  Thank you, Jalaine.

THE VIDEOGRAPHER:  Before we go off, counsel, the orders?

MS. GARCIA:  What did Ian ask for at the prior deposition?  I'm going to follow his lead on that.

MR. TOBIN:  He ordered the transcript and a rough.

MS. GARCIA:  All right.  Go for it.

THE VIDEOGRAPHER:  And same for you --

MR. TOBIN:  Folks, we'll order the same and many thanks for your endurance, Mr. Price and Ms. Ambersley.

THE VIDEOGRAPHER:  Yes, sir.  All right.  We are going off the record.  The time is 5:05 p.m.

                    -   -   -

(Thereupon, the deposition was concluded and reading and signing was not waived.)

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA)
COUNTY OF ST. LUCIE)

I, Sharon Ambersley, FPR, do hereby certify that I was authorized to and did stenographically report the foregoing video-recorded deposition of Martyn Freeman; that a review of the transcript, was requested; and that the foregoing transcript, pages 1 through 100, is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 2nd day of June 2026, at St. Lucie County, Florida.

_____
Sharon Ambersley, FPR
Notary Public - State of Florida
My Commission:  HH511304
My Commission Expires:  07/06/28

                       CERTIFICATE OF OATH

   STATE OF FLORIDA)

   COUNTY OF ST. LUCIE )


   I, Sharon Ambersley, Florida Professional Reporter,

   Notary Public, State of Florida, certify that the

   witness, MARTYN FREEMAN, personally appeared before me

   on the 26th day of May 2026 and was duly sworn.




              WITNESS my hand and official seal this 2nd day

        of June 2026.




   _____
   Sharon Ambersley, FPR
   Notary Public - State of Florida
   My Commission:  HH511304
   My Commission Expires:  07/06/28

E R R A T A   S H E E T

IN RE:  PRESIDENT DONALD J. TRUMP VS. BRITISH

BROADCASTING CORPORATION A/K/A BBC, ET AL

DEPOSITION OF: MARTYN FREEMAN

TAKEN: May 26, 2026

    DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

PAGE #  LINE #   CHANGE                    REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Please forward the original signed errata sheet to this
office so that copies may be distributed to all parties.

Under penalty of perjury, I declare that I have read my
deposition and that it is true and correct subject to
any changes in form or substance entered here.


DATE: _____


SIGNATURE OF DEPONENT:_____

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

DATE: June 2, 2026

TO:    CHARLES D. TOBIN, ESQ.
       c/o Martyn Freeman
       1909 K Street, NW
       12th Floor
       Washington, DC 20006
       U.S.  Legal Job#: 7148640-001

IN RE: PRESIDENT DONALD J. TRUMP VS. BRITISH
BROADCASTING CORPORATION A/K/A BBC, ET AL

IN RE: Dear : Mr. Tobin

This letter is to advise you that the transcript of your client, MARTYN FREEMAN, taken in the above-styled case on May 26, 2026, has been completed and is awaiting his/her reading and signing.

Please have him/her contact our office at (754) 201-2346 to make arrangements to read and sign the deposition transcript. Our office hours are 9:00 a.m. to 5:00 p.m., Monday through Friday.

If the transcript is not signed by the witness within 30 days after this letter has been furnished, we will then process the transcript without a signed errata page. If your client wishes to waive their signature, please have him/her sign his name at the bottom of this letter and return it to our office @ U.S. Legal Support, 16825 Northchase Drive, Suite 900, Houston, TX 77060-6004.

Your prompt attention to this matter is appreciated.
Sincerely,

_____
Sharon Ambersley

I do hereby waive my signature:


_____
MARTYN FREEMAN
cc via transcript:                    Ian Michael Corp, Esq.
                                      Charles D. Tobin, Esq.
file copy

| | | | |
|---|---|---|---|
| **1** | **2:10** | 8,9,16 33:2 | 35:21 41:16 |
| | 4:8 | 87:10 92:6 | 43:23 44:13, |
| **1** | | **absorbed** | 18,19 55:12, |
| 13:14,21 | **3** | 14:13 | 22 57:8,20 |
| 85:20 | | **accepted** | 58:4 64:24 |
| **100** | **35** | 42:3 | 65:7 75:1,3, |
| 9:10 | 57:8 | **access** | 4 77:9 82:20 |
| **100th** | **3:38** | 48:11 50:11 | 92:21 |
| 68:4 | 58:19 | 53:4 64:16 | **acquires** |
| **1st** | **3:51** | 65:9,12 | 46:20 57:18 |
| 87:20 | 58:22 | 94:22 | **acquiring** |
| | | **accessing** | 26:1,16,17 |
| **2** | **4** | 48:11 | 30:23,24 |
| | | **accidents** | 39:24 45:1 |
| **2** | **40** | 81:10,25 | 53:14 75:8 |
| 66:15,19 | 57:8 | **account** | **acquisition** |
| **2012** | **4:39** | 59:20,22 | 29:20 32:10 |
| 14:11 | 85:14 | 60:10,13,17 | 95:7 |
| **2017** | **4:48** | 62:4 64:17 | **acquisitions** |
| 14:11,19 | 85:17 | 69:22 | 7:18 9:4,5 |
| **2017/2018** | | **accountant** | 22:21 25:18 |
| 14:21 | **5** | 45:15 | 29:21 31:9 |
| **2021** | | **accounts** | **across** |
| 14:7 15:2,5, | **50-** | 58:25 59:2, | 49:8 57:8 |
| 8 | 57:10 | 10,24 62:9, | 59:4 61:16, |
| **2022** | **5:05** | 14,22 65:15 | 24 93:20,22 |
| 15:8 | 96:11 | **accurate** | **act** |
| **2023** | | 37:7 40:12 | 15:23,24 |
| 43:14,15 | **6** | 43:3 46:12 | 17:20 44:22 |
| 54:1 87:20 | | 64:10 88:3 | **action** |
| **2024** | **60,000** | 93:13 | 15:19 86:2 |
| 22:5 | 57:10 | **accurately** | **actively** |
| **2025** | | 46:2,14 | 47:16 |
| 49:15,18 | **A** | **acquire** | **activities** |
| 52:19 94:13, | | 23:8 25:9 | 87:19 89:4, |
| 19 | **abilities** | 26:4,23 | 10 |
| **2026** | 63:21 | 34:7,23 35:3 | **activity** |
| 4:9 | **able** | 40:4 44:7,24 | 77:4 |
| **26** | 48:6 51:6 | 47:1,12 | **actors** |
| 4:9 | 63:22 67:9, | 67:5,6 | 52:9 |
| **28** | 12 69:3 79:3 | 75:13,15,20 | **actual** |
| 22:2 | 94:22 | 76:13 82:25 | 39:18 |
| **28th** | **above** | 91:25 92:2 | **added** |
| 22:2 | 4:5 | **acquired** | 12:14 |
| | **absence** | 23:17 24:15 | **addition** |
| | 26:22 32:7, | 26:3,18,20, | 15:11 |
| | | 25 32:11 | |

Corp Representative of BBC Studios Distribution · Confidential
May 26, 2026

additional
  52:23,25
  82:11 83:1
  94:22,23
adequately
  42:6
admissible
  91:10
ads
  49:22 68:1
advert
  71:8,15
advertise
  68:6 69:21
  70:1,8,15
advertisement
  70:21,23
  72:8,12
advertises
  67:23
advertising
  35:1 48:3,7,
  12 49:17
  67:17 68:13
  69:8 70:3,9,
  25 71:1,5,6,
  12,13,15,19
  72:1,3
adverts
  70:10,12
  71:23 72:6
advice
  90:12
affairs
  7:20,22 9:18
  29:13 30:19
affirm
  5:10
afraid
  51:8 54:20
  72:13 78:8
  79:2 80:6
afternoon
  4:7
aggregate
  72:20

ago
  21:7 33:15
  55:2,12
agree
  42:23 50:9
agreement
  76:16 78:13
  79:7,19,23
agreements
  25:7 90:18
  91:11
ahead
  13:18,20
  17:4 18:10
  34:4 70:5
  73:18,19
  79:16 84:25
  86:8 93:16
air
  15:22 21:8,
  19 22:19
  26:13 27:9,
  23 29:16
  31:15 32:4
  33:5 34:22
  35:19 39:15
  40:8,21 41:6
  43:16 75:2
  95:14
aired
  15:25 16:3
  27:15 32:12,
  14 34:2
  38:16,24
  94:15
airing
  23:5 25:16
  28:15 30:17
  62:24
algorithms
  73:10,13
allowed
  64:22 65:3
Amazon
  89:18
Ambersley
  4:3,23 96:9

America
  16:19,20
  17:13,15,19,
  21 18:5
  19:23 43:3,
  16,18 44:1,5
  45:5 88:1
  90:20
America's
  43:6
Americas
  16:14 17:2,
  12 18:19
  19:3,13
  43:8,21
  45:5,9,10,20
  46:1,6
  47:20,21
  51:20 53:12,
  23 54:25
  56:21 77:3
  84:2,5 88:9,
  13,21 89:2
  93:13
amount
  28:16,21
  68:17
and/or
  27:13
Angeles
  43:10 84:2,6
angle
  52:11
announce
  63:4
announcements
  62:16
announcing
  63:3
annual
  52:21 94:21
answer
  7:6 18:10,17
  24:25 29:11,
  18 30:13
  34:4 38:7
  41:8,17

51:4,9 52:18
  54:9,20
  62:12 67:19
  70:6 76:2
  79:3,16 80:6
  86:8 88:5
  89:12 91:17
  93:17
answered
  34:4 42:19,
  20
answering
  6:19 11:11
  29:23
answers
  42:22
Ant
  10:12 21:13,
  15 22:18
  23:9,18,20
  24:2,5,8,12,
  18,22 25:3,4
  31:15 34:9
  35:20,22
  40:18 42:17
  75:13 76:8,
  10,17,25
  78:10,13,14,
  22,23,24
  79:3,6,21
  80:4 87:9
  90:22 91:22,
  23 92:15,16
anybody
  16:2 19:11
  42:18 63:9
anymore
  33:10
anyone
  41:5 64:15
  72:3 76:21
apart
  55:4
apologies
  10:18 22:5
appeal
  30:9,23

Corp Representative of BBC Studios Distribution · Confidential
May 26, 2026

**appearance**
 51:13
**appearances**
 4:25
**appeared**
 33:6 36:17
 37:8,20,22
 38:1,10,11
 39:3,9,10
 95:11
**appearing**
 63:5 95:12
**appears**
 64:7 72:1,9
**Apple**
 89:18
**appointed**
 24:8 35:16
 92:17
**appreciate**
 9:8
**approach**
 75:17
**approached**
 15:18,22
 16:3 21:8,
 11,13,16,18
 39:14 80:4
**appropriate**
 42:21 79:15
**approximately**
 8:5
**archive**
 28:5
**area**
 20:2,3,4,5
 35:24
**areas**
 19:1 20:1
 86:10
**arm**
 21:6 88:2
**arm's**
 65:6
**around**
 11:17 15:9
 46:25 52:3

 55:25 83:15
**arrangement**
 77:19
**artist**
 72:23
**arts**
 49:5
**asked**
 17:6 19:2
 34:3 41:11
 42:2,20
**asking**
 42:17 80:2
 95:19
**asks**
 87:18
**aspect**
 46:23 67:2
**assign**
 45:4
**assigned**
 46:1 54:24,
 25 75:24
**assume**
 19:6 24:11
 38:13 64:13
 66:9
**assuming**
 81:23
**Attenborough**
 68:4
**audience**
 27:16,17
 28:12,23
 29:4 30:2,3,
 9 48:19
 52:2,12
 55:24 56:14
 67:17
**audiences**
 28:2 72:21
**Audio**
 4:9
**Australia**
 55:21 93:21
**Australian**
 84:17

**auto**
 72:17
**automated**
 73:23
**available**
 39:2 42:3
 43:24 47:25
 48:2,9 49:22
 52:2,12
 57:16,25
 66:12,13
 71:11 74:19,
 24 75:12,15
 79:25 93:9,
 10 94:11
**awards**
 62:17 63:3
**aware**
 24:23 25:9
 36:17 39:21
 42:1 46:8
 54:11 62:2,3
 70:13,14,16
 71:16 72:5
 75:20 76:4
 77:1 80:19,
 25

---

**B**

---

**Baby**
 84:14
**back**
 9:9 19:18
 21:6 28:6
 30:4 31:2
 39:12 47:24
 58:21 70:19
 78:9 85:16,
 19 95:3
**Ballard**
 5:5
**based**
 61:3 70:24
 83:24,25
**basically**
 70:21

**basis**
 18:16 27:5
 79:12 83:17
**basket**
 33:18 57:20
**Bates**
 66:20
**BBC**
 5:6,8 6:1,8,
 12,24 7:3,
 17,18,21
 8:16,21,22
 9:1,6 10:4,
 7,10 11:12
 14:3,9,11,
 12,15,22,23
 15:17,21
 16:5,6,7,10,
 14,15,18,19,
 20,22,24
 17:1,2,7,8,
 13,15,18,20
 18:4,7,19,23
 19:3,12,23
 20:16,20,22
 21:6,7,11,
 13,16,19
 22:10,18,19
 23:4,6,10,
 14,17 25:5,
 6,8,15,25
 26:12,15,19,
 21 27:9,16,
 22,25 28:8,
 13,14,19
 29:5,9,13,
 16,20 31:14
 32:3,18
 33:3,4,6,7,
 13 34:2,6,9,
 13,19,22
 35:20 36:7,
 11,12,14
 37:13 39:12,
 13,14 40:7,
 21 41:5,6,
 11,23 43:2,
 5,8,16,17,

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

18,19,20,21,
23,25 44:2,
5,6,7,9,17,
20 45:3,4,5,
8,10,20,23,
24 46:1,4,5,
6,17,18,20,
24 47:2,4,5,
10,11,14,16,
19,20,21
48:16 51:20
52:15 53:1,
4,7,9,10,12,
16,21,23,25
54:15,17,19,
21,23,25
55:1,3,8,10,
15,17,19,20,
23 56:8,10,
16,17,21,22
57:7,11,12,
13,14,15,16,
19,22,25
58:1,3,24
59:4,8,10,
18,21,23,25
60:6 61:13,
25 62:1,3,7,
8,13,21,22,
23 63:8,14
64:8,11,13,
14,15,16,22,
25 65:1,2,4,
6,11,15,16,
23,25 66:3,
9,23 67:1,
14,16,22,23
68:11 69:6,
20,24,25
73:14 74:4,
6,10,11,12,
15 75:7,10,
11,12,15,17,
23 76:5,13,
20,24 77:2,
3,13,22
78:2,5,9,12,
17,19,21,25
79:21 80:4,

8,17,22
81:3,5,9,13,
17,20 82:2,
3,5,6,8,9,
13,24,25
83:3,6,9,13
84:1,8,12
86:1,3,12,
16,21,23
87:2,4,10,
18,25 88:2,
8,9,12,13,
15,20,21
89:1,4,8,16,
20,21,24
90:19,25
91:2,7,13,24
92:1,12,23
93:2,8,12
94:9,24
95:2,4,6

**BBC's**
  7:15 49:2
  58:25 70:3

**BBC.COM**
  18:23 20:9
  36:5,6,18
  37:8,11,18,
  22 38:6,21
  39:9 47:24
  48:2,5
  49:16,19,23
  50:7,18,24
  59:12 70:10,
  12,20,24
  71:2,6,9,25
  72:14,16
  74:19,24
  75:1

**Bbc.com.**
  20:6,25
  35:25 37:21
  38:3,24
  41:24,25
  47:24 48:25
  71:20

**BBC00040372**
  66:21

**began**
  49:24
**beginning**
  15:8
**behalf**
  4:22,23 5:3,
  6 6:24 7:9
  22:10,18
  29:19 43:17,
  19 44:21
  51:13 78:15
  80:14 89:10
  91:15
**believe**
  9:6 14:2
  15:16,25
  22:7,22
  24:12 29:12
  31:17,25
  38:9 43:15
  47:9 51:19
  55:24 74:20
  75:21 76:25
  77:6,12,17
  80:15 83:23
**benefit**
  65:3,13
**bent**
  94:16
**best**
  7:7 18:10,17
  24:25 29:11,
  18 30:13
  38:8 52:18
  62:12 76:3
  79:16 86:8
  89:12
**better**
  69:21 85:5
**big**
  20:1 46:23
  60:22,25
  61:7
**billboards**
  68:2
**binding**
  7:3

**birthday**
  68:4
**bit**
  17:16 51:7
  71:16,24
  74:3 81:24
  85:3 88:7
**bits**
  10:6 80:20
**bless**
  68:23 93:24
**blocked**
  48:23 49:8
**blocking**
  49:9
**Blue**
  10:12 21:13,
  15 22:18
  23:9,18,20
  24:2,5,8,12,
  18,22 25:3,4
  31:15 34:9
  35:20,21
  40:18 42:17
  75:13 76:8,
  10,17,25
  78:10,13,14,
  22,23,24
  79:3,5,21
  80:4 87:9
  90:22 91:22,
  23 92:15,16
**Bluey**
  59:15,17
  60:14,18,20,
  21,22,24,25
  68:24 69:2
**boardings**
  68:5
**boss**
  20:17,18,22
**bothered**
  83:19
**bought**
  47:5 82:24
  84:3

boundaries
  38:1
brand
  59:17 60:22
  64:16
branded
  63:14 78:22
  79:20
brands
  60:5,19,25
  61:2,5,14
break
  84:22
brief
  58:20 85:15
briefly
  82:2 87:24
bringing
  20:12
Britain
  52:8
Britbox
  7:19,21 9:5
  10:6 18:24
  20:3,9,23
  51:17,20,23,
  24 52:16,19
  53:2,5 59:11
  61:6,7,9,10,
  11,14 93:10,
  12,15,18
  94:11,13
  95:1,5,8,15
Britbox's
  95:9,11
British
  4:17 52:7,8,
  9,10
broad
  91:9
broadcaster
  28:3 43:25
  45:2
broadcasting
  4:17 42:12
  49:2

broadcasts
  37:24
broader
  92:25
broadly
  44:24
Brutal
  84:17
build
  82:14
building
  18:20,24
  20:12,14
bulletins
  37:24
bunch
  75:13
bundle
  52:24 94:23
  95:6
bundles
  73:25
business
  7:20,22 9:17
  16:13,14
  17:1,16
  18:22,23,25
  19:1,6,12
  20:2,7,8
  61:24 70:10
  80:9 82:7,9
  83:2,3,5,10,
  11 84:2,4
  87:19,23
  89:4,10
businesses
  6:3 18:21
  59:6
buy
  71:6 84:4
bypass
  46:5

— C —

calculated
  91:9

called
  14:11 19:12
  34:25 79:20,
  21 82:3
  84:14,15,16,
  17,18,19
  86:15
calls
  7:6 86:7
Canada
  78:15,17,22
  79:6
Canadian
  78:17
capacity
  15:17
care
  13:20
case
  10:15 34:8
  35:20 48:22,
  23
cases
  57:24 90:3
catalog
  10:4 28:10
  32:19 33:4
  46:19 54:1,
  15,17,20,22,
  23 55:1,6,8,
  9,10,16
  56:7,11
  57:6,10
  62:10,18
  82:11
catalogs
  56:1
categories
  89:14
category
  10:5
ceased
  83:4
celebrating
  68:4
center
  61:4

central
  61:10
CEO
  20:8,16,22
certain
  50:11 52:22
  88:10 94:20
certainly
  55:2 72:5
cetera
  6:19
chain
  43:20 53:11
  88:10
changed
  14:12
channels
  74:13 78:15,
  22 79:20,22,
  24,25 80:14
characters
  52:9
Charles
  5:4
check
  38:18,25
checked
  39:8
checking
  39:9
chief
  5:24
children's
  49:4
chose
  33:4
chosen
  33:18 72:24
Chuck
  12:23
circa
  14:21
circumstance
  46:7
Circus
  68:6

**claim**
45:15
**clarification**
36:21
**clarify**
70:18
**clarity**
6:23
**clear**
23:11,23
27:20,25
43:5 54:14
69:19 81:8
86:22,23
92:13,16
**click**
68:6
**clip**
38:20
**close**
84:24 90:23
91:1
**clue**
52:5
**clues**
52:6
**code**
50:16
**colleague**
5:4
**collectively**
19:2
**colloquially**
52:1
**combination**
95:13
**come**
11:10 20:7
35:12,13
45:23 57:13,
14 82:18
**commensurate**
29:4
**comment**
66:1
**commercial**
14:14 47:4

48:17 65:2
75:18 83:6
**commercialize
d**
49:12,13
**commissioner**
90:2
**common**
73:4
**communicate**
20:13
**communicated**
31:15,17,23
76:21
**communicating**
32:1
**communication**
76:24 77:1
80:23
**communication
s**
90:19 91:15
**companies**
11:13 44:12,
22 46:13,17,
21,23 47:9,
10,11,13
48:18 75:18
80:14 82:17,
18,21
**company**
6:3 7:9 19:6
36:7 44:9
46:22 61:16
65:2 82:3
83:6 84:17,
18 86:13,14,
17 88:24
**company's**
11:14
**comparison**
28:24
**competition**
28:18
**completely**
8:24 55:22

**complicated**
81:24 88:7
**composer**
72:22
**concern**
27:22
**concluded**
96:13
**conclusion**
7:6 86:7
**confident**
95:14
**confirm**
6:15
**confusing**
11:21
**conjunction**
8:15
**connection**
39:13 40:20
47:2 52:10
60:13 68:18
77:4 80:12
90:1,8,25
91:4
**consider**
75:7
**considered**
76:10
**constantly**
28:4 30:3
**constituted**
37:15
**constitutiona
lly**
64:22
**construct**
19:4,13
78:21
**consumer**
18:22 20:5
68:21 88:22
**contained**
24:24
**contains**
37:4

**contends**
86:1 93:9
**content**
20:3 26:21,
24 32:9
33:16,20,21,
23 34:1,11
38:5 43:17
44:3,7,23
45:22 46:13
48:10,14,18,
19 49:6,7
52:11,25
53:1,4,25
54:12,22,24
55:4 56:13,
17,22 62:10,
22 67:23
72:1,7,14,
16,19,20
73:5,7,10,
21,25 82:12,
15 83:1,12
87:21 89:16
94:17,23,24,
25 95:6,9
**contention**
86:4 94:10
**context**
55:3
**continue**
4:10 15:10
**contract**
10:9,11
24:4,21
25:12 26:19,
23 32:9,12,
13 34:5,8,
10,16,19
53:18 68:20
69:2,25
78:6,16
87:12 89:20
92:3,11,12,
19
**contracting**
88:16

Corp Representative of BBC Studios Distribution Confidential
May 26, 2026

contracts
  10:8 53:8
  68:12 69:3,7
  70:2,3,13,14
  71:17 73:14
  90:4 92:25
contractual
  80:20
contractually
  17:11
convenient
  18:12
conversation
  40:25 75:16,
  23 95:4
conversations
  4:13 10:20
  12:8,11
  13:11 22:25
  27:24 40:1
  75:21 76:5
COO
  14:2 15:2,
  11,14 20:21
cookie
  51:7
cookies
  50:24
cooking
  49:4
Corp
  5:2
corporate
  4:15 6:8,12
  7:8 11:11
  45:13,14,17
  47:2 59:13
  62:15 79:3
  81:11,25
  83:15 86:12
corporation
  4:18 66:13
correct
  6:9,10,13,
  14,25 7:1,4
  14:20 19:21
  20:21 23:1,2

24:19,20
  36:2,3 39:11
  43:7 51:18,
  21,22 54:15
  60:15 64:9
  65:17
correctly
  36:10
correspondenc
e
  10:7 22:23
  23:6,18
costs
  17:17
counsel
  4:16,24 5:7
  14:10,15,17,
  24 15:11,14
  90:12 95:24
countries
  45:19 48:6,
  23 49:8
  55:18,25
country
  48:9 51:6
couple
  7:14 17:24
  27:8 55:2
  78:14 86:10
course
  95:20
court
  4:22,25 5:9
  9:8
covered
  54:6
covering
  30:18
COVID
  15:6
Cow
  84:14
create
  50:15 82:10,
  11
created
  73:21

creating
  73:24
creative
  82:19 83:7,9
crime
  52:4,11
  94:16
criteria
  73:4
crossed
  8:23
current
  5:23 29:13
  30:19 78:6
  80:16
customers
  72:24 87:22
cut
  17:3
cycle
  39:4

_____

D

D-I-M-A-T-E-
S-S-A(SIC)
  9:13
date
  4:9 21:17,22
  22:1 76:19
dates
  14:21
David
  68:4
day
  95:21
day-to-day
  18:16 83:10,
  16
deal
  53:13,15,20,
  22 76:7
  88:18,19,25
  89:17
deals
  25:6 41:24,
  25 57:17

63:7 87:18
  88:23
dealt
  69:20
decide
  72:25
decided
  16:4 55:23
decision
  25:15,18,19,
  20,22 26:4,
  12 31:14
  32:4 33:20
decline
  25:16,23
  26:10,12
declined
  27:9,22 41:6
declining
  23:11
dedicated
  60:19
deemed
  30:12
defendants
  5:6
defined
  35:2
definitive
  25:20
definitively
  64:20
degree
  89:24 91:19
Delaware
  16:17
deliver
  83:18
demand
  35:1,2
demographic
  52:3
demonstrates
  86:16 87:1
depend
  28:17

depending
  35:2 48:1
depends
  59:18,19
  60:8 70:22
Depo
  4:19
deposition
  4:3 6:17
  7:9,12 8:2,
  4,15 10:14,
  19 11:3,4,
  23,25 12:12
  13:4,10,19,
  23 15:16
  17:6 23:1
  38:21 41:4
  42:7 54:4
  79:16 91:6
  96:2,13
depositions
  10:15
describe
  16:5 19:22
  30:12,21
  33:25 51:23
described
  14:18 38:19
  79:6 81:6
describing
  78:24
description
  40:19
designate
  89:9 91:14
designated
  15:13
designed
  60:11
detail
  41:1 49:9
  59:11
detailed
  40:15 42:2
  90:13
details
  40:24 50:4

determines
  32:11
developed
  50:16
dictated
  45:11,16,17
differences
  57:1
different
  18:21,25
  19:14 23:7
  24:14 26:15
  37:4 45:18
  47:6,9 48:6,
  15,20 51:8
  55:25 59:9
  60:16,21
  61:4,5,20,21
  62:14 63:10
  68:10 71:14,
  18 72:16
  78:24 80:4,
  20 86:10
differently
  68:10
difficult
  8:8,23 69:17
digital
  55:7 59:25
  60:20 61:10
  68:5 87:22
Diligent
  86:15
Dimattesa
  9:6,11,12
  22:22 26:7
  27:24
direct
  5:18 45:9
  46:6 77:1
  80:9
directed
  8:20,21 9:1
directly
  57:17 58:4
  78:19 88:21
  89:5,20

91:22 92:23
  95:7
director
  20:10,24
disagree
  42:10,23,24
discovery
  91:10
discussed
  92:20
discussing
  85:22 87:4
distinction
  69:15
distinguishin
g
  19:9
distribute
  15:18,22
  21:9 35:17
  43:16,18
  44:3 56:17,
  22 67:6,9
distributed
  16:2 46:25
  77:14,23
  78:3 94:14
distributes
  44:21 67:1
distributing
  62:24
distribution
  6:2,5,9,24
  7:3,21 8:9,
  16,22 9:2
  13:4 14:3,
  13,22 16:8,
  16,19,21,22
  17:2,7 25:8
  35:9,11,13,
  20 36:8,11
  43:17,19,21,
  24 44:2,6,8,
  9,17,20
  45:4,8,24,25
  46:5,19,24
  47:3,12,15,

17,19,22
  53:7,9,11,
  16,21,25
  54:17,19,21
  55:1,3,4,9,
  13,16,17,20,
  23 56:8,16,
  22 57:6,7,
  19,23 58:2
  59:21,23
  60:1,6
  61:14,25
  62:7,8,18,
  21,23 63:8
  64:23,24
  65:16,24
  66:1,3,11,25
  67:1,11,12,
  14,16,22
  68:11 69:6,
  20,25 74:6
  75:7,8,11,
  12,15,21
  76:13,20
  77:2,13,23
  78:2,5,7,12,
  19,20 80:9,
  22 81:5,10,
  13 82:3,5,
  11,15 83:2,
  12,13,14
  84:9,12
  86:1,3,12,
  16,22,23
  87:2,5,6,8,
  19,21 88:2,
  8,12,15,20
  89:5,8,16,
  17,21,25
  90:20,21
  91:3,8,14
  92:15,17,23
  93:3,4,8
  94:9
Distribution'
s
  56:7,11
  78:10 81:21

**Distributions**
53:25 54:15
64:16 70:1
**distributor**
10:12 15:23
24:8,24 25:4
35:4,16
44:22,23
47:15 57:22
75:14 82:4
92:17
**distributors**
21:14 23:9
57:14
**diversity**
49:1
**divided**
20:1
**division**
7:25
**document**
12:23 24:17,
22 25:2,5
27:4 32:3,5
63:19 64:4
86:18,25
90:14 91:21
**documentaries**
29:13 52:4
54:11,13
95:5
**documentary**
15:18,22,24
21:8,9,14,
19,20,25
22:1,20,24
23:5,12,16,
19 24:24
25:16 26:13
27:9,14,23
28:15,22
29:15,24
30:7,8,12,18
31:3,6,15
32:4,8,10
33:3,5
36:17,20,24
37:3,4,8,9,

10,15,19,21
38:2,4,9,11,
12,15,19,24
39:2,9,10,
14,15 40:4,
8,9,14,16,
19,20,22
41:5 42:12,
18 49:5
55:19 63:13
65:7 74:18,
23 75:2,3,8
76:7,22 77:5
79:1 80:24
87:6,13
89:11 90:21
91:12,16
92:7,21
93:4,9
94:10,24,25
95:1,4
**documents**
10:1,3,5,20,
22,24 11:16,
19 12:4,5
31:25 85:25
86:3,9,11
87:3,7,9,14
90:5,10,17,
25 91:2,3,
18,20 92:9,
22 93:7 94:8
**doing**
77:10 88:18
89:17
**Donald**
4:17
**Dot**
23:21 24:3,
14,18 25:11,
12 80:10,11,
12,13,17,21,
23 90:22
91:23 92:20
**double-
checked**
95:8

**doubt**
11:10
**dramas**
52:3,4,5
94:17
**Dudding**
5:5
**duly**
5:16
**DVD**
68:20

---

**E**

---

**e-mails**
11:9
**earlier**
6:11 22:22
87:10 88:8
92:20
**Earth**
79:21
**easier**
85:22
**easily**
63:20
**Eastern**
4:8
**economic**
44:13
**ecosystem**
54:18 92:25
**edited**
37:21
**editing**
42:12
**editorial**
29:21 30:22
31:9
**educated**
54:5
**Edward**
5:22
**effective**
14:22

**effectively**
6:3 17:20
20:12 67:10,
13 83:8
94:24
**either**
19:3 32:1
44:3,6 68:20
**element**
39:1
**elements**
50:17
**else's**
77:10
**email**
86:18,25
**emails**
11:15
**employed**
6:1
**employees**
11:15 87:3
**encouraged**
47:16
**end**
14:7 15:5,8
84:24 95:22
**endeavor**
72:6
**ended**
8:19
**endurance**
96:8
**enduring**
30:9,22 31:8
**engaged**
77:3
**English**
48:7
**enlarge**
63:25
**enormous**
39:5 49:1
57:9 60:23
**entirety**
39:10

**entities**
8:16 11:12
14:9,16,18,
24 15:3
36:11 47:3,7
53:8 57:23
59:10,18
68:12 69:7,
24 71:2
81:2,22
82:23 83:21
84:8,11
**entitled**
65:9,12
**entity**
5:25 7:24
13:5 14:14
16:9,11,15,
16 17:22
18:6 19:7
35:12,14,15,
18 36:4
46:17 47:17
51:13 53:17,
19 58:25
59:8 64:11
74:9 78:23,
24 79:6 80:4
81:6 82:13
**equally**
47:4
**equivalent**
58:1
**escort**
51:25
**essentially**
35:8 36:9
37:11 82:17
**establishment**
45:18
**estimate**
77:22
**et**
6:19
**et al**
4:18
**evaluate**

**40:21**
**event**
30:4,25
31:1,6 37:20
68:3
**events**
37:16,25
39:4 52:8
**evidence**
25:19,21
26:12,20
33:4 91:10
92:1,3,18
93:2 95:11
**evidencing**
25:22
**exact**
14:20 27:11,
19
**exactly**
61:23
**EXAMINATION**
5:18
**examined**
5:16
**excerpt**
23:10
**exchange**
86:25
**exchanges**
86:19
**Excuse**
58:8
**exec**
22:21
**executive**
9:4 20:11
**executives**
7:18 29:20
**exercise**
67:12 90:13
**exhibit**
13:8,14,21
63:19 66:15,
19 85:20
**exist**
34:1 70:13

**existed**
54:18 57:11
**expansive**
82:10
**expect**
34:2
**expense**
83:18
**expert**
45:15
**explain**
18:12 81:19,
23 82:1
**explaining**
85:25 93:8
**explanatory**
9:14
**exploit**
27:25 53:12
77:9
**exploitation**
88:11,14
89:2
**exploited**
83:13
**exploiting**
77:8
**express**
73:6
**expressing**
31:10
**extensive**
12:9
**extent**
37:23 39:19
42:5 56:21
71:12,25
91:11
**extract**
27:6
**extremely**
64:21

—————

**F**

—————

**facing**

**49:11 56:9,
11,12 70:2
fact**
23:24 32:11
33:4,11
34:13 38:12
93:2 95:8
**facts**
85:23,25
90:17 93:7
**factual**
55:12 94:18
**fair**
71:3
**fairly**
73:4
**fall**
41:21 46:17
56:7,10
**falls**
16:6,8 42:10
**familiar**
37:3 40:6
53:24 77:17
**family**
47:18
**far**
13:12 40:7
60:9 62:2
80:19,25
**fee**
50:9 52:21
65:1,3 74:14
**feed**
65:9,11 66:8
72:1,4
**feeds**
61:18,20
68:9 71:24
**feel**
12:15 54:5
**fence**
83:4
**fictional**
94:17
**filed**
4:18

**film**
  10:11,13
  24:10,13
  25:4,11
**Film's**
  10:11
**filming**
  90:3
**films**
  10:8,10
  23:18,20
  24:2,5,7,22
  25:3,6,7
  75:13,24
  76:8,17,21
  77:2,15,18,
  24 78:3,6
  84:7 90:22
  91:22 92:12,
  13,15
**finance**
  45:12,18
**finances**
  19:5,14
**financial**
  17:21 18:14
**find**
  13:12 55:24
  73:8
**fine**
  27:21 42:9
  85:4
**finish**
  22:13
**Firebird**
  84:19
**firm**
  5:5
**first**
  5:16 9:13,
  16,18 37:18
  69:19 79:21
  86:10
**five**
  8:12 85:2,11
  87:17,18
  89:7

**fleshed**
  41:1
**flipped**
  58:12
**Florida**
  4:4,5,18
  87:20,24
  93:10,15
  94:11 95:15
**flow**
  43:20 57:22
  88:11 89:1
**flows**
  89:1
**focus**
  75:1
**focused**
  41:16 60:24
**folks**
  60:11 95:22
  96:7
**follow**
  96:2
**followers**
  60:23
**follows**
  5:17
**footage**
  36:16,17,24
  37:4,14,17,
  20,23 39:1
**foregoing**
  91:13
**form**
  7:5 18:9
  24:25 29:10,
  17 30:13
  32:21 37:17,
  21 38:7,10,
  22 39:16
  40:10,23
  41:7 52:17
  54:2 62:11,
  25 63:15
  64:18 65:18
  66:4 67:18
  68:14 69:10

  70:5 71:4
  73:16 75:25
  79:9,13 86:6
  88:4 89:6
  93:16
**formal**
  35:8,9,11
**foundation**
  76:1
**four**
  8:4,8,12
  93:7
**fourth**
  87:3
**France**
  55:21 71:10
**free**
  94:23
**freely**
  49:22
**Freeman**
  4:15 5:15,
  20,22 58:24
  77:12 85:19
  95:21
**front**
  6:20 12:17,
  21
**fulfill**
  73:4
**full**
  5:21
**function**
  60:5 82:4
**funded**
  64:25 65:1
  71:18,19
  74:12,13
  76:10
**funding**
  65:3 74:14
**funneled**
  19:5 45:8,16

---

**G**

---

**Garcia**
  5:2,19 7:10
  13:1,6,16
  19:17 22:16
  25:14 29:14
  30:10 31:13
  33:1,24
  34:17 36:22
  37:2 38:17
  39:7 40:5,11
  41:3,10,24
  42:9,15,23
  43:1 51:15
  53:6 54:7,8
  58:11,17,23
  62:20 63:12,
  17,24 65:14,
  22 66:17
  67:21 69:5,
  13 70:17
  71:21 73:17
  74:2 76:15
  79:10 80:1
  84:22 85:2,
  10,18 87:16
  89:3 90:15
  93:5,23
  94:4,6,7
  95:16,20
  96:1,5
**geared**
  70:21 81:4
**general**
  14:10,15,17,
  24 15:11,14
  20:9,24 66:2
**generally**
  16:7 52:6,7
  57:12 67:5
  81:4,9,13
**generate**
  50:21,23
**generated**
  72:17,18

generic
  62:13
genre
  82:19
genres
  57:9
Gentle
  84:14
genuinely
  46:21
geo
  51:4
geographic
  50:25 70:22,
  24 71:7
  72:23
getting
  57:5 85:8
give
  5:11,23 21:2
  63:21
given
  12:24 37:14
  38:14 41:13
  68:16
giving
  52:5
glasses
  64:1
global
  36:6,7,12,
  13,14 53:14,
  20 88:17,18,
  23 89:17
goes
  79:23
going
  7:23 17:5,16
  19:14,18
  21:6,23
  22:17 28:10
  39:12 42:7,
  22 47:24
  57:7 58:10,
  11,18 65:4
  66:19,21
  67:9 78:9

85:13 86:6
96:2,11
good
  4:7 51:3
  58:14
goods
  65:5
gradually
  82:21
grant
  35:8,9,11,18
granted
  23:20,21,25
  35:17
Great
  13:7
ground
  6:16 18:17
  19:20,24
group
  18:5 19:10
  44:11 46:20
  47:5 76:24
  78:16,21
  80:21 92:24
grown
  84:3
guaranteeing
  9:10
guess
  8:11 14:18
  33:4 46:12
  47:25

─────────────

**H**

─────────────

habit
  94:4
half
  89:22
Hall
  20:8
hand
  5:10 57:19
handful
  82:18

handle
  62:1,8 64:8,
  11
handled
  43:25 62:7
handles
  60:21 61:5,
  13 62:6,9
  88:1
happen
  46:10 58:6
  75:23
happened
  16:1 30:5
  31:1 37:16,
  25 41:2 63:7
  75:22 77:18
happy
  54:4
head
  17:18 76:18
  84:20
headlines
  63:6
headquartered
  11:13 16:17
  18:19 53:18
headquarters
  86:17
heard
  95:6
heavily
  68:25
held
  4:19
help
  70:18
hesitant
  22:7
highly
  65:8
historic
  80:15,16
historical
  30:8
historically
  46:24 68:1

82:2
history
  76:6 81:11,
  25
hold
  20:7
holding
  13:3
Hollywood
  55:5
honest
  14:21 21:17,
  23 27:3
  28:25
honestly
  15:7
hopes
  28:5
hot
  85:8
hours
  8:8,12 57:10
  89:22 90:7
House
  84:15
housed
  61:11
HR
  20:10 87:1
hubs
  59:6
hundred
  29:1,2
hundreds
  28:20 29:3
  48:25 49:10
  61:16,24

─────────────

**I**

─────────────

Ian
  5:2 96:1
idea
  39:21 73:22
ideas
  82:19

| | | | |
|---|---|---|---|
| **identification**<br>  13:15 66:16 | **indicates**<br>  27:4 87:12 | **interested**<br>  21:20 26:1,<br>  16 31:21,22<br>  39:24 41:15<br>  72:25 73:2,<br>  3,8,12 | **involving**<br>  25:8 77:23<br>  90:22 |
| **identified**<br>  86:11 | **indicator**<br>  25:25 | | **iplayer**<br>  74:3,4,7,10,<br>  11 |
| **identify**<br>  26:14 50:25<br>  51:5,6 86:3 | **indies**<br>  81:2 | **interesting**<br>  28:8 30:1,7<br>  31:5 74:1 | **Isaiah**<br>  4:21 |
| **identity**<br>  25:17 | **individual**<br>  15:17 38:25<br>  59:14 83:21 | **internal**<br>  7:15 76:5 | **issue**<br>  38:15 |
| **imagine**<br>  66:10 | **individuals**<br>  7:24 12:11<br>  18:6 72:24 | **international**<br>  83:24 86:21 | **issues**<br>  48:24 49:7 |
| **important**<br>  37:16 63:6<br>  67:10 | **information**<br>  9:15 12:16<br>  26:11 32:7,8<br>  37:12 40:20<br>  41:12 49:5<br>  50:19 87:11<br>  92:7 | **internationally**<br>  47:25 48:2,<br>  17 | **item**<br>  38:13 39:1 |
| **in-house**<br>  5:7 50:16<br>  82:6 83:11 | | **interrupt**<br>  22:15 | **iteration**<br>  95:3 |
| **include**<br>  8:19 20:8<br>  54:23 71:1<br>  87:7 | **infrastructure**<br>  61:9 | **inundated**<br>  31:19 | |
| **included**<br>  7:16 57:20<br>  94:23 | **inquire**<br>  41:14 | **inventory**<br>  10:4,6<br>  23:14,16<br>  26:2,22 32:7<br>  34:14,15<br>  71:13 92:8<br>  95:10,11,13 | **J** |
| **includes**<br>  6:4 53:1 | **inquiries**<br>  41:16 | | **Jalaine**<br>  5:2 42:5<br>  85:12 94:2<br>  95:23 |
| **including**<br>  23:9 24:16<br>  63:10,11<br>  87:21 88:19<br>  90:21 | **inquiry**<br>  75:6 91:21,<br>  23 | **invest**<br>  28:10,11 | **January**<br>  87:20 |
| **incorporated**<br>  16:17 86:17 | **inside**<br>  60:6 81:9 | **invested**<br>  47:5 82:16<br>  89:24 | **Jennifer**<br>  9:5,13 95:7 |
| **incorporating**<br>  39:1 | **Instagram**<br>  61:20 | **investigated**<br>  29:1 | **job**<br>  29:22 77:10 |
| **increased**<br>  82:22 | **instance**<br>  66:23 | **investigating**<br>  86:20 | **joining**<br>  52:22 |
| **increasingly**<br>  73:22 | **instances**<br>  56:16 57:1 | **investment**<br>  28:14 44:16 | **jointly**<br>  6:6 |
| **independent**<br>  44:12 46:13,<br>  16,21 81:2,<br>  6,22 82:17<br>  84:8 | **instant**<br>  29:25 | **involve**<br>  79:8 | **jurisdiction**<br>  86:2,5 |
| | **intellectual**<br>  35:9 | **involved**<br>  9:2 22:10,18<br>  42:11 58:2<br>  62:23 64:23<br>  66:11 74:6,9<br>  87:5 | **jurisdictional**<br>  87:15 |
| **indicated**<br>  26:16 | **interest**<br>  23:12 31:8<br>  45:1 67:8<br>  73:6 81:3,5<br>  84:9,12 92:5 | | **justifies**<br>  68:9 |
| | | | **justify**<br>  61:3 |

Corp Representative of BBC Studios Distribution Confidential
May 26, 2026

## K

K-I-M-N-E-E-T-A
  9:19
keep
  27:5 28:6
  30:4 49:23
Kimneeta
  9:17
kind
  26:10 28:13
  31:4 34:20
  40:19 59:17
  60:8 78:20
  86:13 87:12
  90:8 94:5
kinds
  62:14
knew
  12:16 22:17
know
  8:1 12:24
  13:12 18:1
  21:11,17,18
  22:10 24:11
  25:17,20
  26:25 27:1,
  2,3,6,11
  28:25 29:5,6
  31:2,4,14
  33:19,20,21
  39:12 40:2,
  3,18 41:2,4,
  8,18 48:22
  51:9 54:10,
  12,16,17,18
  58:24 59:9
  61:17,18
  62:5 63:13
  64:10,13,20
  66:6,7
  67:14,19,22
  68:15,22
  70:7,12
  71:13 72:3,
  8,10,13,14

  74:4,8,9,17
  76:11,16,19,
  20 77:3
  78:2,4,5,8
  79:2,5 80:6,
  8,16,22
  84:11 85:22
  95:17,21
known
  51:25

## L

L-A-R-I-Z-A-D-E-H
  9:20
label
  81:20 83:25
labels
  44:10,15,19
  81:9,12,16
  82:16 83:8,
  11,22,24
lack
  69:21 92:5
laptop
  12:9
large
  4:5 55:2
largest
  55:4
Larizadeh
  9:17,20
late
  85:8
launched
  49:15 52:19
  55:11 94:19
launches
  62:16
law
  5:5
layer
  50:13
lead
  91:9 96:2

leader
  17:22 18:2
leaders
  17:20 20:6,
  12,15
leadership
  19:15
learn
  73:10
leave
  33:17,19
  66:1
led
  18:16
legal
  4:22,24 7:6,
  13 9:15
  16:15 17:21
  18:14 19:4,
  13 83:18
  86:7
length
  65:6
level
  28:18 29:3
  61:2
license
  44:3 65:1,3
  66:25 67:3
  74:14 78:13
  79:19,23
licensed
  41:17 67:4
licensing
  43:22 87:21
  88:13
likes
  88:16
limited
  6:2,4,5,25
  8:9 14:13
  16:15,16
  28:23 36:6,
  7,8,12,13,15
  53:11,12,16,
  21 60:6
  78:17,20

  81:10,14
  82:3,4,5,7
  83:10,14
line
  75:5
linear
  28:3 55:7
  74:13
lines
  75:12
link
  17:9,10
linked
  91:21
list
  23:11 32:7
  39:23 40:1,
  14 50:10
listed
  13:22,24
  51:12 79:15
literally
  48:24 61:15
  73:24
litigation
  7:15 27:7
little
  23:21 24:3,
  14,18 25:11,
  12 74:3
  80:10,11,12,
  13,17,21,23
  81:24 85:3
  88:7 90:22
  91:23 92:20
live
  27:4 68:3
local
  59:5
location
  48:1 51:1
  70:22,24
London
  86:18
long
  8:5 14:6
  28:3 85:1,7

95:21

**longer**
28:12 33:7
85:3

**longevity**
28:1

**look**
48:20 87:17
90:6,11

**looked**
11:8,14,16
38:23

**looking**
8:10 28:1
36:20 39:4
82:10 88:12
89:14 90:13

**Lookout**
84:16

**looks**
64:3 93:21

**loop**
90:24 91:1

**Los**
43:10 84:2,6

**lot**
28:17 85:22

---

**M**

---

**made**
15:7 25:15,
18,20 26:4
29:15 37:19
42:3 44:8,18
52:12 74:18,
23 79:25
91:23 92:13,
16

**mailing**
50:10

**main**
9:25 59:6
72:5

**maintain**
54:22

**maintains**
62:10

**major**
55:5

**majority**
44:14 47:8
57:6 82:23

**make**
6:18 28:14
45:5 58:12
82:25 84:23
85:21

**makes**
89:22 95:14

**making**
52:1

**managed**
18:16 19:19,
24 80:13
81:13 83:16

**management**
14:22 26:21,
24 32:9
34:11 50:6,
13 73:5
95:10

**manager**
20:9,23,25
95:7

**managers**
72:19 73:21

**manual**
73:20,24

**mark**
13:8,18,21
66:19

**marked**
13:14 66:15

**market**
28:24 62:22
63:6 67:7
68:8

**marketed**
63:13 68:25

**marketing**
39:20 42:17
50:10 59:25

60:3,11
62:15,16
63:2,8,11
68:12,20
69:2,3,8
87:22

**marketplace**
28:19

**Martyn**
4:15 5:15,22

**master**
79:7

**match**
83:15

**material**
32:18 33:3,6
74:18,23,25

**materials**
12:20 23:3,4
29:6 39:13,
19,20 40:2
42:18 79:8

**matter**
4:16 21:22
23:13 30:6

**mean**
17:3 19:3
22:14 25:24
30:15 32:5
36:19 49:12
50:1,20
56:12,13
61:15 63:1
65:20 67:25
71:7 80:11
81:19

**meaning**
12:5 49:24

**means**
73:1

**meant**
27:14 52:20

**mechanic**
73:4

**media**
10:12 21:14,
15 22:18

58:25 59:1,
10,12,13,14,
16,20,22,24
60:2,5,9,12,
13,16,20,21
61:1,2,5,8,
12 62:1,6,9,
14,22 63:1,
2,7,14 64:7
65:9,11,15
66:6 67:2,24
68:9 69:9,22
70:1,4,9,15
71:15,17
75:13,18
76:8,10
78:10,14
90:22 91:22,
23 92:16

**meeting**
8:25 9:14,23

**meetings**
7:13,16 8:1,
6,11,14,15,
18,20,25 9:3
10:2,16,18,
22,23,25
11:23 12:4,
6,11

**member**
66:2,8

**memory**
9:23

**mention**
90:24

**mentioned**
11:1,20 14:2
19:18 22:22
24:3 25:10
27:8 32:3
34:19 38:20
43:2 45:22
46:11 48:13
49:11 51:17
57:2 81:1,7,
15

**merged**
14:19 83:6

| | | | |
|---|---|---|---|
| **message** | **Moon** | 65:5 67:11 | 91:5 |
| 68:7 | 9:5,13 95:7 | 85:3,7 | **noted** |
| **met** | **moved** | **needed** | 54:7 |
| 7:24 | 83:14 | 12:15 82:11 | **notes** |
| **Miami** | **moving** | **needs** | 12:3,7,9,10, |
| 4:18 | 58:13 | 51:5 | 17 13:9 |
| **Michael** | **multi-genre** | **negative** | 70:19 84:23 |
| 9:6,11 22:21 | 55:9 | 23:15 32:6 | 85:4,7 |
| 26:7 27:24 | **multi-** | 92:2 | **notice** |
| **microphones** | **territory** | **negotiations** | 12:25 13:4, |
| 4:11 | 55:10 | 90:19 91:12 | 19,22 51:14 |
| **millions** | **multimedia** | **Netflix** | 54:4 79:16 |
| 28:21 29:3 | 55:9 | 28:21 53:13, | **number** |
| **mind** | **multiple** | 17,19 88:16 | 18:20,25 |
| 6:21 | 53:14 57:9 | 89:18 | 23:7,8 24:15 |
| **mine** | 88:18 90:9 | **never** | 26:15 44:10 |
| 11:5 | **multiplied** | 38:11,16 | 47:6 50:19 |
| **minority** | 90:9 | 39:18 83:14 | 60:23 66:20 |
| 44:14 47:7 | **music** | 93:9,10 | 82:16 85:24 |
| 82:20 | 49:5 | 94:10 | 87:17,18 |
| **minutes** | **mystery** | **news** | 93:7 |
| 21:7 58:9,16 | 52:3 94:16 | 36:6,7,12, | |
| 85:2,11 | | 13,14 37:11, | |
| **missed** | | 18,24 38:13, | |
| 84:21 | **N** | 25 39:4 | **O** |
| **mixture** | | 48:18,19 | |
| 50:16 | | 49:4 73:10 | **oath** |
| **mnemonic** | **name** | **newsgathering** | 5:17 |
| 12:8 | 4:21 5:21 | 37:13 | **object** |
| **model** | 9:6,18 14:12 | **Nick** | 7:5 18:9 |
| 17:17 20:10, | 22:22 37:9 | 5:7 7:16 | 24:25 29:10, |
| 24 | 49:5 51:8 | **nine** | 17 30:13 |
| **moment** | 61:22 | 81:12 83:22 | 32:21 38:7, |
| 6:21 13:8 | **named** | **nominations** | 22 39:16 |
| 28:8 29:25 | 51:14 | 63:4 | 40:10,23 |
| 30:20 48:5 | **names** | **Nordics** | 41:7 42:7,21 |
| 76:12 | 7:23 9:15 | 93:21 | 52:17 54:2 |
| **monetize** | 21:2 84:11 | **normal** | 62:11,25 |
| 72:7 | **nature** | 52:25 | 63:15 64:18 |
| **monetized** | 28:17 59:19 | **North** | 65:18 66:4 |
| 48:8 | **necessarily** | 90:20 | 67:18 68:14 |
| **money** | 18:15 61:6 | **Notary** | 69:10 70:5 |
| 19:15 28:22 | 65:24 71:9 | 4:4 | 71:4 73:16 |
| **month's** | **need** | **note** | 75:25 79:9, |
| 90:11 | 6:15 13:12 | 4:11 12:14, | 13 86:6 88:4 |
| **monthly** | 20:13 34:6, | 15 41:19 | 89:6 93:16 |
| 94:21 | 20,22,23,24 | 51:10 89:8 | **objected** |
| | 35:3,10,18, | | 89:8 91:5 |
| | 21 63:25 | | **objection** |

Corp Representative of BBC Studios Distribution  Confidential
May 26, 2026

33:8 34:3
41:20 51:11
54:7 69:10
89:12 91:6,
17

**objects**
91:8

**obliged**
47:13

**obtain**
44:2

**obviously**
9:11 37:15
48:3,7 50:5

**occasionally**
68:1

**occupied**
20:2,3,4,6

**October**
10:8,10,11
22:2 23:18,
20 24:1,2,4,
7,21 25:3,5,
7 75:13,24
76:7,17,21
77:1,14,23
78:3,6 84:7
90:22 91:22
92:12,13,15

**offer**
21:12 22:19
23:4 26:10,
12 40:7,16
75:9

**offering**
49:24 78:25

**office**
17:20 19:8,
10,19 20:11
21:5 35:24
43:3,8,13
51:16 84:5

**officer**
5:24

**offices**
11:17 43:6,
11 86:21,24

**okay**
6:7,15 8:25
9:21 10:24
11:6 12:20
13:17 14:1,6
15:16 16:12
17:3,24
19:18 20:20
21:1 22:17
24:1,6 25:15
27:18 35:7,
23 36:4,16
37:1,7 42:9
46:4,16
47:24 50:24
51:19 53:7,
24 59:8,21
60:7 61:12
63:25 64:3,
7,10 66:18,
21 71:22
80:8 84:7
87:17 90:16
93:24 95:16

**once**
30:25 33:18
50:7 52:21
83:3

**one**
7:20 8:18,20
9:12,13,17
10:9 11:24
14:1 40:17
41:25 42:11
44:18 50:20
52:13,23
56:2,6 57:3
60:25 68:15
69:4,16 75:9
79:20,21
83:12 84:3,
7,13,14,15,
16,19,21
85:24 92:5
93:6 94:1

**one-page**
63:19

**ones**
31:22 59:13
87:14

**ongoing**
27:5

**opened**
71:9

**operate**
6:2,5 16:22
18:24 59:10,
22,23 60:20
61:17 78:14,
21

**operated**
19:23 48:17
59:3,5,6
61:13 71:3
82:8

**operates**
16:25 21:6
36:4 58:25
60:9 79:22

**operating**
5:24 16:13
18:21 19:1,
7,12 20:10,
24 21:5 88:2

**operation**
17:1,17 36:5
74:15

**operations**
49:2

**opportunity**
75:20 76:12

**opposed**
21:8 45:9
56:9

**order**
8:2 21:19
23:1 34:22
75:2 80:5
82:14 96:7

**ordered**
96:3

**orders**
95:25

**organization**
18:13

**organizational**
86:14

**organizations**
17:11

**original**
37:17

**originate**
44:5

**originates**
49:3

**outcome**
31:3,5 40:3

**outlet**
37:11

**outside**
10:25 12:4,5
13:11 38:1
43:9,13 54:3
61:13 67:23
69:21,22,24
79:14

**outsource**
50:15

**overlap**
52:15 53:5
56:1,25

**overly**
91:9

**overseeing**
18:4 74:10

**overseen**
74:15

**oversees**
17:13,25
18:7

**owned**
44:10

**ownership**
81:8 83:15
84:9,12

| | | | |
|---|---|---|---|
| **P** | | | |

**P&ls**
19:14

**p.m.**
4:8 58:19,22
85:14,17
96:11

**package**
76:8

**page**
58:12 70:24
72:9

**pages**
48:1,5,21,
23,25 49:7,
10,12 70:22

**paid**
50:12 52:21

**Panorama**
7:17 62:1,3
64:8,12,14,
17 66:23

**paperwork**
83:18

**paraphrasing**
56:18

**parceled**
24:13 25:11

**part**
17:17 21:20,
21 22:23
27:4 34:13,
15 35:24
37:23 39:22
40:14 51:16
53:10 66:24
67:3,10
74:13,14
78:20 82:8,
24 88:25

**partially**
74:15

**participated**
90:20

**particular**
23:12 29:15
30:11,25
34:21 38:15
45:14 59:22
60:9,13
63:6,14 73:1
82:19

**parties**
4:10 24:14
57:13 70:8,
11,15 90:23

**partner**
45:1

**partners**
87:23

**parts**
56:18

**pass**
53:22

**past**
77:20

**pay**
28:16 29:3
50:9 52:21
67:16 70:8,
11 71:6
94:20

**paying**
28:22 69:20,
24

**pays**
67:15 72:4

**paywall**
49:17

**people**
7:15,19
9:18,25
11:16 17:19,
25 19:6,10
20:6,11 28:6
31:1 50:22
57:12 67:8
71:6 82:18
94:1,20

**people's**
44:23

**percent**
9:10

**perfectly**
31:10

**period**
28:3

**permanent**
15:7 45:18

**person**
9:5,24 25:17
31:9

**personal**
86:2,5

**perspective**
18:15

**phone**
31:23

**Piccadilly**
68:5

**pick**
4:12 60:18

**piece**
38:20

**pipeline**
82:15

**place**
4:10 39:5
40:1 59:4
76:11,17

**plaintiff**
4:16

**plaintiff's**
13:14 66:15

**plan**
40:15

**planning**
63:18

**platform**
15:24 16:3
35:19 42:19
45:3 61:7
63:14 67:17,
24 74:12
75:9,19
78:22 89:18

**platforms**
28:16 31:19

42:4 55:6,7
68:8 69:9
70:2,4,9,16
71:14,18,19
72:6

**please**
4:11 5:10,21
29:6 70:6
86:8 89:12
91:17 94:8

**plenty**
65:10

**point**
14:12,24
21:20 32:17
33:12 38:10,
14 69:4 82:6
84:16

**politeness**
94:3

**portfolio**
61:4

**portion**
38:20 41:6
82:22 89:23

**position**
14:9

**positive**
23:16 92:4

**possible**
43:23 58:8
89:19

**possibly**
35:1 38:13
68:21

**post**
15:6 65:24
66:24

**post-covid**
15:5

**posts**
71:16

**potential**
90:4,10

**pre-school**
59:15

preference
  26:17 27:4,
  17
premier
  53:2 94:19
premium
  52:20,23
preparation
  11:24 42:21
prepare
  7:11 8:2,14
  12:12 23:1
  42:6
prepared
  13:23 26:5
  27:1,2,7
preparing
  13:9 41:4
presence
  59:16 61:8
present
  87:21
presented
  39:22 76:13
preserve
  13:17
president
  4:16 5:3
  17:15,22
  20:23 29:9
press
  39:20
pretty
  68:25 76:8
previous
  11:22 17:6
  69:16 95:3
previously
  14:2 43:2
  51:19 56:20
  60:8 70:19
  77:12 81:1,6
  93:12
Price
  4:21 96:8
pricing
  28:24,25

29:3
primarily
  8:20,21 9:1
  52:1,12 60:4
primary
  59:24 60:2
principal
  43:6 85:25
  90:17 93:7
print
  68:1
printout
  86:13 87:1
  95:9
printouts
  11:13
prior
  10:15 15:16
  53:4 96:1
private
  4:12
privileges
  50:11 52:22,
  24 94:22
privy
  39:25 40:24
Pro
  4:20
proactive
  92:5
probably
  8:7,18 12:7
  13:13 34:25
  37:18 48:8
  53:9 55:25
  57:22 61:15
  84:24 89:22
  90:10
proceeding
  4:14,19
produce
  46:13
produced
  39:20 40:3
  77:14 78:1
  94:14

producer
  10:7,10,12
  92:14
producers
  44:20 57:13
  72:18
producing
  62:24
product
  50:6,15,17
  71:10
production
  6:4 8:9,17,
  21 14:3,14,
  23 16:8,15
  25:8 36:8,12
  44:7,10,12,
  15,18,21
  45:23 46:5,
  21,23 47:3,
  6,11 62:23
  81:9,12,16,
  19,22 82:7,
  9,13,16,17
  83:3,5,10,
  11,22 84:2,5
  87:6 89:21
  93:4
Productions
  5:6 6:12
  82:7 83:9
  84:15,19
products
  18:22 20:5
  68:21 88:22
Professional
  4:4
proffered
  42:17
profile
  59:12,13
profits
  47:21
program
  7:17 10:8
  17:10 23:21
  24:8 26:1,3,

20 28:15,17,
  19 30:24
  33:6,13,18
  34:7,13,15,
  21,22 35:4,
  16,17,19
  43:20,22,23
  45:2 53:14
  57:15,17,19,
  20 58:3,4
  66:12 67:1,
  6,7,23 68:6,
  9,22 75:14
  76:9 77:7
  78:7 79:23
  87:8 91:25
  92:2,18
program-by-
program
  79:11
programming
  44:25 52:2
  53:8 57:10
  68:17,18
  79:24
programs
  16:25 17:8
  27:5 28:1,5,
  7,10,11 29:5
  31:20,21
  32:15 33:9,
  14 43:19
  44:8,18,19,
  21 46:25
  49:4 55:12,
  15,18,22
  56:2,6,7,9,
  10,13,14
  57:8 59:14
  62:18 63:3,5
  64:23 65:10
  68:2,8
  77:14,22
  78:2 82:12
  88:10,11
  89:23,25
  90:6,7
  94:15,19

prologue
  57:5
promote
  67:7,9  75:4
  77:7
promoted
  77:10
promotion
  67:2
promotional
  74:17,23,25
  77:4
proper
  29:7
properly
  76:9
property
  35:9  86:19
proportion
  90:8
prove
  23:15
provide
  34:24
provided
  23:4  39:13
  40:18
provider
  53:2
providing
  80:17
proving
  32:6,17
public
  4:4  30:6
  37:16  38:14
  48:16  64:13,
  25  65:17
  66:2,8,12
  74:11,13,15
  82:8,9,13
  83:5
publication
  87:22
publishes
  37:13

pull
  85:19
purposes
  6:16  13:9
  23:5  27:7
  28:15  29:23
  62:9  63:10
  68:12  69:8
  70:3  78:25
pursuant
  79:7
push
  19:14
put
  14:1  33:18
  35:4  55:3
  57:15,25
  63:20  70:11
  75:19  76:16

——————————

Q

——————————

question
  7:6  18:10,18
  22:13  29:11,
  18,24  32:22,
  24  33:5
  34:18  36:23
  39:17  41:9,
  19,20  42:5
  51:3,4,9
  52:18  54:3,
  9,20  57:5
  59:8,9  62:12
  64:19  65:21,
  25  67:20
  69:12,16,20,
  24  76:1
  79:4,14  80:7
  81:4  87:15
  88:5  89:7,
  12,15  90:14
  91:7,17,20
  92:10
questions
  6:19  8:10
  10:21  11:10,
  11  42:2,7,22

85:20  86:7
  95:18
quick
  84:22
quire
  65:5
quite
  8:23  20:1
  28:17,23
  37:14  43:22
  69:1,17

——————————

R

——————————

raise
  5:9
range
  28:25
raw
  37:20
reached
  22:19  78:25
read
  90:16  91:6,7
reading
  96:14
reads
  41:21
reality
  8:22
reason
  27:22  45:13
  46:9  58:1
  75:4  83:17
reasons
  27:9,10
  45:12
recall
  11:3,20
  15:19  21:15
  22:1  77:15
receive
  48:6  72:2
received
  52:24
receives
  37:12

recent
  55:11
recently
  68:3
recess
  58:20  85:15
recipient
  88:9
recognize
  64:3
recollection
  12:1  15:25
  22:8  27:12
record
  4:8,11,25
  5:21  13:3
  26:3  30:6
  32:13  33:11,
  13,22,23,25
  34:1,10,14
  58:18,21
  66:19,20
  85:14,16
  90:17  94:1
  95:12  96:11
recording
  4:9
records
  26:22,23
refer
  92:25
reference
  37:8  38:19
referred
  30:5  81:2
referring
  10:18,23
  26:6  83:21
reflect
  18:15
reflects
  49:1
refresh
  30:3
refreshes
  28:4

**regarding**
  23:3
**region**
  8:11
**regional**
  59:5
**register**
  73:2
**relate**
  28:7 62:18
  86:9 87:3,14
  93:1
**related**
  29:24 37:15
  89:11 91:12,
  16
**relates**
  23:7 86:25
**relating**
  10:4,5 11:15
  32:3,10
  90:18
**relation**
  8:3 10:21,23
  11:9,17,23,
  24 22:23
  40:16 87:10,
  13 90:14
  92:10
**relationship**
  16:18 45:9
  46:6 60:10
  78:10,13,19
  79:5 80:10,
  11 81:21
**relationships**
  80:15,20
**released**
  22:2 38:5
**relevant**
  27:16 28:2
  45:6 48:8
  71:11 72:21
  91:19
**relying**
  86:4 94:9

**remark**
  92:5
**remember**
  9:25 11:21
  12:8,16
  14:20 15:7
  17:9 21:22,
  24 27:17,19
  64:5 84:13
**remit**
  47:21
**Remote**
  4:19
**remotely**
  4:3,19
**remove**
  17:17
**removed**
  32:19
**reorganizatio
n**
  17:16
**repeat**
  30:9 69:11,
  12
**rephrase**
  65:20
**report**
  20:15,16
  23:14
**reported**
  37:19 38:12
**reporter**
  4:4,23 5:1,9
  9:8
**reporting**
  38:14
**repost**
  66:1,8
**represent**
  7:20
**representativ
e**
  4:15 6:8,12
**representativ
es**
  7:17

**repurposed**
  48:18
**requests**
  31:19
**require**
  39:3
**required**
  51:11
**requires**
  42:1 58:3
**researched**
  29:23
**resilience**
  28:9
**respect**
  41:22 87:25
**respectively**
  44:11
**respond**
  31:20
**responding**
  31:22
**response**
  23:10 33:2
**responsibilit
ies**
  15:6
**responsible**
  18:4 36:5
  60:4 61:25
  64:11 65:16
**rest**
  82:23 84:1
  95:22
**restricted**
  65:17
**return**
  73:3
**revenue**
  47:21 50:21,
  23
**revenues**
  87:22
**review**
  10:1,14,17
  11:6,19 12:4
  17:17 23:3

  38:18 91:3
**reviewed**
  10:3,5,6,8,
  19,20,25
  11:4,5,22
  12:5 23:6,7,
  9,13,18,23
  24:23 26:2
  69:3 90:25
  92:9 94:9
  95:9
**right**
  5:9 9:11
  13:18 14:4,5
  15:4,12
  56:19 58:15,
  24 85:13,19
  96:5,10
**rights**
  23:19,21,25
  24:1,10,13,
  15,18,24
  25:6,9,10
  34:7,20,21,
  23,25 35:1,
  2,4,8,10,11,
  13,17,18,20,
  21 44:3,8,18
  45:2,4,16,25
  46:19,21
  47:1,12,15,
  17,20 48:24
  49:6 53:11,
  14,22 57:16,
  18,20,21,22,
  24,25 58:4
  64:24 65:7
  66:25 67:3,
  5,7,13 75:8,
  14,24 76:14
  77:9 83:13
  87:11 88:13
  92:21
**role**
  14:6,8 15:11
  29:21 60:12,
  17 90:21

**roles**
  15:10
**room**
  7:14  85:9
  94:2
**rough**
  96:4
**rules**
  6:16,18
  45:17,18
**ruling**
  45:11
**run**
  17:1,11
  19:10,12
  48:16,17
  59:16  61:4
  70:10  71:9
  83:5,11
  86:14
**running**
  19:11  68:2
**runs**
  61:8,23  83:7

---

**S**

---

**sale**
  43:24,25
**sales**
  18:23  20:4
  45:6  63:6
  70:10
**Sasha**
  5:5
**saying**
  32:24  44:4
  70:25  85:9
**scale**
  61:6
**schedule**
  13:22,24
  28:4
**scheduling**
  49:4
**schematic**
  73:25

**scope**
  42:8  54:3
  79:14
**screen**
  13:20  63:20
**scripted**
  46:22  52:2,
  11  94:13,15,
  18
**search**
  74:22
**second**
  63:21  86:18
**secretarial**
  11:14  86:14
**securing**
  83:1
**see**
  12:25  24:17
  25:22  38:18,
  23,25  39:8,
  10,14  42:11,
  16  46:8  54:6
  58:15  63:21,
  22  64:1
  66:10  75:18
  95:10
**seeking**
  50:21
**seeks**
  93:20
**Select**
  7:18  9:6
  10:4  15:18,
  21  16:5,6,
  10,23,24
  17:8  18:23
  21:6,8,11,
  13,16,19
  22:11,18,19
  23:4,7,15,17
  25:15  26:15,
  19,21  27:9,
  22,25  28:9,
  13,14,19
  29:5,9,13,
  16,20  32:18
  33:7,10,12,

  14,15  34:2,
  6,9,14,19,22
  35:21  39:12,
  13,14  40:8,
  16,21  41:5,
  6,11  52:15
  53:2,4,5
  54:19,23
  55:8,10,19,
  22  56:10,17
  57:11,12,13,
  14,15,17,25
  58:3  75:10,
  18  76:25
  78:25  80:4
  87:10  91:1,
  24  92:1
  94:25  95:2,
  4,6
**Select's**
  23:10,16
  26:12  27:16
  31:14  32:4
  33:3
**sell**
  47:13,14
  71:23  72:6
**selling**
  55:17,20
**sells**
  69:8
**sense**
  30:17  31:7
**sensitive**
  4:12
**separate**
  8:8  14:14
  16:10,14
  47:25  54:21
  55:22  58:13
**separately**
  10:19,25
  24:9  37:25
  39:2  57:18
  67:4
**series**
  82:19

**serve**
  73:7,11
**service**
  27:25  28:2,
  20  35:5
  48:4,16
  49:15,25
  51:25  52:1,
  6,11  55:11
  64:14  65:1
  74:11,13,16
  82:8,9,13
  83:5  93:19
  94:14,18
**services**
  65:5  80:17,
  21  88:17
**set**
  18:14  22:23
  73:14  82:1
  86:11  87:3
  93:18
**sets**
  73:14
**setting**
  45:13
**seven**
  13:21,24
  42:15
**several**
  29:2  46:11
  90:6
**share**
  63:21,22
  66:21
**Sharon**
  4:3,23
**shopping**
  73:9
**shortchange**
  85:6
**Shorter**
  85:5
**shot**
  52:8
**show**
  12:22  26:19

| | | | |
|---|---|---|---|
| 59:15 87:7 | **situation** | 81:10,25 | 9,11,14 |
| **showed** | 45:7 46:4 | 86:14 88:25 | 27:1,2,12,20 |
| 13:19 23:14, | 56:9 | 92:2,8,24 | 32:2 92:19 |
| 19,24 24:9, | **slightly** | 94:15 | **spreadsheets** |
| 10,12,14 | 11:21 50:5 | **sorts** | 34:11 92:6 |
| 92:20 | **Slovenia** | 61:21 | **squarely** |
| **shown** | 55:21 | **sought** | 42:10 |
| 34:12 38:3 | **small** | 26:14 | **stable** |
| **shows** | 28:20,23 | **sources** | 47:11 |
| 26:2 | 47:6 81:3 | 37:5 | **stack** |
| **side** | 82:16,18 | **space** | 50:6,17 |
| 14:14 56:2 | **smaller** | 20:1 71:6 | **stake** |
| **sign** | 44:12 55:8 | **Spahr** | 44:13 47:6 |
| 50:8 53:11 | **sneezed** | 5:5 | 83:15 |
| **signal** | 94:2 | **Spanish** | **stakes** |
| 72:25 | **social** | 83:25 84:17 | 47:7,8,9 |
| **signed** | 58:25 59:1, | **speak** | 81:8,11 |
| 47:19 | 10,12,13,14, | 29:19 | 82:20,21 |
| **significant** | 16,19,22,23, | **speaking** | **standard** |
| 28:1 90:7 | 24 60:2,5,9, | 31:12 44:24 | 50:13,14,15 |
| **signing** | 12,13,16,21 | 57:12 67:5 | **start** |
| 96:14 | 61:1,2,5,8, | **specific** | 36:23 59:9 |
| **similar** | 10,12 62:1, | 28:8 53:22 | 82:20 |
| 82:5 | 6,9,14,22 | 62:16 68:15 | **state** |
| **similarly** | 63:1,2,7,14 | 72:10,11,15 | 4:5,24 5:20 |
| 88:22 | 64:7 65:9, | 79:11 80:7 | 93:22 |
| **simply** | 10,15 67:2, | 87:13 88:14, | **state-level** |
| 26:9 51:2 | 15,16,24 | 25 90:14 | 72:15 |
| **single** | 68:9 69:9,22 | **specifically** | **state-** |
| 17:15,18,22 | 70:1,3,8,15 | 8:3 10:17 | **specific** |
| 18:1 59:4 | 71:15,17 | 25:20 47:1 | 72:12 |
| **sir** | **software** | 48:19 54:11 | **states** |
| 96:10 | 86:15 | 55:13 60:19 | 16:25 24:7, |
| **sister** | **sold** | 61:17 69:4 | 16 28:23 |
| 36:7,10 44:8 | 17:7 55:6 | 74:25 92:9 | 35:6 37:12, |
| **sit** | **solely** | **specify** | 17 43:9,14 |
| 44:16 61:10 | 55:12 94:13 | 85:24 | 45:6 48:12 |
| 81:9 84:14 | **sort** | **spellings** | 52:13 53:15 |
| **sites** | 12:7 17:21 | 9:7,9 | 55:14,19 |
| 73:9,10 | 18:14 19:4, | **spoken** | 68:19,25 |
| **sits** | 12 23:15 | 11:16 92:11 | 69:7 77:5 |
| 23:14 36:6 | 28:7 32:5,6, | **sports** | 85:24 86:24 |
| 57:7 59:25 | 16 39:19 | 30:24,25 | 87:20,23 |
| 60:6 83:9 | 45:12 49:3 | 72:22 | 89:2,5 90:1, |
| **sitting** | 52:3,10 | **spreadsheet** | 4 |
| 6:7 | 61:4,18 68:6 | 23:24 24:9 | **status** |
| | 71:18 73:5, | 25:25 26:5, | 11:15 |
| | 24 79:22 | | |

**stop**
  66:21
**stories**
  52:7
**streaming**
  45:3 89:18
**streamline**
  6:22 8:24
**strike**
  12:2 14:25
  36:25 43:12
  45:21 62:7
  67:15
**structure**
  11:12 21:5
  45:14,17
  74:14 79:3
  81:11 83:15
  86:12
**studio**
  53:25 54:15
  77:19 83:12
**studios**
  5:6 6:2,4,9,
  12,24 7:3,21
  8:8,9,16,17,
  21,22 9:1
  13:4 14:3,
  13,22,23
  16:6,7,14,
  15,16,18,19,
  20,21,22
  17:2,7,12,
  13,15,19,21
  18:5,19
  19:3,13,23
  20:16,20,22
  23:22 24:14
  25:8,11,13,
  25 36:7,11,
  13 43:2,6,8,
  16,17,18,19,
  21,23 44:1,
  2,5,6,7,9,
  11,17,20
  45:3,4,5,8,
  9,10,20,23,
  24 46:1,4,5,

  6,19,24
  47:2,5,10,
  11,14,16,19,
  20,22 51:20
  53:7,9,10,
  12,16,21,23
  54:17,18,19,
  21,25 55:1,
  3,5,8,16,17,
  20,23 56:8,
  16,21,22
  57:7,19,23
  58:1 59:4,
  18,21,23,25
  60:4,6
  61:13,25
  62:7,8,14,
  21,22,23
  63:8 64:15,
  16,22 65:2,
  4,12,16,24,
  25 66:3,9
  67:1,14,16,
  22 68:11
  69:6,20,25
  70:1 74:6
  75:7,12,15
  76:13,20
  77:2,3,13,22
  78:2,5,9,12,
  16,19 80:8,
  17,21,22
  81:5,9,13,21
  82:2,5,6
  83:7,9,13
  84:1,5,8,12
  86:1,3,12,
  16,21,23
  87:2,4,11,18
  88:1,2,8,9,
  12,13,15,20,
  21 89:1,4,8,
  17,21,24
  90:19,23
  91:1,2,7,13
  92:21,23
  93:3,8,13
  94:9

**sub-companies**
  92:24
**subcontract**
  92:14
**subject**
  15:19 21:21
  23:13 27:13
  49:22 59:19
  86:1,5 89:11
  91:12
**sublicenses**
  90:18 91:11
**subscribe**
  49:16,19
  50:22 52:14
**subscribed**
  50:12
**subscriber**
  48:4 50:7
  52:25 53:3
**subscribers**
  28:21 29:2
  49:24 50:19,
  22 51:2
  52:20 87:23
  93:15,20,22
**subscription**
  34:25 35:5
  48:3 49:15,
  25 50:5,13,
  21 51:24
  57:21 88:17
  93:19 94:21
**subsequently**
  44:25
**subset**
  55:14
**subsidiary**
  16:20 51:20
  78:17,18
  88:1 93:12
**substantial**
  55:6 82:22
  89:23
**substantive**
  80:18

**sufficient**
  82:14
**sufficiently**
  42:20
**suggest**
  58:11
**suggests**
  42:6
**supply**
  17:10 82:12,
  15 83:1
**support**
  4:22,24 86:4
**sure**
  6:18 16:8
  22:8 29:8
  32:23 51:3
  58:12 61:22
  69:15 73:8
  75:16 77:7,9
  80:18 83:1
  84:23
**surname**
  9:19
**surprised**
  64:21 68:16,
  19 69:1 71:1
**suspect**
  66:13
**swear**
  5:1,10
**switching**
  35:23
**sworn**
  5:16
**synopsis**
  40:15
**system**
  11:14 26:24
  32:9,15,16
  34:11 72:18
  73:22 87:1,
  12
**systems**
  26:21 73:5

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

---

**T**

---

**table**
  25:10
**tag**
  72:15
**tags**
  72:14,16,17,
  23 73:20,24
**take**
  4:10 12:3,7,
  10 13:20
  31:20 37:12
  58:8 66:7,18
  79:24 84:22
  85:1
**taken**
  4:3,15
  33:17,20
  36:19 58:20
  67:25 68:1
  85:15 87:13
**takes**
  28:4
**taking**
  13:23
**talent**
  83:7,9
**talk**
  10:24 74:3
**Talkback**
  46:23
**talked**
  34:12 42:4
  87:9 88:8
  91:19
**talking**
  8:19 19:7
  34:20 51:1,2
  90:5 93:1
**target**
  52:3
**targeted**
  71:12
**targeting**
  67:17

**tax**
  45:12,15,18
**team**
  7:14,15,20
  9:15 11:17
  19:16 20:4,5
  25:19 50:15
  59:17,25
  60:3,4,12,
  19,20,23,24
  61:1,3,9,10,
  11,14 64:16
  86:19
**teams**
  20:13 33:16
  37:13 76:6
**technical**
  50:4
**technically**
  6:1 44:16
  50:1 51:7
**technology**
  50:6,25 51:8
**television**
  18:23 78:15
**tell**
  9:2 61:22
  85:7 94:8
**temporary**
  15:6
**ten**
  47:9 58:8,15
  81:12 83:22
  85:2
**tend**
  31:20 59:6
  88:20
**term**
  16:7 29:7
  69:21
**terminology**
  81:18
**terms**
  6:18 7:21
  11:10 26:9
  34:21 40:7
  53:19 56:13

  70:20 89:15
  90:5
**territories**
  24:15 53:15
  88:19
**testified**
  5:17 15:17
  21:7 42:14
  51:19 56:15,
  20 60:8
  66:22 70:20
  77:13 87:25
  91:25 93:12
**testify**
  13:23 21:23
  89:9 91:15
**testifying**
  6:8,11,24
**testimony**
  5:11 7:3
  8:13 15:20
  56:5 65:23
**Thank**
  5:20 6:21,22
  13:7 58:17
  85:12 93:25
  94:2,5
  95:16,19,20,
  23
**thanks**
  96:8
**thematic**
  31:7
**there'd**
  32:13
**thing**
  40:6
**things**
  11:22 19:9
  61:21 62:17
  73:11 95:13
**think**
  6:17,20 9:8,
  12,15,19,22,
  23,24,25
  11:24,25
  13:21 14:7

  15:4,21
  17:6,11
  18:11,17
  21:4,22
  22:1,6 26:14
  30:21 31:18,
  19 33:17
  35:23 36:14
  42:10 46:3,
  7,9,22 51:16
  55:3 57:4,5
  58:4,13 59:3
  63:19 64:1
  69:19 70:18,
  19 73:22
  75:1,11
  77:16 78:16,
  18 81:1,8,16
  84:1,19
  86:15 87:25
  88:6 93:11
  95:16
**thinks**
  73:7,12
**third**
  6:17 51:16
  57:13 70:8,
  11,15 86:25
  90:23
**third-party**
  44:20,22
  47:15 50:17
**thought**
  10:17 19:3
  81:7
**thousand**
  29:2 89:22
  90:6,7
**thousands**
  48:25 49:10
  90:10
**three**
  8:7 17:19
  20:11 32:19
  36:9,10
  41:21,24
  44:24 77:21

---

Corp Representative of BBC Studios Distribution   Confidential
May 26, 2026

**tied**
  89:7
**tier**
  52:20,23
  94:19
**Tiger**
  46:22
**Tiktok**
  61:19 72:4
**time**
  4:8 6:17
  13:18 14:24
  15:9 27:15
  28:3,8,12
  29:25 30:7,
  20 37:25
  39:25 58:14,
  19,22 85:14,
  17 96:11
**time-barred**
  30:1,12,15,
  16
**times**
  57:9
**timing**
  21:21 23:13
  27:13,14
**tiny**
  55:14
**title**
  5:23,24
  39:22 40:8,
  13 43:20
  52:6 88:10,
  18 89:1
  95:11,12,14
**titles**
  15:15 23:8,
  11 26:15
  39:23 40:14
  54:12 64:25
  77:18
**Tobin**
  5:4 7:5
  12:22 13:3
  18:9 22:13
  24:25 29:10,

  17 30:13
  32:21 33:8
  34:3 36:19
  37:1 38:7,22
  39:16 40:10,
  23 41:7,19,
  25 42:14,16
  51:10 52:17
  54:2 58:10,
  15 62:11,25
  63:15,23
  64:18 65:18
  66:4 67:18
  68:14,23
  69:10 70:5
  71:4 73:16,
  19 75:25
  76:3 79:9,13
  85:1,5,12
  86:6 88:4
  89:6 91:5
  93:16 94:1,5
  95:19,23
  96:3,7
**today**
  6:7,11,23
  11:20 12:18,
  21 23:1
  49:24
**today's**
  7:11 8:15
  13:10 38:21
**told**
  25:18
**tool**
  50:6 63:2,8,
  9
**toolkit**
  50:14,16
**top**
  76:18 84:20
**topic**
  27:13,21
  30:18,19,22
  31:7 41:21,
  22,24 42:1,
  10 58:13
  72:21 73:1,2

  82:20 89:7,
  10 90:16
  91:4,6,8
**topics**
  8:19,23
  13:22,24
  41:21 42:8
  51:12 54:4
  73:3 79:14,
  15 85:21
  87:4
**total**
  8:7,11 44:14
**touch**
  66:22 85:21
  93:6
**touched**
  87:24
**Town**
  20:8
**toy**
  88:23
**track**
  49:23 50:19,
  22
**tracker**
  27:5
**tracking**
  50:25 51:4
**traffic**
  61:2
**transcript**
  96:3
**transcripts**
  10:14 11:3,4
**transfer**
  44:4
**transferred**
  24:18 45:25
**true**
  47:4
**Trump**
  4:17 54:10
**Trump-related**
  53:24
**truth**
  5:11,12

**try**
  6:22 32:24
  57:4 65:20
  73:11 82:1,
  25
**trying**
  9:22 17:25
  18:6,11,17
  21:4 22:1
  26:8 30:21
  50:21 56:25
  60:10 69:17
  80:3 81:20
  84:13
**Twitter**
  61:19
**two**
  17:10,19
  19:9 79:19,
  22 85:24
  89:22
**type**
  48:5 66:24
  79:7 83:22
**types**
  79:8

---

U

---

**U.S.**
  4:22,23
**UK**
  46:24 48:11,
  15,16,20
  49:2,3 59:7
  83:24 84:1,
  19 86:16
  88:24
**ultimately**
  41:15
**Um-hmm**
  78:11
**umbrella**
  14:19 16:6
**underlying**
  37:22,23

**understand**
6:23 7:2,8
8:13 11:12
16:10 17:25
18:6 19:23
21:4 26:8
36:10 50:18
56:4,12,25
60:7,10
65:19,23
69:15,17
76:6,11
77:19 80:3
81:20

**understanding**
31:11 76:23
79:18 80:12

**Understood**
58:7 80:2
83:20

**undertaken**
87:8

**undertaking**
39:5

**unified**
14:23

**unique**
56:2,6

**United**
16:25 24:16
28:23 35:5
37:12,16
43:9,14 45:6
48:12 52:13
53:15 55:14,
19 68:19,25
69:7 77:5
86:24 87:20,
23 89:2,5
90:1,3

**universe**
91:2

**unusual**
31:18

**upstream**
47:21

**US-RELATED**

53:19

**user**
73:2

**USP**
52:10

---

**V**

---

**value**
29:4 83:19

**varied**
63:9

**variety**
7:13 61:20
63:10 72:16

**various**
7:19 10:3,6
11:12 60:21
79:8

**vast**
57:6

**verify**
74:22

**versa**
69:6

**versus**
4:17 48:11

**vice**
69:6

**video**
4:9 13:2
34:25 35:1

**video-on-
demand**
34:24 35:5
51:25 55:13
57:21 93:19

**video-
recorded**
4:14

**videographer**
4:7,21
58:18,21
85:13,16
95:24 96:6,
10

**viewed**
41:5,14
42:18

**viewers**
74:1

**virtue**
51:12

**visitors**
51:1,2

**visual**
92:6

**volume**
90:4

---

**W**

---

**W-E-R-N-E-R**
84:18

**waived**
96:14

**waiving**
91:13

**want**
6:18 9:7
19:22 23:8
28:18 57:15
66:21 84:23
85:1,4,6

**wanted**
34:18 35:19
39:15 40:21
66:1,10 74:3
75:19 85:21,
23 90:23
93:6,11

**wanting**
73:11

**watch**
31:2

**watched**
31:1 41:18

**watching**
28:6 33:15

**way**
6:2 7:20 9:9
18:12,13,15
20:21 30:21,

23 32:15
41:17 45:14,
15 49:18
50:7 58:5
63:3 72:20
73:24 74:12
77:8 82:1
83:16 87:5
94:18,25

**ways**
44:24 72:17

**web**
72:9

**website**
48:16 49:1,
10 50:8,9,
10,11 71:2
72:19 73:1,7

**websites**
50:14 73:5

**went**
33:14 37:24

**Werner**
84:18

**whispering**
4:12

**wholly**
82:22

**Wikipedia**
73:9

**Wilcox**
5:7 7:16
93:25

**winner**
30:25

**wins**
62:17 63:4

**wished**
91:24

**wishes**
91:24

**witness**
5:1,13 7:8
12:23 13:2
18:11 22:14
25:2 29:12,
19 30:15

32:23 33:9
34:5 38:9,23
39:18 40:24
41:8 52:19
62:13 63:1,
16 64:20
65:19 66:5
67:19 68:15,
24 69:11
70:7 71:5
73:20 76:2,4
79:18 86:9
88:6 89:9,14
91:14,18
93:18

**witnesses**
85:25 89:9
90:18 91:14
93:8

**word**
9:12

**wording**
27:11

**words**
27:19

**work**
7:15,22
47:16 73:21
90:11

**worked**
7:25

**works**
9:18 58:6
60:7 66:6
83:8

**world**
11:18 46:25
55:4,7,25
56:18 93:11
94:12 95:15

**Worldwide**
14:11,12
82:3,9,24

**Worldwide's**
82:25

**worries**
85:10

**wow**
85:10

**writers**
52:9

**writing**
31:16,18,24

---

**Y**

---

**yeah**
20:21 24:4
40:13 64:2
88:6

**year**
17:14 22:4
53:3,4 78:1
89:23 90:6,7

**years**
32:20 33:15
47:4 55:2,12
57:8,11
77:21 90:9

**York**
16:17 18:20
19:8,10,19
20:11 21:5
35:24 43:3,
6,9,14 51:16

**Youtube**
71:24 72:2,
5,9 80:14