**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRESIDENT DONALD J. TRUMP,
An individual,

       *Plaintiff*,

v.

BRITISH BROADCASTING
CORPORATION a/k/a BBC, BBC STUDIOS
DISTRIBUTION LIMITED, and BBC
STUDIOS PRODUCTIONS LIMITED,

       *Defendants*

Case No. 1:25-cv-25894-RKA-EAL

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Michael J. Gerardi, Senior

Trial Counsel, Civil Division, as counsel of record for the United States in this matter.

Dated: July 14, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
United State Attorney

BRETT A. SHUMATE
Assistant Attorney General, Civil
Division

*/s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No.
1017949)
Trial Attorney
U.S. Dep't of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Email: michael.j.gerardi@usdoj.gov
Phone: (202) 616-0680
Fax: (202) 616-8460

*Counsel for the United States of America*