UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-25894-RKA-EAL |
| | ) | |
| BRITISH BROADCASTING CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS BBC STUDIOS DISTRIBUTION LIMITED AND
BBC STUDIOS PRODUCTIONS LIMITED**

Plaintiff President Donald J. Trump ("Plaintiff"), and Defendants BBC Studios Distribution Limited and BBC Studios Productions Limited (together, the "Studios Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this action asserted against the Studios Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees. President Trump shall continue prosecuting his causes of action against Defendant British Broadcasting Corporation.

Dated: July 16, 2026                         Respectfully submitted,

| | |
|---|---|
| /s/ Alejandro Brito | /s/ Charles D. Tobin |
| Alejandro Brito | Charles D. Tobin |
| Florida Bar No. 098442 | Florida Bar No. 816345 |
| Michael Mena | Maxwell S. Mishkin (*pro hac vice*) |
| Florida Bar No. 10664 | Yanni Chen (*pro hac vice*) |
| Jalaine Garcia | Ballard Spahr LLP |
| Florida Bar No. 5862 | 1909 K Street, NW |
| Ian Michael Corp | 12th Floor |
| Florida Bar No. 1010943 | Washington, DC 20006 |
| BRITO, PLLC | Tel: 202-661-2218 |
| 2121 Ponce de Leon Boulevard | Fax: 202-661-2299 |
| Suite 650 | tobinc@ballardspahr.com |

Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385
abrito@britopllc.com
mmena@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

Edward Andrew Paltzik (*pro hac vice*)
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com

Daniel Zachary Epstein (*pro hac vice*)
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co

*Counsel to Plaintiff,*
*President Donald J. Trump*

mishkinm@ballardspahr.com

Sasha Dudding (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019
Tel:  646-346-8094
duddings@ballardspahr.com

Richard W. Miller (*pro hac vice*)
Ballard Spahr LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: 678-420-9300
millerrw@ballardspahr.com

*Counsel to Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on July 16, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin

**LOCAL RULE 7.1(a) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the parties hereby certify that all parties conferred in good faith and have agreed to file this stipulation.

*/s/ Charles D. Tobin*
Charles D. Tobin

3