UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

|  |  |  |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-25894-RKA-EAL |
| | ) | |
| BRITISH BROADCASTING CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT NOTICE REGARDING MOTIONS SET FOR DISCOVERY HEARING**

Plaintiff President Donald J. Trump ("Plaintiff") and Defendant British Broadcasting Corporation a/k/a BBC (the "BBC," or "Defendant" and together with Plaintiff, the "Parties"), by and through undersigned counsel, hereby file this Joint Notice pursuant to the Court's July 16, 2026 Order (ECF 98).

The Stipulation of Dismissal with Prejudice as to Defendants BBC Studios Distribution Limited and BBC Studios Productions Limited (ECF 97) affects the discovery disputes scheduled to be heard at the July 21, 2026 omnibus discovery hearing as follows:

- **Joint Motion for Hearing on Discovery Related to Defendants' Subpoena to Produce Records to Non-Party The Donald J. Trump Revocable Trust** (ECF 52): No issues raised in this joint motion are moot.

- **Joint Motion for Discovery Hearing on Defendants' Forty-Seven Subpoenas to Third Parties Regarding January 6, 2021** (ECF 61): No issues raised in this joint motion are moot.

- **Motion for Hearing Related to Plaintiff's Responses and Objections to Defendants' First Requests for Production and Interrogatories** (ECF 57): Defendant withdraws from consideration the following Requests for Production related specifically to the Studios Defendants: Requests for Production 4-5, 7-8, 10,[1] 12, and 14.  *See* ECF 57-2 at

---

[1] Request No. 10 reads, "All Documents and Communications Concerning Your claim in Paragraph 17 of the Complaint that 'BBC maintains an office, at 255 Alhambra Circle, Suite

11-12.  However, none of the disputes raised in the Motion are specific to these Requests. On July 14, 2026, Plaintiff produced his first volume of production, consisting of 755 pages of documents.  Since beginning their productions on April 28, 2026, Defendants have now made nine productions, totaling over 87,000 pages.  As stated in Defendants' July 6, 2026 Notice, Defendant requests the Court's assistance in ensuring that the frequency, pace, and volume of the Plaintiff's document productions are aligned with the Court's scheduling order that sets the close of all fact discovery for October 20, 2026. *See* ECF 92.  Otherwise, the Motion remains ripe for adjudication.

- **Joint Motion for Discovery Hearing Related to Plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission** (ECF 79): No issues raised in this joint motion are moot.  As set forth in Defendants' June 25, 2026 Notice, the Parties had already resolved their disputes as to the Requests for Admission related to the Studios Defendants.  *See* ECF 90.

Dated: July 17, 2026                                        Respectfully submitted,

| | |
|---|---|
| */s/ Alejandro Brito* | */s/ Charles D. Tobin* |
| Alejandro Brito | Charles D. Tobin |
| Florida Bar No. 098442 | Florida Bar No. 816345 |
| Michael Mena | Maxwell S. Mishkin (*pro hac vice*) |
| Florida Bar No. 10664 | Yanni Chen (*pro hac vice*) |
| Jalaine Garcia | Ballard Spahr LLP |
| Florida Bar No. 5862 | 1909 K Street, NW |
| Ian Michael Corp | 12th Floor |
| Florida Bar No. 1010943 | Washington, DC 20006 |
| BRITO, PLLC | Tel: 202-661-2218 |
| 2121 Ponce de Leon Boulevard | Fax: 202-661-2299 |
| Suite 650 | tobinc@ballardspahr.com |
| Coral Gables, FL 33134 | mishkinm@ballardspahr.com |
| Tel:  305-614-4071 | |
| Fax:  305-440-4385 | Sasha Dudding (*pro hac vice*) |
| abrito@britopllc.com | Ballard Spahr LLP |
| mmena@britopllc.com | 1675 Broadway |

1000, Coral Gables, FL 33134' and 'BBC Studios Americas Inc., a BBC subsidiary, also operates out of this location.'"  *See* ECF 57-2 at 12.  Defendant withdraws only the portion of this Request concerning BBC Studios Americas, Inc., not the portion regarding the BBC.

| | |
|---|---|
| jgarcia@britopllc.com<br>icorp@britopllc.com<br>apiriou@britopllc.com<br><br>*/s/ Edward Andrew Paltzik*<br>Edward Andrew Paltzik (*pro hac vice*)<br>Taylor Dykema PLLC<br>914 E. 25th Street<br>Houston, TX 77009<br>Tel: 516-526-0341<br>edward@taylordykema.com<br><br><br>*/s/ Daniel Zachary Epstein*<br>Daniel Zachary Epstein (*pro hac vice*)<br>Epstein & Co. LLC<br>8903 Glades Rd<br>Ste A8 #2090<br>Boca Raton, FL 33434<br>Tel: 510-239-7430<br>dan@epsteinco.co<br><br>*Counsel to Plaintiff,*<br>*President Donald J. Trump* | 19th Floor<br>New York, NY 10019<br>Tel:  646-346-8094<br>duddings@ballardspahr.com<br><br>Richard W. Miller (*pro hac vice*)<br>Ballard Spahr LLP<br>999 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>Tel: 678-420-9300<br>millerrw@ballardspahr.com<br><br>*Counsel to Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on July 17, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin

## LOCAL RULE 7.1(a) CERTIFICATION

Pursuant to Local Rule 7.1(a), the parties hereby certify that all parties conferred in good faith and have agreed to file this notice.

*/s/ Charles D. Tobin*
Charles D. Tobin

3