**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORPORATION,<br><br>Defendant. | Case No. 1:25-CV-25894-RKA |

**NOTICE OF APPEARANCE AS CO-COUNSEL**
**AND NOTICE OF DESIGNATION OF E-MAIL ADDRESSES**

Plaintiff President Donald J. Trump ("President Trump") hereby files this Notice of Appearance as Co-Counsel and Notice of Designation of E-Mail Addresses and states as follows:

Michael O. Mena, Esq. of the law firm of Brito, PLLC hereby makes an appearance as Co-Counsel in the above-styled matter and designates the following e-mail addresses for purposes of service in this case as follows:

Michael O. Mena, Esq. E-Mail: mmena@britopllc.com

Dated: July 28, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385

*/s/ Michael O. Mena*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 010664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2026, the foregoing was served via the Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendant British Broadcasting Corporation.*

*/s/ Michael O. Mena*


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071