**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

    Plaintiff,

   v.

BRITISH BROADCASTING CORPORATION
a/k/a BBC,

    Defendant.

Case No. 1:25-cv-25894-RKA

**PLAINTIFF'S *UNOPPOSED* EXPEDITED**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to Local Rule 5.4(b) and the Protective Order entered by the Court on April 24, 2026, [ECF No. 51], files this *Unopposed* Expedited Motion to File Documents Under Seal, and in support thereof, states as follows:

1. On April 24, 2026, the Court entered the Protective Order proposed by Plaintiff and Defendants British Broadcasting Corporation a/k/a BBC (the "BBC"), BBC Studios Distribution Limited, and BBC Studios Productions Limited (collectively, "Defendants"). The Protective Order governs the disclosure and use of information produced in discovery and designated as "Confidential" or "Attorneys' Eyes-Only" by a producing party. As set forth in Paragraph 4 of the Protective Order, a producing party may designate as Confidential Information any business, proprietary, or personal information, including unpublished information generated or gathered in the course of news gathering and reporting, and may designate as Attorneys' Eyes-Only

Information any highly confidential, financial, journalistically, commercially, or personally sensitive information whose disclosure is likely to cause competitive or personal harm, including information considered politically or journalistically sensitive by either party.

2.    Paragraph 10 of the Protective Order provides that the Order shall not restrict the use of any Discovery Materials in any motion papers, memoranda, affidavits, exhibits, transcripts, and other papers filed with the Court, but that, should any party intend to file any other party's Discovery Materials marked Confidential or Attorneys' Eyes-Only with the Court, it must provide all other parties with four (4) calendar days' notice identifying the Discovery Materials it intends to file. Paragraph 10 further provides that, should a party wish to move to seal any Discovery Materials, it must file a motion to seal pursuant to Local Rule 5.4(b); that, if a motion to seal is filed within four (4) days, the non-moving party must redact the subject content from any public filing pending resolution of the sealing motion; and that, if no motion to seal is timely filed, all Discovery Materials shall be filed on the public record.

3.    Given the exigent circumstances described herein, Plaintiff has provided the BBC with one (1) day's notice identifying the Discovery Materials Plaintiff intends to file. Plaintiff, however, does not seek to shorten or curtail the four-day period that the Protective Order affords the BBC as the designating party. To the contrary, Plaintiff requests that the designated materials be maintained under seal during that four-day period, and until the Court resolves any motion to seal the BBC may file, so that the abbreviated notice does not result in the designated content being placed on the public record before the BBC's four (4) day period has run.

4.    Expedited treatment and provisional sealing are warranted because a July 27, 2026, Order (ECF No. 104) requires non-party The Donald J. Trump Revocable Trust (the "Trust") to begin producing documents by August 6, 2026, and Plaintiff's forthcoming motion for leave to

2

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

amend—together with the accompanying materials the BBC has designated Confidential and/or Attorneys' Eyes-Only—bears directly on the scope of that production, such that Plaintiff must file the proposed First Amended Complaint ("Proposed Amended Complaint") and its designated exhibits under seal once the motion for leave is filed. The abbreviated notice does not prejudice the BBC. The BBC is the designating party, its designations are being honored, its full four (4) day period is preserved, and, as set forth below, the BBC consents to the relief requested.

5.      Plaintiff intends to file his motion for leave to amend the complaint together with the Proposed Amended Complaint no later than August 5, 2026. Certain exhibits to, and limited portions of, the Proposed Amended Complaint consist of or reveal Discovery Materials the Defendants have designated Confidential and/or Attorneys' Eyes-Only Information under the Protective Order.

6.      The materials proposed to be sealed are: (a) exhibits to Plaintiff's Proposed Amended Complaint consisting of Discovery Materials the Defendants have designated as Confidential and/or Attorneys' Eyes-Only under the Protective Order, and (b) limited portions of the Proposed Amended Complaint that quote, describe, or otherwise reveal those designated materials. Consistent with Local Rule 5.4(b)(1), Plaintiff describes the materials with as much particularity as possible without attaching or revealing the content of the proposed sealed material, and, pursuant to that Rule, will not file the proposed sealed material unless and until the Court grants this Motion.

7.      The materials were designated as Confidential and/or Attorneys' Eyes-Only Information by the Defendants, and not by Plaintiff. Plaintiff is filing this Motion solely to honor those designations, and comply with paragraph 10 of the Protective Order. Plaintiff takes no position on whether the designated materials are properly sealable, and files this Motion so that

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

the Defendants, as the designating parties, may exercise their right under Paragraph 10 of the Protective Order to move to seal the materials and to set forth the factual and legal basis for any sealing as required by Local Rule 5.4(b)(1). Plaintiff's filing of this Motion is not an admission that the designated materials constitute or contain confidential information, and, consistent with Paragraph 13 of the Protective Order, the Court's honoring of the designations for purposes of this Motion carries no presumption that the materials are Confidential and/or Attorneys' Eyes-Only Information simply because a party has so designated them.

8.      Consistent with Paragraph 10 of the Protective Order, Plaintiff will publicly file a redacted version of the Proposed Amended Complaint that redacts only the content Defendants designated Confidential and/or Attorneys' Eyes-Only.

9.      As to the proposed duration of the requested sealing, Plaintiff requests that the materials remain under seal until the Court rules on any memorandum or motion filed by the BBC establishing the basis for continued sealing in accordance with the terms of the Protective Order.

10.     Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff has conferred with counsel for the BBC regarding the relief sought in this Motion, and the BBC consents to the relief requested.

**WHEREFORE**, Plaintiff, PRESIDENT DONALD J. TRUMP respectfully requests that the Court enter an Order: (a) granting the instant Motion; (b) permitting Plaintiff to file under seal an unredacted version of the Proposed First Amended Complaint and the designated exhibits thereto and; (c) designating the BBC, as a designating party, to file within four (4) days after the filing of the Proposed First Amended Complaint (or such other time as the Court may set) a memorandum setting forth the factual and legal basis for continued sealing pursuant to Local Rule 5.4(b)(1), failing which the designated material shall be unsealed and filed on the public record;

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

(d) providing that the designated material shall remain under seal until the Court rules on any such memorandum or motion filed by the BBC; and (e) granting such other and further relief as the Court deems just and proper.

Dated: August 4, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 010664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

*Counsel to Plaintiff,*
*President Donald J. Trump*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 4, 2026 the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendant British Broadcasting*
*Corporation*

/s/Alejandro Brito

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071