**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC,<br><br>Defendant. | Case No. 1:25-cv-25894-RKA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *UNOPPOSED* EXPEDITED MOTION TO FILE DOCUMENTS UNDER SEAL**

THIS MATTER came before the court on the *Unopposed* Expedited Motion to File Documents Under Seal ("Motion") filed by Plaintiff President Donald J. Trump ("Plaintiff") [ECF No. __]. For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1.      Plaintiff's Motion is GRANTED.

2.      Plaintiff is permitted to file under seal an unredacted version of his Proposed First Amended Complaint along with the designated exhibits to the Proposed First Amended Complaint that will be attached to his forthcoming Motion For Leave to File First Amended Complaint.

3.      Defendant British Broadcasting Corporation ("Defendant"), as the designating party of the materials and information to be filed under seal, shall have four days after Plaintiff files his motion for leave to file the proposed first amended complaint to file its memorandum or motion to seal setting forth the factual and legal basis for continued sealing pursuant to S.D. Fla. Local Rule 5.4(b)(1), failing which the designated material shall be unsealed and filed on the public

record.

4.      The designated exhibits and unredacted version of the Proposed First Amended Complaint shall remain under seal until the Court rules on Defendant's forthcoming memorandum or motion to seal.

**DONE AND ORDERED** in Chambers in Miami, Florida on this _____ day of _____ _____, 2026.

_____

HON. ROY K. ALTMAN
United States District Judge

cc:     All counsel of record.