# [PROPOSED] **FIRST AMENDED COMPLAINT TOGETHER WITH EXHIBITS A – K THERETO**

# **FILED UNDER SEAL PURSUANT TO AUGUST 4, 2026 ORDER [ECF NO. 107]**