**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

    v.

BRITISH BROADCASTING CORPORATION
a/k/a BBC,

        Defendant.

Case No. 1:25-cv-25894-RKA

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

THIS MATTER came before the Court on Plaintiff President Donald J. Trump's ("Plaintiff") Motion for Leave to File First Amended Complaint (the "Motion") [ECF No. __]. The Court having considered the Motion, any response and reply, the record, and being otherwise fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

1.      Plaintiff's Motion is GRANTED.

2.      The Court finds that good cause exists under Fed. R. Civ. P. 16(b)(4) as the record reflects that the core amendments in the Proposed First Amended Complaint rest on the Defendant's document productions and testimony of the Defendant's corporate and custodial witnesses, which were produced or taken after the March 31, 2026 deadline to amend, and that Plaintiff moved for leave promptly after that discovery developed. The Court further finds that leave is warranted under Fed. R. Civ. P. 15(a)(2). This is Plaintiff's first amendment; there has been no undue delay or bad faith, as the Motion follows the orderly progress of discovery; the

Defendant will suffer no undue prejudice, because the amendments are drawn from the Defendant's own records and witnesses, discovery does not close until October 20, 2026, and trial is not set until February 2027; and the amendment is not futile, as the First Amended Complaint is not so clearly deficient that it could not survive a motion to dismiss. *See Hall v. United Ins. Co. of Am.*, 367 F.3d 1255, 1262–63 (11th Cir. 2004).

3.    The First Amended Complaint, attached to the Motion as Exhibit 1, is deemed FILED as of the date of this Order.

4.    Defendant shall respond to the First Amended Complaint within the time prescribed by Federal Rule of Civil Procedure 15(a)(3).

**DONE AND ORDERED** in Chambers in Miami, Florida on this _____ day of _____ _____, 2026.

_____
HON. ROY K. ALTMAN
United States District Judge

cc:    All counsel of record.

2