**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

           Plaintiff,

     v.

BRITISH   BROADCASTING   CORPORATION
a/k/a BBC,

           Defendant.

Case No. 1:25-CV-25894-RKA

**NON-PARTY THE DONALD J. TRUMP REVOCABLE TRUST'S**
**NOTICE OF FILING DECLARATION OF ALAN GARTEN**
**IN SUPPORT OF OBJECTIONS TO AND APPEAL OF**
**THE JULY 27, 2026 ORDER [ECF NO. 111] AND *EMERGENCY* MOTION**
**TO STAY ENFORCEMENT OF THE JULY 27, 2026 ORDER [ECF NO. 112]**

Non-Party, The Donald J. Trump Revocable Trust (the "Trust"), by and through undersigned counsel, hereby gives notice of filing the Declaration of Alan Garten, General Counsel of The Donald J. Trump Revocable Trust, in Support of the Trust's Objections to and Appeal of the Magistrate Judge's July 27, 2026 Order [ECF No. 111] and the Trust's Emergency Motion to Stay Enforcement of that Order [ECF No. 112]. A true and correct copy of the Declaration is attached hereto as Exhibit A.

Dated: August 5, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 10664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump, and*
*Non-Party, The Donald J. Trump*
*Revocable Trust*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2026, the foregoing was served via the

Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting
Corporation*

*/s/ Alejandro Brito*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071