**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

          Plaintiff,

    v.

BRITISH   BROADCASTING   CORPORATION
a/k/a BBC,

          Defendant.

Case No. 1:25-cv-25984-RKA

**<u>FIRST AMENDED COMPLAINT</u>**
**<u>AND DEMAND FOR JURY TRIAL</u>**

Plaintiff PRESIDENT DONALD J. TRUMP ("President Trump"), by and through his counsel, files this First Amended Complaint against Defendant BRITISH BROADCASTING CORPORATION a/k/a BBC (the "BBC" or "Defendant"), and alleges as follows:

**INTRODUCTION**

1.      This action concerns a false, defamatory, deceptive, disparaging, inflammatory, and malicious depiction of President Trump, which was published in a BBC *Panorama* documentary, that was fabricated and aired by the Defendant one week before the 2024 Presidential Election in a brazen attempt to influence the Election's outcome to President Trump's detriment.

2.      In the BBC *Panorama* documentary titled "Trump: A Second Chance" (the "*Panorama* Documentary," or the "Documentary"),[1] which was first broadcast on October 28, 2024, the BBC intentionally and maliciously sought to fully mislead its viewers around the world

---

[1]    First published by Defendant on October 28, 2024, with a runtime of 57:54. *See* "Trump: A Second Chance?", BBC (Oct. 28, 2024) (https://www.bbc.co.uk/programmes/m0024h6r) (last visited August 4, 2026).

by splicing together two entirely separate parts of President Trump's speech on January 6, 2021 (the "Speech").[2] The *Panorama* Documentary simply omitted another critical part of the Speech in such a manner as to intentionally misrepresent the meaning of what President Trump said.

3.      The *Panorama* Documentary showed President Trump telling supporters: "*We're going to walk down to the Capitol and I'll be there with you. And we fight. We fight like hell and if you don't fight like hell, you're not going to have a country anymore.*" (Falsely depicted at 33:53 of the Documentary). President Trump never uttered this sequence of words.

4.      This fabricated depiction of President Trump during the Speech was false, deceptive, and defamatory given that President Trump's actual and full remarks during the Speech were (a) "*Now it is up to Congress to confront this egregious assault on our democracy. And after this, we're going to walk down and I'll be there with you. We're going to walk down, we're going to walk down. Anyone you want but I think right here, we're going to walk down to the Capitol and we're going to cheer on our brave senators and congressman and women, and we're probably not going to be cheering so much for some of them*" (Remarks made on January 6, 2021, 12:12 p.m. Eastern Standard Time, 14:52 into the Speech), and then, much later, (b) "*[B]ut I said 'Something's wrong here, Something's really wrong, can't have happened.' And we fight, we fight like hell, and if you don't fight like hell, you're not going to have a country anymore*" (Remarks made on January 6, 2021, at 1:07 p.m. Eastern Standard Time, 69:30 into the Speech).

5.      Moreover, the BBC omitted President Trump stating, less than one minute after urging supporters to cheer for their senators and congressmen, "*I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices*

---

[2]      The Speech was 70:53 in length.

*heard*" (Remarks made on January 6, 2021, 12:13 p.m. Eastern Standard Time, 15:48 into the Speech).

6.      As set forth in a damning and recently leaked BBC internal whistleblower document, the BBC intentionally used the *Panorama* Documentary to maliciously, falsely, and defamatorily make it seem that President Trump explicitly called for violent action and rioting, and that he "said something he did not,"[3] by splicing together footage from the start of the Speech with a separate quote that he said nearly 55 minutes later, while omitting his statement calling for peace made less than one minute after his first statement urging supporters to cheer their senators and congressmen at the Capitol. Such distortion of the President's speech by the BBC "materially misled viewers."[4]

7.      Moreover, concerns about the *Panorama* Documentary were raised internally before its dissemination, but the BBC ignored those concerns and did not take corrective action.

8.      This instance of doctoring—in the form of distortion of meaning and splicing of entirely unrelated word sequences—is part of the BBC's longstanding pattern of doctoring President Trump's speeches and presenting content in a misleading manner to defame him, including fabricating calls for violence that he never made. *See, e.g.,* ¶¶ 55-87, *infra*.

9.      The BBC, faced with justifiable outrage on both sides of the Atlantic, has publicly admitted its staggering breach of journalistic ethics, but has made no meaningful institutional changes to prevent future journalistic abuses.

10.     Accordingly, President Trump brings this action for compensatory and punitive

---

[3]     Gordon Rayner, *Revealed: the devastating memo that plunged the BBC into crisis*, THE TELEGRAPH (Nov. 6, 2025), https://www.telegraph.co.uk/news/2025/11/06/read-devastating-internal-bbc-memo-in-full/ (last visited August 4, 2026).

[4]     *Id*.

damages for the extensive reputational harm inflicted upon him by the Defendant.

## PARTIES

11.     Plaintiff, President Trump, is a citizen of the United States and a citizen of the State of Florida. He served as the 45th President of the United States and currently serves as the 47th President of the United States.

12.     Defendant, the BBC, is a British corporation established by royal charter and operating under an agreement with the United Kingdom's Secretary of State for Culture, Media, and Sport, with its principal place of business in London, England. The BBC produced and published the *Panorama* Documentary with its production partner, October Films Ltd., and its international distribution partner, Blue Ant Media Corporation.

## JURISDICTION AND VENUE

13.     This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). The parties are completely diverse, as President Trump is a citizen of Florida, while Defendant is a citizen of the United Kingdom, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

14.     The Court possesses personal jurisdiction over Defendant pursuant to Florida Statute § 48.193(2) because Defendant, during the operative period alleged in this Complaint, engaged in substantial and not isolated business activities in Florida, and more specifically in this District. Defendant BBC publishes online news reports, editorials, and other media content at https://www.bbc.com, which are regularly accessed by individuals in Florida.

15.     The BBC operates in the United States not as an abstract concept but in a constant manner; the BBC has a concrete and continuous presence in the United States, including in Florida, where BBC maintains an office at 255 Alhambra Circle, Suite 1000, Coral Gables, FL 33134. BBC Studios Americas Inc., a BBC subsidiary, operates out of this location.

16.     The BBC also intentionally and purposefully transmits news content and other information into Florida, continuously, through its multiple websites, to avail itself of the Florida market and its millions of subscribers and other viewers. For example, the BBC offers web pages entitled "Florida – BBC News"[5] and "Florida – BBC Weather."[6] The BBC also offers web pages specific to cities in Florida.[7]

17.     Additionally, the BBC offers subscriptions to individuals in Florida and as a result, has thousands of subscribers in Florida. Any individual in the United States, including Florida, can pay for a subscription to the BBC's content and services.[8]

18.     Accordingly, BBC has engaged, and continues to engage in, substantial and not isolated activity in Florida.

19.     In addition, this Court possesses personal jurisdiction over Defendant pursuant to: (a) Florida Statute § 48.193(1)(a)(1), because Defendant operates, conducts, engages in, or carries on a business in Florida or has an office or agency in Florida, (b) Florida Statute § 48.193(1)(a)(2) because Defendant committed a tortious act in Florida (as alleged herein), and (c) Florida Statute § 48.193(1)(a)(6) because Defendant caused injury to President Trump within Florida arising out of an act or omission committed by Defendant in Florida, while at or about the time of the injury,

---

[5]     *Florida – BBC News*, BBC, https://www.bbc.com/news/topics/c77jz3mdq1jt (last visited August 4, 2026).

[6]     *Florida – BBC Weather*, BBC, https://www.bbc.com/weather/3442585 (last visited August 4, 2026).

[7]     *See, e.g., Miami – BBC News*, BBC, https://www.bbc.com/news/topics/cp7dde75nmlt (last visited August 4, 2026).

[8]     *Get even more from a BBC subscription*, BBC, https://www.bbc.com/subscribe (last visited August 4, 2026).

products and services provided by Defendant were used or consumed within Florida in the ordinary course of commerce, trade, or use.

20.     The *Panorama* Documentary was available to be viewed by citizens of Florida and was, in fact, viewed in Florida by citizens of Florida, notwithstanding the BBC's anticipated inaccurate claims that the Documentary was unviewable in the United States due to purported geo-locking.

21.     As disgraced former BBC Director General Tim Davie ("Davie") stated in his recent resignation letter: "Despite a hugely competitive market, I am proud that the BBC remains the most trusted news brand *globally*. We have continued to ensure that it is used by almost everyone in the UK as well as hundreds of millions of people *globally*."[9]

22.     Moreover, it is well established that millions of Florida citizens use a virtual private network ("VPN") to view content such as the *Panorama* Documentary, which is streamed on foreign streaming platforms like BBC iPlayer.

23.     According to *vpnMentor*, a VPN research firm, VPN usage in Florida has skyrocketed since 2024, with a 51% increase in demand on December 19, 2024, and an over 1,000% increase in VPN usage at the beginning of 2025.[10]

---

[9]     *Davie and Turness resignations in full*, BBC (Nov. 9, 2025), https://www.bbc.com/news/articles/c1k02vr1my2o (last visited August 4, 2026) (emphasis added).

[10]     *Floridians Flock to VPNs As Age-Verification Law Takes Effect*, TAMPA FREE PRESS (Jan. 8, 2025) (https://www.tampafp.com/floridians-flock-to-vpns-as-age-verification-law/) (last visited August 4, 2026).

24.     Florida streamers have opted to use VPNs to increase their "streaming freedom." Among the most popular streaming services accessed by viewers using a VPN is BBC's online streaming platform, BBC iPlayer.[11]

25.     To that end, an article published by *Tom's Guide*, a reputable technology news outlet, revealed that a VPN usage survey showed that approximately 41% of VPN subscribers use the service to stream content, citing BBC iPlayer as an example of what a VPN subscriber could view using a VPN.[12]

26.     The *Panorama* Documentary's publicity, coupled with significant increases in VPN usage in Florida since its debut, establishes the overwhelming likelihood that citizens of Florida accessed the Documentary before the BBC removed it.

27.     Articles like those published by Tom's Guide[13] and PureVPN[14]—giving a summary of the *Panorama* Documentary's plot, telling users how to view the Documentary, and going as far as to provide links to VPNs that allow a user to view BBC iPlayer—make it reasonably certain that Floridians accessed the Documentary using a VPN during the time the Documentary was available.

---

[11]     *Florida VPN Surge: Why VPN Usage Skyrocketed 1,000% in Florida* (2025), TRUSTED TECHSPOT (https://trustedtechspot.com/florida-vpn-surge/) (last visited August 4, 2026).

[12]     *More Than 40% of VPN Subscribers Use Them for Streaming – Here's Why*, TOM'S GUIDE (June 2, 2021) (https://www.tomsguide.com/features/more-than-40-of-vpn-subscribers-use-them-for-streaming-heres-why) (last visited August 4, 2026).

[13]     *How to Watch 'Trump: A Second Chance?'*, TOM'S GUIDE (Oct. 28, 2024) (https://www.tomsguide.com/entertainment/streaming/how-to-watch-trump-a-second-chance-online-from-anywhere) (last visited August 4, 2026).

[14]     *How to Watch 'Trump: A Second Chance in the US'*, PUREVPN (https://www.purevpn.com/how-to-watch-trump-a-second-chance-in-the-us) (last visited August 4, 2026).

28.     Further supporting the fact that Floridians accessed the *Panorama* Documentary through a VPN, *The Guardian* reported that research showed that "65 million people from abroad watch the broadcaster's license-fee funded iPlayer service using proxy servers or virtual private networks."[15]

29.     As underscored by the Chairman of the FCC, Brendan Carr, "[t]he BBC has stated that it has a number of partnerships with U.S. broadcasters, including PBS and NPR, to distribute BBC programming here in America."[16]

30.     The BBC intentionally distributed and placed the *Panorama* Documentary into the stream of commerce in the United States generally, and in Florida specifically, through various ways, channels, and approaches.

31.     One key example is the fact that the BBC created the Documentary to be exclusively about President Trump, who is a Florida resident, with the intent that it would cause President Trump harm in Florida, and with knowledge that it would cause harm to President Trump in Florida.

---

[15]     Paul Revoir, *BBC iPlayer 'Watched By More Than 60 Million People Outside the UK for Free'*, THE GUARDIAN (July 21, 2015) (https://www.theguardian.com/media/2015/jul/21/bbc-iplayer-uk-vpn-proxy-server) (last visited August 4, 2026).

[16]     *Letter from FCC Chairman Brendan Carr to Tim Davie and Paula Kerger*, BBC (Nov. 19, 2025) (https://www.scribd.com/document/951541771/Chairman-Carr-Letter-FINAL#fullscreen&from_embed) (last visited August 4, 2026); *Exclusive—FCC Chairman Brendan Carr Launches Probe Into BBC for 'Intentionally Distorting' Trump Speech*, BREITBART (Nov. 19, 2025) (https://www.breitbart.com/the-media/2025/11/19/exclusive-fcc-chairman-brendan-carr-launches-probe-into-bbc-for-intentionally-distorting-trump-speech/) (last visited August 4, 2026).

32.     That is evidenced by, among other factors, the documents which show that the BBC's decision to commission the Documentary was conceived, timed, and structured around the 2024 United States Presidential election.

33.     Indeed, in the BBC's Programme Production Agreement, which contains the special terms that would govern how the Documentary would be produced and reflects BBC's editorial judgment, BBC stated that it would be *"mindful of the effects of our reporting that could be seen in territories where the vote could be affected."* A true and correct copy of the Programme Production Agreement is **Exhibit A**.

34.     Critically, the Programme Production Agreement stated that "due to the subject matter of the [Documentary]" it "need[ed] to [be] broadcast ahead of the US Election on 5th November 2024." *Id*. at p. 4. Thus, Defendant specifically timed the release of the Documentary to occur immediately before the 2024 Presidential election.

35.     Moreover, pitch documents for the Documentary expressly referred to the 2024 United States Presidential election and several key battleground states which would likely sway the election results, including Florida. True and correct copies of version 3 of the pitch for the Documentary and version 5 of the pitch for the Documentary are **Composite Exhibit B**.

36.     As another example, BBC *Panorama* editor Karen Wightman indicated that BBC chose the Documentary's premiere date, October 28, 2024, because it "increases the window for international broadcast ahead of the US election." A true and correct copy of this email is **Exhibit C**.

37.     Further, Megan Towey, a BBC producer who had a substantial role in developing and distributing the Documentary in Florida, told multiple individuals whom she solicited to

appear in the Documentary that it would be "broadcast to a global audience of tens of millions a week away from polling day[.]" A true and correct copy of this email is **Exhibit D**.

38. Once the Documentary was completed, Ms. Towey also guided multiple individuals and organizations throughout the United States, including Florida resident and founder of the Lincoln Project, a notorious anti-Trump organization, Rick Wilson, on how to watch the Documentary in the United States *through the use of a VPN:*

> I just wanted to send a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET). It will also be available for replay on the BBC iPlayer shortly thereafter.
>
> …
>
> ***If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are***:
>
> - https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
> - https://www.techrader.com/vpn/bbc-iplayer-vpn

A true and correct copy of this email is **Exhibit E**.

39. Further, Ms. Towey was not alone. Matthew Hill, the boots-on-the-ground producer employed by BBC on secondment to October Films, BBC's production partner for the Documentary, sent links and access codes to the entire Documentary to multiple people within the United States.

40. When asked by October Films to provide a link to the Documentary for "the US folks," Mr. Hill agreed. A true and correct copy of this email is **Exhibit F**.

41. Notably, Mr. Hill *voluntarily* gave Rick Wilson—a Florida resident—a link to the entire Documentary one day after its premiere. A true and correct copy of this email is **Exhibit G**.

10

42. In addition to BBC's intentional and deliberate acts to distribute the Documentary throughout Florida and throughout the United States, BBC was on notice that its geo-blocking measures were malfunctioning.

43. BBC contracts with GeoComply in order to use its GeoGuard software to monitor and, supposedly, block attempts to view BBC iPlayer content outside of the United Kingdom. Such efforts are contradictory and futile since BBC's own employees make efforts, as stated herein, to enable such content to be accessible from the United States.

44. Moreover, despite what GeoComply might represent to the public about the efficacy of its GeoGuard software, BBC's Director of Digital Distribution, Richard Cooper, acting as BBC's corporate representative, testified that in his experience using the GeoGuard software to try and block such attempts on BBC iPlayer, its measures were not guaranteed to work "every single time." *See* Deposition Transcript of Richard Cooper, which is **Exhibit H**, at 79:8-80:2.

45. BBC's own data confirmed that hundreds of individuals streamed the Documentary from the United States.

46. Remarkably, Mr. Cooper confirmed—under oath—that at least 34 successful play-starts of the Documentary were attributed solely to Florida. *See* Exhibit H, at 100:25-103:17; 121:5-25.

47. Mr. Cooper's testimony is corroborated by the fact that  . True and correct copies of these emails between BBC and ▮▮▮▮▮ are **Composite Exhibit I**.

48.      Mr. Cooper confirmed that ████████████████████████

████████████████████████████████████████████

████████████████████████████████      Exhibit H, at 68:13-23.

49.      These emails confirm that BBC was on notice, during the time that the Documentary was available on BBC iPlayer, that its geo-blocking software was malfunctioning, and was not precluding individuals from watching the Documentary in Florida and throughout the United States.

50.      As explained in greater detail below, the BBC elected to publish the *Panorama* Documentary just one week before the 2024 United States Presidential Election with the express intent of interfering with it and undermining President Trump's odds of winning reelection.

51.      Venue is proper in this district under 28 U.S.C. § 1391(b)(2) and (b)(3). A substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District: President Trump is a citizen of Florida who was defamed by the BBC while in Florida, the BBC filmed the *Panorama* Documentary in significant part in Florida, and the BBC, in concert with its strategic partners including October Films Ltd. and Blue Ant Media Corporation, distributed the Documentary into Florida.

## FACTUAL ALLEGATIONS

### *The BBC's Defamatory and Deceptive Depiction of President Trump's Speech in the Panorama Documentary*

i.      *The BBC Splices and Distorts President Trump's Speech*

52.      The spliced-together version of President Trump's remarks from the Speech that are depicted in the *Panorama* Documentary wrongly made it seem that he said: "*We're going to walk down to the Capitol, and I'll be there with you. And we fight. We fight like hell and if you*

12

*don't fight like hell, you're not going to have a country anymore.*" (Falsely depicted at 33:53 of the Documentary).

53.     This fabricated depiction of President Trump during the Speech was false, deceptive, and defamatory, given that President Trump's actual and full remarks during the Speech were (a) "*Now it is up to Congress to confront this egregious assault on our democracy. And after this, we're going to walk down and I'll be there with you. We're going to walk down, we're going to walk down. Anyone you want but I think right here, we're going to walk down to the Capitol and we're going to cheer on our brave senators and congressman and women and we're probably not going to be cheering so much for some of them.*" (Remarks made on January 6, 2021, 12:12 p.m. Eastern Standard Time, 14:52 into the Speech), and, nearly 55 minutes later, (b) "*[B]ut I said 'Something's wrong here, Something's really wrong, can't have happened.' And we fight, we fight like hell, and if you don't fight like hell, you're not going to have a country anymore.*" (Remarks made on January 6, 2021 at 1:07 p.m. Eastern Standard Time, 69:30 into the Speech).

54.     Moreover, to further the BBC's intended, false, malicious, and defamatory message that President Trump fomented violence, the BBC intentionally omitted President Trump saying, less than one minute after urging supporters to cheer their senators and congressmen, "*I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard.*" (Remarks made on January 6, 2021, 12:13 p.m. Eastern Standard Time, 15:48 into the Speech).

> ii.     *The BBC's Director General and Head of News Resign in Disgrace, and the BBC, Under Fire, Reluctantly Admits Wrongdoing*

55.     On November 9, 2025, Davie and News CEO Deborah Turness resigned in disgrace over their leading roles in the *Panorama* Documentary.[17]

56.     Also on November 9, 2025, President Trump's counsel emailed a letter to Samir Shah (Chairman of the BBC) and Sarah Jones (General Counsel) entitled "Demand to Retract False and Defamatory Statements About The President of the United States of America" demanding retraction of the BBC's false depiction of President Trump, an apology for the false depiction of President Trump, and monetary compensation.  *See* **Exhibit J**.

57.     By letter dated November 13, 2025, the BBC's counsel indicated that the BBC would apologize to President Trump but, somehow, ignoring the resignations of the BBC's leadership, admission of wrongdoing, and apology, still attempted to deny intentional wrongdoing and declined to pay damages. *See* **Exhibit K**.

58.     Enclosed with the letter from counsel was a letter of apology from Chairman Shah, which stated, *inter alia*:

> Let me address immediately your speech of 6 January 2021. The way the speech was edited in the documentary gave a misleading impression of what you said. The editing unintentionally created the impression of a single, continuous section of your speech, rather than excerpts from different points in the speech. ***This gave the mistaken impression that you had made a direct call for violent action. That was an editorial error and it should not have happened. I have stated clearly and publicly that the BBC apologises for that error of judgement***. As it was your

---

[17]     Aleks Phillips and Helen Bushby, *BBC director general and News CEO resign over Trump documentary edit*, BBC (Nov. 9, 2025),  https://www.bbc.com/news/articles/c3vn25d5dq7o  (last visited August 4, 2026) ("It is unprecedented for both the director general and the head of BBC News to resign on the same day."); *see also Davie and Turness resignations in full, supra.*

speech that was edited in a misleading way, and you were the object of that editorial error, I would also like to apologise to you directly for this mistake.

*Id.* (emphasis added).

59.     The BBC then published the following apology on its "Corrections and Clarifications" page, which was also included in the November 13 letter:

> **Panorama – Trump: A Second Chance?**
>
> **28 October 2024**
>
> This programme was reviewed after criticism of how President Donald Trump's 6th January 2021 speech was edited.
>
> During that sequence, we showed excerpts taken from different parts of the speech.
>
> However, we accept that our edit unintentionally created the impression that we were showing a single continuous section of the speech, rather than excerpts from different points in the speech, *and **that this gave the mistaken impression that President Trump had made a direct call for violent action***.
>
> The BBC would like to apologise to President Trump for that ***error of judgment***.
>
> This programme was not scheduled to be re-broadcast and will not be broadcast again in this form on any BBC platforms.[18]

60.     Notably, the BBC did not broadcast a correction, apology, or retraction during a broadcast in a comparable manner to the *Panorama* Documentary, or with a comparable audience.

### *Substantial Evidence of The BBC's Actual Malice*

61.     Contrary to the BBC's claim that its splicing and distortion of the Speech was an unintentional "editorial error," substantial evidence suggests that this was an intentional and malicious effort to falsely and deceptively portray President Trump as having called for violent action on January 6, 2021.

---

[18]     *Corrections and Clarifications*, BBC (Nov. 13, 2025), https://www.bbc.co.uk/helpandfeedback/corrections_clarifications/ (last visited August 4, 2026) (emphasis added).

62.     As an initial matter of common sense, it would have been impossible for BBC's journalists and producers to splice together two distinct parts of the Speech from nearly 55 minutes apart *unless* they were acting intentionally. Such a dramatic distortion could never have occurred by accident. Two distinct parts of a speech from nearly 55 minutes apart do not inadvertently become spliced or linked together without effort, knowledge, and purpose. In parallel, by definition, an "error of judgment," is not inadvertent; it includes an intentional act.

63.     The BBC's actual malice is further compounded by its history that unequivocally demonstrates that the organization has been anything but fair and impartial when it comes to reporting on President Trump. Substantial evidence demonstrates that before the publication of the *Panorama* Documentary, the BBC and its leadership bore President Trump ill will, wanted him to lose the 2024 Presidential Election, and were dishonest in their coverage of him.

64.     The BBC, its journalists, and its producers knew at the time they published the *Panorama* Documentary that the BBC's depiction of President Trump's Speech was false. As explained *infra*, the BBC should have had serious doubts regarding whether its depiction of the Speech was true. At a minimum, the BBC recklessly disregarded the falsity of its depiction.

     *i.*     *The Prescott Memorandum*

65.     In the early Summer of 2025, Michael Prescott, a journalist who until June 2025 was an independent adviser to the BBC's Editorial Guidelines and Standards Committee ("EGSC"), sent an internal memorandum (the "Memorandum") to the BBC Board "expos[ing] a string of incidents that demonstrate serious apparent bias in the corporation's reporting"; following the leak of the Memorandum, *The Telegraph* published the Memorandum in early November 2025.[19]

---

[19]     Rayner, *Revealed: the devastating memo that plunged the BBC into crisis.*

66.    Prescott highlighted a litany of disturbing misconduct demonstrating how far the BBC has strayed from accepted standards of journalistic integrity, including, but not limited to, the BBC's tampering with President Trump's Speech.[20]

67.    Notably, Prescott is nonpartisan, as he wrote in the Memorandum:

> I think it is important to state that I have never been a member of any political party and do not hold any hard and fast views on matters such as American politics or disputes in the Middle East. My views on the BBC's treatment of the subjects covered below do not come with any political agenda. Rather, what motivated me to prepare this note is despair at inaction by the BBC Executive when issues come to light. On no other occasion in my professional life have I witnessed what I did at the BBC with regard to how management dealt with (or failed to deal with) serious recurrent problems.[21]

68.    Regarding the *Panorama* Documentary, Prescott wrote:

> I watched the programme and found it to be neither balanced nor impartial—it seemed to be taking a distinctly anti-Trump stance. Critics of the Republican presidential candidate vastly outnumbered those who argued for him. What examination there was of reasons for Trump's popularity seemed to me insufficient given the overall balance of the programme. Given what I took to be the anti-Trump nature of the programme, I of course assumed there would be a similar, balancing Panorama programme about Democrat presidential candidate Kamala Harris the following week. I remain shocked that there was not.[22]

69.    Prescott was not alone in his assessment:

> I raised my concerns at the EGSC and David Grossman [Senior Editorial Adviser to the EGSC] was asked to review the programme.  He concluded the main contributors to the documentary were heavily weighted against Trump, with just one supporter against ten who questioned his fitness for office. Worse still, David highlighted alarming concerns about how Panorama had edited Trump's speech to his supporters on January 6, 2021 . . . . Examining the charge that Trump had incited protesters to storm Capitol Hill, it turned out Panorama had spliced together two clips from separate parts of his speech. This created the impression that Trump said something he did not and, in doing so, materially misled viewers.[23]

---

[20]    *Id.*

[21]    *Id.*

[22]    *Id.*

[23]    *Id.*

70.    Prescott concluded about the splicing of President Trump's Speech that:

> This was one of the most shocking sets of issues uncovered during my time with the EGSC. If BBC journalists are allowed to edit video in order to make people "say" things they never actually said, then what value are the Corporation's guidelines, why should the BBC be trusted, and where will this all end?[24]

ii.    *The 2022 BBC Newsnight Distortion Demonstrating that the Panorama Documentary Splice is Part of a Defamatory Pattern by the BBC of Falsely Depicting President Trump Through Doctored Footage*

71.    As further revealed by *The Telegraph*, the BBC also aired similarly doctored footage of President Trump's Speech on a 2022 episode of *BBC Newsnight*.[25]

72.    In the doctored Speech clip aired by *BBC Newsnight*, President Trump is falsely, maliciously, and defamatorily depicted as saying: "*We're going to cheer on our brave senators and congressman and women, and we fight, we fight like hell.*"[26]

73.    What President Trump really said was: "*[A]nd we're going to cheer on our brave senators and congressman and women, and we're probably not going to be cheering so much for some of them.*"[27] (Remarks made on January 6, 2021, 12:12 p.m. Eastern Standard Time, 14:52 into the Speech).

---

[24]    *Id.*

[25]    Camilla Tominey, Tim Stanley, John Cadigan, Rob Crilly, *BBC Newsnight also doctored Trump speech*, THE TELEGRAPH (Nov. 13, 2025), https://www.telegraph.co.uk/news/2025/11/13/bbc-doctored-trump-speech-second-time-newsnight/ (last visited August 4, 2026).

[26]    *Id.*

[27]    *Id.*

74.     As *The Telegraph* reported: "Spliced footage of the speech, which aired in an episode in 2022, made it appear that Mr. Trump was encouraging his supporters to riot. The edit was much like a version aired in a *Panorama* documentary broadcast last year."[28]

75.     As further reported by *The Telegraph*: "Like *Panorama*, the *Newsnight* edit made it look as if the US President had urged supporters to walk to the Capitol building with him to 'fight like hell' by linking statements made nearly an hour apart in his speech."[29]

76.     Immediately after the *BBC Newsnight* episode aired, Mick Mulvaney, former Acting White House Chief of Staff, and David Chaudoir, former award-nominated graphic designer for *BBC Newsnight* from 2022-24, both individually voiced their concerns regarding the misleading and malicious way *BBC Newsnight* edited the clip to distort reality.[30]

77.     Mr. Chaudoir specifically told *The Telegraph* that he was present for discussions about the *BBC Newsnight* clip the day after it was published, wherein *BBC Newsnight* production team members dismissed any ethical concerns about the *BBC Newsnight* clip.[31]

78.     Mr. Mulvaney expressed his concern on-air while being interviewed on *BBC Newsnight,* stating:

> Your video actually spliced together the presentation. He said: 'We're going to go down and we're going to cheer on our senators and our house members' and then it actually goes on to say 'And some of them we might not be able to' and that line about 'and we fight and fight like hell' is actually later in the speech yet your video makes it look like those two things came together. [32]

---

[28]     *Id.*

[29]     *Id.*

[30]     *Id.*

[31]     *Id.*

[32]     *Id.*

79. The malicious nature of the spliced and edited clip is further underscored by former BBC legal affairs correspondent Clive Coleman's statements in response to the *Panorama* Documentary, stating:

> I really struggle to understand how we got to this place . . . The first lesson almost you're taught as a broadcast journalist is that you do not join two bits of footage together from different times in a way that will make the audience think that it is one piece of footage.[33]

    iii.    *The 2024 BBC News Shooting Hoax Demonstrating that the Panorama Documentary Doctoring is Part of an Additional Defamatory Pattern by the BBC of Falsely Depicting President Trump Calling for Violence*

80. As also revealed by *The Telegraph*, the BBC "has admitted misleading viewers by claiming that Donald Trump called for one of his leading critics to be shot in the face."[34]

81. This admission by the BBC, regarding three instances of false statements about President Trump supposedly calling for violence against a political opponent, is contained in the now-public Memorandum, and yet the BBC has still failed to issue a public correction.[35]

82. As described by *The Telegraph*:

> In the days before the US presidential election in November last year, a presenter on BBC World News America said that Mr. Trump "appeared to suggest Liz Cheney should face a firing squad for her stance on foreign policy."
>
> On the BBC News Channel, another presenter asked his guest: "He [President Trump] is out there on the campaign trail saying he wants people to shoot Liz Cheney in the face . . . Is that the sort of thing women react well to?

---

[33] Faith Wardwell, *BBC Apologizes to Trump for Documentary Edits, but Pushes Back on Legal Threat*, POLITICO (Nov. 13, 2025) (https://www.politico.com/news/2025/11/13/bbc-trump-apology-documentary-00651451) (last visited August 4, 2026).

[34] Anita Singh, *BBC admits falsely claiming Trump wanted to shoot critic*, THE TELEGRAPH (Dec. 9, 2025), https://www.telegraph.co.uk/news/2025/12/09/bbc-admits-falsely-claiming-trump-wanted-to-shoot-critic/ (last visited August 4, 2026).

[35] *Id.*

Speaking on the Six O'Clock News the same night, Sarah Smith, the BBC's North America editor, said Mr. Trump had been "ratcheting up the violent rhetoric."

She added: "In the latest spat, Donald Trump has been accused of being petty, vindictive and a wannabe tyrant because he suggested that one of his political opponents should face guns, have them trained on her face."[36]

83. All these statements by BBC presenters were false.

84. "In fact, Mr. Trump had accused Ms. Cheney of being a 'radical war hawk' who wanted to send troops to war while she remained in the safety of Washington DC, saying: 'Let's put her with a rifle standing there with nine barrels shooting at her face. OK? Let's see how she feels about it.'"[37]

85. This false, defamatory, and malicious coverage of President Trump, broadcast around the same time as the release of the *Panorama* Documentary, was consistent with the BBC's *modus operandi*, defaming President Trump by fabricating calls for violence allegedly issued by him that he never actually made.

iv. *The Panorama Documentary Was Intentionally One-Sided and Inflammatory, demonstrating that the Doctoring of President Trump's Speech Was Intentional and Part of the BBC's Defamatory Pattern*

86. The lack of any effort by the BBC to publish content even remotely resembling objective journalism, or to maintain even a slight semblance of objectivity in the *Panorama* Documentary, demonstrates that the BBC had no regard for the truth about President Trump, and that the doctoring of his Speech was not inadvertent, but instead was an intentional component of the BBC's effort to craft as one-sided a narrative against President Trump as possible.

87. Indeed, by any measure, including the overwhelming ratio of anti-Trump versus pro-Trump commentators in the *Panorama* Documentary, the exceptionally high percentage of

---

[36] Rayner, *Revealed: the devastating memo that plunged the BBC into crisis*.

[37] *Id*.

time granted to these negative voices in the Documentary versus the positive voices, and the inflammatory content of the negative remarks, all coupled with the BBC's historical unfairness to the President, it is apparent that the BBC fabricated the Documentary to damage President Trump. Doctoring his Speech was consistent with, and part of, the BBC's *modus operandi* of covering President Trump without any pretense of objectivity.

88.     The BBC's aggressively anti-Trump stance is reflected straightaway in the opening scene of the *Panorama* Documentary's introduction, which runs for almost three minutes and begins with noted anti-Trump agitator Rick Wilson—who has written two books criticizing President Trump, *Everything Trump Touches Dies* (2018) and *Running Against the Devil: A Plot to Save America From Trump—and Democrats from Themselves* (2020), and has called the President "the devil" and a "cult leader"—declaring, to the backdrop of ominous cinematic music reaching a dramatic crescendo: "I'm the leading anthropologist of Donald Trump in the, in the world, probably, I've thought about him and studied him more than probably anybody else, and I hate him. I hate what he is, and what he does."

89.     Seconds later, Wilson states of President Trump: "When you let the monster escape, it will come back, it is a rule of every damn horror movie in history."

90.     Former Clinton Secretary of Labor and current Berkeley Professor Robert Reich, another critic of President Trump, then offers: "Once you've unleashed this anger, this hate, into the blood of America, well, it's very very difficult to stop it."

91.     A greater majority of the verbal commentary in the *Panorama* Documentary features negative assertions about President Trump by twelve individuals known to be hostile to the President, all of whom are presented as having some form of relevant expertise and authority about the subject matter presented. Moreover, an overwhelming majority of the overall

Documentary, including the non-interview segments depicting political and historical events from recent years, presents President Trump in a negative light.

92.      Further demonstrating the BBC's malice and intent to interfere with the 2024 Presidential Election, the *Panorama* Documentary, after lingering at length on the events of January 6, 2021, cuts to a clip from the Democratic National Convention on August 22, 2024, showing Kamala Harris taking the stage with a news anchor breathlessly exclaiming in the background: "And here she is, Kamala Harris. It's hard to describe just how electric the mood is here right now."

93.      Toward the end of the *Panorama* Documentary, Reich shockingly compares President Trump to "Adolf Hitler," which rises to defamation itself, while Democrat Congressman Jared Huffman refers to the President as a "cult leader," also a defamatory statement.

94.      Others then join Reich in delivering hyperbolic warnings about President Trump and the supposedly catastrophic consequences that would ensue if President Trump were to emerge victorious.

95.      "The degree to which his pessimism and darkness has infected half this country terrifies me," adds Wilson. "There is no ideology in the Republican party except pain, they want vengeance," he continues.

96.      Berkeley Political Science Professor Steven Fish asserts: "There's a reason why Xi Jinping and Vladimir Putin and Kim Jong Un and all these despots all over the world are rooting so hard for Trump because what Trump does is he seems to discredit democracy in the land of its stronghold, in the strongest democracy in the world, Trump seems to be proof that democracy doesn't work."

97.     Boston College History Professor Heather Cox Richardson offers, "this is the time when we either choose authoritarianism or democracy, and if we choose authoritarianism, there will be no turning back, so I think we better get this one right."

98.     Reich delivers a closing remark to punctuate the BBC's parade of bias: "Wish us luck, by us, I mean the United States."

       *v.*    *Prominent Voices Condemn the BBC and Confirm the BBC's Longstanding Pattern of Actual Malice Against President Trump*

99.     The BBC is so institutionally biased against President Trump and so devoid of self-awareness that, in response to the above letter from President Trump's counsel (**Exhibit J**), it published an article questioning the merits of any lawsuit that the President might bring against the BBC.[38]

100.    No less an authority than the United Kingdom's former Prime Minister, Liz Truss, discussed this bias, the need to hold the BBC accountable, and the BBC's pattern of actual malice.[39]

101.    Remarked Truss: "[The BBC] is a huge problem. They've lied, they've cheated, they've fiddled with footage, especially in the case of President Trump, but also covering up what's happening in Britain whether it's mass migration, whether it's our economic problems, they are always biased towards the left . . . ." She was also asked whether the BBC's tepid apology was sufficient, and responded: "No I don't, because they keep doing it again and again. They have

---

[38]     Kayla Epstein and Madeline Halpert, *Trump vs. the BBC: What hurdles might the President's legal argument face?*, BBC (Nov. 11, 2025), https://www.bbc.com/news/articles/c709y1yx1r0o (last visited August 4, 2026).

[39]     *Former UK prime minister calls out BBC, encourages Trump to continue lawsuit*, FOX NEWS (Nov. 15, 2025), https://www.foxnews.com/video/6385140049112 (last visited August 4, 2026).

painted a completely false picture of President Trump in Britain over a number of years, they've done the same thing about conservatives in our country . . . ." Lamenting the BBC's lost status as a "paragon" of journalism, she remarked that the BBC's "fake news" has caused immense harm to the public for a long time.[40]

102.    Caroline Dinenage, head of the House of Commons' Culture, Media, and Sport Committee, said that Members of Parliament need assurances that the BBC was "taking decisive steps to uphold the corporation's reputation for integrity and public trust." She further remarked: "The Corporation must set the benchmark for accurate and fair reporting, especially in a media landscape where it is all too easy to find news presented in a less than impartial way."[41]

103.    Conservative Party leader and Member of Parliament Kemi Badenoch said that the distortion of the Speech by the *Panorama* Documentary was "absolutely shocking," adding: "That is fake news, actually putting different things together to make something look different from what it actually was." She continued: "And I do think heads should roll. Whoever it was who did that should be sacked, that's what Tim Davie should be doing, identifying who put out misinformation, and sacking them." Badenoch added: "The public need to be able to trust our public broadcaster . . . They should not be telling us things that are not true. This is a corporation that needs to hold itself to the highest standards, and that means that when we see people doing the wrong thing, they should be punished, they should be sacked."[42]

---

[40]      *Id.*

[41]      *BBC has questions to answer over edited Trump speech, MPs say*, BBC (Nov. 4, 2025), https://www.bbc.com/news/articles/ckgzkyk7knzo.amp (last visited August 4, 2026).

[42]      *Id.*

104.     Lisa Nandy, Secretary of State for Culture, Media and Sport of the United Kingdom, has similarly expressed concern, stating: "there is a real concern, which I share, that political appointments to the board of the BBC damaged confidence and trust in the BBC's impartiality."[43]

105.     FCC Chairman Brendan Carr, in a letter addressed to Davie, Paula Kerger (President and CEO of PBS), and Katherine Maher (CEO of NPR), stated:

> As you know, the BBC was recently caught intentionally distorting a speech that President Trump gave in January of 2021. It did so by splicing together one portion of the speech with an entirely separate portion of the speech that came 54 minutes later. In doing so, the BBC program depicts President Trump voicing a sentence that, in fact, he never uttered. That would appear to meet the very definition of publishing a materially false and damaging statement.[44]

106.     Carr continued, highlighting the findings of the Memorandum:

> Indeed, there has now been widespread condemnation of the BBC's decision. A former independent external advisor to the BBC's Editorial Guidelines and Standards Committee, Michael Prescott, told the BBC that its decision "created the impression that Trump said something he did not and, in doing so, materially misled viewers." Likewise the Prescott Report states that the BBC program was "neither balanced nor impartial—it seemed to be taking a distinctly anti-Trump stance.' In sum, it was a 'distortion of the day's events,'" the Prescott Report continued.[45]

*vi.*     *Additional Evidence of BBC's Actual Malice in Publishing the Documentary*

---

[43]     *'Real Concern' About Political Appointees on BBC Board, Nandy Says*, BBC (Nov. 14, 2025), https://www.bbc.com/news/articles/cdeg0ngnj0yo (last visited August 4, 2026).

[44]     *Letter from FCC Chairman Brendan Carr to Tim Davie and Paula Kerger*, BBC (Nov. 19, 2025), https://www.scribd.com/document/951541771/Chairman-Carr-Letter-FINAL#fullscreen&from_embed (last visited August 4, 2026); *Exclusive—FCC Chairman Brendan Carr Launches Probe Into BBC for 'Intentionally Distorting' Trump Speech*, BREITBART (Nov. 19, 2025), https://www.breitbart.com/the-media/2025/11/19/exclusive-fcc-chairman-brendan-carr-launches-probe-into-bbc-for-intentionally-distorting-trump-speech/ (last visited August 4, 2026).

[45]     *Id.*

26

107. In addition to the *prima facie* evidence of Defendant's actual malice through its deliberate and intentional decision to falsely and wrongly doctor and splice President Trump's Speech in order to create a false impression that he incited violence, which is the opposite of what he actually did—calling for peace and patriotism—there is significant additional evidence demonstrating BBC's actual malice in publishing the Documentary.

108. *First*, BBC failed to contact President Trump to try and obtain any comment or response to the doctored, edited, spliced, and distorted Speech that BBC falsely, maliciously, and wrongly portrayed in the Documentary.

109. *Second*, BBC failed to include any qualifying statement, clarification, or editor's note to disclose to the Documentary's viewers that President Trump's Speech had been doctored, edited, spliced, and distorted, as well as that it was not a carbon copy of what President Trump said during his Speech.

110. *Third*, BBC issued a public apology to President Trump, admitting that the Documentary "***gave the mistaken impression that [President Trump] had made a direct call for violent action. That was an editorial error and it should not have happened***." Exhibit K (emphasis added). That alone is proof positive of actual malice and defamation.

111. Although Chairman Shah attempted to hedge his statement by claiming that the error in editorial judgment was somehow "unintentional," that caveat is nothing but corporate public relations spin to try to cynically downplay the gravity of the harm that BBC caused President Trump to suffer.

112. Moreover, Chairman Shah's claim that BBC's editorial judgment error was "unintentional" is belied by the fact that BBC deliberately planned the Documentary to attack President Trump and hurt his chances of winning re-election in 2024. *See* Composite Exhibit B.

113. *Fourth*, the express language of the Programme Production Agreement, stating that BBC would be *"mindful of the effects of our reporting that could be seen in territories where the vote could be affected"* is further evidence that BBC knew that if it published the doctored, edited, spliced, and distorted version of President Trump's Speech, it would have a negative impact on his odds of re-election in 2024. Exhibit A, Special Terms, at p. 4.

114. Indeed, that language in the Programme Production Agreement confirms that BBC set out to deliberately, falsely, and wrongly defame President Trump by wrongly putting words he never said in his mouth.

115. *Fifth*, BBC previously reported on the exact words that President Trump did say during his Speech, which are at issue in this action. On February 13, 2021, BBC published an article titled "Capitol riots: Did Trump's words at rally incite violence?"[46]

116. In that article, BBC published the first portion of President Trump's Speech, that accurately reflects what he said: "We're going to walk down to the Capitol and we're going to cheer on our brave senators and congressmen and women, and we're probably not going to be cheering so much for some of them." *Id*.

117. However, in the Documentary, BBC published materially false statements that directly contradicted BBC's prior reporting, and maliciously attributed them to President Trump: *"We're going to walk down to the Capitol and I'll be there with you. And we fight. We fight like hell and if you don't fight like hell, you're not going to have a country anymore."* (Falsely depicted at 33:53 of the Documentary).

---

[46] "Capitol riots: Did Trump's words at rally incite violence?" BRITISH BROADCASTING CORPORATION (February 13, 2021) (https://www.bbc.com/news/world-us-canada-55640437) (last visited August 4, 2026).

118.    Along with the fact that BBC spent months producing, editing, and developing the Documentary, had access to the entirety of President Trump's Speech, had previously reported on what President Trump said during the Speech, this article[47] unequivocally confirms that BBC knew that the false, defamatory, and malicious statements about President Trump depicted in the Documentary were in fact false.

119.    BBC's actual malice is further evidenced by its intentional and deliberate decision to omit from the Documentary the following statement from President Trump's Speech: "*I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard.*" (Remarks made on January 6, 2021, 12:13 p.m. Eastern Standard Time, 15:48 into the Speech).

120.    BBC's deliberate decision to omit President Trump's call for peace and patriotism underscores BBC's recklessness in its disregard for the truth in publishing the Documentary.

121.    Consequently, Chairman Shah's apology on behalf of the BBC, characterizing the doctoring, editing, splicing, and distorting of President Trump's Speech only as BBC's "error of judgment," cannot be based on any ambiguity.

122.    BBC's actual malice in publishing the Documentary with the express aim of defaming President Trump unequivocally demonstrates that Chairman Shah's apology is hollow and meaningless.

### *The Statements at Issue are Not Privileged*

123.    BBC's doctored, edited, spliced, and distorted version of President Trump's Speech is not privileged as an expression of BBC's opinion about President Trump because it is readily capable of being proven false.

---

[47]    *Id.*

124. A comparison between what President Trump actually said during his Speech and what BBC published in the Documentary confirms that President Trump never uttered the statements at issue in this action.

125. The Documentary is not BBC's expression of its opinion as to what President Trump said during the Speech. Instead, it is a deliberate distortion of President Trump's Speech, with the express purpose of falsely and wrongly portraying him as inciting violence. That was a clear attempt by Defendant to try to undermine President Trump's chances of winning the 2024 United States Presidential election.

126. Although the BBC apologized for doctoring, editing, splicing, and distorting President Trump's Speech, such apology did not mention anything about the Documentary being an expression of the BBC's opinion—because it was not.

127. The Documentary is not privileged as a fair report or official report of what President Trump said during the Speech because the Documentary is not a fair and substantially accurate account of what President Trump said during the Speech. The disparity between what President Trump actually said during the Speech, and what the BBC falsely, maliciously, and wrongly published in the Documentary is evidenced by the BBC's prior reporting on the Speech.

### *Damages*

128. Since its publication, the *Panorama* Documentary has gained substantial traction and republication across various media in the United States, and around the globe.

129. Defendant used its false and defamatory publications to maliciously disparage President Trump and impugn his reputation.

130. Defendant timed the publication of the *Panorama* Documentary to be close in time to the 2024 Presidential Election, releasing it only one week before the Election.

131.    The injury to President Trump's personal reputation inflicted by BBC and its efforts to wrongly portray President Trump as a violent insurrectionist has caused him to suffer, and continue to suffer, overwhelming reputational harm.

132.    Exacerbating the damages, Defendant made its false, deceptive, malicious, and defamatory depiction of President Trump in bad faith, motivated by malice and ill-will against President Trump without any regard for the truth, and contrary to information Defendant possessed that showed its depiction to be false, or, at minimum, should have raised, and did raise, serious doubts that the depiction could possibly be true (which it was not).

133.    All conditions precedent to the bringing of this action have occurred, been satisfied, or have otherwise been waived.

### CLAIMS FOR RELIEF

### COUNT I – DEFAMATION *PER SE*

134.    President Trump realleges his allegations contained in paragraphs 1 through 133 as if set forth fully below.

135.    The following false, deceptive, malicious, and defamatory statements and depictions about President Trump, were, intentionally, with actual malice, and without privilege, published in the *Panorama* Documentary to millions of people in the State of Florida and in this District, and elsewhere, by Defendant, and were defamatory and false, and injured President Trump in his profession, occupation, and trade, thus constituting defamation *per se*:

(a) The spliced-together version of President Trump's remarks from the Speech that are depicted in the *Panorama* Documentary made it seem that he stated: "*We're going to walk down to the Capitol and I'll be there with you. And we fight. We fight*

*like hell and if you don't fight like hell, you're not going to have a country anymore.*" (Falsely depicted at 33:53 of the Documentary).

(b) This fabricated depiction of President Trump during the Speech was false and defamatory given that President Trump's actual and full remarks during the Speech were (i) "*Now it is up to Congress to confront this egregious assault on our democracy. And after this, we're going to walk down and I'll be there with you. We're going to walk down, we're going to walk down. Anyone you want but I think right here, we're going to walk down to the Capitol and we're going to cheer on our brave senators and congressman and women and we're probably not going to be cheering so much for some of them.*" (Remarks made on January 6, 2021, 12:12 p.m. Eastern Standard Time, 14:52 into the Speech), and, nearly 55 minutes later, (ii) "*[B]ut I said 'Something's wrong here, Something's really wrong, can't have happened.' And we fight, we fight like hell, and if you don't fight like hell, you're not going to have a country anymore.*" (Remarks made on January 6, 2021, 1:07 p.m. Eastern Standard Time, 69:30 into the Speech).

(c) Moreover, to further the BBC's intended, false, malicious, and defamatory message that President Trump fomented violence, the BBC intentionally omitted President Trump stating, only one minute after urging supporters to cheer their senators and congressmen, "*I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard.*" (Remarks made on January 6, 2021, 12:13 p.m. Eastern Standard Time, 15:48 into the Speech).

136.   Defendant possessed information and had access to information which showed that its statement and depiction of President Trump were false.

137.     That information includes BBC's own prior reporting about President Trump's Speech on February 13, 2021, and the public sources—all of which were available years before the Documentary was even pitched—that contained the entirety of what President Trump actually said in his Speech.[48]

138.     Accordingly, Defendant had no factual basis for this false depiction of President Trump.

139.     Defendant's deceptive and defamatory distortion, doctoring, and splicing damaged President Trump in his occupation, damaged his professional reputation, and portrayed him as engaging in supposed calls for rioting and violence that he never actually made.

140.     The *Panorama* Documentary was not a continuation of a prior broadcast. Instead, it was the result of a separate and distinct decision by Defendant to maliciously disseminate false statements about President Trump in a new medium.

141.     As pled *supra*, Defendant knew that the Speech as portrayed in the *Panorama* Documentary was false; it had, or should have had, serious doubts regarding whether its depiction of the Speech was true, or, at a minimum, it recklessly disregarded the falsity of the depiction.

142.     Defendant's actual malice in publishing the *Panorama* Documentary is evidenced by its intentional splicing and distorting two entirely separate sentences made by President Trump

---

[48]     "Capitol riots: Did Trump's words at rally incite violence?" BRITISH BROADCASTING CORPORATION (February 13, 2021) (https://www.bbc.com/news/world-us-canada-55640437) (last visited August 4, 2026); "Trump's Full Speech at D.C. Rally on Jan. 6" WALL STREET JOURNAL (February 7, 2021) (https://www.wsj.com/video/trump-full-speech-at-dc-rally-on-jan-6/E4E7BBBF-23B1-4401-ADCE-7D4432D07030) (last visited August 4, 2026); "Read: Former President Donald Trump's January 6 speech" CNN (February 8, 2021) (https://www.cnn.com/2021/02/08/politics/trump-january-6-speech-transcript) (last visited August 4, 2026); "Read Trump's Jan. 6 Speech, A Key Part of Impeachment Trial" NPR (February 10, 2021) (https://www.npr.org/2021/02/10/966396848/read-trumps-jan-6-speech-a-key-part-of-impeachment-trial) (last visited August 4, 2026).

during the Speech nearly 55 minutes apart, while omitting his statement calling for peace and patriotism made less than one minute after his first statement urging supporters to cheer their senators and congressmen at the Capitol.

143.    Further, as articulated in paragraphs 107 through 122, Defendant's actual malice in publishing the Documentary is exhibited in multiple ways, all of which unequivocally show that BBC knew that its statements about President Trump in the Documentary were false.

144.    As articulated in paragraphs 123 through 127, BBC's statements were not privileged because they are readily capable of being proven false, they are not an expression of BBC's opinion about President Trump, they are not a fair report or an official report of an official proceeding because they distorted the true representation of such proceeding, and they were not otherwise privileged.

145.    As articulated in paragraphs 128 through 132, as a proximate result of the maliciously false and defamatory *per se* publication of a statement and depiction to third parties by Defendant, President Trump has suffered reputational harm.

146.    Because Defendant's defamatory statements constitute intentional acts which were made with actual malice towards President Trump, he seeks an award of punitive damages.

**WHEREFORE**, Plaintiff PRESIDENT DONALD J. TRUMP demands judgment against Defendant BRITISH BROADCASTING CORPORATION a/k/a BBC for damages in an amount not less than $10,000,000,000, interest, costs, punitive damages, and such other relief as this Court may deem just and proper.

**COUNT II – VIOLATION OF FLORIDA DECEPTIVE
AND UNFAIR TRADE PRACTICES ACT**

147.    President Trump realleges his allegations contained in paragraphs 1 through 133 as if set forth fully below.

34

148. This claim is alleged in the alternative to Count I.

149. This is an action for violation of the Florida Deceptive and Unfair Trade Practices Act as codified in Fla. Stat. § 501.201 *et seq.* ("FDUTPA").

150. Florida Statute § 501.203(6) defines "interested party or person" as "any person affected by a violation of this part[.]"

151. Because President Trump has been damaged by Defendant's violation of the FDUTPA, as pled *infra*, President Trump is an "interested party or person" under the FDUTPA.

152. Florida Statute § 501.203(7) defines "consumer" broadly, including any "individual." Accordingly, President Trump is an "individual" under the FDUTPA.

153. Florida Statute § 501.203(8) defines "trade or commerce" broadly to include "the conduct of any trade or commerce, however, denominated, including any nonprofit or not-for-profit person or activity."

154. Florida Statute § 501.203(8) explains that "trade or commerce" applies to "advertising, soliciting, providing, offering, or distributing" of goods or services "whether tangible or intangible, or any other article, commodity, or thing of value, wherever situated."

155. Through its intentional and deliberate publication and distribution of the Documentary in Florida and throughout the United States, Defendant engaged in the conduct of trade and commerce in the State of Florida under Florida Statute § 501.203(8).

156. Accordingly, Defendant's deliberate publication and distribution is actionable under Florida Statute § 501.204(1).

157. Defendant has violated the FDUTPA by engaging in unfair methods of competition, unconscionable acts or practices and/or unfair or deceptive acts or practices by, *inter alia,* intentionally and maliciously seeking to completely mislead its viewers by splicing together two

35

separate parts of President Trump's Speech, while omitting other critical parts of the Speech in such a manner as to intentionally change the meaning of what President Trump said.

158.    Defendant's deliberate dissemination of the false, defamatory, and malicious statements about President Trump constituted a violation of the FDUTPA because it solicited viewers of the Documentary not to vote for him in the 2024 United States Presidential election.

159.    Defendant's violation of the FDUTPA occurred "in the conduct" of its publication and distribution of the Documentary in Florida and throughout the United States, which, as pled *supra*, qualifies as "trade or commerce" under the FDUTPA.

160.    Defendant's conduct was commercially deceptive because it was a false, defamatory, and malicious portrayal of President Trump, materially different from what he stated during the Speech.

161.    As a direct, proximate, and naturally foreseeable result of Defendant's violation of the FDUTPA, President Trump has suffered and continues to suffer substantial damages in the form of reputational harm, as articulated in paragraphs 128 through 132.

162.    Defendant's violation of the FDUTPA is not excepted by Florida Statute § 501.212.

163.    Pursuant to Fla. Stat. § 501.2105, due to its violation of the FDUTPA, President Trump is entitled to recover his attorneys' fees and costs from Defendant.

**WHEREFORE**, Plaintiff PRESIDENT DONALD J. TRUMP demands judgment against Defendant BRITISH BROADCASTING CORPORATION a/k/a BBC for damages in an amount not less than $10,000,000,000, interest, costs, punitive damages, and such other relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff President Trump hereby demands a jury trial as to all issues so triable.

Dated: August 10, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
Michael O. Mena
Florida Bar No. 010664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

37

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 10, 2026, the foregoing was served via the Court's

CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendant,*
*British Broadcasting Corporation*

/s/ Alejandro Brito