**BBC**

## PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS

Dated

MADE BETWEEN:

THE BRITISH BROADCASTING CORPORATION of Broadcasting House, London W1A 1AA   ("the BBC")

and

October Films Ltd Benwell Studios, 11-13 Benwell Road, London, N7 7BL, Company Registration Number 2328023 ("the Producer")

**RE: Panorama Specials 24/25: 'Trump'**

AGREEMENT:

The Producer shall produce and deliver to the BBC the television programme or series of programmes detailed in the Commissioning Specification attached,  on the terms set out below ("Special Terms") and the BBC Programme Production General Terms in force and published at the date of this Agreement at the following url: http://downloads.bbc.co.uk/commissioning/site/bbc-general-terms-august-2018.pdf (as may be archived from time to time but still available on the BBC's commissioning website) ("General Terms") (together forming "the Agreement").  In the event of any conflict between the Special Terms and the General Terms then the Special Terms shall prevail. It is acknowledged that the BBC's Business Framework was updated with effect from 25 November 2021 (as published at the following url: www.bbc.co.uk/commissioning/tv/articles/how-we-do-business#business-framework), and accordingly it is further agreed that the Agreement is deemed amended as required to give effect to such updated provisions.

1. **Contract Representatives:**
   The parties shall be represented by the following individuals:

| | Name | Email |
|---|---|---|
| BBC Business Affairs Executive | Simone Hughes | simone.hughes@bbc.co.uk |
| BBC Editorial Representative | Leo Telling | leo.telling@bbc.co.uk |
| Producer's Contract Executive | Nathan Peachey | nathan.peachey@octoberfilms.co.uk |

2. **Licence Fee:**
   The Licence Fee of a total of £ ███████ pounds sterling) is made up as follows:
   2.1    Primary Rights licence fee:  ████

3. **Additional Programme Investment and Agreed Recoupments:**
   It is acknowledged that in addition to the BBC Licence Fee the Producer has agreed certain financing for the Programme as follows:

   3.1    Third Party Production Finance is to be provided as follows:

| Party | Amount | Rights Granted (if applicable) (incl. Territory and Format) |
|---|---|---|
| Blue Ant | ███ | WW distribution |

4. **Clearances:**
   4.1    The Producer shall contract contributors to the Programme within the Licence Fee on the minimum basis as set out in General Term 6.
   4.2    The Producer shall ensure that:
   4.2.1   the correct applicable commercial DUK fee (in accordance with published DUK commercial fee rate accessible at: https://www.bbc.co.uk/commissioning/documents/duk-2023.pdf):
           (a) is set out in the Cash Flow Schedule of this Agreement; and
           (b) shall be identified (if any) on the final invoice rendered to the BBC;

1



**B B C**

**PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS**

4.2.2   it shall provide, or shall procure that its distributor provides, the required reporting to Directors UK in relation to commercial uses of the Programme, as set out in the Agreement between Directors UK, PACT and others; and

4.2.3   in the case of any proven failure to pay or underpayment of the fee by the producer in 4.2.1(a), it shall pay the shortfall to Directors UK.

5.   **Applicable General Terms:**

5.1   Where indicated below the following General Terms shall or shall not apply to this Agreement:

| General Term | Summary | Yes/No |
|---|---|---|
| 1 (Defs) | The Licence Fee shall be secured by a Charge | No |
| 7.2.4 | Production Account requirement | No |
| 7.8.5 | The previous series of the Programme encountered significant problems relating to the financing and/or management of the production | No |
| 8.1 | The Producer has elected to obtain insurance under the BBC / Quartz scheme | No |
| 17.17A | The Programme qualifies as (i) a Regional Production (ii) a Foreign Production (as defined by Ofcom) | (i) No (ii) No |
| 17.1 | The Producer is a qualifying Independent Producer | Yes |

5.2   The following General Terms shall be amended as follows:-

4.7   the Producer has completed to the BBC's satisfaction a Health and Safety questionnaire, and supplied the BBC with its production protocols including a risk assessment about Coronavirus (COVID-19) risks in connection with the Programme;

5.3   In making the Programme the Producer shall:

5.3.1   Comply with the BBC Guidelines;

5.3.2   Comply with all applicable: child protection legislation, disability discrimination legislation; data protection legislation; health safety and fire legislation (including all applicable Government Covid19 Guidance and any BBC endorsed pan-industry guidelines published in response to the COVID-19 pandemic); anti-bribery legislation; construction design and management regulations and all regulations and orders made under such legislation and in so doing shall nominate a person or persons competent to give appropriate safety advice during production of the Programme and shall produce the Programme safely having due regard to such advice. Where reasonably required, the BBC shall be entitled to be provided with evidence of the Producer's compliance herewith;

5.11 The Producer acknowledges that the BBC does not tolerate any form of bullying and/or harassment and is committed to providing a workplace in which the dignity of individuals is respected. The Producer confirms that it has in place a company policy addressing the subject of bullying and harassment, which will be made available to the BBC on request. The BBC also considers it to be 'best practice' for such a company policy to include a protected disclosure whistle-blowing policy for its production personnel. It is acknowledged that any grievances of this nature which are successfully pursued by an individual working for the Producer on the Programme and made public are likely to damage the BBC's reputation and accordingly could lead to a breach of the Producer's contractual warranties.

7.15 The Producer shall maintain and implement appropriate Health and Safety policies and operational procedures in connection with the production of the Programme (taking into account any BBC endorsed pan-industry guidelines published in response to the COVID-19 pandemic) and shall cooperate generally with the BBC with regard to assurance monitoring of the Producer's Health and Safety policy and processes. The BBC shall at any time whether before, during or after production of the Programme be entitled, upon giving reasonable notice, at reasonable hours to conduct an audit of such policies and procedures for the purposes of carrying out reasonable Health and Safety assurance monitoring of the Producer. For the avoidance of doubt, no exercise by the

**BBC**

## PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS

BBC of such right of audit shall undermine in anyway the warranties and obligations of the Producer under the terms of this Agreement.

16.5.4 The BBC may appoint a duly qualified accountant to inspect and examine the Producer's books in respect of exploitation of the Distribution Rights and to take copies of the same or extracts thereof and/or to cause an audit to be undertaken up to once per annum. The Producer shall procure that any company within the same Group which is appointed to exercise any of the Distribution Rights shall also enable the BBC to undertake such inspection and examination of their books in relation to exploitation of the Programme (and take copies) as applicable for the purpose of the audit. Such inspection(s) shall be made on reasonable prior notice and during normal business hours on a date or dates to be agreed between the parties. The examination(s) shall be at the expense of the BBC unless errors to the disadvantage of the BBC exceeding ▮▮▮▮ ▮▮▮▮ of the amount actually reported (subject to a minimum of ▮▮▮ error across an annual reporting period) shall be disclosed, in which case the cost of such examination shall be paid by the Producer

## 6.      Cashflow/Stage payments:

6.1      The cashflow for the Programme shall be as set out below:

| Production Milestone to be reached for payment | Anticipated Payment Date | Special Conditions of Payment | Deductions | | % | Amount (prior to any Deductions) |
|---|---|---|---|---|---|---|
| | | | | *Total Licence Fee Payable* | | ▮▮▮▮ |
| Signature of Agreement (invoice to Business Co-ordinator) | May 2024 | | a) ▮▮▮ (insurance paid directly by BBC) | | ▮ | ▮▮▮ |
| 1st Day of Pre-production | May 2024 | | | | ▮ | ▮▮▮ |
| Commencement of Principal Photography | May 2024 | Approval of Insurance Policy **Production Report** | | | ▮ | ▮▮▮ |
| 1st Day of Edit (Invoice to IBM-BBC Accounts & Business Co-ordinator) | 1 July 2024 | **Production Report** | | | ▮ | ▮▮▮ |
| Approval of Rough Cut | 1 August 2024 | **Production Report** Delivery of signed Facilities House Letter | | | ▮ | ▮▮▮ |
| Acceptance of Tape Delivery | 1 Oct 2024 | All items listed in the delivery requirements here: http://www.bbc.co.uk/commissioning/tv/delivery-timeline as forming Tape Delivery have been accepted by the BBC | | | ▮ | ▮▮▮ |
| Acceptance of Paper Delivery (invoice to Business Co-ordinator - *Please note: Any outstanding deductions must be identified on the final invoice submitted to the BBC)* | 1 Nov 2024 | **End of Production Report** All items listed in the delivery requirements here: http://www.bbc.co.uk/commissioning/tv/delivery-timeline as forming Paper Delivery have been accepted by the BBC | **Directors UK Deduction** <br> PRLF: ▮▮▮ <br> DUK Genre: Factual > Current Affairs <br> DUK Sub-genre: No DUK Fee <br> Fee rate per £m PRLF: ▮ <br> Total DUK deduction: ▮▮ <br><br> **ScreenSkills Unscripted Fund Deduction:** <br> PRLF: ▮▮ | | ▮ | ▮▮▮ |

**BBC**

## PROGRAMME PRODUCTION AGREEMENT: SPECIAL TERMS

| | | | 0.125% of the PRLF | ▮▮▮ | | |
|---|---|---|---|---|---|---|
| | | | *Note that VAT applies to DUK deductions. The total deduction amount for DUK/ScreenSkills may vary if changes are agreed to the PRLF. Such updated DUK and ScreenSkills Unscripted Fund (if relevant) deduction must also be recorded alongside the amended PRLF.* | | | |

6.2     The parties acknowledge that ▮▮▮% of the Primary Rights Licence Fee will be deducted by the BBC from the final cashflow/stage payment upon acceptance of Full Delivery and shall represent the Producer's contribution toward the ScreenSkills Unscripted Fund which shall be paid by the BBC.

7.     **Holdback**

7.1     General Term 16.2.1 is varied (on a non-precedential basis due to the subject matter of the Programme and the need to broadcast ahead of the US Election on 5th November 2024) so that if the BBC has not transmitted the Programme by midnight on 31st October 2024 the Producer shall be able to exercise or authorise the exercise of Distribution Rights in the Programme in accordance with clause 16 of the General Terms of the Agreement and the Programme Release Policy dated October 2019.

This Agreement is entered into on the date first written above.

*[signature]*

---------------------------------------------------------

**Signed on behalf of the BBC**
Print Name: Angelique Brook
Job Title: CRBA Manager

*N Peachey*
N Peachey (Jun 7, 2024 14:07 GMT+1)

---------------------------------------------------------

**Signed on behalf of the Producer**
Print Name: Nathan Peachey
Job Title: Director of Finance and Business Affairs

**B B C**

**PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS**

Attachment 1

Dated: 05/06/2024

COMMISSIONING SPECIFICATION

1. Editorial Specification

| Independent Production Company | October Films Ltd |
|---|---|
| **Working Title** | Panorama: Trump |
| **Series Number** | |
| **Delivery Date (time being of the essence)** | **15/10/2024**<br>**NB see Section 6 below for full delivery details** |

| Genre<br>*Please select genre and sub genre if appropriate* | | | | | |
|---|---|---|---|---|---|
| | **GENRE** | | **COMMISSIONING DEPT** | | |
| | **Drama** | | | | |
| | **Ents** | | | | |
| | **Comedy** | | | | |
| | **Factual** | x | | | |
| | **Daytime** | | Ents | | |
| | | | Factual | x | |
| | **Children's** | | Drama | | |
| | | | Factual-Ents | | |
| | | | Pre-school | | |
| | **News** | | | | |

| Co production partners (if known) and any editorial requirements | |
|---|---|
| **Number of Episodes x Duration** (including opening and closing credits)<br>In accordance with the applicable BBC Guidelines:<br>https://www.bbc.co.uk/delivery/technical-requirements<br>https://www.bbc.co.uk/delivery/credits-branding-trademarks | 1 x 60 |
| **Pre/post watershed** *(delete as appropriate)* | Pre watershed |
| **Format/ Style**<br>***Drama** – series/ serial/ single/ 2 parter/ Event*<br>***Ents** – studio show/ single camera loc/ multi camera loc*<br>***Factual** - Ob doc, drama doc, factual ents, authored film etc* | IVs and Ob Doc - Current Affairs |

| **Topicality**<br>*Please specify any relevant tie-ins: e.g. exhibitions, book launches, DVD releases, anniversary etc* | Topical | x | |
|---|---|---|---|
| | Non Topical | | |
| | Tie ins details | | |

| **Editorial Brief / Synopsis**<br>(include target age group if applicable) | Like it or not and most American's don't, it's (probably) Trump vs Biden again in 2024. |
|---|---|

**B B C**

**PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS**

|  |  |
|---|---|
|  | This film tackles *the* question at the heart of this year's presidential election: why are so many Americans prepared to give Donald Trump a second chance?<br><br>How is it possible that that a twice-impeached former president accused of provoking a deadly riot at the Capitol, who was banned from Twitter for incitement of violence, who undermined democratic institutions and spread misinformation on an industrial scale could return to the White House?<br><br>How could a man who by his own admission now faces more charges than Al Capone - including falsifying business records, racketeering and conspiracy to defraud the US be considered a suitable candidate to hold *any* public office, never mind the highest in the land?<br><br>The film will include on-the-ground access to key Trump campaigners such as *The Front Row Joes* along with a rich news archive of events and master interviews with high profile political voices along with polling and constitutional experts. |
| **Editorial compliance considerations** Potential editorial issues relating to compliance with the BBC Editorial Guidelines that either will or may foreseeably arise in connection with the Programme, and how these will be addressed, following discussions[1] between the Producer and the BBC Editorial Representative: | Brief details:<br>Date: 4th April 2024<br>Attendees: Neil Breakwell / Leo Telling<br><br>The principles of fairness and due impartiality will apply when reporting on a foreign election. We will be mindful of the effects of our reporting that could be seen in territories where the vote could be affected.<br>We will consult with the BBC's editorial policy advisor for politics Ric Bailey on any potential issues. |
| For Programmes in the following genres: News; Current Affairs; or Factual Journalism:  Please confirm that the individual who is signing this Commissioning Specification has attended the BBC's Impartiality standards briefing for independent producers. *NB the contract can't be signed until this is confirmed where applicable.* | Confirmed:<br><br>Yes |
| Does on-screen talent (or their agent) have an ownership or management relationship with the Producer? | N/A |
| BBC Managed Risk Programme List | Not Applicable |
| Are any sources of finance for the production of the Programme covered by the BBC policy on location and production incentives for independent productions | No |

[1] As recorded in full in separate notes kept by both the Producer and the BBC Editorial Representative



**PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS**

| | |
|---|---|
| Please confirm that the person who signs this Commissioning Specification is also the person within the company who is, or would be, responsible for ensuring compliance with this policy (whether any such funding is anticipated upon commission of the Programme, or becomes identified at a later point prior to delivery of the Programme). | No |
| If not, please provide the name of the person who is taking such responsibility. | Adam Bullmore |
| **Health and Safety (to be completed by the BBC)**<br>BBC Health and Safety approval and risk level: | Period of approval: **3 years expiring on 24th April 2025**<br>Risk level assigned: **Standard** |
| Did significant accidents or incidents (for example those defined by RIDDOR or similar) arise during any previous production for the BBC? | No |
| Working excessive hours often contributes to stress and accidents, particularly if coupled with driving.  Do you anticipate long working hours on this production, and if so how will you mitigate against this? | It is often the case that Panorama edits, especially when needing to react to real world news events, require long working hours to deliver on time. This is a especially true in the final days of the edit.<br>We will mitigate this by allowing a generous 12 week edit schedule and a reasonable delivery deadline ahead of TX. |
| Please confirm if this production involves any High Risk Activities | No |
| Please indicate whether the production involves travel to a Hostile Environment (HE) or other High Risk?  If high risk and/or an HE, please email the BBC High Risk Team safetyhighrisk@bbc.co.uk | N/A |
| Name of person responsible for Health and Safety on this production/series | Martin Long, Production Manager / Becky Morris, Production Executive |
| Which individual or company is the competent source of advice for the Producer in relation to health and safety on this production and what is their qualifications/experience?<br><br>NB - Please include their contact details, qualifications and/or experience. | 1st Option Health & Safety |
| **Sustainability**<br>Considering our environmental impact and transitioning to sustainable ways of working is very important to the BBC.<br><br>From January 2022 all commissions and recommissions are required to complete albert Certification. Completing an albert Carbon Footprint and delivering a Carbon Action Plan are both essential parts of albert Certification. | ☒    Applying for albert Certification and will begin<br>           albert Carbon Action Plan in pre-production<br><br>If the production does not intend to apply, please state under which of the criteria it is exempt:- |

**BBC**

## PROGRAMME PRODUCTION AGREEMENT: SPECIAL TERMS

| | |
|---|---|
| Producers must begin their albert Carbon Action Plan in pre-production or they are unlikely to be able to attain certification, resulting in a failure to comply with mandatory certification.<br><br>Programmes with the following ARE exempt from completing certification or a footprint:<br>• Where the total programme rights license fee (PRLF) for the entire project (all episodes) is less than ▮▮▮<br>• Where the PRLF is over ▮▮▮ but the total, aggregated duration of the programmes or entire series is under 15 minutes<br>• Where the BBC is a minority funder (providing less than 50% of the budget)<br>Programmes and series with a total PRLF over ▮▮▮ and total duration over 15 min ARE NOT exempt<br><br>If you have not completed albert Certification before and/or need assistance, please check https://www.bbc.co.uk/delivery/sustainable-productions or https://wearealbert.org/albert-toolkit-resources/ for step-by-step guides  or join a live walk-through session here: https://wearealbert.org/events/training/<br><br>See the BBC's  Net Zero plan here https://www.bbc.co.uk/sustainability And our overall commitment to sustainability here https://www.bbc.com/aboutthebbc/reports/policies/sustainability | |
| **Sustainability Brief**<br>The BBC is committed to informing and inspiring audiences about how they can transition, as individuals, to sustainable living.<br><br>This could be through direct references or much lighter touch interventions, like prop choices. | Has a formal conversation about how sustainability/the environment will be considered or reflected in the **editorial** of this project taken place between the Executive Producer(s) and Commissioning Editor?<br><br>Yes<br><br>Please insert date and names of attendees involved in this conversation:<br><br>Date: 4th April 2024<br>Attendees: Neil Breakwell / Leo Telling |

**BBC**

## PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS

| | |
|---|---|
| For inspiration across all genres, speak to your Commissioning Editor, explore the sustainability section of the BBC's commissioning site or check the BAFTA albert resource: https://www.bbc.co.uk/commissioning/sustainability/ https://wearealbert.org/planet-placement/<br><br>Agreed actions should be subject to progress reports. | Please outline the outcome of the conversation and any actions agreed: We agreed that the  production would adhere to all the sustainability ambitions of Panorama. Our most pro-active step would be to limit where possible the number of flights. We are anticipating to only need the minimum number of flights for this production of an election in a foreign country. We only intend to do one trip from the UK.<br>We will not expense bottled water. |
| UK Television Tax Relief / Skills Funds<br><br>Supporting skills investment is very important to the BBC, which is why any Producer applying for the UK Television Tax Relief should make provision in their programme budget for the relevant Skills Fund - High-end, Children's or Animation as applicable<br><br>Further information is available at https://www.screenskills.com/industry/high-end-tv/ https://www.screenskills.com/industry/childrens-tv-skills-fund/ https://www.screenskills.com/industry/animation-skills-fund/<br><br>More information here: https://www.bbc.co.uk/delivery/finance-invoicing/#thescreenskillsunscriptedtvskillsfund<br><br>Please note these are **NOT** the same as the Unscripted TV ScreenSkills Fund | ☐ This Programme will make provision in the Budget to pay the appropriate contribution to the High-end TV Skills Fund, the Children's TV Skills Fund or the Animation Skills Fund (as applicable) once it has received the tax credit from the HMRC<br><br>If no, please provide the reason why: |

2. Creative Brief

| | Brief |
|---|---|
| **Writer Brief**<br>- Single writer/ co-writers / team writing<br>- Approved Scripts - date of accepted draft | The film is anticipated to be made using actuality only and without the requirement of a presenter or voiceover. The 'script' therefore will be constructed by the director, editor and executive producers of the film. Approved scripts will be signed off by the editor of Panorama Karen Wightman. |
| **Directorial Brief**<br>- All relevant creative information<br>- Style of direction, etc | The film will use a combination of on-the-ground observational filming of key characters to the campaign. These actuality sequences will be supported by more formalised master interviews with our contributors. We will also film master interviews with political, polling and constitutional experts. News archive will form the third |



## PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS

| | |
|---|---|
| | variety of content. Where necessary GFX slates will be used to detail key events and chronology of time. |
| **Design Brief**<br>- Set/FX/ props – standard high | We will likely produce graphic slates that are simple and classy within the edit. Further discussions of design look including fonts etc will agreed at a later stage.<br>There will be a discussion with Panorama for the inclusion of their own branding, such as the globe Astons and opening titles. |
| **General Casting Brief**<br><br>- Casting aspirations (Stars high/low, new talent),<br>- Number of Core Cast<br>- Number of guest parts per episode<br>- - No. of Extras<br>- Accents<br>- Child Talent, please specify<br>– On-air representation: What overt representation is there in the cast example e.g.  female protagonist, disabled presenters<br>– Incidental portrayal: What incidental representation is there in the cast: where a person's characteristics are neither 'central' or 'relevant' to the role  e.g.  a disabled actor in role that is not about their disability<br>– Authentic portrayal: what will give the story credibility and authenticity with the audience? e.g. programme setting, cast, accents, writer/director, etc<br>– What measures have been taken to remove barriers to casting, e.g. location, casting call outs, accessibility | Casting for this documentary is a live process. We have already filmed with Trump supporters who are predominantly white. There is a growing issue of race within the campaign so we anticipate that our contributors will be representative of some of these minority voting groups.<br><br>Disabled representation will most likely be incidental in nature. |
| **Diversity & Inclusion**<br><br>Diverse representation on and off screen is extremely important to the BBC.  By 'diversity' we mean reflecting modern Britain in all its cultural, richness as well as ensuring representation of disabled people and ethnic minorities<br><br>We will only work with content makers who have a diversity and inclusion policy in place. This is a contractual requirement.<br><br>Please note the BBC definitions for Black, Asian and minority ethnic, Disability and SED below as outlined in our Commissioning Guidelines:<br>https://www.bbc.co.uk/delivery/portrayal#underrepresentedgroupsthedefinitions<br><br>and Diversity & Inclusion Strategy can be found here:<br>https://downloads.bbc.co.uk/diversity/pdf/diversity-and-inclusion-strategy-2016.pdf | Please add a link to or attach a copy of your company's Diversity & Inclusion Policy.<br>If you do not currently have a policy, a template is available from the Creative Diversity Network (CDN), here:<br>https://creativediversitynetwork.com/resource/template-equality-and-diversity-policy/. You will need to have one in place before the contract is signed.<br><br><br>(FOR DIAMOND REPORTED CHANNELS/GENRES)<br><br>Confirm that the email addresses of all cast and crew will be added to Silvermouse so that they can be invited to take part in Diamond<br><br>YES |

**BBC**

**PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS**

| | |
|---|---|
| A conversation about Diversity on this programme/series should take place between the Executive Producer(s) and Commissioning Editor (and as required, supported by the BBC Diversity & Disability experts) to help address under-representation and/or the BBC's aims to improve Diversity and Inclusion as detailed in the BBC Diversity Code of Practice Specific measures should be agreed and reported in progress reports. | Has a conversation about measures to increase on and off screen diversity taken place? YES |
| | Please insert date and names of attendees involved in this conversation: |
| For off-screen representation – we measure success through Diamond. Where data is available at a programme level, this may be discussed in this conversation to discuss progress. | Date: 4th April 2024<br>Attendees: Neil Breakwell ; Leo Telling |
| | In line with the requirements of the BBC Diversity Code of Practice were there any barriers identified to meeting the 5 principles as part of that discussion? YES |
| **ONSCREEN TALENT (INC CONTRIBUTORS):** We expect all our programmes to accurately and authentically represent and portray race, ethnicity, gender, sexual orientation, geographical location, social class, religion, religious beliefs and disability | This production is a very small team principally of director and AP and both roles have a very specific skill-set and experience. It is not possible for us to cast our recruitment wider to encompass more diversity in these specific roles. |
| **OFFSCREEN:** We expect all our suppliers to reflect the make-up of our audiences in their production teams. So we ask all productions to commit to at least 20% of their workforce to be diverse across the following under-represented groups:<br><br>• Black, Asian and minority ethnic<br>• Disability<br>• Socio-Economic Diversity | Please specify measures agreed to increase diverse representation in all relevant categories.<br><br>We will endeavour to find diversity in the recruitment of the few remaining roles such as archive producer.<br><br>a) Onscreen: Has a diverse talent list been documented, shared and discussed with the commissioner? YES<br><br>b) Off-screen: Have measures to increase off air diversity including senior production roles (e.g. : Executive Producer, Series Producer/Editor, Producer/Director, Production Executive, Head of Production, Writer, Director, Producer, Script Editor, Story Producer, Line Producer, Head of Development, Production Manager) been discussed with the commissioner? Yes |
| Productions can flex how the overall OFFSCREEN percentage is achieved across the categories depending on the subject matter, location and talent requirements of the programme. | |
| Off-Screen: Companies are expected to have representation in a minimum of 2 of the three categories. | c) Off-screen: Has the approach been agreed to achieve 20% of the production team from under represented categories? No – for the reasons detailed above it might not be possible to achieve 20% for the very specific requirements of key personnel. We will endeavour to recruit as close to this figure as possible. |
| Conversations shall continue throughout the production process to allow for any unforeseen barriers and/or issues to be discussed and for measures to be amended accordingly. | d) Off-screen returning brands: Will positions be offered to 'new and or established' diverse talent who have not worked on the production before? [YES/NO] No<br><br>e) Off-screen: If any proposal is agreed with the BBC Editorial Representative which sits outside of the 20% minimum OR if Off-screen representation is not across 2 of the 3 categories – please detail it here:<br><br>➢<br><br>f) Will this production host development opportunities for junior talent e.g. paid internship, paid training and development placement? YES/NO TBC |

**B B C**

**PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS**

| | |
|---|---|
| **Music Brief**<br>All creative information including recordings or source music. *(Must be clearable for use on BBC Online)* | We will use a composer. The music will support the narrative arc of the campaign and the actuality that we play through. It is not intended to be a soundtrack that detracts from the narrative. |
| **Period / contemporary** | Period / Contemporary |
| **Adaptation / original** | Adaptation / Original |

3. Production Brief

i) Pre-Production

| | |
|---|---|
| **Pre-production** | 1st Day – 08 April 2024<br>Last Day – Flexible given that filming is dependent on events |
| **Length and nature of total pre-production** | Approx 3 weeks |

ii) Production

| **Filming type** | | Studio | Location |
|---|---|---|---|
| | Single-camera | | x |
| | Multi camera | | |
| | Two camera shoots | | |
| | Pre-recorded | | |
| | Live | | |
| | As-live | | |
| | Other- please specify | | |

| **Secret Filming** | No |
|---|---|
| **Hidden Camera** | No |
| **Use of CCTV** | No |
| **Inserts – pre-existing programmes or specially shot VT** | [Yes / No]<br>If Yes - [London / Non-London]<br>Minutes per show [  ]/ percentage [  ] |

| **Videotape/film**<br>Please indicate your shooting format.  For delivery format please refer to "Section 6 Delivery and technical requirements". | DV | | Digi | | HD | X |
|---|---|---|---|---|---|---|
| | HDR | | Super 16mm | | UHD | |
| | Other - please specify : | | | | | |

| **Geographical location of filming** | **UK Filming** | No of Days | No of Days |
|---|---|---|---|
| | London based (within M25) | | |
| | Non-London based | | |
| | Fixed location | Yes / No | |
| | Location Name(s) (if known) | | |
| | | | |
| | **Foreign Filming** | | |
| | Country Name(s) – USA | | |
| | No of Days in each country – 10-15 | | |
| | Hostile Environment – No | | |
| | - Mandatory Health & Safety Approval – No | | |
| | Visa required – Yes | | |

| **Principal Photography** | 1st Day – 15 April 2024 (TBC dependent on trial dates)<br>Last Day – 18 July 2024 | | |
|---|---|---|---|
| **Studio to Location Ratio** | | Per Episode | Total |
| | Number of days on location | 10-15 | 10-15 |
| | Number days in Studio | | |

**B B C**

**PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS**

| | |
|---|---|
| **Number of Shooting Blocks** | 1 x 10 days shooting block for UK team plus remote US local team additional ad hoc days |
| **Telephony services (if applicable)** | No<br>If Yes provide details of services below:<br><table><tr><td>Service Details:</td><td></td></tr><tr><td>Service Provider:</td><td></td></tr><tr><td>Employee responsible for the operation of the telephony services within the programme in accordance with the production agreement and BBC Guidelines:</td><td></td></tr></table> |
| **Other technical requirements**<br>*Please provide details* | Satellite links    No<br>Online              No<br>Other               No<br>Details             [Producer to complete if applicable] |
| **Prize funds for Quiz or Game Show (if applicable)** | N/A |
| **Archive (if applicable)** | News archive approx. 10 mins |
| **Special Effects (if applicable)** | N/A |
| **Stunts (if applicable)** | N/A |
| **Respect at Work**<br><br>The BBC is committed to providing a working environment where people are treated with respect and extends that requirement to our Producers.<br><br>We expect all producers to have a Respect at work policy and to ensure that that all cast and crew undertake bullying and harassment training.<br><br>The BBC and the Producer are also committed to behaving in a respectful, professional and appropriate manner towards each other during the production and delivery of the Programme.<br><br>Guidance on BBC best practice , reporting lines, policy templates and links to resources for production companies can be found on the BBC's Production and delivery website:<br>https://www.bbc.co.uk/delivery/policies-guidelines#respectatworkguidance<br><br> This link should be included on all call sheets and production information so the BBC's expectations and reporting procedures are visible for teams. | Please confirm that you have a Respect at Work policy, including procedures to address complaints, that you commit to communicating to all cast and crew on this production in advance of filming (or relevant production stage) and ensure they complete bullying and harassment training   YES<br><br>Please name the individual(s) on the production responsible for safeguarding cast and crew:        Neil Breakwell<br><br>Has a formal conversation about how Respect at Work will be ensured on this production taken place between the Executive Producer(s) and BBC Editorial Representative?:  YES<br><br>Please indicate whether the production has scenes that involve intimacy: No<br><br>If yes, please confirm an intimacy coach will be hired: N/A |
| **Other specific production elements (if any)** | |
| **Any additional insurance required pursuant to General Term 8.1.1(b)** | N/A |

8.    iii)  Post Production

| | |
|---|---|
| **Post Production** | 1st Day – 22 July 2024<br>Last Day – 11 October 2024<br>Picture Lock offline by 7 October 2024<br>Master Delivery date to BBC - 15 October 2024 |

**BBC**

### PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS

| | |
|---|---|
| **Post Production Brief**<br>All relevant creative information, to include name of Laboratory/Facilities House/Sound recording studios/as appropriate<br>- Style of cut/edit<br>- Vis FX/additional requirements/animation<br>- Grading/On-line | |
| | |
| **Sound Post Production**<br>The BBC's aim is to create the best possible sound quality for its audiences. | All commissions must comply with Best Practice sound guidance which can be found here:<br>https://www.bbc.co.uk/delivery/technical-requirements#soundbestpractice<br><br>In addition, Producers delivering drama and natural history landmark titles should contact bbcsoundcompliance@bbc.co.uk to discuss requirements prior to commencement of post-production<br><br>For sound compliance queries on other titles, producers should contact their BBC Editorial Representative in the first instance. |
| **Title Sequence**<br>To include designer/style/length/etc | |
| **Graphics & subtitling** | |
| **CGI and visual special effects** | N/A |
| **Recaps & Teasers** | |

| | Number of days where applicable | Dates | Proposed BBC Executive viewing dates including sign off |
|---|---|---|---|
| Off-line | 12 weeks | 22 July 2024-07 Oct 2024 | RC wk 7 and FC wk 10 of offline |
| On-line | | | |
| Grade | | | |
| Dub | | | |

4. Key Approvals

The BBC requires approval of the identity and/ or the agreements of the following:

| | Name | Key Agreement (the terms of which must be approved by the BBC in accordance with Key Terms 6.4) |
|---|---|---|
| **Format owner** | | |
| **Key On-Screen Talent**<br>To be approved by BBC if not PACT/Equity standard, as amended | | |
| **Presenter(s)** | N/A | |
| **Writer(s)**<br>To be approved by BBC if not PACT/WGGB standard, as amended under special term 3.2 | N/A | |
| **Key Advisor(s)/ Consultant(s)** | N/A | |
| **Key Contributor(s)** | | |
| **Director(s)** | Matthew Hill | |
| **Composer(s)** | | |

14

**BBC**

## PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS

| | | | |
|---|---|---|---|
| Narrator (s)/ Voiceover(s) | | N/A | |
| Source material | | | |
| Executive Producer(s)<br>NB - In the event any on-screen talent is acting as an Executive Producer or if an Executive Producer represents on-screen talent, the Producer must comply with the BBC's Executive Producer policy detailed on the Commissioning Website; https://downloads.bbc.co.uk/commissioning/site/Talent_as_Executive_Producer_policy.pdf | | Neil Breakwell | |
| Series Producer(s) | | N/A | |
| Producer(s) | | Megan Towey | |
| Director(s) of Photography | | | |
| Access / Location(s) | | | If the BBC Guidelines for Negotiating Access Arrangements by Independent Producers cannot be met, the agreement must be approved by the BBC before signature. |
| Telephony Service Provider | | | |
| Only required in exceptional cases: | Publicist(s) | | |
| | Associate/Line/Co-producer(s) | | |
| | Production Supervisor(s)/Manager(s) | | |
| | Production Accountant(s) | | |
| | First Assistant Director(s) | | |
| | Casting Director(s) | | |
| | Production Designer(s) | | |
| | Costume Designer(s) | | |
| | Make Up Designer(s) | | |
| | Editor(s) | | |
| | Script Editor(s) | | |
| | Child Contributor(s) | | |
| | Key post production | | |
| Other | | | |

| | |
|---|---|
| **Data Protection**<br><br>The pan-industry data protection guidelines can be found here:<br>• https://downloads.bbc.co.uk/commissioning/site/producer-data-protection-guidelines-2018.pdf<br>• https://downloads.bbc.co.uk/commissioning/site/crew-data-protection-guidelines-2018.pdf<br><br>**Where the Producer is Data Controller (Note to producers: This will be the position for most programmes.)**<br><br>Subject to the General Terms 5.12-5.17, the Producer is the Data Controller of the Personal Data processed for the purpose of commissioning and production of the Programme ("Programme Personal Data") unless an alternative arrangement is set out below. | Yes |

**BBC**

## PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS

| | |
|---|---|
| Please confirm that the Producer has Privacy Policies required by Data Protection Legislation to process Programme Personal Data | Yes |
| Please confirm that a lawful basis has been identified and the Programme Personal data will be processed in accordance with these lawful bases as defined in Data Protection Legislation.  (Please note that under the Producers' Data Protection and Security Guidelines consent will not often be the most appropriate lawful basis for processing in relation to a Programme and contract or legitimate interest are likely to be more appropriate grounds). | |
| | **Name:** Jane Manning<br>**Role:** Director of Productions & Operations |
| In relation to the Programme Personal Data please identify who in the Producer has overall responsibility for data security and confirm that they are familiar with the Producers' Data Protection Senior Security Guidelines - https://downloads.bbc.co.uk/commissioning/site/producer-data-protection-guidelines-2018.pdf. | |
| | **Name:** Jane Manning<br>**Role:** Director of Productions & Operations |
| In relation to the Programme Personal Data please identify who in the Production team is responsible for data security on the production and ensuring that the production team are familiar with the Pan-Industry Crew Data Protection Guidelines - https://downloads.bbc.co.uk/commissioning/site/crew-data-protection-guidelines-2018.pdf | |
| **Working With Children**<br><br>Will any **children or young people** be present or otherwise involved during production?<br><br>If answer is either [Yes] or [Potentially]; please ensure you are aware of the BBC's guidance and complete the following sections (a) – (d).<br><br>The Producer confirms that a proportionate level of safeguarding training will be undertaken by those working on the production prior to the start of the production and will provide evidence to the BBC upon request.<br><br>Further information on safeguarding training here: https://www.bbc.co.uk/delivery/working-with-children/#training | No |
| **(a)** Please confirm the name of the company officer responsible for the welfare of any children present or otherwise involved with this Programme. | N/A |
| **(b)** Please confirm that all Production Personnel who will come into contact with the children/young people are or will be familiar with the BBC's Child Protection Policy and with the *BBC Editorial Guidelines Section 9: Children and Young People as Contributors.* | N/A<br><br>For any queries regarding the BBC's Child Protection Policy please contact your BBC Editorial Representative. |
| **(c)** If either:<br>- during the editorial compliance discussions outlined above it is agreed to hold a separate compliance meeting; and/or<br>- during the course of production, activities affecting compliance occur and were unknown at the time of the earlier compliance | N/A |

16

**BBC**

**PROGRAMME PRODUCTION AGREEMENT:  SPECIAL TERMS**

| | |
|---|---|
| discussion(s), the Producer will raise these with the BBC Executive Producer<br><br>any actions or measures agreed to be taken shall form part of this Agreement. | |
| **(d)  Child Licensing (where applicable to the Programme)**<br>Please confirm that the person who signs this Commissioning Specification is also the person within the company who is responsible for ensuring compliance with the Children and Young Persons Act 1963 and the relevant Children (Performances) Regulations where relevant.<br>• The Children (performance and Activities)(England) Regulations 2014<br>• The Children (Performance and Activities) (Scotland) Regulations 2014<br>• The Children (Performance and Activities) (Wales) Regulations 2014 ('the Welsh Regs'),<br>• Children (Public Performances) Regulations (Northern Ireland) 1996 ('the NI Regs'), and if not, or not applicable please provide the name of the person who is taking such responsibility. | N/A |

5.  The Production Account

| | |
|---|---|
| **Bank** | Barclays |
| **Branch** | Soho Square |
| **Name of Account** | October Films |
| **Account Number** | PII |
| **Sort Code** | PII |

6.  Delivery and Technical Requirements

| | |
|---|---|
| **Production and delivery website** | https://www.bbc.co.uk/delivery/timeline/ |
| **Delivery Items** | https://downloads.bbc.co.uk/commissioning/site/delivery-items-may-2022.pdf |
| **Delivery date for other technical requirements** | On-line / interactive elements |
| **Delivery Format** (in accordance with details on Delivery Schedule) | Please mark as applicable:-<br><br>☒  HD File Delivery with Stereo Sound<br>☐  HD File Delivery with 5.1 Sound<br><br>If agreed with your business affairs manager please indicate if you will be delivering in UHD format in addition to HD format as detailed above:-<br><br>☐  UHD File Delivery with Stereo Sound |
| **Widescreen Requirements:**<br>**Is there anything not widescreen?** | N/A |
| **Rushes (if applicable)** | Name of BBC executive rushes are to be sent to and frequency |
| **Programme Stills** | Stills requirements vary depending on the commissioning genre. |

**BBC**

## PROGRAMME PRODUCTION AGREEMENT:   SPECIAL TERMS

|  |  |
|---|---|
|  | Please see the specific stills requirements for scripted and unscripted content, other than Children & Education here - https://www.bbc.co.uk/delivery/stills<br><br>For Children & Education please contact the Children's Media Hub here - childrens.mediahub@bbc.co.uk<br><br>Please also follow this link to view additional general picture requirements, style-guides and tools. |
| **Promotional preview copy** | Required in accordance with the Delivery Items<br>More information is provided at the link below<br><br>https://www.bbc.co.uk/delivery/publicity/#promotionalpreviewcopy |
| **Clips of the Programme** | **ONE** clip per episode<br>**ONE** clip for the whole series<br><br>More information is listed here: https://www.bbc.co.uk/delivery/publicity<br><br>Clip deliverables (including technical requirements) are also set out in the Delivery Items here: https://downloads.bbc.co.uk/commissioning/site/delivery-items-may-2022.pdf |
| **Production Credit**<br>Position: Same card as the Copyright Notice or such other position as may be advised by the BBC.<br>Size: The size of the Production Credit and the Producer's company logo (if any) shall be determined in accordance with the BBC's Credit and Branding Guidelines  (set out on the BBC Commissioning Website). | "An October Films Production for BBC"<br><br>(such credit to include the BBC's Corporate Logo or such other notice as may be advised by the BBC) |
| **Credits** | Refer to https://www.bbc.co.uk/delivery/credits-branding-trademarks for BBC guidelines |
| **Special Credit Requirements** (subject always to General Term 10): | BBC Editorial Representative to be credited as 'Executive Producer for the BBC' |
| **Copyright Notice** | October Films MMXXIV |
| **Stages for Progress Reporting as required under General Term 7.7:** | As set out in the Cashflow in the Special Terms |

...................................................
Signed by
On behalf of the BBC

Print name: Leo Telling
Job title: Executive Producer

N Peachey
N.Peachey (Jun 7, 2024 14:07 GMT+1)..............
Signed by
On behalf of the Producer

Print name: N Peachey
Job title: Director

18