**From:**     Megan Towey [ PII ]
**Sent:**     01/05/2024 15:57:00
**To:**       Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**Subject:**  Re: FW: Cheney Response Draft

**External:** Think before clicking

Sounds good!

Thanks!

On Wed, May 1, 2024 at 4:50 PM Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk> wrote:

> Yes – good to go to Cheney's people.
>
> I shall ponder the Spicer email and determine whether we should reply.
>
> ---
>
> **From:** Megan Towey [ PII ]
> **Date:** Wednesday, 1 May 2024 at 16:09
> **To:** Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>
> **Subject:** Re: FW: Cheney Response Draft
>
> **External:** Think before clicking
>
> All your changes look good to me. Are you happy for me to send to Cheney's people?
>
> Also, I just got an email from Sean Spicer:
>
> Megan
> I don't think our paths have crossed in the past but I have heard through the grapevine about a Trump documentary you are working on.  Somehow my name has been associated with the project and I was hoping you might be able to help clear it up
>
> Obviously I am not working on it nor have I ever been approached about it
>
> Any assistance in making it clear in the future that I have no role would be appreciated
>
> Thanks
> Sean
>
> On Wed, May 1, 2024 at 2:41 PM Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk> wrote:
>
>> Many thanks – my thoughts in red…
>>
>> ---
>>
>> **From:** Megan Towey < PII >
>> **Date:** Wednesday, 1 May 2024 at 12:24
>> **To:** Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>
>> **Cc:** Megan Towey <megan.towey.ext@bbc.co.uk>
>> **Subject:** Cheney Response Draft

EXHIBIT

D

**External:** Think before clicking

Hi Matt! Please find below my proposed first draft response to Liz Cheney's people—minus the section on distribution and closing thought.

How does it look to you?

Dear Jeremy,

Thank you again for your assistance ~~in conveying our request to Liz Cheney~~. Please find below more information as requested. ~~related to the focus of our film, other participants, interview duration, and distribution platforms.~~

In terms of focus, our film seeks to analyse one of the key questions at the heart of this year's presidential campaign – Donald Trump's continued popularity both among the electorate and within large swathes of the Republican Party.  Clearly much of our analysis will centre on the various criminal indictments Mr Trump faces, including his role in the events of January 6th.

We are in the process of arranging interviews with high-level politicians from both parties, current and former Trump administration and campaign staffers, and prominent players involved in the former president's legal cases. This is in addition to interviews with highly respected legal and political experts.  We will also be speaking to ordinary voters themselves ~~from small-town America~~. Unfortunately, as I'm sure you can appreciate, for reasons of confidentiality we aren't able to provide specific names (just as we would not divulge Ms. Cheney's name to anyone should she elect to participate.)

In terms of interview duration, we would seek 30-45 minutes if this were at all possible – Ms Cheney's contribution would be absolutely invaluable.  In addition to her vital role on the Select Committee to Investigate the January 6th Attack, Ms. Cheney's willingness to flout her own party by openly condemning its presidential candidate, despite the backlash she received for choosing personal integrity over party politics, provides a crucial window into understanding the challenges facing Americans as they prepare to head to the polls in November.

Our film will be broadcast to a global audience of tens of millions a week away from polling day (our provisional transmission date is 30th October).  It will be shown on a variety of terrestrial and streaming platforms, most notably on BBC Worldwide and Amazon Prime (via BBC Select).

Many thanks again for considering our request.

Kind regards,