**From**:            Megan Towey [megan.towey@octoberfilms.co.uk]
**Sent**:            25/10/2024 13:57:08
**To**:              Shelby County Ohio Democrats [shelbyohdems@gmail.com]
**CC**:              Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]; [ PII ]
**Subject**:         BBC Documentary Airs Monday!

**External:** Think before clicking

Hello Chris! I hope this email finds you well!

Thank you again for being part of our film and welcoming us into your home. We sincerely appreciate your time and insights!

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:
- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for your participation! Please feel free to reach out to me anytime on my Gmail account below.

All my best,
Megan Towey
[ PII ]
[ PII ]


**Megan Towey**



LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL
**T:** +44 (0) 207 284 6868
**www.octoberfilms.co.uk**
*Living Every Second: The Kris Hallenga Story - TRAILER*

EXHIBIT

E



Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.