

**EXHIBIT**

**F**