| | |
|---|---|
| **From:** | Whitney Hayes [whitney.hayes@lincolnproject.us] |
| **Sent:** | 29/10/2024 16:14:45 |
| **To:** | Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk] |
| **CC:** | [ PII ]; Rick Wilson [rick@therickwilson.com] |
| **Subject:** | Re: BBC Documentary Airing on Monday |

**External:** Think before clicking

Hi Matthew and Megan,

Thank you very much for this. Looping in Rick as well!

Really appreciate your hard work on this and can't wait to check it out.

Would love to keep in touch!
Whitney

On Tue, Oct 29, 2024 at 9:45 AM Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk> wrote:

Hi Whitney,

Further to Megan's email below, you can download the film here: https://www.dropbox.com/t/HgCznPoLcNCyFhoa

I do very much hope you are happy with the result.  I would obviously also be grateful if you could forward to Rick and convey our sincere thanks for his time.

I also hope you don't mind if we stay in touch – it's highly likely we will be back in the US in the not-too-distant future.

Thanks again for all your help.

Best wishes,

Matthew

**From:** Megan Towey <megan.towey@octoberfilms.co.uk>
**Date:** Friday, 25 October 2024 at 15:02
**To:** Whitney Hayes <whitney.hayes@lincolnproject.us>
**Cc:** Matthew Hill - Current Affairs <matthew.hill3@bbc.co.uk>, [ PII ]
< PII >
**Subject:** BBC Documentary Airing on Monday

**External:** Think before clicking

Hello Whitney! I hope this email finds you well!

Thank you again for all your help setting up the interview with Rick Wilson!

**EXHIBIT**

**G**

I just wanted to send you a quick message to let you know that our documentary on the 2024 US elections will be premiering on BBC Panorama on Monday, October 28th at 8pm UK time (4pm ET / 1pm PT). It will also be available for replay on the BBC iPlayer shortly thereafter.

As it is difficult to access the BBC iPlayer in the US, we can send you a link to the film after it airs. Just please let us know if you/Rick would like us to send that along.

If you do want to watch the premiere, you would need a VPN to watch in the United States. A few articles on how to access the iPlayer through VPN are:

- https://cybernews.com/best-vpn/vpn-for-bbc-iplayer/
- https://www.techradar.com/vpn/bbc-iplayer-vpn

Again, thank you so much for everything! Please feel free to reach out to me anytime on my Gmail account below.

All my best,

Megan Towey

PII
PII

**Megan Towey**

october·

LONDON - LOS ANGELES

**A:** Benwell Studios, 11-13 Benwell Road, London N7 7BL

**T:** +44 (0) 207 284 6868

**www.octoberfilms.co.uk**

*Living Every Second: The Kris Hallenga Story - TRAILER*



Any views or opinions expressed are those of the author and may not necessarily represent those of October Films group companies, unless expressly stated. This email and its attachments are strictly confidential and may also be legally privileged. They are intended solely for the use of the individual to whom it is addressed. If you are not the intended recipient, you must take no action based on them, notify us immediately and delete them from your systems. For full details of how October Films handles personal information please look at our Privacy Policy.