# COMPOSITE EXHIBIT I

# FILED UNDER SEAL