**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

        Plaintiff,

        v.

BRITISH   BROADCASTING   CORPORATION
a/k/a BBC,

        Defendant.

Case No. 1:25-CV-25894-RKA

**PLAINTIFF'S NOTICE OF FILING PUBLIC AND REDACTED DOCUMENTS**
**PURSUANT TO THE COURT'S AUGUST 10, 2026 ORDER [ECF NO. 123]**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to S.D. Fla. Local Rule 5.4 and the Court's August 10, 2026 Order (ECF No. 123), hereby gives notice of the filing of the following documents in connection with Plaintiff's First Amended Complaint (the "FAC"):

1.     A public, redacted copy of Plaintiff's FAC, with redactions prepared by Defendant, British Broadcasting Corporation (the "BBC"), as the designating party under the Protective Order (ECF No. 51),  consistent with the BBC's Unopposed Motion to Seal (ECF No. 122) and the Court's August 10, 2026 Order (ECF No. 123);

2.     Public, redacted copies of Exhibits A, C, and H to the FAC, with redactions prepared by the BBC, as the designating parties under the Protective Order (ECF No. 51), consistent with the BBC's Unopposed Motion to Seal (ECF No.122) and the Court's August 10, 2026 Order (ECF No. 123); and

3.     Public, unredacted copies of Exhibits B, D, E, F, G, J, and K to the FAC, which do not contain any material subject to the sealing motion or the Court's August 10, 2026 Order.

Consistent with the Court's August 10, 2026 Order, Exhibit I to the FAC remains under

seal in its entirety and accordingly is not filed publicly.

Dated: August 10, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel:  305-614-4071
Fax:  305-440-4385

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 10664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on August 10, 2026, the foregoing was served via the

Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting*
*Corporation, BBC Studios Productions Limited*
*and BBC Studios Distribution Limited*

/s/ Alejandro Brito

**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 │ Coral Gables, Florida 33134
Telephone: (305) 614-4071