UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRITISH BROADCASTING CORP., )<br><br>Defendant. ) | Case No. 1:25-cv-25894-RKA |

## <u>DECLARATION OF MAXWELL S. MISHKIN</u>

Maxwell S. Mishkin, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am a partner in the law firm of Ballard Spahr LLP, counsel for Defendant British Broadcasting Corporation (the "BBC") in this action.  I submit this declaration in support of the BBC's Opposed Motion for an Order Authorizing Alternative Service of Rule 45 Subpoenas on Third Parties Donald Trump, Jr., Ivanka Trump, and Jared Kushner.  I have personal knowledge of the facts herein and would be competent to testify to them.

2.  Attached hereto as Exhibit A is a true and correct copy of an email from a process server that Ballard Spahr engaged to personally serve Rule 45 subpoenas on Ivanka Trump and Jared Kushner at their home in Florida, reporting to Ballard Spahr that the process server was stopped by law enforcement and told that "clearance from Secret Service" would be required to effect service.

3.  Attached hereto as Exhibit B is a true and correct copy of an email from the Regional Field Counsel in South Florida with the United States Secret Service, Office of the Chief Counsel, responding to Ballard Spahr's "recent communication with our Miami Field Office concerning subpoenas intended for Jared Kushner and Ivanka Trump," and asserting that "[t]he

1

United States Secret Service, as an agency of the United States Government, is not authorized to accept service of these subpoenas for these individuals, nor can we opine on how you all may best facilitate or effectuate service of these subpoenas."

4.     Attached hereto as Exhibit C is a true and correct copy of an email from a process server that Ballard Spahr engaged to personally serve a Rule 45 subpoena on Donald Trump, Jr., at the Trump Organization's offices at Trump Tower in New York, reporting to Ballard Spahr that the process server was stopped by Trump Tower security.

5.     On July 29, 2026, I conferred with Plaintiff's counsel as to whether Plaintiff would accept service of Rule 45 subpoenas on behalf of Donald J. Trump, Jr., Ivanka Trump, and Jared Kushner, or, in the alternative, whether Plaintiff would direct the U.S. Secret Service to permit service of the subpoenas on Mr. Trump, Jr., Ms. Trump, and Mr. Kushner.  Plaintiff's counsel rejected both requests and further declined to consent to a motion for alternative service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026.

/s/ *Maxwell S. Mishkin*
Maxwell S. Mishkin