# Exhibit A

**From:** it"s DONE! Courier (Philadelphia, PA)
**To:** Relyea, Ryan R.
**Subject:** it"s DONE! IDC-466-841
**Date:** Tuesday, May 12, 2026 10:23:08 AM

EXTERNAL

Dear Ryan R. Relyea,

Your request has been completed by Process Server, one of our qualified team members.

Your reference: 00459221

This was requested by: RYAN RELYEA

Delivered To: NON-SERVE SEE COMMENTS

Completion Time: 5/9/2026 10:49 AM

Instructions and/or Description: SERVE SUBPOENA

Delivery Location:
Jared Kushner & Ivanka Trump, 36 Indian Creek Island Rd, Indian Creek Village, FL, 33154

Additional Info/Comments:
5/9/26 at 10:49 AM - Attempted service at 36 Indian Creek Island Rd, Indian Creek Village, FL 33154. Arrived at police checkpoint outside Indian Creek Island; Officer P. Eppler stated clearance from Secret Service was required to access the island and subject property; at 11:05 AM Officer Eppler advised that Secret Service denied service and directed that counsel must coordinate service through Secret Service security.

Pickup Location:
Ballard Spahr LLP, 1735 Market Street , 51st Floor, Philadelphia, PA, 19103

Thank you for using our services!

it's DONE! Courier
2142 S. Broad Street
Lower Level
Philadelphia, PA 19145
215.925.DONE! (3663)
215.925.3660 (Fax)
https://www.itsdonecourier.com

Confidential/Privileged E-mail Communication This message is intended only for use by the individual to whom it is addressed and may contain confidential information exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the agent responsible for delivering the message, you are hereby notified that any distribution or copying of the communication is prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message.