# Exhibit B

| | |
|---|---|
| **From:** | TROY EPSTEIN (LEG) |
| **To:** | Relyea, Ryan R. |
| **Subject:** | Follow up regarding communication with USSS Miami FO on subpoenas |
| **Date:** | Thursday, May 14, 2026 4:25:14 PM |

**EXTERNAL**

Good afternoon, Mr. Relyea,

Hope this finds you well.  I am the Regional Field Counsel in South Florida with the United States Secret Service, Office of the Chief Counsel.

I am reaching out regarding your recent communication with our Miami Field Office concerning subpoenas intended for Jared Kushner and Ivanka Trump.

The United States Secret Service, as an agency of the United States Government, is not authorized to accept service of these subpoenas for these individuals, nor can we opine on how you all may best facilitate or effectuate service of these subpoenas.

Regards,

Troy M. Epstein
Attorney Advisor
United States Secret Service
Office of the Chief Counsel

THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE REVIEW OF THE PARTY TO WHOM IT IS ADDRESSED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY ADVISE THE SENDER BY REPLYING TO TROY.EPSTEIN@USSS.DHS.GOV. UNINTENDED TRANSMISSION SHALL NOT CONSTITUTE WAIVER OF THE ATTORNEY-CLIENT OR ANY OTHER PRIVILEGE.