# Exhibit C

**From:** it"s DONE! Courier (Philadelphia, PA)
**To:** Relyea, Ryan R.
**Subject:** it"s DONE! IDC-925-552
**Date:** Wednesday, June 17, 2026 11:52:24 AM

EXTERNAL

Dear Ryan R. Relyea,

Your request has been completed by Process Server, one of our qualified team members.

Your reference: 00459221

This was requested by: RYAN RELYEA

Delivered To: NON-SERVE - Security will not allow access

Completion Time: 5/22/2026 11:51 AM

Instructions and/or Description: SERVE SUBPOENA

Delivery Location:
Donald J. Trump, Jr. c/o The Trump Organization, 725 5th Avenue, New York, NY, 10022

Additional Info/Comments: 5/20 12:08pm - I arrived at the location, gained access to the building and went to the concierge. I spoke with the concierge and let him I know I have legal documents for the Trump organization. The concierge called up to the person who normally accepts service, and no answer. The concierge stated he may be out for lunch, and may return at 1pm. I have my number for the person to give me a call back.

5/22 9:38am - I arrived at the location , gained access to the building. Spoke with the security and mentioned that I have legal documents for the trump organization. The security stated that the legal department is not in today. Will not allow access upstairs.

Pickup Location:
Ballard Spahr LLP, 1735 Market Street , 51st Floor, Philadelphia, PA, 19103

Thank you for using our services!

it's DONE! Courier
2142 S. Broad Street
Lower Level
Philadelphia, PA 19145
215.925.DONE! (3663)
215.925.3660 (Fax)
https://www.itsdonecourier.com

Confidential/Privileged E-mail Communication This message is intended only for use by the individual to whom it is addressed and may contain confidential information exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the agent responsible for delivering the message, you are hereby notified that any distribution or copying of the communication is prohibited. If you have received this communication in error, please notify us immediately by telephone and delete the original message.