**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of: Case Transfers to
**District Judge Jeffrey T. Kuntz**

(*Brian Sidman and Ashley Sidman v. IRS*), Case No: 25-cv-20412

(*Dunn v. PJ Cheese*), Case No: 26-cv-24253

(*Moreno-Garrido v. Mullin, et al.*) Case No: 26-cv-24984

(*GlaxoSmithKline, et al. v. Transpire Bio, Inc.*) Case No: 26-cv-60696

(*Ressler v. TAMKO Building Products LLC, et al.*) Case No: 26-cv-24714

(*President Donald J. Trump v. British Broadcasting Corporation.*) Case No: 25-cv-25894

(*Mangushev v. Zorin*) Case No: 26-cv-25226

*(Sea Swivel Inc. v. Rhodan Marine Sys. LLC, et al.)*, Case No: 25-cv-23581

(*Senercharles v. Miami-Dade County et al.*), Case No: 26-cv-20173

*(KJEMS v. Virgin Cruises Intermediate Limited, Inc.)*, Case No: 26-cv-21518

*(Zimmerebner, et al. v. Reap Technologies Holdings Limited, et al.)*, Case No: 26-cv-24688

(*Elizabeth K. Richert v. Jacqueline Calderin*), Case No: 24-cv-21901

*(Clancy v. Watterson Environmental Group, LLC)*, Case No: 26-cv-25129

*(Rosado v. Martinez, et al.)*, Case No. 26-cv-23447

*(Centennial Contractors Enterprises, Inc. v. D'Celis Construction Inc., et al.)*, Case No. 26-cv-22958

*(United States v. Anand Ravi Someria et al.)*, Case No: 26-cr-60122

(*United States* v. *Nicholas Aguilar et al.*), Case No: 26-cr-20280

**ORDER OF REASSIGNMENT**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Jeffrey T. Kuntz** as of August 14, 2026 for all further proceedings. It is further

ORDERED that all currently pending hearings set before the undersigned Judge are hereby TERMINATED and are to be rescheduled by **District Judge Jeffrey T. Kuntz.** It is further

ORDERED all deadlines will REMAIN IN EFFECT unless altered by **District Judge Jeffrey T. Kuntz**. It is further

ORDERED that all papers hereafter filed shall bear the assigned case number followed by the initials JTK in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers this 14th day of August, 2026.

United States District Judge

c: All counsel of record/pro se parties