UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>Defendants. | Case No. 1:25-cv-25894-JTK |

**DEFENDANT'S UNOPPOSED PARTIAL MOTION TO SEAL CERTAIN EXHIBITS TO DEFENDANT'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

Pursuant to Local Rule 5.4 and the Protective Order entered in this action, *see* ECF 51, Defendant the British Broadcasting Corporation ("the BBC"), by and through its undersigned counsel, respectfully requests that the Court grant it leave to seal one exhibit to Defendant's Motion to Dismiss, the full deposition transcript of Plaintiff's expert witness, Dr. Tal Lavian, and corresponding references to it and one additionally already-redacted exhibit in the BBC's brief. Plaintiff does not oppose the relief requested in this Motion.

**RELEVANT FACTUAL BACKGROUND**

On June 18, 2026, the BBC filed an unopposed Motion to Seal certain exhibits of Plaintiff's Opposition to the BBC's Motion to Dismiss the original Complaint. *See* ECF 83. As part of that request, the BBC also raised Plaintiff's request to provisionally seal the full deposition transcript of Plaintiff's expert, Dr. Tal Lavian, and corresponding references to it in Defendant's reply brief. *Id.* This Court granted the Motion shortly thereafter on June 23, 2026. *See* ECF 87.

On August 4, 2026, Plaintiff moved for leave to file his First Amended Complaint

("FAC"), which featured some of the same sealed exhibits from his Opposition to the BBC's Motion to Dismiss. *See* ECF 108. On August 7, 2026, the BBC moved this Court to seal Plaintiff's then-proposed FAC and certain exhibits contained therein, according to the same redaction parameters had been granted by Judge Altman's June 23, 2026 Order. *See* ECF 122. That request was granted. *See* ECF 123.

The BBC now seeks to file its Motion to Dismiss the First Amended Complaint, citing Dr. Lavian's deposition transcript—which Plaintiff had requested be sealed earlier in this case, and for which relief was granted. *See* ECF 87. Additionally, Defendant seeks to seal portions of its Motion that cite to material that has already been sealed per this Court's August 10, 2026 Order. *See* ECF 123. Consistent with this Court's previous rulings, and consistent with previous sealings on this docket, Defendant now moves this Court to maintain certain of those filings under seal in whole or in part.

**LEGAL STANDARD**

In this Circuit, "discovery material filed in connection with pretrial motions that require judicial resolution of the merits is subject to the common-law right" of access. *Chicago Trib. Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1312 (11th Cir. 2001). That right of access, however, can be overcome "by a showing of good cause, which requires 'balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential.'" *Romero v. Drummond Co.*, 480 F.3d 1234, 1246 (11th Cir. 2007).

Parties seeking to file documents under seal in this Court must make this showing of good cause and also comply with the requirements of Local Rule 5.4. The BBC submits that good cause exists to seal limited portions of its Motion to Dismiss and an exhibit to the brief in order to protect confidential business information, and that the instant motion complies with

Local Rule 5.4. Plaintiff does not oppose the relief requested in this motion.

## ARGUMENT

### A. Good Cause Exists to Seal the Confidential Information at Issue.

The BBC seeks to seal certain descriptions of commercially sensitive information that have been designated as Confidential or Attorneys' Eyes Only under the Protective Order in this case. The BBC has limited the information it moves to seal, seeking only to apply narrow redactions to their brief, and to seal only one exhibit in full. *See Romero*, 480 F.3d at 1246 (considering whether a "less onerous alternative to sealing" exists). The sealing would extend only to the sorts of "confidential information, such as . . . technical infrastructure, business strategy, commercially sensitive transactional, marketing, technical, research, development, business strategy, and otherwise non-public and proprietary information" that courts in this District permit parties to redact or seal from otherwise-public filings. *CRubin, LLC v. Escoriaza*, 2020 WL 2542629, at *2 (S.D. Fla. May 19, 2020). The sealing would also give consistent relief to both Defendant and Plaintiff, who have relied on the sealed nature of the relevant documents in previous filings. The BBC respectfully submits that the proposed sealing is the least onerous means available to protect the confidentiality of the information at issue.

Consistent with the redactions provided under this Court's August 10, 2026 Order, ECF 123, the BBC seeks to redact portions of its brief which contain the discussion of provisions in confidential contracts with certain BBC business partners regarding the BBC's geoblocking measures from Richard Cooper's 30(b)(6) deposition transcript, *see* FAC Ex. H, and in an exhibit containing the deposition transcript of Plaintiff's expert witness, Dr. Tal Lavian. This information is commercially sensitive, subject to confidentiality restrictions in the BBC's contracts with those business partners, and is designated Attorneys' Eyes Only under the Protective Order.

Additionally, the BBC seeks to maintain the sealing of previous exhibits and the discussions contained therein. Plaintiff asked the BBC to include requests that the Court provisionally seal the entire transcript of Dr. Lavian's June 15, 2026 deposition and discussions of that testimony in the BBC's reply brief pursuant to the Protective Order. *See* ECF 83 at 5. The BBC did not oppose this provisional sealing, and seeks to continue to honor Plaintiff's request here.

Absent an order by this Court directing otherwise, by August 24, the BBC will file 1) a public, redacted version of its Motion to Dismiss, and 2) a sealed, unredacted version of the same and a sealed copy of the exhibit containing Dr. Lavian's deposition transcript.

**B. This Motion Complies with Local Rule 5.4**

The BBC respectfully submits that this motion complies with the requirements of Local Rule 5.4, as it "sets forth the factual and legal basis for departing from the policy that Court filings are public and that describes the information or documents to be sealed (the 'proposed sealed material') with as much particularity as possible, but without attaching or revealing the content of the proposed sealed material." *See* L.R. 5.4(1).

To address the remaining requirements, the BBC proposes that sealing should be permanent, as the confidentiality concerns outlined above will not abate, or at least last until 90 days after conclusion of the case, including exhaustion of any appeals. *See id.* If the Court grants this motion to file under seal, the BBC will file any exhibits that have been authorized to be filed under seal via CM/ECF using the appropriate filing events and will serve copies of the same on all counsel of record. *Id.* If this motion remains pending as of the filing of the BBC's Motion to Dismiss, the BBC will file both public and sealed versions of their brief and exhibits, as set forth above.

**CONCLUSION**

For the foregoing reasons, the BBC respectfully requests that the Court grant this unopposed motion, grant the BBC leave to file under seal, in part or in whole, the BBC's Motion to Dismiss and an exhibit thereto, and provide such other and further relief as the Court sees fit.

Dated: August 20, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on August 20, 2026, and served the same electronically upon all counsel of record via email.

*/s/ Charles D. Tobin*
Charles D. Tobin

**LOCAL RULE 7.1(a) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the parties hereby certify that all parties conferred in good faith and have agreed to the relief requested herein.

*/s/ Charles D. Tobin*
Charles D. Tobin