UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,

Plaintiff,

v.

BRITISH BROADCASTING CORP.,

Defendant.

Case No. 1:25-cv-25894-JTK

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT VIDEO EXHIBITS**

Defendant the British Broadcasting Corporation ("the BBC"), by and through its undersigned counsel, hereby seeks leave to submit a flash drive to the Court containing 1) a copy of "Trump: A Second Chance?" (the "Documentary") as broadcast by the BBC on October 28 and November 2, 2024; and 2) a copy of the version of the Documentary prepared by October Films Ltd. for international distribution. The Documentary is incorporated in the First Amended Complaint by reference and is integral to Plaintiff's claims. Undersigned counsel represents that the offline files Defendant seeks to submit are full, true, and correct copies of the Documentary. Defendant sought equivalent relief when filing its Motion to Dismiss, *see* Mot. for Leave to Submit Video Exhibits (ECF 37), which Judge Altman had granted the same day, *see* Order (ECF 38).

WHEREFORE, Defendant respectfully requests that the Court enter an order granting Defendant permission to submit these two video exhibits.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

Counsel for Defendant certify that they have conferred with counsel for Plaintiff regarding the relief sought in this Motion. Plaintiff does not object to the relief requested herein.

Dated: August 24, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*