# Exhibit A

# Filed Under Seal