UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | | |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-25894-RKA |
| BRITISH BROADCASTING CORP., et al., | ) | |
| Defendants. | ) | |

**DECLARATION OF RICHARD BURGESS**

I, Richard Burgess, declare under 28 U.S.C. § 1746, as follows:

1. I am the Director of News Content for the British Broadcasting Corporation (the "BBC").

2. I submit this declaration in support of Defendants' motion to dismiss Plaintiff's Complaint with prejudice.

3. The facts stated below are true based on my own personal knowledge, my review of records maintained in the regular course of business by the BBC, or information made available to me within the BBC.

4. The BBC is the main public service provider of news and entertainment media in the United Kingdom. It broadcasts and publishes news and other media in the United Kingdom via television, radio, and online services, and delivers multimedia news across the globe in more than 40 languages.

5. The BBC is headquartered in London, United Kingdom, which is its principal place of business. It was established in the United Kingdom through a Royal Charter, which forms its constitutional basis as presented to Parliament. A true and correct copy of its Royal Charter is

attached as Exhibit 1.

6. The BBC is a non-profit, publicly funded entity. It is primarily funded by a licence fee that is determined by the United Kingdom government and paid annually by every household in the United Kingdom that watches or records TV on any channel via any TV service, watches live streaming services, or uses the BBC's iPlayer streaming service.

7. With a handful of exceptions that are inapplicable to this case, the BBC's Royal Charter restricts the BBC from conducting any commercial activities in relation to the media it produces. Rather, commercialisation of the BBC's media is largely the domain of an independent subsidiary, BBC Commercial Limited, and BBC Commercial Limited's own subsidiaries. BBC Commercial Limited is headquartered and incorporated in London.

8. BBC Commercial Limited and its subsidiaries did not create or broadcast into the United States the Panorama episode at issue in this case, "Trump: A Second Chance?".

9. United States employees are employed by BBC News USA, Inc., which is a separate legal entity from the BBC with separate officers and directors. BBC News USA, Inc. is registered, and has its principal place of business, in Washington, D.C.

10. BBC News USA, Inc. did not create or broadcast the Panorama episode "Trump: A Second Chance?".

11. The BBC (incorporated in the United Kingdom and a separate legal entity from BBC News USA, Inc.) is not registered to do business in Florida. It does not have any employees, telephone numbers, or bank accounts in Florida.

12. As to the Coral Gables office referred to in ¶ 17 of President Trump's lawsuit in this matter, all of the approximately 25 employees in that office are employed by BBC News USA, Inc. Most of them perform work for BBC Mundo, which is the Spanish language service of the

Case 1:25-cv-25894-RKA Document 36-6 Entered on FLSD Docket 03/16/2026 Page 3 of 4

BBC World Service, with a small number working for: (i) BBC Monitoring; (ii) BBC World Service business development; or (iii) BBC News' international operations. None of the individuals who work at BBC News USA, Inc.'s Coral Gables office participated in the creation or broadcasting of "Trump: A Second Chance?" in any way, and none is an employee of Defendants the BBC, BBC Studios Productions Limited, or BBC Studios Distribution Limited.

13. The BBC broadcast "Trump: A Second Chance?" in the United Kingdom on its BBC One and Two television channels on October 28, 2024 and its BBC Two television channel on November 2, 2024.

14. The BBC also streamed "Trump: A Second Chance?" in the United Kingdom on its iPlayer for one year after the television broadcast. The iPlayer service is provided in the United Kingdom to UK residents who pay the licence fee for access.

15. The BBC did not have contractual rights to, and therefore did not, broadcast or distribute "Trump: A Second Chance?" in the United States market, including through any of its partnerships with U.S. broadcasters. A true and correct copy of the BBC's November 26, 2025 letter to the Federal Communications Commission confirming this statement is attached as Exhibit 2.

16. The BBC did not direct any advertising or social media promotions for the Documentary to Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 16/03/26
London, England

Richard Burgess