Declaration of Richard Burgess

# Exhibit 2

BBC

**British Broadcasting Corporation**
**Broadcasting House, London W1A 1AA**

**From the Director-General**

26 November 2025

Brendan Carr
Chairman
Federal Communications Commission
Washington, DC 20554

by email

Dear Chairman Carr,

Thank you for your letter of 19 November 2025. As a matter of courtesy, I have provided the information you have requested below.

I can confirm that the BBC did not broadcast or distribute for broadcast the relevant *Panorama* programme in the United States, whether through PBS, NPR, or otherwise.

Beyond that, I do not consider it would be appropriate at this stage to respond in detail to your description of events in your letter, save to note they do not represent the BBC's position.

Yours sincerely,

**Tim Davie**
**Director-General**