Declaration of Richard Cooper

# Exhibit 3

# BBC Global Terms of Use

*Page updated: 26 June 2025*

*Version 1.0*

## 1. Hello

These are BBC.com's terms of use ("Terms"). These Terms tell you:

- The rules for using our Services (as defined below);
- What you can do with our Content (as defined below);
- What we can do with things you post or upload;
- What disclaimers may apply to our own liability; and
- The protections you provide to us for your breach of these Terms.

Your rights and responsibilities, basically – important stuff.

It's important to read these Terms and check in for updates as the latest version always applies.

When we reference "BBC.com", we mean the digital news properties operated by or on behalf of BBC Global News Limited, BBC Studios Distribution Limited, or their parent companies, subsidiaries, and affiliates (each a part of the BBC Studios, the commercial production and distribution arm of the British Broadcasting Corporation) which may be accessible in several manners, including via the web on BBC.com, mobile phone, and the BBC: World News & Stories mobile app (collectively, "the BBC", "BBC.com", "we", "our", or "us"). In these Terms, "Affiliated Entities" means any direct or indirect parent, subsidiaries, sponsors, licensees or affiliated companies of BBC.com. **Find out more about our group of companies and their locations**.

In whatever manner you access BBC.com, you agree to be bound by these Terms.

If you have accessed BBC.com from the United States of America, you also agree to be bound by the additional terms contained at the end of these Terms.

BBC.com may, in its sole discretion, and at any time, discontinue the Services or any part of the Services, with or without notice, or may prevent your use of the Services or access to Content with or without notice to you. You agree that you do not have any rights in the Services and that BBC.com will have no liability to you if the Services are discontinued or your ability to access the Services or any Content you may have posted on the Services is terminated. All restrictions, rights granted by you, and all disclaimers and limitations of liability will survive any termination.

Except as otherwise expressly set forth in these Terms, the Services and the Content are provided only for your personal, non-commercial use. Non-commercial use does not include the use of Content, without prior consent from us, in connection with the development, training, fine tuning, or

grounding of any software program, model, algorithm, artificial intelligence system, or machine learning or generative artificial intelligence tool.

## 2. When these Terms apply

Read these Terms before using our Services. As stated above, whenever you use our Services you agree to these terms.

Without limiting our rights, if you don't stick to all these Terms then we can suspend or terminate your use of Services and your account.

## 3. What's not covered in these Terms?

- BBC Public Service: Digital properties and services provided directly by the BBC Public Service, which is a publicly funded service in and for the UK and therefore operates differently to BBC Studios which is a commercially funded business. This includes the BBC website in the UK (bbc.co.uk), any UK BBC account (as explained in more detail below), UK public services that are not geo-restricted (such as BBC Bitesize and the BBC programme pages), and the international World Service language sites. These are all covered by the BBC Public Service privacy policy and terms of use, which you can view here and here.
- Linked Services: Sometimes we link to other companies' services, like articles published on other sites. Similarly, you might engage with our content and brands via another platform or company. For example, we publish certain Content on other platforms, like YouTube, Facebook and other social media, and news aggregators. These external services will have their own terms of service which will apply to your use of such services, and we are not liable for any of your interactions with such services.
- Additional terms that may be applicable to certain BBC.com Services, like when you enter a competition or a sweepstakes: If there are extra terms, we'll let you know. Any promotions or offers set forth on the Services are void where prohibited and are subject to any applicable additional terms.
- Data Privacy: To find out what personal data we collect and how we use it, please visit our privacy policy at bbcstudios.com/privacy.

## 4. Changes to these Terms

We may modify these Terms, or add or remove terms at any time, and such modifications, additions, or deletions will be effective immediately upon posting. Your use of the Services after such posting shall constitute acceptance by you of such modifications, additions or deletions.

## 5. What are the "Services" and "Content" addressed in these Terms?

a. "Services"

Digital services offered by the BBC that links to or references these Terms. Such as:

- BBC.com
- BBC: World News & Stories Mobile App

- BBC Sport Mobile App (International)
- BBC Global News US LLC's digital subscription services

b. "Content"

Anything that's available through the Services. Including:

- Text Articles
- Audio
- Video
- Images
- Games
- Anything made by people using our Services, which is often referred to as User-generated content, or in these Terms as User Content and Your

Watch Live BBC Your Account

Home News Sport Business Technology Health Culture Arts Travel Earth Audio Video Live Documentaries

granting, by implication, or otherwise, any licence or right to use any trade mark displayed on the Services or in the Content without our written permission or that of such third party that may own the trade mark displayed on the Services or in the Content.

Images, photographs, or illustrations displayed on the Services are either the property of, or used with permission by, us. The use of these materials by you, or anyone else authorised by you, is prohibited unless specifically permitted by these Terms or specific permission provided elsewhere on the Services or by BBC.com.

In some instances, Content may represent the opinions and judgments of providers or users, such as User Content (as defined below). BBC.com and the Affiliated Entities do not endorse nor shall they be responsible or liable for the accuracy or reliability of any statement made on the Services by anyone other than authorised BBC.com employees acting in such capacity.

Content is not intended to substitute for, nor does it replace, professional legal, financial, tax or medical advice. Seek the advice of your physician or other qualified health provider with any questions you may have regarding personal health or medical conditions.

## 6. Third party advertising

You may see advertising from third parties on our Services. Each advertiser is responsible for its own content, and we are not liable for any errors, omissions, or inaccuracies in their ads, or for your engagement with such advertiser.

If you're interested in advertising on our Services, please contact our sales team at internationalsales@bbc.com.

## 7. Terms for using our Services and Content

A few rules to stop you (and us) from getting in trouble. These apply to our Services and Content.

You may not use the Services in violation of applicable laws, including export controls and sanctions, or in violation of our or any third party's rights. You also agree that you will not make any unauthorized use of the Services and you will not attempt to circumvent, reverse engineer, decrypt, or otherwise alter or interfere with the Services or any Content.

a. Don't mess with our Services

What do we mean by that? It is a breach of these Terms to do this sort of thing:

- Hacking our Services or use robots, spiders, scripts, or any tool or process designed to data mine or scrape the Content or collect the Content, data or information from the Services using automated means
- Trying to get around our Content security technology (software that stops people copying our Content)
- Trying to get around geographical restrictions that we put on some Content and products, for example using a VPN service to watch BBC iPlayer (which is only legally available in the UK) when you're outside the UK.
- Refusing to remove our Content, games or apps from your device when we ask you to. This might happen when we take down Services, which we can do at any time, without notice.

b. Don't harm or offend other people...

...while using our Services or Content. That means:

- Don't damage our reputation by associating us with sexism or racism, for instance
- Don't get us sued – by defaming (damaging the reputation of) someone, say, or commenting on an active lawsuit
- Don't harass or upset people
- Don't post or upload anything offensive or obscene
- If you disagree with someone, attack the argument, not the person.

c. Don't pretend to be the BBC

Pretending to be the BBC may include:

- Recreating a service or copying the look of a Service
- Using our brands, trade marks or logos without our permission
- Using or mentioning our Content in press releases and other marketing materials
- Making money from our Content or Services. You can't charge people to watch our shows, for example
- Sharing our Content except as allowed in these Terms.

## 8. Using Content

You agree not to download, display, or use any Content for use in any publication, in public performances, on websites other than the Services, in connection with products or services that are not those of BBC.com, or in any other manner that is likely to cause confusion among consumers, that dilutes the strength of BBC.com's or its licensors' intellectual property, or that otherwise infringes BBC.com's or its licensors' intellectual property or other rights.

a. When you need permission

To use any of the following Content, you need to get permission from us or BBC Public Service first:

- Whole shows
- Clips
- Photos
- Content from BBC.com or other Services
- Our logo and other branding
- Metadata
- Anything taken from our Services to develop or train artificial intelligence or to do computer analysis
- Anything else that's protected by copyright.

b. How to get permission from BBC Public Service:

**For logos and branding, read this.**

**For metadata and RSS feeds, read this.**

**For business use, read this.** Bear in mind: you normally need to ask permission and there may be a fee to pay.

**For everything else, read this**.

There are exceptions to some of these sharing restrictions for Content that's made to be shared, which we will refer to in these Terms as "Shareable Content" or "Shareables"– which has some different rules. Read more about Shareable Content below. In addition, we don't always own the copyright. Click **here** for information about open-source code.

## 9. Shareable Content - what it is

Content that's shareable will have one or more of these buttons next to it:

- Share
- Social media buttons for posting to Facebook, X (Twitter), or other social media platforms.

When you share to a social media platform, their terms of use and privacy policy will apply.

## 10. Shareable Content - what you can do

a. Use sharing buttons to share a link to our Content on your website or social media.

b. Post comments and views about certain Content that has commenting available, subject to the rules contained in these Terms

## 11. Shareable Content - what you can't do

a. Don't use it to harm or offend. And don't put Shareable Content with harmful or offensive stuff.

Here's a non-exhaustive list of what may harm or offend:

- Insulting, misleading, discriminating or defaming (damaging people's reputations)
- Promoting pornography, tobacco or weapons
- Putting children at risk
- Anything illegal, which could include using hate speech, inciting terrorism or breaking privacy law

b. Don't share it in a setting that makes the Shareable Content more prominent than non-BBC content

c. Don't exaggerate your relationship with the BBC

You can't say we endorse, promote, supply or approve of you. And you can't say you have exclusive access to our Content.

d. Don't associate Shareable Content with advertising or sponsorship

That means you can't:

- Put any other content between the link to the Shareable Content and the Shareable Content itself (meaning no ads or short videos people have to sit through)
- Put ads next to or over the Shareable Content
- Put any ads in a web page or app that contain mostly Shareable Content
- Put ads related to their subject alongside Shareable Content (meaning no trainer ads with a piece of Shareable Content about shoes)
- Add extra content that means you'd earn money from them

e. Don't be misleading about where the Shareable Content came from

You can't remove or alter the copyright notice or imply that someone else made them.

## 12. Metadata and RSS feeds

You're not allowed to export metadata from our Content or RSS feeds without a licence from BBC Public Service.

If you are an individual, you can add the BBC News RSS feed to your website or social media account, provided:

- You don't change the RSS feed or remove any of our branding or logos
- You credit us by saying it's from BBC News or BBC.com putting the text and hyperlink in a prominent place nearby

- You don't add our branding, logos and so on, except for any branding that's already embedded in the RSS feed.

**Read about how to set up a BBC News RSS feed here**.

If you are a business, you'll need a licence from BBC Public Service to use metadata (such as images, text, media and the links to them) or our RSS feeds. **Apply for a metadata licence**. For **business use of our RSS feeds**, there may be a fee to pay.

## 13. Your Contributions - what they are

When you create your own content by:

- Uploading or posting something of yours to one of our Services – like uploading or posting to comment boards and forums
- Uploading your clip or photo of a breaking story to contribute to our (or BBC Public Service) editorial
- Using a service to make something and then uploading it to the Services

We call these "Your Contributions" or "User Content".

Please note that by sharing Your Contributions through the Services, Your Contributions may become publicly accessible and will not be subject to any confidentiality restrictions.

By displaying, publishing, or otherwise posting any User Content on or through the Services, you hereby grant to BBC.com and its Affiliated Entities a non-exclusive, sub-licensable, worldwide, fully-paid, perpetual, irrevocable, and royalty free licence to use, modify, publicly perform, publicly display, create derivative works of, adapt, remove, delete, reproduce, and distribute such User Content in any and all media now known or hereafter developed without the requirement to make payment to you or to any third party or the need to seek any third party permission. This licence includes, without limitation, the right to host, index, cache, distribute, and tag any User Content, as well as the right to sublicense User Content to third parties, including other users, for use on other media or platforms known or hereafter developed. You continue to retain your ownership rights in your User Content, and you continue to have any right to use your User Content in any way you choose, subject to these Terms and the licence described herein.

The foregoing licences shall survive any termination of your use of the Services. For all User Content you share through the Services, you represent and warrant that you have all rights necessary for you to grant these licences, and that such User Content, and your provision or creation thereof through the Services, complies with all applicable laws, rules, and regulations and does not infringe or otherwise violate the copyright, trade mark, trade secret, privacy or other intellectual property or other rights of any third party, and is furthermore free from cookies, pixels, and viruses and other malware.

## 14. Your Contributions - the terms

All of Your Contributions you send through the Services are submitted directly to the BBC Public Service, and as such, you can find the terms

related to such User Content submissions here **(see references to "Creations")**.

Please note that we do not solicit or encourage submissions of User Content containing suggestions relating to the Services, our business or our Affiliated Entities' businesses. If you send us any ideas or suggestions, regardless of the topic, we and our Affiliated Entities may use them for any purpose whatsoever and will not have any obligations with respect to such User Content (including, but not limited to, confidentiality). You understand and acknowledge that we have both internal resources and other external resources which may have developed, or may in the future develop, ideas identical or similar to any ideas or suggestions or comments to suggestions you may submit. Any idea or suggestion you submit to us shall be subject to these Terms.

## 15. Your Contributions - what you can't post or send us or BBC Public Service

There are certain rules of conduct regarding User Content that you post in comments on the Services or submit to us or to BBC Public Service. Don't send, post, share, or otherwise make available on our Services anything that:

a. Was made by someone else, or that copies someone else's creation

b. Is illegal or defamatory (damaging to someone else's reputation)

c. Is inappropriate (offensive, off-topic, disruptive, advocates violence, or spreads false information)

d. Contains personal details

e. Contains spam

f. Puts children or others at risk

g. Infringes anyone's rights (that includes privacy rights and intellectual property rights)

h. You've made as part of your job or for your business

i. Promotes a business

j. Identifies someone (unless you have their consent or, if they're under 18, the consent of their parent or guardian)

k. Disrespects the rules or orders of a court (in contempt of court)

l. Contains links to content that can't be seen easily, may be unsafe (viruses, worms, spyware and Trojans) or automatically launches lots of windows

m. Doesn't comply with these Terms.

You acknowledge and agree that we and our Affiliated Entities reserve the right (but have no obligation) to do one or all of the following, at our sole discretion: (i) evaluate User Content before allowing it to be uploaded on the Services; (ii) monitor User Content; (iii) alter, remove, reject, or refuse to post or allow to be posted, without notice to you, any User Content, for any reason or for no reason whatsoever; provided, however, that we shall have no obligation or liability to you for failure to do so or for doing so in any particular manner; and/or (iv) disclose any User Content, and the circumstances surrounding their transmission, to any third party in order to operate the Services, to protect ourselves, the Affiliated Entities, and our or

their respective employees, officers, directors, shareholders, agents, and representatives, and the Services' users and visitors, to comply with legal obligations or governmental requests, to enforce these Terms, or for any other reason or purpose.

These Terms do not apply to waive your right to make statements regarding BBC.com or its employees or agents, or concerning any of BBC.com's Content and Services.

## 16. Your BBC Account

a. Registering for an account

You need an account to use some of our Services, like saving and bookmarking Content, newsletters, and subscriptions.

b. Get your BBC account

Get your **BBC account here**.

To keep your account safe, don't:

- Tell anyone your username or password
- Give us false information
- Try to log in as someone else
- Try to bypass our security measures
- Create more than one account
- Create an account for someone else

And be sure to keep your details up-to-date.

By creating a BBC account, you represent that all information that you provide during registration and in connection with your account is current, complete and accurate and you agree to maintain and promptly update your account information in your BBC account so that it remains current, complete, and accurate. You are responsible for all usage or activity on your BBC account. If you believe someone else has used your BBC account, please contact us.

c. Changing settings and deleting your account

Find out how to modify or delete your account on your "My Account" homepage.

## 17. WARRANTIES AND DISCLAIMER

OUR SERVICES AND THE CONTENT ARE PROVIDED "AS IS" AND ON AN "AS AVAILABLE" BASIS WITHOUT ANY REPRESENTATION OR ENDORSEMENT OF ANY KIND. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE DISCLAIM ALL WARRANTIES, CONDITIONS AND OTHER TERMS OF ANY KIND, EXPRESS OR IMPLIED, IN CONNECTION WITH OUR SERVICES AND YOUR USE OF OUR SERVICES (INCLUDING, WITHOUT LIMITATION, AS TO SATISFACTORY QUALITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, COMPATIBILITY, SECURITY AND ACCURACY).

WE DO NOT WARRANT THAT THE FUNCTIONS CONTAINED IN ANY CONTENT ON OUR SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED OR THAT OUR SERVICES OR THE SERVERS THAT MAKES THEM AVAILABLE ARE FREE OF VIRUSES OR BUGS.

IT IS POSSIBLE THAT APPLICABLE LAW MAY NOT ALLOW FOR LIMITATIONS ON CERTAIN IMPLIED WARRANTIES; TO THE EXTENT THAT SUCH LAW APPLIES TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS OR EXCLUSIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

## 18. LIMITATION OF LIABILITY

A. TO THE FULLEST EXTENT PERMITTED BY LAW, WE ACCEPT NO LIABILITY IN RESPECT OF ANY USER CONTENT. YOUR ACCESS TO AND USE OF OUR SERVICES OR ANY CONTENT IS ENTIRELY AT YOUR OWN RISK.

B. TO THE FULLEST EXTENT PERMITTED BY LAW, UNDER NO CIRCUMSTANCES SHALL WE, THE AFFILIATED ENTITIES AND THIRD PARTIES CONNECTED TO US BE LIABLE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, PUNITIVE, SPECIAL OR EXEMPLARY LOSS OR DAMAGE (WHETHER SUCH LOSSES WERE FORESEEN, FORESEEABLE, KNOWN OR OTHERWISE) ARISING FROM, OUT OF OR IN CONNECTION WITH THE USE OF OUR SERVICES OR CONTENT OR INABILITY TO USE OUR SERVICES OR ACCESS OUR CONTENT, INCLUDING WITHOUT LIMITATION: (I) INJURY AND/OR DAMAGE TO PERSONS OR PROPERTY AS A RESULT OF ANY STATEMENT, INCLUDING ANY ACTUAL OR ALLEGED DEFAMATORY STATEMENT; (II) LOSSES SUFFERED BY ANY THIRD PARTY, INCLUDING INFRINGEMENT OF ANY INTELLECTUAL PROPERTY OR PRIVACY RIGHTS; (III) LOSS OF DATA; (IV) LOSS OF REVENUE OR ANTICIPATED PROFITS; (V) LOSS OF BUSINESS OR CONTRACTS; (VI) LOSS OF OPPORTUNITY; (VII) LOSS OF ANTICIPATED SAVINGS; (VIII) WASTED MANAGEMENT OR OFFICE TIME; OR (IX) LOSS OF GOODWILL OR INJURY TO REPUTATION.

C. THIS DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAWS OR REGULATIONS.

D. WE SHALL NOT BE RESPONSIBLE FOR ANY BREACH OF THESE TERMS CAUSED BY CIRCUMSTANCES BEYOND OUR CONTROL.

## 19. Mobile Apps

You may download certain BBC apps, including “BBC: World News & Stories”, either from the Services or from third party app stores or shops (each, an “App”). The following additional terms and conditions are applicable with respect to your use of a third party platform to access and download an App, such as Apple, Inc., Google, Inc., or any other similar third party “app store” or platform (each a “Provider”):

- a. You acknowledge and agree that (i) these Terms are binding between you and BBC.com only, and the Providers are not a party to these Terms, and (ii) as between BBC.com and such Provider, it is BBC.com that is responsible for the App and the content thereof. Your use of the App must comply with the terms of use applicable to the Provider source from which you obtain it. You acknowledge that the Provider has no obligation

to furnish you with any maintenance and support services with respect to the App. The App is licensed to you only on a limited, revocable, non-exclusive, non-transferable, non-sublicense basis solely to be used for your private, personal, non-commercial use on a device that you own or control.

- b. You acknowledge that the Provider is not responsible for addressing any claims you have or any claims of any third party relating to the App or your possession and use of the App, including, but not limited to: (i) product warranty or liability claims; (ii) any claim that the App fails to conform to any applicable legal or regulatory requirement; (iii) claims arising under consumer protection or similar legislation; or (iv) claims that the App infringes a third party's intellectual property rights, such that you will not hold such Provider responsible for the investigation, defence, settlement and discharge of any such intellectual property infringement claims.
- c. You acknowledge and agree that, to the maximum extent permitted by applicable law, the Provider will have no warranty obligation whatsoever with respect to the App. The Providers and their subsidiaries are third-party beneficiaries of these Terms. Upon your acceptance of the Terms, such Providers and their subsidiaries will have the right to enforce the Terms against you as a third-party beneficiary thereof. There are no other third-party beneficiaries of the Terms.
- d. You represent and warrant that you are not located in a country subject to a government embargo, or that has been designated by a government as a "terrorist supporting" country, and that you are not listed on any government list of prohibited or restricted parties.
- e. BBC.com may, at its discretion, automatically upload App updates to your device. You agree to accept these App updates, and to pay for any costs associated with receiving them. You must comply with all domestic and international export laws and regulations that apply to the Services and App updates. These laws include restrictions on destinations, end users, and end use.

## 20. Chatbot Features

You are prohibited from submitting personal information to a chat feature available on the Services. You also agree not to ask a chat feature any questions that include any personal or sensitive information. Records of chat sessions, including the date and time of your chat session, may be collected and shared with our Affiliated Entities and vendors and otherwise used in accordance with our **Privacy Policy**.

## 21. Final stuff

A quick recap and a few extra legal bits:

a. If you use a Service on behalf of a business, that business agrees to these terms. So your business has to stick to these Terms if you use a Service:

- substantially to do your job – as an employee, contractor or consultant
- for commercial purposes – to make a profit or
- for educational, non-profit, charitable or government uses.

b. As we said earlier, read these Terms before using our Services. When you use our Services and Content, you're agreeing to:

- These Terms
- Any other terms we've let you know about.

And those things replace all previous agreements between you and us about using our Services or Content.

c. This is a contract between you and us. Except as otherwise expressly set forth herein with respect to Providers, no one else has any rights to enforce its terms. Both you and BBC.com acknowledge and agree that no partnership, joint venture or agency is formed hereunder. If any provision of these Terms shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severed from these Terms and shall not affect the validity and enforceability of any remaining provisions.

d. Order of Precedence. If there is any conflict between these Terms and any specific terms appearing elsewhere on our Services relating to specific access (including any or subscription terms), then the specific terms will prevail.

e. . Except with respect to users in the United States, English law governs these Terms, and only English courts can make judgments about them. Except with respect to users in the United States, any disputes arising from or related to our Services shall be subject to the jurisdiction of the courts of England and Wales.

f. Our Services and Content are made available to you by BBC Studios Distribution Limited, company number 01420028, 1 Television Centre, 101 Wood Lane, London, United Kingdom, W12 7FAC and our Affiliated Entities.

## 22. Additional Terms for Users in the United States

The following terms shall only apply to you if you are accessing the Services from the United States.

a. Digital Millenium Copyright Act and Copyright Agent

We respect the rights of copyright holders, and because of that, we have a policy that facilitates the termination in appropriate circumstances of users and account holders who infringe the rights of US copyright holders. If you are a US copyright owner or an agent of a US copyright owner and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to Title 17, United States Code, Section 512(c)(3), the Digital Millennium Copyright Act ("DMCA") by providing our designated copyright agent with the following information in writing:

- (i) identification of the copyrighted work or works claimed to have been infringed;
- (ii) identification of the material that is claimed to be infringing and information reasonably sufficient to permit us to locate the material;
- (iii) your contact information including your name, an address, telephone number, and, if available, an email address;
- (iv) a statement that you have a good faith belief that use of the material in the manner complained of is not authorised by the owner of the work,

its agent, or the law;

- (v) a statement that the information in the notification is accurate, and under penalty of perjury, that you are authorised to act on behalf of the owner of an exclusive right that is allegedly infringed; and
- (vi) a physical or electronic signature of a person authorised to act on behalf of the owner of an exclusive right that is allegedly infringed;

BBC's designated copyright agent to receive notifications of claimed infringement is:

Brand Protection Team, BBC Studios

1 Television Centre

101 Wood Lane

London W12 7FA

UK

Email: copyright@bbc.com

Phone: +44 0208 433 2000

Only DMCA notices should go to the designated copyright agent. You acknowledge that if you fail to comply with all of the requirements of this Section, your DMCA notice may not be valid.

When we receive an infringement notice with all the required information and are able to locate the allegedly infringing material, we will remove or disable access to the subject material. We also will take reasonable steps to promptly notify the person who posted the subject material. We will give them the opportunity to send a counter-notification.

We may suspend or terminate your access to the Services for someone determined to be a repeat infringer of these Terms.

b. Governing law & jurisdiction (for US users)

If you have accessed the Services from the US, these Terms are governed by the laws of the United States of America and the laws of the State of New York. You agree that exclusive jurisdiction for any claim or dispute with BBC.com relating in any way to your use of the Services resides in the courts located in the County of New York, State of New York, and you further agree and expressly consent to the exercise of personal jurisdiction in the courts located in the County of New York, State of New York, in connection with any such dispute and including any claim involving the BBC.com or its Affiliated Entities, telecommunication providers and content providers.

**Follow BBC on:**

Terms of Use Subscription Terms About the BBC Privacy Policy Cookies Accessibility Help Contact the BBC Advertise with us Do not share or sell my info

BBC.com Help & FAQs Content Index Set Preferred Source

Copyright 2026 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**