Docusign Envelope ID: A23A1D19-5D4C-4033-9939-D5AC5D2320D1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>Defendants. | Case No. 1:25-cv-25894-RKA |

**DECLARATION OF MARTYN FREEMAN**

I, Martyn Freeman, declare under 28 U.S.C. § 1746, as follows:

1. I am the Chief Operating Officer for BBC Studios Productions Limited (hereafter, "BBCSP") and BBC Studios Distribution Limited (hereafter, "BBCSD").

2. I submit this declaration in support of Defendants' motion to dismiss Plaintiff's Complaint.

3. The facts stated below are true based on my own personal knowledge, my review of records maintained in the regular course of business by BBCSD and/or BBCSP, or information made available to me within BBCSD and/or BBCSP.

4. The BBC is the main public service provider of news and entertainment media in the United Kingdom. The BBC is a non-profit, publicly funded entity. With a handful of exceptions that are inapplicable to this case, the BBC's Royal Charter restricts the BBC from conducting any commercial activities in relation to the media it produces. Rather, commercialisation of the BBC's media is largely the domain of an independent subsidiary, BBC Commercial Limited ("BBC Commercial"), and BBC Commercial's own subsidiaries.

5. BBC Commercial is an independent subsidiary of the BBC that is headquartered

Docusign Envelope ID: A23A1D19-5D4C-4033-9939-D5AC5D2320D1

and incorporated in London. All of BBC Commercial's subsidiaries are also legally separate from the BBC. The BBC and BBC Commercial have separate corporate existences, boards of directors and executive teams. BBC Commercial's management controls that entity's day-to-day decisions, business affairs, and operations.

6. I understand that BBCSP and BBCSD have been named as defendants in this case.

7. BBCSP is a subsidiary of BBC Studios Limited, which is in turn a subsidiary of BBC Commercial. BBCSP produces certain content for the BBC as well as for other platforms, such as Netflix. It is headquartered and incorporated in London. A true and correct copy of a document reflecting BBCSP's registration with Companies House, the United Kingdom's agency in charge of incorporating limited companies and registering company information, is attached as Exhibit 1.

8. BBCSD is also a subsidiary of BBC Studios Limited, which is in turn a subsidiary of BBC Commercial. Amongst other activities, BBCSD distributes certain programmes produced by BBCSP globally, as well as programmes produced by other entities. It is headquartered and incorporated in London. A true and correct copy of a document reflecting BBCSD's registration with Companies House is attached as Exhibit 2.

9. Neither BBCSP nor BBCSD, nor BBC Commercial or any other subsidiary of BBC Commercial, had any role in the creation or production of the Panorama episode at issue in this case, "Trump: A Second Chance?".

10. Neither BBCSP nor BBCSD, nor BBC Commercial or any other subsidiary of BBC Commercial, had the contractual rights to, and therefore did not, distribute "Trump: A Second Chance?" within the United States.

11. Neither BBCSP nor BBCSD are registered to do business in Florida. Neither has

Docusign Envelope ID: A23A1D19-5D4C-4033-9939-D5AC5D2320D1

any employees, offices, addresses, telephone numbers, property, or leases, or bank accounts in Florida.

12. Neither BBCSP nor BBCSD are registered to do business anywhere in the United States. Neither has any employees, offices, addresses, telephone numbers, property, or leases in the United States.

13. Certain media generated by the BBC are published to the website www.bbc.com, the BBC's international-facing website, which is operated by BBCSD.

14. "Trump: A Second Chance?" was never available on www.bbc.com, in Florida or anywhere else in the world.

15. While certain media generated by the BBC are available on the streaming service BritBox, that service is commercialised in the United States by BritBox LLC, a separate legal entity.

16. "Trump: A Second Chance?" was never available on BritBox in Florida or anywhere else in the world.

17. BBC Studios Americas, Inc. (hereafter, "BBCSA"), a subsidiary of BBCSD, is a separate legal entity from BBCSD. BBCSA distributes content within the United States, including but not limited to certain content produced by BBCSP or distributed by BBCSD. BBCSA is incorporated in Delaware and has its principal place of business in New York. BBCSA does not have an office in Florida, including in Coral Gables. All BBC Studios employees in the United States are employed by BBCSA, not BBCSP or BBCSD.

18. I understand that BBCSA is not a defendant in this lawsuit. For completeness, BBCSA had no role in the creation, production, or distribution of "Trump: A Second Chance?" and did not distribute it, in Florida or anywhere else in the world.

Docusign Envelope ID: A23A1D19-5D4C-4033-9939-D5AC5D2320D1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/16/2026
London, England

DocuSigned by:
E079ACD040D84CA...
Martyn Freeman

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: A23A1D19-5D4C-4033-9939-D5AC5D2320D1 | | Status: Completed |
| Subject: Complete with Docusign: Freeman Declaration.pdf | | |
| Source Envelope: | | |
| Document Pages: 4 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Lisa Appel |
| AutoNav: Enabled | | 1735 Market Street |
| EnvelopeId Stamping: Enabled | | Philadelphia, PA 19103-7599 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | AppelL@ballardspahr.com |
| | | IP Address: 128.77.41.106 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/15/2026 3:50:39 PM | Holder: Lisa Appel<br>AppelL@ballardspahr.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Martyn Freeman<br>martyn.freeman@bbc.com<br>Mr<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>E079ACD040D84CA...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 80.5.140.124<br>Signed using mobile | Sent: 3/15/2026 3:52:34 PM<br>Viewed: 3/16/2026 5:21:23 AM<br>Signed: 3/16/2026 5:21:40 AM |

**Electronic Record and Signature Disclosure:**
Accepted: 3/16/2026 5:21:23 AM
ID: af3cd9ef-ae3d-4732-a9ab-7e4373e6fb09

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/15/2026 3:52:34 PM |
| Certified Delivered | Security Checked | 3/16/2026 5:21:23 AM |
| Signing Complete | Security Checked | 3/16/2026 5:21:40 AM |
| Completed | Security Checked | 3/16/2026 5:21:40 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 10/31/2017 3:25:53 PM
Parties agreed to: Martyn Freeman

**CONSUMER DISCLOSURE**

From time to time, Ballard Spahr LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Ballard Spahr LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: crockenbergg@ballardspahr.com

**To advise Ballard Spahr LLP of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at crockenbergg@ballardspahr.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Ballard Spahr LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to crockenbergg@ballardspahr.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Ballard Spahr LLP**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to crockenbergg@ballardspahr.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari ™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Ballard Spahr LLP as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Ballard Spahr LLP during the course of my relationship with you.