Declaration of Martyn Freeman

# Exhibit 1

GOV•UK

**Find and update company information (https://beta.companieshouse.gov.uk/)**

Companies House does not check the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for a company or officer

Advanced company search (/advanced-search)

# BBC STUDIOS PRODUCTIONS LIMITED

Company number **09463829**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/09463829/authorise?return_to=/company/09463829)

Overview | Filing history | People | More

Registered office address
1 Television Centre, 101 Wood Lane, London, United Kingdom, W12 7FA

Company status
Active

Company type
Private limited Company

Incorporated on
27 February 2015

## Accounts

Next accounts made up to **31 March 2026**
due by **31 December 2026**

Last accounts made up to **31 March 2025**

## Confirmation statement

Next statement date **14 May 2026**
due by **28 May 2026**

Last statement dated **14 May 2025**

## Nature of business (SIC)

- 60200 - Television programming and broadcasting activities

## Previous company names

| Name | Period |
|---|---|
| BBC STUDIOS LIMITED | 27 Feb 2015 - 01 Oct 2018 |

Policies Link opens in new tab
Cookies (https://beta.companieshouse.gov.uk/help/cookies)
Contact us Link opens in new tab
Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)
Developers Link opens in new tab

Built by Companies House

© Crown copyright