Declaration of Martyn Freeman

# Exhibit 2

GOV•UK

**Find and update company information (https://beta.companieshouse.gov.uk/)**

Companies House does not check the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)

Search for a company or officer

Advanced company search (/advanced-search)

# BBC STUDIOS DISTRIBUTION LIMITED

Company number **01420028**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/01420028/authorise?return_to=/company/01420028)

Overview | Filing history | People | Charges | More

Registered office address
1 Television Centre, 101 Wood Lane, London, United Kingdom, W12 7FA

Company status
Active

Company type
Private limited Company

Incorporated on
15 May 1979

## Accounts

Next accounts made up to **31 March 2026**
due by **31 December 2026**

Last accounts made up to **31 March 2025**

## Confirmation statement

Next statement date **14 May 2026**
due by **28 May 2026**

Last statement dated **14 May 2025**

## Nature of business (SIC)

- 59113 - Television programme production activities
- 90030 - Artistic creation

## Previous company names

| Name | Period |
| --- | --- |
| BBC WORLDWIDE LIMITED | 01 Jan 1995 - 01 Oct 2018 |
| BBC ENTERPRISES LIMITED | 15 May 1979 - 01 Jan 1995 |

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House

© Crown copyright