Docusign Envelope ID: 57E4E08F-2374-4F87-8030-A858128A43DD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>Defendants. | Case No. 1:25-cv-25894-RKA |

**DECLARATION OF LEO TELLING**

I, Leo Telling, declare under 28 U.S.C. § 1746, as follows:

1. I am an Executive Producer at the BBC, and I work on its "*Panorama*" programme. I work in the BBC's office in London, England, which is where the BBC has its principal place of business and is incorporated.

2. I submit this declaration in support of Defendants' motion to dismiss Plaintiff's Complaint.

3. The facts stated below are true based on my own personal knowledge, my review of records maintained in the regular course of business by the BBC, or information made available to me within the BBC.

4. Panorama is the world's longest-running current affairs programme, first aired in 1953. Panorama is an investigative documentary series and focuses on wide-ranging topics of interest to British audiences, from UK politics to international conflicts and more. Episodes of Panorama are broadcast on the BBC's UK channels approximately every week, and are also generally available for one year after broadcast on the BBC's iPlayer streaming service, which is provided in the United Kingdom to UK residents.

Docusign Envelope ID: 57E4E08F-2374-4F87-8030-A858128A43DD

5. I was the BBC's Executive Producer on the Panorama episode at issue in this case, "Trump: A Second Chance?" (hereafter, "the Documentary").

6. The BBC discussed and approved of the pitch for the Documentary in London.

7. The BBC commissioned producing the Documentary during meetings that took place in London.

8. The BBC entered into the Programme Production Agreement, in London, for the documentary with the independent production company October Films Limited (hereafter, "October Films"). October Films is incorporated and has its principal place of business in London.

9. The research for the Documentary was primarily conducted in England.

10. The production team involved in making the Documentary primarily worked on the Documentary in London and elsewhere in England. Members of the English production team traveled to the United States for approximately 10 days to interview and film various individuals for the Documentary. However, no member of the production team, nor any other employee or contractor of the BBC or October Films, traveled to Florida to conduct any research or interviews during the development or production of the Documentary.

11. The production team involved in making the Documentary did not request public records from Florida or film interviews with any sources of information in Florida.

12. I am aware that an approximately three-minute-long segment of the hour-long documentary depicts a rally that President Trump held at Mar-a-Lago in Palm Beach, Florida on 4 April 2023. Neither the BBC nor October Films sent any employees to Florida to film that footage, which (as I explain in more detail below) was instead either licensed from third parties or was publicly available online. The Documentary had not been commissioned or even discussed until months after 4 April 2023.

Docusign Envelope ID: 57E4E08F-2374-4F87-8030-A858128A43DD

13. Indeed, none of the footage mentioned at ¶ 39 of Plaintiff's Complaint was filmed by the BBC or October Films. As noted, that footage was either licensed or obtained from publicly available sources online. Specifically:

a. The wide-angle aerial views of Mar-a-Lago[1] shown in the Documentary were licensed on a non-exclusive basis from Getty Images. A true and correct copy of the Getty Images license is attached hereto as Exhibit 1. October Films entered into these licensing agreements from London.

b. The wide-angle shot of the Mar-a-Lago pool and exterior,[2] as well as the footage of Rick Frazier and the Front Row Joes at the April 4, 2023 Mar-a-Lago campaign rally,[3] were licensed on a non-exclusive basis from Celebro Media in Washington, D.C. October Films entered into the license agreement in London. True and correct copies of the Celebro Media license and emails describing the licensed footage are attached hereto as Exhibit 2.

c. The footage of President Trump's supporters watching his motorcade approach Mar-a-Lago[4] was licensed from CBS under a reciprocal license with the BBC entered into in London.

d. The footage of President Trump's speech inside the Mar-a-Lago rally[5] was licensed on a non-exclusive basis through the BBC's participation in a US Pool of television

---

[1] These views may be seen in the Documentary at time codes 3:57 and 4:47. *See* Ex. 3.

[2] *See id.* at 5:00.

[3] *See id.* at 4:09, 4:51, 5:03, 5:24, 6:15, 6:55.

[4] *See* Documentary at 4:03.

[5] *See id.* at 5:27.

Docusign Envelope ID: 57E4E08F-2374-4F87-8030-A858128A43DD

networks, and was filmed by a camera crew from CBS. The BBC was able to use that footage through a reciprocal agreement it has with a pool of US television networks, which it entered into in London.

e. The footage of President Trump walking into Mar-a-Lago[6] was posted on TikTok by the user @michaelsolakiewicz and is publicly available at https://www.tiktok.com/@michaelsolakiewicz/video/7218365500974288174. BBC approved this brief footage for use in the Documentary pursuant to the doctrine of fair use.

f. Last, although it is not mentioned in the Complaint, the footage of President Trump waving from inside the motorcade[7] was posted on YouTube by The Telegraph and is publicly available at https://www.youtube.com/watch?v=lzf8tImu_qM. The BBC approved this brief footage for use in the Documentary pursuant to the doctrine of fair use.

14. I am aware of no other licensed footage in the Documentary that was filmed in Florida. As noted, none of the footage I mention in ¶ 13 of this Declaration was filmed by or at the request of the BBC, and all of this footage was filmed by others before production of the Documentary even began in the autumn of 2023.

15. The scripting and editing of the Documentary, including the portion of it at issue in this case depicting portions of President Trump's speech on January 6, 2021, occurred in England.

16. The BBC broadcast the Documentary on its BBC One and BBC Two television channels in the United Kingdom on October 28 and November 2, 2024. A true and correct copy

---

[6] *See id.* at 5:11.

[7] *See id.* at 4:06.

Docusign Envelope ID: 57E4E08F-2374-4F87-8030-A858128A43DD

of the Documentary is attached as Exhibit 3.

17. The Documentary was also available for streaming for one year after the initial broadcast on the BBC's iPlayer streaming service. iPlayer television programmes are provided in the United Kingdom to UK residents.

18. The BBC did not have contractual rights to, and therefore did not, broadcast, stream, or distribute the Documentary in the United States, including through any of its partnerships with U.S. broadcasters.

19. I understand that BBC Studios Productions Limited (hereafter, "BBCSP") and BBC Studios Distribution Limited (hereafter, "BBCSD") have been named as defendants in this case. BBCSP and BBCSD are subsidiaries of BBC Commercial Limited, which is an independent entity that commercialises BBC content. They are legally separate from the BBC, which is a non-profit public service broadcaster and is not permitted to conduct commercial activities in relation to the media it produces, with a few inapplicable exceptions.

20. Neither BBCSD nor BBCSP had any role in the creation or production of the Documentary. Neither BBCSP nor BBCSD had the contractual rights to, and therefore did not, distribute the Documentary within the United States.

21. An international version of the Documentary was created by October Films. It was 45 minutes long, cut down from the 60-minute version broadcast in the UK. The international version did not contain the edit of President Trump's January 6, 2021 speech at issue in this case. A true and correct copy of the international version of the Documentary is attached as Exhibit 4.

22. October Films licensed the international distribution rights for the Documentary to the Canadian company Blue Ant Media, which is incorporated and has its principal place of business in Toronto, Ontario. Blue Ant does not have an office in Florida.

Docusign Envelope ID: 57E4E08F-2374-4F87-8030-A858128A43DD

23. Blue Ant sublicensed the rights for distribution in the United States, as well as other territories, to the English company Little Dot Studios. Little Dot is incorporated and has its principal place of business in London. It does not have an office in Florida.

24. However, Little Dot Studios (which acquired the rights after President Trump's 2025 inauguration) never broadcast or otherwise published the Documentary within the United States, due to other programming priorities. Further, as a result of Plaintiff's threat to sue the BBC, on November 10, 2025, Little Dot placed a restriction in its internal rights management system preventing any future broadcast of the Documentary.

25. The Documentary was never made available on BritBox, BBC Select, BBC.com, or any other distribution platform available in the United States.

26. If the Documentary was ever posted on YouTube or another platform publicly accessible in Florida, that would have been wholly unauthorised by the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/13/2026
London, England

Signed by:
E4A4137D46D048E
Leo Telling

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 57E4E08F-2374-4F87-8030-A858128A43DD | | Status: Completed |
| Subject: Complete with Docusign: Leo Telling Declaration - Privileged Confidential - To Sign.pdf | | |
| Source Envelope: | | |
| Document Pages: 6 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Lisa Appel |
| AutoNav: Enabled | | 1735 Market Street |
| EnvelopeId Stamping: Enabled | | Philadelphia, PA 19103-7599 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | AppelL@ballardspahr.com |
| | | IP Address: 128.77.41.106 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>3/13/2026 12:53:22 PM | Holder: Lisa Appel<br>AppelL@ballardspahr.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Leo Telling<br>leo.telling@bbc.co.uk<br>Security Level: Email, Account Authentication (None) |  Signed by: E4A4137D46D048E...<br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 2a02:26f7:c8a0:700c:0:7000:0:f | Sent: 3/13/2026 12:54:29 PM<br>Viewed: 3/13/2026 12:56:53 PM<br>Signed: 3/13/2026 1:12:32 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 3/13/2026 12:56:53 PM
ID: cc917d0b-5f63-41ca-8ad3-cbf1c538da60

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/13/2026 12:54:30 PM |
| Certified Delivered | Security Checked | 3/13/2026 12:56:53 PM |
| Signing Complete | Security Checked | 3/13/2026 1:12:32 PM |
| Completed | Security Checked | 3/13/2026 1:12:32 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 10/31/2017 3:25:53 PM
Parties agreed to: Leo Telling

**CONSUMER DISCLOSURE**

From time to time, Ballard Spahr LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact Ballard Spahr LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: crockenbergg@ballardspahr.com

**To advise Ballard Spahr LLP of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at crockenbergg@ballardspahr.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Ballard Spahr LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to crockenbergg@ballardspahr.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Ballard Spahr LLP**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an e-mail to crockenbergg@ballardspahr.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari ™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the ‘I agree’ button below.
By checking the ‘I agree’ box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Ballard Spahr LLP as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by  Ballard Spahr LLP during the course of my relationship with you.