Declaration of Leo Telling

# Exhibit 1

Getty Images
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

ACCOUNTS PAYABLE
October Films Ltd
Benwell Studios
11-13 Benwell Road
London N7 7BL
United Kingdom

gettyimages®

# Invoice



| | |
|---|---|
| Invoice No. | 2525602 |
| Customer No. | 1600392 |
| Invoice Date | 05-NOV-24 |
| Sales Order No. | 2100598642 |
| Sales Order Date | 05-NOV-24 |
| Purchase Order No. | 153267 |
| Job or Project Title | Panorama: Trump International V |
| Ordered By | Will Hulse |
| Client | October Films Ltd |
| Promotion | |

**Bill To**

ACCOUNTS PAYABLE
October Films Ltd
Benwell Studios
11-13 Benwell Road
London N7 7BL
United Kingdom

accounts@octoberfilms.co.uk

**Invoice To**
ACCOUNTS PAYABLE
October Films Ltd
Benwell Studios
11-13 Benwell Road
London N7 7BL
United Kingdom

| | |
|---|---|
| Customer VAT No. | GB308807495 |
| Getty Images (UK) Ltd VAT No. | GB 685211925 |
| Payment Terms | NET 30 |
| Tracking Number | 0 |
| Shipping Method | |
| Date Shipped | |
| Ship To Contact | Will Hulse |
| Due Date | 05-DEC-24 |

This order is subject to the license agreement and other terms and conditions agreed to when the order was placed. If you have any questions about the license terms, please contact your local Getty Images office and reference the website where the order was placed.

Invoice reflects order placed on GettyImages.com

| | Line No. | Description | Ordered & Shipped | Unit Price | Extended Price | Tax Rate |
|---|---|---|---|---|---|---|
|  | 1 | NEW:1479827019 New York Grand Jury Votes To Indict Former President Trump | 1 | 275.00 | 275.00 | 20% |

Photographer/Artist: Pool
Start Date: 2024-11-05
Duration: Up to 15 years
End Date: 2039-11-05
Usage: Editorial - Standard - Medium
Industry Description: All Industries
Territory Description: ALL
Rights Exclusivity: No Exclusivity
Restrictions: Contact your |local office| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Canada (not Quebec). Restricted editorial rights for daily newspapers elsewhere, please call.
Release Information: NotReleased

To contact our Sales or Service teams, please submit an enquiry:
Getty Images:
www.gettyimages.com/customer-support
iStock:
www.istockphoto.com/customer-support
Finance Number: +44 (0) 2045740571
Finance Email:
London.creditcontrol@gettyimages.com

To contact the Gallery Sales Team:
Website:
www.gettyimagesgallery.com
Send a message:
www.gettyimagesgallery.com/contact/
or call:
UK & Europe: +44 (0)20 7291 5380
US & International: +1 646 613 3677

Registered Address:
Getty Images (UK) Limited
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

Bank Details:
Bank of America N.A.-London(5 Canada Square)

Domestic payments:
Account Name: Getty Images (UK) Limited
Sort Code: [redacted]
or Sort Code: [redacted]
Account Number: [redacted]

International Payments:
IBAN: [redacted]
Swift Code: [redacted]

Pay by Credit Card:
https://www.gettyimages.co.uk/pay-invoice

Please quote your invoice number when paying and send your payment advice to remittance.advice@gettyimages.com

gettyimages® **Invoice** Invoice No. 2525602 

| | Line No. | Description | Ordered & Shipped | Unit Price | Extended Price | Tax Rate |
|---|---|---|---|---|---|---|
|  | 2 | NEW:2159612235 Donald Trump And Joe Biden Participate In First Presidential Debate<br><br>Photographer/Artist: Justin Sullivan<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Canada (not Quebec). Restricted editorial rights for daily newspapers elsewhere, please call.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |
|  | 3 | AFP:2158936855 US-VOTE-POLITICS-DEBATE-BIDEN-TRUMP<br><br>Photographer/Artist: ANDREW CABALLERO-REYNOLDS<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Italy, Spain, Canada (not Quebec). Restricted editorial rights elsewhere, please call \|local office\|.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |
|  | 4 | AFP:2158994243 TOPSHOT-US-VOTE-POLITICS-DEBATE-BIDEN-TRUMP<br><br>Photographer/Artist: ANDREW CABALLERO-REYNOLDS<br>Start Date: 2024-11-05<br>Duration: Up to 15 years<br>End Date: 2039-11-05<br>Usage: Editorial - Standard - Medium<br>Industry Description: All Industries<br>Territory Description: ALL<br>Rights Exclusivity: No Exclusivity<br>Restrictions: Contact your \|local office\| for all commercial or promotional uses. Full editorial rights UK, US, Ireland, Italy, Spain, Canada (not Quebec). Restricted editorial rights elsewhere, please call \|local office\|.<br>Release Information: NotReleased | 1 | 275.00 | 275.00 | 20% |

To contact our Sales or Service teams,
please submit an enquiry:
Getty Images:
www.gettyimages.com/customer-support
iStock:
www.istockphoto.com/customer-support
Finance Number: +44 (0) 2045740571
Finance Email:
London.creditcontrol@gettyimages.com

To contact the Gallery Sales Team:
Website:
www.gettyimagesgallery.com
Send a message:
www.gettyimagesgallery.com/contact/
or call:
UK & Europe: +44 (0)20 7291 5380
US & International: +1 646 613 3677

Registered Address:
Getty Images (UK) Limited
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

Bank Details:
Bank of America N.A.-London(5 Canada Square)

Domestic payments:
Account Name: Getty Images (UK) Limited
Sort Code: [redacted]
or Sort Code: [redacted]
Account Number: [redacted]

International Payments:
IBAN: [redacted]
Swift Code: [redacted]

Pay by Credit Card:
https://www.gettyimages.co.uk/pay-invoice

gettyimages®

# Invoice

Invoice No. 2525602



| | Line No. | Description | Ordered & Shipped | Unit Price | Extended Price | Tax Rate |
|---|---|---|---|---|---|---|
|  | 5 | ICV:85527873 LOW AERIAL Donald Trump's mansion 'Mar-a-lago' and beach at Palm Beach, Florida, USA | 1 | 520.00 | 520.00 | 20% |

Photographer/Artist: Aerial HD Stock LLC
Start Date: 2024-11-05
Duration: Perpetual distribution
End Date: 2039-11-05
Usage: Media uses: Media: Film/TV/Other - Documentary/News/Editorial/Educational
Use in one production or programme. Not intended for commercial or promotional purposes. This licence includes the right to distribute the production in its final form in all media now known or hereafter devised throughout the world in perpetuity. For documentary film trailers and promotions, please refer to "Media, editorial & entertainment uses: Feature film trailer."
Release Information: NoReleaseRequired
Resolution: HD 1920x1080 @ 23.98p H.264

Tax GBVAT 1,620.00@ 20%
324.00

| Sub Total | VAT | Total | Paid/Credited | | Total Due |
|---|---|---|---|---|---|
| 1,620.00 | 324.00 | 1,944.00 | 0.00 | GBP | 1,944.00 |

To contact our Sales or Service teams, please submit an enquiry:
Getty Images:
www.gettyimages.com/customer-support
iStock:
www.istockphoto.com/customer-support
Finance Number: +44 (0) 2045740571
Finance Email:
London.creditcontrol@gettyimages.com

To contact the Gallery Sales Team:
Website:
www.gettyimagesgallery.com
Send a message:
www.gettyimagesgallery.com/contact/
or call:
UK & Europe: +44 (0)20 7291 5380
US & International: +1 646 613 3677

Registered Address:
Getty Images (UK) Limited
6th Floor South, Duo,
280 Bishopsgate,
London EC2M 4AG

Bank Details:
Bank of America N.A.-London(5 Canada Square)

Domestic payments:
Account Name: Getty Images (UK) Limited
Sort Code: [redacted]
or Sort Code: [redacted]
Account Number: [redacted]

International Payments:
IBAN: [redacted]
Swift Code: [redacted]

Pay by Credit Card:
https://www.gettyimages.co.uk/pay-invoice

Please quote your invoice number when paying and send your payment advice to remittance.advice@gettyimages.com