UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP., et al.,<br><br>Defendants. | Case No. 1:25-cv-25894-JTK |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I caused a true copy of a USB flash drive containing video Exhibits 3 and 4 to the Declaration of Leo Telling in Support of Defendant's Motion to Dismiss to be served by US mail upon:

**Daniel Epstein**
Epstein & Co.
8903 Glades Rd Ste A8 #2090
Boca Raton, FL 33434
dan@epsteinco.co

**Edward Andrew Paltzik**
Tylor Dykema
914 E. 25th Street
Houston, TX 77009
edward@taylordykema.com

**Alejandro Brito**
**Ian Michael Corp**
**Jalaine Garcia**
**Michael O. Mena**
Brito PLLC
2121 Ponce De Leon Blvd
Suite 650
Coral Gables, FL 33134
abrito@britopllc.com
icorp@britopllc.com

jgarcia@britopllc.com
mmena@britopllc.com

*Counsel for Plaintiff*

Dated: August 21, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*