-UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA
Miami Division

| | | |
|---|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | ) | Case No. 1:25-cv-25894-JTK |

**NOTICE OF PARTIALLY SEALED FILING**

Pursuant to S.D. Fla. Local Rule 5.4, and while the Unopposed Partial Motion to Seal is pending (ECF No. 130), Defendant the British Broadcasting Corporation ("the BBC"), by and through its undersigned counsel, hereby gives notice of the provisionally, partially sealed filing of their Motion to Dismiss and Exhibit A thereto, the deposition transcript of Dr. Tal Lavian, which were docketed in redacted form at ECF Nos. 133 and 133-1 on August 24, 2026.

If the Court grants the Unopposed Partial Motion to Seal, Defendant will file sealed, unredacted copies of its brief and Exhibit A, consistent with the Court's Rules and any corresponding order. *See* S.D. Fla. L.R. 5.4(b)(1) ("The proposed sealed material shall not be filed unless the Court grants the motion to file under seal. . . . If the Court grants the motion to file under seal, then the moving party shall file any . . . document that has been authorized to be filed under seal via CM/ECF . . . as an attachment to a 'Notice of Sealed Filing'").

Dated: August 24, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*