UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK |

**NOTICE OF SERVICE**

Pursuant to S.D. Fla. Local Rule 5.4, and while the Unopposed Partial Motion to Seal is pending (ECF No. 130), Defendant the British Broadcasting Corporation ("the BBC"), by and through its undersigned counsel, hereby gives notice that the BBC served both the unredacted and provisionally, partially sealed versions of its Motion to Dismiss and Exhibit A on Plaintiff's counsel, the latter of which was docketed at ECF Nos. 133 and 133-1 on August 24, 2026.

If the Court grants the Unopposed Partial Motion to Seal, Defendant will then file the sealed, unredacted version of its brief and Exhibit A that it served on Plaintiff, consistent with the Court's Rules and any corresponding order. *See* S.D. Fla. L.R. 5.4(b)(1) ("The proposed sealed material shall not be filed unless the Court grants the motion to file under seal. . . . If the Court grants the motion to file under seals, then the moving party shall file any . . . document that has been authorized to be filed under seal via CM/ECF . . . as an attachment to a 'Notice of Sealed Filing'").

Dated: August 24, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *[/s/ Charles D. Tobin]*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*