# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | | |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-25894-JTK-EAL |
| BRITISH BROADCASTING CORP., | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED ORDER ON DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION, REQUESTS FOR ADMISSION, AND INTERROGATORIES**

This Court having considered Defendant's Motion for Discovery Hearing Related to Plaintiff's Response to Defendants' First Set of Requests for Production, Requests for Admission and Interrogatories, and all other relevant factors, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. The Court will set a hearing on __________.

Additionally, Plaintiff will verify his interrogatory responses and make his second discovery production by __________, to be followed by substantial additional rolling productions no less frequently than every two weeks until production is complete.

ENTERED this _____ day of ___________, 2026.

______________________________
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record