# Exhibit B

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Wednesday, August 12, 2026 3:52 PM
**To:** Mishkin, Maxwell S.; Alejandro Brito; Jalaine Garcia
**Cc:** Tobin, Charles D.; Dudding, Sasha; Chen, Yanni
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

⚠ **EXTERNAL**

Max,

Next week, our team has a packed schedule of hearings and depositions. We're available next Friday afternoon at 5 p.m. Let us know if that works.

Regarding Defendant's refusal to provide clarification on its prior proposals, your position is noted and we will proceed accordingly.

We look forward to your prompt response on the requested deposition dates and the mutual extension. Thanks.

Best regards,

**Ian Michael Corp**
Associate Attorney

BRITO PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Wednesday, August 12, 2026 3:01 PM
**To:** Ian Corp <icorp@britopllc.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>

**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

Ian,

We'll agree not to file anything today and give you a full 24 hours – until noon tomorrow – to provide your portion. Alternatively, if you agree to a specific date and time certain for conferral within the next week, rather than a general "next week" commitment, we will forego the motion entirely, so please let us know.

Again, we are not going to further revise our discovery in writing in advance of conferral, but we will of course come to the call prepared to discuss any feedback you have about any of our written discovery, to Plaintiff or the Trust, including whether you believe any discovery should be modified in light of the amended complaint, and we'll of course expect the same preparation on your end.

I also saw your email to Chuck. I know he is out of pocket this afternoon. We are working with the client on those deposition dates and will now add your extension request to the discussion, and circle back on those soon.

Thanks,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Wednesday, August 12, 2026 12:18 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

⚠ **EXTERNAL**

Max,

Your demand that we respond to your request in less than 5 hours is another violation of the Court's discovery Order which prohibits such conduct: "The Court cautions counsel that sending an email demanding a response or position on the same day is insufficient to satisfy the conferral obligations under this Local Rule." ECF No. 29, page 2.

Indeed, BBC has itself taken issue when it believed it was being afforded less than 24 hours—measured with reference to U.K. time—to confer with its client and formulate a response. Against that backdrop, sending us a proposed joint motion and demanding Plaintiff's position in less than five hours is patently unreasonable. It affords us nowhere near sufficient time to review the proposed filing, confer with our client, and provide a considered response, and it is contrary to the Court's express direction regarding the parties' conferral obligations.

Yesterday, we explained that in light of the Court's ruling allowing leave to amend, our First Amended Complaint is now the operative pleading that governs discovery going forward. We asked you to clarify whether you'll be providing further clarification on Defendant's First Request for Production—which was served based on the scope of the original Complaint—so that we could meaningfully confer on these matters, as the Court instructed, on a mutually agreeable date. However, Defendant refused to provide any clarification and, instead, directed Plaintiff to Defendant's prior proposal, which is based on an expired pleading, and demand that we agree to speak to you by Friday.

Your demand is unreasonable, unproductive, and in direct violation of what the Court ordered the parties to do, which is to "participate in a meaningful meet and confer, working towards a resolution of the discovery requests that remain in dispute." ECF No. 120, p. 14. We cannot meaningfully confer unless you work with us in good faith.

We urge you to reconsider your position, alter your discovery proposals in light of our First Amended Complaint, and provide us with that information. Upon receipt, we will review and respond and will make ourselves available to confer next week pursuant to the Court's directives in the Order.

If you decline to do so, and you proceed with unilaterally filing a motion today, then you're hereby instructed to include all emails on this thread that our offices have exchanged from August 7, 2026, until present. Thank you.

Best regards,

**Ian Michael Corp**
Associate Attorney

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Wednesday, August 12, 2026 11:34 AM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

Alex,

Having not heard from you further, attached please find a draft joint motion for discovery hearing. Please provide your portion of the motion, and your proposed order, by 4:30pm today so we can be on file by close of business.

Thanks,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Mishkin, Maxwell S.
**Sent:** Tuesday, August 11, 2026 6:03 PM
**To:** 'Alejandro Brito' <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

Alex,

We welcome any feedback you might have about the versions of the discovery requests that we sent on Friday at a meet-and-confer discussion this week -- we have no further changes to our proposal before then. Please provide your availables, by tonight, for conferral this week, or we'll proceed with a joint motion per my last email.

Thanks again,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Tuesday, August 11, 2026 4:45 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

⚠ **EXTERNAL**

Max:

Despite your contention to the contrary, your request was, indeed, based upon an abbreviated schedule given, among other things, that the Court had not ruled on our motion for leave to amend the Complaint, which would plainly have an impact on the scope of discovery. Engaging in a rushed conference in complete disregard of our efforts to amend the Complaint was strategic on your part and not made in good faith. In any event, now that the amendment has been permitted and the Amended Complaint has been filed, we believe that discovery needs to be viewed through the lens of the actual pleadings that are operative.

To that end, please advise if the proposed modifications to your client's written discovery requests are going to be further modified. Refusing to acknowledge that the discovery requests, even as modified, are overbroad and exceed what is proportional to the needs of the case given the recent amendment would not be productive. So, please get back to us with a thoughtful recalibration of your client's discovery efforts so that a meaningful meet and confer can occur, which we are prepared to participate in on a mutually agreeable date.

Please refrain from sending unnecessarily caustic emails about delay. They are unproductive and, much like your emails in the past, they are simply untrue.

Alejandro Brito

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:

This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Monday, August 10, 2026 5:56 PM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

Alex,

Magistrate Judge Lett ordered the parties on Thursday (8/6) to confer "now." ECF 120 at 14. Our request the next day (8/7) for your availability over the following three business days (8/10-12) is not an "abbreviated" schedule – it is the timeframe the Court provided.

You have had our initial proposed modifications to the BBC's written discovery requests, in light of the guidance we received from the bench at the 7/21 omnibus hearing, and in writing at your insistence, for 11 days. You have had our updated proposed modifications, in light of the additional guidance from the written omnibus order, for 3 days. And it has likewise been 3 days since you said you would "shortly" propose times to confer. At this point, your delay can only be for delay's sake.

That delay violates the directives of both Magistrate Judge Lett, who instructed the parties to confer "immediately" on 7/21, and Judge Altman, who has directed the parties to confer in advance of "a new discovery hearing," *see* ECF 123 at 6.

Please confirm by COB tomorrow (8/11) that you will be prepared and available to meet-and-confer to walk through the specific discovery requests that remain in dispute, as the Court has instructed, no later than this Friday (8/14). If you do not make even that modest commitment, we will bring your unexplained and unjustified refusal to timely meet-and-confer to the Court's attention via a joint motion.

Thanks,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Friday, August 7, 2026 6:45 PM

**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Meet & Confer per 8-6 Order

⚠ **EXTERNAL**

We will review your proposed discovery requests with the annotations and will get back to you as to when we are prepared to discuss them. We will not, however, be prepared to do so on the abbreviated schedule you have proposed. We will propose some dates and times shortly.

Alejandro Brito

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Friday, August 7, 2026 3:33 PM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** Trump v. BBC - Meet & Confer per 8-6 Order

Counsel,

Pursuant to the Omnibus Order Following Discovery Hearing on Joint Motions for Discovery Hearing (the "Omnibus Order") (ECF 120), directing the parties to "participate in a meaningful meet and confer, working towards a resolution of the discovery requests that remain in dispute," and instructing that such

"conferral will occur now," please let us know your availability for a call next week during the following windows:

- Monday (8/10): 10am-2pm, 4:15pm-5:30pm
- Tuesday (8/11): 10:30am-5:30pm
- Wednesday (8/12): 9-11am, 1pm-5:30pm

Per your prior request to receive proposed modifications and deletions of written discovery requests in writing in advance of a call, please see the attached interrogatories, requests for production, and requests for admission, annotated in light of the Omnibus Order as follows:

- Material that is not highlighted is not in dispute;
- Green highlights indicate material in dispute that we propose to maintain;
- Yellow highlights indicate material in dispute that we propose to modify, with those proposed modifications in comments; and
- Red highlights indicate material in dispute that we propose to withdraw.

We look forward to discussing these requests with you next week.

Thanks,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Thursday, August 6, 2026 5:44 PM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-25894-RKA Trump v. British Broadcasting Corporation et al Order

⚠ **EXTERNAL**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/6/2026 at 5:44 PM EDT and filed on 8/6/2026

**Case Name:** Trump v. British Broadcasting Corporation et al
**Case Number:** 1:25-cv-25894-RKA
**Filer:**
**Document Number:** 120

**Docket Text:**
**OMNIBUS ORDER *denying without prejudice* [117] Defendant's *Ore Tenus* Motion to Compel Responses to Defendants' First Requests for Production, [118] Defendant's *Ore Tenus* Motion to Overrule Plaintiff's Objections to the Third Party Subpoenas, and [119] Defendant's *Ore Tenus* Motion to Compel Responses to Defendants' First Set of Requests for Admissions. Signed by Magistrate Judge Enjolique A. Lett on 8/6/2026. *See attached document for full details.* (km06)**

**1:25-cv-25894-RKA Notice has been electronically mailed to:**

Alejandro Brito abrito@britopllc.com, apiriou@britopllc.com, baragon@britopllc.com, chernandez@britopllc.com, csottile@britopllc.com, lcoello@britopllc.com

Charles David Tobin tobinc@ballardspahr.com, cheny@ballardspahr.com, LitDocket_East@ballardspahr.com

Daniel Epstein dan@epsteinco.co

Edward Andrew Paltzik edward@taylordykema.com

Ian Michael Corp Icorp@britopllc.com

Jalaine Garcia jgarcia@britopllc.com

Matthew James Feeley matthew.feeley@usdoj.gov, Elda.Louis-Charles@usdoj.gov, sandra.machin@usdoj.gov

Maxwell S. Mishkin mishkinm@ballardspahr.com

Michael J. Gerardi michael.j.gerardi@usdoj.gov

Michael O. Mena mmena@britopllc.com, serve@msprecoverylawfirm.com

Richard W. Miller millerrw@ballardspahr.com

Sasha (Alexandra) Dudding duddings@ballardspahr.com

Yanni Chen cheny@ballardspahr.com

**1:25-cv-25894-RKA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=8/6/2026] [FileNumber=26997440-0
] [1c56a76e3884d4d67f549a136a057260a4ba08a1801b69980b40954d2eabaab9ac9
6dbdca5674f1e97458db72a4f0ec310211aea64bf12d64f322d1fb66e105e]]