# Exhibit C

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Tuesday, August 25, 2026 1:01 PM
**To:** Mishkin, Maxwell S.; Alejandro Brito; Jalaine Garcia; Michael O. Mena
**Cc:** Tobin, Charles D.; Dudding, Sasha; Chen, Yanni
**Subject:** RE: Trump v. BBC - Joint motion for filing 8/25

⚠ **EXTERNAL**

Max,

There are three reasons why we disagree with your recap of how our meet-and-confer call went on Friday.

*First*, during the call, we discussed each disputed discovery request that was at issue and reached agreement on several of those items. Although there were multiple requests that we could not reach agreement on, we certainly answered each question that the BBC had on any particular request that we were able to answer and indicated that for those we were unable to answer that we would follow up with our client on and get back to you promptly.

*Second*, for those requests that we were at an impasse on, those requests consisted of, in large part, requests that we previously objected to as beyond the scope of discovery. The BBC refused to modify these requests notwithstanding the new issues presented by the First Amended Complaint nor the Court's rulings in the Omnibus Order denying the BBC's motions to compel. *See* ECF No. 120. As we have previously communicated, it would be unreasonable to demand that our office modify the BBC's discovery requests because we are uncertain, and would be forced to guess, what discovery the BBC seeks through a particular request.

*Third*, as we explained to the Court on July 21, as we explained to you on our July 29 meet-and-confer call, and as we reiterated on Friday's meet-and-confer call, we will provide a verification page to the interrogatory answers once all disputes over the interrogatories are adjudicated by the Court. Given that a dispute remains over interrogatory 10, our position remains that it is premature to provide one at this time.

In addition, the Court's Discovery Order makes clear that "The Court expects all parties to engage in reasonable compromise to facilitate the resolution of discovery disputes." ECF No. 29, p. 2. It also states that a joint motion may only be filed "after conferring" and determining that the parties are unable to resolve all their disputes without judicial intervention. *Id*., p. 3. While we appreciate your representation that the BBC will continue to try to resolve the disputed matters after a discovery hearing is scheduled, we don't yet know what all of those matters will be because we have not yet completed out meet-and-confer efforts on the subject matter set forth in your proposed joint motion.

Further, we already told you yesterday that your arbitrary deadline of 1:00 p.m. E.T. today does not afford us with sufficient time to review the joint motion, confer with our client, and provide a complete response.

For these reasons, we reiterate our request that you hold off on filing the joint motion. If you decline our request and proceed with unilaterally filing a joint motion today, then you're hereby instructed to include our email exchange from yesterday and today as part of the source materials thereto. Thank you.

Best regards,

**Ian Michael Corp**
Associate Attorney

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Monday, August 24, 2026 6:58 PM
**To:** Ian Corp <icorp@britopllc.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Joint motion for filing 8/25

Ian,

You have had our proposed modifications to our written discovery requests since August 7. And on August 12, more than a week in advance of our August 21 meet-and-confer call, we communicated to you clearly that we would "come to the call prepared to discuss any feedback you have about any of our written discovery, to Plaintiff or the Trust, including whether you believe any discovery should be modified in light of the amended complaint, and we'll of course expect the same preparation on your end." Moreover, we held that call at that date and time because you first claimed you would "make [y]ourselves available to confer" during the week of August 17 before declaring that your "packed schedule" meant that 5pm on Friday the 21st was the only time available.

Even with all of that time to prepare, you still came to the call unprepared to provide *any* of the feedback we requested. Instead, you either agreed that we were at an impasse as to certain requests or asserted

that you would "take it back to your client" on others. Likewise, you refused to provide a date by which we could expect Plaintiff's second rolling production of documents, and you still would not provide a date by which we could expect Plaintiff's long-overdue verification of his interrogatory responses. Insisting that we now wait even longer for a letter is just piling delay on top of delay.

Pursuant to the Discovery Order (ECF 29), we will of course "continue to pursue resolution of any disputed discovery matters even after a hearing is scheduled," including by reviewing your letter when it arrives. But as I said during our call on Friday, the need for a further discovery hearing is clear, and we will not abide further delays before seeking one.

Again, please send us your portion of the joint motion by 1pm tomorrow. If you prefer not to, we will include this email exchange instead.

Thanks again,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Monday, August 24, 2026 5:46 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Joint motion for filing 8/25

⚠ **EXTERNAL**
Max,

We specifically indicated during Friday afternoon's call that we would be sending you a follow-up letter articulating our position on each of the disputed requests that we discussed. We also specifically indicated that we would appreciate if you allowed us a reasonable time to send you this letter so that we could continue our conferrals efforts from Friday's call. Nevertheless, you sent this draft motion (which is riddled with inaccurate information that does not truthfully capture what was discussed during our call) and demanded that we provide you with our response in approximately 24 hours. As you know, your demand is inconsistent with the spirit of Judge Lett's discovery order (ECF No. 29). As we made clear the last time that BBC engaged in this behavior, your arbitrary deadline that you seek to impose does not afford us with sufficient time to review the proposed filing, confer with our client, and provide a considered response.

We request that you not proceed with filing any joint motion tomorrow and await until you have had the opportunity to consider our follow-up letter, which will be delivered by Wednesday, and respond thereto.

If you decline our request and proceed with unilaterally filing a joint motion tomorrow, then you're hereby instructed to this email as part of the source materials thereto. Thank you.

Best regards,

**Ian Michael Corp**
Associate Attorney

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Monday, August 24, 2026 11:37 AM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** Trump v. BBC - Joint motion for filing 8/25

Counsel,

Attached please find the BBC's portion of a joint discovery motion that we will be filing tomorrow (Tuesday, 8/25). Please let us have your portion by 1pm ET tomorrow.

Thanks,
Max

Ballard Spahr LLP

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**