**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION a/k/a BBC,

Defendant.

Case No. 1:25-cv-25894-JTK

**DECLARATION OF ALEJANDRO BRITO IN SUPPORT OF THE JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES AND CONTINUE TRIAL**

Pursuant to Local Rule 7.6, I, Alejandro Brito, hereby provide this declaration in support of Plaintiff President Donald J. Trump's ("Plaintiff" or "President Trump") arguments in the Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial ("Joint Motion"). Under penalty of perjury, I state as follows:

1. The attorneys at my office, Michael Mena, Esq., Jalaine Garcia, Esq., Ian Michael Corp, Esq., and I conferred with counsel for Defendant British Broadcasting Corporation a/k/a BBC ("Defendant" or "BBC") and agreed to the relief sought in the Joint Motion.

2. As articulated by the Joint Motion, Plaintiff respectfully submits that there is good cause to grant the requested relief.

3. Plaintiff has been diligent in litigating this action to prepare it for trial under the current pretrial deadlines set forth in the Order Setting Trial and Pre-Trial Schedule [ECF No. 27] (the "Scheduling Order").

**EXHIBIT B**

4. As to BBC, Plaintiff has propounded 169 requests for production and five interrogatories. As to BBC Studios Productions Limited ("BBCSP") and BBC Studios Distribution Limited ("BBCSD"), both of which were voluntarily dismissed as Defendants from this action (*see* ECF No. 97), Plaintiff propounded five interrogatories and 167 requests for production upon each of them.

5. Thus far, Plaintiff has also taken the depositions of seven witnesses affiliated with Defendant, BBCSP, and BBCSD.

6. Through his diligence in discovery, Plaintiff discovered additional theories as to why Defendant is subject to personal jurisdiction in Florida, why Defendant published the challenged statements with actual malice, and why those statements are not privileged.

7. Accordingly, Plaintiff sought leave of Court to file his First Amended Complaint to prosecute those theories (*see* ECF No. 108), which the Court granted (*see* ECF No. 123).

8. Now that President Trump has filed his First Amended Complaint (*see* ECF No. 124), President Trump will prosecute these new theories and seek discovery to further substantiate them.

9. However, under the current Scheduling Order, he will not have sufficient time to do so.

10. President Trump still intends to take the depositions of the Editor of BBC Panorama and a producer of the Documentary that published the challenged statements.

11. President Trump also intends to depose any expert witness disclosed by Defendant.

12. Moreover, President Trump is still working with his expert witness to quantify his damages. The process of doing so is laborious and will require additional time beyond what the Scheduling Order allows.

13. I have conferred with President Trump's expert witness, and they have confirmed that if the requested continuance is granted, they will have sufficient time to complete the expert report.

14. This is the Parties' first request to alter any pretrial deadline in the Scheduling Order and Plaintiff's first request to continue the trial in this action. This request is brought in good faith and not to delay this matter indefinitely.

15. Therefore, I respectfully submit that the above-referenced matters, in addition to the bases articulated in the Joint Motion, constitute a full showing of good cause, pursuant to S.D.F.L. Local Rule 7.6, why the Joint Motion should be granted.

**VERIFICATION**

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

______________________________
Alejandro Brito

8/26/2026
______________________________
Date



**Brito, PLLC**
2121 Ponce de Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071