UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DECLARATION OF CHARLES D. TOBIN IN SUPPORT OF JOINT MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES AND CONTINUE TRIAL**

I, Charles D. Tobin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at the law firm of Ballard Spahr LLP, counsel for Defendant British Broadcasting Corporation a/k/a BBC ("Defendant" or "the BBC") in the above-captioned action. I submit this Declaration in support of the Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial (the "Joint Motion"), pursuant to Fed. R. Civ. P. 16 and Local Rule 7.6. I have personal knowledge of the facts herein and would be competent to testify to them.

2. On December 15, 2025, Plaintiff President Donald J. Trump filed his original Complaint against Defendant, BBC Studios Productions Limited ("BBCSP"), and BBC Studios Distribution Limited ("BBCSD").[1] *See* ECF No. 1.

3. On January 12, 2026, Defendant, BBCSP, and BBCSD filed their Motion to Stay Discovery [ECF No. 18], which the Court later denied the following month. *See* ECF No. 26.

[1] BBCSP and BBCSD were voluntarily dismissed from this action on July 16, 2026. *See* ECF No. 97.

**EXHIBIT C**

4. On February 12, 2026, the Court entered an order denying the Motion to Stay Discovery [ECF No. 26] and entered its Order Setting Trial and Pre-Trial Schedule [ECF No. 27] (the "Scheduling Order"), which set the action for trial on February 15, 2027. *See id*.

5. The Scheduling Order set the following pretrial deadlines:

a. **September 2, 2026**. The parties shall exchange expert witness summaries or reports.

b. **October 6, 2026**. The parties shall exchange rebuttal expert witness summaries or reports.

c. **October 20, 2026**. All discovery, including expert discovery, shall be completed.

d. **November 3, 2026**. The parties must have completed mediation and filed a mediation report.

e. **November 11, 2026**. The parties shall file any motions for summary judgment.

f. **December 28, 2026**. The parties shall file all pre-trial motions, including motions *in limine*, *Daubert* motions for trial and damages, and motions for a bench trial.

g. **February 1, 2027**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

*Id*. (emphasis in original).

6. The next day, Plaintiff served his first requests for production and first set of interrogatories on Defendant, BBCSP, and BBCSD. Defendants served discovery requests on March 5, 2026.

7. On March 16, 2026, Defendants filed their Motion to Dismiss with Incorporated Memorandum of Law under Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (the "Motion to Dismiss"). *See* ECF No. 36.

8. On April 7, 2026, Plaintiff sought an extension [ECF No. 44], which the Court granted two days later [ECF No. 45], and gave Plaintiff time to complete jurisdictional discovery.

9. Since then, Plaintiff has served over 500 requests for production on Defendants, approximately one third of which were to BBC. The BBC has produced 98,257 pages of documents since April 2026—beginning within days of the Court's entry of the Protective Order—over eleven rolling productions. The BBC has also filed third-party discovery requests and made its witnesses available for seven depositions to date. The BBC has also taken the depositions of Plaintiff's expert witness and one fact witness.

10. Plaintiff made a single document production, of 735 pages of publicly available documents, in July 2026. Plaintiff has served responses and objections to Defendants' requests for admission, and unverified interrogatory responses.

11. Throughout this action, several discovery disputes have arisen between the parties. To try to resolve these disputes, the parties have exchanged various emails and letters and participated in multiple meet-and-confer calls. Although some disputes have been resolved, many disputes remain.

12. Consequently, the parties filed multiple Joint Motions for Discovery Hearings, which the Court defined as the "Motions to Compel or Overrule." *See* ECF No. 57 & 86 (construed as Defendant's Motion to Compel Responses to Defendants' First Request for Production and Interrogatories (ECF No. 117)); ECF No. 61 (construed as Defendant's Motion to Overrule Plaintiff's Objections to the Third Party Subpoenas (ECF No. 118)); and ECF No. 79 (construed

as Defendant's Motion to Compel Responses to Defendants' First Requests for Admissions (ECF No. 119)); *see also* ECF No. 120.

13. On July 21, 2026, the Court conducted a hearing on the Motions to Compel or Overrule. During that hearing, the parties addressed the scope of discovery regarding the events of January 6, 2021 and Plaintiff's alleged damages.

14. On August 4, 2026, Plaintiff filed his Motion for Leave to File First Amended Complaint and Incorporated Memorandum of Law. ECF No. 108.

15. On August 10, 2026, the Court granted Plaintiff's Motion for Leave, ECF No. 123 at 3, and Plaintiff filed his First Amended Complaint, ECF No. 124.

16. As to the Motions to Compel or Overrule, the Court entered its Omnibus Order Following Discovery Hearing on Joint Motions for Discovery Hearing ("Discovery Order"), which denied the Motions to Compel or Overrule without prejudice, directed the parties to confer on the remaining discovery disputes between them pursuant to the directives and scope set forth therein, and instructed the parties to file the appropriate motion for resolution by the Court if they are unable to resolve any issues related to discovery. ECF No. 120.

17. The parties met and conferred pursuant to the Discovery Order on August 21, 2026, but were unable to reach agreement on their pending discovery disputes.

18. In the meantime, the parties are continuing to work through fact and expert discovery. The pending discovery that remains includes, but is not limited to:

a. The deposition of the Editor of BBC Panorama.

b. The deposition of a producer of the Documentary at issue in this action.

c. The deposition of a White House aide who was present at the events of January 6, 2021. She has filed a motion to quash the subpoena for her testimony.

d. The deposition of Plaintiff.

e. The exchange of affirmative and rebuttal expert reports.

f. The depositions of any expert witnesses on the merits of the action.

19. Given the number of tasks still to be accomplished in discovery, including those listed above, and the pace of Plaintiff's discovery responses and document production, the BBC respectfully submits that the parties require additional time to complete discovery, and that despite the BBC's diligence, the current pretrial deadlines in the Scheduling Order will not allow the parties to adequately prepare their case for trial.

20. Accordingly, the parties conferred pursuant to Local Rule 7.1(a)(2) to prepare a revised schedule of pre-trial deadlines.

21. On August 17, 2026, the parties agreed to the following proposal, subject to the Court's approval:

| Event | Existing Deadline | New Proposed Deadline |
|---|---|---|
| Expert Witness Disclosure and Report Exchange | September 2, 2026 | October 28, 2026 |
| Rebuttal Witness Disclosure and Report Exchange | October 6, 2026 | December 1, 2026 |
| Discovery Cutoff (Including Expert Discovery) | October 20, 2026 | December 18, 2026 |
| Mediation Deadline | November 3, 2026 | January 8, 2027 |
| Summary Judgment Deadline | November 11, 2026 | January 11, 2027 |
| Pre-trial Motions | December 28, 2026 | February 15, 2027 |
| Trial Ready Date | February 15, 2027 | April 6, 2027 |

22. Through the Joint Motion that accompanies this Declaration, and for the reasons above, the BBC respectfully requests that the Court adopt the parties' proposed revised schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2026.

*/s/ Charles D. Tobin*
Charles D. Tobin