UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-25894-KUNTZ

**President Donald J. Trump,**
**an individual,**

Plaintiff,

vs.

**British Broadcasting Corporation**
**a/k/a BBC,**

Defendants.
_______________________________________/

**ORDER GRANTING JOINT MOTION TO**
**EXTEND CERTAIN PRETRIAL DEADLINES AND CONTINUE TRIAL**

THIS MATTER came before the Court on Plaintiff, President Donald J. Trump, and Defendant, British Broadcasting Corporation a/k/a BBC's, Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial [ECF No. 140]. Having reviewed the Joint Motion, noted the Parties' agreement to the relief sought therein, and being otherwise fully advised in the premises, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. The Joint Motion is GRANTED.

2. For the reasons articulated in the Joint Motion and in the supporting affidavits under Southern District of Florida Local Rule 7.6, the Court finds that good cause exists under Fed. R. Civ. P. 16(b) to extend certain of the pretrial deadlines set forth in the Order Setting Trial and Pre-Trial Schedule [ECF No. 27] (the "Scheduling Order").

3. Accordingly, the Scheduling Order is hereby altered as follows:

| Event | Existing Deadline | New Deadline |
|---|---|---|
| Expert Witness Disclosure and Report Exchange | September 2, 2026 | October 28, 2026 |
| Rebuttal Witness Disclosure and Report Exchange | October 6, 2026 | December 1, 2026 |
| Discovery Cutoff (Including Expert Discovery) | October 20, 2026 | December 18, 2026 |
| Mediation Deadline | November 3, 2026 | January 8, 2027 |
| Summary Judgment Deadline | November 11, 2026 | January 11, 2027 |
| Pre-trial Motions | December 28, 2026 | February 15, 2027 |
| Trial Ready Date | February 15, 2027 | April 6, 2027 |

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of August, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

copies provided to:

counsel of record