**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRESIDENT DONALD J. TRUMP,
An individual,

*Plaintiff*,

v.

BRITISH BROADCASTING CORPORATION a/k/a BBC,

*Defendant*.

Case No. 1:25-cv-25894-JTK-EAL

**NOTICE OF REASSIGNMENT OF COUNSEL**

The United States of America hereby gives notice of the reassignment of Jacob S. Siler, Trial Attorney, Civil Division, for Michael J. Gerardi as counsel of record for the United States in this matter. Mr. Gerardi is no longer counsel of record for the United States in this matter. All future pleadings, notices, and correspondence should be directed to Mr. Siler's attention.

Dated: August 28, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

*/s/ Jacob S. Siler*

Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
U.S. Dep't of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Email: Jacob.S.Siler@usdoj.gov
Phone: (202) 353-4556

Fax: (202) 616-8460

*Counsel for the United States of America*