UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S NOTICE REGARDING MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION, REQUESTS FOR ADMISSION, AND INTERROGATORIES [ECF 138]**

Defendant British Broadcasting Corporation ("the BBC"), by and through undersigned counsel, and pursuant to the February 13, 2026 Order Setting Discovery Procedures (ECF 29) ("the Discovery Order"), hereby files this Notice to inform the Court of the resolution of several issues addressed in Defendant's Motion for Hearing on Discovery Related to Plaintiff's Response to Defendant's First Set of Requests for Production, Requests for Admission, and Interrogatories, and what issues still require the Court's assistance to resolve. *See* ECF 138.

After Plaintiff filed his Response in Opposition to the BBC's Motion for Hearing (ECF 139), Plaintiff's counsel transmitted to the BBC's counsel a letter outlining Plaintiff's positions on the BBC's written discovery requests. *See* Ex. A.[1] Because the BBC thus did not receive the letter until after it filed its Motion (ECF 138), the BBC submits this notice to inform the Court that the following discovery requests, as of the Plaintiff's letter, are no longer in dispute:

[1] On the parties' August 21, 2026, meet-and-confer call, Plaintiff's counsel represented that this letter would be forthcoming, but refused to provide a date by which the BBC could expect it.

- Defendant's Interrogatory No. 11.
- Defendant's Requests for Admission Nos. 15, 61-67, 83-85, 89-92, 101, 103, 105, 107, and 108.
- Defendant's Requests for Production Nos. 4, 5, 7, 8-10, 12-14, 48-55, and 126.

Plaintiff's letter also confirms that the parties have reached an impasse on the following discovery requests and require adjudication before this Court, as outlined in the BBC's response letter, *see* Ex. B:

- Defendant's Interrogatory No. 10.
- Defendant's Requests for Admission Nos. 62-64, 66, 68-73, 75-80, 86-88, 93-96, 104, 106, 109, 110, 120, 121, and 124-152.
- Defendant's Requests for Production Nos. 3, 15-19, 21, 22, 37-47, 56-115, and 117-125.

Additionally, Plaintiff's letter does not address (1) when he will make his second document production—over a month after his first, (2) does not make any commitment for regular, substantive, rolling document productions moving forward, or (3) state when Plaintiff will finally verify his two extant sets of interrogatory responses. *See* ECF 138 at 3-4.

Dated: August 28, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)

Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on August 28, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin