**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

PRESIDENT DONALD J. TRUMP

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION a/k/a BBC

Defendant.

Case No. 1:25-CV-25894-JTK-EAL

**NOTICE OF APPEARANCE OF CHRISTOPHER C. MARQUARDT FOR NON-PARTY CASSIDY HUTCHINSON**

Non-Party Cassidy Hutchinson hereby gives notice that Christopher C. Marquardt of Alston & Bird LLP will appear as her counsel of record in this action.

Dated: September 3, 2026

*/s/ Christopher C. Marquardt*

Christopher C. Marquardt
**ALSTON & BIRD LLP**
Florida Bar No. 0102466
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
chris.marquardt@alston.com

*Attorney for Non-Party Cassidy Hutchinson*

## CERTIFICATE OF SERVICE

I CERTIFY that on September 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt
**ALSTON & BIRD LLP**
Florida Bar No. 0102466
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax: 404-881-7777
chris.marquardt@alston.com

*Attorney for Non-Party Cassidy Hutchinson*