# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP<br><br>Plaintiff,<br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC<br>Defendant. | Case No. 1:25-CV-25894-JTK-EAL |

**CERTIFICATION OF CHRISTINA HULL**

Christina Hull, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of the State of Georgia; U.S. Court of Appeals for the Federal Circuit; U.S. Court of Appeals for the 11th Circuit; U.S. Court of Appeals for the 2nd Circuit; U.S. Court of Appeals for the 5th Circuit; U.S. District Court for the Northern District of Georgia; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

/s/ *Christina Hull*
Christina Hull (GA Bar No. 242539)
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Office: (404) 881-7000
Fax: (404) 881-7777
Christy.Hull@alston.com

*Attorney for Non-Party Cassidy Hutchinson*