# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP<br><br>Plaintiff,<br>v.<br><br>BRITISH BROADCASTING CORPORATION a/k/a BBC<br>Defendant. | Case No. 1:25-CV-25894-JTK-EAL |

**CERTIFICATION OF ALBERTO BUFALINO**

Alberto Bufalino, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of the State of New York; U.S. District Court for the Eastern District of New York; and U.S. District Court for the Southern District of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*/s/ Alberto Bufalino*
Alberto Bufalino (NY Bar No. 6272827)
**ALSTON & BIRD LLP**
90 Park Ave
New York, NY 10016
Telephone: 212-210-9400
Fax: 212-210-9444
Alberto.bufalino@alston.com

*Attorney for Non-Party Cassidy Hutchinson*