**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP, an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION a/k/a BBC,

Defendant.
_______________________________________/

Case No. 1:25-cv-25894-JTK

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**THIS MATTER** is before the Court upon Plaintiff President Donald J. Trump's *Unopposed* Motion for Leave to Exceed Page Limit for Response in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [DE ___]. Having reviewed the Motion, been made aware of the parties' agreement to the relief sought in the Motion, and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is **GRANTED**. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint may include up to ten additional pages, for a total of thirty pages. Defendant's Reply in Support of its Motion to Dismiss may include up to five additional pages, for a total of fifteen pages.

**DONE AND ORDERED** in the Southern District of Florida on __________, 2026.

______________________________
JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE