UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | | |
|---|---|---|
| PRESIDENT DONALD J. TRUMP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-cv-25894-JTK-EAL |
| BRITISH BROADCASTING CORP., | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND SUPPLEMENTAL NOTICE REGARDING ITS MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION, REQUESTS FOR ADMISSION, AND INTERROGATORIES**

Defendant British Broadcasting Corporation ("the BBC"), by and through undersigned counsel, and pursuant to both this Court's February 13, 2026 Order Setting Discovery Procedures (ECF 29) ("the Discovery Order") and the September 3, 2026 Minute Order of the U.S. District Court for the District of Columbia in Case No. 26-mc-81-JEB, hereby notifies the Court of an additional development pertaining to the BBC's Motion for Hearing on Discovery Related to Plaintiff's Response to Defendant's First Set of Requests for Production, Requests for Admission, and Interrogatories (ECF 138).

## BACKGROUND

The BBC served its first sets of Interrogatories and Requests for Production ("RFPs") on Plaintiff in March 2026, to which Plaintiff responded in April 2026. *See* ECF 57-2. Plaintiff objected to multiple RFPs and Interrogatories on the grounds that they sought information or communications purportedly protected by executive privilege. *See id.* at 19-24 (Plaintiff's responses to RFPs 40-47); *id.* at 86-88 (Plaintiff's responses to Interrogatories 10-11). The BBC

disputed those objections, including because, to the best of the BBC's knowledge, Plaintiff had already failed in his efforts to assert executive privilege over the same information or communications in proceedings in the U.S. District Court for the District of Columbia arising from the Special Counsel's investigation into Plaintiff's actions prior to and during the 2020 presidential election. *See* ECF 57-2 at 6. When Plaintiff refused to withdraw these objections, the BBC timely brought the discovery dispute to this Court's attention. *See* ECF 57 at 4 (noting that Plaintiff's privilege claims may be "precluded by rulings in prior litigation over Plaintiff's communications").

On August 6, 2026, this Court issued its Omnibus Order Following Discovery Hearing on Joint Motions for Discovery Hearing (the "Omnibus Order"), which acknowledged the dispute over executive privilege, declined to rule on the issue at the time, and stated that "[s]hould Plaintiff or the Government seek to assert the executive privilege or any formal request for relief at a later date, the Court will address that request in due order." *See* ECF 120 at 13-14.

Even though the BBC withdrew one of the written discovery requests to which Plaintiff objected on the basis of executive privilege, and narrowed all but two of the others, and even after the parties met and conferred as this Court directed, Plaintiff has continued to assert executive privilege and confirmed that the parties are at an impasse on the relevant discovery requests (Interrogatory 10 and RFPs 40-47). *See* ECF 144.

**THE SEPTEMBER 3, 2026 HEARING BEFORE CHIEF JUDGE BOASBERG IN WASHINGTON, D.C.**

At the same time that the BBC challenged Plaintiff's assertions of executive privilege in this Court, the BBC also moved in the U.S. District Court for the District of Columbia, pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, to unseal the opinions and orders adjudicating the assertions of executive privilege that Plaintiff made, or directed others to make, in connection with the Special Counsel's investigation discussed above (the "Executive Privilege

Decisions"). *See In re Application of the BBC, et al., for Access to Opinions and Orders Adjudicating Certain Assertions of Executive Privilege* ("*In re BBC*"), No. 1:26-mc-81-JEB (D.D.C.). The BBC argued that access to these Executive Privilege Decisions, which are now available only in heavily redacted form,[1] would allow the BBC to inform this Court about why Plaintiff's *prior* assertions of executive privilege were rejected, which could entirely preclude those *current* assertions of privilege over the same or similar information or communications. *See In re BBC*, ECF 1-1 at 11-13.

The Honorable James E. Boasberg, Chief Judge of the U.S. District Court for the District of Columbia, held a hearing on the BBC's access application on September 3, 2026. At the end of the hearing, Chief Judge Boasberg directed the BBC to specifically and expressly raise the issue of Plaintiff's invocation of executive privilege for hearing before this Court so that this Court could evaluate its need for unsealed copies of the Executive Privilege Decisions.[2] Chief Judge Boasberg also subsequently issued a Minute Order, a copy of which is attached as Exhibit A, instructing the government to provide for *in camera* review "any opinions and orders issued by the Chief Judge of this Court regarding executive privilege in the Special Counsel investigation as it relates to Patrick Cipollone, Eric Herschmann, Cassidy Hutchinson, Donald Trump, Jr., Ivanka Trump, and Greg Jacob," and stating that "[t]he BBC shall inform the Court if and when the Magistrate Judge presiding over discovery in the underlying lawsuit will hear argument relating to executive privilege and as regards to which witnesses."

---

[1] The redacted Executive Privilege Decisions are docketed in *In re Donald Trump*, No. 1:25-mc-8-JEB (D.D.C.), at ECF 11-1 through 11-18. The BBC would direct this Court's attention in particular to ECF 11-3 (Sept. 28, 2022 Memorandum Opinion), ECF 11-8 (Nov. 19, 2022 Memorandum Opinion), and ECF 11-14 (Dec. 9, 2022 Memorandum Opinion).

[2] The BBC will file a transcript of the motion hearing with this Court as soon as it is available.

## CONCLUSION

Pursuant to Chief Judge Boasberg's oral and written orders, the BBC respectfully requests that Plaintiff's executive privilege objections be specifically noticed for and addressed at the next hearing before this Court. Of the discovery requests presently in dispute, *see* ECF 144, Plaintiff has invoked executive privilege in response to Interrogatory 10 and RFPs 40-47. Additionally, in his Opposition to the BBC's Motion for an Order Authorizing Alternative Service of Rule 45 Subpoenas on Third Parties Donald Trump, Jr., Ivanka Trump, and Jared Kushner (ECF 131), Plaintiff raises executive privilege as one of the grounds for opposing an order authorizing service by alternative means. *See* ECF 131 at 10. The BBC therefore respectfully submits that the issue of Plaintiff's invocation of executive privilege is ripe for a hearing before this Court, and that this Court would and should be informed if the U.S. District Court for the District of Columbia grants the motion before it and further unseals the Executive Privilege Decisions.

Dated: September 4, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on September 4, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin