# Exhibit A

| | | |
|---|---|---|
| 09/03/2026 | | MINUTE ORDER: As discussed in today's hearing, the Court ORDERS that: 1) The Government shall provide for *in camera* review by September 8, 2026, any opinions and orders issued by the Chief Judge of this Court regarding executive privilege in the Special Counsel investigation as it relates to Patrick Cipollone, Eric Herschmann, Cassidy Hutchinson, Donald Trump, Jr., Ivanka Trump, and Greg Jacob; and 2) The BBC shall inform the Court if and when the Magistrate Judge presiding over discovery in the underlying lawsuit will hear argument relating to executive privilege and as regards to which witnesses. Signed by Chief Judge James E. Boasberg on September 3, 2026. (lcjeb3) (Entered: 09/03/2026) |