**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP, an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION a/k/a BBC,

Defendant.

Case No. 1:25-cv-25894-JTK

**PLAINTIFF'S *UNOPPOSED* EXPEDITED**
**MOTION TO FILE DOCUMENTS UNDER SEAL**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to Local Rule 5.4(b) and the Protective Order entered by the Court on April 24, 2026, [ECF No. 51], files this *Unopposed* Expedited Motion to File Documents Under Seal, and, in support thereof, states as follows:

1. On April 24, 2026, the Court entered the Protective Order proposed by the parties, which governs the disclosure and use of information produced in discovery and designated as "Confidential" or "Attorneys' Eyes-Only" by a producing party. As set forth in Paragraph 4 of the Protective Order, a producing party may designate as Confidential Information any business, proprietary, or personal information, including unpublished information generated or gathered in the course of news gathering and reporting, and may designate as Attorneys' Eyes-Only Information any highly confidential, financial, journalistically, commercially, or personally sensitive information whose disclosure is likely to cause competitive or personal harm, including

information considered politically or journalistically sensitive by either party.

2. Paragraph 10 of the Protective Order provides that the Order shall not restrict the use of any Discovery Materials in any motion papers, memoranda, affidavits, exhibits, transcripts, and other papers filed with the Court, but that, should any party intend to file any other party's Discovery Materials marked Confidential or Attorneys' Eyes-Only with the Court, it must provide all other parties with four (4) calendar days' notice identifying the Discovery Materials it intends to file. Paragraph 10 further provides that, should a party wish to move to seal any Discovery Materials, it must file a motion to seal pursuant to Local Rule 5.4(b); that, if a motion to seal is filed within four (4) days, the non-moving party must redact the subject content from any public filing pending resolution of the sealing motion; and that, if no motion to seal is timely filed, all Discovery Materials shall be filed on the public record.

3. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss ("Response") is due Tuesday, September 8, 2026.

4. Plaintiff's Response will include several supporting exhibits and deposition testimony that Defendant British Broadcasting Corporation ("Defendant" or the "BBC") has designated "Confidential" or "Attorneys' Eyes-Only" under the Protective Order, in order to address the arguments raised in the Rule 12(b)(2) portion of Defendant's Motion to Dismiss. The contents of those materials are not described further here so as not to reveal the proposed sealed material. *See* L. R. 5.4(b)(1).

5. Because the materials have been designated as Confidential by the Defendant, and not by Plaintiff, Plaintiff files this Motion in an abundance of caution and solely to honor those designations and the procedures of the Protective Order. Plaintiff takes no position on whether the designated materials are properly sealable, and the filing of this Motion is so that the Defendant,


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

as the designating party, may exercise its right under Paragraph 10 of the Protective Order to move to seal the materials and to set forth the factual and legal basis for any sealing as required by Local Rule 5.4(b)(1).

6. The materials proposed to be sealed are: (a) exhibits to Plaintiff's Response consisting of Discovery Materials the Defendant has designated as Confidential and/or Attorneys' Eyes-Only under the Protective Order, and (b) limited portions of the Response that quote, describe, or otherwise reveal those designated materials. Consistent with Local Rule 5.4(b)(1), Plaintiff describes the materials with as much particularity as possible without attaching or revealing the content of the proposed sealed material, and, pursuant to that Rule, will not file the proposed sealed material unless and until the Court grants this Motion.

7. Consistent with Paragraph 10 of the Protective Order, Plaintiff will publicly file a redacted version of the Response that redacts only the content Defendant designated Confidential and/or Attorneys' Eyes-Only.

8. As to the proposed duration of the requested sealing, Plaintiff requests that the materials remain under seal until the Court rules on any memorandum or motion filed by the BBC establishing the basis for continued sealing in accordance with the terms of the Protective Order.

9. Pursuant to Local Rule 7.1(a)(3), counsel for Plaintiff has conferred with counsel for the BBC regarding the relief sought in this Motion, and the BBC consents to the relief requested.

**WHEREFORE**, Plaintiff, PRESIDENT DONALD J. TRUMP, respectfully requests that the Court enter an Order: (a) granting the instant Motion; (b) permitting Plaintiff to file under seal an unredacted version of Plaintiff's Response and the designated exhibits attached thereto; (c) requiring the BBC, as a designating party, to file within four (4) days after the filing of the


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071

Response (or such other time as the Court may set) a memorandum setting forth the factual and legal basis for continued sealing pursuant to Local Rule 5.4(b)(1), failing which the designated material shall be unsealed and filed on the public record; (d) providing that the designated material shall remain under seal until the Court rules on any such memorandum or motion filed by the BBC; and (e) granting such other and further relief as the Court deems just and proper.

Dated: September 4, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385

*/s/Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 010664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice application forthcoming*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 4, 2026, the foregoing was served via the Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendant British Broadcasting Corporation*

*/s/Alejandro Brito*


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071