**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-25894-KUNTZ**

**PRESIDENT DONALD J. TRUMP**,
an individual,

Plaintiff,

v.

**BRITISH BROADCASTING CORPORATION**
**a/k/a BBC**,

Defendant.
_____________________________________/

**ORDER GRANTING PLAINTIFF'S *UNOPPOSED***
**EXPEDITED MOTION TO FILE DOCUMENTS UNDER SEAL**

THIS MATTER came before the Court on the *Unopposed* Expedited Motion to File Documents Under Seal ("Motion") filed by Plaintiff President Donald J. Trump ("Plaintiff") [ECF No. 151]. For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion is GRANTED.

2. Plaintiff is permitted to file under seal an unredacted version of his Response to Defendant British Broadcasting Corporation's Motion to Dismiss ("Response"), along with the designated exhibits attached thereto.

3. Within four (4) calendar days after Plaintiff files his Response, Defendant, British Broadcasting Corporation ("Defendant"), as the party that designated the materials and information to be filed under seal, shall file a memorandum or motion to seal setting forth the factual and legal basis for continued sealing pursuant to S.D. Fla. Local Rule 5.4(b)(1). If Defendant does not timely file that memorandum or motion, the designated material shall be unsealed and filed on the public record.

4. The designated exhibits and unredacted version of Plaintiff's Response shall remain under seal until the Court rules on any timely memorandum or motion filed by Defendant under paragraph 3.

**DONE AND ORDERED** in Fort Lauderdale, this 4th day of September 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record.