**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:25-cv-25894**

**PRESIDENT DONALD J. TRUMP**,

an individual,

**Plaintiff**,

v.

**BRITISH BROADCASTING**

**CORPORATION a/k/a BBC**,

Defendant.

_______________________________________/

**ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

**THIS MATTER** is before the Court upon Plaintiff President Donald J. Trump's *Unopposed* Motion for Leave to Exceed Page Limit for Response in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 149]. Having reviewed the Motion, been made aware of the parties' agreement to the relief sought in the Motion, and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint may include up to **ten additional pages**, for a total of **thirty pages**. Defendant's Reply in Support of its Motion to Dismiss may include up to **five additional pages**, for a total of **fifteen pages**.

**DONE AND ORDERED** in the Southern District of Florida on September 4th, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

Cc: counsel of record