UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S NOTICE OF FILING**

Defendant British Broadcasting Corporation ("the BBC"), by and through undersigned counsel, and to supplement BBC's Second Supplemental Notice Regarding its Motion for Discovery Hearing Related to Plaintiff's Response to Defendant's First Set of Requests for Production, Requests for Admission, and Interrogatories (ECF 150), respectfully submits as Exhibit A hereto a transcript of the hearing held on September 3, 2026, before the Honorable James E. Boasberg, Chief Judge of the U.S. District Court for the District of Columbia, on the BBC's motion to unseal the opinions and orders adjudicating the assertions of executive privilege that Plaintiff President Donald J. Trump made, or directed others to make, in connection with the Special Counsel's investigation into the 2020 presidential election. *See In re Application of the BBC, et al., for Access to Opinions and Orders Adjudicating Certain Assertions of Executive Privilege* ("*In re BBC*"), No. 1:26-mc-81-JEB (D.D.C.). Chief Judge Boasberg's direction that the BBC "work with [this Court] to at some point tee up the hearing on executive privilege if and when that is necessary" can be found at page 27 of the hearing transcript.

Dated: September 8, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on September 8, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin