United States District Court
Southern District of Florida

FILED BY [signature] D.C.
SEP 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case Number: 25-CV-25894-EAL

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: 9/10/2026

These Documents/Exhibits must not be placed in the "temp chron file".

| Documents/Exhibits Retained in Supplemental Files **(Scanned)** |
|---|
| ___ • Poor quality scanned images (i.e. Handwritten, Photographs) |
| ___ • Surety bonds |
| ___ • Bound extradition papers |

| Documents/Exhibits Retained in Supplemental Files **(Not Scanned)** |
|---|
| ✓ • CD, DVD, USB drive. (i.e. Audio/Visual) |

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 9/10/2026

Revised: 2/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**NOTICE OF CONVENTIONAL FILING**

PLEASE TAKE NOTICE that the annexed USB flash drive containing 1) a copy of "Trump: A Second Chance?" (the "Documentary") as broadcast by the BBC on October 28 and November 2, 2024; and 2) a copy of the version of the Documentary prepared by October Films Ltd. for international distribution is being filed conventionally for the following reason:

X A Court Order (copy attached).

__ It cannot be converted to an electronic format.

__ A technical failure of the Court's CM/ECF website on __________

PLEASE TAKE FURTHER NOTICE that a USB flash drive containing these exhibits was served on all counsel of record on August 21, 2026.

| Dated: September 9, 2026 | Respectfully submitted, |
|---|---|
| | **BALLARD SPAHR LLP**<br>1909 K Street, NW<br>Washington, DC 20006-1157<br>Tel: (202) 661-2218<br>Fax: (202) 661-2299 |

| | |
|---|---|
| | By: [signature]<br>Charles D. Tobin<br>Fla. Bar No.: 816345<br>Maxwell S. Mishkin (*pro hac vice*)<br>Sasha Dudding (*pro hac vice*)<br>Yanni Chen (*pro hac vice*)<br>Richard W. Miller (*pro hac vice*)<br>tobinc@ballardspahr.com<br>mishkinm@ballardspahr.com<br>duddings@ballardspahr.com<br>cheny@ballardspahr.com<br>millerrw@ballardspahr.com<br><br>*Attorneys for Defendant* |

**From:** cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
**Sent:** Tuesday, September 8, 2026 11:42 AM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 1:25-cv-25894-JTK Trump v. British Broadcasting Corporation et al Order on Motion for Leave to File

⚠ **EXTERNAL**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/8/2026 at 11:42 AM EDT and filed on 9/8/2026

**Case Name:** Trump v. British Broadcasting Corporation et al
**Case Number:** 1:25-cv-25894-JTK
**Filer:**
**Document Number:** 154(No document attached)

**Docket Text:**
**PAPERLESS ORDER granting [132] Unopposed Motion for Leave to File Video Exhibits. The Defendants may file their conventional exhibits in compliance with Local Rule 5.3. Signed by District Judge Jeffrey T. Kuntz on 9/8/2026. (mtr)**

**1:25-cv-25894-JTK Notice has been electronically mailed to:**

Alberto Bufalino alberto.bufalino@alston.com

Alejandro Brito abrito@britopllc.com, apiriou@britopllc.com, baragon@britopllc.com, chernandez@britopllc.com, csottile@britopllc.com, lcoello@britopllc.com

Charles David Tobin tobinc@ballardspahr.com, cheny@ballardspahr.com, LitDocket_East@ballardspahr.com

Christina Hull christy.hull@alston.com

Christopher Carl Marquardt chris.marquardt@alston.com, brenda.johnson@alston.com, christy.hull@alston.com

Daniel Epstein dan@epsteinco.co

Edward Andrew Paltzik edward@taylordykema.com

Ian Michael Corp Icorp@britopllc.com

Jacob S. Siler Jacob.S.Siler@usdoj.gov

Jalaine Garcia jgarcia@britopllc.com

Matthew James Feeley matthew.feeley@usdoj.gov, Elda.Louis-Charles@usdoj.gov, sandra.machin@usdoj.gov

Maxwell S. Mishkin mishkinm@ballardspahr.com

Michael O. Mena mmena@britopllc.com, serve@msprecoverylawfirm.com

Richard W. Miller millerrw@ballardspahr.com

Sasha (Alexandra) Dudding duddings@ballardspahr.com

Yanni Chen cheny@ballardspahr.com

**1:25-cv-25894-JTK Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**



Ballard Spahr LLP

Trump v. British Broadcasting Corp., No. 1:25-cv-25894-JTK
Exhibits 3 & 4 to Telling Decl. in Support of Motion to Dismiss

Password: Ballardspahr

ORIGIN ID:QNYA (212) 223-0200
SCOTT E. BAILEY
BALLARD SPAHR LLP
1675 BROADWAY 19TH FLOOR

NEW YORK, NY 10019
UNITED STATES US

SHIP DATE: 09SEP26
ACTWGT: 0.50 LB
CAD: 268060795/FAPI2208

BILL SENDER

TO
U.S. FEDERAL BUILDING & COURTHOUSE
299 EAST BROWARD BOULEVARD #108
CLERK, US DIST CT FOR THE SD OF FL
FORT LAUDERDALE FL 33301
(646) 346-8083 REF: 073713.00.00459221
INV:
PO: DEPT:

58KJ3/A3F9/484B

FedEx Express

E

J261825012001uv

REL# 3785346

THU - 10 SEP 10:30A
PRIORITY OVERNIGHT

TRK# 0201 8769 7504 6696

33301

place in shipping pouch with bar code and delivery address visible

4337 THU 09/10 08:21
299 E BROWARD BLVD FORT LAUDERDALE,FL 33301-1922-33
PRIORITY OVERNIGHT
457-6057
TP:1 SP:PD:100:Y

Insert shipping document here.

…sible …ptions

…ice Guide, …nd limits

items securely. …

09/09/2026 02:29