**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP, an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION a/k/a BBC,

Defendant.

_______________________________________/

Case No. 1:25-cv-25894-JTK

**PLAINTIFF'S NOTICE OF FILING PUBLIC AND REDACTED DOCUMENTS PURSUANT TO THE COURT'S SEPTEMBER 11, 2026 ORDER**

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to S.D. Fla. Local Rule 5.4 and the Court's September 11, 2026 Order granting Defendant's Unopposed Motion to Seal (ECF No. 169), hereby gives notice of the filing of the following documents in connection with Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (the "Response"):

1. A public, redacted copy of Plaintiff's Response, along with copies of Exhibits A, C, D, G, J, P, and R to the Response, with redactions prepared by Defendant, as the designating party under the Protective Order (ECF No. 51), consistent with Defendant's Unopposed Motion to Seal (ECF No. 168) and the Court's September 11, 2026 Order (ECF No. 169); and

2. Public, unredacted copies of Exhibits B, E, F, H, I, K, L, M, Q, and S to the Response, which do not contain any material subject to the sealing motion or the Court's Order.

3. Exhibits N and O to the Response remain under seal in their entirety and accordingly are not filed publicly.

Dated: September 14, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 10664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*pro hac vice admitted*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 14, 2026, the foregoing was served via the Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting Corporation, BBC Studios Productions Limited and BBC Studios Distribution Limited*

*/s/ Alejandro Brito*


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071