---

**From**: Matthew Hill - Current Affairs [matthew.hill3@bbc.co.uk]
**Sent**: 05/02/2024 19:55:10
**To**: mathhew.hill3@bbc.co.uk
**Attachments**: PITCH 3.docx


WANTED
FOR PRESIDENT

# WANTED: PRESIDENT TRUMP?

1 x 60 TX WED 30th OCTOBER 2024

Like it or not, it's (probably) Trump vs Biden again in 2024.

The Republican primary race is not officially over, but with no obvious pathway to victory for Nikki Haley, a repeat of the 2020 race appears almost certain.

By all indications, November's election is going to be tight. National polls show the two candidates either neck and neck or Mr Trump slightly ahead.

Perhaps this year it'll come down to a few votes in Michigan or Arizona. Perhaps Pennsylvania or Georgia will decide things this time around. Maybe the black vote will fracture, maybe Biden's handling of the war in Gaza will alienate core supporters.

All interesting questions. But best left to others.

This film tackles *the* question at the heart of the 2024 presidential election: why are so many Americans prepared to give Donald Trump a second chance?

How is it possible that that a twice-impeached former president who provoked a deadly riot at the Capitol, who was banned from Twitter for incitement of violence, who undermined democratic institutions and spread misinformation on an industrial scale could return to the White House?

How could a man who by his own admission faces more charges than Al Capone - including falsifying business records, racketeering and conspiracy to defraud the US be considered a suitable candidate to hold *any* public office, never mind the highest in the land?

# TRUMP ON THE TRAIL AND ON TRIAL

The 2024 campaign may well feature the same cast but in every other respect we're entering unchartered waters: never before has a candidate fought a presidential campaign whilst also fighting to stay out of handcuffs.

For the first time in American history a president has been charged with crimes in office. Donald Trump faces 91 charges and four trials. There's no chance they will all take place in 2024, but it is just about possible that a former, and potentially future president could be a convicted felon before November's election.

Let that sink in.

2024 will make the 2016 campaign appear subdued and restrained by comparison.

Even if the cases don't make it to court, they will form the backdrop to an election unlike any we've lived through.

We've had a taste of the chaos already. Trump dashing from courthouse to campaign event aboard his private 757. Not that there's any real difference anymore – court appearances are campaign events.

Two weeks ago, he took a break from the New Hampshire primary to appear at the E. Jean Carroll trial even though he wasn't required to attend. He muttered that the trial was a "con job" and a "witch hunt." The judge threatened to throw him out. "I'd love that," Trump replied.

So would many of his supporters.

Two of the four trails he faces in 2024 would be televised. For any other candidate this would torpedo their career. The Watergate hearings, watched by mi[ INCLUDEPICTURE "https://m.media-



amazon.com/images/I/B1DnWZEQ8ES._CLa%7C2140%2C2000%7C91HrAXbiFeL.png%7C0%2C0%2C2140%2C2000%2B0.0%2C0.0%2C2140.0%2C2000.0_AC_SX679_.png" * MERGEFORMATINET ]llions, sank Nixon’s popularity and the American public never forgave him.

But today Trump senses an opportunity. As the felonies stack up so his popularity increases.

Trump's Save America fundraising committee is selling "NEVER SURRENDER!" t-shirts with his Fulton County Jail mugshot image for $34.00. His son Don Jr. is marketing "FREE TRUMP" mug shot t-shirts ($29.99) and posters ($19.99).
[ INCLUDEPICTURE "https://m.media-amazon.com/images/I/A1vJUKBjc2L._CLa%7C2140%2C2000%7CA1ozN6IDClL.png%7C0%2C0%2C2140%2C2000%2B0.0%2C0.0%2C2140.0%2C2000.0_AC_SX679_.png" * MERGEFORMATINET ]
It all appears to defy reason and rationality.

# THE INDICTMENT EFFECT




In polling, fund-raising and across the media landscape, the former president has sought to turn criminal charges into political assets.

A topsy-turvy reality has emerged where millions of Republican voters have been conditioned to regard Mr Trump's legal troubles as a proxy attack on them.

Trump, so the argument runs, is the victim of a justice system hijacked by Democrats.

As a result, this campaign will be deeply unpredictable. It'll also be inescapable.

News of the indictments haven't just occupied the 24-hour news cycle; the cases consumed whole weeks on both mainstream and conservative media. Trump's team has sought to maximize coverage of his criminal arraignments - choreographing visuals down to minute details and working with all the networks, including those Mr. Trump has pilloried as "fake news," such as CNN.

Everyone is lapping up the circus.

The Trump team has invited reporters into its motorcade, whose black S.U.V.s have been tracked live on television news. The campaign has briefed the networks ahead of time so that cameras can be set up at multiple locations on arraignment days to get the best shots — including along the motorcade route and as the Trump plane lands




and takes off.

***Protester in prison costume blocks Trump's motorcade following his arraignment in a Miami federal court. June 2023***

*"What did the other candidates do today? Do we know? We know where Trump was,"* Steven Cheung, Mr. Trump's spokesman, said the evening of the Florida arraignment. *"There's no oxygen for the other candidates."*

The former president had been struggling to raise campaign cash until it became clear, in mid-March, that he would face criminal charges in Manhattan. That first indictment poured rocket fuel into Mr. Trump's online fund-raising machine. Mr. Trump had been averaging $129,000 raised per day in 2023 until that point, according to federal records. In the next three weeks he averaged more than $778,000 per day.

Trump will need every dollar. Last week the Federal Election Commission revealed that his political action committees spent a staggering $50m on legal fees over the course of 2023.

For many commentators, the stakes this time around are existential. Trump faces 91 felony counts across four criminal cases, the outcome of which could send him to jail for many years. Trump's best chance at protecting his freedom is to win the presidency.

# THE FILM

Trump's legal problems, and more importantly what they reveal about his character, do matter to ordinary people and in a close election could be decisive.

It's certainly true that there is a significant slice of America who would vote for Trump even if, as he famously put it, he was to "stand on Fifth Avenue and shoot somebody." However, a poll released in late January indicated more than 20% of Republicans in battleground states would abandon Trump if he were actually convicted of a crime. Among Democrats, polling suggests many votes will be cast to stop Trump rather than to endorse Biden.




***"Trump or Death" banner, Yankee Stadium, New York. September 2023***

[ INCLUDEPICTURE "https://i.dailymail.co.uk/1s/2023/09/08/04/75197319-12494683-image-a-69_1694143619017.jpg" * MERGEFORMATINET ]This film will consist of two elements – (1) Inside the Trump campaign, to include reporting on the trial(s); (2) Inside a Trump-leaning town to see the real-time impact of these events on voting intentions and perceptions of Trump. We will merge the largely chronological timeline with in-depth character portraits of a small number of politically engaged voters who can articulate how their views are shaped over the course of the campaign. We will spend time with them, climb inside their lives and be with them at key points in the story to capture their reactions to unfolding events.

The overall number of voices will be kept deliberately small. They will speak directly to the audience down the lens. The film will be shot without a reporter or commentary and will sustain its pace and momentum through the certain frenzy provided by the campaign.

**We have access to the "Front Row Joes**" – a group of around 50 of Trump's most devoted supporters.






The Front Row Joes spend tens of thousands of dollars chasing Trump around the country, camping out in front of venues. They're given the best seats at the rallies and are regularly invited to Mar-a-Lago. Trump will often pick them out of the crowd for special praise. There is no better way to unpick the reasons for the former president's cult-like hold over America, or get inside the campaign itself.




The Front Row Joes will also provide a good place to start as we have already filmed with them when Donald Trump was arrested last year. **We have footage of them inside Mar-a-Lago in April after Trump was arrested in New York.** They watched as he declared that the charges against him were "fake" and that America's justice system is "lawless."

[ INCLUDEPICTURE "https://media.cnn.com/api/v1/images/stellar/prod/220226204930-trump-cpac-022622.jpg?q=h_2977,w_4465,x_0,y_0" * MERGEFORMATINET ]**We have permission to film with them at CPAC (21st Feb) where Donald Trump will make a speech. Sean Spicer** is close to the Front Row Joes and will be at CPAC, as will characters like **Marjorie Taylor Greene** and **Roger Stone.**

The ambition is that this film will be in the unique position to offer a portrait of all the twists and turns over an 18-month timeline, from first arrest to the eve of the election. The Front Row Joes will act as a vehicle to take us to different, geographically distant, locations.




Currently, given the unresolved immunity question in the DC insurrection case, the first trial could well be the hush money indictment in New York, scheduled to start in **late March**. The Manhattan case, framed as election interference by prosecutors, presents a threat to Mr. Trump. Unlike the federal cases, which Mr. Trump could seek to shut down should he win back the presidency, the New York case is immune from federal intervention. In Manhattan, Mr. Trump would not be able to pardon himself, and if convicted, he could face up to four years in prison.

Alongside the campaign and trials we'll also film inside a **small Trump-leaning town in Wisconsin.** Through a small number of carefully-cast characters (more moderate Republicans) we'll test the theory that Trump can do no wrong. The fact is that there *is* a red line for many of these voters – whilst they may be prepared to look the other way and give Trump the benefit of the doubt, that calculation shifts in the event of a conviction.

These strands won't feel disconnected from the narrative but will be embedded within it – each revelation from DC, Florida, New York or Georgia will be analysed and discussed as it happens by the people who will actually decide whether Trump gets back into the White House in November.

For many observers, it's hard to fathom the continuing appeal of a former president responsible for violent attacks on democracy. Three of the four criminal trials Trump faces deal directly or indirectly with attempts to interfere with the result of the 2020 election.

Trump has convinced a dauntingly large number of Americans that the workings of democracy are corrupt, that false claims of fraud are true, that only cheating can thwart their victory at the polls and that tyranny has usurped their government. This simple message - the only way Trump can explain away the dozens of criminal charges against him - is as effective as it is simple. It's also bolstered by another potent fear – that the cornerstones of American life – home ownership, decent wages that keep pace with inflation, a college education - are becoming increasingly out of reach. Since 2016, concerns of many white Americans about a more diverse and culturally progressive country are also more pronounced, to put it mildly.

As last time around, Trump artfully packages those fears. He's still the outsider apparently, this time despite having been President. He's the arsonist and firefighter, declaring the country in chaos and offering himself as the cure.

The trouble for Biden isn't just that Trump remains the central figure in U.S. politics. It's also that, to some voters, Biden's inability to move his predecessor offstage demonstrates the ineffectualness of his administration. Biden's struggling to sell his first term achievements of bringing down unemployment and inflation. Many also doubt he has the energy for the campaign, let alone a second term and Trump is quick to seize on his opponent's physical frailties.



The final chapter of the film will attempt to reflect the state of the polls in late October. We'll also offer some speculation about what might happen under the two most likely scenarios: a narrow Democrat win, which could be seen by some Trump supporters as another stolen election or an outright Republican victory which would once more push American democracy further into the bounds of the unknown. At CPAC 2023 Trump said that once reinstalled in power, his mission would be nothing less than "retribution" for all the wrongs that he and his grievance-fuelled followers have suffered. He spoke ominously of "enemies," and promised to "totally obliterate the 'deep state.' In November Trump compared his political enemies to 'vermin'. A month later, he said that immigrants were "poisoning the blood of our country."

Following January 6th Biden did manage to lower America's fever. It could yet boil over again.

We don't know how things will play out in 2024 and beyond. If Trump were re-elected, he could pardon himself, at least in the 2 federal cases. Or, more likely, a Trump-appointed attorney general would withdraw the charges. The state trials, particularly in Georgia may be a different matter. The prosecutor has indicated that case won't conclude until early 2025 meaning that Trump could find himself inside a courtroom in the first days of his new presidency. Fulton County's case is unique in that it also involves the only charges to carry *minimum* prison terms. The Manhattan case is currently scheduled to set a date for trial on February 15th. It could start in just over a month, on March 25th.

If Donald Trump is convicted of falsifying business records he could go to jail for up to four years.

This is unchartered territory.

The Constitution and American law have clear answers for only some of the questions that are being posed today.

Such as: What happens if Trump is elected from prison?

Answer: No one knows.

"We're so far removed from anything that's ever happened," said Erwin Chemerinsky, a constitutional law expert at the University of California.

"It's just guessing."



[ INCLUDEPICTURE "https://www.economist.com/cdn-cgi/image/width=1424,quality=80,format=auto/content-assets/images/20240127_IRP001.jpg" * MERGEFORMATINET ]

***Examples of names we are pursuing:***

- **Mike Pence,** former Vice President
- **Mark Meadows,** Trump's White House Chief of Staff
- **Rudy Giuliani,** Trump's top lawyer
- **Jack Smith,** Special Counsel
- **Lindsey Halligan,** Trump attorney
- **Michael Cohen,** Trump's former attorney and fixer
- **Sean Spicer,** former White House director of comms.
- **Adam Kinzinger**, one of two Rep members of the Jan. 6 committee
- **Michael Luttig,** conservative judge who described trump as "clear and present danger."
- **Steven Cheung**, Trump's current campaign spokesperson
- We already have a two camera, 40-minute interview with **Brad Raffensperger,** Georgia Secretary of State.