x.com/BBCPanorama/status/1850952403182321990

X

- Home
- Explore
- Notifications
- Chat
- Grok
- Lists
- Bookmarks
- Communities
- Premium
- Profile
- More

Post

## Post

**BBC Panorama**
@BBCPanorama

Tonight on #BBCPanorama

Trump: A Second Chance?

For the past two years, Panorama has been following some of Donald Trump's most ardent supporters

And we hear from experts who analyse his continued appeal

On @BBCiPlayer now and @BBCOne at 8pm

bbc.co.uk/iplayer/episod...




5:26 PM · Oct 28, 2024 · **84.3K** Views