UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-25894-RKA

PRESIDENT DONALD J. TRUMP, an individual,

Plaintiff,

-vs-

BRITISH BROADCASTING CORPORATION a/k/a BBC, BBC STUDIOS DISTRIBUTION LIMITED, and BBC STUDIOS PRODUCTIONS LIMITED,

Defendants.

---

CONFIDENTIAL ZOOM VIDEO TELECONFERENCE DEPOSITION OF:
REPRESENTATIVE OF BBC STUDIOS PRODUCTIONS

RICHARD COOPER

DATE TAKEN: May 29, 2026

TIME: 9:06 a.m. - 12:48 p.m.

PLACE: All Parties Appeared Remotely via Zoom

Stenographically Reported Remotely By:

Sharon Ambersley, FPR
Notary Public, State of Florida
U.S. Legal & Support

- - -

APPEARANCES:

On behalf of the Plaintiff:

ALEJANDRO BRITO, ESQUIRE
IAN CORP, ESQUIRE
JALAINE GARCIA, ESQUIRE
BRITO, PLLC
2121 Ponce De Leon Boulevard
Suite 650
Coral Gables, FL 33134
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com

On behalf of the Defendants:

CHARLES D. TOBIN, ESQUIRE
SASHA DUDDING, ESQUIRE
BALLARD SPAHR, LLP
1909 K Street, NW
12th Floor
Washington, D.C. 20006
tobinc@ballardspahr.com

ALSO PRESENT:

NICHOLAS WILCOX, IN-HOUSE COUNSEL

KYLE HANKINS, THE VIDEOGRAPHER

# I N D E X

WITNESS:

Richard Cooper

Direct Examination By Mr. Brito 8
Cross Examination By Mr. Tobin 128
Redirect Examination By Mr. Brito 139

\- - -

## E X H I B I T S M A R K E D

\- - -

PLAINTIFF'S EXHIBIT 26 Notice of deposition 9
PLAINTIFF'S EXHIBIT 30 Declaration 33
PLAINTIFF'S EXHIBIT 22 Email string 64
PLAINTIFF'S EXHIBIT 23 Email 70
PLAINTIFF'S EXHIBIT 24 Email string 80
PLAINTIFF'S EXHIBIT 25 Series of e-mails 82
PLAINTIFF'S EXHIBIT 16 Screen shot 107
PLAINTIFF'S EXHIBIT 17 Screen shot 109
PLAINTIFF'S EXHIBIT 31 Excel spreadsheet 120

Exhibit 31 retained by Mr. Corp.

P R O C E E D I N G S

\- - -

Deposition taken remotely before Sharon Ambersley, Florida Professional Reporter and Notary Public in and for the State of Florida at Large, in the above cause.

\- - -

THE VIDEOGRAPHER: Good morning. We're now on the video record. Participants should be aware that this proceeding is being recorded as such all conversations held will be recorded unless there's a request to go off the record.

This is the video-recorded deposition of Richard Cooper as corporate representative of British Broadcasting Corporation. Excuse me. Today is Friday the 29th of May 2026. The time now is 9:06 a.m. Eastern Standard Time. We're here for the matter of President Donald J. Trump versus British Broadcasting Corporation, also known as BBC, BBC Studios Distribution Limited and BBC Studios Productions Limited.

At this time would all counsel state their appearances for the record, beginning with plaintiff's counsel first, please.

MR. BRITO: Good morning, Alejandro Brito and Ian Corp on behalf of the plaintiff.

MR. TOBIN: Good morning. This is Chuck Tobin with Ballard Spahr along with Sasha Dudding with my law firm. Also with us is Nick Wilcox from the BBC. We represent the defendants in the case and we're here with Richard Cooper, the 30(b)6 deponent for a portion of your deposition. Alex, I noticed that Mr. -- is it Lavian?

MR. BRITO: Yes.

MR. TOBIN: Yeah. I see that he's joined the deposition today. He's neither a party nor a member of your law firm. I do know -- understand that you cited him as an expert witness, but I don't think it is appropriate for him to be sitting in on this deposition today. So I would ask -- I would object and I would ask that you ask him to be excused.

MR. BRITO: He has the right to be here. He's a non-testifying expert or potentially a testifying expert, but he's serving in a consultant fashion on behalf of our client and has the right to be present during the examination.

MR. TOBIN: Do you have any authority? I don't want to elongate this, but I'm not aware of any authority that allows an expert witness to sit in on a deposition as opposed to trial testimony.

MR. BRITO: There's no -- do you have any authority that says that he has not entitled to sit, considering that a deposition is a public proceeding. There is nothing at this point that has prohibited anyone from attending this deposition, including Dr. Lavian.

MR. TOBIN: I am aware that depositions generally are restricted. There is no public right of access to a deposition in federal court. I've litigated that issue on behalf of the news media and I'm unaware of any authority that allows anybody but the parties and counsel to attend depositions without leave of court. You have not moved the court.

MR. BRITO: I --

MR. TOBIN: Nor have you given us notice that he would attend, so we could have brought it to court's attention.

MR. BRITO: That's understandable and if you would like to bring it to the court's attention, feel free to do so. Dr. Lavian is observing and nothing more.

MR. TOBIN: All right. We're going to take about a minute break so we can consult with my teammates about this. If that's okay with you.

We'll go off the record.

MR. BRITO: Yes. Very well.

THE VIDEOGRAPHER: The time is 9:09 a.m. We're off video record.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER: The time is 9:12 a.m. We're back on video record.

MR. TOBIN: There's an echo somewhere. It seems to be resolved. Alex, you know, for the reasons we've stated, we strongly object and we do not think that your client has the right to have your expert sit in on a deposition without prior notice to us. In consultation, we'll preserve the objections and we'll proceed with the deposition today.

MR. BRITO: Very well. Thank you very much.

THE COURT REPORTER: If you would raise your right hand, please? Do you swear or affirm that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth?

Thereupon,

Richard Cooper,

having been first duly sworn, was examined

and testified under oath as follows:

DIRECT EXAMINATION

BY MR. BRITO:

Q Good morning, Mr. Cooper.

A Good morning or good afternoon after this today.

Q Good afternoon for you and for those in the room with you. Mr. Cooper, you've sat for a deposition before in this matter, correct?

A Correct.

Q Is this fair to assume that you understand the ground rules and understand how this proceeding is going to take place?

A Yes, I do.

Q Your deposition was given in your individual capacity on April 24 of this year, correct?

A That is correct.

Q And you testified truthfully in that deposition, correct?

A Yes, I did.

Q And today your role is a bit different. Today you're serving in the capacity as a corporate representative. Do you understand that?

A I do.

Q And you've been designated to testify as a corporate representative for the defendants in this case

with respect to certain topics. Do you understand that?
A I do.
Q All right. And those topics are topics number four and topics -- topic number six of the notice of deposition in this case. Do you understand that?
MR. TOBIN: Object to the question -- object to the form of the question. There was some exchange about those topics, Alex, that were not included in your question. I don't know if that was intentional or if you wanted to go back and reask the question.
BY MR. BRITO:
Q Let me do it this way. Let me put up on the screen what we'll mark as Exhibit 26 to this deposition.
MR. TOBIN: Did you say Exhibit 26?
MR. BRITO: I'm going to be bouncing around.
MR. TOBIN: Oh, fair enough.
(Plaintiff's Exhibit No. 26 was marked for identification.)
BY MR. BRITO:
Q I just want to address your concern and make sure the client -- your witness understands what I'm referring to. What is up on the screen hopefully you can see it well enough, Mr. Cooper, is a document entitled notice of taking remote videotaped deposition.

Do you see that on the screen?
A I do, yes. It's perfectly legible.
Q And have you seen this document before?
A Yes, I have.
Q And then if I turn your attention to the fourth page, it has a schedule of the topics. Do you see that?
A I do.
Q And do you recognize those topics to reflect any of the subject matters that you are sitting here today to testify about?
A I do. My expectation is that I'm answering questions related to geoblocking and territorial restrictions.
MR. TOBIN: Which is what we've noted and I was referring to earlier, Alex.
MR. BRITO: Understood. And I wasn't wrestling with you over it, Chuck. I just wanted to make I sure that I was effectively communicating with the witness so he understands what I'm going to be asking.
MR. TOBIN: I appreciate it.
BY MR. BRITO:
Q Take that down. You understand that the testimony that you're going to be providing on behalf of

the BBC is binding upon the BBC, sir?

MR. TOBIN: Object to the form of the question. Calls for legal conclusion. Answer it the best you can.

THE WITNESS: Yes.

BY MR. BRITO:

Q And do you in fact understand whether or not you have the authority to bind the BBC today with your testimony?

MR. TOBIN: Same objection. Please answer.

THE WITNESS: Yes, I believe so.

BY MR. BRITO:

Q Can you please tell me what documents, if any, you reviewed in preparation for this deposition today?

A So I reviewed a number of areas. So I looked at areas related to what I'll call our annotation and GeoIP systems. And those are the systems that are responsible for IP addresses and determining whether or not you're in the UK or not in the UK and whether or not you believe you're using a VPN or other circumvention technology. I looked at -- so I'll go through the list. I looked at documents and I spoke to people related to the integration of that with the other systems relevant to the delivery of the documentary.

I looked at the metadata systems, as all of our technology is driven by metadata, to determine the details of what we actually distributed and when we did so. I looked at the logging systems that we have in various parts of the chain that gives us information about what actually happened during the period that the documentary was available. I looked at the contracts that we have that are relevant to this and I looked at the rights contracts that we have, which are the things that actually set a number of the restrictions in terms of how we operate geoblocking.

Q Very well. Thank you. In the context of your preparation, did you review the declaration that you provided on March 13, 2026 in this matter?

A Yes, I did.

Q Did you review the deposition transcript from the deposition you provided previously?

A Yes, I did.

Q Did you -- and I want to make sure I understand the totality of your testimony. Did you review the GeoComply contracts?

A Yes, I did. I reviewed them in headline rather than detail because I reviewed them before the previous deposition.

Q Did you review any of the GeoComply or

GeoGuard reports?

A Could you clarify what you mean by reports, screens?

Q Any reports that may exist with respect to the transmission of the broadcast that's the subject of this action?

A So I'm still unclear by reports. Do you mean documents or do you mean logs or what do you mean by reports?

Q Any data -- any documents that would reflect any sort of data, whether in paper form or electronic form?

A So if I interpret that to mean information that our logging and analytics systems relate to usage, yes, I did.

Q What about any iPlayer access logs, did you review those?

A So I have not reviewed any iPlayer access logs. No.

Q Did you review the motion to dismiss that's been filed by the defendants in this case?

A Yes, I did.

Q And the following question is just identification of individuals. I'm not asking for the substance of any testimony at this point, but my

question now is who did you seek to in preparation for the deposition?

A So I spoke to a number of colleagues related to it and if you would like me to list some of the names.

Q Yes, sir.

A I spoke to a number of people on this. So related to IP and annotation systems, I spoke to [redacted]. We have relationship to the integration of that with other systems. I spoke also to those four people, plus to [redacted] with relation to the metadata systems. I spoke in addition to [redacted]. With relation to the contracts, I spoke to [redacted] around the GeoComply contracts and I spoke to [redacted] I believe his name was, with relation to the sports contracts.

Q Anyone else that you can think of?

A That's the list that springs to mind. I did speak to a lot of people, so it's possible I haven't included everybody on the list. Those are the key players.

Q Very well. With respect to those communications that you had with the individuals you just referenced, did you take notes during those

conversations?
A Not formal minutes, no.
Q Whether it's formal or informal, did you take any sort of notations or make any writings during any of the communications you had with the individuals that you just identified?
A Yes. I would have taken notes.
Q I would make a request that you please preserve those notes.
A Yes, indeed. I would apologize in advance that they're handwritten, written scribbles, which are not as legible as my --
MR. TOBIN: No apologies necessary.
MR. BRITO: No apologies necessary.
MR. TOBIN: We haven't looked at Mr. Brito's handwriting either.
THE WITNESS: Right.
MR. BRITO: He hasn't seen mine, but he's already correct.
BY MR. BRITO:
Q So let's jump right into this. I want to be mindful of everyone's time. You are the director of digital distribution for the BBC; is that accurate?
A That is correct.
Q You are not a software engineer?

A No, I'm not.
Q You're not --
A Through my career I had a role as a software engineer, but I'm not currently a software engineer. No.
Q You are not a data scientist. Are you?
A No, I'm not a data scientist.
Q You do not possess formal education in computer science, data science, data analytics, software engineering or computer programming, correct?
MR. TOBIN: Object to form.
THE WITNESS: At the point at which I did my formal education, it was before those disciplines existed, so while I haven't had formal education in that, I have been working these spaces for some time. And so I have some knowledge, regardless of the lack of formal education.
BY MR. BRITO:
Q Now, with respect to the GeoComply and the GeoGuard software, you are not responsible for writing that software, correct?
A So I'm responsible for running the department which wrote the software, so I would be held accountable within the BBC for whether or not my department did a good job. I didn't personally write the software. It

was a team that reports to me that did.

Q Now let me ask you to turn your attention back to Exhibit 26 and I want to focus on topic number four. Topic number four asks the BBC to provide a witness to testify as to the principal facts, documents, and witnesses explaining the BBC's intent behind the documentary. Do you see that?

A I do.

Q And topic number six concerns the BBC -- the principal facts, documents, and witnesses explaining the BBC's position that the documentary was aimed at UK audiences, including audience targeting, commissioning rationale, distribution plan, territorial restrictions and any audience analytics or targeting materials analyzed or -- and/or relied on by the BBC. Do you see that as well?

A I do.

Q And within the context of what you've identified, along with what your counsel has stated, you're addressing these two topics limited to the conversations that have been had based upon your role as the representative; is that correct?

A So that's correct. I mean, to be specific you have things like commissioning rationale, which is not an area I've covered.

Q Very well. Your role -- pardon me?
MR. TOBIN: I'm sorry. I was just going to say for the record in discussions with Mr. Corp, we defined topic four to -- and Mr. Cooper's role to geoblocking and territorial restrictions.
MR. BRITO: Thank you.
BY MR. BRITO:
Q Your role, sir, today is in relation to digital distribution, not editorial; is that fair?
A That is correct.
Q The testimony that you're providing today with respect to whether the documentary was aimed at UK audiences is the technical configuration of the iPlayer geo restriction, correct?
A That is correct.
Q Are you familiar with the contention that's been made in this case that the documentary that's the subject of this action was aimed at UK viewers?
A Yes, I am.
MR. TOBIN: Object -- let me just -- go ahead, I'm sorry. I was going to say object to form, but he's already answered so subject to my objection.
BY MR. BRITO:
Q So are you familiar with the position that's being taken in this case by the defendants that BBC took

active measures to block Americans from viewing the documentary?

A Yes, I am.

Q The contention that I just mentioned to you about taking active measures, that was also supported by the declaration that you provided in this case, correct?

A Correct.

Q Is it fair to conclude that the metadata rights to the documentary in the BBC's pips, P-I-P-S, system were set to, quote, "UK only"?

A That is correct. Yes, they were.

Q Pardon me?

A Yes. That is correct. It was set to UK only.

Q And that's a technical territorial restriction, correct?

A Yes, it is. The rights associated -- the rights that are in pips specify the territory and they also specify the duration for which the program can be available.

Q That statement doesn't relate to editorial intent, correct?

A Actually, no, it doesn't.

Q And that UK only rights flag is a routine distribution which sets -- which is set by the BBC and apply to most iPlayer content, correct?

A That is correct. Yes.
Q It doesn't make any reference or signal any indication as to why the program was made or whom the subject matter of the program is, correct?
A Correct. It just refers to the territory and, as I was saying, availability.
Q Now you understand I think from your previous answer about the position being maintained at the -- the documentary was aimed at UK viewers. My question to you, sir, if the BBC was intentionally and deliberately aiming the documentary only at UK audiences, you would expect zero non-UK access, correct?
A So we put in place multiple measures to restrict usage to the UK.
Q And when I -- when I said you, I just want to make sure, I didn't mean to personalize it because you are serving in a corporate capacity so my question was more a function of -- and let me reiterate it, because I don't think I got the answer to that question.
Was the BBC, according to the position it's taking here, was aiming the documentary at UK viewers? We can agree on that, correct?
A Yes, we can.
Q And can we also agree that because that was the intent and aim of the BBC, that it expected zero

non-UK access?

A Our intent was to deliver the content just to the UK.

Q And I know that was the intent, but what about the expectation? Is that the expectation of the BBC that there would be zero non-UK access to this documentary?

MR. TOBIN: Object to the form. Answer as best you can.

THE WITNESS: So the expectation that we had is that we make it -- it's targeted the UK only and we reinforced that targeting with a number of measures. And the first of those measures is that if you're outside the UK, then when you go to iPlayer, you'll be presented by a screen which says that iPlayer is only available in the UK. It's not available in your territory.

The second of the measures is the point at which you try and play the content. We then look to see what country you're in and whether or not we think you're coming through a VPN or not and provided you're in the UK and you're not using a VPN, then we will deliver the content to you.

So a third of the measures is that the distribution that we use from CDNs then perform

that function again. So if an also checks the territory that you're in and whether you're using a VPN or not and determines off the back of that whether it's going to serve the individual bits of video to you or not.

And then we have two other measures because with iPlayer there are terms and conditions and those terms and conditions say clearly that the content is only allowed to be used within the UK. If you look at the terms and conditions, you'll see there's a section six which says that if you need on a license fee to be able to consume the content. Section seven, which says the wording it uses along the lines of don't mess with our systems and you're not allowed to use a VPN to access the content. And then there's a section 24, which is specific to iPlayer, which says you're only allowed to do this within the UK.

And then the final measure that we have is even if you've gone through all of those, then at the point try to and play the content there's then a pop-up that appears, which explains that you need a license fee to be able to view this content. It's the law. So we have multiple measures we put in place to restrict the content to the UK.

BY MR. BRITO:

Q And those restrictions that you've just identified for me were created by the BBC, correct?

A That is correct.

Q And they're enforced by the BBC?

A So they're put in place by the BBC and they're agreed with the rightsholders that we have for our content, because what we're doing is we are policing the rights associated with content, because that content may be sold to other territories and we need to satisfy the rightsholders that we are retaining content within the UK in order that they can sell the content to other territories.

Now, for this particular documentary, that didn't apply. The technology we used is common to all of the content online.

Q Now, why did it not apply in this particular instance?

A Because I'm not aware that anybody was trying to sell that documentary to any other territory in that form.

Q Is that the only reason that you made that statement?

A Yes. In case my statement gave you the impression that we did try and sell the content.

Q Very well. But with respect to the measures that you identified for me, those are measures that are very important to the BBC in terms of its geoblocking or restricting territorial access to certain documentaries and other publications; is that fair?

A Yes.

Q And they seek to uphold it to the extent that BBC has any participation or involvement in conforming or upholding those terms, it does so, correct?

MR. TOBIN: Object to form.

THE WITNESS: Could you repeat the question please? I didn't follow.

BY MR. BRITO:

Q Certainly. Certainly. With respect to the restrictions that you identified for me, you identified for me that they were created by the BBC, correct?

A That's correct.

Q They are important to the BBC?

A Yes, they are.

Q And they are upheld by the BBC to the extent that the BBC has involvement in that process; is that accurate?

MR. TOBIN: Object to -- object to form.

THE WITNESS: That's correct. They were designed by the BBC.

BY MR. BRITO:

Q Those methods that you've just identified are not 100 percent foolproof, are they?

A To go through all those methods, by the time you got to the end of them, you can't lawfully watch the content outside the UK.

Q But my question is a bit different. There is not a 100 percent confirmation that these methods restricted the access that it seeks to restrict, correct?

MR. TOBIN: Object to form.

THE WITNESS: So what we do is we do what we think is as much as can reasonably be done in order to keep the content within the UK and we do that through that selection of the providers that the data that we use and that selection, we used GeoComply and for VPNs, we've used GeoGuard system and we consider that to be the gold standard in the industry to the extent that we see the same technology be used by other public service broadcasters. We also see it being used by, for example, Amazon Prime Video and also GeoGuard is the only system used by the major CDNs. Akamai uses it, which is the largest global CDN. I believe so, and Cloudfront uses it, which is AWS's

CDN.

So for companies that aren't of our scale, you can't duplicate this technology themselves, they can certainly use that technology from the major CDNs and simply buy it from them. And GeoGuard is the only solution that's available to those, so we consider it to be the gold standard for trying to contain your content and keep it.

BY MR. BRITO:

Q BBC would not expect that its employees or contractors would seek to circumvent these safeguards that you've just identified, correct?

MR. TOBIN: Object to form.

THE WITNESS: I'm sorry. Repeat the question.

MR. BRITO: Sharon, could you please read it back for me?

(The record was read as requested.)

MR. TOBIN: Object to form.

THE WITNESS: There are certain circumstances where we enable access from outside the UK of that would be, for example, if there's a television manufacturer who's developing their TV and we ensure that televisions are compliant with our services. And so we may allow them access from outside the UK for the purpose of doing that, but

that is authorized access, so we would not expect them to circumvent our access.

BY MR. BRITO:

Q Is that the only -- you can conceive of where the BBC would essentially circumvent the safeguards you just identified?

MR. TOBIN: Object to form.

THE WITNESS: So I think there are two circumstances. One of the ones I've just given, which is why we work with technology partners around the development of our services. And the second is that we have a specific relationship with British service -- the children, the schools relating to British service personnel overseas and they are allowed access to our iPlayers on a case-by-case basis. We enable them to have access, but those are the only two circumstances that we allow.

BY MR. BRITO:

Q So --

A I'm going to correct myself. Sorry. Excuse me. I'm going to correct myself, because I said those are the only two circumstances. There have also been circumstances where members of the executive board, when they've been abroad, requested access to programs so

that they can see something related to their job and we have given them specific access when that's necessary.

So there are circumstances where there's been authorized access to people internationally. At no point do we actually -- your original question was around members of staff and so -- on circumventing it and no, we do not authorize that.

Q So it is not authorized and it is not expected that the BBC personnel such as employees, non-board members would circumvent the safeguards, correct?

MR. TOBIN: Object to form.

THE WITNESS: Correct. So circumvent implies without authorization. If there was a reason for authorization, then that was approved, we can give people organization as I've described -- authorization as I've described.

BY MR. BRITO:

Q Now, the BBC distributes a separate international iPlayer website edition based on that same geolocation system, correct?

A No, it doesn't. We don't have an international version of iPlayer.

Q You do not have an international version?

A No. There is only one version of iPlayer. There are other services which you may be referring to

which are not related to iPlayer. So services like BritBox, which is an international service, but it's not related to iPlayer in the sense that it has completely different content and the rights agreement is completely different.

Q Now the BBC's distribution system records the IP address and the apparent geolocation of every request, correct?

A No, that's not correct. It depends which system that it's coming through.

Q Let's talk about -- let's talk specifically about the iPlayer system.

A So iPlayer uses a multitude of systems. So when a request comes into iPlayer, you're requesting an iPlayer page, you're requesting iPlayer objects like images and so on and then at some point you're going to request the video and in requesting the video, you're going through a media selector. So there are multiple requests that go through multiple systems that go through and of those systems, most of them do not record the IP geolocation information because it's not relevant for them within the logs.

The one system that does record that is a system called GTM, which stands for global traffic management, so it's our global traffic manager. And so

requests that come through GTM will actually within its logs record detailed information about the information related to where that request is coming from our system has recorded. So it records the IP address, but also it records the country we identified associated with that IP address. We only do it at the country level and it records some of the other decisions taken as to say, for example, whether or not it was a peak hour or not.

Q So specifically as it relates to the documentary that's the subject of this action, did the BBC have the technical means to know whether other users were viewing the broadcast?

A Sorry. Did the people -- did we know whether or not we have had the means to know whether viewers were viewing the broadcast?

Q Yes --

A Yes, we do. We log requests, yes.

Q Let me make sure. We kind of spoke over each other. My apologies. Let me back up.

MR. TOBIN: Let him finish. Richard, let him finish.

BY MR. BRITO:

Q The fact that we're doing this remotely injects an additional element to this process where we need to take a brief pause between question and answer.

I'm just as culpable as you may be, so just let's -- let's allow for my question to come out and I'm going to try not to step on your answers as well, so that Sharon doesn't pull the plug and leave both of us sitting here alone.

My question, just to reiterate to make sure you and I are understanding one another, is as it relates to the documentary that's the subject of this action, is it fair to conclude that the BBC had the technical ability and technical means to know whether or not US users were viewing the broadcast or were seeking to view the broadcast?

MR. TOBIN: Object to form.

THE WITNESS: So that's correct in that where we detect someone is from the US, we do not deliver the content to them. We do log the fact that that request happened.

BY MR. BRITO:

Q And there are records that reflect requested access?

A Can you repeat the question, please? I'm sorry. The audio isn't perfect.

Q There are -- there are documents that would reflect requested access to the documentary, correct?

A Correct.

Q Beyond the indication that the request is coming from outside the UK, is the information any more specific as it pertains to the location of the request?

A We do not log anything more granular than country.

Q Okay. Aside from the country, what other information is reported or documented relating to a request outside the UK?

A So we only log that information in the GTM system, as I described, which has a subset of requests going through it and for that we log -- we log a thing called is UK combined, which is the combined logic that we apply to decide are you in the UK and are you not using a VPN. So we log the answer to that question that was then used to determine whether or not we serve the content or not, where that content was being delivered through GTM. And in addition to that, we log the input into that calculation, which is the country and also some fields related to VPN. In other words, are you a VPN or are you an anonymous proxy or something.

Q Would there be any information that would reflect that the request was blocked?

A Yes.

Q And what information would that be?

A So that appears as a code called a 403, which says that you are denied access to the content.
Q And that information is maintained by the BBC as it relates to this documentary?
A Yes, it is. I believe that information has actually already been supplied to you.
Q Is it fair to conclude that the BBC promoted the documentary on its Panorama X account?
MR. TOBIN: Object to form.
THE WITNESS: So I have seen a tweet of the Panorama. Yes, I have.
BY MR. BRITO:
Q And that obviously is available globally, correct?
A Yes. Within that tweet, it also specified that you can see it on BBC One on an iPlayer, both of which are only available in the UK.
(Plaintiff's Exhibit No. 30 was marked for identification.)
BY MR. BRITO:
Q Now let me show you what we'll mark as Exhibit 30. We'll put that up on the screen. And this is the declaration that you submitted in support of the motion to dismiss. Do you see that document, sir?
A I do.

Q And then I'll turn your attention to the last page or the third page, pardon, not the last page, because it has exhibits to it. Can you scroll down a little bit, please? Can you see your signature at the bottom, sir?
A I can, yes.
Q Okay. And you signed this under the penalty of perjury; fair?
A That is correct.
Q And this was a document that was prepared by counsel that you reviewed and then signed, correct?
A That is correct.
Q The declaration that you provided here on behalf of the BBC, it does not discuss any potential failure rate for the geoblocking technology that's used by the BBC, correct?
A That is correct.
Q Is that information available to the BBC?
A The technology that we use, if the technology not 100 percent successful, we are unable to know that. That is why, just to reiterate what I said before, we had the three technical measures and then on top of we have the two other measures, which are the terms and conditions and the pop-up sites.
Q With respect to the failure of any of the

measures, is that something that is either quantified by the BBC or maintained in some format by the BBC?

A We believe that BBC cannot quantify it. We cannot quantify that.

Q Well, I understand the testimony -- I believe I understand your testimony to be that it cannot quantify the totality of any failures, but my question is a bit different. To the extent that the BBC is aware of any failures that have occurred with respect to its geoblocking technology, does it quantify that information or categorize that information in any way?

MR. TOBIN: Object to form.

THE WITNESS: So there are two parts to what could be deemed failures. One is the data that we get from our supplier, so the data provided by GeoComply. And as I said before, we consider that the gold standard and all we can do is then make sure that we are using it to our best ability.

And the second is the performance of our systems in terms of working reliably with that data to make sure we are continuously using it correctly for our distribution. To the former, we're then dependent on GeoComply and GeoComply on their website do specify a number, but we have no way to be able to authenticate that. And for the latter,

it then depends on the availability of our systems and we do measure the availability of our systems to identify when there are any failures of them.

BY MR. BRITO:

Q Now, it's not the position of the BBC that it is certain that no one in the United States accessed or attempted to access viewing the documentary, correct?

MR. TOBIN: Object to form. Answer as best you can.

THE WITNESS: Yes, I'm sorry. I have to learn to do a slightly longer gap. So you used two things, you said access and attempt to access. We have no evidence of access. We do have evidence of attempt to access.

BY MR. BRITO:

Q How many individuals does the BBC have information on that attempted to access the documentary?

A So in terms of total attempts, including unsuccessful attempts, I do not have that number at hand. In terms of the successful attempts, that was around 570,000 play starts. It's a measure that we use.

Q In the United States alone?

A No, no because the documentary was not available in the United States. That's the total number of play starts, successful play starts, which will be

all of those plays who those people considered to be inside the UK.

Q Right. My question was a bit different, sir. My question is in relation to the information that the BBC has or has access to, does it -- does that information reflect whether there was attempted access of viewership of the documentary by anyone in the United States?

A So yes, it does, but I beg your pardon because you asked me the number and I don't have the number at hand in terms of how many accesses -- how many attempted accesses there might have been.

Q And what is your understanding generally or specifically as to the number of individuals within the United States that attempted to access the viewing of the documentary?

MR. TOBIN: Objection. Asked and answered.

Go ahead and answer it again.

THE WITNESS: Yes. I do not have that data.

BY MR. BRITO:

Q Do you have --

A I don't have that data in my head.

Q Do you have a general understanding?

MR. TOBIN: Object to form.

THE WITNESS: No, I don't. I -- I -- I -- we

can find that data. It's not a number that I
looked up or remembered to bring to this session.

BY MR. BRITO:

Q Aside from reflecting the fact that the viewer who was attempting to gain access was in the United States, does the information in the possession of the BBC identify anything else about that attempt?

A So any request that comes in will come in with the normal information we expect. So we get the IP address, we get the user agent information, as provided to us, probably the two key useful bits of information.

Q Does it reflect the date of the attempted access?

A Oh, yes, the timestamp.

Q The time as well?

A Yes. The timestamp, so the date and time.

Q Anything else -- now that you understand a little bit more granularly what I'm asking about, is there anything else that you are aware of that is contained within the information that the BBC has with respect to viewers from the United States seeking to gain access to the documentary other than IP address, date, time?

A So we log a considerable number of fields, and by the way, that's not specific to the United States.

We log any access or attempt to access our systems and these are standard logging fields. I wouldn't be able to give you all of them. But we tend to log things like

-- we will log which CDN was used. We will log the protocol that was used. So whether or not it was HTTP or HTTPS. We'll tend to log the type of encryption that was negotiated between the client and the CDN to protect content, because that varies by clients. As I said, we will log the user agent associated with the client, so that's the data that the clients gives to us. Some CDNs can give us a bit more granularity, so we will log a bit more information about which particular cache of the CDN was used to serve that content and that's a
-- that's a subset of them. Those are the ones that spring to mind at the moment. Give me a moment; I might remember some more.

Q Now we've been talking about attempted access. Does the BBC have any information of successful access from anyone within the United States as to the documentary?

A So, for our distribution systems which are responsible for the enforcement of geoblocking, no, we don't have any records of successful access from outside the UK.

Q Okay. You limited your testimony at the outset in a particular fashion. Is there a reason why you limited it that way?

A So the distribution systems are the ones that use GeoComply and GeoGuard system associated with that and those are designed to operate for enforcement, geoblocking. And so to make sure that the enforcement is correct, first of all, we select what we consider to be the gold standard supplier and the second is we ensure that systems are kept up-to-date. So that means that information related to IP geolocations, so which country you're in, that information is updated on a daily basis every day and information related to the VPNs is updated on an hourly basis. So we use gold standard providers and we update this information very regularly.

Now there are other systems that the BBC has, which are used for analytical purposes where they're not used for enforcement and they will use different suppliers of IP geolocation information and they are not designed for enforcement. And so they're not selected on the basis of accuracy, because those systems are used in aggregate. We're not trying to see what an individual is doing and not trying to block that individual, those systems then provide that information

in aggregate and they use to decide what we're going to do in terms of improving the product, the discoverability of content or may we use commissioning information and so on, commissioning decisions and so on. And those data sets then give different answers in those cases in terms of the -- where people may be, but we don't consider them to be authoritative, because they are not designed for enforcement.

Q Very well. Now let me direct your attention to paragraph 11 of your declaration, where you state that purpose of geolocation features and VPN blocking systems described above -- and we'll use the term you used in your declaration -- geoblocking technology is to make reasonable concerted attempts to prevent unauthorized access to the iPlayer from outside the United Kingdom. Did I read that correctly?

A You did.

Q The iPlayer technology incorporates the geoolocation feature that's provided by GeoComply, correct?

A So specifically then the -- that technology is incorporated into our IP geolocation annotation system, which is used across the whole of BBC online and that system then provides the information to iPlayer, to the media selector, to the

various different layers I described a couple of times, so iPlayer and the decisions as you play content and to the CDMs. So it's not specifically iPlayer that takes that data. It's the annotation service that provides it.

Q The IP geolocation feature determines the country from which a request originates, correct?

A Correct.

Q And if the IP address is identified as coming from outside the UK, the request is blocked, correct?

A So a little bit more complicated than that. So what we do is we look at the IP address and we look at the -- whether or not it's a VPN or not and we combine that information and then we use that to signal to BBC products, including iPlayer, we provide them with the information to say we're confident this person is inside the UK and so you can serve them rights to restricted content or we are confident that people are outside the UK, in which case you can serve them commercial elements which are not allowed to serve within the UK. So we take those decisions centrally and then we provide that information -- we annotate essentially, I should say, and we provide that information to products and the product will then

decide what to do with it.

Q When you talk about verifying, you're really relying upon GeoComply's geolocation data, correct?

A That is correct.

Q It's -- well, I'll leave it at that. You would agree with me that IP addresses can be inaccurate as it relates to the true physical location of the individual that's trying to gain access, correct?

A Yes. So there are specific services. So, for example, on an iPhone there are things like iCloud private relay available and they deliberately move your IP address around to set the endpoint somewhere different and you have choices whether or not you wanted to put them find location. In other words, somewhere close to you or somewhere that's in the same territory and time zone, but further away from you. So typically they might appear to be CloudFlare or something like that. So yes, there are systems out there which are designed to give you a greater degree of privacy, as I said with your IP address, and that's one of the reasons that we don't use IP addresses or state level or city level attempts to try to identify where people are, because it's not reliable.

Q IP geolocation databases contain errors, you would agree, correct?

A So as I said we, you know, we went through competitive procurement. We procured what we considered to be the gold standard and then we use that data and we make sure that our systems reflect that data and apply it as reliably as we can.

Q But that -- that data is based upon an apparent location of the intended user or the requested user, not the actual location, correct?

A That is correct. Yes. It's dependent on the location that been identified by the IP geolocation provided.

Q And I know you utilized the terminology gold standard quite a bit this morning. That's your opinion, correct, your individual personal opinion?

MR. TOBIN: Object to form.

THE WITNESS: So we went through a competitive procurement, so I would say it would be out of our procurement process that we came to that conclusion.

BY MR. BRITO:

Q But going through that process in terms of the capabilities and categorizing those capabilities as the gold standard is something that you derived in your own mind, correct?

A That is correct. I have used the words gold

standard.
Q The iPlayer --
A If I may, just to continue that point. And I would say to back that up is the fact that, as I was saying earlier, the major CDNs only use GeoComply GeoGuard service and they make that available for people who can't implement it themselves into a system that they use for VPN blocking. It's the only one that I'm aware of that any of the CDNs make available as a service to anyone else. So it's not just us that thinks it's the
-- I'll use the term again, gold standard, is the same selection that is being made by the CDN.
Q Okay. IPlayer uses a VPN blocking system called GeoGuard, correct?
A That is correct.
Q And that's intended to restrict unauthorized users, correct?
A Correct.
Q When a request is identified as a VPN or a proxy, what action does the system take?
A So we take the combination of VPN data and country data if we're going to serve you the content, then the country data needs to be the UK and the VPN data needs to indicate that you're not using a VPN for

any of the other circumvention things that are identified as proxies or tall relay nodes or anything like that. So providing all of those country positives, as in, you are in the UK and are you not using VPN also comes in. If we identify your IP address as being in the UK, but we also identify as you using a VPN, we will not serve you.

Q And is that event recorded?

A So the combination of those things, the decision for that is recorded, as I said, in the GTM logs. You don't record it everywhere, so that's the one area where we do record it and those logs we provided to you.

Q Now does the BBC know, as it relates to this particular documentary, which GeoGuard categories were enabled at the time of the broadcast?

A So by GeoGuard categories, you mean the logic that we applied to the various different fields that GeoGuard includes within the data set?

Q Via VPN, public proxy.

A Yes, it is.

Q Which categories were enabled?

A So forgive me. This is in one of the documents that we supplied and I wonder if we want to look at the detail of that, whether I may have a copy of

that document in front of me.

Q Just -- we'll try to get you that when the opportunity presents itself. But just based on your recollection and your testimony in a corporate capacity, do you recall which GeoGuard categories were enabled for purposes of the documentary?

MR. TOBIN: Object to form.

THE WITNESS: Yes. I mean, it's specifically within the documents and so I'm not going to attempt to recall them all, but fundamentally it's obviously not a VPN, not a DNS proxy, not a Tor exit. No.

BY MR. BRITO:

Q Do you know what action was set for each of those categories?

A Yes. So in each case it ends in block.

Q I couldn't hear the last part. Pardon me?

A In each case the result of those -- if any of those are positive, then it blocks it. And there's evidence of this, by the way, because those fields are pulled out into the GTM logs that I was describing to you and you've got the aggregated information there which shows those circumstances where those fields are positive and the consequence of that is that the request is blocked.

Q How can these categories detect a VPN when the IP address appears to be within a city in the United Kingdom?

A So for people who are trying to circumvent the geolocation systems, the VPNs that they use, they will choose an exit node of a VPN that is actually in the UK. That's how they try to fool the system so that when we look at the IP address, the IP address is in the UK. If we detect that as being a VPN, then we cannot be sure that the person was in the UK, because somebody in the UK could use a VPN. They could be in the UK using a VP and their exit node could also be in the UK. We cannot differentiate that between someone outside the UK trying to use a VPN, so in those circumstances, we see that the country appears to be the UK, but the IP address is associated with a VPN and therefore we block it.

Q How do these systems detect VPNs of UK residents versus VPNs outside the UK?

A They don't. They can't differentiate between them, which is why we block it in all circumstances.

Q How are addresses that are flagged only as hosting providers treated?

MR. TOBIN: Object to form.

THE WITNESS: So we don't block hosting providers because hosting providers are used to

provide a whole load of legitimate services. So the BBC services including iPlayer are available to businesses, schools, colleges. They have educational material in there and so on and so we don't block those. They will typically have systems that manage their Internet page that will sit in hosting providers and we don't block hosting providers. We do block hosting providers where we identify those as being a VPN exit node, but we don't block hosting providers.

BY MR. BRITO:

Q Is there an internal GeoIP system that's utilized by the BBC?

A So the GeoIP -- excuse me. The GeoIP system is one that we designed ourselves that uses the GeoComply data.

Q What components make up that internal GeoIP system?

A So at a high level, I described two components. One is the GeoIP system itself and effectively what that does is you send an IP address, it looks it up in both the GeoComply IP geolocation data and the GeoGuard data and returns information related to what it's got from that. So that includes information I described beforehand, which is the individual

information plus the aggregate information that says whether it's
-- whether you can serve rights to restricted content on that or not. And then the other system is one that we call the annotation system and the job of that is to make it very easy for us to be able to use this. So when a request from a client comes into iPlayer, for example, it will go through the annotation system and the annotation system will provide things called headers, which get added to the request as they go through the system, which will have the necessary information to allow the product to take the decision of what it's going to do.

Q And this testimony you're providing me, is it documented anywhere within the BBC?

A Yes, it is. And I believe those documents are either with you or on their way to you.

Q And how would you either classify or recognize those documents that you're referring to?

A So we described the documents that we provided tend to be runbooks, so the runbook is something that's used for operational purpose and therefore is kept up-to-date. It includes architectural information, the purpose, and some operational information with it as well. The architectural information show how the

components go together and the annotation system, which then describes its relationship with the GeoIP system. Then those runbooks, I believe, have been provided to you.

Q What software validates the incoming GeoComply data?

A So that's software that we've written ourselves. And when you
-- when we say
-- when you say validate, then we do two things; one is just to make sure the data itself is valid as in it's not corrupt, so that it's not going to break the system when we deploy it. I said two things and I don't know if remember what the second thing is going to be.

Oh, and the second thing is if we get an IP geolocation set of data where the difference between the previous data and the current data is sufficiently large, then we will consider that to be suspicious. So we need to validate with the team that -- because we change the technology from time to time that's still in place. But that's something we put in place to make sure that we don't accidentally get a set of data that we've deployed where it's clear the data is suspect and as a consequence it could deny everyone access to iPlayer because it's simply not correct.

Q Does the BBC --
A And just to be completely clear, we have that in place
-- we've had that in place. I would need to validate that we had that in place during the period that the documentary was available.
Q Does the BBC measure GeoGuard accuracy on its own iPlayer traffic?
A We don't believe that we have a mechanism to do that.
Q Do that does it rely --
A They do measure
--
Q I'm sorry. I stepped on your answer. My apologies.
A No, no, no. As you say through the delay. I may even be a bit too long. So we do measure, as I said, the availability of our systems, but we don't
-- and we don't believe we can measure the accuracy of the data.
Q So to the extent that the BBC is relying upon a percentage, it's relying upon the vendor's own figures, not the BBC's internal due diligence; is that fair?
MR. TOBIN: Object to form.

THE WITNESS: So the due diligence that the BBC does is based primarily on any times where we get complaints on the data where somebody fails to get access, for example, iPlayer, who considers they should do. And the reason the systems are updated so quickly -- so rapidly, so as I was saying, the GeoGuard system every hour, data every hour, and the geolocation data every day is because the internet is a dynamic environment and these things change.

So, for example, there was an ISP UK called Hyperoptic, which was one of the independent cyber based ISPs and it being a new ISP needed to procure IPv4 addresses. And so as it was growing, it would buy new IP address -- IPv4 addresses and at that point wherever it bought them from, then it would take a moment for the IP geolocation system might identify that the location of those IPv4 addresses had changed. So under those circumstances, we would then notify GeoComply that we found that there's a change and that would accelerate the process of keeping them up-to-date. So we do do that sort of work where it tends to be complaint based. Otherwise we expect GeoComply to do this for us, because that's its job.

BY MR. BRITO:
Q Is the BBC aware of the fact that numerous commercial VPN services publicly advertises the ability to reach the BBC iPlayer from outside the UK?
A Yes. And in fact, you did a link to one of those in your complaint document, which was -- I believe it's called Tom's Guide.com and so I looked specifically at that one and that was an interesting document. So it does promote the fact that VPNs exist. It then actually has a section within it, which calls out the iPlayer terms and conditions and points out that you are not allowed to view iPlayer from outside the UK, so that's within that document and then it went on to list some of the VPNs and appeared to have a commercial relationship with one, I think, because it then has a deal against ExpressVPN.
Q And has the BBC tested controls against any of these commercial VPN services?
A So we effectively -- we outsourced that function of GeoComply, that job. So what GeoComply does is on a continuous basis they are then testing these VPNs to find their exit nodes. They use that then to update the GeoGuard data and every hour we pick up that GeoGuard data from them, so that as the Internet evolves and as the services evolve, we continue to stay

up-to-date in our ability to block those exit nodes.
Q And with respect to the reporting that GeoComply has made to the BBC, what have the results been as it pertains to GeoComply testing the commercial VPN services?
A So I don't have data on that.
Q And I'm not -- that's fine, but I just want to make sure. I'm not asking if you, Mr. Cooper, has data. Does the BBC have data, as far as you know?
A No, I don't believe so.
Q Do you know why?
MR. TOBIN: Object to form.
THE WITNESS: It's something that we can't measure.
BY MR. BRITO:
Q Do you know if GeoComply retains any such data based on the services that its rendering and testing these VPN services?
MR. TOBIN: Object to form.
THE WITNESS: I don't know. And as I say, what I do know is that VPNs change on a regular basis, which is why we have such rapid update cycle of data.
BY MR. BRITO:
Q Is the BBC aware of some VPNs that have been

routing traffic through residential IP addresses that appear to be ordinary UK users?

A Yes. We are aware of this.

Q Does that apply to iPlayer?

A So I have seen it. It's another attempt to circumvent the data and residential VPNs are -- I mean, they're interesting decisions for people to participate in them, because at that point they're basically handing over their IP address and their traffic to third parties who could be using that for any purpose at all. So I'm always intrigued that people decide they're going to participate within those. They do present a challenge for us in the sense that at that point then it is a residential IP and that essential IP could be used for a residential VPN or it could be legitimate use out of that residence. And on top of that, it is also a challenge for us because there are circumstances where a single IP might be shared amongst multiple households but, for example, where an ISP is short of IPv4 addresses and as a consequence uses something like Carrier-Grade NAT.

Q Now, going back to what you were talking about with respect to the update cycle. Is an hourly update cycle the fastest time frame that's currently available as far as you know?

A Yes, it is. As far as I'm aware, yes.
Q Do you know --
A Every six hours originally and then it increased to an hourly based cycle.
Q Do you know if VPNs update more quickly than that?
A I don't know. I mean, it's -- it also -- I mean, effectively what a VPN is doing with an update is it's creating itself new exit nodes. And so at the point at which it creates a new exit node, then that exit node then exists and then in an ideal world, the GeoGuard data will have caught that within an hour.
Q Does the BBC know whether an exit node could be created under an hour?
A Well, however long it actually takes to create an exit node. An exit node is effectively the deployment of VPN software under a system within a hosting environment somewhere. The exit node exists at the point at which it's put live and that can happen at any moment and any time during the day, but the question is how quickly it is identified.
Q But from your experience, the creation of an exit node can happen fairly quickly, correct?
A Even if

-- create an exit node takes a while to create so the point of the instant at which you
-- you want to make it available, you put it live in the exit node. The rate at which VPNs do that is how much they want to invest in doing this and how much it's worth their while, you know, what the velocity is they want to try and change their exit node and so the judgment clearly that GeoComply has taken an hour is a reasonable cycle to try and pick these nodes up and provide an updated data set.

Q Do the materials GeoComply provides to the BBC address what we've been talking about with respect to residential IP addresses or hijacked IP addresses?

A I would need to validate that.

Q I couldn't hear you, sir. I'm sorry.

A I would need to validate that.

Q Now with respect to an account, what does the account's country of registration represent to the BBC relative to what we're discussing this morning?

MR. TOBIN: Object to form.

THE WITNESS: I'm not sure that I have a sufficient level of knowledge to be able to answer that question reliably. My understanding it's an indication of the location of the individual as far as IP geolocation system was concerned at the point

at which that account was created, but I need to check that with the account team to make sure that's correct.

BY MR. BRITO:

Q But an account can be registered outside the UK, that's correct?

A Yes, it can.

Q How does the BBC interpret an event where an account is registered outside the UK, but the stream is attributed to within the UK?

A So the account is not used and the account registration location is not used at all within our IP geolocation enforcement.

Q Now what streaming data does the BBC retain?

A I think -- would you repeat the question, please? Which -- what data?

Q Streaming.

MR. TOBIN: Streaming.

THE WITNESS: Streaming data. CDN logs. So the total data that we retain is the CDN logs that we have for the entirety of the duration that the documentary was available. Then there are other logs related to that. So we talked about the annotation service and the GeoIP service. We don't

retain those logs. We only have those logs for seven days, but they are not useful because they don't have any information in terms of the context in which those services are being used. They're just simply I got a request for this IP address and I gave this answer to it as well as to the diagnostic process.

We have Media Selector logs and the Media Selector logs themselves are also of short duration before they expire, but Media Selector is founded by a system called GTM, which I've talked about before. And the GTM logs we do have. And those are the ones that we provided in aggregate to you. I should say as a full answer that we have a number of systems, so Media Selector is actually a complicated product and it appears as a number of endpoints that are used by different devices and not all of those endpoints go to GTM, so we only have the detailed logging available to those endpoints that go through GTM, not those ones that went through earlier systems.

BY MR. BRITO:

Q And for how long a period of time is this information that you've just identified for me retained by the BBC relative to streaming data?

A So we extended the retention period for that data to make sure that we didn't lose it. So normally, though our retention periods vary and we change our minds from time to time in terms of how long we're going to keep data for because there's costs for doing that. But typically we'll keep data in these areas, I think we'll keep data for -- in detailed form, for around 18 months and then in aggregate form for considerably longer than that. So as I say, that's something that's a fairly dynamic decision, because the amount of data that we collect is considerable so it's around 50 -- 30 to 50 billion records of data a day, so it's quite an industry collecting this information and we tune that on a daily regular basis to make sure that we are getting value from what we retain.

Q Very well. Let me pivot a little bit to the consumption measures.

MR. TOBIN: Can I just ask -- Alex, I was going to ask for a comfort break when you reached a pivot point. Is now an appropriate time for that?

MR. BRITO: If I can just get through a couple of questions, Chuck, it won't last more than a minute, we can take a comfort break.

MR. TOBIN: Let's do it.

BY MR. BRITO:

Q Mr. Cooper, how are these consumption measures such as a request, a play, completion of a broadcast, how are those measured, if at all?

A So there's two parts of the question. I mean, we
-- there's how we log them and then how we make that data available for analysis. Are you interested in how we make that data available for analysis and how we measure them? Is that the question?

Q Both.

A Okay. So logging, I think I described in terms of CDN logs and Mediaset logs and so on and we store them in various systems. So the CDN logs, we tend to store them in AWS and use Athena as a means of being able to query them. And for the GTM logs, we actually have them in GCP and use BigQuery as a means of querying them.

Q And are they segregated in any fashion relative to the broadcast or are they segregated by day? How are they classified or maintained?

A So they have -- and so they tend to be segmented by a number of things in order to make the query -- querying of them possible. So typically that will always be by day, so this is in AWS. We tend to do

that by day by what we call distribution. Because there are a number of -- we group distributions into different sets. And when I say something like distribution, what I mean is by video-on-demand data using DASH for delivery to the UK will be in its own distribution and that's another way that we segregate the data.

Q Okay.

A And I'm simplify -- it simplifies the query and makes the querying much cheaper and they tend to be the dimensions that people are interested in.

MR. BRITO: Okay. I think we have time now to go ahead and take the break that was requested by your counsel. How long do you all need?

MR. TOBIN: Give us about ten minutes, if that's all right.

MR. BRITO: Very well. It's -- ten minutes it is. I'll see you in ten.

MR. TOBIN: Thank you.

THE VIDEOGRAPHER: The time is 10:28 a.m. We're off video record.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER: The time is 10:42 a.m. We're back on video record.

MR. BRITO: Mr. Tobin, I'm going to show the witness some documents that have been designated as

attorneys' eyes only by the defendants. I presume there's -- there is no objection to that in light of the folks that are in your room?

MR. TOBIN: No objection. And we'll all adhere to the protective order with respect to this transcript.

MR. BRITO: Very well.

(Plaintiff's Exhibit No. 22 was marked for identification.)

BY MR. BRITO:

Q Mr. Cooper, I'm going to show you what we'll mark as Exhibits 22 through 25. We'll put them up on the screen one at a time, but let me just show you Exhibit 22, which is an email string.

MR. TOBIN: Let me just ask one question, if I may on that point, Alex.

MR. BRITO: Sure.

MR. TOBIN: Has your expert witness signed the protect order -- onto the protective order?

MR. BRITO: He will. He will today. I don't know for certain if he has and I don't want to misrepresent it to you, but irrespective of that, he will immediately.

MR. TOBIN: All right. I appreciate that again, subject to the objections we stated at the

beginning of the deposition.
MR. BRITO: Very well.
BY MR. BRITO:
Q So Exhibit 22 is an email string that it dates from August 21st, 2025 through September 23rd, 2025. And you see you're copied on this email at the top of Exhibit 22, sir?
A It's actually sent to me.
Q And this is an email from [redacted]?
A Yes.
Q And what does [redacted] do for the BBC?
A He works for the commercial rights and business affairs department. I believe he works in the CRBA and I believe he reports to [redacted].
Q And are you familiar with Exhibit 22?
A Yes, I am.
Q And Exhibit 22 is a discussion between you and several others within the BBC with respect to access that was obtained relative to certain soccer matches, correct?
A Correct.
Q And that was I'll refer to the soccer matches as part of the Bundesliga which is B-U-N-D-E-S-L-I-G-A,

correct?

A Correct.

Q And if we turn to the second page of Exhibit 2, just for context at the very bottom of that page is an email from -- I don't know if I'm going to pronounce this name even remotely correct, but It looks like it's [redacted] from Bundesliga International. Do you see that?

A I do.

Q And then it spills over onto the third page and that's really my focus. At the top [redacted] writes, [redacted] Do you see that? Do you see what I read to you, sir?

A Yes, I do.

Q And then [redacted] writes, [redacted].
[redacted]

[redacted]. Did I read that correctly?

A Yes, you did.

Q And ultimately those communications were responded to. And we go back to the first page, there was an email from [redacted] where [redacted] follows up and says, [redacted], correct?

A Correct.

Q And then ultimately, [redacted] forwarded that communication to you at the top of the page. It says see below from Bundesliga, [redacted], correct?

A Correct.

Q And this was September of 2025, approximately a year after the documentary that's the subject of our action was broadcast, correct?

A So yes, slightly less than a year.

Q And this was also during the time that the broadcast was available on iPlayer, correct?

A That is correct.

MR. TOBIN: Out of courtesy, Alex, I'm just going to cite we were hearing whispers in the last moment and I know that you don't want us to overhear them, so I just wanted to make you aware.

MR. BRITO: I've got to get Ian to whisper a little bit lighter, but thank you. I appreciate it.

MR. TOBIN: Exactly. Exactly.

BY MR. BRITO:

Q [redacted] correct?

A That is correct.

Q [redacted], correct?

A Correct.

Q [redacted]

A That is correct.

Q [redacted] correct?

A That is correct.

Q [redacted] correct?

MR. TOBIN: Object to form.

THE WITNESS: Can you repeat that question, please? And by the way, I'm asking you to repeat the question because the audio quality isn't brilliant and neither are my ears.

BY MR. BRITO:

Q And that's why I was trying to fix it during the break. My apologies, sir. And I have asked you to repeat it because my ears are and my eyes are not doing as well as they should these days. But so I -- not a problem and if you -- if I ask you, please understand the reason why. But hopefully during my lunch break I'll be able to get this corrected.

My question to you, sir, is that in this scenario that we're looking at in Exhibit 22, [redacted]

[redacted]

A Correct.

Q [redacted]

A [redacted] [redacted]

Q [redacted]?

A [redacted].

(Plaintiff's Exhibit No. 23 was marked for identification.)

BY MR. BRITO:

Q I'm going to put up on the screen Exhibit 23, which is also for purposes of the record a document that's been designated as attorneys' eyes only. And the exhibit reflects email communications from September 23rd, 2025 through October 1st, 2025. And specifically I would like to draw your attention to the second page, which is an email from you, sir, on September 24, 2025 with respect to the same issue.

[redacted]

A That's correct.
Q And you write at the beginning: [redacted]. Can you see that or is that large enough for you to view?
A Yes, it is.
Q You write, [redacted]. Did I read that correctly?
A Yes, you did.
Q [redacted] would you agree?
A [redacted] yes.
Q And then if you look at the two paragraphs below that. It says, [redacted]

[redacted] correct?

A Correct.

Q And this is September of 2025, a year or a little bit over a year after the broadcast, correct?

A Correct.

Q So with respect to your statement here about [redacted] a [redacted] would you agree?

MR. TOBIN: Object to form.

THE WITNESS: [redacted] No.

BY MR. BRITO:

Q [redacted], correct?

MR. TOBIN: Object to form.

THE WITNESS: [redacted]

[redacted]

[redacted]

[redacted]

BY MR. BRITO:

Q Okay. If it was --

A [redacted]

[redacted].

Q [redacted]

[redacted] You would agree with that, correct?

A Yes, indeed. [redacted]

[redacted]

Q [redacted] correct?

MR. TOBIN: Object to form. Mischaracterizes his testimony.

THE WITNESS: And I think your question is you [redacted].

BY MR. BRITO:

Q [redacted]. Pardon me.

A Yes. [redacted]

[redacted].

Q And that's really what my question was driving at. [redacted] correct?

A Correct. [redacted].

Q [redacted]. [redacted].

A Yes.

Q [redacted]

[redacted] is that fair?

MR. TOBIN: Object to form.

THE WITNESS: [redacted] [redacted].

BY MR. BRITO:

Q I understand. [redacted], correct?

MR. TOBIN: Object to form. Go ahead.

THE WITNESS: Yes. That's correct. [redacted]

[redacted].

BY MR. BRITO:

Q And this geoblocking system -- I think I may have covered this and I apologize if I did, but I want to make sure. The geoblocking system that was in effect at the time of this exhibit that we're looking at, Exhibit 23, is the same geoblocking system that was utilized for purposes of restricting access to the documentary on iPlayer in the United States, correct?

A That is correct. [redacted]

(Plaintiff's Exhibit No. 24 was marked for identification.)

BY MR. BRITO:

Q Let me show you what we'll mark as Exhibit 24, which is also a document that is attorneys' eyes only. And Exhibit 24 is an email string from September 2nd, 2025 through September 25th, 2025. [redacted] is emailing to the folks at Bundesliga as well as others within the BBC. And one of the things that he writes on the fourth paragraph says [redacted]

[redacted], correct?

A Correct.

Q [redacted].

[redacted], correct?

A Correct.

Q And then he says [redacted], which is [redacted] from the BBC, correct?

A Correct.

Q [redacted] Are you aware of that?

A Yes.

Q [redacted]

[redacted] correct?

A Correct.

(Plaintiff's Exhibit No. 25 was marked for identification.)

BY MR. BRITO:

Q Let me show you what we'll mark as Exhibit 25. This one I believe may be attorneys' eyes only as well. And here we have a series of emails which are sent to you, from you or from October 1st, 2025 through October 17, 2025 and the subject, I think all of these emails was the same. It's [redacted]. Do you see that?

A Yes, I do.

Q And if we go to the second page on October 17, 2025 you write [redacted], [redacted]. Do you see that?

A Yes, I do.

Q And what you were referring to here with regard to [redacted], correct?

MR. TOBIN: Object to form.

THE WITNESS: Where are you seeing that?

Sorry. Could you repeat the question?

BY MR. BRITO:

Q When you -- when you write [redacted]; is that correct?

MR. TOBIN: Object to form.

THE WITNESS: [redacted] actually -- it might be helpful for me if I could just see the previous email in the thread and I can --

BY MR. BRITO:

Q Certainly. Go down. Yeah.

A There we go. [redacted]

Q Okay. Let's go to the first page to see what [redacted] stated in response to your email. He writes [redacted],
[redacted]

[redacted] correct?

A Yes.

Q [redacted], correct?

MR. TOBIN: Object to form.

THE WITNESS: Well, that's the second half of the paragraph. [redacted]

BY MR. BRITO:

Q Right. [redacted], right?

A Correct.

MR. TOBIN: Objection.

BY MR. BRITO:

Q [redacted], correct?

A Correct.

Q [redacted] Do you see that?

A I do.

Q [redacted], correct?

A Correct.

Q Your response is located at the top of the email and the second sentence says, [redacted]. [redacted]. Do you see that?

A Yes, I do.

Q [redacted]?

A Yes.

Q [redacted]

A [redacted]

Q [redacted]

MR. TOBIN: Object to form.

THE WITNESS: No. [redacted]

[redacted].

BY MR. BRITO:

Q [redacted]

A [redacted]

Q [redacted], correct?

MR. TOBIN: Object to form.

THE WITNESS: No. [redacted].

BY MR. BRITO:

Q [redacted] correct?

MR. TOBIN: Object to form. Sorry. Go ahead. Answer as best you can.

THE WITNESS: Yeah. [redacted].

BY MR. BRITO:

Q Let's take a look at Exhibit 2, your declaration. We looked at it earlier, which is Exhibit 30. Pardon me. And it's Exhibit 2 to your declaration. And here we have Exhibit 2 to your declaration. [redacted] --

A Correct.

Q -- page. Pardon me. And it's a list of

questions and one of which is why does BBC iPlayer think I'm outside the UK, correct?

A Correct.

Q This page addresses situations where the technology incorrectly identifies the UK user as being outside the UK, correct?

A Correct.

Q So in providing this information, the BBC is acknowledging that on occasion the technology that it utilizes will produce a false positive; would you agree?

A Yes. And I say that I've given you an example of that actually with the Hyperoptic case that -- and that was a specific example that we've seen at other times when IP addresses move around as a consequence of a network expanding, requiring more of them. And so there was a period of time when they take on board a new set of IP addresses that they bought from somewhere else that might have been associated with another territory and under those circumstances then, there may be a short period before the systems catch up where people are denied access. And as I said, we then have a complaint mechanism associated with that, but that's what's behind it.

Q And if the technology can incorrectly identify a UK user being outside the UK, it can also incorrectly

classify a non-UK user as being inside the UK, correct?

A That is correct. IP addresses move around globally.

Q The second type of error could result in a non-K user -- UK user, pardon me, such as a US user being allowed to access the content, correct?

A If they happen to find that they -- find that for the period of time before the systems have caught up with their location.

Q Does the BBC have data on how often either type of these errors occurs?

A We do have data on the number of times that we get complaints where people complain that they can't access our services from inside the UK and I think you might have the information provided to you associated with that. It's unlikely, to be honest, that people are going to complain from outside the UK if there's a window where they discovered that they can get access to before the systems have caught up.

Q Right. Hence the reason why my question didn't ask about complaints. My question asked about data relating to the system having these failures.

MR. TOBIN: Object to form. Could you restate the question, Alex?

BY MR. BRITO:
Q Certainly. Does the BBC have data on how often either of these types of errors occur?
MR. TOBIN: Object to the form. Answer as best you can.
THE WITNESS: We only have data on that where somebody complains to us, otherwise we are unaware of the error.
BY MR. BRITO:
Q Now, the BBC distribution system collects a significant amount of data per day. I think we've established that, correct?
A It does.
Q And that data includes IP address and apparent geolocation, correct?
A So in the main, as I described, most of our systems don't log the geolocation. The one that does log geolocation is the GTM system.
Q Right. And the data record --
A It uses the -- it uses the -- beg pardon. It uses the geolocation to make a decision of what it's going to do, but it doesn't log -- in a number of cases it doesn't log geolocation. It just logs what it did.
Q The data records will reflect whether a request was served or blocked, correct, a request for

content was either served or blocked, correct?
A Correct.
Q And to the extent, as you have acknowledged, the BBC has access to the information, the BBC can run targeted queries against the data, correct?
A Correct.
Q It could query whether there were requests to view the documentary originating from a US IP address, correct?
A Correct.
Q It could query whether there was a request originating from the state of Florida, correct?
MR. TOBIN: Object to form.
THE WITNESS: I'm just going to pause and think a moment about my answer to the previous question. Because for the most comprehensive logs about everything that gets delivered, then we log the result of the question, we log the IP address but we don't log the reason for whether or not it was successful or not and we don't log the country associated with it. So we can log what happened with an IP address, but we can't query from that data. You specifically asked questions about US. We can't query from that data about your question from the US where we haven't logged at the time the

request was being made the decision associated with the country. That applies specifically to the CDN logs.

BY MR. BRITO:

Q Okay. But let's look at this from a more macro level. My question is from the data that the BBC has available to it, to the extent that there was a request to view the documentary which originated from the United States, the BBC could query the data that it has to isolate those requests, could it not?

MR. TOBIN: Object to form.

THE WITNESS: We can query that data, but we cannot query that data completely reliably because it requires enriching the data with the country associated with the IP address after the decision was taken as to whether or not to serve that content or not. And so there will be edge cases where that information wouldn't necessarily be completely reliable because as we've already discussed, the allocation of IP addresses is dynamic. And so as you were challenged from time to time, you can see things may not be correct.

And so as I stated earlier, that's why we update our systems on a daily basis. So that means where you take the log and you post enrichment of

that log by taking the IP address and calculating after the event what country you think it was. That won't necessarily be exactly the same answer as it is the decision taken at the time, which was not logged.

BY MR. BRITO:

Q Well, is any determination or any work done by the BBC under either scenario, at the time of the decision is made, or after the fact?

A So after the fact, it's possible to enrich the logs with the country information and query on the basis of that. However, the point that I'm making is you can't then assume that that's 100 percent reliable compared with -- or consistent with the decision taken at the time that data was being distributed, because that decision was taken at a different point in time and as we already discussed the data associated with IP geolocation is dynamic.

Q My question is is the work actually done by the BBC, not whether it can be done?

A I'm not sure I understand the question which may sound odd to you. When you say is the work, I only interpreted it as can we do it, so can we enrich the query --

Q I'm not asking you can. I've asked you do and

you've answered can twice, so that's why I'm focusing on my original question is not can the BBC do this, does the BBC classify requests for access to the documentary that came from the United States?

MR. TOBIN: Object to form. Answer the question best you can.

THE WITNESS: Okay. So confusion was after you used the word "is" rather than "does" in your previous question, but with the word does, yes we do.

BY MR. BRITO:

Q And has the BBC queried the data for requests to view the documentary originating from US IP addresses?

A Yes.

Q Has the BBC queried --

A I'm going to get myself in trouble through answering too quickly. I should engage the brain a little bit for looking at it. So specifically against UK -- US addresses, I'm not sure. Against whether or not with the data that we have from the CDN logs that all the requests were coming from -- all the successful request reports from inside the UK, I believe that we have.

Q I'm not asking about inside the UK, sir. My question was very clear. I'm going to repeat it. Has the BBC queried the data that it has available to it for purposes of determining requests to view the documentary originating from US IP addresses?

A In our distribution systems, I don't believe we have done that.

Q In any systems?

A So in the other systems which we discussed earlier, which don't use the same GeoComply regularly updated stuff, then yes, we have. But the distribution systems, the reason that question, the answer might sound a little bit tortuous is as far as I'm aware, in all the query we've done of that system, every single successful request has come from the UK, which means were we to perform the requests that you asked for, the answer to that would be zero records.

MR. TOBIN: I thought he answered your question, Alex. I'm not trying to interrupt.

BY MR. BRITO:

Q I'm asking about requests to view the documentary from a US IP address with whether or not there are records that the BBC has that it has queried from the data that it has to demonstrate that. Not successful or unsuccessful, not distribution or

non-distribution. I have a general question that I don't think I have gotten an answer to yet, with all due respect, because I think there's been a lot of qualification to the answer that is not necessarily responsive.

So what I'm asking you, sir, is does the BBC have records or information based upon the querying of any data regarding a request, successful or unsuccessful, to view the documentary that originated from a US IP address?

MR. TOBIN: Object to form. Asked and answered. Go ahead. If you understand the question, please answer.

THE WITNESS: I think so. For the distribution system, I think the answer to that is no, but the analytic system, which doesn't use the same as we talked about before, which doesn't use the same IP geolocation data, I think the answer to that is yes.

BY MR. BRITO:

Q And what does that information reflect with respect to efforts made to view the documentary from a US IP based address?

A So for the analytic system we only have information about successful requests, not unsuccessful

requests. So I don't have the total answer to your question I think. But for successful requests, it does identify some of those questions as coming from the US. However, once again, I repeat that the IP geolocation allocation to country for an IP address in the analytic system is not done by the same data that is used for enforcement and is not updated in the same way that the enforcement data is updated. And so we don't consider it to be 100 percent reliable. That being said --

Q Whether it's 100 percent reliable or not, what does that data reflect with respect to requests originating from the United States?

A So that's the point that I'm making is that you're saying requests originating from the United States and I'm saying actually this is enrichment of data using an IP geolocation system, which while that system might identify the IP address as being from the United States, that doesn't necessarily mean to say it originated from the United States.

Q Okay. So --

A That's the distinction I wanted to make.

Q Okay. Based on your distinction, what does the information reflect with respect to requests to view the documentary originating from a US IP address?

A So the number would be very small and I will

see if I can recall it. To get the numbers exactly right, I would need to go back and look at other data. But I think the -- it's something like naught point naught 5 percent or thereabouts is US as identified -- when I say US, we have to keep remembering that doesn't mean to say it comes from the US --

Q You said it repeatedly. I got it.

MR. TOBIN: Alex, let him finish his -- let him finish his answer, please. You're not permitted to interrupt his answer.

MR. BRITO: Please. Please. But it's prolonging the deposition. He said --

MR. TOBIN: We have --

MR. BRITO: He said it four times.

MR. TOBIN: You have the time and so do we, so please finish your answer, Mr. Cooper.

THE WITNESS: Yes. It's an important distinction that clearly I have now been -- I think I've probably repeated enough, but it's well understood.

BY MR. BRITO:

Q Yes. Thank you, sir. 5 percent amounts to what in terms of whole numbers, sir?

A No, not 5 percent. Naught point naught 5 percent.

Q Okay. Whatever the percentage is that you believe --

MR. TOBIN: Would you explain that in English metrics, American metrics? Naught point naught, just so I can understand. What does that mean?

THE WITNESS: Oh, zero point zero.

MR. TOBIN: Yes.

THE WITNESS: I beg your pardon. I think it's 0.05 percent is the number from memory. I would need to clarify that. I would need to validate that.

MR. TOBIN: Thank you.

BY MR. BRITO:

Q What does that amount to in terms of whole numbers as far as you understand?

A So the total number of successful iPlayer requests as recorded in the analytic system is very close I think to 570,000. And so forgive me if I don't do the maths on the fly, but it's naught point naught 5 percent of 570,000.

Q With respect to the data available within the BBC under any platform, whether it's distribution, analytics or otherwise, is it able to query data so that the requests to view the documentary could be isolated such that if there was an IP address that appeared or

did originate from the state of Florida, that that could be isolated?

A Yes. In the analytic system, to the extent that data is accurate.

Q Has that been done?

A Yes, it has.

Q And what is the result of that query?

A From memory, I think it's 34 iPlayer attempts. Those are the entire period that the documentary was available.

Q And does the BBC have any information that any attempts from the state of Florida to view the documentary were successful?

MR. TOBIN: Object to form.

THE WITNESS: I'm tempted, if I may, to repeat the caveat I said before, because you say attempts from the state of Florida.

BY MR. BRITO:

Q Let me rephrase.

A You're reinforcing this --

Q You're right. You're right.

MR. TOBIN: Let him rephrase.

BY MR. BRITO:

Q Does the BBC have any information from any

source and from any aspect that reflects that a request to view the documentary originated from an IP address that did or appeared to originate from the State of Florida?

A So that was the answer that I gave you previously. So according to the analytics system, GeoIP information system, that was 34 requests over the duration of which the program was available.

Q And you're right and my question now is were any of those attempts that the BBC aware of successful?

A Yes. That was from the analytic system, which means that all of those attempts were successful. However, and I go on to say that having looked at these attempts, then the analytic system -- and by the way, I think you have this data -- but the analytic system also identifies in it the ISP associated with those requests and the majority of those requests were from an ISP called -- I forget the name. It's a cruise company. I can't recall its name, which is unhelpful, but when I recall it, I'll let you know.

But then what I did is I looked at that ISP and then I looked at the enriched logs from our CDN logs to see whether or not -- it's Carnival Corporation. Yes. Carnival Corporation. And then I looked in our CDN logs to see if we had any requests from Carnival

Corporation that were represented there, because our analytic system does not record IP addresses, but our CDN log system does record IP addresses. And so I found some requests from Carnival Corporation in our CDN logs and from that, I could identify the IP addresses that we saw from that and that allowed me to do some more investigation on that data.

And in doing that, I can then do two things. One is I can take those IP addresses and I can put them into our enforcement systems, so the GeoComply data and see what they come out as. And for those then I identified the requests that were successful, where our GeoComply system identified them as being in the UK and I found requests that were unsuccessful where our GeoIP system identified them as being in Germany.

I could then go one stage further and for the IP addresses in the UK, see whether or not there was any other evidence to see whether they were in the UK and for that I did two things: One, is I took those IP addresses and I just put them into all of the various free systems that are available on the Internet. And in those cases, they also indicated that the IP addresses were in the UK. And the other thing I did was a thing called a Traceroute where you just follow that IP address and see if you can find out where it's ending

up. And for the particular one that I followed, which the one where we did record a successful delivery, then that IP address terminated in a data center called LV4 in Slough.

And so that gave me a reasonable data to suggest that the information within the analytics is probably not reliable in terms of identifying those requests as coming out of Florida. And then at the same time that's probably not surprising because the IP geolocation system for the analytics tool is not designed for enforcement.

And so this is why I have been so keen to say there's a difference between people being in Florida and being identified by the IP geolocation system as being in Florida, because the evidence that I got through the analysis I did would suggest that that information in the analytics is not reliable.

Q Has the information that the BBC has with respect to the 34 successful attempts that you identified been produced as far as you know?

A The information has been produced. I believe you have that in the data. Yes.

Q And the last answer you gave me where you believe that the data or the information is unreliable, you're referring to BBC's own data in that respect,

correct?

MR. TOBIN: Object to form.

THE WITNESS: So that is information that we have gleaned using other systems. So when you say own data, yes, it's data that we have created as part of that analysis using the GeoComply data set and also using third-party data sets and also using the Traceroute, as I described.

BY MR. BRITO:

Q Okay. And GeoComply information, this is the gold standard according to your testimony, correct?

A Correct.

Q And that information you believe to be inaccurate or unreliable, correct?

MR. TOBIN: Object to form.

THE WITNESS: So it questions the reliability of the IP geolocation enrichment of the audience facing logs.

BY MR. BRITO:

Q And to the extent that the 34 attempts from an IP address that either was or appeared to be originating from Florida were successful, that was -- those were attempts that were able to defeat the gold standard GeoComply service, correct?

MR. TOBIN: Object to form.

THE WITNESS: No, not correct. You didn't register my answer is not correct to that question.
BY MR. BRITO:
Q I did hear you, sir. Thank you very much.
A Okay. Thank you.
Q Let me show you Exhibit 1 to the same exhibit -- your same exhibit. And Exhibit 1 are the terms of use for the iPlayer, correct?
A No. The terms of use for BBC digital services, which includes iPlayer.
Q Understood. Within the terms of use, it prohibits access from outside the UK and it also prohibits the use of VPNs, correct?
A Yes. And in addition, it also requires that you have a license fee.
Q And those are the efforts that you refer to in your declaration about the active steps that the BBC is taking to restrict access to the iPlayer service from outside the UK, correct?
A Correct.
Q And one of the terms of -- the terms of use is, quote, "don't stream or download iPlayer TV shows when you're outside the UK", correct?
A You haven't actually got that one on stream, but I recall something similar to that.

Q Okay. Has the BBC ever banned a user from iPlayer for using a VPN?

A I'm afraid I don't know.

Q How would the BBC identify a user who accessed iPlayer through a VPN in violation of the terms of use?

A The answer to that is probably a little bit complicated in that it requires an association between our distribution data and the account data, to be able to identify the account. Now for UK GDPR reasons, we keep those systems independent, so that the information about users that's available in the account system is not available to people who are using the distribution system, which is related to the performance and analytics of our distribution platform. So would require some bespoke work to associate that. I don't know if that has been done or not at all.

Q We spoke earlier about your investigation of one of the Internet sites that we referenced in the lawsuit, inclusive of Tom's Guides, that were publicly available articles explaining how to access iPlayer, including this documentary from the United States, using a VPN. Do you remember that?

A Yes. It didn't specifically mention this documentary, as I recall. It just specifically talked about iPlayer and then it did refer within that document

to aspects of our terms of use.

(Plaintiff's Exhibit No. 16 was marked for identification.)

BY MR. BRITO:

Q Let me show you what we'll mark as Exhibit 16. In Exhibit 16 is a screenshot from Tom's Guide.com, the title of which, how to watch, quote, "Trump: A Second Chance", quote, online stream documentary online from anywhere. Do you see that?

A I do. In which case I may have to apologize if my recollection was incorrect at the title if this was the page that I was looking at.

Q And so this particular page that we're looking at identifies specifically methods to be able to watch the documentary. And if you look at the bottom of Exhibit 16 it says, here's how to watch Trump: A Second Chance online from anywhere with a VPN and potentially for free. Do you see that?

A Yes. I wondered if you would allow me just to see the rest of the article because I just want to see whether or not this is the same article as to the one I was referring.

Q Okay.

A Just in terms of making sure that my previous statement is correct or not.

Q That's fine.

MR. TOBIN: That you're familiar with the document. If not, take the time you need to become familiar with it.

THE WITNESS: Thank you.

BY MR. BRITO:

Q By all means, sir. Let us know if you need us to scroll.

A Keep going, please. Keep going, please. Keep going, please. Keep going, please. Keep going, please. And keep going, please. Yeah. So this is a different article to the one that I was referring to.

Q Fair enough. I wasn't trying to suggest that you made a misstatement. I just wanted to ask you some questions regarding this particular article. Now that you've seen it, as far as you know, has the BBC taken any steps to communicate with Tom's Guide to ask them to take down this article or any other articles inclusive of any that you have seen that provide manner and method for individuals to watch the documentary?

A I'm unaware if that has happened or not. It's something that I have investigated and it's not something that anyone would necessarily need to discuss with me in order to do so.

(Plaintiff's Exhibit No. 17 was marked for identification.)

BY MR. BRITO:

Q Let me show you what we'll mark as Exhibit 17. And this may be the document that you are thinking of, sir, and if it is, great. If not, just please let me know. And Exhibit 17 is also from Tom's Guide and the title is How to Watch Panorama Online From Anywhere. Stream BBC Current Affairs Series. And then if you scroll down and we go into the second page, it references the documentary, Trump: A Second Chance. Do you see that?

A I do.

Q Have you seen this page from Tom's Guide that I'm showing you and marking as Exhibit 17?

A If you could continue to scroll down, please, so I can check the rest of the document.

Q Certainly.

A Keep going, please. And I think the answer to that is no. This is not the one I was referring to. Because the one I was referring to -- this one is heavily promoting NordVPN clearly. The one that I was referring to actually, ExpressVPN, is the one that was being promoted.

Q Very well. Has the BBC since Tom's Guide has

communicated and published on its website that there are ways to access Panorama, to access the documentary, has the BBC done anything to strengthen its VPN blocking?

A No, we haven't. Let me qualify that a little bit further, because VPN blocking is something that we continuously aim to improve and so we've done nothing specifically related -- I think your question was related specifically to this particular set of pages. We looked to improve our blocking as much as we possibly can and so we've done some work with GeoComply on that and we're looking at improvements that we can do ourselves on it, but nothing specific to Tom's Guide.

Q Has the BBC ever quantified the number of unauthorized international iPlayer viewers?

MR. TOBIN: Object to form.

THE WITNESS: No. Because if the iPlayer viewer is unauthorized, then that means that we can't identify it within the system because the fact that we have delivered content to them means that we have respected the data that we got from our data providers and based on that, we have then delivered the program.

BY MR. BRITO:

Q Has the BBC ever audited GeoGuard's effectiveness rate?

A Not that I'm aware of. We've rather done it on the basis of -- and I should qualify that as well, because clearly at the time that we did the procurement, we did the comparison between them and the competition in terms of their performance and they won the procurement process. And then as I have said before, we are not alone in our opinion on GeoComply and GeoGuard in this particular question on the basis that independently of us, other broadcasters have done the same thing and the larger CDNs have actually built it in and made it as a service that broadcasters or other users of their systems can buy. So no, while we haven't done a specific audit and we haven't done that since the point of procurement, nevertheless the industry seems reasonably confident in them.

I would add their credentials in the States are pretty good as well. Because GeoComply at the time when we were doing the procurement with them, then they were giving us some of the background in terms of how they get into this business. And they explained to us that actually it originated in the US where online gambling started, and there were different laws between different states in terms of what you can do with online gambling. And they specialized in technology to allow online gambling to take place within one state without

bleeding over into another one. And clearly, there were some risks associated with doing that, which meant they had to be pretty diligent in the provisioning of that solution for that particular purpose. So from a pedigree perspective, they've got a strong background in doing this and kind of their business started in that place rather than with some other providers where they kind of picked up into getting into that space where they originally came from.

Q Has GeoComply ever provided the BBC with a report on GeoGuard's effectiveness?

A No, not specifically. They do provide it on their -- they provide some information on the website.

Q I'm going to go back --

A Provide separate information to us. And I have to -- they will obviously have provided this information back at the point of procurement. I don't recall specifically what that information was.

Q I'm showing you Exhibit 16, which was the first article that I wanted you to look at, which instructs individuals on how to watch the subject documentary. The -- and I could show you the article again, but I think you read it and hopefully you're familiar with it. It provides a step-by-step

instruction as to how to go through the process of being able to watch the documentary from anywhere in the world, correct?

A Correct.

Q All you need , according to this article you install a VPN, you choose the UK as your location and then you head to BBC iPlayer to watch and according to Tom's Guide, that allows you access to watch the documentary from anywhere in the world, correct?

A That is correct. I think, if I recall, when you were going to before that it specifically is promoting NordVPN.

Q It's promoting what? I'm sorry.

A NordVPN. If you just scroll down a little bit, please and you can see that. Yes. So repeatedly says NordVPN so they are -- there may be a commercial purpose that Tom is going down this route, because I suspect he's not doing that promotion for NordVPN for free.

Q Maybe there's a commercial purpose, maybe there isn't, but at the end of the day Tom's Guide is providing the method of how to circumvent the GeoComply software, correct?

MR. TOBIN: Object to form. Go ahead.

THE WITNESS: Specifically Tom's Guide is

telling you how to install and buy NordVPN.
BY MR. BRITO:
Q And NordVPN would allow use -- I'm sorry, would allow access to the documentary if you followed these steps, correct?
MR. TOBIN: Object to form.
THE WITNESS: So that is the part that I would challenge, that NordVPN would allow access to the documentary because for it to allow access to the documentary, we have technology in place that tries to make that difficult. And as I've said, we've got those three technology steps. So first attempt to do it, you hit that page which says iPlayer is not available in your territory. Second one is the point of selection, which then blocks you from being able to play it. If you get through that, the third one goes to the CDNs and you've still got the other two, so those five steps still apply.
BY MR. BRITO:
Q Right.
A And just to be comprehensive, the BBC's and the pop-up, which says you need a license fee to be able to watch this content. It's the law.
Q Just to be clear that we're looking at the same document, here, Tom's Guide says install the VPN of

your choice, right, the very top of the third page?
A It does, but I'm looking at --
Q It says NordVPN is our favorite, right?
A Correct. Yes.
Q [redacted], correct?
MR. TOBIN: Object to form.
THE WITNESS: [redacted] --
BY MR. BRITO:
Q I need you to answer my question, sir. My question was quite different. My question was --
MR. TOBIN: I'm sorry --
MR. BRITO: Let him answer, but let me ask you a question. Let me ask my question to make sure Mr. Cooper --
MR. TOBIN: You're withdrawing the prior question?
BY MR. BRITO:
Q My question is the same one. My question is, sir, [redacted]

[redacted].
That's all I'm asking, correct?
MR. TOBIN: Different question. Can you answer his question?
THE WITNESS: Yes, I can. Yes, so that, yes, [redacted].
BY MR. BRITO:
Q Okay. And then --
A Yes. [redacted].
Q After BBC became aware that Tom's Guide and others were promoting methods to be able to access the documentary, did the BBC engage in its own efforts to verify whether or not the steps that are outlined in the Tom's Guide web page would successfully allow someone outside of the UK to be able to gain access to the

documentary?

MR. TOBIN: Object to form.

THE WITNESS: Not that I'm aware of.

BY MR. BRITO:

Q Nothing in these steps requires technical sophistication. You would agree with me, right?

MR. TOBIN: Object to form.

THE WITNESS: Correct.

BY MR. BRITO:

Q Anyone can install an app and just follow the steps that are laid out on this page; would you agree?

MR. TOBIN: Object to form.

THE WITNESS: Yes.

BY MR. BRITO:

Q And as far as --

A Essentially --

Q And as far as you know, NordVPN is commercially available to anyone in the United States, correct?

A As far as I'm aware.

Q So as of the date that the documentary aired, a member of the public in the United States, including members of the public in the state of Florida, could follow these steps and watch the documentary on iPlayer, correct?

MR. TOBIN: Object to form.
THE WITNESS: So correct, to the first part of your question. But I challenge the second part of your question because you said could they install, if they can, could they use it to watch the documentary on iPlayer, well, we have our technology measures in place to block that.
BY MR. BRITO:
Q You acknowledge that those technology measures at least allowed 34 individuals whose IP addresses either did or appeared to come from the state of Florida, correct?
MR. TOBIN: Object to the form. Mischaracterizes his testimony. Answer as best you can.
THE WITNESS: So at the risk of annoying you by repeating what I said before, those Florida addresses are based on the geolocation system, but from the audience analytics system, which is not designed for enforcement and therefore with the other data that I gave you around the analysis, I did associate with those, they are not -- that challenges the reliability of that data.
BY MR. BRITO:
Q Okay. And if we go to back to Exhibit 17,

which as you correctly pointed out was a Tom's Guide article that occurred after the filing of the lawsuit, it still explained in this article how to watch Panorama anywhere in the world, correct?

MR. TOBIN: Object to form. The document speaks for itself. Answer as best you can.

THE WITNESS: Correct.

BY MR. BRITO:

Q And it goes to the same steps that we saw on Exhibit 16, in terms of how to gain access to iPlayer and Panorama specifically, correct?

MR. TOBIN: Same objection.

THE WITNESS: So when scanning through the document last time, I was looking to see whether or not it's the same document that I was referring to at the beginning. So I imagine the answer to that is yes but -- yes. Yes, it is.

BY MR. BRITO:

Q Now, let me direct your attention back to your declaration, sir, and specifically paragraph 13, first sentence says that the BBC's measures to block access from outside the United Kingdom are reasonable and customary measures in line with the industry standard. Do you see that?

A Yes.

Q And then you write, the BBC efforts are similar to what other European public service broadcasters use to prevent such unauthorized international access. Do you know what geoblocking practices are used by other European public service broadcasters?

A So we can say for ITV, which is a European public service broadcaster, they use the same technology we do, so in particular they use GeoGuard to block VPNs.

Q Anyone else that you're aware of?

A Yes. I just need to be slightly careful, because it then becomes a memory test of whether or not I'm picking the right one, but we do have data that we have provided to you, which is emails from various European broadcasters and the technology they use and I'm not confident I'm going to get it completely right if I select the correct ones, but we have given you that data. In particular, I would say of all the ones that we have provided data to you, that GeoGuard is the only mechanism that anybody uses for VPN.

(Plaintiff's Exhibit No. 31 was marked for identification.)

BY MR. BRITO:

Q I'm going to show you what we'll mark as Exhibit 31, sir. And Exhibit 31 is an Excel

spreadsheet. My initial question to you and please familiarize yourself with it as, but my initial question is whether or not you have seen this before?

A Yes, I have.

Q And what does this document reflect?

A So this is a dump out of the audience analytics system, I think. Yes. If you could just confirm by scrolling a little bit to the right. Please go to the right. That's the right, because we gave you a number of spreadsheets. Keep going. Yes. Yes. Just confirming that's from the audience analytics.

Q And it says data pool as May 21, 2026, correct?

A Correct. Yes.

Q And do you see column B in this document -- I'm going to slide it over where it says iPlayer?

A Yes.

Q And then column A says Panorama on it, correct?

A Correct.

Q Column AJ says, Trump: A Second Chance?

A Correct.

Q That's the documentary that we've been talking about, correct?

A That's correct.

Q And let me take you to column E, which contains the date of October 28, 2024. That's the date that the documentary was published, correct?

A Yes. In this -- these particular lines I think you will find that there'll be -- these are play requests and I think you'll find these play requests that you got more dates than just the 28th of October.

Q Okay. And if we go -- if we go to I -- column I, pardon me, it says the country of stream. Is that the title?

A Yes.

Q And that means the country where the documentary was streamed from, correct?

A That means that's the country, as I think identified by the IP geolocation system, enrichment of the IP address that data was ingested. And again, as I said a million times just for clarity, that's not the same as the enforcement system, which means to say we do not consider it to be as reliable as --

Q Column J says the account registered in, that means the country in which the account that streamed the documentary was based at the time it streamed the documentary, correct?

MR. TOBIN: Object to form.

THE WITNESS: According -- according to the IP

geolocation enrichment to the IP address location when this row was created.

BY MR. BRITO:

Q And everything that -- that I'm asking you about you're familiar with because this is a BBC document, the spreadsheet, correct?

MR. TOBIN: Object to form.

THE WITNESS: It is a BBC spreadsheet. Yes, it is.

BY MR. BRITO:

Q Okay.

A My slight pause is there have been a couple of versions of the spreadsheet, depending upon the data being pulled out of it, but yes.

Q Very well. If you look at column J, it says account registered in -- I'm sorry. I already covered that with you.

A Yes.

Q So let's go to column I and we're going to click for USA and then we'll go to column J and click on UK. Can you see that clearly?

A I don't think you've -- did you click on UK in column J?

Q Yes. That's there.

A Yes. I just didn't see you do the dropdown on

column J and select UK.

Q Yes, sir.

A You did, because you've got Brazil down on one of those rows.

Q Okay. And so after you do that, you see there's entries listed on both columns, correct?

A Correct.

Q And does this in fact confirm that the documentary was viewed from an IP address that either did or appears to originate from the United States through accounts registered in the UK, correct?

A So you have to bear in mind that the time of the registration of the account and time of the streaming could have been separated by a matter of years and that once again the IP geolocation data used for this is not the same and is not as reliable as the IP geolocation data that we use for enforcement.

Q I'll take that into consideration, but the answer to my question is yes, correct?

MR. TOBIN: Object to form. Answer as best you can.

THE WITNESS: Just to make sure I'm being correct, would you mind repeating the question again then, please?

BY MR. BRITO:

Q What we highlighted here for you in column I and column J reflect entries that confirm that the documentary was viewed either from an IP address that was from or appears to have been from the United States through an account that was registered in the UK, correct?

MR. TOBIN: Object to form.

THE WITNESS: According to the IP geolocation data at the time the account was created, it was -- that IP was associated by that data to the UK and at the time the streams streamed, the IP geolocation data associated to that IP address with the US would be completely accurate.

BY MR. BRITO:

Q So the answer to my question is yes, sir?

MR. TOBIN: Object to form.

THE WITNESS: I think the answer to your question is the answer that I gave.

BY MR. BRITO:

Q I understand. But I take into consideration a host of possibilities that you have identified, but if I isolate column I and column J from BBC's documents, am I correctly reading that this information that we're looking at reflects that the documentary was viewed

through an IP address that originated from the United States or appears to have been originated from the United States through the use of an account that was registered in the UK?

MR. TOBIN: Object to form.

THE WITNESS: To be completely accurate I would refer to the comments I made before and subject to the -- those comments, the answer is yes.

BY MR. BRITO:

Q Thank you. Now let's look at the same two columns, but let's click on USA for both column I and column J. That lists two entries there. Do you see that?

A I do.

Q And I'm reading this correctly in that it reflects that these confirm that that documentary was viewed through an IP address that either did or appears to have been originated from the United States through an account registered in the United States?

MR. TOBIN: Object to form.

THE WITNESS: In both cases, I'm going to keep going on this caveat. As you say, registered in the United States and what this tells you is it was registered against an IP address for which the IP

geolocation data at the time from a system that is not an enforcement one, just an informational one, identified it as being the US.

BY MR. BRITO:

Q And in the document it says, country of stream, United States, account registered the United States of America. Did I read that correctly?

A Yes. I'm going to keep coming up with my --

Q Did I read it correct? My question is did I just read the document --

A I do beg your pardon. Yes, you did read it correctly.

Q Thank you, sir. And what we're looking at here in this set of data within the spreadsheet and the one that we looked at just immediately before I changed the account registration location, this reflects successful attempts to view the documentary that's the subject of this action, correct?

MR. TOBIN: Object to form.

THE WITNESS: Strictly I believe in the spreadsheet. It's successful play starts, yes.

MR. BRITO: Okay. If I may, let's take a quick break. I may be concluded in my examination. I just want to confer with my colleagues.

MR. TOBIN: Certainly.

MR. BRITO: Thank you.

THE VIDEOGRAPHER: The time is 12:11 p.m. We're off the video record.

(Thereupon, a brief recess was taken.)

THE VIDEOGRAPHER: The time is 12:25 p.m. We are back on video record.

MR. BRITO: I have no further questions for Mr. Cooper. Thank you for your time, sir.

CROSS-EXAMINATION

BY MR. TOBIN:

Q All right. I have just a few questions, not to delay anybody's meal, but just to ask a few questions. Do you recall, Mr. Cooper, you testified -- you've testified about two different sets of data that are kept within the BBC; is that right?

A Yes. Correct.

Q Okay. One data, as I understood it, is a digital analytics data?

A So, yes. It's audience analytics data.

Q Okay. And the other set of data is data that's within your department?

A Yes. So what we call distribution data.

Q So it's distribution data on the one hand, audience analytics data on the other?

A Right.
Q Which of those two do you consider more reliable, given all of your expertise and experience in building this system within the BBC?
A So for us, that would be the distribution data and that's because we go through a proper procurement process just to get the elements associated with distribution data around the IP geography and the VPN protection. So we do a specific procurement just for that and we put in the mechanisms of updating it on a regular basis. So the IP geography data is updated daily and the VPN data is updated hourly.
When you procure an audience system as in this case, then you're procuring an audience system for its analytics capability, its ability to aggregate the data and come up with insights based on the aggregation. You do not procure separately as part of that the IP geography enrichment that you get with it and it's not normal to use those systems to the level of granularity that we've looked at today for individual sessions. We look at them in aggregate and so that's why it's not reasonable to compare the two and it was interesting to see that actually the data there at maximum is updated on a weekly basis and that's not reliable either.
Q The audience --

A For the audience -- for the audience analytics data, because that's simply not something that you procure it for. To be honest, if the data was only 90 percent accurate, that's still giving you the insights that you need in terms of what the audience is doing in a general way. It's fundamentally looking at to understand the popularity of programs, the extent to which they are being viewed, what it means in terms of discovery and other product features and whether it's even giving you insights into demographics and what you do with products. And what you do with commissioning and so on, so you don't compare the two.

Q Do you know if just the audience analytics data, to get the audience analytics data, does the BBC engage with GeoComply for that set of data?

A No.

Q Does it use a vendor?

A So our understanding is that that uses digital elements as its provision of data. The digital element itself is a perfectly respectable provision of data. That being said, we don't know which tier of data it's getting, whether it's getting paid for, whether it's getting a free version and we do know it's not being updated on a regular basis.

Q And contrast that, if you would, for the

updating process for GeoComply's data.
A Yes. So GeoComply -- and we procure it specifically for the enforcement process. And we, as I said, we update the IP geography data on a daily basis and the VPN data on an hourly basis, so we keep it up to date in our systems at all times.
Q And the audience analytic that you consider less reliable than the digital analytics data, the audience analytics data is where you were talking about the 34 registrations on the spreadsheet that indicated Florida?
A That is correct.
Q Okay. And I believe you testified you did further research on those ostensibly or allegedly 34 Florida events; is that right?
A Yes. That's correct.
Q Was -- and when you did that research, did you determine that there were, first of all, 34 engagements that were reflected there?
A So I think you can look on the data yourself and you'll see actually it's 34 play requests. And a play request, by the way, is anytime effectively the play button is hit. So you can have multiple requests for an individual playing session if you pause the data and then play it again. If you look at the data you

will see those requests, but there were 12 visits, so 12 visits to the website and you also see in terms of users that was amongst ten users. So although there are multiple play requests, it collapses down to ten users in terms of the number of people identified there. And then I layer on top of that two things that I said, one is that the Carnival Corporation data then, when we did the analysis associated with that, that questions that data because we provide evidence that actually that was in the UK and the -- I always say two things and then forget what the second was going to be.

Q We've been going a long time.

A We haven't --

Q Understandable.

A Yeah. Apologies.

Q All right. So let me move on and if you think of the second thing, we can come back to it. So you interrogated the data with respect to the audience analytics and made the determinations you testified to today; is that right?

A That is correct. And the second point -- I beg your pardon -- to go back to that was just to reiterate the fact that not only did we demonstrate that it's not reliable, but we know that it's not reliable because it's not procured for the purpose of

enforcement.

Q All right.

A So I beg your pardon. Could you repeat the next question, please?

Q Sure. I don't think I had asked you yet. On the digital data side is what you consider more reliable; is that right?

A Right.

Q On the digital data side, did you analyze whether anybody successfully accessed the documentary at issue in this case from outside of the UK as reflected in that data set?

A Yes, we did.

Q And what determination -- how did you go about doing that?

A So we reviewed the entire data set on the basis of enrichment from the data when it's come from CDNs. And then query that to see if there's any that sits outside the UK, so specifically in terms of country codes, that's GB, IM for the Isle of Mann, JJ for Jersey, GG for Guernsey and those were the only country codes that we found. So our distribution data says that 100 percent of our distribution was to the UK only.

Q All right. Just to pivot very briefly, I don't think we talked about how long, in this

deposition, how long you have been with the BBC?

A Oh, October 1983. I've been with the BBC a long time.

Q And what was your -- when you were onboarded, what was your position?

A Graduate trainee or graduate engineer.

Q Engineer in any particular portion of the BBC?

A Yes. I was in the design department, so my job then was to design broadcast programs.

Q And now what is your position?

A I'm a director, so director of digital distribution.

Q Is that the head of the digital distribution division of the BBC?

A Yes, it is. So I'm responsible for the team's operation and strategy, its finances and so on.

Q So in 1983, that was before the Internet; isn't that right?

A That is correct. Drawing boards and filing cabinets.

Q And so is it fair to say that you have been part of the BBC's -- throughout the BBC's advent into the Internet and distribution through the internet that Richard Cooper has been involved?

A That's absolutely why I stayed within the BBC,

because the technology has evolved continuously while I have been there, which means the job reinvents itself on a very regular basis. And I'm sure you're aware of what's going on in the industry at the moment, that hasn't stopped.

Q So the BBC relies on you to direct the updates and the various technology decisions that the BBC makes in terms of engagement through the Internet?

A Correct. I'm responsible for the digital distribution strategy.

Q All right. Have you ever been asked to speak at conferences about your work?

A Yes. On a very regular basis earlier in my career and that in more recent years then I have done less of that, because I'm coming towards the end of my career and as a consequence, my role has been to develop my team to do that. And so they tend to speak at conferences more regularly. But through much of the earlier part of the career, in particular at the International Broadcasting Convention in Europe and Amsterdam, which is one of the key broadcasting ones, I was there every year presenting at various different levels, including keynotes in the forum.

Q Has BBC ever received any accolades for the work that you have done for that?

A Yes. Back in 2001 we did some pioneering work around interactive television. So to prior to that, I was working in the BBC research department and working with the DVB. That's the EBU digital broadcasting project which has been the standard for how digital television would work and part of my role within that was around the metadata associated with it and some of the flexibility that allows you to use that technology beyond what you used in normal broadcasting. And then I moved out of that department to be head of technology for the new interactive TV division or group, division is a big word, there were 16 of us. And we did some pioneering work around Wimbledon back in 2001, demonstrating how instead of just broadcasting Wimbledon as a single editorial curated show of what was happening in the tournament, the fact that we had cameras at every court means we could take the output of those cameras and actually have, in this case, we took it as far as six streams. So we had six different courts and you could choose which one you wanted and we layered over on top of that some interactive technology in broadcast, which allows you to switch between those streams. And that was considered very novel at the time to the extent that we then won a BAFTA that year for the work we did. I was head of technology for that.

Q Of your knowledge, does the BBC have any discussions with either content providers or other platforms with which it does business with respect to their use of -- your use of GeoComply?

A Yes, we do. So one of the people in my team, he's then chair of the distribution subgroup of the EBU and so the EBU is the European Broadcasting Union and that's effectively the club of all of the public service broadcasters and part of that distribution -- part of that group, yes, they absolutely discuss the technology used for this sort of thing and actually, I think there's some evidence of that in the documents.

Q Very good. What about with the BBC's own business dealings with content providers or platforms, does GeoComply ever come up as a brand name in conversation?

A It does indeed. So I think in discussion with ITV in particular, we have discussed that and GeoComply has come up, the name, because that's how I was represented, the fact that ITV used GeoComply in the same way that the BBC does.

Q In your earlier deposition you mentioned companies such as [redacted] and others with respect to GeoComply. Could you just for the sake of this record explain what role, if any, the discussion of

GeoComply plays with those companies?
A Yes. So specifically, I think I said [redacted]. And GeoComply then comes up in the contracts that we have with them to secure the rights to be able to distribute programs that we procure from them online and those contracts include clauses that specify the technology that you can use to do that. So the protections that they seek for us to have provide and GeoComply is named in all those contracts.
Q And so of your knowledge, the GeoComply regime that BBC uses, satisfies the requirements of those companies that you just mentioned?
A Yes, it does. The consequence of that is that we then be able to acquire, procure that content and distribute it online. And on top of that the same applies with the major providers, so [redacted] all of who process each time one of these events is coming around, around the technology that we are using and actually can also put some additional policing associated with that in clauses associated with that, which means that we need to meet necessary standards or

they can actually take the rights away from us. And in all cases, we satisfied their needs and in no cases have we had challenges while we've been doing those tournaments.

MR. TOBIN: I don't have anything further.

Thank you for your patience today. Alex?

REDIRECT EXAMINATION

BY MR. BRITO:

Q I just have a few followup questions, sir. Just -- I heard about your background, but one thing I didn't hear, you're not a data scientist, that's correct?

A That's correct. Yes. You asked me I think at the beginning of this whether I'm a data scientist and no. I mean, I've been in a leadership role for quite a number of years now and so while I have good understanding of these things, I do not have training in that technology, particularly since it didn't actually exist at the time that I was a practicing engineer.

Q And since 1983 to the present, you have not sought to obtain any sort of degree or formal training or education as a data scientist, correct?

A That is correct. No, I've been doing it on the job.

Q Got it. You have no data forensics training,

correct?
A Data forensics, no, I don't.
Q You're not an expert witness in this case, correct?
A Forgive me. I'm not a lawyer, so the definition of expert witness is not something I'm familiar with.
Q Okay. You've not been designated, to your knowledge, as an expert witness in this case, correct?
A Can I just confirm with counsel?
MR. TOBIN: I'm not allowed to answer the question, so answer as best you can.
THE WITNESS: Okay. So in the context of this, I don't know the definition of an expert witness and therefore I don't know the answer to that question.
BY MR. BRITO:
Q You've never testified in a court proceeding where someone has designated you as an expert witness; is that fair?
A That is correct. I haven't.
Q Now you mentioned the distinction between audience analytics data and distribution data and I believe in some substance your testimony is that the audience analytics data is less reliable, correct?

A So the IP geolocation for the audience that we consider to be less reliable, correct.

Q And so what we talked about earlier that you testified to, the 34 attempts which I believe you referred to now as player requests, those 34 attempts sitting here today, you cannot testify truthfully under oath that those attempts did not happen, correct?

MR. TOBIN: Object to form.

THE WITNESS: So the attempt happened. Your question is did those attempts happen or not, those attempts happened.

BY MR. BRITO:

Q Okay. And what I mean by 34 is just to be perfectly clear, those are 34 attempts that actually were successful to view the documentary from an IP address that originated from or appear to originate from the state of Florida. Do you understand what I'm asking you?

A I do. And I'll put the usual caveats in, because you said originated from and in all cases the IP address location is based on GeoIP lookup. And as I have said for the audience analytics information, then that's based on IP geolocation lookup that is not kept up-to-date in the same way as our other systems are and so as I have also said and with the ISP that we did

further analysis on, we provided evidence to indicate that actually, it's not reliable.

Q Okay. And so what you're saying, it's not reliable but you're not testifying here under oath that those 34 successful attempts did not actually occur, correct?

MR. TOBIN: Object to form. Asked and answered. Answer again.

THE WITNESS: So again, you have to caveat that because --

BY MR. BRITO:

Q I'm not asking -- I don't need any more caveats. You've made that abundantly clear. My question is different. My question is you are not sitting here testifying under oath that those 34 attempts that you have identified did not actually occur, correct?

MR. TOBIN: Object to form. Mischaracterizes his testimony. Answer as best you can.

THE WITNESS: I was asked to continue to say there are two parts to your question. One is did they occur, yes. The second is can we guarantee that they occurred in Florida, no, we cannot.

BY MR. BRITO:

Q That's not my question, sir. What I'm asking

you is whether or not you you're testifying here under oath that those 34 attempts did not happen?

MR. TOBIN: Object to form.

THE WITNESS: Yes. I think -- sorry, I may be frustrating you a little bit, but I would be more comfortable if you said 34 attempts from that identified by the geolocation system as Florida did not happen and I can say the 34 attempts definitely happened and I'm questioning the extent that they happened in Florida. And I'm as confident as I can be that at least some of them didn't because of the work that we did in analyzing the ISP information associated with it and demonstrating that that ISP actually has bots that sit within the UK.

BY MR. BRITO:

Q But you're not testifying that those 34 absolutely did not happen from an IP address that originated or appear to originate in Florida, correct?

MR. TOBIN: Object to the form of the question. Mischaracterizes his testimony. Answer it again.

THE WITNESS: So I'm wondering what to add to what I already said. I think there is doubt around the location of those and so you're picking 34 and you could argue that's arbitrary on the basis that

it's identified from an IP geolocation system which is not designed to deliver the level of accuracy that you're talking about.

BY MR. BRITO:

Q I'm not being arbitrary. I'm using your words, your testimony, that the information that the BBC had reflected that there were 34 attempts which you believe to be either unreliable or less reliable, I understand all that, but I'm not picking an arbitrary number; I'm using the number you gave me earlier. So going back to that: With respect to those 34 attempts my question to you is very specific, sir. You are not testifying under oath that those 34 attempts in fact did not occur, correct?

MR. TOBIN: Object to form.

THE WITNESS: So I would say I would not testify that they did not occur and I will not testify that they did occur, because we don't have the level of detail to say exactly what happened because the data on which they're based is unreliable. Is that a satisfactory answer to your question?

BY MR. BRITO:

Q So sitting here today, some or all of those attempts from Florida may have occurred, correct?

MR. TOBIN: Object to form.

BY MR. BRITO:

Q You don't know one way or the other.

MR. TOBIN: That's not what he said. Object to form. Answer again.

THE WITNESS: So I'm not quite sure how to answer more fully than I have done already and the reason that I'm answering like that is to make sure -- and I know I've said so many times, but the IP geolocation information associated with that is not designed for the purpose which you're putting it.

BY MR. BRITO:

Q The information that we reviewed on the spreadsheet that you answered questions about, you are not testifying here that that information is untrue, are you?

MR. TOBIN: Object to form.

THE WITNESS: The data is the data that came out of the system and I have no reason to question the data wasn't extracted reliably. The point that I'm trying to make here is that the inference you're taking from that data is that the IP geolocation system is 100 percent accurate and I'm confident that is not the case for our analytic system.

BY MR. BRITO:
Q And you not taking the position that it is 100 percent inaccurate, are you?
A No. I'm simply saying you cannot rely on that information for the use that you are putting it to, because it was not designed for that purpose.
Q When we took a break after my initial examination, did you have an opportunity to speak to your counsel?
A We didn't speak about anything related to the case. We did talk -- we did talk. What did we talk about?
Q Were you advised of the nature of the questions that you would be asked by your counsel?
A During our break? No.
Q In advance of the break.
A In advance of?
MR. TOBIN: Object to the form of the question. Do not reveal any attorney-client discussions. He specifically is asking you before this deposition and you're not permitted to testify about that. Alex, do you have another question?
BY MR. BRITO:
Q My question is a yes or no question. It does not require you to divulge factual information. Were

you advised in advance the nature of the questions that you would be asked?

A I'm unclear based on the advice I've just received from counsel on how to answer that question.

MR. TOBIN: And I think the way the question is framed, we're going to have to decline to answer on grounds of attorney-client privilege.

MR. BRITO: Very well. I have no further questions. Thank you.

MR. TOBIN: All right. Let's go off the record.

THE VIDEOGRAPHER: The time is 12:48 p.m. We are off the video record.

MR. BRITO: We will order both a copy or the -- oh, I'm sorry. We'll order the transcript of Mr. Cooper's deposition and, Kyle, a video as well. And, Sharon, if you are able as to provide a rough, I would appreciate it as well. And, Chuck, I don't know if you stated on the record if the witness is reading or waiving.

MR. TOBIN: The witness will read and we will also take a copy and a rough. Copy of the video, copy of the transcript and a rough.

\- - -

(Thereupon, the deposition was concluded and

reading and signing was not waived.)

CERTIFICATE OF REPORTER

THE STATE OF FLORIDA)
COUNTY OF ST. LUCIE)

I, Sharon Ambersley, FPR, do hereby certify that I was authorized to and did stenographically report the foregoing video-recorded deposition of Richard Cooper; that a review of the transcript, was requested; and that the foregoing transcript, pages 1 through 152, is a true record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

Dated this 4th day of June 2026, at St. Lucie County, Florida.

Sharon Ambersley, FPR
Notary Public - State of Florida
My Commission: HH511304
My Commission Expires: 07/06/28

CERTIFICATE OF OATH

STATE OF FLORIDA)
COUNTY OF ST. LUCIE )

I, Sharon Ambersley, Florida Professional Reporter, Notary Public, State of Florida, certify that the witness, RICHARD COOPER, personally appeared before me on the 29th day of May 2026 and was duly sworn.

WITNESS my hand and official seal this 4th day of June 2026.

Notary Public State of Florida
Sharon Ambersley
My Commission HH 511304
Expires 7/6/2028

Sharon Ambersley, FPR
Notary Public - State of Florida
My Commission: HH511304
My Commission Expires: 07/06/28

E R R A T A   S H E E T

IN RE: PRESIDENT DONALD J. TRUMP VS. BRITISH BROADCASTING CORPORATION A/K/A BBC, ET AL

DEPOSITION OF: RICHARD COOPER

TAKEN: May 29, 2026

DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

PAGE # LINE # CHANGE REASON

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

____________________________________________________

Please forward the original signed errata sheet to this office so that copies may be distributed to all parties.

Under penalty of perjury, I declare that I have read my deposition and that it is true and correct subject to any changes in form or substance entered here.

DATE: ________________________

SIGNATURE OF DEPONENT: _________________________________

DATE: June 4, 2026

TO: CHARLES D. TOBIN, ESQ.
c/o Richard Cooper
1909 K Street, NW
12th Floor
Washington, DC 20006
U.S. Legal Job#: 7148641-001

IN RE: PRESIDENT DONALD J. TRUMP VS. BRITISH BROADCASTING CORPORATION A/K/A BBC, ET AL

IN RE: Dear : Mr. Tobin

This letter is to advise you that the transcript of your client, RICHARD COOPER, taken in the above-styled case on May 29, 2026, has been completed and is awaiting his/her reading and signing.

Please have him/her contact our office at (754) 201-2346 to make arrangements to read and sign the deposition transcript. Our office hours are 9:00 a.m. to 5:00 p.m., Monday through Friday.

If the transcript is not signed by the witness within 30 days after this letter has been furnished, we will then process the transcript without a signed errata page. If your client wishes to waive their signature, please have him/her sign his name at the bottom of this letter and return it to our office @ U.S. Legal Support, 16825 Northchase Drive, Suite 900, Houston, TX 77060-6004.

Your prompt attention to this matter is appreciated.
Sincerely,

Sharon Ambersley

______________________________
Sharon Ambersley

I do hereby waive my signature:

______________________________
RICHARD COOPER

cc via transcript: Alejandro Brito, Esq.
Charles D. Tobin, Esq.

file copy

**Exhibits**

**EX 0016 Richard Cooper 052926**
3:14 107:2,5,6,16 112:20 119:10
**EX 0017 Richard Cooper 052926**
3:15 109:1,4,7,15 118:25
**EX 0022 Richard Cooper 052926**
3:12 64:8,14 65:4,7,17,19 68:14 69:23
**EX 0023 Richard Cooper 052926**
3:13 70:12,15 80:7
**EX 0024 Richard Cooper 052926**
3:13 80:16,19,21
**EX 0025 Richard Cooper 052926**
3:14 82:3,6
**EX 0026 Richard Cooper 052926**
3:11 9:14,15,18 17:3
**EX 0030 Richard Cooper 052926**
3:12 33:18,21,22 87:20,21

**0**

**0.05**
99:9

**1**

**1**
105:6,7
**100**
25:3,8 34:20 93:13 97:9,10 133:23 145:23 146:2
**10:28**
63:19
**10:42**
63:22
**11**
41:10
**12**
132:1
**12:11**
128:3
**12:25**
128:6
**12:48**
147:12
**13**
12:14 119:20
**16**
107:2,5,6,16 112:20 119:10 136:12
**17**
82:10,14 109:1,4,7,15 118:25
**18**
61:7
**18th**
75:23
**1983**
134:2,17
139:20
**1st**
70:19 82:9

**2**

**2**
66:4 87:19,21,22
**2001**
136:1,13
**2024**
122:2
**2025**
65:5 67:22 70:19,21 72:6 80:22 82:9,10,15
**2026**
4:15 12:14 121:12
**21**
121:12
**21st**
65:5
**22**
64:8,12,14 65:4,7,17,19 68:14 69:23
**23**
70:12,15 80:7
**23rd**
65:5 70:19
**24**
8:15 22:16 70:21 80:16,19,21
**25**
64:12 82:3,6
**25th**
80:22
**26**
9:14,15,18 17:3
**28**
122:2
**28th**
122:7
**29th**
4:15
**2nd**
80:21

**3**

**30**
33:18,22 61:12 87:21
**30(b)6**
5:5
**31**
120:21,25
**34**
100:8 101:7 103:19 104:20 118:10 131:10,14,18,21 141:4,5,13,14 142:5,15 143:2,6,8,16,24 144:7,11,13

**4**

**403**
33:1

**5**

**5**
98:4,22,24 99:19
**50**
61:11,12
**570,000**
36:21 99:18,20

## 9

**90**
130:3
**9:06**
4:16
**9:09**
7:3
**9:12**
7:6

## A

**A-N-S-O-R-G-E**
66:7
**a.m.**
4:16 7:3,6 63:19,22
**ability**
31:10 35:18 54:3 55:1 129:15
**able**
22:12,23 35:25 39:2 50:6 58:22 62:16 69:21 74:5,16 75:5 78:1,9 81:21,25 99:23 104:23 106:8 107:14 113:2 114:16,22 116:17,21,25 138:5,15 147:17
**above**
4:5 41:12
**abroad**
27:25
**absolutely**
134:25 137:10 143:17
**abundantly**
142:13
**accelerate**
53:21
**access**
6:9 13:16,18 20:12 21:1,6 22:15 24:4 25:9 26:20, 24 27:1,2, 15,16,25 28:2,4 31:20,24 33:2 36:7, 12,13,14,17 37:5,6,15 38:5,13,22 39:1,18,19, 24 41:15 43:8 51:24 53:4 65:20 66:19 67:9 69:25 71:13 74:9,17,20, 21 75:9,20 76:3,6,8,9 78:2,9 79:2 80:8 81:3, 11,18,21 88:21 89:6, 14,18 91:4 94:3 105:12, 18 106:20 110:2 113:8 114:4,8,9 116:17,21,25 119:10,21 120:4
**accessed**
36:6 70:24 76:25 106:4 133:10
**accesses**
37:11,12
**accessible**
66:18 67:12
**accessing**
77:22 115:6
**accidentally**
51:22
**accolades**
135:24
**accomplish**
81:25
**account**
33:8 58:17 59:1,2,5,9, 11 106:8,9, 11 122:20,21 123:16 124:13 125:6,10 126:3,20 127:6,17
**account's**
58:18
**accountable**
16:23
**accounts**
124:11
**accuracy**
40:22 52:7, 19 144:2
**accurate**
15:23 24:22 71:20 100:4 125:14 126:6 130:4 145:23
**acknowledge**
118:9
**acknowledged**
91:3
**acknowledging**
84:20,21 88:9
**acquire**
138:15
**across**
41:23
**action**
13:6 18:18 30:10 31:9 45:21 47:14 67:24 127:19
**active**
19:1,5 105:17
**actual**
44:8
**add**
111:16 115:12 143:22
**added**
50:10
**addition**
14:13 32:18 105:14
**additional**
30:24 138:23
**Additionally**
66:23
**address**
9:21 29:7 30:4,6 38:10,22 42:9,12 43:12,20 46:6 48:2,8, 15 49:21 53:15 56:9 58:12 60:5 71:10,16 72:15 73:3,6 74:18 75:3 78:10,11 90:14 91:8, 18,22 92:15 93:1 95:22 96:10,23 97:5,17,24 99:25 101:2 102:25 103:3 104:21 122:16 123:1 124:9 125:4, 13 126:1,18, 25 141:16,21 143:17
**addresses**
11:18 43:6, 21 48:21

53:14,15,18 56:1,20 58:13 71:14 76:11 84:4, 13 88:4,14, 17 89:2 92:20 94:14, 20 95:5 102:2,3,5,9, 17,20,22 118:10,18
**addressing** 17:20
**adhere** 64:5
**advance** 15:10 146:16,17 147:1
**advancements** 83:23
**advent** 134:22
**advertises** 54:3
**advice** 147:3
**advised** 69:3 146:13 147:1
**affairs** 65:15 109:9
**affected** 69:8
**affirm** 7:18
**afraid** 106:3
**afternoon** 8:4,6
**agent** 38:10 39:10
**aggregate** 40:23 41:1 50:1 60:13 61:8 129:15, 21
**aggregated** 47:22
**aggregation** 129:16
**ago** 75:23
**agree** 20:22,24 43:6,25 70:9,23 71:22 72:12, 18 76:6 88:10 117:6, 11
**agreed** 23:7
**agreement** 29:4
**ahead** 18:20 37:18 63:12 79:17 87:11 96:12 113:24
**aim** 20:25 110:6
**aimed** 17:11 18:12, 18 20:9
**aiming** 20:11,21
**aired** 117:21
**AJ** 121:21
**Akamai** 25:23
[redacted] 14:12
**Alejandro** 4:24
**Alex** 5:6 7:9 9:8 10:16 61:18 64:16 68:4 89:24 95:19 98:8 139:6 146:22
**alleged** 115:7
**allegedly** 131:14
**allocation** 92:20 97:5
**allow** 26:24 27:18 31:2 50:12 75:17 107:19 111:24 114:3,4,8,9 116:24
**allowed** 22:9,15,17 27:15 42:21 54:12 66:14 70:1 77:3,20 79:22 89:6 102:6 118:10 140:11
**allows** 5:24 6:11 73:23 113:8 136:8,22
**Amazon** 25:22
**Ambersley** 4:3
**America** 127:7
**American** 99:4
**Americans** 19:1
[redacted] 14:14
**amount** 61:10 90:11 99:14
**amounts** 98:22
**Amsterdam** 135:21
**analysis** 62:8,9 103:16 104:6 115:12 118:21 132:8 142:1
**analytic** 96:16,24 97:5 99:17 100:3 101:11,14,15 102:2 131:7 145:24
**analytical** 40:18
**analytics** 13:14 16:9 17:14 99:23 101:6 103:6, 10,17 106:14 118:19 121:7,11 128:19,20,25 129:15 130:1,13,14 131:8,9 132:19 140:23,25 141:22
**analyze** 133:9
**analyzed** 17:15
**analyzing** 143:12
**and/or** 17:15
[redacted] 14:9
**annotate** 42:24
**annotation** 11:16 14:8 41:23 42:4 50:5,8,9 51:1 59:25
**annoying** 118:16
**anonymous** 32:21

[redacted]
66:7
**answer**
11:3,10 20:8,19 21:8 30:25 32:15 36:8 37:18 52:14 58:22 60:6,14 73:10,17 75:6 87:12 90:4 91:15 93:3 94:5 95:12,17 96:2,4,13, 15,18 97:1 98:9,10,16 101:5 103:23 105:2 106:6 109:19 115:15,18 116:4 118:14 119:6,16 124:19,20 125:16,18,19 126:8 140:11,12,15 142:8,19 143:20 144:21 145:5,7 147:4,6
**answered**
18:22 37:17 94:1 95:18 96:12 142:8 145:14
**answering**
10:12 78:8 94:18 145:8
**answers**
31:3 41:5
**anticipating**
69:25
**anybody**
6:12 23:19 120:20 133:10
**anybody's**
128:13
**anyone**
6:5 14:18 37:7 39:20 45:10 108:23 117:10,18 120:10
**anytime**
131:22
**apologies**
15:13,14 30:19 52:15 69:16 132:15
**apologize**
15:10 80:4 107:10
**app**
117:10
**apparent**
29:7 44:7 72:1 90:14
**appearances**
4:22
**appeared**
54:14 99:25 101:3 104:21 118:11
**appears**
22:22 33:1 48:2,15 60:16 124:10 125:5 126:2, 18
**applied**
46:18
**applies**
92:2 138:17
**apply**
19:25 23:15, 17 32:13 44:4 56:4 72:3 73:19 81:8 114:18
**appreciate**
10:22 64:24 68:9 147:18
**appropriate**
5:13 61:20
**approved**
28:14
**approximately**
67:22
**April**
8:15
**arbitrary**
143:25 144:5,9
**architectural**
50:23,25
**area**
17:25 46:12 81:6
**areas**
11:15,16 61:6
**argue**
143:25
[redacted]
65:16 81:15 82:15
**around**
9:16 14:15 27:11 28:6 36:21 43:12 61:7,11 75:2 79:25 86:18 87:15 88:14 89:2 118:21 129:8 136:2, 7,13 138:22 143:23
**article**
107:20,21 108:12,15,18 112:21,23 113:5 119:2, 3
**articles**
106:20 108:18
**asked**
37:10,17 69:16 74:22 75:14 78:5 84:7 85:6 89:21 91:23 93:25 95:16 96:11 133:5 135:11 139:13 142:7,20 146:14 147:2
**asking**
10:21 13:24 38:18 55:8 69:11 78:20 93:25 95:1, 21 96:6 116:2 123:4 141:17 142:12,25 146:20
**asks**
17:4
**aspect**
101:1
**aspects**
107:1
**assistance**
78:15
**associate**
106:15 118:22
**associated**
19:16 23:9 30:5 39:10 40:5 48:16 80:13 88:18, 22 89:15 91:21 92:1, 15 93:17 101:16 112:2 116:13 125:11,13 129:7 132:8 136:7 138:24 143:13 145:10
**association**
106:7

**assume**
8:10 93:13
**Athena**
62:15
**attached**
67:14
**attaches**
67:11
**attempt**
36:12,14 38:7 39:1 47:10 56:5 114:12 141:9
**attempted**
36:7,17 37:6,12,15 38:12 39:18
**attempting**
38:5
**attempts**
36:18,19,20 41:14 43:22 100:8,12,16 101:10,12,14 103:19 104:20,23 127:18 141:4,5,7, 10,11,14 142:5,16 143:2,6,8 144:7,11,13, 25
**attend**
6:12,17
**attending**
6:5
**attention**
6:18,20 10:5 17:2 34:1 41:9 70:20 71:5 119:19
**attorney-client**
146:19 147:7
**attorneys'**
64:1 70:17 80:20 82:7
**attributed**
59:10
**audience**
17:12,14 104:17 118:19 121:6,11 128:20,25 129:13,14,25 130:1,5,13, 14 131:7,9 132:18 140:23,25 141:1,22
**audiences**
17:12 18:13 20:11
**audio**
31:22 69:12
**audit**
111:13
**audited**
110:24
**August**
65:5
**authenticate**
35:25
**authoritative**
41:7
**authority**
5:22,24 6:2, 11 11:8
**authorization**
28:13,14,16
**authorize**
28:7
**authorized**
27:1 28:4,8
**availability**
20:6 36:1,2 52:18
**available**
12:7 19:19 21:16,17 26:6 33:13, 17 34:18 36:24 43:11 45:6,9 49:2 52:6 56:24 58:3 59:23 60:19 62:8,9 68:2 92:7 95:3 99:21 100:10 101:8 102:21 106:11,12,20 114:14 117:18
**aware**
4:8 5:23 6:7 23:19 35:8 38:19 45:9 54:2 55:25 56:3 57:1 68:7 80:12 81:22 95:13 101:10 111:1 116:20 117:3,20 120:10 135:3
**AWS**
62:15,25
**AWS's**
25:25

**B**

**B-U-N-D-E-S-L-I-G-A**
65:25
**back**
7:7 9:10 17:2 22:3 26:16 30:19 45:4 56:22 63:23 67:6 75:19 76:15, 18 98:2 112:14,18 118:25 119:19 128:7 132:17,22 136:1,13 144:11
**background**
111:19 112:5 139:10
**BAFTA**
136:24
**Ballard**
5:2
[redacted]
14:13
**banned**
106:1
**based**
17:21 28:19 44:6 47:3 53:2,13,24 55:17 57:4 70:6 73:19 77:15 96:7, 23 97:22 110:21 118:18 122:22 129:16 141:21,23 144:20 147:3
**basically**
56:9
**basis**
27:16 40:13, 14,22 54:21 55:22 61:14 75:9 77:5 92:24 93:11 111:2,8 129:11,24 130:24 131:4,5 133:17 135:3,13 143:25
**BBC**
4:19 5:4 11:1,8 15:23 16:24 17:4, 9,15 18:25 19:24 20:10, 20,25 21:5 23:3,5,6

24:3,8,16, 18,20,21,25 26:10 27:5 28:9,18 30:11 31:9 33:3,7,16 34:14,16,18 35:2,3,8 36:5,16 37:5 38:7,20 39:19 40:17 41:24 42:15 46:14 49:2, 13 50:15 52:1,7,21 53:2 54:2,4, 17 55:3,9,25 57:14 58:11, 18 59:8,14 60:25 65:13, 20 68:15,21, 24 69:3 71:13 72:10, 20 77:5 78:13,20,24 79:3,15 80:24 81:15, 22,24 82:11 84:14,22,23 85:3 87:9 88:1,8 89:10 90:2,10 91:4 92:6,9 93:8, 20 94:2,3, 12,16 95:3, 23 96:6 99:22 100:11,25 101:10 103:18 105:9,17 106:1,4 108:16 109:9,25 110:3,13,24 112:10 113:7 116:20,22 120:1 123:5, 8 128:16 129:4 130:14 134:1,2,7, 14,25 135:6, 7,24 136:3 137:1,21 138:12 144:6

**BBC's**
17:6,11 19:9 29:6 52:23 85:21 103:25 114:21 119:21 125:23 134:22 137:13

**BBC-SPECIFIC**
81:10

**bear**
124:12

**beg**
37:9 90:20 99:8 127:12 132:22 133:3

**beginning**
4:22 65:1 71:2 119:16 139:14

**behalf**
4:25 5:20 6:10 10:25 34:14

**behind**
17:6 80:15 88:23

**believe**
11:11,20 14:16 25:25 33:5 35:3,5 50:16 51:3 52:9,19 54:7 55:10 65:15, 16 81:7,10 82:7 94:23 95:6 99:2 103:21,24 104:13 127:21 131:13 140:24 141:4 144:8

**below**
66:17 67:19 71:25

**bespoke**
106:15

**best**
11:4 21:9 35:18 36:8 87:12 90:5 94:6 118:14 119:6 124:20 140:12 142:19

**big**
136:12

**Bigquery**
62:17

**billion**
61:12

**bind**
11:8

**binding**
11:1

**bit**
8:20 25:7 34:4 35:8 37:3 38:18 39:12 42:11 44:13 52:17 61:16 68:9 72:7 75:7,14 79:12 94:19 95:13 106:6 110:5 113:15 121:8 143:5

**bits**
22:4 38:11

**BL**
85:12,16

**bleeding**
112:1

**block**
19:1 40:24 47:16 48:16, 20,24 49:5, 7,8,10 55:1 71:12 73:9 118:7 119:21 120:9

**blocked**
32:23 42:10 47:25 66:13, 23 74:18 76:13 77:17, 19 90:25 91:1

**blocking**
41:11 45:8, 14 71:10,13 78:11 110:3, 5,9

**blocks**
47:19 114:15

**board**
27:24 88:17

**boards**
134:19

**bots**
143:14

**bottom**
34:5 66:4 77:4 78:4,8, 13 80:1 83:19 87:16 107:15 115:11 116:10,15

**bought**
53:16 88:17

**bouncing**
9:16

**brain**
94:18

**brand**
137:15

**Brazil**
124:3

**break**
6:24 51:12 61:19,23 63:12 69:16, 20 127:24

146:7,15,16
**brief**
7:5 30:25 63:21 128:5
**briefly**
133:24
**brilliant**
69:13
**bring**
6:20 38:2
**Britbox**
29:2
**British**
4:14,18 27:13,14
**Brito**
4:24 5:8,17 6:1,15,19 7:2,16 8:2 9:12,16,20 10:17,23 11:6,12 15:14,18,20 16:18 18:6, 7,23 23:1 24:13 25:1 26:9,15 27:3,19 28:17 30:22 31:18 33:12, 20 36:4,15 37:20 38:3 44:20 47:13 49:11 54:1 55:15,24 59:4 60:22 61:21 62:1 63:11,16,24 64:7,10,17, 20 65:2,3 68:8,12 69:14 70:14 72:17 75:11 77:12 79:8 80:2,18 82:5 83:2,13 84:11,19 86:13 87:7, 18 90:1,9 92:4 93:6 94:11 95:20 96:20 98:11, 14,21 99:13 100:18,24 104:9,19 105:3 107:4 108:6 109:3 110:23 114:2,19 115:14,18,23 116:7 117:4, 9,14 118:8, 24 119:8,18 120:23 123:3,10 125:1,15,20 126:10 127:4,23 128:2,8 139:8 140:17 141:12 142:11,24 143:15 144:4,23 145:2,12 146:1,23 147:8,14
**Brito's**
15:15
**broadcast**
13:5 30:12, 15 31:11,12 46:16 62:3, 20 67:24 68:2 69:8 72:7 81:21 134:9 136:21
**broadcaster**
120:8
**broadcasters**
25:21 81:22 111:9,11 120:3,6,15 137:9
**broadcasters'**
81:12
**broadcasting**
4:14,18 135:20,21 136:4,9,14 137:7
**broadcasts**
71:21
**brought**
6:17
**building**
129:4
**built**
111:10
**Bundesliga**
65:25 66:7 67:10,19 68:20 69:2, 24 70:5,24 71:3 72:20 75:20 77:6 78:15,25 79:3,15 80:23 81:2, 19,25 83:24 84:14 85:1, 16 115:6,12 116:1,11,12, 18
**business**
65:15 87:9 111:20 112:6 137:3,14
**businesses**
49:3
**button**
131:23
**buy**
26:5 53:15 111:12 114:1

**C**

**cabinets**
134:20
**cache**
39:13
**calculating**
93:1
**calculation**
32:19
**call**
11:16 50:5 63:1 128:23
**called**
29:24 32:12 33:1 45:15 50:9 53:11 54:7 60:11 101:18 102:24 103:3
**calls**
11:3 54:10
**cameras**
136:16,17
[redacted]
**candor**
86:22
**capabilities**
44:22
**capability**
129:15
**capacity**
8:15,21 20:17 47:4
**career**
16:3 135:14, 16,19
**careful**
120:11
**Carnival**
101:23,24,25 102:4 132:7
**Carrier-grade**
56:21
[redacted]
14:13
**case**
5:4 8:25 9:5 13:21 18:17, 25 19:6 23:24 42:20 47:16,18

68:15 88:12 107:10 129:14 133:11 136:18 140:3,9 145:24 146:11
**case-by-case** 27:16
**cases** 41:6 90:22 92:17 102:22 126:22 139:2 141:20
**catch** 88:20
**categories** 46:15,17,22 47:5,15 48:1
**categorize** 35:11
**categorizing** 44:22
**caught** 57:13 89:8, 19
**caveat** 100:16 126:23 142:9
**caveats** 141:19 142:13
**CDMS** 42:3
**CDN** 25:24 26:1 39:5,8,13 45:13 59:20, 21 62:13,14 92:2 94:21 101:22,25 102:3,4
**CDNS** 21:25 25:23 26:5 39:11 45:5,9
111:10 114:17 133:18
**center** 70:6 73:14, 19 103:3
**centrally** 42:22
**certain** 9:1 24:4 26:19 36:6 64:21 65:21 66:13 83:9
**certainly** 24:14 26:4 83:14 85:10 90:2 109:18 128:1
**chain** 12:5
**chair** 137:6
**challenge** 56:13,17 72:23 73:15 114:8 118:3
**challenged** 92:21
**challenges** 71:20 73:18, 19 118:23 139:3
**challenging** 75:7
**Chance** 107:8,17 109:11 121:21
**change** 51:20 53:10, 21 55:21 58:7 61:3
**changed** 53:19 83:25 127:16
**charge** 85:4
**chasing** 83:9
**cheaper** 63:9
**check** 59:2 66:12 81:17 109:17
**checked** 80:12 116:13
**checks** 22:1
**children** 27:13
**choice** 115:1
**choices** 43:13
**choose** 48:6 113:6 136:20
**chose** 76:17 78:7, 16
**Chuck** 5:1 10:18 61:22 147:18
**circumstances** 26:19 27:9, 17,23,24 28:3 47:23 48:14,20 53:19 56:18 88:19
**circumvent** 26:11 27:2,5 28:10,12 48:4 56:6 113:22
**circumventing** 28:6
**circumvention** 11:20 46:1 85:21
**cite** 68:5
**cited** 5:12
**city** 43:21 48:2
**claim** 81:1
**claims** 68:15
**clarify** 13:2 99:10
**clarity** 122:17
**classified** 62:21
**classify** 50:18 89:1 94:3
**clauses** 138:7,24
**clear** 51:23 52:2 95:2 114:24 141:14 142:13
**clearly** 22:8 58:8 76:13,24 78:10 98:18 109:22 111:3 112:1 123:21
**click** 123:20,22 126:12
**client** 5:20 7:11 9:22 39:8,10 50:7 81:6
**clients** 39:9,11
**close** 43:15 99:18
**Cloudflare** 43:17
**Cloudfront** 25:25
**club** 137:8
**code** 33:1 67:1

**codes** 133:20,22
**collapses** 132:4
**colleagues** 14:3 127:25
**collect** 61:11
**collecting** 61:13
**collects** 90:10
**colleges** 49:3
**column** 121:15,18,21 122:1,8,20 123:15,19, 20,23 124:1 125:2,3,23 126:12,13
**columns** 124:6 126:12
**combination** 45:22 46:9
**combine** 42:14
**combined** 32:12,13
**come** 30:1 31:2 38:8 73:20 75:19 95:15 102:11 118:11 129:16 132:17 133:17 137:15,19
**comes** 29:14 38:8 46:5 50:7 98:6 138:4, 19
**comfort** 61:19,23
**comfortable** 143:6
**comments** 126:7,8
**commercial** 42:20 54:3, 14,18 55:4 65:14 85:13, 22 87:5,10 113:16,20
**commercially** 117:18
**commissioning** 17:12,24 41:3,4 130:11
[redacted]
**common** 23:15
**communicate** 108:17
**communicated** 110:1
**communicating** 10:19 84:23
**communication** 67:18
**communications** 14:24 15:5 67:5 70:18
**companies** 26:2 137:23 138:1,13
**company** 101:18
**compare** 129:22 130:12
**compared** 93:14
**comparison** 111:4
**competition** 111:4
**competitive** 44:2,16
**complain** 89:13,17
**complaining** 76:8,21 82:1
**complains** 90:7
**complaint** 53:23 54:6 88:22
**complaints** 53:3 76:5 89:13,21
**complete** 80:11 84:7
**completely** 29:3,4 52:2 86:11,17 92:13,19 120:16 125:14 126:6
**completion** 62:3
**complex** 81:6
**compliant** 26:23
**complicated** 42:11 60:16 71:4 106:7
**comply** 79:11
**components** 49:17,20 51:1
**comprehensive** 91:16 114:21
**computer** 16:9,10
**conceive** 27:4
**concern** 9:21 85:21 86:22 87:8, 13
**concerned** 58:25 78:19
**concerns** 17:9 67:19 69:3 78:25 79:16 84:23 86:7
**concerted** 41:14
**conclude** 19:8 31:9 33:7 85:20
**concluded** 127:24 147:25
**conclusion** 11:3 44:19
**concrete** 82:18
**conditions** 22:7,8,10 34:24 54:11
**confer** 127:25
**conferences** 135:12,18
**confident** 42:17,19 111:15 120:16 143:10 145:24
**configuration** 18:13
**confirm** 121:8 124:8 125:3 126:17 140:10
**confirmation** 25:8
**confirmed** 79:1
**confirming** 121:11
**conforming** 24:8

**confusion**
94:7
**consequence**
47:24 51:24 56:20 76:15 77:18 88:15 135:16 138:14
**consider**
25:18 26:7 35:16 40:8 41:7 51:18 73:12 76:1 97:8 122:19 129:2 131:7 133:6 141:2
**considerable**
38:24 61:11
**considerably**
61:8
**consideration**
124:18 125:21
**considered**
37:1 44:2 136:23
**considering**
6:3 78:1
**considers**
53:4
**consistent**
93:14
**consult**
6:24
**consultant**
5:19
**consultation**
7:13
**consume**
22:12
**consumer**
70:8
**consumption**
61:17 62:2
**contained**
38:20
**contains**
122:2
**content**
19:25 21:2, 19,23 22:9, 12,15,21,23, 25 23:8,9, 11,12,16,25 25:6,14 26:8 29:4 31:16 32:16,17 33:2 39:9,14 41:3 42:2,19 45:23 50:3 67:8,12 76:22 77:22 81:12,19,21 86:2,8 89:6 91:1 92:17 110:19 114:23 137:2,14 138:15
**contention**
18:16 19:4
**context**
12:12 17:18 60:3 66:4 140:13
**continue**
45:3 54:25 109:16 142:20
**continued**
75:20,21 76:22
**continuing**
82:17
**continuous**
54:21
**continuously**
35:21 110:6 135:1
**contract**
86:4
**contractors**
26:11
**contracts**
12:7,9,21 14:14,15,17 138:4,6,10
**contrast**
130:25
**controls**
54:17
**Convention**
135:20
**conversation**
87:14 137:16
**conversations**
4:10 15:1 17:21
**convinced**
75:8
**Cooper**
4:13 5:5 7:22 8:3,7 9:24 55:8 62:2 64:11 98:16 115:20 128:9,14 134:24
**Cooper's**
18:4 147:16
**copied**
65:6
**copy**
46:25 147:14,22,23
**Corp**
4:25 18:3
**corporate**
4:13 8:21,25 20:17 47:4
**Corporation**
4:14,18 101:23,24 102:1,4 132:7
**correct**
8:8,9,15,16, 18 15:19,24 16:10,21 17:22,23 18:10,14,15 19:6,7,11, 13,15,21,25 20:1,4,5,12, 22 23:3,4 24:9,16,17, 24 25:10 26:12 27:21, 22 28:10,12, 20 29:8,9 31:14,24,25 33:14 34:9, 11,12,16,17 36:7 40:8 41:20 42:7, 8,10 43:3,4, 8,25 44:8,9, 14,24,25 45:15,16,18, 19 51:25 57:24 59:3,6 65:22,23 66:1,2,6 67:15,16,20, 21,24 68:2, 3,17,18,22, 23 69:1,4,5, 8 70:2,3 71:1 72:4,5, 7,8,21 76:6 77:7 78:13, 14 79:16,18 80:9,10,13 81:3,4,12, 13,15,16 82:1,2,23 83:6 84:1,4, 17,24,25 85:7,8 86:24 87:10,23,24 88:2,3,6,7 89:1,2,6 90:12,15,25 91:1,2,5,6, 9,10,12 92:22 104:1, 11,12,14,24 105:1,2,8, 13,19,20,23

107:25 113:3,4,9, 10,23 114:5 115:4,8 116:2,14 117:8,19,25 118:2,12 119:4,7,11 120:17 121:13,14, 19,20,22,24, 25 122:3,13, 23 123:6 124:6,7,11, 19,23 125:7 127:10,19 128:17 131:12,16 132:21 134:19 135:9 139:12,13, 22,23 140:1, 4,9,21,25 141:2,7 142:6,17 143:18 144:14,25

**corrected** 69:21

**correctly** 35:21 41:16 67:3 71:17 119:1 125:24 126:16 127:7,13

**corrupt** 51:12

**costs** 61:5

**counsel** 4:21,23 6:12 17:19 34:11 63:13 140:10 146:9,14 147:4

**counteract** 71:9 81:1

**country** 21:20 30:5,6 32:5,6,19 40:12 42:7 45:23,24 46:4 48:15 58:18 91:20 92:2,14 93:2,11 97:5 122:9,12,14, 21 127:5 133:19,21

**couple** 42:1 61:21 73:12 74:24 75:23 76:4 123:12

**court** 6:9,13,14 7:17 136:17 140:18

**court's** 6:18,20

**courtesy** 68:4

**courts** 136:19

**covered** 17:25 80:4 123:16

[redacted] 14:9

**CRBA** 65:16

**create** 57:16 58:1

**created** 23:3 24:16 57:15 59:1 104:5 123:2 125:10

**creates** 57:11

**creating** 57:10

**creation** 57:23

**credentials** 111:16

**CROSS-EXAMINATION** 128:10

**cruise** 101:18

**culpable** 31:1

[redacted]

**curated** 136:15

**current** 51:17 109:9

**customary** 119:23

**cyber** 53:12

**cycle** 55:22 56:23, 24 57:4 58:9

**D**

**daily** 40:13 61:14 92:24 129:12 131:4

**DASH** 63:4

**data** 13:10,11 16:6,7,9 25:16 35:14, 15,20 37:19, 22 38:1 39:11 41:5 42:4 43:3 44:3,4,6 45:22,23,24, 25 46:19 49:16,22,23 51:6,11,16, 17,22,23 52:20 53:3, 7,8 54:23,24 55:6,8,9,16, 23 56:6 57:13 58:10 59:14,17,20, 21 60:25 61:2,5,6,7, 10,12 62:8,9 63:4,6 70:6, 10 73:14,19 74:9 77:15 79:1 80:1,15 86:19 89:10, 12,22 90:2, 6,11,14,19, 24 91:5,23, 24 92:6,9, 12,13,14 93:15,17 94:12,21 95:3,24 96:8,18 97:6,8,11,16 98:2 99:21, 23 100:4 101:15 102:7,10 103:3,5,22, 24,25 104:5, 6,7 106:8 110:20,21 118:21,23 120:13,18,19 121:12 122:16 123:13 124:15,17 125:10,11,13 127:1,15 128:15,18, 19,20,21,23, 24,25 129:5, 8,11,12,15, 23 130:2,3, 14,15,19,20, 21 131:1,4, 5,8,9,20,24, 25 132:7,9, 18 133:6,9, 12,16,17,22

139:11,14, 22,25 140:2, 23,25 144:20 145:18,20,22
**databases** 43:24
**date** 38:12,16,23 117:21 122:2 131:6
**dates** 65:4 122:7
**day** 40:13 53:8 57:21 61:12 62:20,25 63:1 90:11 113:21
**days** 60:2 69:18
**deal** 54:16
**dealing** 73:16 84:3 86:4
**dealings** 137:14
**decide** 32:13 41:1 43:1 56:12
**decision** 46:10 50:12 61:10 90:21 92:1,15 93:4,9,14,16
**decisions** 30:7 41:4 42:2,22 56:7 135:7
**declaration** 12:13 19:6 33:23 34:13 41:10,13 87:20,21,22 105:17 119:20
**decline** 147:6
**deemed** 35:14
**defeat** 104:23
**defendants** 5:4 8:25 13:21 18:25 64:1
**defensive** 86:16
**defined** 18:4
**definitely** 143:8
**definition** 140:6,14
**degree** 43:19 139:21
**delay** 52:16 128:13
**deliberately** 20:10 43:11
**deliver** 21:2,23 31:15 144:2
**delivered** 32:17 91:17 110:19,22
**delivery** 11:24 63:5 103:2
**demographics** 130:10
**demonstrate** 95:24 132:23
**demonstrating** 136:14 143:13
**denied** 33:2 88:21
**deny** 51:24
**department** 16:22,24 65:15 128:22
134:8 136:3, 10
**dependent** 35:23 44:9
**depending** 123:13
**depends** 29:9 36:1
**deploy** 51:13
**deployed** 51:23
**deployment** 57:18
**deponent** 5:5
**deposition** 4:3,12 5:6, 10,14,25 6:3,6,9 7:12,14 8:7, 14,18 9:5, 14,25 11:14 12:16,17,24 14:2 65:1 98:12 134:1 137:22 146:21 147:16,25
**depositions** 6:7,13
**derived** 44:23
**describe** 73:17
**described** 28:15,16 32:10 41:12 42:1 49:19, 25 50:20 62:12 90:16 104:8
**describes** 51:2
**describing** 47:22
**design** 134:8,9
**designated** 8:24 63:25 70:17 140:8, 19
**designed** 24:25 40:6, 21 41:8 43:19 49:15 103:11 118:20 144:2 145:11 146:6
**detail** 12:23 46:25 144:19
**detailed** 30:2 60:19 61:7
**details** 12:3
**detect** 31:15 48:1, 9,17
**determination** 93:7 133:14
**determinations** 132:19
**determine** 12:2 32:16 131:18
**determines** 22:3 42:6
**determining** 11:18 95:4
**develop** 135:16
**developing** 26:22
**development** 27:11
**devices** 60:17
**diagnose** 78:6 79:20, 22 86:20

**diagnosis** 75:18 80:12
**diagnostic** 60:7 76:16, 21 77:2 83:18
**diagnostics** 78:3,16
**difference** 51:16 103:13
**different** 8:20 25:7 29:4,5 35:8 37:3 40:19 41:5 42:1 43:13 46:18 60:17 63:2 74:4 79:13 87:3 93:16 108:11 111:22,23 115:16 116:3 128:15 135:22 136:19 142:14
**differentiate** 48:13,19 72:15
**difficult** 71:6,9 114:11
**digital** 15:23 18:9 105:9 128:19 130:18,19 131:8 133:6, 9 134:11,13 135:9 136:4, 5
**diligence** 52:23 53:1
**diligent** 112:3
**dimensions** 63:10
**direct** 8:1 41:9 75:1 79:13 119:19 135:6
**directly** 85:12 86:6
**director** 15:22 134:11
**disadvantage** 85:13 87:10
**disciplines** 16:13
**discoverability** 41:3
**discovered** 66:13 89:18
**discovery** 130:9
**discuss** 34:14 108:23 137:10
**discussed** 92:20 93:17 95:9 137:18
**discussing** 58:19
**discussion** 65:19 86:11, 12 137:17,25
**discussions** 18:3 86:5, 16,18 137:2 146:20
**dismiss** 13:20 33:24
[redacted]
**distinction** 97:21,22 98:18 140:22
**distinguish** 72:11
**distribute** 138:5,16
**distributed** 12:3 93:15
**distributes** 28:18
**distribution** 4:19 15:23 17:13 18:9 19:24 21:25 29:6 35:22 39:22 40:4 63:1,3,5 90:10 95:6, 11,25 96:15 99:22 106:8, 12,14 128:23,24 129:5,8 133:22,23 134:12,13,23 135:10 137:6,9 140:23
**distributions** 63:2
**divert** 87:9,14
**division** 134:14 136:11
**divulge** 146:25
**DNS** 47:11
**document** 9:24 10:3 33:24 34:10 47:1 54:6,9, 13 70:16 80:20 106:25 108:3 109:5, 17 114:25 116:1 119:5, 14,15 121:5, 15 123:6 127:5,11
**documentaries** 24:4
**documentary** 11:25 12:7 17:7,11 18:12,17 19:2,9 20:9, 11,21 21:7 23:14,20 30:10 31:8, 24 33:4,8 36:7,17,23 37:7,16 38:22 39:21 46:15 47:6 52:6 59:23 67:23 68:16 72:21 80:9 91:8 92:8 94:3,13 95:4,22 96:9,22 97:24 99:24 100:9,13 101:2 106:21,24 107:8,15 108:20 109:11 110:2 112:23 113:2,9 114:4,9,10 116:19,22 117:1,21,24 118:6 121:23 122:3,13,22, 23 124:9 125:4,25 126:17 127:18 133:10 141:15
**documented** 32:7 50:15
**documents** 11:13,22 13:8,10 17:5,10 31:23 46:24 47:9 50:16, 19,20 63:25 125:23 137:12

**doing**
23:8 26:25 30:23 40:24 57:9 58:5 61:5 69:17 72:2 77:25 102:8 111:18 112:2,6 113:18 130:5 133:15 139:3,23
**Donald**
4:17
**doubt**
143:23
**download**
105:22
**draw**
70:20
**Drawing**
134:19
**driven**
12:2
**driving**
78:12
**dropdown**
123:25
**Dudding**
5:2
**due**
52:23 53:1 85:22 96:2
**duly**
7:23
**dump**
121:6
**duplicate**
26:3
**duration**
19:18 59:22 60:9 101:8
**DVB**
136:4
**dynamic**
53:9 61:10 71:14 92:21 93:18

**E**

**e-mails**
79:6
**earlier**
10:16 45:5 60:21 73:17 87:20 92:23 95:10 106:17 135:13,19 137:22 141:3 144:10
**ears**
69:13,17
**easily**
66:14 85:12
**Eastern**
4:16
**easy**
50:6
**EBU**
136:4 137:6, 7
**echo**
7:8
**edge**
92:17
**edition**
28:19
**editorial**
18:9 19:20 136:15
**education**
16:8,13,14, 17 139:22
**educational**
49:4
**effect**
80:5
**effective**
66:24
**effectively**
10:19 49:21 54:19 57:9, 17 131:22 137:8
**effectiveness**
110:25 112:11
**efficient**
78:21
**efforts**
96:22 105:16 116:22 120:1
**either**
15:16 35:1 50:17,18 89:10 90:3 91:1 93:8 104:21 118:11 124:9 125:4 126:18 129:24 137:2 144:8
**electronic**
13:11
**element**
30:24 130:19
**elements**
42:20 129:7 130:19
**elongate**
5:23
**email**
64:14 65:4, 6,10 66:5 67:7,13 70:18,21 73:16 78:24 80:21 83:11, 16,21 84:8 85:10,20
**emailing**
80:23
**emails**
70:5 76:4 82:8,10 116:1 120:14
**employees**
26:10 28:9
**enable**
26:20 27:16
**enabled**
46:16,22 47:5
**encryption**
39:7
**end**
25:5 67:13 73:22 75:25 76:20 113:21 135:15
**ending**
102:25
**endpoint**
43:12 74:25 75:16
**endpoints**
60:17,18,20
**ends**
47:16
**enforced**
23:5
**enforcement**
39:23 40:6, 7,19,21 41:8 59:13 97:7,8 102:10 103:11 118:20 122:18 124:17 127:2 131:3 133:1
**engage**
94:18 116:22 130:15
**engagement**
135:8
**engagements**
131:18
**engineer**
15:25 16:4 134:6,7 139:19
**engineering**
16:10
**engineers**
79:19

**English** 99:3
**enrich** 93:10,23
**enriched** 101:22
**enriching** 92:14
**enrichment** 92:25 97:15 104:17 122:15 123:1 129:18 133:17
**ensure** 26:23 40:10
**ensuring** 82:22 83:5
**enter** 67:1
**entire** 100:9 133:16
**entirety** 59:22
**entitled** 6:2 9:25
**entries** 124:6 125:3 126:13
**environment** 53:9 57:19
**error** 89:4 90:8
**errors** 43:24 89:11 90:3
**essential** 56:14
**essentially** 27:5 42:24 87:8 117:16
**established** 90:12
**Europe** 135:20
**European** 120:2,5,7,15 137:7 [redacted]
**event** 46:8 59:8 93:2
**events** 131:15 138:21
**everybody** 14:21
**everyone** 51:24
**everyone's** 15:22
**evidence** 36:13 47:20 72:25 102:18 103:15 132:9 137:12 142:1
**evolve** 54:25
**evolved** 135:1
**evolves** 54:24
**exactly** 68:11 74:1 93:3 98:1 144:19
**examination** 5:21 8:1 127:24 139:7 146:8
**examined** 7:23
**examples** 67:11 76:9
**Excel** 120:25
**exchange** 9:8
**excuse** 4:14 27:21 49:15
**excused** 5:16
**executive** 27:24
**exhibit** 9:14,15,18 17:3 33:18,21 64:8,14 65:4,7,17,19 66:3 68:14 69:23 70:12,15,18 80:6,7,16,19,21 82:3,6 87:19,20,21,22 105:6,7 107:2,5,6,16 109:1,4,7,15 112:20 118:25 119:10 120:21,25
**exhibits** 34:3 64:12 74:23 78:6
**exist** 13:4 54:9 139:19
**existed** 16:14
**exists** 57:12,19
**exit** 47:12 48:6,12 49:9 54:22 55:1 57:10,11,12,14,17,19,24 58:1,4,7 73:7,8 77:18
**expanding** 88:15
**expect** 20:12 26:10 27:1 38:9 53:24 74:10 75:24
**expectation** 10:12 21:5,10
**expected** 20:25 28:8
**experience** 57:23 129:3
**expert** 5:12,18,19,24 7:12 64:18 140:3,6,9,14,19
**expertise** 129:3
**expire** 60:10
**explain** 99:3 137:25
**explained** 111:20 119:3
**explaining** 17:6,10 106:20
**explains** 22:22
**expressing** 67:19
**Expressvpn** 54:16 66:19 109:23
**extended** 61:1
**extent** 24:7,20 25:19 35:8 52:21 91:3 92:7 100:3 104:20 130:7 136:23 143:9
**extracted** 145:20
**eyes** 64:1 69:17 70:17 80:20 82:7

**F**

**faced** 71:20
**facing** 104:18

**fact**
11:7 30:23 31:16 38:4 45:4 54:2,5, 9 69:6,24 72:24 73:13 76:7,10,18, 19 77:2 79:21 93:9, 10 110:19 116:16 124:8 132:23 136:16 137:20 144:13
**facts**
17:5,10
**factual**
146:25
**fail-safe**
86:24
**failed**
72:19
**fails**
53:3
**failure**
34:15,25
**failures**
35:7,9,14 36:3 89:22
**fair**
8:10 9:17 18:9 19:8 24:5 31:9 33:7 34:8 52:24 79:4 85:20 108:13 134:21 140:20
**fairly**
57:24 61:10
**fake**
67:1
**false**
84:21 88:10
**familiar**
18:16,24 65:17 70:4, 10 108:2,4 112:25 123:5 140:7
**familiarize**
121:2
**far**
55:9 56:25 57:1 58:24 76:5 95:13 99:15 103:20 108:16 117:15,17,20 136:18
**fashion**
5:19 40:2 62:19
**fastest**
56:24
**favorite**
115:3
**feature**
41:19 42:6
**features**
41:11 130:9
**federal**
6:9
**fee**
22:12,23 105:15 114:22
**feel**
6:21
**fields**
32:19 38:24 39:2 46:18 47:21,24
[redacted]
**fifth**
71:5
**figures**
52:23
**filed**
13:21
**filing**
119:2 134:19
**final**
22:19
**finances**
134:16
**find**
38:1 43:14 54:22 66:17 71:12 74:22 89:7 102:25 122:5,6
**finding**
85:13
**fine**
55:7 108:1
**finish**
30:20,21 98:8,9,16
**firm**
5:3,11
**first**
4:23 7:23 21:13 40:8 67:6 79:11 83:20 112:21 114:12 118:2 119:20 131:18
**five**
114:18
**fix**
69:15
**flag**
19:23
**flagged**
48:21
**flexibility**
136:8
**Florida**
4:4,5 91:12 100:1,12,17 101:4 103:8, 13,15 104:22 117:23 118:12,17 131:11,15 141:17 142:23 143:7,10,18 144:25
**fly**
99:19
**focus**
17:3 66:11 78:21
**focusing**
94:1
**folks**
64:3 80:23
**follow**
24:12 102:24 117:10,24
**followed**
103:1 114:4
**following**
13:23 83:15
**follows**
7:24 67:7
**followup**
139:9
**fool**
48:7
**foolproof**
25:3
**football**
68:21 73:2 75:21
[redacted]
**forensics**
139:25 140:2
**forget**
101:18 132:11
**forgive**
46:23 99:18 140:5
**form**
9:7 11:2 13:11,12 16:11 18:21 21:8 23:21 24:10,23 25:11 26:13, 18 27:7 28:11 31:13

33:9 35:12 36:8 37:24 44:15 47:7 48:23 52:25 55:12,19 58:20 61:7,8 69:9 72:13, 22 77:8 79:3,5,17 82:24 83:7 84:5 85:23 86:25 87:11 89:23 90:4 91:13 92:11 94:5 96:11 100:14 104:2,15,25 110:15 113:24 114:6 115:9 117:2, 7,12 118:1, 13 119:5 122:24 123:7 124:20 125:8,17 126:5,21 127:20 141:8 142:7,18 143:3,19 144:15 145:1,5,17 146:18

**formal**
15:2,3 16:8, 13,14,17 139:21

**format**
35:2

**forum**
135:23

**forwarded**
67:17

**found**
53:20 102:3, 14 133:22

**founded**
60:10

**four**
9:4 14:11 17:3,4 18:4 98:14 138:19

**fourth**
10:6 80:25

**frame**
56:24

**framed**
147:6

**free**
6:21 85:3 102:21 107:18 113:19 130:23

**Friday**
4:15 66:12 67:10

**front**
47:1

**frustrated**
77:1 79:21 80:10

**frustrating**
143:5

**full**
60:14 73:10

**fully**
145:7

**function**
20:18 22:1 54:20

**fundamentally**
47:10 130:6

G

**gain**
38:5,22 43:8 116:25 119:10

**gained**
69:25

**gambling**
111:22,24,25

**gap**
36:11

**Garcia**
14:14

**gave**
23:24 60:6 73:15 101:5 103:5,23 118:21 121:9 125:19 144:10

**GB**
133:20

**GC**
85:12,18

**GCP**
62:17

**GDPR**
106:9

**general**
37:23 96:1 130:6

**generally**
6:8 37:13

**genuine**
72:12,16

**genuinely**
74:7,14 75:25

**geo**
18:14

**geoblocking**
10:13 12:11 18:5 24:3 34:15 35:10 39:23 40:7 41:13 67:20 68:13 69:3 72:11,18 80:3,5,7 120:4

**geoblocks**
81:20

**Geocomply**
12:21,25 14:15 16:19 25:17 35:16, 23 40:5 41:19 45:5 49:16,22 51:5 53:20, 24 54:20 55:3,4,16 58:8,11 85:2,19 86:18,22 87:4 95:10 102:10,13 104:6,10,24 110:10 111:7,17 112:10 113:22 130:15 131:2 137:4,15,18, 20,24 138:1, 3,9,11

**Geocomply's**
43:3 131:1

**geography**
129:8,11,18 131:4

**Geoguard**
13:1 16:20 25:17,22 26:5 40:5 45:6,15 46:15,17,19 47:5 49:23 52:7 53:7 54:23,24 57:13 111:7 120:9,19

**Geoguard's**
110:24 112:11

**Geoip**
11:17 49:12, 14,15,17,20 51:2 59:25 101:6 102:14 141:21

**geolocation**
28:20 29:7, 21 40:20

41:11,23 42:6 43:3,24 44:10 48:5 49:22 51:16 53:8,17 58:25 59:13 90:15,17,18, 21,23 93:18 96:18 97:4, 16 103:10,14 104:17 118:18 122:15 123:1 124:15,17 125:9,13 127:1 141:1, 23 143:7 144:1 145:10,23
**geolocations** 40:11
**geoolocation** 41:19
**Germany** 66:14 69:8 70:1 77:7, 11,13 81:19 102:15
**getting** 61:15 76:2 87:15 112:8 130:22,23
**GG** 133:21
**give** 7:19 28:14 39:3,12,16 41:5 43:19 63:14 76:22
**given** 6:16 8:14 27:9 28:2 74:16,17 75:6 78:6 79:23 88:11 120:17 129:3
**giving** 76:8 111:19
130:4,10
**gleaned** 104:4
[redacted]
14:9
**global** 25:24 29:24, 25
**globally** 33:13 89:3
**goes** 114:17 119:9
**going** 6:23 8:11 9:16 10:20, 25 18:2,21 22:4 27:21, 22 29:16,18 31:2 32:11 41:1 44:21 45:23 47:9 50:13 51:12, 14 56:12,22 61:4,19 63:24 64:11 66:5 68:5 70:15 71:4 73:11 74:6 76:17,18 79:23,25 83:19 86:19 89:17 90:22 91:14 94:17 95:2 108:9, 10,11 109:19 112:14 113:11,17 120:16,24 121:10,16 123:19 126:22,23 127:8 132:11,12 135:4 144:11 147:6
**gold** 25:18 26:7 35:17 40:9, 14 44:3,12, 23,25 45:12 104:11,23
**good** 4:7,24 5:1 8:3,4,6 16:25 111:17 137:13 139:16
**graduate** 134:6
**granular** 32:4
**granularity** 39:12 129:19
**granularly** 38:18
**great** 109:6
**greater** 43:19
**ground** 8:11
**grounds** 147:7
**group** 63:2 136:11 137:10
**growing** 53:14
**GTM** 29:24 30:1 32:9,17 46:10 47:21 60:11,12,18, 20 62:16 90:18
**guarantee** 142:22
**Guernsey** 133:21
**Guide** 108:17 109:7,14,25 110:12 113:8,21,25 114:25
116:20,24 119:1
**Guide.com** 54:7 107:6
**Guides** 106:19

**H**

**half** 84:6
**hand** 7:18 36:20 37:11 128:24
**handing** 56:9
**handwriting** 15:16
**handwritten** 15:11
**happen** 57:20,24 89:7 141:7, 10 143:2,8, 17
**happened** 12:6 31:17 91:21 108:21 141:9,11 143:9,10 144:19
**happening** 136:15
**head** 37:22 113:7 134:13 136:10,25
**headers** 50:10
**headline** 12:22
**hear** 47:17 58:15 105:4 139:11
**heard** 83:22 139:10

**hearing** 68:5
**heavily** 109:22
**held** 4:10 16:23
**help** 76:16 83:18
**helped** 78:15
**helpful** 83:10
**hence** 87:9 89:20
**high** 49:19
**highlighted** 125:2
**hijacked** 58:13
**hit** 74:1,25 75:15 114:13 131:23
**honest** 89:16 130:3
**hope** 85:25
**host** 125:22
**hosting** 48:22,24,25 49:7,8,10 57:19
**hour** 30:8 53:7,8 54:23 57:13, 15 58:8
**hourly** 40:14 56:23 57:4 129:12 131:5
**hours** 57:3
**households** 56:19
**HTTP** 39:6
**HTTPS** 39:7
[redacted]
**hurdle** 66:25
**Hyperoptic** 53:12 88:12

**I**

**Ian** 4:25 68:8
**icloud** 43:10
**ID** 76:12
**ideal** 57:12
**identification** 9:19 13:24 33:19 64:9 70:13 80:17 82:4 107:3 109:2 120:22
**identified** 15:6 17:19 23:3 24:2,15 25:2 26:12 27:6 30:5 42:9 44:10 45:20 46:2 57:22 60:24 98:4 102:12, 13,15 103:14,20 122:15 125:22 127:3 132:5 142:16 143:7 144:1
**identifies** 67:10 88:5
101:16 107:14
**identify** 36:3 38:7 43:22 46:5,6 49:9 53:18 74:5 88:24 97:3,17 102:5 106:4, 9 110:18
**identifying** 103:7
**IDS** 72:10
**IM** 133:20
**images** 29:16
**imagine** 119:16
**immediately** 64:23 127:16
**implement** 45:7
**implies** 28:12
**important** 24:3,18 98:17
**impression** 23:25
**improve** 110:6,9
**improvements** 82:17 110:11
**improving** 41:2
**inaccurate** 43:6 104:14 146:3
**include** 138:6
**included** 9:9 14:21
**includes** 46:19 49:24 50:23 90:14
105:10
**including** 6:6 17:12 36:18 42:16 49:2 106:21 117:22 135:23
**inclusive** 106:19 108:18
**incoming** 51:5
**inconclusive** 76:2
**incorporated** 41:22
**incorporates** 41:18
**incorrect** 107:11
**incorrectly** 88:5,24,25
**increase** 66:22
**increased** 57:4
**indeed** 15:10 76:7 137:17
**independent** 53:12 106:10
**independently** 111:9
**indicate** 45:25 142:1
**indicated** 102:22 116:18 131:10
**indication** 20:3 32:1 58:24 116:18
**individual** 8:14 22:4 40:24,25 43:8 44:14 49:25 58:24

129:20 131:24
**individuals** 13:24 14:24 15:5 36:16 37:14 108:20 112:22 118:10
**industry** 25:19 61:13 111:14 119:23 135:4
**inference** 145:21
**informal** 15:3
**information** 12:5 13:13 29:21 30:2 32:2,7,9,22, 25 33:3,5 34:18 35:11 36:17 37:4,6 38:6,9,10, 11,20 39:13, 19 40:11,12, 13,15,20,25 41:4,25 42:15,17,23, 25 47:23 49:23,24 50:1,12,23, 24,25 60:3, 24 61:13 73:15 75:1, 17 76:10,16 77:3 79:22 83:18 84:14, 22 86:23 88:8 89:15 91:4 92:18 93:11 96:7, 21,25 97:23 100:11,25 101:7 103:6, 16,18,21,24 104:3,10,13 106:10 112:13,15, 17,19 125:24 141:22 143:12 144:6 145:10,13,15 146:5,25
**informational** 127:2
**informed** 83:24
**ingested** 122:16
**initial** 121:1,2 146:7
**injects** 30:24
**input** 32:18
**inside** 37:2 42:17 72:21 77:11, 13 89:1,14 94:23 95:1
**insights** 129:16 130:4,10
**install** 113:6 114:1, 25 117:10 118:4
**instance** 23:18 81:24
**instant** 58:2
**instruction** 113:1
**instructs** 112:22
**integration** 11:23 14:10
**intelligence** 81:6
**intended** 44:7 45:17 70:25
**intent** 17:6 19:21 20:25 21:2,4
**intention** 85:24
**intentional** 9:10
**intentionally** 20:10
**interactive** 136:2,11,21
**interchange** 73:21
**interest** 85:7
**interested** 62:8 63:10
**interesting** 54:8 56:7 129:22
**internal** 49:12,17 52:23 66:12
**internally** 74:19 76:14
**international** 28:19,22,23 29:2 66:8 110:14 120:4 135:20 138:20
**internationally** 28:4
**internet** 49:6 53:9 54:24 102:21 106:18 134:17,23 135:8
**interpret** 13:13 59:8
**interpreted** 93:23
**interrogated** 132:18
**interrupt** 95:19 98:10
**intrigued** 56:11
**invest** 58:5
**investigate** 82:17
**investigated** 108:22
**investigation** 84:16 102:7 106:17
**investigations** 83:25
**involved** 134:24
**involvement** 24:8,21
[redacted]
**IP** 11:18 14:8 29:7,21 30:4,6 38:9, 22 40:11,20 41:22 42:6, 9,12 43:6, 12,20,21,24 44:10 46:5 48:2,8,15 49:21,22 51:15 53:15, 17 56:1,9, 14,18 58:13, 25 59:12 60:5 71:10, 14,16 72:15 73:3,6,24 74:17 75:3 76:11 78:10, 11 84:4,13 88:14,17 89:2 90:14 91:8,18,22 92:15,20 93:1,17

94:13 95:5, 22 96:10,18, 23 97:4,5, 16,17,24 99:25 101:2 102:2,3,5,9, 17,19,22,24 103:3,9,14 104:17,21 118:10 122:15,16,25 123:1 124:9, 15,16 125:4, 9,11,12,13 126:1,18,25 129:8,11,17 131:4 141:1, 15,20,23 143:17 144:1 145:9,22

**iphone**
43:10

**iplayer**
13:16,18 18:13 19:25 21:15,16 22:7,17 28:19,22,24 29:1,3,12, 13,14,15 33:16 41:15, 18,25 42:2, 3,16 45:2,14 49:2 50:7 51:25 52:8 53:4 54:4, 11,12 56:4 68:2,22 80:9 81:19 82:11 87:23 88:1 99:16 100:8 105:8,10,18, 22 106:2,5, 20,25 110:14,16 113:7 114:13 117:24 118:6 119:10 121:16

**iplayers**
27:15

**IPS**
74:4

**IPV4**
53:14,15,18 56:20

**irrespective**
64:22

**Isle**
133:20

**isolate**
92:10 125:23

**isolated**
99:24 100:2

**ISP**
53:11,13 56:19 101:16,17,21 141:25 143:12,13

**ISPS**
53:13 71:16

**issue**
6:10 70:22 72:24 73:6 78:17 84:3 116:11,16 133:11

**issues**
74:14

**ITV**
120:7 137:18,20

**J**

**Jersey**
133:21

**JJ**
133:20

**job**
16:25 28:1 50:5 53:25 54:20 134:9 135:2 139:24

[redacted]
14:13

**joined**
5:9

**judgment**
58:8

**jump**
15:21

**K**

**keen**
103:12

**keep**
25:14 26:8 61:5,6,7 72:19 98:5 106:10 108:9,10,11 109:19 121:10 126:22 127:8 131:5

**keeping**
53:22

**kept**
40:10 50:22 72:21 128:16 141:23

**key**
14:21 38:11 135:21

**keynotes**
135:23

**kind**
30:18 112:6, 8

**kindly**
66:20

**Kingdom**
41:16 48:3 119:22

**know**
5:11 7:9 9:9 21:4 30:11, 13,14 31:10 34:20 44:1, 12 46:14 47:14 51:13 55:9,11,16, 20,21 56:25 57:2,5,7,14 58:6 64:21 66:5 68:6 72:25 74:23 75:24 77:23, 24,25 101:20 103:20 106:3,16 108:7,16 109:7 117:17 120:4 130:13,21,23 132:24 140:14,15 145:3,9 147:19

**knowledge**
16:16 58:22 137:1 138:11 140:9

**known**
4:18

**Kyle**
147:16

**L**

**lack**
16:17 72:1

**laid**
84:8 117:11

**large**
4:5 51:18 71:7

**larger**
111:10

**largest**
25:24

**Lavian**
5:7 6:6,21

**law**
5:3,11 22:24 114:23

**lawfully**
25:5
**laws**
111:22
**lawsuit**
106:19 119:2
**lawyer**
140:5
**layer**
132:6
**layered**
136:20
**layers**
42:1
**leadership**
139:15
**learn**
36:10
**leave**
6:13 31:4 43:5
**legal**
11:3
**legible**
10:2 15:12
**legitimate**
49:1 56:16 71:13
**level**
30:6 43:21, 22 49:19 58:22 75:17 78:3 92:6 129:19 144:2,19
**levels**
66:22 135:23
**license**
22:12,23 105:15 114:22
**light**
64:2
**lighter**
68:9
**limited**
4:19,20 17:20 40:1,3
**line**
119:23
**lines**
22:14 122:4
**link**
54:5 83:16
**list**
11:22 14:4, 19,21 54:14 87:25
**listed**
70:5 73:13 124:6
**lists**
126:13
**litigated**
6:10
**little**
34:4 38:18 42:11 61:16 68:9 72:7 94:19 95:13 106:6 110:4 113:14 121:8 143:5
**live**
57:20 58:3 68:21
**load**
49:1
**located**
85:9
**location**
32:3 43:7,14 44:7,8,10 53:18 58:24 59:12 81:18, 20 89:9 113:6 123:1 127:17 141:21 143:24
**log**
30:17 31:16 32:4,9,11, 12,14,18 38:24 39:1, 3,5,7,10,12 62:7 75:16 90:17,18,22, 23 91:17,18, 19,20,21 92:25 93:1 102:3
**logged**
91:25 93:5
**logging**
12:4 13:14 39:2 60:19 62:12
**logic**
32:13 46:17
**logs**
13:8,16,19 29:22 30:2 46:11,12 47:21 59:20, 21,24 60:1, 8,9,12 62:13,14,16 90:23 91:16 92:3 93:11 94:21 101:22,25 102:4 104:18
**long**
52:17 57:16 60:23 61:4 63:13 75:6 132:12 133:25 134:1,3
**longer**
36:11 61:9
**look**
21:19 22:10 42:12 46:25 48:8 71:24 73:5 87:19 92:5 98:2 107:15 112:21 123:15 126:11 129:21 131:20,25
**looked**
11:15,21,22 12:1,4,7,8 15:15 38:2 54:7 87:20 101:13,21, 22,24 110:9 127:16 129:20
**looking**
68:14 69:23 71:25 77:15 80:6,25 83:17 94:19 107:12,13 110:11 114:24 115:2 119:14 125:25 127:14 130:6
**looks**
49:22 66:6 76:24
**lookup**
141:21,23
**lose**
61:2
**lot**
14:20 71:11 77:1 96:3
**lunch**
69:20
**LV4**
103:3

**M**

**macro**
92:6
**made**
18:17 20:3 23:22 45:13 55:3 84:22 92:1 93:9 96:22 108:14

111:11 126:7 132:19 142:13
**main**
90:16
**maintained**
20:8 33:3 35:2 62:21 82:23
**major**
25:23 26:4 45:5 138:17
**majority**
101:17
**make**
9:21 10:19 12:19 15:4,8 20:2,16 21:11 30:18 31:6 35:17, 21 40:7 41:14 44:4 45:6,9 49:17 50:6 51:11, 21 55:8 58:3 59:2 61:2,14 62:7,9,23 68:7 77:1 80:5 86:15 90:21 97:21 114:11 115:19 116:9 124:22 145:8,21
**makes**
63:9 135:7
**making**
81:2 86:15 93:12 97:13 107:24
**manage**
49:6
**management**
29:25
**manager**
29:25
**Mann**
133:20
**manner**
67:11 108:19
**manufacturer**
26:22
**March**
12:14
**mark**
[redacted]
**marked**
9:18 33:18 64:8 70:12 80:16 82:3 107:2 109:1 120:21
**marking**
109:15
**match**
66:14,18 69:7 84:10
**matches**
65:21,24 68:21 69:7 70:1,24 75:21 77:6 81:3 83:23 115:6,8
**material**
49:4 79:24
**materially**
83:24
**materials**
17:14 58:11
**maths**
99:19
**matter**
4:17 8:8 12:14 20:4 124:14
**matters**
10:10
**maximum**
129:23
**meal**
128:13
**mean**
13:2,7,8,13 17:23 20:16 46:17 47:8 56:7 57:7,9 62:5 63:4 77:11 87:1 97:18 98:6 99:5 139:15 141:13
**means**
30:11,14 31:10 40:10 62:15,17 78:8 92:24 95:15 101:12 108:7 110:17,19 122:12,14, 18,21 130:8 135:2 136:17 138:25
**meant**
77:21 112:2
**measure**
22:19 36:2, 21 52:7,12, 17,19 55:14 62:10
**measured**
62:4
**measures**
19:1,5 20:13 21:13,18,24 22:6,24 24:1,2 34:22,23 35:1 61:17 62:2 118:7,9 119:21,23
**measuring**
76:12
**mechanism**
52:9 74:21 88:22 120:20
**mechanisms**
75:4 129:10
**media**
6:10 29:18 41:25 60:8, 10,15
**Mediaset**
62:13
**meet**
138:25
**meeting**
85:11 86:10
**member**
5:11 117:22
**members**
27:24 28:6, 10 117:23
**memory**
99:9 100:8 120:12
**mention**
106:23
**mentioned**
19:4 79:9 137:22 138:13 140:22
**mess**
22:14
**message**
71:10
**metadata**
12:1,2 14:12 19:8 80:13, 14 116:13 136:7
**method**
108:19 113:22
**methods**
25:2,4,8 107:14 116:21
**metrics**
99:4
**million**
122:17

**mind**
14:19 39:16 44:24 124:12,23
**mindful**
15:22
**minds**
61:4
**mine**
15:18
**minute**
6:24 61:23
**minutes**
15:2 63:14, 16
**Mischaracterizes**
77:8 118:14 142:18 143:20
**misrepresent**
64:22
**misstatement**
108:14
**mistake**
84:23
**moment**
39:16 53:17 57:21 66:25 68:6 91:15 135:4
**monitoring**
66:12
**months**
61:8
**morning**
4:7,24 5:1 8:3,4 44:13 58:19
**motion**
13:20 33:23
**move**
43:11 71:14 88:14 89:2 132:16
**moved**
6:14 136:10
**multiple**
20:13 22:24 29:18,19 56:19 71:16 131:23 132:4
**multitude**
29:13

**N**

[redacted]
66:7
**name**
14:16 66:6 67:1 101:18, 19 137:15,19
**named**
138:9
**names**
14:5 70:11
**NAT**
56:21
**nature**
146:13 147:1
**naught**
98:3,4,24 99:4,19
[redacted]
**necessarily**
92:18 93:3 96:4 97:18 108:23
**necessary**
15:13,14 28:2 50:11 75:16 138:25
**need**
22:11,22 23:10 30:25 51:19 52:4 58:14,16 59:1 63:13 79:12 98:2 99:10 108:3, 7,23 113:5 114:22
115:15 120:11 130:5 138:25 142:12
**needed**
53:13
**needless**
73:4
**needs**
45:24,25 139:2
**negotiated**
39:8
[redacted]
14:9
[redacted]
66:7,11,17, 20 67:7
**network**
77:24 88:15
**never**
78:13 115:11 116:15 140:18
**news**
6:10
**Nick**
5:3
**node**
48:6,12 49:9 57:11,12,14, 17,19,24 58:1,4,7 73:7,8 77:18
**nodes**
46:3 54:22 55:1 57:10 58:9
**non-board**
28:9
**non-distribution**
96:1
**non-k**
89:5
**non-testifying**
5:18
**non-uk**
20:12 21:1,6 89:1
**Nordvpn**
66:19 109:22 113:12,14, 16,18 114:1, 3,8 115:3,5, 25 116:17 117:17
**normal**
38:9 129:19 136:9
**Notary**
4:4
**notations**
15:4
**noted**
10:15
**notes**
14:25 15:7,9
**notice**
6:16 7:13 9:4,25
**noticed**
5:6
**notify**
53:20
**novel**
136:23
**number**
9:3,4 11:15 12:10 14:3,7 17:3,4,9 21:12 35:24 36:19,24 37:10,14 38:1,24 60:14,16 62:23 63:2 89:12 90:22 97:25 99:9, 16 110:13 121:10 132:5

139:16 144:10
**numbers** 98:1,23 99:15
**numerous** 54:2

O

**oath** 7:24 141:7 142:4,15 143:2 144:13
**object** 5:15 7:10 9:6 11:2 16:11 18:20,21 21:8 24:10,23 25:11 26:13,18 27:7 28:11 31:13 33:9 35:12 36:8 37:24 44:15 47:7 48:23 52:25 55:12,19 58:20 69:9 72:13,22 77:8 79:5,17 82:24 83:7 84:5 85:23 86:25 87:11 89:23 90:4 91:13 92:11 94:5 96:11 100:14 104:2,15,25 110:15 113:24 114:6 115:9 117:2,7,12 118:1,13 119:5 122:24 123:7 124:20 125:8,17 126:5,21 127:20 141:8 142:7,18 143:3,19 144:15 145:1,4,17 146:18
**objection** 11:10 18:22 37:17 64:2,4 84:18 119:12
**objections** 7:14 64:25
**objects** 29:15
**obligation** 68:25
**observing** 6:21
**obtain** 139:21
**obtained** 65:21
**obvious** 85:11 86:9,14
**obviously** 33:13 47:11 112:17
**occasion** 69:2 88:9
**occur** 90:3 142:5,17,22 144:14,17,18
**occurred** 35:9 119:2 142:23 144:25
**occurs** 89:11
**October** 70:19 82:9,14 122:2,7 134:2
**odd** 93:22
**offered** 85:3
**okay** 6:25 32:6 34:7 40:1 45:14 62:12 63:7,11 75:12 83:20 92:5 94:7 97:20,22 99:1 104:10 105:5 106:1 107:23 116:8 118:25 122:8 123:11 124:5 127:23 128:18,21 131:13 140:8,13 141:13 142:3
[redacted]
**onboarded** 134:4
**once** 97:4 124:15
**one** 27:9 28:24 29:23 31:7 33:16 35:14 36:6 43:20 45:8 46:11,23 49:15,20 50:4 51:10 53:12 54:5,8,15 64:13,15 69:2 71:15 73:12 76:1 80:24 82:7 83:8 88:1 90:17 102:9,16,19 103:1,2 105:21,24 106:18 107:21 108:12 109:20,21,22,23 111:25 112:1 114:14,17 115:5,24 120:13 124:3 127:2,16 128:18,24 132:6 135:21 136:20 137:5 138:21 139:10 142:21 145:3
**ones** 27:9 39:15 40:4 60:13,20 73:13 76:12 120:17,18 135:21
**online** 23:16 41:24 107:8,17 109:8 111:21,23,25 138:6,16
**open** 86:11,16,17
**operate** 12:11 40:6
**operation** 134:16
**operational** 50:22,24
**opinion** 44:13,14 111:7
**opportunity** 47:3 87:2,5 146:8
**opposed** 5:25
**opposite** 84:24
**options** 71:25 80:25 86:21

**order**
23:12 25:13 62:23 64:5, 19 108:24 147:14,15
**ordinary**
56:2
**organization**
28:15
**original**
28:5 94:2
**originally**
57:3 112:9
**originate**
100:1 101:3 124:10 141:16 143:18
**originated**
92:8 96:9 97:19 101:2 111:21 126:1,2,19 141:16,20 143:18
**originates**
42:7
**originating**
91:8,12 94:13 95:5 97:12,14,24 104:21
**ostensibly**
131:14
**outcome**
84:1
**outcomes**
84:16
**outlined**
116:23
**output**
136:17
**outset**
40:2
**outside**
21:14 25:6 26:20,25 32:2,8 39:24 41:15 42:10, 19 48:13,18 54:4,12 59:5,9 68:16 70:1,24 77:7 88:2,6,25 89:17 105:12,19,23 116:25 119:22 133:11,19
**outsourced**
54:19
**overhear**
68:7
**overseas**
27:14
**owned**
68:20

**P**

[redacted]
65:11
**P-I-P-S**
19:9
**p.m.**
128:3,6 147:12
**page**
10:6 29:15 34:2 49:6 66:3,4,10 67:6,18 70:20 82:14 83:20 87:25 88:4 107:12, 13 109:10,14 114:13 115:1 116:24 117:11
**pages**
110:8
**paid**
130:22
**Panorama**
33:8,11 109:8 110:2 119:3,11 121:18
**paper**
13:11
**paragraph**
41:10 71:5, 19 80:25 84:7 119:20
**paragraphs**
71:24
**pardon**
18:1 19:12 34:2 37:9 47:17 77:13 87:21,25 89:5 90:20 99:8 122:9 127:12 132:22 133:3
[redacted]
65:10,13 67:17 80:22 82:15 83:21 85:1
**part**
47:17 65:25 85:22 104:6 114:7 118:2, 3 129:17 134:22 135:19 136:6 137:9
**Participants**
4:8
**participate**
56:8,12
**participation**
24:8
**particular**
23:14,17 39:13 40:2 46:15 68:19 103:1 107:13 108:15 110:8 111:8 112:4 116:12 120:9,18 122:4 134:7 135:19 137:18
**parties**
6:12 56:10
**partners**
27:10
**parts**
12:5 35:13 62:5 74:4 142:21
**party**
5:10
**path**
77:22
**patience**
139:6
[redacted]
14:9
**pause**
30:25 91:14 123:12 131:24
**peak**
30:8
**pedigree**
112:5
**penalty**
34:7
**people**
11:23 14:7, 11,20 28:4, 15 30:13 37:1 41:6 42:19 43:22 45:6 48:4 56:7,11 63:10 86:10, 15 88:21 89:13,16 103:13 106:12 132:5 137:5
**percent**
25:3,8 34:20

93:13 97:9, 10 98:4,22, 24,25 99:9, 20 130:4 133:23 145:23 146:3
**percentage** 52:22 99:1
**perfect** 31:22
**perfectly** 10:2 130:20 141:14
**perform** 21:25 81:17 95:16
**performance** 35:19 106:13 111:5
**period** 12:6 52:5 60:23 61:1 88:16,20 89:8 100:9
**periods** 61:3
**perjury** 34:8
**permit** 69:25
**permitted** 98:10 146:21
**person** 42:17 48:10
**personal** 44:14
**personalize** 20:16
**personally** 16:25
**personnel** 27:14 28:9
**perspective** 66:21 112:5
**pertains** 32:3 55:4
**physical** 43:7
**PIA** 66:19
**pick** 54:23 58:9
**picked** 112:8
**picking** 120:13 143:24 144:9
**piece** 76:22 115:12
**pioneering** 136:1,13
**pips** 19:9,17
**pivot** 61:16,20 133:24
**place** 8:12 20:13 22:25 23:6 51:21 52:3, 4,5 74:22 111:25 112:7 114:10 118:7
**plaintiff** 4:25
**plaintiff's** 4:23 9:18 33:18 64:8 70:12 80:16 82:3 107:2 109:1 120:21
**plan** 17:13
**platform** 99:22 106:14
**platforms** 137:3,14
**play** 21:19 22:21 36:21,25 42:2 62:3 114:16 122:5,6
127:22 131:21,22, 23,25 132:4
**player** 141:5
**players** 14:22
**playing** 131:24
**plays** 37:1 138:1
**please** 4:23 7:18 11:10,13 15:8 24:12 26:15 31:21 34:4 59:16 66:17 69:11, 19 79:7 96:13 98:9, 11,16 108:9, 10,11 109:6, 16,19 113:15 121:1,8 124:24 133:4
**plug** 31:4
**plural** 69:7
**point** 6:4 13:25 16:12 21:18 22:21 28:5 29:16 45:3 53:16 56:8, 14 57:11,20 58:2,25 61:20 64:16 73:22 79:15 84:21 93:12, 16 97:13 98:3,24 99:4,6,19 111:14 112:18 114:15 115:10 116:9 132:21
145:20
**pointed** 119:1
**points** 54:11
**polices** 74:11
**policing** 23:8 138:23
**polite** 79:6,13
**pool** 121:12
**pop-up** 22:22 34:24 114:22
**popular** 70:6,8
**popularity** 130:7
**portion** 5:6 134:7
**position** 17:11 18:24 20:8,20 36:5 134:5,10 146:2
**positive** 47:19,24 88:10
**positives** 46:4
**possess** 16:8
**possession** 38:6
**possibilities** 125:22
**possibility** 67:9
**possible** 14:20 62:24 66:19 67:11 93:10
**possibly** 110:9

**post**
67:1 92:25
**potential**
34:14 83:22
**potentially**
5:18 66:23
107:17
**practices**
120:5
**practicing**
139:19
**preparation**
11:14 12:13
14:1
**prepared**
34:10
**present**
5:21 56:13
139:20
**presented**
21:15
**presenting**
135:22
**presents**
47:3
**preserve**
7:13 15:9
**President**
4:17
**pressure**
87:5
**presume**
64:1
**pretty**
111:17 112:3
**prevent**
41:14 120:3
**previous**
12:24 20:7
51:17 83:11,
16 91:15
94:9 107:24
**previously**
12:17 101:6
[redacted]
14:16
**primarily**
53:2
**Prime**
25:22
**principal**
17:5,10
**prior**
7:12 115:21
136:2
**privacy**
43:19
**private**
43:11
**privilege**
147:7
**probably**
38:11 73:20
98:19 103:7,
9 106:6
**problem**
69:19 74:8
79:20 81:10
87:16 116:11
**problems**
74:10
**proceed**
7:14
**proceeding**
4:9 6:4 8:11
140:18
**process**
24:21 30:24
44:18,21
53:22 60:7
111:6 113:1
129:7 131:1,
3 138:21
**procure**
53:13
129:13,17
130:3 131:2
138:6,15
**procured**
44:2 132:25
**procurement**
44:2,17,18
111:3,6,14,
18 112:18
129:6,9
**procuring**
129:14
**produce**
88:10
**produced**
103:20,21
**product**
41:2 42:25
50:12 60:16
87:3 130:9
**Productions**
4:20
**products**
42:16,25
130:11
**profession**
71:19
**Professional**
4:4
**program**
19:18 20:3,4
74:1 75:21
101:8 110:22
116:17
**programming**
16:10
**programs**
27:25 130:7
134:9 138:5
**progress**
72:1
**prohibited**
6:5
**prohibits**
105:12,13
**project**
136:5
**prolonging**
98:12
**promote**
54:9
**promoted**
33:7 109:24
**promoting**
109:22
113:12,13
116:21
**promotion**
113:18
**pronounce**
66:5
**proper**
129:6
**protect**
39:8 64:19
**protected**
68:16
**protection**
66:22 67:9
68:25 82:12
86:2 129:9
**protections**
69:6 82:23
83:5 86:24
115:7 138:8
**protective**
64:5,19
**protocol**
39:6
**Proton**
66:19
**prove**
76:14
**provide**
17:4 40:25
42:16,22,24
49:1 50:9
58:10 75:20
85:3 108:19
112:12,13,15
132:9 138:9
147:17
**provided**
12:14,17
19:6 21:22
34:13 35:15
38:10 41:19
44:11 46:12
50:20 51:3
60:13 67:14
74:18 76:11
77:15 78:10

84:14 89:15 112:10,17 120:14,19 142:1
**providers**
25:15 40:15 48:22,25 49:7,8,10 110:21 112:7 137:2,14 138:17
**provides**
41:24 42:4 58:11 112:25
**providing**
10:25 18:11 46:3 50:14 67:8 88:8 113:22
**provision**
130:19,20
**provisioning**
112:3
**proxies**
46:2
**proxy**
32:21 45:21 46:20 47:11 74:3
**public**
4:4 6:3,8 25:20 46:20 117:22,23 120:2,5,8 137:8
**publications**
24:5
**publicly**
54:3 106:19
**published**
110:1 122:3
**pull**
31:4
**pulled**
47:21 123:14
**purpose**
26:25 41:11 50:22,24 56:11 112:4 113:17,20 132:25 145:11 146:6
**purposes**
40:18 47:6 70:16 80:8 95:4
**put**
9:13 20:13 22:24 23:6 33:22 43:14 51:21 57:20 58:3 64:12 70:15 102:9, 20 129:10 138:23 141:19
**putting**
81:5 145:11 146:5

**Q**

**qualification**
96:4
**qualify**
110:4 111:2
**quality**
69:12
**quantified**
35:1 110:13
**quantify**
35:3,4,7,10
**queried**
94:12,16 95:3,23
**queries**
91:5
**query**
62:16,24 63:8 91:7, 11,22,24 92:9,12,13 93:11,24 95:14 99:23 100:7 133:18
**querying**
62:17,24 63:9 96:7
**question**
9:6,7,9,11 11:3 13:23 14:1 20:9, 17,19 24:11 25:7 26:14 28:5 30:25 31:2,6,21 32:15 35:7 37:3,4 57:21 58:23 59:16 62:5,10 64:15 69:10, 12,22 73:17 77:6,10,14, 20 78:9,12, 19 79:12 83:1 89:20, 21,24 91:16, 18,24 92:6 93:19,21 94:2,6,9 95:2,12,19 96:1,13 97:2 101:9 105:2 110:7 111:8 115:15,16, 19,22,24 116:3,4 118:3,4 121:1,2 124:19,23 125:16,19 127:10 133:4 140:12,16 141:10 142:14,21,25 143:20 144:12,22 145:19 146:19,22,24 147:4,5
**questioning**
74:19 76:7, 24 77:21 143:9
**questions**
10:13 61:22 88:1 91:23 97:3 104:16 108:15 128:8,12,14 132:8 139:9 145:14 146:14 147:1,9
**quick**
127:24
**quickly**
53:6 57:5, 22,24 94:18
**quiet**
76:19 78:17, 18
**quite**
44:13 61:12 73:10 75:6 84:24 115:16 139:15 145:6
**quote**
19:10 105:22 107:7,8

**R**

**raise**
7:17
**raising**
77:14
**random**
67:1
**rapid**
55:22
**rapidly**
53:6
**rate**
34:15 58:4 110:25
**rationale**
17:13,24

**reach**
54:4
**reached**
61:19
**read**
26:15,17 41:16 66:15 67:2 71:17 84:12 112:24 127:7,10,11, 12 147:21
**reading**
125:24 126:16 147:20
**reask**
9:11
**reason**
23:22 28:13 40:2 53:5 69:20 75:4 78:7 89:20 91:19 95:12 145:8,19
**reasonable**
41:14 58:9 103:5 119:22 129:22
**reasons**
7:10 43:20 78:18 81:7 85:11,22 86:9,14 106:9
**recall**
47:5,10 98:1 101:19,20 105:25 106:24 112:18 113:10 116:12 128:14
**received**
135:24 147:4
**recent**
135:14
**recess**
7:5 63:21 128:5
**recognize**
10:9 50:18
**recognized**
77:17
**recollection**
47:4 107:11
**record**
4:8,11,22 7:1,4,7 18:3 26:17 29:20, 23 30:2 46:11,12 63:20,23 70:16 90:19 102:2,3 103:2 128:4, 7 137:25 147:11,13,19
**recorded**
4:9,10 30:4 46:8,10 99:17
**records**
29:6 30:4,5, 7 31:19 39:24 61:12 90:24 95:17, 23 96:7
**REDIRECT**
139:7
**refer**
65:24 105:16 106:25 126:7
**reference**
20:2 87:9
**referenced**
14:25 68:14 106:18 115:25
**references**
109:11
**referred**
141:5
**referring**
9:23 10:16 28:25 50:19 82:21 83:17 103:25 107:22 108:12 109:20,21,23 119:15
**refers**
20:5
**reflect**
10:9 13:10 31:19,24 32:23 37:6 38:12 44:4 90:24 96:21 97:11,23 121:5 125:3
**reflected**
131:19 133:11 144:7
**reflecting**
38:4
**reflects**
70:18 101:1 125:25 126:17 127:17
**regard**
82:22
**regarding**
67:9 96:8 108:15
**regime**
138:11
**register**
105:2
**registered**
59:5,9 122:20 123:16 124:11 125:6 126:4,20,23, 25 127:6
**registration**
58:18 59:12 66:24 124:13 127:17
**registrations**
131:10
**regular**
55:21 61:14 129:11 130:24 135:3,13
**regularly**
40:16 95:10 135:18
**reinforced**
21:12
**reinforcing**
100:20
**reinvents**
135:2
**reiterate**
20:18 31:6 34:21 132:23
**relate**
13:14 19:20 84:13
**related**
10:13 11:16, 23 14:3,8 28:1 29:1,3 30:3 32:20 40:11,13 49:23 59:24 69:23 106:13 110:7,8 146:10
**relates**
30:9 31:8 33:4 43:7 46:14
**relating**
27:14 32:7 89:22
**relation**
14:12,14,16 18:8 37:4 83:5
**relationship**
14:10 27:12

51:2 54:15
**relative**
58:19 60:25 62:20 65:21
**relay**
43:11 46:2
**relayed**
84:13
**relevant**
11:24 12:8 29:21 66:18
**reliability**
104:16 118:23
**reliable**
43:23 92:19 93:13 97:9, 10 103:7,17 122:19 124:16 129:3,24 131:8 132:24 133:7 140:25 141:2 142:2, 4 144:8
**reliably**
35:20 44:5 58:23 72:11 92:13 145:20
**relied**
17:15
**relies**
135:6
**rely**
52:11 146:4
**relying**
43:3 52:21, 22
**remained**
84:15
**remember**
39:17 51:14 106:22
**remembered**
38:2
**remembering**
98:5
**remote**
9:25
**remotely**
4:3 30:23 66:6
**rendering**
55:17
**repeat**
24:11 26:14 31:21 59:16 69:10,11,17 79:12 83:1 95:2 97:4 100:15 133:3
**repeated**
98:19
**repeatedly**
98:7 113:15
**repeating**
118:17 124:23
**rephrase**
100:19,23
**report**
73:4 74:7 79:20 82:18 112:11
**reported**
32:7 74:16
**Reporter**
4:4 7:17
**reporting**
55:2
**reports**
13:1,2,4,7,9 17:1 65:16 94:23
**represent**
5:4 58:18 86:7
**representative**
4:13 8:22,25 17:22
**represented**
102:1 137:20
**request**
4:11 15:8 29:8,14,17 30:3 31:17 32:1,3,8,23 38:8 42:7,10 45:20 47:25 50:7,10 60:5 62:3 73:9 74:2,5 75:3 77:16 79:11 84:4,13 90:25 91:11 92:1,8 94:23 95:15 96:8 101:1 131:22
**requested**
26:17 27:25 31:19,24 44:7 63:12 79:10
**requesting**
29:14,15,17
**requests**
29:19 30:1, 17 32:10 91:7 92:10 94:3,12,22 95:4,16,21 96:25 97:1, 2,11,14,23 99:17,24 101:7,16,17, 25 102:4,12, 14 103:8 122:6 131:21,23 132:1,4 141:5
**require**
106:15 146:25
**required**
78:14
**requirements**
138:12
**requires**
92:14 105:14
106:7 117:5
**requiring**
88:15
**research**
131:14,17 136:3
**residence**
56:16
**residential**
56:1,6,14,15 58:13 71:14, 23 72:10,12 73:14,16
**residents**
48:18
**resolved**
7:9
**respect**
9:1 13:4 14:23 16:19 18:12 24:1, 14 34:25 35:9 38:21 55:2 56:23 58:12,17 64:5 65:20 70:22 71:21 72:9 81:2 96:3,22 97:11,23 99:21 103:19,25 132:18 137:3,24 144:11
**respectable**
130:20
**respected**
110:20
**respond**
76:18,21
**responded**
67:6
**response**
83:21 85:9
**responsible**
11:18 16:20,

22 39:23 134:15 135:9
**responsive** 96:5
**rest** 107:20 109:17
**restate** 89:23
**restrict** 20:14 22:25 25:9 45:17 105:18
**restricted** 6:8 25:9 42:18 50:3
**restricting** 24:4 80:8,14
**restriction** 18:14 19:15
**restrictions** 10:14 12:10 17:13 18:5 23:2 24:15 71:21
**result** 47:18 89:4 91:18 100:7
**results** 55:3
**retain** 59:14,21 60:1 61:15
**retained** 60:24
**retaining** 23:11
**retains** 55:16
**retention** 61:1,3
**returns** 49:23
**reveal** 86:23 146:19
**review** 12:13,16,21, 25 13:17,20 66:21
**reviewed** 11:14,15 12:22,23 13:18 34:11 133:16 145:13
**Richard**
[redacted]
**right** 5:17,20 6:8, 23 7:11,18 9:3 15:17,21 37:3 63:15 64:24 84:12, 16 89:20 90:19 98:2 100:22 101:9 114:20 115:1,3 117:6 120:13,16 121:8,9 128:12,16 129:1 131:15 132:16,20 133:2,7,8,24 134:18 135:11 147:10
**rights** 12:9 19:9, 16,17,23 23:9 29:4 42:18 50:3 65:14 68:21 138:5 139:1
**rightsholder** 68:20 86:8 87:6
**rightsholders** 23:7,11 86:3
**risk** 118:16
**risks** 86:15 112:2
[redacted]
14:12
**role** 8:20 16:3 17:21 18:1, 4,8 135:16 136:6 137:25 139:15
**room** 8:7 64:3
**rough** 147:17,22,23
**round** 83:23
**route** 113:17
**routine** 19:23
**routing** 56:1 72:10
**row** 123:2
**rows** 124:4
**rules** 8:11
**run** 91:4
**runbook** 50:21
**runbooks** 50:21 51:3
**running** 16:22 71:11

**S**

**safeguards** 26:11 27:5 28:10
**sake** 137:24
**samples** 67:13
**Sasha** 5:2
**sat** 8:7
**satisfactory** 144:21
**satisfied** 139:2
**satisfies** 138:12
**satisfy** 23:10
**saying** 20:6 45:5 53:7 78:25 84:24 97:14, 15 142:3 146:4
**says** 6:2 21:15 22:11,13,17 33:2 50:1 67:8,18 71:25 72:20 80:25 81:5, 14 85:10 107:16 113:16 114:13,22,25 115:3 119:21 121:12,16, 18,21 122:9, 20 123:15 127:5 133:22
**scale** 26:2
**scanning** 119:13
**scenario** 68:19 69:23 93:8
**schedule** 10:6
**schools** 27:13 49:3

**science**
16:9
**scientist**
16:6,7
139:11,14,22
**screen**
9:14,23 10:1
21:15 33:22
64:13 70:15
**screens**
13:3
**screenshot**
107:6
**screenshots**
72:25
**scribbles**
15:11
**scroll**
34:3 108:8
109:10,16
113:14
**scrolling**
121:8
**season**
75:25
**second**
21:18 27:12
35:19 40:9
51:14,15
66:3 70:20
82:14 84:6
85:10 89:4
107:7,16
109:10,11
114:14 118:3
121:21
132:11,17,21
142:22
**section**
22:11,13,16
54:10
**secure**
138:5
**see**
5:9 9:24
10:1,7 17:7,
15 21:20
22:10 25:19,
21 28:1
33:16,24
34:4 40:23
48:14 63:17
65:6 66:8,15
67:19 71:6
73:6,21,23
74:1,4,24
75:1 76:20,
23 79:19
82:12,18
83:11,20
85:4,14,25
86:19 92:22
98:1 101:23,
25 102:11,
17,18,25
107:9,18,20
109:12
113:15
119:14,24
121:15
123:21,25
124:5 126:13
129:23
131:21
132:1,2
133:18
**seeing**
75:9 82:25
**seek**
14:1 24:7
26:11 138:8
**seeking**
31:11 38:21
**seeks**
25:9
**segmented**
62:23
**segregate**
63:6
**segregated**
62:19,20
**select**
40:8 120:17
124:1
**selected**
40:21
**selection**
25:15,16
45:13 114:15
**selector**
29:18 41:25
60:8,9,10,15
**sell**
23:12,20,25
87:2
**send**
49:21
**sense**
29:3 56:13
77:1
**sentence**
84:12 85:10
119:21
**separate**
28:18 112:15
**separated**
124:14
**separately**
129:17
**September**
65:5 67:22
70:18,21
72:6 80:21,
22
**series**
82:8 109:9
**seriously**
86:3
**serve**
22:4 32:16
39:14 42:18,
20,21 45:23
46:7 50:3
92:16
**served**
90:25 91:1
**service**
25:20 27:13,
14 29:2 42:4
45:6,10
59:25 72:3
81:8 104:24
105:18
111:11
115:25
120:2,5,8
137:8
**services**
26:24 27:11
28:25 29:1
43:9 49:1,2
54:3,18,25
55:5,17,18
60:4 71:13
74:9 75:3
89:14 105:10
**serving**
5:19 8:21
20:17
**session**
38:2 131:24
**sessions**
129:20
**set**
12:10 19:10,
13,24 43:12
46:19 47:14
51:16,22
58:10 88:17
104:6 110:8
127:15
128:21
130:15
133:12,16
**sets**
19:24 41:5
63:3 86:19
104:7 128:15
**seven**
22:13 60:2
**several**
65:20 79:9
**shared**
56:18
**sharing**
71:16
**Sharon**
4:3 26:15

31:3 147:17
**short**
56:20 60:9 88:20
**shots**
73:3
**show**
33:21 50:25 63:24 64:11, 13 73:1,3 75:21 80:19 82:6 105:6 107:5 109:4 112:23 120:24 136:15
**showed**
75:22 83:25 84:16
**showing**
68:19 109:15 112:20
**shows**
47:23 73:2 105:22
**side**
133:6,9
**signal**
20:2 42:15
**signature**
34:4
**signed**
34:7,11 64:18
**significant**
90:11
**similar**
81:11 105:25 120:2
**Similarly**
81:9
**simple**
72:2 78:4 81:8
**simplifies**
63:8
**simplify**
63:8
**simply**
26:5 51:25 60:5 67:1 130:2 146:4
**single**
56:18 95:14 136:15
**sir**
11:1 14:6 18:8 20:10 33:24 34:5 37:3 58:15 65:7 66:15 69:16,22 70:21 95:1 96:6 98:22, 23 105:4 108:7 109:6 115:15,25 119:20 120:25 124:2 125:16 127:14 128:9 139:9 142:25 144:12
**sit**
5:24 6:3 7:12 49:7 143:14
**sites**
34:24 106:18
**sits**
73:23 133:19
**sitting**
5:13 10:10 31:4 141:6 142:15 144:24
**situation**
84:15
**situations**
88:4
**slide**
121:16
**slight**
123:12
**slightly**
36:11 67:25 120:11
**Slough**
103:4
**small**
97:25
**smart**
74:3
**soccer**
65:21,24
**software**
15:25 16:3, 4,9,20,21, 23,25 51:5,7 57:18 113:23
**sold**
23:10
**solution**
26:6 72:3 81:8 112:4
**solve**
87:17
**sophisticatio n**
117:6
**sort**
13:11 15:4 53:23 137:11 139:21
**sought**
139:21
**sound**
93:22 95:13
**source**
101:1
**space**
112:8
**spaces**
16:15
**Spahr**
5:2
**speak**
14:20 135:11,17 146:8,10
**speaks**
119:6
**specialized**
111:24
**specific**
17:23 22:16 27:12 28:2 32:3 38:25 43:9 73:22 88:13 110:12 111:13 129:9 144:12
**specifically**
29:11 30:9 37:14 41:21 42:3 47:8 54:8 70:19 71:23 87:1 91:23 92:2 94:19 106:23,24 107:14 110:7,8 112:12,19 113:11,25 119:11,20 131:3 133:19 138:2 146:20
**specified**
33:15 81:18, 20
**specify**
19:17,18 35:24 138:7
**spills**
66:10
**spoke**
11:23 14:3, 7,8,11,13, 14,15 30:18 106:17
**sports**
14:17
**spreadsheet**
121:1 123:6, 8,13 127:15, 22 131:10 145:14

**spreadsheets** 121:10
**spring** 39:16
**springs** 14:19
**staff** 28:6
**stage** 82:18 102:16
**standard** 4:16 25:18 26:7 35:17 39:2 40:9,15 44:3,13,23 45:1,12 104:11,23 119:23 136:5
**standards** 138:25
**stands** 29:24
**started** 111:22 112:6
**starts** 36:21,25 71:5 127:22
**state** 4:5,21 41:10 43:21 91:12 100:1,12,17 101:3 111:25 117:23 118:11 141:17
**stated** 7:10 17:19 64:25 83:21 92:23 147:19
**statement** 19:20 23:23, 24 72:9 107:25
**states** 36:6,22,24 37:8,15 38:6,21,25 39:20 80:9 92:9 94:4 97:12,15,18, 19 106:21 111:16,23 117:18,22 124:10 125:5 126:2,3,19, 20,24 127:6, 7
**stay** 54:25
**stayed** 134:25
**step** 31:3
**step-by-step** 112:25
**stepped** 52:14
**steps** 84:8 105:17 108:17 114:5,12,18 116:23 117:5,11,24 119:9
**stopped** 76:20 135:5
**store** 62:14,15
**straight** 73:5
**strategy** 134:16 135:10
**stream** 59:9 78:1 105:22,24 107:8 109:9 122:9 127:6
**streamed** 68:22 122:13,21,22 125:12
**streaming** 59:14,18,19, 20 60:25 73:2 124:14
**streams** 67:10 72:20 125:12 136:19,22
**strengthen** 110:3
**Strictly** 127:21
**string** 64:14 65:4 80:21
**strong** 112:5
**strongly** 7:10
[redacted]
**Studios** 4:19,20
**stuff** 95:11
**subgroup** 137:6
**subject** 10:10 13:5 18:18,22 20:4 30:10 31:8 64:25 67:23 82:10 112:22 126:8 127:19
**submitted** 33:23
**subset** 32:10 39:15
**substance** 13:25 79:2, 14 140:24
**successful** 34:20 36:20, 25 39:19,24 76:3 91:20 94:22 95:15, 25 96:8,25 97:2 99:16 100:13 101:10,12 102:12 103:2,19 104:22 115:5 116:19 127:18,22 141:15 142:5
**successfully** 116:24 133:10
**sufficient** 58:22 66:25
**sufficiently** 51:17
**suggest** 103:6,16 108:13
**sum** 79:2,14
**supplied** 33:6 46:24 84:22
**supplier** 35:15 40:9
**suppliers** 40:20 86:4, 6,12
**support** 33:23
**supported** 19:5
**sure** 9:22 10:19 12:19 20:16 30:18 31:6 35:18,21 40:7 44:4 48:9 51:11, 22 55:8 58:21 59:2 61:2,14 64:17 80:5 84:8 93:21 94:20 107:24 115:19 124:22 133:5

135:3 145:6, 8
**Surfshark** 66:20
**surprised** 74:7,14 75:14 76:1, 10,15,23
**surprising** 103:9
**suspect** 51:23 78:5 113:18
**suspicious** 51:18 79:24
**swear** 7:18
**switch** 136:22
**sworn** 7:23
**system** 19:10 25:17, 23 28:20 29:6,10,12, 23,24 30:3 32:10 40:5 41:23,24 45:7,14,21 48:7 49:12, 15,18,20 50:4,5,8,9, 11 51:1,2,12 53:7,17 57:18 58:25 60:11 72:19, 20 73:7,8 76:13 78:11 80:3,5,7 89:22 90:10, 18 95:14 96:15,16,24 97:6,16,17 99:17 100:3 101:6,7,11, 14,15 102:2, 3,13,15 103:10,14 106:11,13 110:18 116:14 118:18,19 121:7 122:15,18 127:1 129:4, 13,14 143:7 144:1 145:19,23,25
**systems** 11:17,24 12:1,4 13:14 14:8,11,12 22:14 29:13, 19,20 35:20 36:1,2 39:1, 22 40:4,10, 17,22,25 41:12 43:18 44:4 48:5,17 49:6 52:18 53:5 60:15, 21 62:14 73:23 74:1 77:16,17,19 88:20 89:8, 19 90:17 92:24 95:6, 8,9,12 102:10,21 104:4 106:10 111:12 129:19 131:6 141:24

**T**

**take** 6:23 8:12 10:24 14:25 15:3 30:25 42:22 45:21, 22 50:12 53:17 61:23 63:12 71:5 75:17 86:1 87:2,4,19 88:16 92:25 102:9 108:3, 18 111:25 122:1 124:18 125:21 127:23 136:17 139:1 147:22
**taken** 4:3 7:5 15:7 18:25 30:7 58:8 63:21 87:23 92:16 93:4,14,16 108:16 128:5
**takes** 42:3 57:16 58:1
**taking** 9:25 19:5 20:21 74:21 77:23 93:1 105:18 145:22 146:2
**talk** 29:11 43:2 87:15 146:11
**talked** 59:24 60:11 96:17 106:24 133:25 141:3
**talking** 39:18 56:22 58:12 70:23 85:12 121:23 131:9 144:3
**tall** 46:2
**targeted** 21:11 91:5
**targeting** 17:12,14 21:12
**team** 17:1 51:19 59:2 67:9 79:19 135:17 137:5
**team's** 134:15
**teammates** 6:25
**technical** 18:13 19:14 30:11 31:10 34:22 66:21 83:22 117:5
**techniques** 74:3 81:11
**technology** 11:21 12:2 23:15 25:20 26:3,4 27:10 34:15,19 35:10 41:13, 18,22 51:20 68:15 86:18 88:5,9,24 111:24 114:10,12 118:7,9 120:8,15 135:1,7 136:8,10,21, 25 137:10 138:7,22 139:18
**television** 26:21 136:2, 6
**televisions** 26:23
**tell** 11:13
**telling** 114:1
**tells** 126:24
**tempted** 100:15
**ten** 63:14,16,17 132:3,4
**tend** 39:3,7 50:21

62:14,22,25 63:9 135:17
**term**
41:12 45:12
**terminated**
103:3
**terminology**
44:12
**terms**
12:10 22:7, 8,10 24:3,9 34:23 35:20 36:18,20 37:11 41:2,6 44:21 54:11 60:3 61:4 62:13 73:11 74:9 98:23 99:14 103:7 105:7,9,11, 21 106:5 107:1,24 111:5,19,23 119:10 130:5,8 132:2,5 133:19 135:8
**territorial**
10:13 17:13 18:5 19:14 24:4 68:24 69:6 71:21 82:12,22 83:5 86:24 115:7
**territories**
23:10,13
**territory**
19:17 20:5 21:17 22:2 23:20 43:15 70:25 88:19 114:14
**test**
75:15 76:13 78:4 79:7,10 120:12
**tested**
54:17 77:19
**testified**
7:24 8:17 128:14,15 131:13 132:19 140:18 141:4
**testify**
8:24 10:11 17:5 141:6 144:17,18 146:21
**testifying**
5:18 142:4, 15 143:1,16 144:13 145:15
**testimony**
5:25 7:19 10:25 11:9 12:20 13:25 18:11 35:5,6 40:1 47:4 50:14 77:9 104:11 118:14 140:24 142:19 143:20 144:6
**testing**
54:21 55:4, 17
**thank**
7:16 12:12 18:6 63:18 68:9 98:22 99:12 105:4, 5 108:5 126:11 127:14 128:2,9 139:6 147:9
**Thanks**
71:2
**there'll**
122:5
**thereabouts**
98:4
**thing**
32:12 51:14, 15 102:23 111:10 132:17 137:11 139:10
**things**
12:9 17:24 36:12 39:3 43:10 46:1,9 50:9 51:10, 13 53:10 62:23 73:12 74:11,12 80:24 87:14 92:22 102:8, 19 132:6,10 139:17
**think**
5:13 7:11 14:18 20:7, 19 21:21 25:13 27:8 54:15 59:15 61:6 62:12 63:11 75:22 77:10 80:3 82:10 83:8,9 88:1 89:14 90:11 91:15 93:2 96:2,3, 14,15,18 97:2 98:3,18 99:8,18 100:8 101:15 109:19 110:7 112:24 113:10 115:10 116:12 121:7 122:5,6,14 123:22 125:18 131:20 132:16
133:5,25 137:11,17 138:2 139:13 143:4,23 147:5
**thinking**
109:5
**thinks**
45:10
**third**
21:24 34:2 56:10 66:10 114:17 115:1
**third-party**
104:7
**thought**
76:25 83:18 95:18
**thread**
76:19 83:12
**threads**
86:1
**three**
34:22 114:12
**three-way**
85:11
**tier**
130:21
**time**
4:15,16,21 7:3,6 15:22 16:16 25:4 38:15,16,23 43:16 46:16 51:20 56:24 57:21 60:23 61:4,20 63:11,19,22 64:13 68:1 71:15 74:14 75:15,22 78:22 79:11, 15 80:6 84:21 86:3 88:16 89:8 91:25 92:21, 22 93:4,8,

15,16 98:15 103:9 108:3 111:3,17 119:14 122:22 124:12,13 125:10,12 127:1 128:3, 6,9 132:12 134:3 136:23 138:21 139:19 147:12

**times**
42:1 53:2 74:24 79:10 88:14 89:12 98:14 122:17 131:6 145:9

**timestamp**
38:14,16

**title**
107:7,11 109:8 122:10

**Tobin**
5:1,9,22 6:7,16,23 7:8 9:6,15, 17 10:15,22 11:2,10 15:13,15 16:11 18:2, 20 21:8 24:10,23 25:11 26:13, 18 27:7 28:11 30:20 31:13 33:9 35:12 36:8 37:17,24 44:15 47:7 48:23 52:25 55:12,19 58:20 59:19 61:18,24 63:14,18,24 64:4,15,18, 24 68:4,11 69:9 72:13, 22 77:8 79:5,17 82:24 83:7 84:5,18 85:23 86:25 87:11 89:23 90:4 91:13 92:11 94:5 95:18 96:11 98:8,13,15 99:3,7,12 100:14,23 104:2,15,25 108:2 110:15 113:24 114:6 115:9,17,21 116:3 117:2, 7,12 118:1, 13 119:5,12 122:24 123:7 124:20 125:8,17 126:5,21 127:20 128:1,11 139:5 140:11 141:8 142:7, 18 143:3,19 144:15 145:1,4,17 146:18 147:5,10,21

**today**
4:15 5:10,14 7:15 8:5,20 10:11 11:8, 14 18:8,11 64:20 129:20 132:20 139:6 141:6 144:24

**Tom**
14:13 113:17

**Tom's**
54:7 106:19 107:6 108:17 109:7,14,25 110:12 113:8,21,25 114:25 116:20,24 119:1

**tonight's**
84:10

**tool**
73:25 103:10

**tools**
71:11

**top**
34:22 56:16 65:6 66:11 67:18 85:9 115:1 132:6 136:21 138:16

**topic**
9:4 17:3,4,9 18:4

**topics**
9:1,3,4,8 10:6,9 17:20

**Tor**
47:11

**tortuous**
95:13

**total**
36:18,24 59:21 97:1 99:16

**totality**
12:20 35:7

**touch**
85:2

**tournament**
136:16

**tournaments**
139:4

**Traceroute**
102:24 104:8

**traffic**
29:24,25 52:8 56:1,10 72:10,14

**trainee**
134:6

**training**
139:17,21,25

**transcript**
12:16 64:6 147:15,23

**transmission**
13:5

**treated**
48:22

**trial**
5:25

**trouble**
94:17

**true**
43:7 71:19

**Trump**
4:17 107:7, 16 109:11 121:21

**truth**
7:20

**truthfully**
8:17 141:6

**try**
21:19 22:21 23:25 31:3 43:22 47:2 48:7 58:7,9 87:2

**trying**
23:19 26:7 40:23,24 43:8 48:4,13 69:15 72:3 81:9 95:19 108:13 145:21

**tune**
61:13

**turn**
10:5 17:2 34:1 66:3

**TV**
26:22 105:22 136:11

[redacted]
14:9

**tweet**
33:10,15
**twice**
75:14 76:19 94:1
**two**
17:20 22:6 27:8,17,23 34:23 35:13 36:11 38:11 49:19 51:10, 13 62:5 71:24 102:8, 19 114:18 126:11,13 128:15 129:2,22 130:12 132:6,10 142:21
**type**
39:7 89:4,11
**types**
90:3
**typically**
43:16 49:5 61:6 62:24

**U**

**ubiquitous**
72:4 81:9
[redacted]
**UK**
11:19 17:11 18:12,18 19:10,13,23 20:9,11,14, 21 21:3,11, 14,16,22 22:9,18,25 23:12 25:6, 14 26:20,25 32:2,8,12,13 33:17 37:2 39:25 42:10, 18,20,21 45:24 46:4,6 48:6,8,10, 11,12,13,15, 17,18 53:11 54:4,12 56:2 59:6,9,10 63:5 67:1 68:17 72:4, 12,21 80:14 81:9,20,21 88:2,5,6,25 89:1,5,14,17 94:20,23 95:1,15 102:13,17, 18,23 105:12,19,23 106:9 113:6 116:25 123:21,22 124:1,11 125:6,11 126:4 132:10 133:11,19,23 143:14
**ultimately**
67:5,17
**unable**
34:20
**unauthorized**
41:15 45:17 81:2 110:14, 17 120:3
**unaware**
6:11 90:7 108:21
**unchanged**
84:15
**unclear**
13:7 147:3
**understand**
5:11 8:10, 11,22 9:1,5 10:24 11:7 12:20 20:7 35:5,6 38:17 66:24 69:19 79:9 93:21 96:12 99:5, 15 125:21 130:7 141:17 144:9
**understandable**
6:19 132:14
**understanding**
31:7 37:13, 23 58:23 130:18 139:17
**understands**
9:22 10:20
**understood**
10:17 98:20 105:11 128:18
**unfounded**
78:25 79:16
**unhelpful**
101:19
**Union**
137:7
**United**
36:6,22,24 37:7,15 38:5,21,25 39:20 41:16 48:2 80:9 92:9 94:4 97:12,14,18, 19 106:21 117:18,22 119:22 124:10 125:5 126:1,3,19, 20,24 127:6
[redacted]
**unreliable**
103:24 104:14 144:8,21
**unrestricted**
79:2
**unsuccessful**
36:19 95:25 96:9,25 102:14
**untrue**
145:15
**unwittingly**
71:11
**up-to-date**
40:10 50:23 53:22 55:1 141:24
**upcoming**
74:12
**update**
40:15 54:23 55:22 56:23 57:5,10 67:8 71:3 82:16 83:4 92:24 131:4
**updated**
40:12,14 53:6 58:10 95:11 97:7,8 129:11,12,23 130:24
**updates**
82:22 135:6
**updating**
129:10 131:1
**upheld**
24:20
**uphold**
24:7
**upholding**
24:9
**USA**
123:20 126:12
**usage**
13:14 20:14
**user**
38:10 39:10 44:7,8 71:15 72:11,12,16 88:5,25

89:1,5 106:1,4
**users** 30:11 31:11 45:18 56:2 71:11,16 72:19 106:11 111:12 132:2,3,4
**usual** 141:19
**utilized** 44:12 49:13 80:8
**utilizes** 88:10

V

**valid** 51:11
**validate** 51:10,19 52:4 58:14, 16 75:13 99:10
**validates** 51:5
**value** 61:15
**varies** 39:9
**variety** 81:7
**various** 12:5 42:1 46:18 62:14 102:20 120:14 135:7,22
**vary** 61:3
**velocity** 58:6
**vendor** 130:17
**vendor's** 52:22
**verification** 67:2
**verify** 116:23
**verifying** 43:2
**version** 28:22,23,24 130:23
**versions** 123:13
**versus** 4:17 48:18
**video** 4:8 7:4,7 22:5 25:22 29:17 63:20, 23 128:4,7 147:13,16,22
**video-on-demand** 63:4
**video-recorded** 4:12
**VIDEOGRAPHER** 4:7 7:3,6 63:19,22 128:3,6 147:12
**videotaped** 9:25
**view** 22:23 31:12 54:12 71:7 75:5 91:8 92:8 94:13 95:4,21 96:9,22 97:23 99:24 100:12 101:2 127:18 141:15
**viewed** 66:14 67:12 68:16 70:1 77:7 124:9 125:4,25 126:18 130:8
**viewer** 38:4 110:17
**viewers** 18:18 20:9, 21 30:14 38:21 110:14
**viewership** 37:7
**viewing** 19:1 30:12, 15 31:11 36:7 37:15
[redacted]
67:7,14
**violation** 106:5
**visits** 132:1,2
**VP** 48:11
**VPN** 11:20 21:21, 23 22:3,15 32:14,20 41:11 42:14 45:8,14,20, 22,24,25 46:5,7,20 47:11 48:1, 6,9,11,14,16 49:9 54:3,18 55:5,18 56:15 57:9, 18 66:19,20 72:11,16,19 74:9,20 75:9 76:3 78:2 81:17 85:21 106:2,5,22 107:17 110:3,5 113:6 114:25 116:6,10,17 120:20 129:8,12 131:5
**VPNS** 25:17 40:14 48:5,17,18 54:9,14,22 55:21,25 56:6 57:5 58:4 66:13, 18,22 67:11, 20 69:4,24 70:4,7,8 71:23 72:10 73:13,14,16, 19 74:17 76:9,25 78:9 105:13 120:9

W

**waiving** 147:20
**wall** 66:24
**want** 5:23 9:21 12:19 15:21 17:3 20:15 46:24 55:7 58:3,5,7 64:21 68:6 73:24 78:21 79:20 80:4 85:11 86:9, 17 107:20 127:25
**wanted** 9:10 10:18 43:13 68:7 75:13 87:15 97:21 108:14 112:21 116:9 136:20
**watch** 25:5 73:25 107:7,14,16 108:20 109:8 112:22

113:2,7,8 114:23 117:24 118:5 119:3
**way** 9:13 35:11, 24 38:25 40:3 47:20 50:17 63:6 69:11 75:22 85:25 97:7 101:14 130:6 131:22 137:21 141:24 145:3 147:5
**ways** 110:2
**web** 116:24
**website** 28:19 35:24 87:23 110:1 112:13 132:2
**website/app-dash** 82:11
**week** 81:17
**weekly** 129:24
**weeks** 75:23
**went** 44:1,16 54:13 60:21 76:15,19 78:17
**whisper** 68:8
**whispers** 68:5
**Wilcox** 5:3
**Wimbledon** 136:13,14
**window** 89:18
[redacted] 67:7,15
**withdrawing** 115:21
**witness** 5:12,24 9:22 10:20 11:5, 11 15:17 16:12 17:4 21:10 24:11, 24 25:12 26:14,19 27:8 28:12 31:14 33:10 35:13 36:10 37:19,25 44:16 47:8 48:24 53:1 55:13,20 58:21 59:20 63:25 64:18 69:10 72:14, 23 77:10 79:6,18 82:25 83:8 84:6 85:24 87:1,13 90:6 91:14 92:12 94:7 96:14 98:17 99:6,8 100:15 104:3,16 105:1 108:5 110:16 113:25 114:7 115:10 116:5 117:3,8,13 118:2,16 119:7,13 122:25 123:8 124:22 125:9,18 126:6,22 127:21 140:3,6,9, 13,15,19 141:9 142:9, 20 143:4,22 144:16 145:6,18 147:19,21
**witnesses** 17:6,10
**won** 111:5 136:24
**wonder** 46:24
**wondered** 107:19
**wondering** 82:16 83:3 143:22
**word** 83:4 94:8,9 136:12
**wording** 22:13
**words** 32:20 43:14 44:25 71:6 144:6
**work** 27:10 53:23 74:13 76:17 93:7,19,22 106:15 110:10 135:12,25 136:1,6,13, 24 143:12
**working** 16:15 35:20 77:17,20 136:3
**works** 65:14,15
**workshop** 85:3
**world** 57:12 70:9 74:12 113:3, 9 119:4 138:18
**worth** 58:6
**wrestling** 10:18
**write** 16:25 71:2,9 82:15 83:3 120:1
**writes** 66:11,17,20 80:24 83:21 85:1
**writing** 16:20
**writings** 15:4
**written** 15:11 51:7
**wrong** 79:1
**wrote** 16:23

**Y**

**Yeah** 5:9 83:14 87:13 108:11 132:15
**year** 8:15 67:23, 25 72:6,7 135:22 136:24
**years** 124:14 135:14 138:19 139:16

**Z**

**zero** 20:12,25 21:6 95:17 99:6

**zone**
43:16