UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK |

**NOTICE OF SEALED FILING**

Pursuant to S.D. Fla. Local Rule 5.4(b)(1) and the Court's September 11, 2026 Order (ECF No. 169) granting Defendant's Unopposed Motion to Seal (ECF No. 168), Defendant the British Broadcasting Corporation ("the BBC"), by and through its undersigned counsel, hereby gives notice of the sealed filing of an unredacted copy of its Reply Memorandum in Further Support of Defendant's Motion to Dismiss, which was docketed in redacted form at ECF No. 171 on September 15, 2026.

Dated: September 15, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*