# Exhibit A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:25-CV-25894-RKA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Eric Herschmann
on *(date)* 05/04/2026 .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________________
______________________________ on *(date)* ______________ ; or

☒ I returned the subpoena unexecuted because: Attempted service at 210 Lavaca Street, Unit 3009
Austin, TX 78701 - 4 attempts made - See below for comments

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/15/2026

[signature]
*Server's signature*

Chris Dathe, PSC-6008 / Process Server
*Printed name and title*

2142 South Broad Street, Lower Level
Philadelphia, PA 19145
*Server's address*

Additional information regarding attempted service, etc.:

5-6-26 @ 12:20pm Address provided is a high rise condo building. The concierge called Mr. Hershmann and left a voice message for him. I left my card with the concierge and asked him to make sure it was given to Mr. Hershmann.

5-8-26 @ 11:30am Spoke to the same concierge who said that he has not heard back from Mr. Herschmann but would let him know that I came back by to attempt to deliver.

5-12-26 @ 3:50pm I spoke to the same concierge with no change.

The concierge is not allowing access to the units.

5/13/26 7pm- The concierge called up to Mr. Herschmann's unit but there was no answer.