# Exhibit B

**From:** Tobin, Charles D.
**To:** eherschmann@hbb-firm.com
**Subject:** service of BBC subpoena for documents/President Trump v. BBC
**Date:** Wednesday, July 8, 2026 10:57:00 AM
**Attachments:** Herschmann, Eric - Subpoena Package for Service.pdf

---

Dear Mr. Herschmann,

Our law firm represents the defendants in this lawsuit which President Trump has filed in the U.S. District Court for the Southern District of Florida. I am reaching out regarding a subpoena that we attempted unsuccessfully to serve at your 210 Lavaca Street address in mid-May.

To avoid inconvenience for you, and to streamline the process, I am attaching the subpoena here. If you engage counsel for this matter, please let me know and I am happy to speak with them, and if not, with you, about the timing for compliance.

Please confirm receipt and acceptance. Thanks in advance for your cooperation.

Sincerely,
Chuck Tobin

logo

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**