# Exhibit C

| | |
|---|---|
| **From:** | Tobin, Charles D. |
| **To:** | eherschmann@hbb-firm.com |
| **Subject:** | FW: service of BBC subpoena for documents/President Trump v. BBC |
| **Date:** | Tuesday, July 14, 2026 9:18:00 AM |
| **Attachments:** | Herschmann, Eric - Subpoena Package for Service.pdf |

Mr. Herschmann, I am reaching out again regarding this matter. Please let me know when we may expect a response to the document subpoena.

Additionally, we need to schedule your deposition in this case. Kindly select a few available dates in this range, and I will confirm with President Trump's counsel and let you know: August 5, 6, 7, 10, 11, 12, 13, 18, 19, 21.

We presume that Austin is the most convenient location for you, but we are happy to conduct the deposition in Washington, D.C. if you prefer.

I look forward to hearing from you. Thanks.

Chuck Tobin

logo

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Tobin, Charles D.
**Sent:** Wednesday, July 8, 2026 10:58 AM
**To:** eherschmann@hbb-firm.com
**Subject:** service of BBC subpoena for documents/President Trump v. BBC

Dear Mr. Herschmann,

Our law firm represents the defendants in this lawsuit which President Trump has filed in the U.S. District Court for the Southern District of Florida. I am reaching out regarding a subpoena that we attempted unsuccessfully to serve at your 210 Lavaca Street address in mid-May.

To avoid inconvenience for you, and to streamline the process, I am attaching the subpoena here. If you engage counsel for this matter, please let me know and I am happy to speak with them, and if not, with you, about the timing for compliance.

Please confirm receipt and acceptance. Thanks in advance for your cooperation.

Sincerely,
Chuck Tobin

logo

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**