# Exhibit D

Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

July 27, 2026

*By FedEx*

Eric Herschmann
Herschmann Benson Bowen LLP
210 Lavaca Street, Unit 3009
Austin, TX 78701

Re: Subpoena in *Trump v. British Broadcasting Corporation* (S.D. Fla. No. 1:25-cv-25894)

Dear Mr. Herschmann:

This law firm represents defendant the British Broadcasting Corporation in the above-referenced civil action pending in the United States District Court for the Southern District of Florida. On May 4, 2026, we attempted service of a subpoena to produce documents at your address at 210 Lavaca Street, Unit 3009, Austin, TX 78701. As a courtesy, we also sent you a copy of the subpoena to your law firm email, eherschmann@hbb-firm.com.

As further courtesy, we are now sending the subpoena to your law firm's various office locations to ensure receipt.

We look forward to your timely compliance with the subpoena. Please reach out with any questions. Thank you.

Sincerely,

Charles D. Tobin

Attachment: Subpoena and Attachment A