# Exhibit K

**From:** FedEx Tracking
**To:** Mendez, Cindy C.
**Subject:** Your shipment was delivered 874946217847
**Date:** Wednesday, July 29, 2026 10:58:44 AM

**EXTERNAL**

# Your shipment was delivered.

Delivery Date

Wed, 07/29/2026
9:51am

## Get alerts on future deliveries

Stay informed with delivery notifications for all your shipments. You can also share delivery instructions and manage your delivery.

**SIGN UP**

Delivered to

317 E CaptailSuite 225, Jackson, MS 39201

**Report missing package**

## How was your delivery?

## Tracking details

| | |
|---|---|
| Tracking ID | 874946217847 |
| From | Charles D. Tobin<br>Ballard Spahr LLP<br>1909 K Street, NW 12th Floor<br>Washington, DC, US<br>20006 |
| To | Eric Herschmann<br>Herschmann Benson Bowen LLP<br>317 EAST CAPITOL ST, SUITE 229<br>Jackson, MS, US<br>39201 |
| Ship date | Mon 7/27/2026 06:08 PM |
| Number of pieces | 1 |
| Total shipment weight | 0.50 LB |
| Service | FedEx Priority Overnight® |
| Reference | 073713.00.00459221 |
| Shipper reference | 073713.00.00459221 |

TRACK SHIPMENT

FedEx

## Track your package and see when it's coming

With Map View, follow your package's journey and get an estimated delivery time window—so you can plan ahead and avoid missed deliveries.

DOWNLOAD THE MOBILE APP

Please do not reply to this message. This email was sent from an unattended mailbox.

All weights are estimated.

© 2026 FedEx. All rights reserved.

Scammers can pose as legitimate organizations to seem convincing. We encourage you to stay cautious of unknown messages – delete them and visit the FedEx Fraud & Security page to help keep your information safe.

Thank you for your business.

**Terms of Use**

**Privacy notice**

**Support**

**Fraud & security**

ID 1026