# Exhibit L

PageVault

| | |
|---|---|
| Document title: | Herschmann Benson Bowen LLP |
| Capture URL: | https://www.hbb-firm.com/locations |
| Page loaded at (UTC): | Tue, 25 Aug 2026 19:30:58 GMT |
| Capture timestamp (UTC): | Tue, 25 Aug 2026 19:31:00 GMT |
| Capture tool: | 4.3.0 |
| Collection server IP: | 54.89.253.215 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/151.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v24.18.1) |
| PDF length: | 3 |
| Capture ID: | 4dErDKpfsLSJsQe6ssWg4K |
| Display Name: | falcones |

HERSCHMANN BENSON BOWEN LLP

PEOPLE ABOUT LOCATIONS

# LOCATIONS



## TEXAS

210 LAVACA STREET, UNIT 3009

AUSTIN, TX 78701

Tel: (512) 846-7222

Fax: (512) 798-4376

## NEW YORK

305 BROADWAY, 7TH FLOOR

NEW YORK, NEW YORK 10007

Tel: (212) 226-4226





## NEW JERSEY

980 SYLVAN AVENUE, FLOOR 2

ENGLEWOOD CLIFFS, NJ 07632

Tel: (201) 242-2042

Select "Accept all" to agree to our use of cookies and similar technologies to enhance your browsing experience, security, analytics and customization. Select "Manage cookies" to make more choices or opt out.

Manage cookies Decline All ACCEPT ALL

NEW YORK

305 BROADWAY, 7TH FLOOR

NEW YORK, NEW YORK 10007

Tel: (212) 226-4226





# NEW JERSEY

980 SYLVAN AVENUE, FLOOR 2

ENGLEWOOD CLIFFS, NJ 07632

Tel: (201) 242-2042

# MISSISSIPPI

317 EAST CAPITOL ST, SUITE 229

JACKSON, MS 39201

Tel: (601) 300-5808



Select "Accept all" to agree to our use of cookies and similar technologies to enhance your browsing experience, security, analytics and customization. Select "Manage cookies" to make more choices or opt out.

Manage cookies Decline All ACCEPT ALL