# Exhibit M

PageVault

| | |
|---|---|
| Document title: | Herschmann Benson Bowen LLP |
| Capture URL: | https://www.hbb-firm.com/eric-herschmann |
| Page loaded at (UTC): | Tue, 25 Aug 2026 19:31:03 GMT |
| Capture timestamp (UTC): | Tue, 25 Aug 2026 19:31:05 GMT |
| Capture tool: | 4.3.0 |
| Collection server IP: | 3.84.18.87 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/151.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v24.18.1) |
| PDF length: | 3 |
| Capture ID: | 7jDFmTgessKtTEexvgmWnK |
| Display Name: | falcones |

HERSCHMANN BENSON BOWEN LLP

PEOPLE ABOUT LOCATIONS

# ERIC HERSCHMANN

## PARTNER



210 Lavaca Street, Unit 3009
Austin, TX 78701
Tel: (512) 996-2396
Fax: (512) 551-3344
eherschmann@hbb-firm.com

"Eric Herschmann has been our family's trusted advisor for many years. Eric's unparalleled success and experience at the highest levels of the legal, governmental and business worlds, combined with his strategic brilliance, make his advice and guidance invaluable to any company or individual, especially when faced with critical bet-the-company issues."

—Charles Kushner

"I've had a lot of people help me over the years — but my attorney Eric Herschmann has been a game-changer off the field and forever grateful to him."

—Brett Favre

"Eric Herschmann is the best lawyer in the country."

—Ice Cube

Eric D. Herschmann is one of the country's most sought-after trial lawyers and strategic advisors. For more than three decades, he has guided Fortune 500 companies, high-net-worth individuals, entrepreneurs, and public officials through complex civil, criminal, and regulatory disputes across the United States and internationally. Eric's judgment and advocacy have earned the trust of clients at the highest levels of business, government, and culture.

Before co-founding Herschmann Benson Bowen LLP, Eric held senior leadership roles in the legal, corporate, and governmental arenas. He was a partner at a leading litigation firm; General Counsel, President, COO, and Vice Chairman of Southern Union Company, where he led the company's $10.3 billion sale; and Senior Advisor to the President of the United States.

Eric began his career as a prosecutor in the Manhattan District Attorney's Office, trying complex financial-fraud and organized-crime cases. He later served as Chief Legal Counsel to Citibank's Global Investigations Department, overseeing major internal and cross-border investigations.

### EDUCATION

- Benjamin N. Cardozo School of Law, J.D.
- Yeshiva University, B.A.

### ADMISSIONS

- Texas
- New York
- New Jersey
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York
- U.S. District Court, District of New Jersey
- U.S. District Court, Western District of Texas

Select "Accept all" to agree to our use of cookies and similar technologies to enhance your browsing experience, security, analytics and customization. Select "Manage cookies" to make more choices or opt out.

Manage cookies Decline All ACCEPT ALL



"Eric Herschmann has been our family's trusted advisor for many years. Eric's unparalleled success and experience at the highest levels of the legal, governmental and business worlds, combined with his strategic brilliance, make his advice and guidance invaluable to any company or individual, especially when faced with critical bet-the-company issues."

—Charles Kushner

"I've had a lot of people help me over the years — but my attorney Eric Herschmann has been a game-changer off the field and forever grateful to him."

—Brett Favre

"Eric Herschmann is the best lawyer in the country."

—Ice Cube

210 Lavaca Street, Unit 3009
Austin, TX 78701
Tel: (512) 996-2396
Fax: (512) 551-3344
eherschmann@hbb-firm.com

Eric D. Herschmann is one of the country's most sought-after trial lawyers and strategic advisors. For more than three decades, he has guided Fortune 500 companies, high-net-worth individuals, entrepreneurs, and public officials through complex civil, criminal, and regulatory disputes across the United States and internationally. Eric's judgment and advocacy have earned the trust of clients at the highest levels of business, government, and culture.

Before co-founding Herschmann Benson Bowen LLP, Eric held senior leadership roles in the legal, corporate, and governmental arenas. He was a partner at a leading litigation firm; General Counsel, President, COO, and Vice Chairman of Southern Union Company, where he led the company's $10.3 billion sale; and Senior Advisor to the President of the United States.

Eric began his career as a prosecutor in the Manhattan District Attorney's Office, trying complex financial-fraud and organized-crime cases. He later served as Chief Legal Counsel to Citibank's Global Investigations Department, overseeing major internal and cross-border investigations.

EDUCATION

- Benjamin N. Cardozo School of Law, J.D.
- Yeshiva University, B.A.

ADMISSIONS

- Texas
- New York
- New Jersey
- U.S. District Court, Southern District of New York
- U.S. District Court, Eastern District of New York
- U.S. District Court, District of New Jersey
- U.S. District Court, Western District of Texas
- U.S. Court of Appeals, Second Circuit
- U.S. Supreme Court

Privacy

Select "Accept all" to agree to our use of cookies and similar technologies to enhance your browsing experience, security, analytics and customization. Select "Manage cookies" to make more choices or opt out.

Manage cookies Decline All ACCEPT ALL