# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FRAYDA LINDEMANN, and
SLOAN LINDEMANN BARNETT,

Plaintiff,

v. Case No.: 1:26-cv-21836-BB

UNITED STATES OF AMERICA,

Defendant.
_______________________________________/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Eric D. Herschmann of the law firm of Herschmann Benson Bowen LLP, 210 Lavaca Street, Unit 3009, Austin, Texas 78701, (512) 846-7222 for purposes of appearance as co-counsel on behalf of Plaintiffs Frayda Lindemann and Sloan Lindemann Barnett ("Plaintiffs") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Eric D. Herschmann to receive electronic filings in this case, and in support thereof states as follows:

1. Eric D. Herschmann is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of Texas, New York and New Jersey, and the United States District Courts for the Southern District of New York, Eastern District of New York, District of New Jersey, and the Western District of Texas.

2. Movant, Ethan J. Loeb, Esquire, of the law firm of Bartlett Loeb Hinds Thompson & Angelos, 1001 Water Street, Suite 475, Tampa, Florida 33602, (813) 223-3888, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Eric D. Herschmann has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Eric D. Herschmann, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Eric D. Herschmann at email address: EHerschmann@hbb-firm.com.

WHEREFORE, Ethan J. Loeb moves this Court to enter an Order permitting Eric D. Herschmann to appear before this Court on behalf of the Plaintiffs for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Eric D. Herschmann.

Respectfully submitted,

*/s/ Ethan J. Loeb*

**ETHAN J. LOEB**
Florida Bar Number 0668338
ethanl@BLHTlaw.com

eservice@BLHTlaw.com
kerrir@BLHTlaw.com
HeatherW@BLHTlaw.com
**BARTLETT, LOEB, HINDS,**
**THOMPSON & ANGELOS**
1001 Water Street, Suite 475
Tampa, Florida 33602
Telephone: (813) 223-3888
Facsimile: (813) 228-6422

and

**HERSCHMANN BENSON BOWEN LLP**
Eric D. Herschmann*
EHerschmann@hbb-firm.com
Daniel R. Benson*
DBenson@hbb-firm.com
Andrew R. Kurland*
AKurland@hbb-firm.com
Ryan A. Berger*
RBerger@hbb-firm.com
210 Lavaca Street, Unit 3009
Austin, Texas 78701
Tel: (512) 846-7222

and

305 Broadway, Fl. 7
New York, NY 10007
Tel: (212) 226-4226
**pro hac vice applications pending*

***Attorneys for Plaintiffs Frayda Lindemann and Sloan Lindemann Barnett***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31st, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of this filing to: Kelsi R. Romero, Assistant U.S. Attorney, United States Attorney's Office, Southern District of Florida, 500 E. Broward Blvd., Ste. 700, Ft. Lauderdale, Florida 33394, Kelsi.romero@usdoj.gov, *counsel for Defendant.*

*/s/ Ethan J. Loeb*
**ETHAN J. LOEB**
Florida Bar Number 0668338