UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S NOTICE REGARDING MOTION FOR DISCOVERY HEARING RELATED TO PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION, REQUESTS FOR ADMISSION, AND INTERROGATORIES [ECF 138]**

Defendant British Broadcasting Corporation ("the BBC"), by and through undersigned counsel, and pursuant to the February 13, 2026 Order Setting Discovery Procedures (ECF 29) ("the Discovery Order"), hereby files this Notice regarding the pending issues raised in Defendant's Motion for Hearing on Discovery Related to Plaintiff's Response to Defendant's First Set of Requests for Production, Requests for Admission, and Interrogatories. *See* ECF 138.

On September 21, 2026, the BBC's counsel wrote to Plaintiff's counsel regarding Plaintiff's continued delays in producing records responsive to BBC discovery requests that are not in dispute—records that Plaintiff agreed to produce in his initial responses to the BBC's Requests for Production on April 21, 2026 and in his August 26, 2026 correspondence. *See* Ex. A. The BBC specifically asked when it can expect to receive those documents. *Id.* Plaintiff did not respond to this inquiry, just as he has failed to answer prior requests as to when the BBC can expect to receive his outstanding document productions *See, e.g.*, ECF 144-2 at 5.

Plaintiff's failure to respond to the BBC further underscores his deficiencies in the discovery process, as highlighted in the BBC's motion, and underscores the need for resolution from this Court. The BBC has made twelve document productions, totaling 108,254 pages and 8,284 documents, with a thirteenth production anticipated early next week. Plaintiff, however, continues to refuse to provide any information on when he will make his *second* document production, whether the BBC can expect a regular, substantive, and rolling cadence of productions moving forward, and when Plaintiff will finally verify his two extant sets of interrogatory responses. *See* ECF 138 at 3-4.

The BBC is complying with its obligations in discovery. Plaintiff, however, has chosen to ignore the instructions of this Court and his obligations under the Rules. With the discovery cutoff of December 18, 2026, the BBC will continue to experience extreme prejudice if Plaintiff continues to disregard his discovery obligations, as is likely unless the Court issues a firm order. The BBC therefore respectfully reiterates its request, *see* ECF 138, that the Court either set a hearing, or enter an order specifically providing that sanctions will issue to the Plaintiff if he does not immediately comply with his discovery obligations.

Dated: September 25, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)

Richard W. Miller (*pro hac vice*)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on September 25, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin