# Exhibit A

Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Charles D. Tobin
Tel: 202.661.2218
Fax: 202.661.2299
tobinc@ballardspahr.com

September 21, 2026

***Via Email***

Alejandro Brito
BRITO PLLC
2121 Ponce de Leon
Suite 650
Coral Gables, FL 33134
abrito@britopllc.com

**Re: *Trump v. BBC*, Case No. 1:25-cv-25894 (S.D. Fla.)**

Dear Mr. Brito,

In furtherance of our continuing meet-and-confer obligations as set forth in Magistrate Judge Lett's Order Setting Discovery Procedures (ECF 29 at 5), we write to follow up on the Plaintiff's failure to produce documents that he has agreed—but so far failed—to produce.

Your correspondence with us on August 26, 2026 committed Plaintiff to producing the following categories of documents, over which there are no outstanding disputes (modified paragraph numbers below to correspond to the First Amended Complaint):

- **Request for Production 9:** All Documents and Communications Concerning Your claim in Paragraph 14 of the Complaint that "individuals in Florida" "regularly access[]" BBC's "online news reports, editorials, and other media content at https://www.bbc.com."

- **Request for Production 10:** All Documents and Communications Concerning Your claim in Paragraph 15 of the Complaint that "BBC maintains an office, at 255 Alhambra Circle, Suite 1000, Coral Gables, FL 33134.

- **Request for Production 11:** All Documents and Communications Concerning Your claim in Paragraph 17 of the Complaint that "the BBC offers subscriptions to individuals in Florida and as a result, has thousands of subscribers in Florida.

- **Request for Production 13:** All Documents and Communications Concerning Your claim in Paragraph 20 of the Complaint that "the *Panorama* Documentary

was available to be viewed by citizens of Florida and was, in fact, viewed in Florida by citizens of Florida.

Plaintiff has failed to follow through on that commitment, and no production of these documents has been made.

Additionally, as identified in the same correspondence, Plaintiff's original Response to the BBC's First Set of Requests for Production represented that he would produce documents responsive to the following Requests for Production, over which there are no current outstanding discovery disputes. Plaintiff has not honored that representation, and the following promised productions remain outstanding (modified paragraph numbers below to correspond to the First Amended Complaint):

- **Request for Production 1:** All Documents identified in any disclosures You have made in this Action pursuant to Rule 26(a)(1).

- **Request for Production 2:** All Documents and Communications Concerning the Documentary, from October 28, 2024 to the filing of this lawsuit on December 15, 2025. For the avoidance of doubt, this includes but is not limited to all Documents and Communications in which You stated or suggested the Documentary was defamatory, violated the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), or should be retracted.

- **Request for Production 6:** All Documents and Communications Concerning this Action, or any threatened lawsuit against any of the Defendants, from June 1, 2023 to the filing of this Action.

- **Request for Production 20:** All Documents and Communications Concerning Your claim in Paragraph 50 of the Complaint that "BBC elected to publish the *Panorama* Documentary just one week before the 2024 United States Presidential Election with the express intent of interfering with it and trying to undermine President Trump's odds of winning reelection."

- **Request for Production 23:** All Documents and Communications Concerning Your claim in Paragraph 7 of the Complaint that "concerns about the Panorama Documentary were raised internally before its dissemination, but the BBC ignored those concerns and did not take corrective action."

- **Request for Production 24:** All Documents and Communications Concerning Your claim in Paragraph 54 of the Complaint that "the BBC intentionally omitted President Trump saying, less than one minute after urging supporters to cheer on their senators and congressmen, '*I know that everyone here will soon be marching over to the Capitol building to peacefully and patriotically make your voices heard.*'"

- **Request for Production 25:** All Documents and Communications Concerning Your claim in Paragraph 61 of the Complaint that the Documentary's portrayal of Your speech on January 6, 2021 "was an intentional and malicious effort to falsely and

deceptively portray President Trump as having called for violent action on January 6, 2021."

- **Request for Production 26:** All Documents and Communications Concerning Your claim in Paragraph 63 of the Complaint that "before the publication of the *Panorama* Documentary, the BBC and its leadership bore President Trump ill will, wanted him to lose the 2024 Presidential Election, and were dishonest in their coverage of him."

- **Request for Production 27:** All Documents and Communications Concerning Your claim in Paragraph 64 of the Complaint that "the BBC, its journalists, and its producers knew at the time they published the *Panorama* Documentary that the BBC's depiction of President Trump's Speech was false."

- **Request for Production 28:** All Documents and Communications Concerning Michael Prescott in connection with the Documentary.

- **Request for Production 29:** All Documents and Communications Concerning *The Telegraph* in connection with the Documentary.

- **Request for Production 30:** All Documents and Communications Concerning Liz Cheney in connection with the Documentary.

- **Request for Production 31:** All Documents and Communications Concerning Rick Wilson in connection with the Documentary.

- **Request for Production 32:** All Documents and Communications Concerning Robert Reich in connection with the Documentary.

- **Request for Production 33:** All Documents and Communications Concerning Steven Fish in connection with the Documentary.

- **Request for Production 34:** All Documents and Communications Concerning Jared Huffman in connection with the Documentary.

- **Request for Production 35:** All Documents and Communications Concerning Heather Cox Richardson in connection with the Documentary.

- **Request for Production 36:** All Documents and Communications Concerning Brendan Carr or the Federal Communications Commission in connection with the Documentary.

Given that Plaintiff's last—and only—document production occurred over two months ago on July 14, 2026, the BBC requests that Plaintiff provide, no later than September 25, 2026, a written schedule for producing all documents responsive to the undisputed Requests for Production identified above, and that Plaintiff recommence production immediately. If Plaintiff continues to delay or otherwise stonewall production in contravention of his discovery obligations, the BBC will seek judicial intervention.

Very truly yours,

Charles D. Tobin

cc: (via email) Ian Corp, Jalaine Garcia, Michael Mena