UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**JOINT MOTION TO RESCHEDULE MEDIATION**

Plaintiff President Donald J. Trump ("Plaintiff") and Defendant British Broadcasting Corporation a/k/a BBC (the "BBC") (collectively, "the "Parties"), by and through their undersigned counsel and pursuant to the February 12, 2026 Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF 27) (the "February Scheduling Order"), and the August 26, 2026 Order Granting Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial (ECF 141) (the "August Scheduling Order"), hereby file this Joint Motion to Reschedule Mediation. In support thereof, the Parties state as follows:

1. In its February Scheduling Order, the Court directed the Parties, by March 3, 2026, to "select a mediator in accordance with Local Rule 16.2; schedule a time, date, and place for mediation; and jointly file a notice of mediator selection with an attached proposed order scheduling mediation[.]" ECF 27 at 1. The Court set the deadline to complete mediation as November 3, 2026. *Id.* at 2.

2. In compliance, the Parties filed a joint notice informing the Court that they had selected the Honorable John W. Thornton of JAMS as a mediator, with a proposed order scheduling mediation for the week of October 26, 2026. ECF 32, 32-1.

3. The Court promptly granted the Parties' proposed order. ECF 35.

4. On August 26, 2026, at the Parties' joint request, the Court extended the dates set in the Court's February Scheduling Order, including by extending the deadline to complete mediation to January 8, 2027. ECF 141 at 2.

5. Consistent with that Order, the Parties now seek to reschedule mediation from the week of October 26, 2026 to January 6, 2027. The Parties are not seeking to alter the dates set in the August Scheduling Order, including the deadline to complete mediation.

6. This is the Parties' first request to reschedule the October 26, 2026 mediation date.

7. The proposed rescheduled mediation date would come after the discovery cutoff, which the Court extended to December 18, 2026. *See* ECF 141 at 2.

8. The Parties are continuing to take depositions, with the depositions of witnesses on both sides—including Plaintiff's—still to come. The Parties are also continuing their efforts to complete their respective document productions and otherwise complete pending written discovery.

9. Mediation will also be more productive once discovery has closed and the depositions are completed.

10. The Parties' proposed rescheduled mediation date complies with Local Rule 16.2, which provides that mediation shall be scheduled no later than 60 days before the scheduled trial date, which is on or after April 6, 2027. *See* S.D. Fla. L.R. 16.2(d)(1)(A); ECF 141 at 2.

11. Accordingly, the Parties respectfully request that the Court reschedule mediation for the dates of January 6, 2027.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Michael Mena
Florida Bar No. 10664
Jalaine Garcia
Florida Bar No. 58632
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385
abrito@britopllc.com
mmena@britopllc.com

*/s/ Charles D. Tobin*
Charles D. Tobin
Florida Bar No. 816345
Maxwell S. Mishkin (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
Tel: 202-661-2218
Fax: 202-661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com

Sasha Dudding (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway

jgarcia@britopllc.com
icorp@britopllc.com

/s/ Edward Andrew Paltzik
Edward Andrew Paltzik (*pro hac vice*)
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com

/s/ Daniel Zachary Epstein
Daniel Zachary Epstein (*pro hac vice*)
Epstein & Co. LLC
8903 Glades Rd
Ste A8 #2090
Boca Raton, FL 33434
Tel: 510-239-7430
dan@epsteinco.co

*Counsel to Plaintiff,*
*President Donald J. Trump*

19th Floor
New York, NY 10019
Tel: 646-346-8094
duddings@ballardspahr.com

Richard W. Miller (*pro hac vice*)
Ballard Spahr LLP
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel: 678-420-9300
millerrw@ballardspahr.com

*Counsel to Defendant British Broadcasting Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on October 1, 2026, which served the same electronically upon all counsel of record.

/s/ Charles D. Tobin
Charles D. Tobin

**LOCAL RULE 7.1(a) CERTIFICATION**

Pursuant to Local Rule 7.1(a), the parties hereby certify that all parties conferred in good faith and agree to the relief requested herein.

/s/ Charles D. Tobin
Charles D. Tobin