# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | | |
|---|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | ) | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S PROPOSED ORDER ON DEFENDANT'S MOTION FOR DISCOVERY HEARING RELATED TO COMPELLING PLAINTIFF'S DEPOSITION**

This Court having considered Defendant's Motion for Discovery Hearing Related to Compelling the Deposition of Plaintiff President Donald J. Trump, and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

No later than October 30, 2026, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff's counsel shall provide to Defendant's counsel: (1) no fewer than two dates before December 18, 2026, on which Plaintiff is available for an in-person deposition in this matter to begin at 9:00 a.m. ET unless otherwise agreed among counsel; (2) the location where the deposition will be held; (3) any and all information required from Defendant's counsel, a court reporter, and a videographer, for any required security protocols for the deposition.

ENTERED this _____ day of __________, 2026.

______________________________
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record