# Exhibit B

**Mishkin, Maxwell S.**

| | |
|---|---|
| **From:** | Tobin, Charles D. |
| **Sent:** | Thursday, October 8, 2026 8:57 AM |
| **To:** | Ian Corp |
| **Cc:** | Alejandro Brito; Jalaine Garcia; Michael O. Mena; Cassandra Sottile; Dudding, Sasha; Chen, Yanni; Gandhi, Maya D; Mishkin, Maxwell S. |
| **Subject:** | RE: Trump v. BBC - the President's deposition on October 16 |
| **Attachments:** | Draft 2026.10.08 Joint Motion to Compel President Trump Deposition.docx |

Ian, further to my email below – if President Trump isn't prepared to provide us with new proposed dates, time, and location for his deposition by the close of business this week, the BBC intends to move to compel. Attached is a draft of the BBC's portion of a joint motion. Please either provide the information to reschedule the deposition, or the Plaintiff's portion of this joint motion, by 5 p.m. on Friday.

Thank you,
Chuck

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Tobin, Charles D.
**Sent:** Wednesday, October 7, 2026 11:56 AM
**To:** Ian Corp <icorp@britopllc.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <jgarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Cassandra Sottile <csottile@britopllc.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Subject:** RE: Trump v. BBC - the President's deposition on October 16

Ian,

We have not heard back from you since your September 28 message below, cancelling the October 16 deposition date that the President had agreed to back in July. You still have not come back with a proposal for rescheduling. As you know, we have just over two months left for discovery, so we need to have the Plaintiff's deposition rescheduled soon.

We are available to meet and confer on Thursday (10/8) 11am-2pm or Friday (10/9) 12-5pm. Please let us know when you would like to speak. Alternatively, by the end of

this week, you can email us with your suggestions for a new proposed new date, time, and location.

Thank you.

Chuck

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Monday, September 28, 2026 8:36 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** RE: Trump v. BBC - the President's deposition on October 16

⚠ **EXTERNAL**

Counsel,

We have been advised that the President is no longer available for his deposition on October 16 due to other matters of national importance. We will endeavor to provide you with a replacement date by the end of this week.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Thursday, September 24, 2026 2:36 PM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - the President's deposition on October 16

Counsel,

Another week has passed since my email below, and we still have not heard from you. Moreover, back in July, when you chose the October 16 date for the President's deposition, you said that you would "begin the process of advising those who are responsible for handling the President's schedule and security detail" and "begin coordinating the location where it will take place".

Under Local Rule 26.1(h), we must notice the President's deposition by next Friday, October 2, and we need to make the arrangements to attend and for the court reporter and videographer. We do not wish to burden the Court with another motion, but if you fail to provide the information we need for that notice by this Monday, September 28, to preserve the BBC's rights we will need to ask the Court for an order directing the President to provide the information.

We can be available for a call tomorrow if there is anything you would like to discuss.

Thanks,
Chuck

Ballard Spahr

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Alejandro Brito <abrito@britopllc.com>
**Sent:** Wednesday, September 16, 2026 7:51 PM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - the President's deposition on October 16

⚠ **EXTERNAL**
We are inquiring and will get back to you once we have a response.

Alejandro Brito

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
305.614.4071 (office)
305.772.7474 (cell)
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to abrito@britopllc.com), and delete the message. Thank you very much.

---

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Wednesday, September 16, 2026 8:49 AM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>
**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** Trump v. BBC - the President's deposition on October 16

Good morning, counsel,

We have not heard further from you regarding the location of the President's deposition, which the parties agreed will take place on October 16. Now that we're one month out from that date, it's time to serve this notice. We are amenable to not identifying the location publicly, as you requested, but we need to know the location you've identified and confirm a 9:00 am ET start time. We also presume the President's security detail will want the names of those attending for the BBC and the court reporting service in advance, so please let us know if we should provide those to you or if there is a security official who we should work with directly.

Thanks,
Chuck

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**