UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**NOTICE OF APPEARANCE**

Maya D. Gandhi, Esq. of Ballard Spahr LLP hereby gives notice of her appearance as co-counsel on behalf of Defendant British Broadcasting Corporation (the "BBC") and requests that all further pleadings directed to Defendant be served upon the undersigned counsel.

Dated: October 16, 2026

Respectfully submitted,
*s/ Maya D. Gandhi*

Maya D. Gandhi
Fla. Bar No: 1075387
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
Tel: 202-661-7632
Fax: 202-661-2299
gandhim@ballardspahr.com