**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION,

Defendant.

Case No. 1:25-cv-25894-JTK-EAL

**JOINT NOTICE REGARDING THE REMAINING DISPUTES OVER DEFENDANT'S FIRST REQUESTS FOR PRODUCTION, FIRST REQUESTS FOR ADMISSION, AND FIRST SET OF INTERROGATORIES**

Plaintiff President Donald J. Trump ("Plaintiff" or "President Trump") and Defendant British Broadcasting Corporation ("the BBC" or "Defendant" and, together with Plaintiff, the "Parties"), by and through their respective undersigned counsel and pursuant to the Court's October 9, 2026 Order (D.E. 180), the Parties file this Joint Notice Regarding the Remaining Disputes Over Defendant's First Requests for Production, First Requests for Admission, and First Set of Interrogatories ("Joint Notice"). In support thereof, the Parties state that they completed their conferral efforts on August 28, 2026, and that the following items from Defendant's First Requests for Production, First Requests for Admission, and First Set of Interrogatories remain in dispute:

***First Request for Production***. Items 3, 16, 22, 37–47, and 56–125.

***First Requests for Admission***. Items 62–64, 66, 68–73, 75–80, 86–88, 93–96, 104, 106, 109, 110, 120, 121, and 124–152.

***First Set of Interrogatories***. Item 10.

As to these disputed items, the Parties reincorporate by reference herein all arguments raised in Defendant's Motion for Discovery Hearing (*see* D.E. 57), Plaintiff's Response in Opposition thereto (*see* D.E. 86), the Parties' Joint Motion for Discovery Hearing (D.E. 79), Defendant's Motion for Discovery Hearing (*see* D.E. 138), the notices thereto (D.E. 144, 150, and 155), and Plaintiff's Response in Opposition (*see* D.E. 139).

Dated: October 16, 2026

Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Jalaine Garcia
Florida Bar No. 58632
Ian Michael Corp
Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*Admitted Pro Hac Vice*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

*/s/ Charles D. Tobin*
Charles D. Tobin
Florida Bar No. 816345
Maxwell S. Mishkin (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Ballard Spahr LLP
1909 K Street, NW
12th Floor
Washington, DC 20006
Tel: 202-661-2218
Fax: 202-661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
cheny@ballardspahr.com

Sasha Dudding (*pro hac vice*)
Ballard Spahr LLP
1675 Broadway
19th Floor
New York, NY 10019
Tel: 646-346-8094
duddings@ballardspahr.com

*Counsel to Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 16, 2026, the foregoing was served via the Court's CM/ECF System upon all counsel of record.

*/s/ Alejandro Brito*