UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**NOTICE REGARDING DEFENDANT'S MOTION FOR DISCOVERY HEARING RELATED TO COMPELLING PLAINTIFF'S DEPOSITION**

Defendant British Broadcasting Corporation (the "BBC"), by and through undersigned counsel, respectfully submits this Notice regarding its Motion for Discovery Hearing Related to Compelling Plaintiff's Deposition (the "Motion") (ECF 181).

As the Motion explains, Plaintiff President Donald J. Trump's deposition was, after much foot-dragging, initially scheduled for October 16, 2026. On September 28, 2026, however, Plaintiff's counsel informed the BBC that "the President is no longer available for his deposition on October 16 due to other matters of national importance." *See* ECF 181-2 at 3. Plaintiff's claim to be unavailable on *any* date before the close of discovery led the BBC to file its Motion. On October 16, the Court granted that Motion (ECF 182) and set the issue for hearing on October 22.

The BBC submits this Notice to raise newly available information regarding the "matters of national importance" that Plaintiff claimed kept him from his scheduled deposition. As the BBC now knows, on October 16, Plaintiff attended and addressed a campaign rally in Dalton, Georgia, alongside Plaintiff's favored candidates in Georgia's upcoming U.S. Senate

and gubernatorial elections.[1] Plaintiff subsequently traveled to his resort club and residence at Mar-a-Lago for a Republican National Committee fundraising event.[2]

In light of the foregoing, the BBC respectfully reiterates its request for the Court to compel Plaintiff to confirm a date for his deposition; notify the BBC of a secure location where such deposition is possible and any other logistics required to ensure Plaintiff's safety; and sit for the deposition, as the core rules of discovery require.

Dated: October 19, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, D.C. 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

*/s/ Charles D. Tobin*
Charles D. Tobin (#816345)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya Gandhi (#1075387)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Counsel to Defendant*

---

[1] Travis Maurer et al., *Inside Donald Trump's high-stakes Dalton rally with Collins, Jackson*, Fox 5 Atlanta (Oct. 16, 2026), https://www.fox5atlanta.com/news/trump-rallies-dalton-collins-jackson-ahead-midterms.

[2] John Bisognano, *Trump returns to Florida, his 28th visit to Mar-a-Lago this term*, Palm Beach Post (Oct. 17, 2026), https://www.palmbeachpost.com/picture-gallery/news/trump/2026/10/17/ trump-back-in-florida-with-no-kings-rallies-throughout-his-home-county/92301022007/. Ironically, on the same day, Plaintiff moved to resist the BBC's subpoenas for Mar-a-Lago membership data, claiming that the club has no connection to his reputation. *See* Jt. Mot. for Disc. Hr'g on Def.'s Subpoena to Non-Party Mar-a-Lago Club, LLC (ECF 187).