**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION,

Defendant.

Case No. 1:25-cv-25894-JTK-EAL

**[PLAINTIFF'S PROPOSED] ORDER REGARDING JOINT MOTION FOR DISCOVERY HEARING ON DEFENDANT'S SUBPOENA TO NON-PARTY JACK SMITH**

THIS CAUSE came before the Court on the issues raised in the Joint Motion for Discovery Hearing on Defendant's Subpoena to Non-Party Jack Smith ("Joint Motion") filed by Plaintiff President Donald J. Trump ("Plaintiff") and Defendant British Broadcasting Corporation ("Defendant") (together with Plaintiff, the "Parties"). Having reviewed the Joint Motion, having heard the Parties' respective oral arguments at the Discovery Hearing, and for the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's objections to Defendant's subpoena to non-party Jack Smith are **SUSTAINED** and the subpoena is **QUASHED**.

**DONE and ORDERED** in Chambers in Miami, Florida, on this _____ day of October 2026.

______________________________
Enjoliqué A. Lett
United States Magistrate Judge

cc: All Counsel of Record

**EXHIBIT**
**A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S PROPOSED ORDER ON JOINT MOTION FOR DISCOVERY HEARING ON DEFENDANT'S SUBPOENA TO NON-PARTY JACK SMITH**

This Court having considered the parties' Joint Motion for Discovery Hearing on Defendant's Subpoena to Non-Party Jack Smith, and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Court rejects Plaintiff's objections to the deposition of Jack Smith as articulated in the Joint Motion. Defendant may proceed with its deposition of Mr. Smith on December 16, 2026, or another date mutually agreed upon by counsel for Defendant and Mr. Smith. Plaintiff's request for discovery sanctions under Rule 26(g) is also denied.

ENTERED this _____ day of __________, 2026.

ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record