**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION,

Defendant.

Case No. 1:25-cv-25894-JTK-EAL

**PLAINTIFF'S NOTICE REGARDING THE JOINT MOTION FOR DISCOVERY HEARING ON DEFENDANT'S SUBPOENA TO NON-PARTY MAR-A-LAGO CLUB, LLC (ECF NO. 187)**

Plaintiff President Donald J. Trump, by and through undersigned counsel and pursuant to the February 13, 2026, Order Setting Discovery Procedures (ECF No. 29), hereby files this Notice to supplement the Joint Motion for Discovery Hearing on Defendant's Subpoena to Non-Party Mar-a-Lago Club, LLC (ECF No. 187) and include a true and correct copy of the Notice of Subpoena *Duces Tecum* directed to non-party Mar-a-Lago Club, LLC, which is attached hereto.

Dated: October 19, 2026

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Blvd.
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
abrito@britopllc.com
apiriou@britopllc.com
Michael O. Mena
Florida Bar No. 010664
mmena@britopllc.com
Jalaine Garcia
Florida Bar No. 58632
jgarcia@britopllc.com
Ian Michael Corp
Florida Bar No. 1010943
icorp@britopllc.com

*Counsel to Plaintiff,*
*President Donald J. Trump*
Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*Admitted Pro Hac Vice)*

*Counsel to Plaintiff,*
*President Donald J. Trump*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 19, 2026, the foregoing was served via the Court's CM/ECF System upon:

Charles D. Tobin, Esq.
Ballard Spahr, LLP
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tobinc@ballardspahr.com

*Counsel for Defendants British Broadcasting Corporation*

*/s/ Alejandro Brito*


**Brito, PLLC**
2121 Ponce De Leon Boulevard, Suite 650 | Coral Gables, Florida 33134
Telephone: (305) 614-4071