**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br>An individual,<br><br>*Plaintiff*,<br><br>v.<br><br>BRITISH BROADCASTING<br>CORPORATION a/k/a BBC,<br><br>*Defendant*. | Case No. 1:25-cv-25894-JTK-EAL |

**NOTICE OF RELATED CASES**

The United States of America hereby gives notice, pursuant to Local Rule 3.8, of two related actions pending before the United States District Court for the District of Columbia.

In *BBC v. Department of Justice*, No. 1:26-mc-00135-JEB (D.D.C. filed Sept. 22, 2026), the BBC has moved to compel the Civil Division of the U.S. Department of Justice to permit third party Pasquale Cipollone to comply with a deposition subpoena the BBC served in connection with this civil action. The Department of Justice has filed a brief in opposition to that motion, which is under consideration by that Court.

In *In re Subpoena to Pasquale Anthony Cipollone*, No. 1:26-mc-00142-JEB (D.D.C. filed Oct. 9, 2026), the Department of Justice has moved to quash that same deposition subpoena served on Mr. Cipollone. The Department of Justice has also moved to transfer the motion to quash to this Court, where the underlying action is pending.

Dated: October 21, 2026

Respectfully submitted,

JASON A. REDING QUIÑONES
United States Attorney

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

MATTHEW J. FEELEY
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel No.: (305) 961.9235

*/s/ Jacob S. Siler*
JACOB S. SILER (D.C. Bar No. 1003383)
Trial Attorney
U.S. Dep't of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Email: Jacob.S.Siler@usdoj.gov
Phone: (202) 353-4556
Fax: (202) 616-8460

*Counsel for the United States of America*