UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR DISCOVERY HEARING RELATED TO COMPELLING PLAINTIFF'S DEPOSITION**

Defendant British Broadcasting Corporation (the "BBC"), by and through undersigned counsel, respectfully submits this Reply to Plaintiff's Opposition to Defendant's Motion for Discovery Hearing Related to Compelling Plaintiff's Deposition (ECF 192). The Court has noticed this dispute to be heard at the discovery hearing scheduled for Thursday, October 22. *See* ECF 182.

**First**, in disputing the Court's authority to set a date for his deposition, Plaintiff whistles past his own role in this lawsuit. Plaintiff principally relies on *Clinton v. Jones*, 520 U.S. 681 (1997), but there, President Clinton was deposed as the *defendant* in civil litigation. Plaintiff addresses the point with only the conclusory assertion that "[t]he Nation's interest in an unimpaired Presidency is the same whichever side of the 'v.' the President occupies." ECF 192 at 4. Plaintiff is mistaken in suggesting that his decision to bring this lawsuit has no effect on the obligations he bears as a result. *See, e.g.*, *Arias v. Warner Bros., Ent. Inc.*, 2025 WL 3954843, at *1 (S.D. Fla. Dec. 16, 2025) (Lett, M.J.) (Plaintiff "chose to initiate the lawsuit in this forum within the procedures that govern this Court, including the Federal Rules of Civil Procedure. Plaintiff must

comply with the Rules governing discovery . . . ."). Moreover, Plaintiff misconstrues the BBC's requested relief. The BBC's proposed order would require Plaintiff to provide a time and place for his deposition, of his own choosing, within the court-ordered discovery window; it would not set the time and place for him. *See* ECF 181-1.

**Second**, the Court need not accept without question Plaintiff's claim that the delay in setting his deposition is solely due to "matters of national importance" given Plaintiff's repeated efforts to delay his depositions in other matters in which he has been a plaintiff. *See, e.g.*, Order on Re-Scheduling of Pl.'s Dep., *Trump v. Cohen*, No. 1:23-cv-21377-DPG (S.D. Fla. Sept. 29, 2023), ECF 75; Jt. Ltr. at 1, *Trump v. Trump*, No. 453299/2021 (N.Y. Sup. Ct. July 31, 2025), ECF 189.

**Third**, Plaintiff erroneously suggests that the BBC is not willing to accommodate the logistical requirements of deposing the President. *See* ECF 192 at 3. The BBC has repeatedly made clear its willingness to take Plaintiff's deposition at the location of his choosing and to comply with whatever security protocols the Secret Service deems necessary. *See* ECF 181 at 4.

**Finally**, Plaintiff's request that his deposition not be videorecorded is unexplained, unjustified, and untimely. Once Plaintiff's deposition is noticed to be recorded by stenographer and videographer, he may seek a protective order to raise any concerns he may have about those routine methods and explain why he should be exempt from the ordinary practice of videorecording depositions, a practice that has applied even to the depositions of prior presidents.[1]

---

[1] *See, e.g.*, *Clinton Finishes Testimony in Paula Jones Case*, CNN (Jan. 17, 1998), https://www.cnn.com/ALLPOLITICS/1998/01/17/clinton.jones.pm/index.html; *Former President Trump Deposition in E. Jean Carroll Civil Case*, C-SPAN (May 5, 2023), https://www.c-span.org/program/public-affairs-event/former-president-trump-deposition-in-e-jean-carroll-civil-case/627510.

Dated: October 21, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, D.C. 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

*/s/ Charles D. Tobin*
Charles D. Tobin (#816345)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya Gandhi (#1075387)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Counsel to Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on October 21, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin