UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,

Plaintiff,

v.

BRITISH BROADCASTING CORP.,

Defendant.

Case No. 1:25-cv-25894-JTK-EAL

**NOTICE REGARDING THE COURT'S OCTOBER 9 MINUTE ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY HEARING**

Defendant British Broadcasting Corporation (the "BBC"), by and through undersigned counsel, respectfully submits this Notice Regarding the Court's October 9 Minute Order Granting Defendant's Motion for Discovery Hearing Related to Plaintiff's Response to Defendants' First Set of Requests for Production, Requests for Admission and Interrogatories (ECF 180). The Court directed Plaintiff's counsel to produce to the BBC, in advance of the October 22 discovery hearing, "the documents responsive to Defendants' First Requests for Production about which there remains no dispute, identified in [176] Defendant's Notice." *Id.*; *see also* ECF 176-1. After the close of business on October 21, Plaintiff's counsel informed the BBC's counsel that, "[i]n connection with the Court's Order [ECF 180], President Trump does not have additional documents to produce at this time."

Dated: October 21, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, D.C. 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

*/s/ Charles D. Tobin*
Charles D. Tobin (#816345)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya Gandhi (#1075387)
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Counsel to Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on October 21, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin