**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRESIDENT DONALD J. TRUMP,
An individual,

*Plaintiff*,

v.

BRITISH BROADCASTING
CORPORATION a/k/a BBC,

*Defendant*.

Case No. 1:25-cv-25894-JTK-EAL

**NOTICE REGARDING THE DEPOSITION SUBPOENA TO JACK SMITH**

The United States files this notice pursuant to the Court's order that "on or before November 2, 2026, the United States Department of Justice shall respond to Mr. Smith's correspondence regarding his request to provide testimony in compliance with the subpoena issued by Defendant in this matter." ECF No. 204, Oct. 27, 2026 Text Order.

On November 2, 2026, the Department of Justice ("Department") sent a letter response to counsel for Mr. Smith, *see* Ltr. From P. Gheibi to L. Breuer and P. Koski (Nov. 2, 2026) (Exhibit A), providing notice that the Department has denied the BBC's request for deposition for the reasons identified in the November 2, 2026 letter from the Department to the BBC, *see* Ltr. From P. Gheibi to C. Tobin (Nov. 2, 2026) (Exhibit B); *see also* Ltr. From P. Gheibi to C. Tobin (Oct. 26, 2026) (Exhibit C); Ltr. From M. Mishkin to P. Gheibi (Oct. 28, 2026) (Exhibit D).

Dated: November 2, 2026

Respectfully submitted,

BRETT A. SHUMATE

Assistant Attorney General
Civil Division

ALEXANDER HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Section
Enforcement and Affirmative Litigation

*/s/ Jacob S. Siler*
Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
U.S. Dep't of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Email: Jacob.S.Siler@usdoj.gov
Phone: (202) 353-4556
Fax: (202) 616-8460

*Counsel for the United States of America*