# A

**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

*Pardis Gheibi*
*Trial Attorney*
*Pardis.gheibi@usdoj.gov*

*1100 L St., N.W.*
*Washington, DC 20005*

*PHONE: 202-305-3246*

November 2, 2026

**Via Email**

Lanny A. Breuer
Peter Koski
Covington & Burling LLC
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
lbreuer@cov.com
pkoski@cov.com

*Re:* *President Donald J. Trump v. British Broadcasting Corp.*, 1:25-cv-25894 (S.D. Fla.)

Counsel,

This letter responds on behalf of the Department of Justice (the "Department") to the subpoena request from the British Broadcasting Corporation (the "BBC") to your client, Jack Smith, in his capacity as former Special Counsel at the Department. *See* Ltr. From M. Mishkin to P. Gheibi (Oct. 28, 2026) (Exhibit A); *Trump v. BBC*, Subpoena to Testify at a Deposition in a Civil Action to Jack Smith (S.D. Fla.) (Exhibit B). The BBC's request for information from Mr. Smith is governed by the Department's *Touhy* regulations. 28 C.F.R. § 16.21 *et seq.* (*Touhy* regulations). Following consideration of the *Touhy* factors, the Department has denied the request for the reasons identified in the attached November 2, 2026 letter from the Department to the BBC. *See* Ltr. From P. Gheibi to C. Tobin (Nov. 2, 2026) (Exhibit C).

Please let me know if you have any questions or would like to discuss further.

Sincerely,

*/s/ Pardis Gheibi*
Pardis Gheibi

*Counsel for the United States*

Enclosure