C

**U.S. Department of Justice**

*Civil Division*
*Federal Programs Branch*

*Pardis Gheibi*
*Trial Attorney*
*Pardis.gheibi@usdoj.gov*

*1100 L St., N.W.*
*Washington, DC 20005*

*PHONE: 202-305-3246*

October 26, 2026

**Via Email**

Charles D. Tobin
Ballard Spahr LLP
1909 K Street NW
12th Floor
Washington, DC 20006
Email: TobinC@ballardspahr.com

*Re:* *President Donald J. Trump v. British Broadcasting Corp.*, 1:25-cv-25894 (S.D. Fla.)

Counsel,

I represent the United States in connection with certain third-party subpoenas issued to current or former government officials in the above-refenced matter. It has come to our attention that on October 1, 2026, the BBC issued a subpoena for deposition of Jack Smith in his capacity as former Special Counsel at the U.S. Department of Justice (DOJ).

Your request for information from Mr. Smith in his capacity as a former DOJ official is governed by DOJ's regulations at 28 C.F.R. § 16.21 *et seq.* (*Touhy* regulations). *See United States ex rel. Touhy v. Ragen*, 340 U.S. 462, 467-70 (1951); *Houston Business Journal, Inc. v. OCC*, 86 F.3d 1208, 1212 n.4 (D.C. Cir. 1996). In order to process the request, DOJ requires information beyond that provided in your October 1, 2026 subpoena. In particular, as required by DOJ's *Touhy* regulations, please provide a statement summary of the information you are seeking and its relevance to the proceeding referenced in the subpoena. *See* 28 C.F.R § 16.22(c) (explaining that where, as here, "oral testimony is sought by a demand in any case or matter in which the United States is not a party, . . . the party seeking the testimony" "must" "set[] forth a summary of the testimony sought and its relevance to the proceeding") (cleaned up). Your compliance with the *Touhy* regulations is a condition precedent to obtaining information from a current or former DOJ employee. *See, e.g.*, *Santini v. Herman*, 456 F. Supp. 2d 69, 71 (D.D.C. 2006) ("Whether a plaintiff seeks testimony or the production of documents from an agency, she must comply with the agency's *Touhy* regulations.").

Please let me know if you have any questions.

Sincerely,

*/s/ Pardis Gheibi*

Pardis Gheibi

*Counsel for the United States*