**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

PRESIDENT DONALD J. TRUMP,
An individual,

*Plaintiff*,

v.

BRITISH BROADCASTING
CORPORATION a/k/a BBC,

*Defendant.*

Case No. 1:25-cv-25894-JTK-EAL

**NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, Pardis Gheibi, United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned case on behalf of the United States.

Dated: November 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER HAAS
Director, Federal Programs Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Section
Enforcement and Affirmative Litigation

*/s/ Pardis Gheibi*
PARDIS GHEIBI (D.C. Bar No. 90004767)

Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel.: (202) 305-3246
Email: pardis.gheibi@usdoj.gov

*Attorneys for the United States*