# Exhibit A

| BegDoc | Bates Number | Document Class | Date | From | To | CC | Unified Subject | Author(s) | Privilege Designation | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TRUMP-BBC-PRIV-0001 | Email | 2025.11.07 | Ian Corp | Alejandro Brito; Aude Piriou | | Re: Please open new billing file | Ian Corp; Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding the engagement and the anticipated claims against Defendant. |
| 2 | TRUMP-BBC-PRIV-0002 | Email | 2025.11.09 | Edward Paltzik | Alejandro Brito | | Re: draft BBC letter | Edward Paltzik; Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the pre-suit retraction demand letter. |
| 3 | TRUMP-BBC-PRIV-0003 | Attachment | | | | | Draft Notice of Intent to Bring Civil Action / Demand for Retraction (Fla. Stat. § 770.01) | | Attorney Work Product | Confidential draft pre-suit retraction demand letter, containing counsel's redline edits, attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 4 | TRUMP-BBC-PRIV-0004 | Email | 2025.11.10 | Alejandro Brito | Ian Corp; Aude Piriou | | RE: Please open new billing file | Alejandro Brito; Ian Corp | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding the engagement and the anticipated claims against Defendant. |
| 5 | TRUMP-BBC-PRIV-0005 | Email | 2025.11.13 | Alejandro Brito | Ian Corp; Jalaine Garcia; Jose Toshio Garces | | FW: from counsel for the British Broadcasting Corporation | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel transmitting correspondence received from Defendant's counsel for counsel's review and analysis. |
| 6 | TRUMP-BBC-PRIV-0006 | Email | 2025.11.13 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | POTUS v. BBC | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding allegations to be asserted in the anticipated complaint. |
| 7 | TRUMP-BBC-PRIV-0007 | Email | 2025.11.13 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | FW: [Privileged] | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding the preparation of, and allegations to be asserted in, the anticipated complaint. |
| 8 | TRUMP-BBC-PRIV-0008 | Email | 2025.11.13 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | Re: [Privileged] | Alejandro Brito; Ian Corp | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding allegations to be asserted in the anticipated complaint. |
| 9 | TRUMP-BBC-PRIV-0009 | Email | 2025.11.13 | Ian Corp | Alejandro Brito; Jose Toshio Garces | | Re: [Privileged] | Ian Corp; Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding allegations to be asserted in the anticipated complaint. |
| 10 | TRUMP-BBC-PRIV-0010 | Email | 2025.11.14 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | [Privileged] | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding allegations to be asserted in the anticipated complaint. |
| 11 | TRUMP-BBC-PRIV-0011 | Email | 2025.11.14 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | [Privileged] | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding factual research for the anticipated complaint. |
| 12 | TRUMP-BBC-PRIV-0012 | Email | 2025.11.14 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | BBC | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding allegations to be asserted in the anticipated complaint. |

| BegDoc | Bates Number | Document Class | Date | From | To | CC | Unified Subject | Author(s) | Privilege Designation | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | TRUMP-BBC-PRIV-0013 | Email | 2025.11.15 | Aude Piriou | Alejandro Brito | | FW: [Privileged] | Aude Piriou | Attorney Work Product | Confidential communication among Plaintiff's counsel transmitting correspondence received from a third party for counsel's review and analysis. |
| 14 | TRUMP-BBC-PRIV-0014 | Email | 2025.11.15 | Aude Piriou | Alejandro Brito | | FW: [Privileged] | Aude Piriou | Attorney Work Product | Confidential communication among Plaintiff's counsel transmitting correspondence received from a third party for counsel's review and analysis. |
| 15 | TRUMP-BBC-PRIV-0015 | Email | 2025.11.15 | Aude Piriou | Alejandro Brito | | FW: [Privileged] | Aude Piriou | Attorney Work Product | Confidential communication among Plaintiff's counsel transmitting correspondence received from a third party for counsel's review and analysis. |
| 16 | TRUMP-BBC-PRIV-0016 | Email | 2025.11.16 | Dan Epstein | Edward Paltzik | Alejandro Brito | Re: Privileged - *BBC Complaint - Draft One - 2025-11-16* | Dan Epstein; Edward Paltzik | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding legal research and a draft of the anticipated complaint. |
| 17 | TRUMP-BBC-PRIV-0017 | Email | 2025.11.17 | Dan Epstein | Alejandro Brito | | Fwd: minor tweaks | Dan Epstein | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the anticipated complaint. |
| 18 | TRUMP-BBC-PRIV-0018 | Attachment | | | | | Draft Complaint | | Attorney Work Product | Confidential draft complaint attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 19 | TRUMP-BBC-PRIV-0019 | Email | 2025.11.17 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | Fw: Latest Intelligence Column | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding factual research for the anticipated complaint. |
| 20 | TRUMP-BBC-PRIV-0020 | Email | 2025.11.17 | Edward Paltzik | Alejandro Brito | | Fw: minor tweaks | Edward Paltzik; Dan Epstein | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the anticipated complaint. |
| 21 | TRUMP-BBC-PRIV-0021 | Attachment | | | | | Draft Complaint | | Attorney Work Product | Confidential draft complaint attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 22 | TRUMP-BBC-PRIV-0022 | Email | 2025.11.17 | Edward Paltzik | Alejandro Brito | | Fw: curious what you think about this | Edward Paltzik; Dan Epstein | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft declaration prepared in anticipation of litigation. |
| 23 | TRUMP-BBC-PRIV-0023 | Attachment | | | | | Draft Declaration | | Attorney Work Product | Confidential draft declaration, containing counsel's comments, attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 24 | TRUMP-BBC-PRIV-0024 | Email | 2025.11.18 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | BBC | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the anticipated complaint. |
| 25 | TRUMP-BBC-PRIV-0025 | Attachment | | | | | Draft Complaint | | Attorney Work Product | Confidential draft complaint attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 26 | TRUMP-BBC-PRIV-0026 | Email | 2025.11.19 | Ian Corp | Jose Toshio Garces; Alejandro Brito | | Re: BBC | Ian Corp; Jose Toshio Garces; Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the anticipated complaint. |

| BegDoc | Bates Number | Document Class | Date | From | To | CC | Unified Subject | Author(s) | Privilege Designation | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | TRUMP-BBC-PRIV-0027 | Email | 2025.11.19 | Jose Toshio Garces | Ian Corp; Alejandro Brito | | RE: BBC | Jose Toshio Garces; Ian Corp; Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding legal research and a draft of the anticipated complaint. |
| 28 | TRUMP-BBC-PRIV-0028 | Attachment | | | | | Draft Complaint | | Attorney Work Product | Confidential draft complaint, containing counsel's proposed additions, attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 29 | TRUMP-BBC-PRIV-0029 | Email | 2025.11.21 | Edward Paltzik | Alejandro Brito; chair_00_trek@icloud.com | Dan Epstein | Re: Privileged - *BBC Complaint - Draft One - 2025-11-16* | Edward Paltzik; Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the anticipated complaint. |
| 30 | TRUMP-BBC-PRIV-0030 | Attachment | | | | | Draft Complaint | | Attorney Work Product | Confidential draft complaint attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |
| 31 | TRUMP-BBC-PRIV-0031 | Email | 2025.11.24 | Alejandro Brito | Ian Corp; Jose Toshio Garces | | https://www.gbnews.com/politics/politics-news-latest-rachel-reeves-budget-bbc-mps-grilling-nigel-farage | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding factual research for the anticipated complaint. |
| 32 | TRUMP-BBC-PRIV-0032 | Email | 2025.12.15 | Alejandro Brito | Aude Piriou | Ian Corp | Trump v. BBC | Alejandro Brito | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding the filing of the complaint. |
| 33 | TRUMP-BBC-PRIV-0033 | Email | 2025.12.15 | Alejandro Brito | Ian Corp | | FW: [Privileged] | Alejandro Brito; Edward Paltzik | Attorney Work Product | Confidential communication among Plaintiff's counsel reflecting the mental impressions, opinions, and legal theories of counsel regarding a draft of the complaint prior to filing. |
| 34 | TRUMP-BBC-PRIV-0034 | Attachment | | | | | Draft Complaint | | Attorney Work Product | Confidential draft complaint attached to a confidential email, reflecting the mental impressions, opinions, and legal theories of Plaintiff's counsel. |