UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S NOTICE REGARDING THE DEPOSITION SUBPOENA TO SPECIAL COUNSEL JACK SMITH**

Defendant British Broadcasting Corporation ("the BBC"), by and through undersigned counsel, respectfully submits this response to the government's notice (ECF 206) regarding the BBC's deposition subpoena to former Special Counsel Jack Smith.

The BBC issued a deposition subpoena to Mr. Smith on October 1, 2026, leading Mr. Smith to request authorization from the Department of Justice ("DOJ") to testify pursuant to that subpoena. The BBC and Plaintiff subsequently filed a joint motion for a discovery hearing regarding the subpoena, in which the BBC noted, *inter alia*, that it seeks Mr. Smith's testimony regarding what he characterized as the "strong evidence" he obtained as Special Counsel "that the violence that occurred on January 6 was foreseeable to Mr. Trump, that he caused it, and that he and his coconspirators leveraged it to carry out their conspiracies."[1] ECF 189 at 4-5. The BBC also noted that, to the extent this evidence remains grand jury information, the U.S. District Court for the District of Columbia could authorize Mr. Smith to disclose that information "in connection

[1] *See* Dep't of Justice, *Final Report on the Special Counsel's Investigations and Prosecutions, Volume One: The Election Case* at 67 n.193 (Jan. 7, 2025), https://www.justice.gov/storage/Report-of-Special-Counsel-Smith-Volume-1-January-2025.pdf.

with [this] judicial proceeding" pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure. *Id.* at 5.

This Court held a discovery hearing on the parties' joint motion on October 22, after which the Court directed DOJ to respond, by November 2, 2026, to Mr. Smith's request to testify pursuant to the BBC's deposition subpoena. *See* ECF 204. The Court further noted that, at the time, the BBC "ha[d] not sought leave from the U.S. District Court for the District of Columbia to allow Mr. Smith to testify as to any confidential grand jury matters." *Id.*

On November 2, 2026, DOJ denied Mr. Smith's request to testify pursuant to the BBC's subpoena. *See* ECF 206, 206-1, 206-2. On November 9, 2026, the BBC moved in the U.S. District Court for the District of Columbia to compel DOJ to permit Mr. Smith to testify and to authorize Mr. Smith to disclose grand jury information pursuant to Rule 6(e)(3)(E)(i). *See In re Subpoena to Jack Smith*, No. 26-mc-188-JEB (D.D.C.). A copy of the BBC's motion and supporting memorandum is attached hereto as Exhibit A. The Court has ordered DOJ to respond to the BBC's motion by November 17, 2026.

In addition, on November 10, 2026, the BBC and DOJ appeared before the Honorable James E. Boasberg, Chief Judge of the U.S. District Court for the District of Columbia, for a hearing on (1) the BBC's motion to unseal opinions and orders adjudicating the assertions of privilege that Plaintiff made, or directed others to make, in connection with Mr. Smith's investigation (the "Privilege Decisions"),[2] and (2) the BBC's motion to compel DOJ to permit former White House Counsel Pat Cipollone to testify pursuant to the BBC's deposition subpoena.[3]

---

[2] *See In re Application of the BBC, et al., for Access to Opinions and Orders Adjudicating Certain Assertions of Executive Privilege*, No. 26-mc-81-JEB (D.D.C.).

[3] *See In re Subpoena to Pasquale Anthony Cipollone*, No. 26-mc-142-JEB (D.D.C.).

A transcript of that hearing is attached hereto as Exhibit B. Chief Judge Boasberg then granted DOJ's motion to transfer the dispute over Mr. Cipollone's deposition to this District and ordered the BBC and DOJ to submit supplemental briefing on the motion to unseal the Privilege Decisions.

The BBC will continue to update this Court on its motion to unseal the Privilege Decisions and on its motion to compel and authorize disclosure as to Mr. Smith.

Dated: November 13, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Richard W. Miller (*pro hac vice*)
Maya D. Gandhi
Fla. Bar No.: 1075387
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
millerrw@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on November 13, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin