# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:
APPLICATION OF THE BRITISH BROADCASTING CORPORATION, et al., FOR ACCESS TO OPINIONS AND ORDERS ADJUDICATING CERTAIN ASSERTIONS OF EXECUTIVE PRIVILEGE

Case No. 26-mc-81

November 10, 2026

Washington, D.C.

BRITISH BROADCASTING CORPORATION, BBC STUDIOS DISTRIBUTION, BBC STUDIOS PRODUCTIONS, LTD.,

Petitioner

v.

UNITED STATES OF AMERICA,

Respondent.

---

BRITISH BROADCASTING CORP.,

26-mc-00135

Petitioner,

v.

November 10, 2026

UNITED STATES DEPARTMENT OF JUSTICE - CIVIL DIVISION, FEDERAL PROGRAMS BRANCH,

Washington, D.C.

Respondent.

---

UNITED STATES OF AMERICA,

26-mc-00142

Petitioner,

v.

November 11, 1026

BRITISH BROADCASTING CORPORATION

Washington, D.C.

Respondent.

---

HEARING HELD VIA ZOOM
BEFORE THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT COURT CHIEF JUDGE

APPEARANCES:

| | |
|---|---|
| FOR THE BBC: | Charles D. Tobin, Esquire<br>Maxwell S. Mishkin, Esquire<br>Ballard Spahr, LLP<br>1909 K Street Northwest<br>12th Floor<br>Washington, D.C. 20006 |
| FOR THE GOVERNMENT: | Jeremy S. Bloch Newman, Esquire<br>Pardis Gheibi, Esquire<br>United States Department of Justice<br>1100 L Street Northwest<br>Washington, D.C. 20005 |
| REPORTED BY: | Tammy Nestor, RMR, CRR<br>Official Court Reporter<br>333 Constitution Avenue Northwest<br>Washington, D.C. 20001<br>tammy_nestor@dcd.uscourts.gov |

The following proceedings began at 11:04 a.m.:

THE COURTROOM DEPUTY: We are on the record in case 26-mc-81, petitioner, British Broadcasting Corporation, BBC Studios --

THE COURT: I can't hear our courtroom deputy.

THE COURTROOM DEPUTY: -- BBC Studios Distribution, BBC Studios Production versus the United States of America.

THE COURT: Why don't we have -- actually, Mr. Mishkin, if you will just say your name, we can see if that works.

MR. MISHKIN: Good morning, Your Honor. Max Mishkin on behalf of the BBC.

THE COURT: I couldn't hear you there.

Ms. Shapiro, do you want to try?

MS. SHAPIRO: Yes. Elizabeth Shapiro from the Department of Justice.

THE COURT: I can hear you.

MR. TOBIN: This is Charles Tobin, Your Honor, for the BBC.

THE COURT: Apparently it's my sound that is the difficulty, so I've got another workaround here.

So, Mr. Mishkin, do you want to state your name again so we can hear you.

MR. MISHKIN: Absolutely. Max Mishkin, Your Honor, on behalf of the BBC.

THE COURT: All right. I can do that. I think that's now set.

Nikki, do you want to call the case then?

THE COURTROOM DEPUTY: Yes. Can you hear me now, Judge?

THE COURT: Yes.

THE COURTROOM DEPUTY: Back on the record, calling the second case, which is 26-mc-135, petitioner, British Broadcasting Corp. versus the respondent, United States Department of Justice Civil Division Federal Programs Branch.

And counsel for the petitioner, please state your name for that case.

MR. MISHKIN: Good morning. Max Mishkin on behalf of the BBC. I'm joined by my colleague Chuck Tobin.

MR. TOBIN: Your Honor, with us today is also Natalie Threlfall, in-house counsel for the BBC.

THE COURT: Okay. Thank you.

THE COURTROOM DEPUTY: Thank you. And counsel for the respondent?

MS. GHEIBI: Good morning, Your Honor. Pardis Gheibi from DOJ's civil division.

THE COURTROOM DEPUTY: Thank you.

And the final case 26-mc-142, petitioner, the United States of America versus the respondent, British

Broadcasting Corporation.

Counsel for the petitioner, please state your name for the record.

MS. GHEIBI: Pardis Gheibi for Department of Justice.

MR. TOBIN: Your Honor, again -- I'm sorry, I got confused, Your Honor. Sorry.

THE COURT: Go ahead, Mr. Tobin.

MR. TOBIN: It's Charles Tobin and Max Mishkin along with Ms. Threlfall appearing today for the BBC.

THE COURT: All right. Great. So let me tell you -- I wanted to have a hearing on all of these cases. Let me tell you where things stand on this.

First I will issue an order granting the government's motion to transfer. I think it's appropriate that, first of all, under Rule 45, that Mr. Cipollone has consented. That's probably enough. But even if not, I think it's important that the one -- that the district court and the magistrate judge in Florida are the ones who are doing all of these. And in order to avoid inconsistent rulings, I think they should be the one to handle that. I am intending to issue a fairly short few-page order, which I will do today, transferring it.

Now, but it would seem that in order to litigate this question, that the petitioners might well want to have some unsealed information. And there hasn't been any update for

the petitioners or any further request in 26-mc-81, but I wanted to bring this up to see where you folks stand on that.

So I have a few questions for the parties on this, and we may need some further briefing in 26-mc-81 because it would seem to me, Mr. Tobin and Mr. Mishkin, that to the extent you are making these arguments in Florida, you would want as much information as you can to make those arguments.

So my first question is why don't you have enough to argue that -- given the redacted versions of Judge Howell's opinions, why aren't those enough to be able to argue in Florida that she's already decided this question of executive and attorney-client privilege, and whether for issue preclusion reasons or just general persuasiveness reasons, the Court in Florida should do the same? Why don't you have enough to make that argument now?

MR. TOBIN: Your Honor, if I may, Charles Tobin for the petitioner in the 81 case.

Your Honor, we don't have the order specific to each of the implicated third parties in the case. Each of the potential deponents, Mr. Cipollone is one of them obviously, (inaudible) now that it is going down to Florida to be resolved. But we also have (inaudible) objections and conflict disputes over --

THE COURT: All right. So let me ask you, if the

government informed you which specific order or memorandum opinion issued by Judge Howell referred to Mr. Cipollone, would that be enough?

MR. TOBIN: If we had a representation that we could bank on and take to the court a stipulation, if you will, Your Honor, as to each of these, I think that probably would suffice --

THE COURT: Okay. So I'm sorry. What do you mean as to each of these?

MR. TOBIN: Well, we have requests to Your Honor for all 18, but Your Honor (inaudible) specifically on the witnesses that we have named in this case. My understanding is there are 18 orders, and they are specific as to individual witnesses --

THE COURT: Right, but the only --

MR. TOBIN: -- referring to the witnesses we discussed with Your Honor.

THE COURT: Right. But the only one that's ripe now is the Cipollone one, correct?

MR. TOBIN: I would dispute that, Your Honor, respectfully. I would say that, because we have -- because the counsel for President Trump has said that they do not believe that the executive orders apply in Florida and we already have meet and confer objections as to Ivanka Trump, Donald Trump, Jr., and Jared Kushner, and so those will be

the subject, anticipate motion practice in the near term.

We have Mr. Cipollone. We had Cassidy Hutchinson on the list for Your Honor. That subpoena has been quashed without prejudice subject to our renewing the subpoena. If we had changed circumstances, we would certainly argue that an order that is identifiable to Ms. Hutchinson for this Court, from the Chief Judge, executive privilege would at least warrant reconsideration.

THE COURT: But in my September 3 minute order, part of that said the BBC shall inform the Court if and when the magistrate judge presiding over discovery in the underlying lawsuit will hear argument relating to executive privilege and as regards to which witnesses. So has -- where does that stand now?

MR. TOBIN: And I was going to provide an update on that.

THE COURT: Without casting any aspersions on my colleagues down there, has this been heard? What's taking so long?

MR. TOBIN: Your Honor, it was, just to give you an overview and then I'll answer the specific question, the December 18 discovery cutoff in the Florida case is extant. We are still pending at the district court on the Rule 12(b) (inaudible) jurisdictional and 12(b)(6) failure to state a claim motion. We are still under order of that court to

engage in full discovery. We have still had no meaningful participation from the President in discovery.

We had a discovery hearing two weeks ago on October 22. We secured an order from the Court that the President must provide (inaudible) under penalty of potential sanctions, by December 11, he must sit for a deposition. We still have not heard from the President's counsel on a deposition date.

We also received an order from the Court that the President as to undisputed discovery documents, documents he said he will not dispute, we are entitled to a privilege log, and then the documents should be disclosed by November 23.

The privilege log received on the deadline of November 5 was woefully insufficient. It logged absolutely no documents internal for President -- no documents with President Trump or anybody working for President Trump. It was only among the lawyers.

And as to Your Honor's specific question and concern, I did inform the magistrate judge when we were arguing the documents disclosures for documents that are in dispute that we had -- they had asserted executive privilege, that the executive privilege decision in our view was a red herring, was no longer applicable because orders from your predecessor in DDC.

We asked the judge -- we informed the judge that we had had a hearing before Your Honor on September 3. We had given a filing. We've tried to keep both courts cited as best we could. So we filed in that court the words that Your Honor gave us from the transcript. And we filed in your court a notice that (inaudible).

So, Your Honor, we let the court know that we would appreciate the guidance that this court had asked for. We ask for it with respect to both the documents that are disputed and undisputed to remove at least one obstacle.

She took the matter under advisement, and what she informed us is, if I find that the documents are relevant, if I grant your motion -- if I'm inclined to grant your motion at least as to relevancy, I will provide information on whether the executive privilege rulings in D.C. would be useful in reaching a final conclusion.

That was on October 22. We still have not received that ruling from the judge. We are still marching toward our December 18 discovery deadline. And we still have absolutely no information to prepare our case, none.

So that's where we stand, Your Honor.

THE COURT: So but it sounds, though, that -- is our issue about these pleadings -- or Judge Howell's opinions ripe before the magistrate judge? And when you were saying she, you were referring to the magistrate judge or the

district judge?

MR. TOBIN: The district judge is a man. The magistrate judge is a woman. So it's the magistrate judge I'm referring to, she.

THE COURT: Okay. So is it ripe before the magistrate judge decides it's relevant?

MR. TOBIN: I do believe it is, Your Honor. I don't think -- I mean, I don't want to replow old ground with Your Honor. You did make your decision at the time. But I would ask you to revisit it.

The issue really is independent of that issue. It's whether it is needed to prevent a possible injustice in that court down there in Douglas Oil as well as the other two parts of the Douglas Oil test, and then that folds back obviously into Rule 63(e)(3)(i), and the local rule as well that there's no continuing need for secrecy.

We have also made a First Amendment argument. We think it is ripe for the Court to decide that it would be helpful and informative to the proceedings in Florida and that there is no antecedent need for you to have a finding of relevancy by that court. It would be useful to the preparation of our defense to know which witness has been defeased of executive privilege when they appeared before the grand jury for a whole host of arguments that are pending on the issue of executive privilege. So if you

would release --

THE COURT: Let me ask you, Ms. Gheibi. And maybe you are not the right person to ask if I've said I am going to grant the transfer. Maybe it's Mr. Newman or Ms. Shapiro.

What's the objection to just informing the petitioners which Judge Howell opinion applies to Mr. Cipollone and then maybe other witnesses, but to say this ECF number -- you have submitted -- you have given them the opinion with a bunch of redactions, but what's the problem with saying this opinion applies to Mr. Cipollone?

MS. GHEIBI: Your Honor, I'm happy to answer the question, but I believe my colleague Jeremy would be the appropriate person, so if I may pass the baton.

MR. NEWMAN: Thank you. This is Jeremy Newman, and I'm counsel for the government in 26-mc-81.

So I think the way I conceptualize it is the identities of the grand jury witnesses is secret grand jury information protected by Rule 6(e).

When we litigated the redactions to these opinions, Your Honor held that the redactions of the identities of the witnesses were proper because they had not been revealed by any official disclosure.

And so we as the government don't have the power to waive grand jury secrecy, and we have an important

responsibility to protect grand jury secrecy because, as the Supreme Court held in Douglas Oil, it not only projects the integrity of government investigations, grand jury secrecy protects the interests of grand jury witnesses and subjects of investigations.

Now, there's an exception where Your Honor can order disclosure of secret grand jury information in connection with another judicial proceeding, but there's this sort of heightened showing of particularized need which you have described elsewhere as a very demanding standard such that relief is exceedingly rare.

I think our top-line position is that this is -- you know, they are seeking information that is sort of marginally relevant to litigating a discovery dispute about information that is not even really central to their claims and that that is just sort of not -- that doesn't meet the strong showing required here.

You know, that being said, I think if Your Honor is inclined to hold that some disclosure is warranted here, certainly disclosing just the identities of the witnesses rather than sort of opening up all the redactions would be, I think, less objectionable from government's perspective.

So that explains my view on the sort of grand jury secrecy angle. And I believe Ms. Gheibi wanted to add to that as well, so I will pass that back to her.

MS. GHEIBI: Yes. Thanks, Jeremy.

If I may just briefly, on the question as to whether or not this is ripe, we have litigated the motion to quash in our opposition to the motion to compel in a way that would allow the magistrate judge or the district court to decide the Cipollone subpoena issue in a way where the unsealing action would be relevant.

So, for instance, if the Court agrees with us that the Apex doctrine alone bars the testimony, under that theory, it would be relevant. I mean, the plaintiffs would have no argument that the unsealing action would be relevant.

So we think to the extent that the Court is not at this juncture willing to deny the request outright, we think it would still be appropriate to allow the magistrate judge to start to sort of consider those issues and then inform this Court whether or not she still believes it would be relevant to her inquiry because, like I said, I mean, we have presented arguments in a way that if she agrees with some of those arguments, there would be no need to breach the grand jury secrecy.

THE COURT: Right. So, Mr. Tobin, why isn't that correct if she so rules?

MR. TOBIN: Your Honor, it's kind of a cart before the horse situation. I mean, you know, just to backtrack a

little bit, you know, the order does not have -- the public orders do not have the full recitation of all of the grounds for the overcoming of the privilege, either of the attorney-client privilege or the executive privilege decisions.

There are a number of issues and a number of witnesses, we have already discussed some of them in this case, who are exerting the attorney-client privilege and the executive privilege.

If we can, if you will, eliminate one of the objections in Florida, we can focus the proceedings on whatever remains, Apex Doctrine or what have you.

So we think that, actually, Your Honor, since the government won't stipulate to anything, we renew our ask for a release of the entire remainder of the orders for at least the witnesses that we have named here because it will inform the proceedings and again allow the court to focus on whatever other arguments, for example, that Mr. Cipollone has put forward.

But to, you know, to continue to wait on a ruling from the court down there first before this Court can decide whether the public and the BBC have a right to this information, I think, again, is putting the cart before the horse. And again, Your Honor, we are marching toward a December 18 discovery cutoff.

THE COURT: Yeah, I mean, right. My surprise here is I can't believe that the discovery deadline is coming up in five and a half weeks, which includes the Thanksgiving holiday, that there haven't been rulings on a number of these issues. This is obviously --

MR. TOBIN: We have been hoping for rulings obviously, Your Honor.

THE COURT: Also, say, Mr. Newman in comparing the redacted version to the clean version, I'm a little surprised that there were all of these redactions that were cites to the House Select Committee hearings. Weren't those public hearings?

MR. NEWMAN: I believe, Your Honor -- yes, Your Honor, I believe that -- I believe that those --

THE COURT: So what was the basis of redacting all of those sections?

MR. NEWMAN: I believe the basis of those were that those were discussed in the sealed filings in the grand jury matters. So it was generally redactions of the discussions of what was argued in the sealed grand jury matter.

THE COURT: It was not cited that way. It's all cited to HSC. So I have to say that you might want to take another look at that, some of that, because it doesn't seem to me that these are proper redactions.

Now, again, that's not the analysis that would

necessarily help the --

MR. TOBIN: Sorry to interrupt, Your Honor --

THE COURT: It looks like it's over-redacted to me.

MR. TOBIN: Your Honor, Mr. Mishkin was going to address the Cipollone issue. Now that that's been transferred, obviously he won't do that. But he does have something he wanted to mention with respect to the issue before Your Honor. May I defer to him for a moment?

THE COURT: That Mr. Cipollone did?

MR. TOBIN: No, Mr. Mishkin.

THE COURT: Oh.

MR. TOBIN: Mr. Mishkin wanted to just add something.

THE COURT: Go ahead.

MR. MISHKIN: So to respond to Ms. Gheibi's argument about that the Apex Doctrine is sort of a separate and distinct issue that the Court could potentially reach and then you wouldn't need to reach executive privilege, the information that's under the redactions in the opinions that we believe apply to Mr. Cipollone, we would expect that they explain why the government's asserted need for that testimony overcame the assertion of privilege.

We expect that to include discussions about why Mr. Cipollone's knowledge is firsthand knowledge and why Mr. Cipollone's knowledge is unavailable from other sources.

So that would directly respond to the government's

Apex argument as well. They are not separate and distinct in that sense.

So we can march through -- in preparing for this hearing, I realized that the Cipollone motion and the unsealing motion have in a sense collided because the arguments that the government is asserting as to Mr. Cipollone, which I understand are now going to be addressed in Florida, they are -- as you mentioned, right, there's a potential waiver issue, right? Let's start there.

Some of these opinions are opinions on President Trump's motions to stay orders compelling this testimony, right? We understand, we are not sure, but we understand through redactions that the government was arguing, wait a minute, there's no cause to stay here. The witness has already testified. The privilege has been waived.

If that's what the government was arguing as to Mr. Cipollone, then there's a really good -- that creates two problems for the government.

One, the government might be right. If Mr. Cipollone has already testified as to the exact same -- answering the same questions we would ask him, there's no privilege that applies to his testimony anymore.

The other argument is that the government can't argue in 2022 that the privilege has been waived and then turn around in 2026 and argue that the privilege has not been

waived. The government -- I recognize that collateral estoppel against the government only applies in limited circumstances, but I believe this is one of those circumstance.

The government cannot take a contrary position on an issue in which it won in the prior proceeding and it reached a final decision, so --

THE COURT: Okay. Here's what we are going to do. I am going to have some further briefing on this 25-81, because, again, the posture has changed from the time this was briefed back in -- the BBC application was in May, and the government response was in July. And particularly given the question of can this information be obtained elsewhere is important.

And also the government might again be willing to take the fallback position that they would identify which opinions of Judge Howell applies to Mr. Cipollone and potentially the other primary witnesses petitioners seek to depose, which could again be a simpler way to resolve the question here.

So the supplemental briefing, why don't -- petitioners, why don't you go first. Can you file that within a week, Mr. Tobin?

MR. TOBIN: Yes, Your Honor.

THE COURT: And then I will give -- I'm sorry. Did

someone say anything?

No? Okay.

And then the government, I will give you a week to respond. And then I will give a few days. That's a Wednesday. I will give until the -- I guess, right, the 17th would be Tuesday. I will give until the 30th for petitioners to reply if you want. And then quickly, again, I know we have to move because if the discovery deadline stays where it is, which seems remarkable, but if it does, then I know I will need to rule quickly. Meanwhile, I will get the order on the transfer out today so at least that gives some clarity.

Okay. Any questions about that, Mr. Tobin?

MR. TOBIN: Just any specific issues, we can update the Court obviously on the changed circumstance, but any specific questions, we --

THE COURT: No. I mean, again, it's a question of sort of where does discovery stand now, is this -- are you unable to get this information from any other person, so again, that goes to the Douglas Oil possible injustice standard, and would it be enough if you had just the identifying -- if the government would just identify which opinion applies to Mr. Cipollone. Okay?

MR. TOBIN: Thank you for that help.

THE COURT: Mr. Newman, any questions?

MR. NEWMAN: No, Your Honor.

THE COURT: I will issue a minute order reflecting this today. Thanks, everybody. I appreciate it. I know this is complicated, crosscutting issues, and I appreciate your assistance.

MR. MISHKIN: Your Honor, I do have one other issue I wanted to raise briefly, which is we filed -- you are going to see more of us, Your Honor, which is to say that yesterday we filed a motion to compel the government to allow the deposition of Jack Smith, Special Counsel Smith.

THE COURT: Okay.

MR. MISHKIN: That's going to raise several of the -- I mean, we have styled it as both a motion to compel and to authorize the unsealing of information under Rule 6(e) -- (e)(1)(E)(i). You know, it might not have even made it to Your Honor's chambers yet.

THE COURT: It has been filed. I have seen it. I haven't read it.

MR. MISHKIN: Thank you. I only wanted to raise it today because the clerk's office filed it as a grand jury case rather than a miscellaneous case, which mean it is sealed and we can't file into it. I raised this to government counsel yesterday.

If you want to keep it as a grand jury case, we would appreciate if it were unsealed so that we can file on ECF.

If you wanted to transfer it to a miscellaneous docket, that is fine. Either of those is fine with us. But in the current posture, you know, we can't --

THE COURT: I'm not sure why that would be filed as a gj and this as an mc, so we will look into that.

MR. MISHKIN: Thank you. I appreciate it, Your Honor.

THE COURT: I will likely require a government response in a week on that, so I will issue an order to that effect. Once I look at that, government, to figure that out, I'll issue an order requiring a response in a week for that.

MS. GHEIBI: Thank you, Your Honor. If I may just briefly preview with respect to the motion to compel, we do intend to move to transfer that one because the magistrate judge -- I mean, we -- magistrate judge was the one that ordered us to submit the (inaudible) response by a date certain. She ordered a protective order. There's been, as I understand it, oral argument at least partially heard by the magistrate judge.

So we think it's appropriate to transfer at least the motion to compel over there even if the Court holds the grand jury case, much like here -- for the purpose of efficiency, again, as Your Honor mentioned, the discovery deadline is coming up, there are all these briefing -- we

just thought we would make that motion, I guess, orally here because the standard would be different as I understand the specific standard down in Florida for purposes of briefing the motion to compel, so I just wanted --

THE COURT: Again, if the same factors apply, then I would -- then I might well transfer, but I don't --

MR. MISHKIN: If I may, Your Honor --

THE COURT: -- Mr. Smith --

MR. MISHKIN: -- we don't -- there's been no --

THE COURT: -- but the unsealing issue would remain here.

MS. GHEIBI: Yes. And we are not requesting that the Court transfer the unsealing issue, just the motion to compel. So, I mean, if the Court would like us to brief that issue, we are happy to do that. But, again, for purposes of efficiency, we thought we would just sort of present the motion orally here so that --

THE COURT: Again, you can rely on the order that I am about to issue --

MR. MISHKIN: I would just flag, Your Honor, there's no representation that Special Counsel Smith consents to transfer, so I think the factors may well be different and we would appreciate briefing on it.

THE COURT: Sure. And I'm relying heavily on the consent. So if that's different, that would be relevant.

MR. MISHKIN: Thank you, Your Honor.

THE COURT: All right. Thanks very much, everyone. I'm sure we'll be in touch.

(The hearing concluded at 11:38 a.m.)

\- - -

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

11/11/26

s/ Tammy Nestor
Tammy Nestor, RMR, CRR
Official Court Reporter
333 Constitution Avenue NW
Washington, D.C. 20001
tammy_nestor@dcd.uscourts.gov

MR. MISHKIN: [12] 3/11 3/24 4/14 17/14 21/6 21/12 21/19 22/6 23/7 23/9 23/20 24/1
MR. NEWMAN: [4] 12/15 16/13 16/17 21/1
MR. TOBIN: [22] 3/18 4/16 5/5 5/8 6/17 7/4 7/10 7/16 7/20 8/15 8/20 11/2 11/7 14/24 16/6 17/2 17/4 17/10 17/12 19/24 20/14 20/24
MS. GHEIBI: [6] 4/21 5/4 12/12 14/1 22/13 23/12
MS. SHAPIRO: [1] 3/15
THE COURT: [43] 3/5 3/8 3/13 3/17 3/20 4/1 4/6 4/18 5/7 5/10 6/25 7/8 7/15 7/18 8/9 8/17 10/22 11/5 12/2 14/22 16/1 16/8 16/15 16/21 17/3 17/9 17/11 17/13 19/8 19/25 20/17 20/25 21/2 21/11 21/17 22/4 22/8 23/5 23/8 23/10 23/18 23/24 24/2
THE COURTROOM DEPUTY: [6] 3/2 3/6 4/4 4/7 4/19 4/23

-

-- referring [1] 7/16

0

00135 [1] 1/12
00142 [1] 1/17

1

10 [2] 1/5 1/13
1026 [1] 1/19
11 [2] 1/19 9/6
11/11/26 [1] 24/13
1100 [1] 2/7
11:04 [1] 3/1
11:38 [1] 24/4
12 [2] 8/23 8/24
12th [1] 2/4
135 [1] 4/8
142 [1] 4/24
17th [1] 20/6
18 [5] 7/11 7/13 8/22 10/19 15/25
1909 [1] 2/3

2

20001 [2] 2/11 24/15
20005 [1] 2/8
20006 [1] 2/4
2022 [1] 18/24
2026 [3] 1/5 1/13 18/25
22 [2] 9/4 10/17
23 [1] 9/13
25-81 [1] 19/9
26 [1] 24/13
26-mc-00135 [1] 1/12
26-mc-00142 [1] 1/17
26-mc-135 [1] 4/8
26-mc-142 [1] 4/24
26-mc-81 [5] 1/3 3/3 6/1 6/5 12/16

3

30th [1] 20/6
333 [2] 2/11 24/14

4

45 [1] 5/15

6

63 [1] 11/15

8

81 [7] 1/3 3/3 6/1 6/5 6/18 12/16 19/9

A

a.m [2] 3/1 24/4
able [1] 6/11
about [6] 10/23 13/14 17/15 17/22 20/13 23/19
above [1] 24/9
above-entitled [1] 24/9
absolutely [3] 3/24 9/15 10/20
ACCESS [1] 1/4
accurate [1] 24/8
action [2] 14/7 14/11
actually [2] 3/8 15/13
add [2] 13/24 17/12
address [1] 17/5
addressed [1] 18/8
ADJUDICATING [1] 1/4
advisement [1] 10/11
again [16] 3/22 5/5 15/17 15/23 15/24 16/25 19/10 19/15 19/19 20/7 20/17 20/20 22/24 23/5 23/15 23/18
against [1] 19/2
ago [1] 9/3
agrees [2] 14/8 14/19
ahead [2] 5/7 17/13
al [1] 1/3
all [14] 4/1 5/10 5/11 5/15 5/18 6/25 7/11 13/21 15/2 16/10 16/15 16/21 22/25 24/2
allow [4] 14/5 14/15 15/17 21/10
alone [1] 14/9
along [1] 5/8
already [5] 6/12 7/24 15/7 18/15 18/20
also [6] 4/16 6/23 9/9 11/17 16/8 19/15
am [4] 5/20 12/3 19/9 23/19
Amendment [1] 11/17
AMERICA [4] 1/10 1/17 3/7 4/25
among [1] 9/18
analysis [1] 16/25
angle [1] 13/24
another [3] 3/21 13/8 16/23
answer [2] 8/21 12/12
answering [1] 18/20
antecedent [1] 11/20
anticipate [1] 8/1
any [9] 5/25 6/1 8/17 12/23 20/13 20/14 20/15 20/19 20/25
anybody [1] 9/17
anymore [1] 18/22
anything [2] 15/14 20/1
Apex [4] 14/9 15/12 17/15 18/1
Apparently [1] 3/20
APPEARANCES [1] 1/24
appeared [1] 11/23
appearing [1] 5/9
applicable [1] 9/24
application [2] 1/3 19/11
applies [6] 12/7 12/11 18/22 19/2 19/17 20/23
apply [3] 7/23 17/19 23/5
appreciate [6] 10/8 21/3 21/4 21/25 22/6 23/23
appropriate [4] 5/14 12/14 14/15 22/21
are [31] 3/2 5/18 5/18 6/7 7/13 7/13 8/23 8/25 9/11 9/21 10/9 10/12 10/18 11/24 12/3 13/13 15/6 15/8 15/24 16/24 18/1 18/7 18/8 18/10 18/12 19/8 20/18 21/7 22/25 23/12 23/15
aren't [1] 6/11
argue [5] 6/10 6/11 8/5 18/23 18/25
argued [1] 16/20
arguing [3] 9/20 18/13 18/16
argument [8] 6/16 8/12 11/17 14/11 17/14 18/1 18/23 22/19
arguments [7] 6/7 6/8 11/24 14/19 14/20 15/18 18/6
around [1] 18/25
as [32] 6/8 6/8 7/6 7/8 7/13 7/24 8/13 9/10 9/19 10/3 10/14 11/13 11/13 11/15 12/24 13/1 13/10 13/25 14/2 18/1 18/6 18/8 18/16 18/20 21/13 21/20 21/24 22/4 22/5 22/18 22/24 23/2
ask [7] 6/25 10/9 11/10 12/2 12/3 15/14 18/21
asked [2] 10/1 10/8
aspersions [1] 8/17
asserted [2] 9/22 17/20
asserting [1] 18/6
assertion [1] 17/21
ASSERTIONS [1] 1/4
assistance [1] 21/5
attorney [3] 6/13 15/4 15/8
attorney-client [3] 6/13 15/4 15/8
authorize [1] 21/14
Avenue [2] 2/11 24/14
avoid [1] 5/19

B

back [4] 4/7 11/14 13/25 19/11
backtrack [1] 14/25
Ballard [1] 2/3
bank [1] 7/5
bars [1] 14/9
basis [2] 16/15 16/17
baton [1] 12/14
BBC [15] 1/6 1/7 2/2 3/3 3/6 3/7 3/12 3/19 3/25 4/15 4/17 5/9 8/10 15/22 19/11
be [29] 5/20 6/11 6/22 7/3 7/25 9/12 10/15 11/18 11/21 12/13 13/21 14/7 14/10 14/11 14/15 14/17 14/20 18/7 18/19 19/13 19/15 19/19 20/6 20/21 22/4 23/2 23/22 23/25 24/3
because [15] 6/5 7/21 7/21 9/24 12/22 13/1 14/18 15/16 16/23 18/5 19/10 20/8 21/20 22/15 23/2
been [14] 5/25 8/3 8/18 11/22 12/22 16/4 16/6 17/5 18/15 18/24 18/25 21/17 22/18 23/9
before [9] 1/23 10/2 10/24 11/5 11/23 14/24 15/21 15/23 17/8
began [1] 3/1
behalf [3] 3/12 3/25 4/14
being [1] 13/18
believe [11] 7/23 11/7 12/13 13/24 16/2 16/13 16/14 16/14 16/17 17/19 19/3
believes [1] 14/17
best [1] 10/4
bit [1] 15/1
Bloch [1] 2/6
BOASBERG [1] 1/23
both [3] 10/3 10/9 21/13
BRANCH [2] 1/15 4/11
breach [1] 14/20
brief [1] 23/14
briefed [1] 19/10
briefing [6] 6/5 19/9 19/21 22/25 23/3 23/23
briefly [3] 14/2 21/7 22/14
bring [1] 6/2
BRITISH [7] 1/3 1/6 1/12 1/20 3/3 4/8 4/25
BROADCASTING [7] 1/3 1/6 1/12 1/20 3/3 4/9 5/1
bunch [1] 12/10

C

call [1] 4/3
calling [1] 4/7
can [16] 3/9 3/17 3/23 4/1 4/4 6/8 13/6 15/10 15/11 15/21 18/3 19/13 19/22 20/14 21/25 23/18
can't [5] 3/5 16/2 18/23 21/22 22/3
cannot [1] 19/5
cart [2] 14/24 15/23
case [16] 1/3 3/2 4/3 4/8 4/13 4/24 6/18 6/20 7/12 8/22 10/20 15/8 21/21 21/21 21/24 22/23
cases [1] 5/11
Cassidy [1] 8/2
casting [1] 8/17
cause [1] 18/14
central [1] 13/15
certain [2] 1/4 22/18
certainly [2] 8/5 13/20
certify [1] 24/8
chambers [1] 21/16
changed [3] 8/5 19/10 20/15
Charles [4] 2/2 3/18 5/8 6/17
CHIEF [2] 1/23 8/7
Chuck [1] 4/15
Cipollone [18] 5/15 6/21 7/2 7/19 8/2 12/8 12/11 14/6 15/18 17/5 17/9 17/19 18/4 18/7 18/17 18/19 19/17 20/23
Cipollone's [2] 17/23 17/24
circumstance [2] 19/4 20/15
circumstances [2] 8/5 19/3
cited [3] 10/3 16/21 16/22
cites [1] 16/11
civil [3] 1/15 4/10 4/22
claim [1] 8/25
claims [1] 13/15
clarity [1] 20/12
clean [1] 16/9
clerk's [1] 21/20
client [3] 6/13 15/4 15/8
collateral [1] 19/1

Case 1:25-cv-25894-JTK Document 218-2 Entered on FLSD Docket 11/13/2026 Page 27 of 31


C

colleague [2] 4/15 12/13
colleagues [1] 8/18
collided [1] 18/5
COLUMBIA [1] 1/1
coming [2] 16/2 22/25
Committee [1] 16/11
comparing [1] 16/8
compel [7] 14/4 21/9 21/13 22/14 22/22 23/4 23/14
compelling [1] 18/11
complicated [1] 21/4
conceptualize [1] 12/17
concern [1] 9/19
concluded [1] 24/4
conclusion [1] 10/16
confer [1] 7/24
conflict [1] 6/24
confused [1] 5/6
connection [1] 13/7
consent [1] 23/25
consented [1] 5/15
consents [1] 23/21
consider [1] 14/16
Constitution [2] 2/11 24/14
continue [1] 15/20
continuing [1] 11/16
contrary [1] 19/5
CORP [2] 1/12 4/9
CORPORATION [5] 1/3 1/6 1/20 3/3 5/1
correct [2] 7/19 14/23
could [4] 7/4 10/4 17/16 19/19
couldn't [1] 3/13
counsel [10] 4/12 4/17 4/19 5/2 7/22 9/8 12/16 21/10 21/23 23/21
court [33] 1/1 1/23 2/10 5/17 6/15 7/5 8/7 8/10 8/23 8/25 9/4 9/9 10/4 10/6 10/7 10/8 11/13 11/18 11/21 13/2 14/5 14/8 14/13 14/17 15/17 15/21 15/21 17/16 20/15 22/22 23/13 23/14 24/14
courtroom [1] 3/5
courts [1] 10/3
creates [1] 18/17
crosscutting [1] 21/4
CRR [2] 2/10 24/13
current [1] 22/3
cutoff [2] 8/22 15/25

D

D.C [8] 1/6 1/14 1/20 2/4 2/8 2/11 10/15 24/15
date [2] 9/8 22/17
days [1] 20/4
dcd.uscourts.gov [2] 2/12 24/15
DOC [1] 9/25
deadline [5] 9/14 10/19 16/2 20/8 22/25
December [4] 8/22 9/6 10/19 15/25
December 11 [1] 9/6
December 18 [3] 8/22 10/19 15/25
decide [3] 11/18 14/6 15/21
decided [1] 6/12
decides [1] 11/6
decision [3] 9/23 11/9 19/7
decisions [1] 15/5
defeased [1] 11/23
defense [1] 11/22
defer [1] 17/8
demanding [1] 13/10
deny [1] 14/14
DEPARTMENT [5] 1/14 2/7 3/16 4/10 5/4
deponents [1] 6/21
depose [1] 19/19
deposition [3] 9/7 9/8 21/10
deputy [1] 3/5
described [1] 13/10
did [4] 9/20 11/9 17/9 19/25
different [3] 23/2 23/22 23/25
difficulty [1] 3/21
directly [1] 17/25
disclosed [1] 9/12
disclosing [1] 13/20
disclosure [3] 12/23 13/7 13/19
disclosures [1] 9/21
discovery [13] 8/11 8/22 9/1 9/2 9/3 9/10 10/19 13/14 15/25 16/2 20/8 20/18 22/24
discussed [3] 7/17 15/7 16/18
discussions [2] 16/19 17/22
dispute [4] 7/20 9/11 9/21 13/14
disputed [1] 10/10
disputes [1] 6/24
distinct [2] 17/16 18/1
DISTRIBUTION [2] 1/7 3/6
district [8] 1/1 1/1 1/23 5/17 8/23 11/1 11/2 14/5
division [3] 1/15 4/10 4/22
do [15] 3/14 3/22 4/1 4/3 5/21 6/15 7/8 7/22 11/7 15/2 17/6 19/8 21/6 22/14 23/15
docket [1] 22/1
doctrine [3] 14/9 15/12 17/15
documents [9] 9/10 9/10 9/12 9/16 9/16 9/21 9/21 10/9 10/12
does [5] 8/3 16/1 17/6 20/9 20/18
doesn't [2] 13/16 16/23
doing [1] 5/18
DOJ's [1] 4/22
don't [11] 3/8 6/9 6/15 6/19 11/7 11/8 12/24 19/21 19/22 23/6 23/9
Donald [1] 7/25
Douglas [4] 11/13 11/14 13/2 20/20
down [5] 6/22 8/18 11/13 15/21 23/3

E

each [4] 6/19 6/20 7/6 7/9
ECF [2] 12/9 21/25
ECF number [1] 12/9
effect [1] 22/10
efficiency [2] 22/24 23/16
either [2] 15/3 22/2
eliminate [1] 15/10
Elizabeth [1] 3/15
elsewhere [2] 13/10 19/13
engage [1] 9/1
enough [6] 5/16 6/9 6/11 6/16 7/3 20/21
entire [1] 15/15
entitled [2] 9/11 24/9
Esquire [4] 2/2 2/2 2/6 2/6
estoppel [1] 19/2
et [1] 1/3
even [4] 5/16 13/15 21/15 22/22
everybody [1] 21/3
everyone [1] 24/2
exact [1] 18/20
example [1] 15/18
exceedingly [1] 13/11
exception [1] 13/6
executive [13] 1/5 6/13 7/23 8/7 8/12 9/22 9/23 10/15 11/23 11/25 15/4 15/9 17/17
exerting [1] 15/8
expect [2] 17/19 17/22
explain [1] 17/20
explains [1] 13/23
extant [1] 8/22
extent [2] 6/7 14/13

F

factors [2] 23/5 23/22
failure [1] 8/24
fairly [1] 5/21
fallback [1] 19/16
FEDERAL [2] 1/15 4/10
few [3] 5/21 6/4 20/4
few-page [1] 5/21
figure [1] 22/10
file [3] 19/22 21/22 21/25
filed [7] 10/4 10/5 21/7 21/9 21/17 21/20 22/4
filing [1] 10/3
filings [1] 16/18
final [3] 4/24 10/16 19/7
find [1] 10/12
finding [1] 11/20
fine [2] 22/2 22/2
first [6] 5/13 5/14 6/9 11/17 15/21 19/22
firsthand [1] 17/23
five [1] 16/3
flag [1] 23/20
Floor [1] 2/4
Florida [11] 5/18 6/7 6/12 6/15 6/22 7/23 8/22 11/19 15/11 18/8 23/3
focus [2] 15/11 15/17
folds [1] 11/14
folks [1] 6/2
following [1] 3/1
foregoing [1] 24/8
forward [1] 15/19
full [2] 9/1 15/2
further [3] 6/1 6/5 19/9

G

gave [1] 10/5
general [1] 6/14
generally [1] 16/19
get [2] 20/11 20/19
Gheibi [5] 2/6 4/21 5/4 12/2 13/24
Gheibi's [1] 17/14
give [6] 8/20 19/25 20/3 20/4 20/5 20/6
given [4] 6/10 10/3 12/9 19/12
gives [1] 20/12
gj [1] 22/5
go [3] 5/7 17/13 19/22
goes [1] 20/20
going [9] 6/22 8/15 12/3 17/4 18/7 19/8 19/9 21/8 21/12
good [4] 3/11 4/14 4/21 18/17
got [2] 3/21 5/5
government [23] 2/6 7/1 12/16 12/24 13/3 15/14 18/6 18/13 18/16 18/18 18/19 18/23 19/1 19/2 19/5 19/12 19/15 20/3 20/22 21/9 21/23 22/8 22/10
government's [4] 5/13 13/22 17/20 17/25
grand [15] 11/24 12/18 12/18 12/25 13/1 13/3 13/4 13/7 13/23 14/21 16/18 16/20 21/20 21/24 22/23
grant [3] 10/13 10/13 12/4
granting [1] 5/13
Great [1] 5/10
ground [1] 11/8
grounds [1] 15/2
guess [2] 20/5 23/1
guidance [1] 10/8

H

had [13] 7/4 8/2 8/5 9/1 9/3 9/22 9/22 10/2 10/2 10/2 10/8 12/22 20/21
half [1] 16/3
handle [1] 5/20
happy [2] 12/12 23/15
has [14] 5/15 7/22 8/3 8/13 8/18 11/22 15/19 18/14 18/15 18/20 18/24 18/25 19/10 21/17
hasn't [1] 5/25
have [43] 3/8 5/11 5/24 6/4 6/9 6/16 6/19 6/23 7/10 7/12 7/21 7/24 8/2 9/1 9/7 10/17 10/19 11/17 11/20 12/9 12/9 12/24 12/25 13/9 14/3 14/11 14/19 15/1 15/2 15/7 15/12 15/16 15/22 16/6 16/22 17/6 18/5 19/9 20/8 21/6 21/13 21/15 21/17
haven't [2] 16/4 21/18
he [6] 9/6 9/10 9/11 17/6 17/6 17/7
hear [6] 3/5 3/13 3/17 3/23 4/4 8/12
heard [3] 8/18 9/7 22/19
hearing [6] 1/22 5/11 9/3 10/2 18/4 24/4
hearings [2] 16/11 16/12
heavily [1] 23/24
heightened [1] 13/9
held [3] 1/22 12/21 13/2
help [2] 17/1 20/24
helpful [1] 11/19
her [2] 13/25 14/18
here [11] 3/21 13/17 13/19 15/16 16/1 18/14 19/20 22/23 23/1 23/11 23/17
Here's [1] 19/8
hereby [1] 24/8
herring [1] 9/23
him [2] 17/8 18/21
his [1] 18/22
hold [1] 13/19
holds [1] 22/22
holiday [1] 16/4
Honor [45] 3/11 3/18 3/24 4/16 4/21 5/5 5/6 6/17 6/19 7/6 7/10 7/11 7/17 7/20 8/3 8/20 10/2 10/5 10/7 10/21 11/7 11/9 12/12 12/21 13/6 13/18 14/24 15/13 15/24 16/7 16/13 16/14 17/2 17/4 17/8 19/24 21/1 21/6 21/8 22/7 22/13 22/24 23/7 23/20 24/1
Honor's [2] 9/19 21/16

H
HONORABLE [1] 1/23
hoping [1] 16/6
horse [2] 14/25 15/24
host [1] 11/24
house [2] 4/17 16/11
Howell [3] 7/2 12/7 19/17
Howell's [2] 6/10 10/23
HSC [1] 16/22
Hutchinson [2] 8/2 8/6

I
I'll [2] 8/21 22/11
I'm [12] 4/15 5/5 7/8 10/13 11/4 12/12 12/16 16/9 19/25 22/4 23/24 24/3
I've [2] 3/21 12/3
identifiable [1] 8/6
identify [2] 19/16 20/22
identifying [1] 20/22
identities [3] 12/18 12/21 13/20
implicated [1] 6/20
important [3] 5/17 12/25 19/14
inaudible [7] 6/22 6/23 7/11 8/24 9/5 10/6 22/17
inclined [2] 10/13 13/19
include [1] 17/22
includes [1] 16/3
inconsistent [1] 5/19
independent [1] 11/11
individual [1] 7/14
inform [4] 8/10 9/20 14/16 15/16
information [13] 5/25 6/8 10/14 10/20 12/19 13/7 13/13 13/15 15/23 17/18 19/13 20/19 21/14
informative [1] 11/19
informed [3] 7/1 10/1 10/12
informing [1] 12/6
injustice [2] 11/12 20/20
inquiry [1] 14/18
instance [1] 14/8
insufficient [1] 9/15
integrity [1] 13/3
intend [1] 22/15
intending [1] 5/20
interests [1] 13/4
internal [1] 9/16
interrupt [1] 17/2
investigations [2] 13/3 13/5
is [55] 3/18 3/20 4/8 4/16 6/9 6/21 6/22 7/13 7/19 8/6 8/22 10/12 10/22 11/2 11/3 11/5 11/7 11/11 11/12 11/18 11/20 12/15 12/17 12/18 13/11 13/12 13/12 13/13 13/15 13/16 13/18 13/19 14/3 14/13 15/23 16/1 16/2 16/5 17/15 17/23 17/24 18/6 18/23 19/3 19/14 20/9 20/18 21/4 21/7 21/8 21/21 22/2 22/2 22/25 24/8
isn't [1] 14/22
issue [21] 5/13 5/21 6/14 10/23 11/11 11/11 11/25 14/6 17/5 17/7 17/16 18/9 19/6 21/2 21/6 22/9 22/11 23/10 23/13 23/15 23/19
issued [1] 7/2
issues [5] 14/16 15/6 16/5 20/14 21/4
it [48] 5/22 5/23 6/5 6/22 8/20 9/15 9/17 10/9 10/22 11/5 11/7 11/10 11/12 11/18 11/18 11/21 12/17 13/2 14/10 14/15 14/17 15/16 16/19 16/21 16/23 17/3 19/6 19/6 20/9 20/9 20/21 21/3 21/13 21/15 21/15 21/17 21/17 21/18 21/19 21/20 21/21 21/22 21/24 21/25 22/1 22/6 22/19 23/23
it's [13] 3/20 5/8 5/14 5/16 11/3 11/6 11/11 12/4 14/24 16/21 17/3 20/17 22/21
Ivanka [1] 7/24

J
Jack [1] 21/10
JAMES [1] 1/23
Jared [1] 7/25
Jeremy [4] 2/6 12/13 12/15 14/1
joined [1] 4/15
Jr [1] 7/25
judge [26] 1/23 4/5 5/18 6/10 7/2 8/7 8/11 9/20 10/1 10/1 10/18 10/23 10/24 10/25 11/1 11/2 11/3 11/3 11/6 12/7 14/5 14/15 19/17 22/16 22/16 22/20
judicial [1] 13/8
July [1] 19/12
juncture [1] 14/14
jurisdictional [1] 8/24
jury [15] 11/24 12/18 12/18 12/25 13/1 13/3 13/4 13/7 13/23 14/21 16/18 16/20 21/20 21/24 22/23
just [18] 3/9 6/14 8/20 12/6 13/16 13/20 14/2 14/25 17/12 20/14 20/21 20/22 22/13 23/1 23/4 23/13 23/16 23/20
JUSTICE [5] 1/15 2/7 3/16 4/10 5/4

K
keep [2] 10/3 21/24
kind [1] 14/24
know [12] 10/7 11/22 13/13 13/18 14/25 15/1 15/20 20/8 20/10 21/3 21/15 22/3
knowledge [3] 17/23 17/23 17/24
Kushner [1] 7/25

L
lawsuit [1] 8/12
lawyers [1] 9/18
least [7] 8/8 10/10 10/14 15/15 20/11 22/19 22/21
less [1] 13/22
let [5] 5/10 5/11 6/25 10/7 12/2
Let's [1] 18/9
like [4] 14/18 17/3 22/23 23/14
likely [1] 22/8
limited [1] 19/2
line [1] 13/12
list [1] 8/3
litigate [1] 5/23
litigated [2] 12/20 14/3
litigating [1] 13/14
little [2] 15/1 16/9
LLP [1] 2/3
local [1] 11/15
log [2] 9/12 9/14
logged [1] 9/15
long [1] 8/19
longer [1] 9/24
look [3] 16/23 22/5 22/10
looks [1] 17/3
LTD [1] 1/7

M
made [2] 11/17 21/15
magistrate [13] 5/18 8/11 9/20 10/24 10/25 11/3 11/3 11/6 14/5 14/15 22/15 22/16 22/20
make [4] 6/8 6/16 11/9 23/1
making [1] 6/7
man [1] 11/2
march [1] 18/3
marching [2] 10/18 15/24
marginally [1] 13/14
matter [3] 10/11 16/20 24/10
matters [1] 16/19
Max [4] 3/11 3/24 4/14 5/8
Maxwell [1] 2/2
may [9] 6/5 6/17 12/14 14/2 17/8 19/11 22/13 23/7 23/22
maybe [3] 12/2 12/4 12/8
mc [10] 1/3 1/12 1/17 3/3 4/8 4/24 6/1 6/5 12/16 22/5
me [8] 4/4 5/10 5/11 6/6 6/25 12/2 16/24 17/3
mean [11] 7/8 11/8 14/10 14/18 14/25 16/1 20/17 21/13 21/21 22/16 23/14
meaningful [1] 9/1
Meanwhile [1] 20/10
meet [2] 7/24 13/16
memorandum [1] 7/1
mention [1] 17/7
mentioned [2] 18/8 22/24
might [6] 5/24 16/22 18/19 19/15 21/15 23/6
minute [3] 8/9 18/14 21/2
miscellaneous [2] 21/21 22/1
Mishkin [11] 2/2 3/9 3/11 3/22 3/24 4/14 5/8 6/6 17/4 17/10 17/12
moment [1] 17/8
more [1] 21/8
morning [3] 3/11 4/14 4/21
motion [17] 5/14 8/1 8/25 10/13 10/14 14/3 14/4 18/4 18/5 21/9 21/13 22/14 22/22 23/1 23/4 23/13 23/17
motions [1] 18/11
move [2] 20/8 22/15
Mr. [31] 3/9 3/22 5/7 5/15 6/6 6/6 6/21 7/2 8/2 12/4 12/8 12/11 14/22 15/18 16/8 17/4 17/9 17/10 17/12 17/19 17/23 17/24 18/7 18/17 18/19 19/17 19/23 20/13 20/23 20/25 23/8
Mr. Cipollone [14] 5/15 6/21 7/2 8/2 12/8 12/11 15/18 17/9 17/19 18/7 18/17 18/19 19/17 20/23
Mr. Cipollone's [2] 17/23 17/24
Mr. Mishkin [6] 3/9 3/22 6/6 17/4 17/10 17/12
Mr. Newman [3] 12/4 16/8 20/25
Mr. Smith [1] 23/8
Mr. Tobin [5] 5/7 6/6 14/22 19/23 20/13
Ms [1] 5/9
Ms. [6] 3/14 8/6 12/2 12/5 13/24 17/14
Ms. Gheibi [2] 12/2 16/24
Ms. Gheibi's [1] 17/14
Ms. Hutchinson [1] 8/6
Ms. Shapiro [2] 3/14 12/5
much [3] 6/8 22/23 24/2
must [2] 9/5 9/6
my [9] 3/20 4/15 6/9 7/12 8/9 8/17 12/13 13/23 16/1

N
name [4] 3/9 3/22 4/13 5/2
named [2] 7/12 15/16
Natalie [1] 4/16
near [1] 8/1
necessarily [1] 17/1
need [8] 6/5 11/16 11/20 13/9 14/20 17/17 17/20 20/10
needed [1] 11/12
nestor [5] 2/10 2/12 24/13 24/13 24/15
Newman [5] 2/6 12/4 12/15 16/8 20/25
Nikki [1] 4/3
no [18] 1/3 9/1 9/16 9/16 9/24 10/20 11/16 11/20 14/11 14/20 17/10 18/14 18/21 20/2 20/17 21/1 23/9 23/21
none [1] 10/20
Northwest [3] 2/3 2/7 2/11
not [23] 5/16 7/22 9/7 9/11 10/17 12/3 12/22 13/2 13/15 13/16 14/3 14/13 14/17 15/1 15/2 16/21 16/25 18/1 18/12 18/25 21/15 22/4 23/12
notice [1] 10/6
November [5] 1/5 1/13 1/19 9/13 9/15
November 23 [1] 9/13
November 5 [1] 9/15
now [12] 4/2 4/4 5/23 6/16 6/22 7/18 8/14 13/6 16/25 17/5 18/7 20/18
number [4] 12/9 15/6 15/6 16/4
NW [1] 24/14

O
objection [1] 12/6
objectionable [1] 13/22
objections [3] 6/23 7/24 15/11
obstacle [1] 10/10
obtained [1] 19/13
obviously [6] 6/21 11/15 16/5 16/7 17/6 20/15
October [2] 9/4 10/17
October 22 [2] 9/4 10/17

O
office [1] 21/20
official [3] 2/10 12/23 24/14
Oh [1] 17/11
Oil [4] 11/13 11/14 13/2 20/20
Okay [8] 4/18 7/8 11/5 19/8 20/2 20/13 20/23 21/11
old [1] 11/8
Once [1] 22/10
one [12] 5/17 5/20 6/21 7/18 7/19 10/10 15/10 18/19 19/3 21/6 22/15 22/16
ones [1] 5/18
only [6] 7/15 7/18 9/18 13/2 19/2 21/19
opening [1] 13/21
opinion [5] 7/2 12/7 12/10 12/11 20/23
opinions [8] 1/4 6/11 10/23 12/20 17/18 18/10 18/10 19/17
opposition [1] 14/4
oral [1] 22/19
orally [2] 23/1 23/17
order [19] 5/13 5/19 5/21 5/23 6/19 7/1 8/6 8/9 8/25 9/4 9/9 13/6 15/1 20/11 21/2 22/9 22/11 22/18 23/18
ordered [2] 22/17 22/18
orders [7] 1/4 7/13 7/23 9/24 15/2 15/15 18/11
other [8] 11/13 12/8 15/18 17/24 18/23 19/18 20/19 21/6
our [10] 3/5 8/4 9/23 10/19 10/20 10/22 11/22 13/12 14/4 15/14
out [2] 20/11 22/11
outright [1] 14/14
over [4] 6/24 8/11 17/3 22/22
over-redacted [1] 17/3
overcame [1] 17/21
overcoming [1] 15/3
overview [1] 8/21

P
page [1] 5/21
Pardis [3] 2/6 4/21 5/4
part [1] 8/9
partially [1] 22/19
participation [1] 9/2
particularized [1] 13/9
particularly [1] 19/12
parties [2] 6/4 6/20
parts [1] 11/14
pass [2] 12/14 13/25
penalty [1] 9/5
pending [2] 8/23 11/25
person [3] 12/3 12/14 20/19
perspective [1] 13/22
persuasiveness [1] 6/14
petitioner [9] 1/8 1/13 1/18 3/3 4/8 4/12 4/24 5/2 6/18
petitioners [6] 5/24 6/1 12/7 19/18 19/22 20/7
plaintiffs [1] 14/10
pleadings [1] 10/23
please [2] 4/12 5/2
position [3] 13/12 19/5 19/16
possible [2] 11/12 20/20
posture [2] 19/10 22/3
potential [3] 6/21 9/6 18/9
potentially [2] 17/16 19/18
power [1] 12/24
practice [1] 8/1
preclusion [1] 6/14
predecessor [1] 9/25
prejudice [1] 8/4
preparation [1] 11/22
prepare [1] 10/20
preparing [1] 18/3
present [1] 23/17
presented [1] 14/19
President [8] 7/22 9/2 9/5 9/10 9/16 9/17 9/17 18/10
President's [1] 9/7
presiding [1] 8/11
prevent [1] 11/12
preview [1] 22/14
primary [1] 19/18
prior [1] 19/6
privilege [22] 1/5 6/13 8/7 8/12 9/11 9/14 9/22 9/23 10/15 11/23 11/25 15/3 15/4 15/4 15/8 15/9 17/17 17/21 18/15 18/21 18/24 18/25
probably [2] 5/16 7/6
problem [1] 12/11
problems [1] 18/18
proceeding [2] 13/8 19/6
proceedings [5] 3/1 11/19 15/11 15/17 24/9
Production [1] 3/7
PRODUCTIONS [1] 1/7
PROGRAMS [2] 1/15 4/10
projects [1] 13/2
proper [2] 12/22 16/24
protect [1] 13/1
protected [1] 12/19
protective [1] 22/18
protects [1] 13/4
provide [3] 8/15 9/5 10/14
public [3] 15/1 15/22 16/12
purpose [1] 22/23
purposes [2] 23/3 23/16
put [1] 15/19
putting [1] 15/23

Q
quash [1] 14/3
quashed [1] 8/3
question [10] 5/24 6/9 6/12 8/21 9/19 12/13 14/2 19/13 19/20 20/17
questions [5] 6/4 18/21 20/13 20/16 20/25
quickly [2] 20/7 20/10

R
raise [3] 21/7 21/12 21/19
raised [1] 21/22
rare [1] 13/11
rather [2] 13/21 21/21
RE [1] 1/2
reach [2] 17/16 17/17
reached [1] 19/6
reaching [1] 10/16
read [1] 21/18
realized [1] 18/4
really [3] 11/11 13/15 18/17
reasons [2] 6/14 6/15
received [3] 9/9 9/14 10/17
recitation [1] 15/2
recognize [1] 19/1
reconsideration [1] 8/8
record [3] 3/2 4/7 5/3
red [1] 9/23
redacted [3] 6/10 16/9 17/3
redacting [1] 16/15
redactions [9] 12/10 12/20 12/21 13/21 16/10 16/19 16/24 17/18 18/13
referred [1] 7/2
referring [3] 7/16 10/25 11/4
reflecting [1] 21/2
regards [1] 8/13
relating [1] 8/12
release [2] 12/1 15/15
relevancy [2] 10/14 11/21
relevant [8] 10/12 11/6 13/14 14/7 14/10 14/12 14/18 23/25
relief [1] 13/11
rely [1] 23/18
relying [1] 23/24
remain [1] 23/10
remainder [1] 15/15
remains [1] 15/12
remarkable [1] 20/9
remove [1] 10/10
renew [1] 15/14
renewing [1] 8/4
replow [1] 11/8
reply [1] 20/7
REPORTED [1] 2/10
Reporter [2] 2/10 24/14
representation [2] 7/4 23/21
request [2] 6/1 14/14
requesting [1] 23/12
requests [1] 7/10
require [1] 22/8
required [1] 13/17
requiring [1] 22/11
resolve [1] 19/19
resolved [1] 6/23
respect [3] 10/9 17/7 22/14
respectfully [1] 7/21
respond [3] 17/14 17/25 20/4
respondent [6] 1/11 1/16 1/21 4/9 4/20 4/25
response [4] 19/12 22/9 22/11 22/17
responsibility [1] 13/1
revealed [1] 12/22
revisit [1] 11/10
right [15] 4/1 5/10 6/25 7/15 7/18 12/3 14/22 15/22 16/1 18/8 18/9 18/12 18/19 20/5 24/2
ripe [5] 7/18 10/24 11/5 11/18 14/3
RMR [2] 2/10 24/13
rule [7] 5/15 8/23 11/15 11/15 12/19 20/10 21/14
rules [1] 14/23
ruling [2] 10/18 15/20
rulings [4] 5/19 10/15 16/4 16/6

S
said [6] 7/22 8/10 9/11 12/3 13/18 14/18
same [4] 6/15 18/20 18/21 23/5
sanctions [1] 9/6
say [7] 3/9 7/21 12/8 16/8 16/22 20/1 21/8
saying [2] 10/24 12/11
sealed [3] 16/18 16/20 21/22
second [1] 4/8
secrecy [6] 11/16 12/25 13/1 13/3 13/24 14/21
secret [2] 12/18 13/7
sections [1] 16/16
secured [1] 9/4
see [3] 3/9 6/2 21/8
seek [1] 19/18
seeking [1] 13/13
seem [3] 5/23 6/6 16/23
seems [1] 20/9
seen [1] 21/17
Select [1] 16/11
sense [2] 18/2 18/5
separate [2] 17/15 18/1
September [2] 8/9 10/2
September 3 [2] 8/9 10/2
set [1] 4/2
several [1] 21/12
shall [1] 8/10
Shapiro [3] 3/14 3/15 12/5
she [8] 10/11 10/11 10/25 11/4 14/17 14/19 14/23 22/18
she's [1] 6/12
short [1] 5/21
should [3] 5/20 6/15 9/12
showing [2] 13/9 13/17
simpler [1] 19/19
since [1] 15/13
sit [1] 9/6
situation [1] 14/25
Smith [4] 21/10 21/10 23/8 23/21
so [47] 3/21 3/22 3/23 5/10 6/4 6/9 6/25 7/8 7/25 8/13 8/19 10/4 10/7 10/21 10/22 11/3 11/5 11/25 12/14 12/17 12/24 13/23 13/25 14/8 14/13 14/22 14/23 15/13 16/15 16/19 16/22 17/14 17/25 18/3 19/7 19/21 20/11 20/19 21/25 22/5 22/9 22/21 23/4 23/14 23/17 23/22 23/25
some [9] 5/24 6/5 13/19 14/20 15/7 16/23 18/10 19/9 20/12
someone [1] 20/1
something [2] 17/7 17/12
sorry [5] 5/5 5/6 7/8 17/2 19/25
sort [9] 13/8 13/13 13/16 13/21 13/23 14/16 17/15 20/18 23/16
sound [1] 3/20
sounds [1] 10/22
sources [1] 17/24
Spahr [1] 2/3
Special [2] 21/10 23/21
specific [8] 6/19 7/1 7/13 8/21 9/19 20/14 20/16 23/3
specifically [1] 7/11
stand [5] 5/12 6/2 8/14 10/21 20/18
standard [4] 13/10 20/21 23/2 23/3
start [2] 14/16 18/9
state [4] 3/22 4/12 5/2 8/24
STATES [9] 1/1 1/10 1/14 1/17 1/23 2/7 3/7 4/9 4/25
stay [2] 18/11 18/14

## S

stays [1] 20/9
still [9] 8/23 8/25 9/1 9/7 10/17 10/18 10/19 14/15 14/17
stipulate [1] 15/14
stipulation [1] 7/5
Street [2] 2/3 2/7
strong [1] 13/17
STUDIOS [5] 1/6 1/7 3/4 3/6 3/7
styled [1] 21/13
subject [2] 8/1 8/4
subjects [1] 13/4
submit [1] 22/17
submitted [1] 12/9
subpoena [3] 8/3 8/4 14/6
such [1] 13/10
suffice [1] 7/7
supplemental [1] 19/21
Supreme [1] 13/2
sure [4] 18/12 22/4 23/24 24/3
surprise [1] 16/1
surprised [1] 16/10

## T

take [4] 7/5 16/22 19/5 19/16
taking [1] 8/18
tammy [5] 2/10 2/12 24/13 24/13 24/15
tell [2] 5/10 5/12
term [1] 8/1
test [1] 11/14
testified [2] 18/15 18/20
testimony [4] 14/9 17/21 18/11 18/22
than [2] 13/21 21/21
Thank [9] 4/18 4/19 4/23 12/15 20/24 21/19 22/6 22/13 24/1
Thanks [3] 14/1 21/3 24/2
Thanksgiving [1] 16/3
that [139] 3/10 3/20 4/1 4/13 5/14 5/15 5/17 5/17 5/20 5/23 5/24 6/3 6/6 6/10 6/12 6/16 6/22 7/3 7/4 7/6 7/12 7/20 7/21 7/22 7/23 8/3 8/5 8/6 8/10 8/14 8/16 8/25 9/4 9/9 9/21 9/21 9/22 10/1 10/4 10/4 10/6 10/7 10/8 10/9 10/12 10/17 10/18 10/22 11/11 11/12 11/14 11/16 11/18 11/20 11/21 11/24 12/21 13/10 13/12 13/13 13/15 13/16 13/16 13/16 13/18 13/19 13/23 13/25 13/25 14/4 14/8 14/9 14/11 14/13 14/19 14/22 15/13 15/16 15/18 16/2 16/4 16/10 16/10 16/14 16/14 16/17 16/21 16/22 16/23 16/23 16/24 16/25 17/5 17/6 17/9 17/15 17/16 17/18 17/19 17/20 17/22 17/25 18/2 18/4 18/6 18/13 18/17 18/21 18/23 18/24 18/25 19/1 19/16 19/22 20/11 20/13 20/20 20/24 21/8 21/25 22/1 22/4 22/5 22/9 22/9 22/10 22/10 22/12 22/15 22/16 23/1 23/12 23/15 23/15 23/17 23/18 23/21 23/25 24/8
that's [11] 4/2 5/16 7/18 10/21 16/25 17/5 17/18 18/16 20/4 21/12 23/25
their [1] 13/15
them [3] 6/21 12/9 15/7
then [16] 4/3 8/21 9/12 11/14 12/8 14/16 17/17 18/17 18/24 19/25 20/3 20/4 20/7 20/10 23/5 23/6
theory [1] 14/10
there [14] 3/13 5/25 7/13 8/18 11/13 11/20 14/20 15/6 15/21 16/4 16/10 18/9 22/22 22/25
there's [10] 11/16 13/6 13/8 18/9 18/14 18/17 18/21 22/18 23/9 23/20
these [12] 5/11 5/19 6/7 7/6 7/9 10/23 12/20 16/5 16/10 16/24 18/10 22/25
they [11] 5/20 7/13 7/22 9/22 11/23 12/22 13/13 17/19 18/1 18/8 19/16
things [1] 5/12
think [17] 4/1 5/14 5/16 5/20 7/6 11/8 11/18 12/17 13/12 13/18 13/22 14/13 14/14 15/13 15/23 22/21 23/22
third [1] 6/20
this [34] 3/18 5/12 5/23 6/2 6/4 6/12 7/12 8/6 8/18 10/8 12/9 12/11 12/15 13/8 13/12 14/3 14/14 14/17 15/7 15/21 15/22 16/5 18/3 18/11 19/3 19/9 19/10 19/13 20/18 20/19 21/3 21/4 21/22 22/5
those [12] 6/8 6/11 7/25 14/16 14/20 16/11 16/14 16/16 16/17 16/18 19/3 22/2
though [1] 10/22
thought [2] 23/1 23/16
Threlfall [2] 4/17 5/9
through [2] 18/3 18/13
time [2] 11/9 19/10
Tobin [10] 2/2 3/18 4/15 5/7 5/8 6/6 6/17 14/22 19/23 20/13
today [6] 4/16 5/9 5/22 20/11 21/3 21/20
took [1] 10/11
top [1] 13/12
top-line [1] 13/12
touch [1] 24/3
toward [2] 10/18 15/24
transcript [1] 10/5
transcription [1] 24/9
transfer [9] 5/14 12/4 20/11 22/1 22/15 22/21 23/6 23/13 23/22
transferred [1] 17/6
transferring [1] 5/22
tried [1] 10/3
Trump [5] 7/22 7/24 7/25 9/17 9/17
Trump's [1] 18/11
try [1] 3/14
Tuesday [1] 20/6
turn [1] 18/24
two [3] 9/3 11/13 18/18

## U

unable [1] 20/19
unavailable [1] 17/24
under [7] 5/15 8/25 9/5 10/11 14/9 17/18 21/14
underlying [1] 8/11
understand [5] 18/7 18/12 18/12 22/19 23/2
understanding [1] 7/12
undisputed [2] 9/10 10/10
UNITED [9] 1/1 1/10 1/14 1/17 1/23 2/7 3/7 4/9 4/24
unsealed [2] 5/25 21/25
unsealing [6] 14/7 14/11 18/5 21/14 23/10 23/13
until [2] 20/5 20/6
up [4] 6/2 13/21 16/2 22/25
update [3] 5/25 8/15 20/14
us [8] 4/16 10/5 10/12 14/8 21/8 22/2 22/17 23/14
useful [2] 10/16 11/21

## V

version [2] 16/9 16/9
versions [1] 6/10
versus [3] 3/7 4/9 4/25
very [2] 13/10 24/2
VIA [1] 1/22
view [2] 9/23 13/23

## W

wait [2] 15/20 18/13
waive [1] 12/25
waived [3] 18/15 18/24 19/1
waiver [1] 18/9
want [9] 3/14 3/22 4/3 5/24 6/8 11/8 16/22 20/7 21/24
wanted [9] 5/11 6/2 13/24 17/7 17/12 21/7 21/19 22/1 23/4
warrant [1] 8/8
warranted [1] 13/19
was [18] 8/15 8/20 9/15 9/18 9/23 9/24 10/17 16/15 16/19 16/20 16/21 17/4 18/13 18/16 19/11 19/11 19/12 22/16
Washington [7] 1/6 1/14 1/20 2/4 2/8 2/11 24/15
way [6] 12/17 14/4 14/6 14/19 16/21 19/19
we [90] 3/2 3/8 3/9 3/23 6/5 6/19 6/23 7/4 7/4 7/10 7/12 7/16 7/21 7/23 8/2 8/2 8/5 8/5 8/23 8/25 9/1 9/3 9/4 9/7 9/9 9/11 9/20 9/22 10/1 10/1 10/1 10/2 10/4 10/4 10/5 10/7 10/7 10/8 10/17 10/18 10/19 10/21 11/17 11/17 12/20 12/24 12/25 14/3 14/13 14/14 14/18 15/7 15/10 15/11 15/13 15/14 15/16 15/24 16/6 17/19 17/19 17/22 18/3 18/12 18/12 18/12 18/21 19/8 20/8 20/14 20/16 21/7 21/9 21/13 21/22 21/24 21/25 22/3 22/5 22/14 22/16 22/21 22/25 23/1 23/9 23/12 23/15 23/16 23/16 23/23
we'll [1] 24/3
We've [1] 10/3
Wednesday [1] 20/5
week [4] 19/23 20/3 22/9 22/11
weeks [2] 9/3 16/3
well [8] 5/24 7/10 11/13 11/15 13/25 18/1 23/6 23/22
were [9] 9/20 10/24 10/25 12/22 16/10 16/10 16/17 16/18 21/25
Weren't [1] 16/11
what [7] 7/8 10/11 15/12 16/15 16/20 18/16 19/8
what's [3] 8/18 12/6 22/10
whatever [2] 15/12 15/18
when [5] 8/10 9/20 10/24 11/23 12/20
where [8] 5/12 6/2 8/13 10/21 13/6 14/6 20/9 20/18
whether [6] 6/13 10/15 11/12 14/2 14/17 15/22
which [17] 4/8 5/21 7/1 8/13 11/22 12/7 13/9 16/3 18/7 19/6 19/16 19/19 20/9 20/22 21/7 21/8 21/21
who [2] 5/18 15/8
whole [1] 11/24
why [11] 3/8 6/9 6/11 6/15 14/22 17/20 17/22 17/23 19/21 19/22 22/4
will [22] 3/9 5/13 5/21 7/5 7/25 8/12 9/11 10/14 13/25 15/10 15/16 19/25 20/3 20/4 20/5 20/6 20/10 20/10 21/2 22/5 22/8 22/9
willing [2] 14/14 19/15
within [1] 19/23
without [2] 8/4 8/17
witness [2] 11/22 18/14
witnesses [12] 7/12 7/14 7/16 8/13 12/8 12/18 12/22 13/4 13/20 15/7 15/16 19/18
woefully [1] 9/15
woman [1] 11/3
won [1] 19/6
won't [2] 15/14 17/6
words [1] 10/4
workaround [1] 3/21
working [1] 9/17
works [1] 3/10
would [44] 5/23 6/6 6/7 7/3 7/6 7/20 7/21 8/5 8/7 10/7 10/15 11/9 11/18 11/21 12/1 12/13 13/21 14/5 14/7 14/10 14/10 14/11 14/15 14/17 14/20 16/25 17/19 17/25 18/21 19/16 20/6 20/21 20/22 21/24 22/4 23/1 23/2 23/6 23/10 23/14 23/16 23/20 23/23 23/25
wouldn't [1] 17/17

## Y

Yeah [1] 16/1
yes [7] 3/15 4/4 4/6 14/1 16/13 19/24 23/12
yesterday [2] 21/9 21/23
yet [1] 21/16
you [63] 3/9 3/13 3/14

Y

you... [60] 3/17 3/22 3/23 4/3 4/4 4/18 4/19 4/23 5/10 5/12 6/2 6/7 6/7 6/8 6/9 6/16 6/25 7/1 7/5 7/8 8/20 10/24 10/25 11/9 11/10 11/20 11/25 12/2 12/3 12/9 12/9 12/15 13/9 13/12 13/18 14/25 15/1 15/10 15/12 15/20 16/22 17/17 18/8 19/22 19/22 20/3 20/7 20/18 20/21 20/24 21/7 21/15 21/19 21/24 22/1 22/3 22/6 22/13 23/18 24/1
your [57] 3/9 3/11 3/18 3/22 3/24 4/12 4/16 4/21 5/2 5/5 5/6 6/17 6/19 7/6 7/10 7/11 7/17 7/20 8/3 8/20 9/19 9/24 10/2 10/5 10/6 10/7 10/13 10/13 10/21 11/7 11/8 11/9 12/12 12/21 13/6 13/18 14/24 15/13 15/24 16/7 16/13 16/13 17/2 17/4 17/8 19/24 21/1 21/5 21/6 21/8 21/16 22/6 22/13 22/24 23/7 23/20 24/1

Z

ZOOM [1] 1/22