UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S NOTICE OF PARTIALLY SEALED FILING OF NOTICE AND PLAINTIFF'S EXPERT REPORT <u>IN CONNECTION WITH PENDING DISCOVERY MOTIONS</u>**

Defendant the British Broadcasting Corporation (the "BBC), by and through its undersigned counsel, respectfully submits this Notice of Filing Plaintiff's Expert Report in Connection with Pending Discovery Motions.[1] [redacted] By embracing this theory, Plaintiff has necessarily acknowledged the probative value—and therefore the discoverability—of the records pertaining to businesses associated with Plaintiff. These are precisely the records that the BBC seeks in its pending motions to compel 1) Plaintiff's responses to the BBC's disputed Requests for Production, specifically Requests 56 to 125, pertaining to Plaintiff's damages, *see* ECF No. 138; 2) discovery from The Donald J. Trump Revocable Trust (the "Trust"), *see* ECF No. 52; and 3) the application numbers and fees at Mar-a-Lago Club, LLC, which the Court granted but which is currently the subject of an objection by Plaintiff, *see* ECF Nos. 187, 200, 210.

In opposing the BBC's pending motions to compel damages-related discovery into topics such as his business dealings, Plaintiff has told this Court that his reputation—and thus the

[1] Because Plaintiff has designated the Report as Confidential pursuant to the Protective Order, the BBC sought and the Court granted leave to file this Notice and the Report under seal. *See* ECF Nos. 213, 217.

appropriate measure of damages—is independent of his numerous business entities, many of them name-brand. *See, e.g.*, ECF No. 139 at 3 ("The First Amended Complaint alleges injury to President Trump's personal reputation, not business or brand damages."). However, on October 30, 2026, Plaintiff disclosed to the BBC the Expert Report of Dr. Larry Chiagouris (the "Report"), attached hereto as Exhibit A, which supports ***the BBC's position*** that business and financial documents from Plaintiff and his Trust are highly relevant under the parameters of discovery.[2]

[redacted] The Report thus undermines Plaintiff's position that the measure of damage to his reputation is entirely independent from the financial well-being of his numerous business entities. *See, e.g.*, Oct. 22, 2026 Hr'g Tr. at 48:18-49:2 ("That issue of deterring someone from dealing with the president as a result of a statement . . . That is not a way to measure damages for the president.").

To be clear, the unreliability of the Report is not an issue for today. [redacted] the BBC should be permitted to obtain records in discovery that will show whether those products and services, in fact, suffered any financial harm in connection with the Documentary.

For the foregoing reasons, and those previously briefed and argued, the BBC respectfully requests that the Court grant its pending motions to compel 1) Plaintiff's responses to its disputed Requests for Production pertaining to Plaintiff's damages, at Requests 56 to 125 [ECF No. 138];

[2] *See also* ECF No. 200 (likewise finding that the BBC's subpoena to Mar-A-Lago Club, LLC "is a permissible basis of inquiry" because, *inter alia*, "[t]he Amended Complaint alleges Defendant's defamatory actions 'injured President Trump in his profession, occupation, and trade,' 'damaged President Trump in his occupation,' and 'damaged his professional reputation'") (quoting Am. Compl. ¶¶ 135, 139).

and 2) discovery from The Donald J. Trump Revocable Trust [ECF No. 52]. Furthermore, and as Defendant will further argue, Plaintiff's Objections to the Magistrate Judge's Order, *see* ECF No. 210, lack merit, as evidenced in part by Plaintiff's own expert report.

Dated: November 13, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya D. Gandhi
Florida Bar No. 1075387
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on November 13, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin