# Exhibit A
# Filed Under Seal