UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,

Plaintiff,

v. Case No. 1:25-cv-25894-JTK

BRITISH BROADCASTING CORP.,

Defendant.

**NOTICE OF PARTIALLY SEALED FILING**

Pursuant to S.D. Fla. Local Rule 5.4, and the Court's Order Granting the BBC's Unopposed Partial Motion to Seal (ECF No. 217), Defendant the British Broadcasting Corporation ("the BBC"), by and through its undersigned counsel, hereby gives notice of the partially sealed filing of their Notice of Filing Plaintiff's Expert Report in Connection with Pending Discovery Motions and the sealed filing of Exhibit A thereto, Plaintiff's expert report and accompanying exhibits, which were docketed under seal at ECF No. 220 on November 13, 2026. *See* S.D. Fla. L.R. 5.4(b)(1) ("If the Court grants the motion to file under seal, then the moving party shall file any . . . document that has been authorized to be filed under seal via CM/ECF . . . as an attachment to a 'Notice of Sealed Filing'").

Dated: November 13, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: *<u>/s/ Charles D. Tobin</u>*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya D. Gandhi
Florida Bar No. 1075387
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on November 13, 2026, which served the same electronically upon all counsel of record.

*/s/ Charles D. Tobin*
Charles D. Tobin