**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-25894-JTK**

**PRESIDENT DONALD J. TRUMP**,
an individual,

Plaintiff,

v.

**BRITISH BROADCASTING CORP**.,

Defendant.
______________________________________/

**ORDER GRANTING SECOND JOINT MOTION**
**TO EXTEND AND REQUIRING CONFERRAL**
**AND SCHEDULING OF PLAINTIFF'S DEPOSITION**

**THIS CAUSE** comes before the Court upon Plaintiff Donald J. Trump and Defendant British Broadcasting Corporation Second Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial. [ECF No. 222]. Having reviewed Joint Motion, and being otherwise fully advised in the premises, the Court grants the motion for the reasons set forth below.

On October 27, 2026, Magistrate Judge Enjolique A. Lett ordered Trump to sit for his deposition on or before December 11, 2026. [ECF No. 202]. Magistrate Judge Lett correctly explained that the December 11, 2026, deadline was reasonable in light of the December 18, 2026 discovery cutoff. *Id*. Notably, the December 18, 2026, cutoff date was jointly proposed by the parties. [ECF No. 140, pg. 6].

On November 10, 2026, Trump filed an Expedited Motion to Stay Enforcement of the order requiring him to sit for his deposition on or by December

11, 2026. [ECF No. 211]. In that motion, Trump stated that the motion to stay be granted pending "his soon-to-be filed Motion to Extend the Discovery Deadline, Pretrial Deadlines, and Trial Date." *Id.* at pg. 1. Trump explained that "the Parties are conferring over the contents of the motion to extend, and may present it as a joint motion. However, if the Parties are unable to reach an agreement to do so, President Trump shall file his own motion seeking similar relief." *Id.* at 2. Based on those statements, the Court ordered the parties to file motions for scheduling extensions on or before November 16, 2026. [ECF No. 216].

The parties now jointly ask for a brief extension of certain pretrial deadlines and to continue trial. [ECF No. 222]. The Court acknowledges that "high respect" is owed to the office of the President, and such respect should inform the "timing and scope of discovery." *Clinton v. Jones*, 520 U.S. 681, 707 (1997). And the "general rule that a plaintiff must sit for deposition in the forum in which he filed suit 'gives way if the plaintiff can show undue burden or hardship.'" *Marrero Enters. of Palm Beach, Inc. v. Estefan Enters., Inc.*, 2009 WL 3048698, at *2 (S.D. Fla. Sept. 18, 2009) (quoting *Levick v. Steiner Transocean Ltd.*, 228 F.R.D. 671, 672 (S.D. Fla. 2005))).

At the same time, Trump "is a willing participant in the [ ] proceedings" and the high respect owed to the Executive Branch that was discussed in *Clinton v. Jones* "protects the Executive from undue burdens imposed by other[s]…, not burdens which the Executive willingly accepts." *Alexander v. Trump*, 413 So. 3d 795, 799-800 (Fla. 4th DCA 2025) (Klingensmith, C.J.).

It is Trump's case, so he should expect to be deposed. It appears he acknowledges that reality. [ECF No. 222, pg. 2]. In fact, Trump agreed to "make himself available for deposition between January 11, 2027, and January 22, 2027." [ECF No. 216, pg. 5; *see also* ECF No. 222, pg. 2 ("he has committed to a defined deposition window of January 11 through January 22, 2027.")].

To ensure that the Parties' competing interests are addressed, the Court finds an extension to the discovery deadlines more than appropriate. And the Parties agree, hence why they filed this motion jointly.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion [ECF No. 222] is **GRANTED**.

2. For the reasons stated in the Joint Motion and in the supporting affidavits under Southern District of Florida Local Rule 7.6, the Court finds that good cause exists under Fed. R. Civ. P. 16(b) to extend certain pretrial deadlines set forth in the Order Granting joint Motion to Extend Certain Pretrial Deadlines and Continue Trial [ECF No. 141].

3. Accordingly, the Scheduling Order is hereby altered as follows:

| Event | Existing Deadline | New Proposed Deadline |
|---|---|---|
| Rebuttal Witness Disclosure and Report Exchange | December 1, 2026 | December 3, 2026 |
| Deadline for Plaintiff to Sit for Deposition | December 11, 2026 | January 22, 2027 |
| Discovery Cutoff (Including Expert Discovery) | December 18, 2026 | January 29, 2027 |
| Mediation Deadline | January 8, 2027 | Unchanged |
| Summary Judgment Deadline | January 11, 2027 | February 17, 2027 |
| Pre Trial Motions | February 15, 2027 | March 26, 2027 |
| Trial Ready Date | April 6, 2027 | May 3, 2027 |

4. Additionally, the Parties shall meet and confer to schedule the deposition of Plaintiff Donald J. Trump. The deposition shall be scheduled to occur, and shall be completed, on or before January 22, 2027. The Parties shall file with the court the date and time of the deposition on or before **November 20, 2026, at 12:00pm ET**. If the Parties do not submit an agreed upon date and time by the stated deadline, the Court will schedule a hearing during which the Parties will schedule a date.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 17th day of November 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record