**From:** Tobin, Charles D.
**To:** Ian Corp; Mishkin, Maxwell S.; Dudding, Sasha
**Cc:** Alejandro Brito; Michael O. Mena; Jalaine Garcia; Cassandra Sottile; Aude Piriou; Gandhi, Maya D
**Subject:** RE: Trump v. BBC; Second Joint Motion to Continue Pretrial Deadlines and Trial
**Date:** Thursday, November 5, 2026 12:01:48 PM
**Attachments:** 2026.11.05 Second Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial .docx

---

**External Sender** - From: ("Tobin, Charles D." <TobinC@ballardspahr.com>) Learn More
This message came from outside your organization.

Thanks Ian. We have now had the chance to review this with our client. Attached is our revision to the joint motion over yours.

On your edits to the joint motion: the BBC will not agree to including language that contemplates the plaintiff taking more than the 10 depositions allotted by the federal rules. If you intend to seek relief on that issue from the Court, we can take that up with you separately. Since you have selected Samir Shah and Tim Davie as the plaintiff's 8th and 9th depositions, and you have asked and we have proposed dates for the BBC's expert Dr. Simi's deposition, you are at the allotted number. We therefore have again removed from this draft the additional references to depositions beyond those.

The BBC also can no longer agree to language that characterizes the plaintiff's discovery conduct as "diligent," in light of the extensive motion practice he has forced, the day-long motions to compel hearing on October 22 that was all about his lack of diligence, and the Magistrate Judge's orders finding that he has failed in his discovery obligations. We therefore have reverted back to our proposed language.

As to the numbered points in our emails:

1. The BBC will not agree to this joint motion without a committed date for the President's deposition. It is misleading to invoke the prioritization of the President's official schedule and the *Clinton v. Jones* precedent when he represented to the us and the Court in

**EXHIBIT**
**A**

this case that "matters of national importance" precluded his attendance on October 16, and, instead, he spent that day campaigning and fundraising. Moreover, you are well aware, as your firm was his counsel in the cases, that similar game-playing led to the orders in *Trump v. Cohen* and *Trump v. ABC* requiring that he commit to dates for his deposition. So either we inform the Court in the joint motion that we have an agreed date, location, and a deadline for security arrangements, or the BBC will be unable to sign onto this motion.

2. I will be taking the plaintiff's deposition, and I am committed to preparations after January 14 for a trial in another matter, so his deposition must take place before then. He has had plenty of time to sort his calendar, and he still will have months to plan around the date he commits to.

3. Samir Shah and Tim Davie are available on January 25 or 26 for their depositions in London.

4. Until and unless there is an order from the Court relieving the plaintiff of the deadlines Magistrate Judge Lett ordered, we will expect him to obey those deadlines. We will address any failures to do so with the Court.

Thank you,
Chuck

logo

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Thursday, November 5, 2026 11:31 AM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>

**Cc:** Alejandro Brito <abrito@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC; Second Joint Motion to Continue Pretrial Deadlines and Trial

⚠ EXTERNAL

Following up, Chuck.

We'd appreciate a response promptly. Thank you.

Best regards,

**Ian Michael Corp**

BRITO PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Ian Corp
**Sent:** Wednesday, November 4, 2026 12:52 PM
**To:** 'Tobin, Charles D.' <TobinC@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC; Second Joint Motion to Continue Pretrial Deadlines and Trial

Chuck,

Enclosed, you'll find our revisions to the joint motion. You'll see that we've accepted a majority of Defendant's suggested edits. Our rejection of edits in the argument section is to align it with the applicable standard under Rule 16. Just as we represented previously, we will not argue that Defendant's representation in this motion means it has acquiesced that President Trump has been diligent in his discovery efforts.

In addition, here are our responses to your proposal:

1. We've stated previously that we are unable to commit to a date certain for the President's deposition this far out. As the window we've identified approaches, we will communicate that date, pursuant to the direction given to us by the Secret Service, in a secure manner. We cannot publish that date in a public filing.

2. As you know, established law requires that special deference must be afforded for the President's deposition. Garden-variety scheduling constraints are an insufficient basis to not disavow those settled principles of law. If you have a truly immovable event or commitment that takes precedence over the deposition of the President of the United States, please let us know what that is so we can confer with our client.

3. We may not have an objection to this. However, we are interested in knowing what dates you are considering for these depositions in light of the scheduling constraints that you raised in paragraph 2. Do you have specific dates in mind?

4. We don't agree that it is proper to withhold Defendant's agreement to the joint motion unless President Trump waives his rights to seek relief from the Magistrate's Orders. To that end, we will be filing an objection to and appeal from Magistrate Judge Lett's Orders at ECF No. 198, 200, and 202. We anticipate that Defendant will object, but if you agree, please let us know so we can record your position. We intend to file the objection today.

Let us know your position on the above and if the revised joint motion is acceptable. If you believe a phone call would be productive to discuss any of these matters, let us know and we'll make ourselves available.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Tuesday, November 3, 2026 11:55 AM
**To:** Ian Corp <icorp@britopllc.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC; Second Joint Motion to Continue Pretrial Deadlines and Trial

Ian,

Thank you for sending the proposed extended schedule and draft joint motion. The BBC is open to the extensions you have requested, but we will need your agreement to the following before the motion is submitted to the Court:

1. President Trump needs to pick a date certain for his deposition, and as you'll see, we will recite that in the Joint Motion.
2. Due to scheduling constraints on our side, the deposition must take place on or before January 14, 2027.
3. We will move the depositions of the BBC's Chair and former Director-General to occur following President Trump's deposition.
4. President Trump will comply with Judge Lett's discovery orders, other than the date of the President's deposition. That means you will serve the

privilege log by November 5, 2026, produce the undisputed documents by November 23, the schedule that the Court ordered for further briefing on the Trust subpoena will remain intact, and you will adhere to any deadlines set in the forthcoming order on the motion concerning disputed discovery requests.

Attached is our redline to your draft joint motion. If you would like to discuss this live, please let us know when you are available for a call. If not, please let us know that we are agreed on these points and send us any further revisions to the joint motion.

Best,
Chuck

logo

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Tuesday, November 3, 2026 9:55 AM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** RE: Trump v. BBC; Second Joint Motion to Continue Pretrial Deadlines and Trial

⚠ EXTERNAL

Counsel,

Let us know if you have any edits. We intend to file this tomorrow.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Ian Corp
**Sent:** Thursday, October 29, 2026 2:17 PM
**To:** Tobin, Charles D. <tobinc@ballardspahr.com>; Mishkin, Maxwell S. <mishkinm@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Cc:** Alejandro Brito <abrito@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Subject:** Trump v. BBC; Second Joint Motion to Continue Pretrial Deadlines and Trial

Counsel,

Please see the attached draft joint motion and proposed order. These are subject to further edits from our client, but please advise if you have any revisions.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.