UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**JOINT NOTICE REGARDING SCHEDULING OF PLAINTIFF'S DEPOSITION**

Plaintiff President Donald J. Trump ("Plaintiff") and Defendant British Broadcasting Corporation (the "BBC") (collectively, "the "Parties"), by and through undersigned counsel and pursuant to the November 17, 2026 Order Granting Second Joint Motion to Extend and Requiring Conferral and Scheduling of Plaintiff's Deposition (ECF 223) (the "Scheduling Order"), hereby file this Joint Notice Regarding the Scheduling of Plaintiff's Deposition. The Court's Scheduling Order provided:

> [T]he Parties shall meet and confer to schedule the deposition of Plaintiff Donald J. Trump. The deposition shall be scheduled to occur, and shall be completed, on or before January 22, 2027. The Parties shall file with the court the date and time of the deposition on or before **November 20, 2026, at 12:00pm ET**. If the Parties do not submit an agreed upon date and time by the stated deadline, the Court will schedule a hearing during which the Parties will schedule a date.

*See* Scheduling Order at 4 (emphasis in original).

**The Parties' Positions**

**Defendant's Position:**

Plaintiff now defies the Court's clear order to file a notice with "the date and time of [his] deposition on or before **November 20, 2026, at 12:00pm ET**." *Id.* at 4. Plaintiff also did not comply with the Magistrate Judge's October 27, 2026 Order (ECF 202), before entry of the new Scheduling Order, to provide a date certain for his deposition. As the Court has made plain, "[i]t is Trump's case, so he should expect to be deposed." Scheduling Order at 3; *see also* ECF

202 ("There can be no dispute that all parties, even some non-parties, must participate in the discovery process. This is especially true of a plaintiff who initiates the lawsuit and seeks affirmative relief.").

As the Court is aware, President Trump's deposition was, after much foot-dragging, initially scheduled for October 16, 2026 (ECF 188). On September 28, 2026, however, Plaintiff's counsel informed the BBC that "the President is no longer available for his deposition on October 16 due to other matters of national importance." *See* ECF 181-2 at 3. He spent that day campaigning and fundraising (ECF 188). Plaintiff's claim to be unavailable on *any* date before the close of discovery led the BBC to file a motion to compel (ECF 181). At the October 22 discovery hearing, and in an October 27 written order, the Court granted the motion and directed the deposition to occur before December 11 under the then-operative schedule or a date "within the extended discovery period," providing that "[f]ailure to do so may result in sanctions, including dismissal of the lawsuit" (ECF 202). The extended discovery period will now close on January 29, 2027, with Plaintiff's deposition to occur between January 11 and 22, 2027. *See* Scheduling Order at 3.

In response to the new Scheduling Order, the BBC promptly contacted Plaintiff's counsel on Wednesday November 18, 2026 asking to meet and confer, but received a reply that evening stating that the Plaintiff instead "will continue operating pursuant to the agreement reached between the parties, as documented in the Second Joint Motion, and we will inform the Court by the November 20, 2026, deadline that we will continue to do so." BBC counsel promptly wrote back on the morning of Thursday, November 19, seeking clarity on whether Plaintiff intended to obey this Court's order to meet and confer, arrive at a date and location certain for the deposition, and notify the Court by 12:00 p.m. on Friday, November 20. Plaintiff's counsel, in a phone call in the late afternoon on November 19, asked if the BBC would agree to a date range for the Plaintiff's deposition, and did not offer a specific "date and time." The BBC will not disobey the Court's Scheduling Order, so its counsel informed plaintiff's counsel that the BBC cannot accept a date range, and that plaintiff is required to propose a specific date and time under the order. No date and time were provided.

In light of the foregoing, the BBC respectfully proposes that the Court now "schedule a hearing during which the Parties will schedule a date." Scheduling Order at 4. The BBC respectfully requests that the hearing be held virtually at a time soon that is convenient to the

Court. The BBC also requests that at the hearing the Court also require Plaintiff to provide the time for the deposition, the secure location where the deposition is to be held, and any other logistics required to ensure Plaintiff's safety with which the BBC and its counsel must comply.

**Plaintiff's Position:**

The BBC has materially misrepresented President Trump's position regarding this matter. President Trump intends to fully comply with this Court's Scheduling Order, as he has complied with all other Orders entered by this Court in this action, including by appealing certain orders. As documented in the Parties' Second Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial, (*See* ECF No. 222 at ¶ 39), the agreement that President Trump and the BBC previously agreed to abide by, and which the Parties stipulated to was that: (a) President Trump will appear for deposition between January 11–22, 2027, (b) counsel for President Trump would seek to receive direction from Secret Service regarding the logistics and security matters surrounding the President's deposition, (c) that upon receiving that direction from the Secret Service, counsel for President Trump would securely inform the BBC's counsel the proposed date, time, and location of the deposition within the above-referenced window, ahead of the deadlines in Local Rule 26.1(h), and (d) that the BBC would then securely serve a notice for President Trump's deposition. Although the Parties reached agreement on this issue, and notified the Court of their agreement, the Court's Scheduling Order instructed the parties to select the date and time of the deposition on or before November 20, 2026, at 12:00pm ET, which varies from the Parties' agreement.

Pursuant to the Court's Scheduling Order, on the afternoon of November 19, 2026, undersigned counsel for President Trump conferred with counsel for the BBC via telephone and via numerous email communications, and inquired whether the BBC would agree to jointly notify the Court that rather than select a date certain at this time for the President's deposition, the Parties desired to continue to abide by the Parties' agreement that was documented in the Parties' Second Joint Motion to Extend Certain Pretrial Deadlines and Continue Trial. *See* ECF No. 222 at ¶ 39. BBC's counsel stated that they have changed their position, would not agree to abide by the Parties' prior agreement, and instead falsely accused President Trump of not complying with the Court's Scheduling Order. Notably, BBC's sudden change of mind

coincides with the Court's recent ruling denying BBC's Motion to Dismiss the defamation count in this case. *See* ECF No. 209.

As President Trump, through counsel, has made clear to the BBC and the Court, counsel for President Trump does not have control over the President's schedule, and does not have control over his security logistics – that is controlled by the Secret Service:

> There is a reason why I did that, your Honor, and there's a reason why I cannot answer Mr. Tobin's request that I provide him with information regarding the security measures that he and his team need to comply with. It is because the Secret Service has one voice, and it's not mine. I have no authority to speak on behalf of the Secret Service. I have represented the president for several years. Mr. Tobin, apparently, has never had the situation present itself where there is a deposition being sought of a president of the United States. I have. I know exactly what I need to do. And, most of it is I need to listen and wait for the direction that I receive from the Secret Service as to when and where the president can be made available.

October 22, 2026, Hearing Transcript at 28:2-14.

Counsel for President Trump must await the Secret Service's instruction and direction before President Trump's deposition can be securely coordinated. Undersigned counsel remains committed to facilitating that process, and informing the BBC's counsel accordingly. President Trump has no objection to the BBC's request for a virtual hearing. However, President Trump respectfully submits that a discovery hearing on this matter is unnecessary because President Trump has repeatedly committed to making himself available for deposition between January 11–22, 2027, and informing the BBC's counsel with sufficient time to file a notice compliant with Local Rule 26.1(h).

Dated: November 20, 2026

Respectfully submitted,

*/s/ Alejandro Brito*
Alejandro Brito
Florida Bar No. 098442
Jalaine Garcia
Florida Bar No. 58632
Ian Michael Corp

Florida Bar No. 1010943
BRITO, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Tel: 305-614-4071
Fax: 305-440-4385
abrito@britopllc.com
jgarcia@britopllc.com
icorp@britopllc.com
apiriou@britopllc.com

Edward Andrew Paltzik
Taylor Dykema PLLC
914 E. 25th Street
Houston, TX 77009
Tel: 516-526-0341
edward@taylordykema.com
(*Admitted Pro Hac Vice*)

*Counsel to Plaintiff,*
*President Donald J. Trump*

*/s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (pro hac vice)
Maxwell S. Mishkin (pro hac vice)
Sasha Dudding (pro hac vice)
Yanni Chen (pro hac vice)
Maya D. Gandhi
Florida Bar No. 1075387
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 20, 2026, the foregoing was served via the Court's CM/ECF System upon all counsel of record.

*/s/ Charles D. Tobin*