**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PRESIDENT DONALD J. TRUMP,
an individual,

Plaintiff,

v.

BRITISH BROADCASTING CORPORATION,

Defendant.

Case No. 1:25-cv-25894-JTK-EAL

**[PLAINTIFF'S PROPOSED] ORDER ON *EXPEDITED* JOINT MOTION FOR DISCOVERY HEARING ON DEFENDANT'S FIRST NOTICE OF DEPOSITION AND AMENDED NOTICE OF DEPOSITION OF DR. LARRY CHIAGOURIS**

THIS CAUSE came before the Court on the issues raised in the Expedited Joint Motion for Discovery Hearing on Defendant's First Notice of Deposition and Amended Notice of Deposition of Dr. Larry Chiagouris ("Joint Motion") filed by Plaintiff President Donald J. Trump ("Plaintiff") and Defendant British Broadcasting Corporation ("Defendant") (together with Plaintiff, the "Parties"). Having reviewed the Joint Motion, having heard the Parties' respective oral arguments at the Discovery Hearing, and for the reasons stated on the record in open court, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's objections as to the Amended Notice defined in the Joint Motion are **SUSTAINED**. The Amended Notice is hereby **QUASHED**, and the Parties are directed to confer to reschedule the deposition of Dr. Larry Chiagouris, which shall occur on a mutually agreeable date and time before the current discovery cutoff expires.

**DONE and ORDERED** in Chambers in Miami, Florida, on this _____ day of November 2026.

______________________________
Enjoliqué A. Lett
United States Magistrate Judge

cc: All Counsel of Record

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK-EAL |

**DEFENDANT'S PROPOSED ORDER ON *EXPEDITED* JOINT MOTION FOR DISCOVERY HEARING ON DEFENDANT'S FIRST NOTICE OF DEPOSITION AND AMENDED NOTICE OF DEPOSITION OF DR. LARRY CHIAGOURIS**

This Court having considered the parties' Joint Motion for Discovery Hearing on Defendant's First Notice of Deposition and Amended Notice of Deposition of Dr. Larry Chiagouris, and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Court denies Plaintiff's request for a protective order as to the deposition of Dr. Chiagouris. Defendant may proceed with its deposition of Dr. Chiagouris on December 1, 2026 per its Amended Notice. If the parties are able to agree on a different date for Dr. Chiagouris's deposition before the close of all discovery on January 29, 2026, and Plaintiff agrees that the deadline for the BBC's rebuttal expert disclosure and report should be extended until seven (7) days after the date on which Dr. Chiagouris's deposition takes place, the undersigned will recommend that such an extension of the BBC's rebuttal expert deadline be granted.

ENTERED this _____ day of __________, 2026.

____________________________
ENJOLIQUÉ A. LETT
UNITED STATES MAGISTRATE JUDGE