UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK |

**DEFENDANT'S NOTICE OF DEPOSITION OF DR. LARRY CHIAGOURIS**

PLEASE TAKE NOTICE that, on December 1, 2026, commencing at 9:30 a.m. ET, Defendant, by and through its undersigned counsel, will take the deposition by oral examination of Plaintiff's expert witness, Dr. Larry Chiagouris, pursuant to Rules 26(b)(4) and 30(b)(1) of the Federal Rules of Civil Procedure. The deposition will be held at the offices of Ballard Spahr LLP, 1675 Broadway, 19th Floor, New York, NY, 10019, and will be recorded by videographer and stenographer.

Dated: November 13, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: /s/ *Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya D. Gandhi

EXHIBIT
B

Florida Bar No. 1075387
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via email.

*/s/ Charles D. Tobin*
Charles D. Tobin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH BROADCASTING CORP.,<br><br>Defendant. | Case No. 1:25-cv-25894-JTK |

**DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF DR. LARRY CHIAGOURIS**

PLEASE TAKE NOTICE that, on December 1, 2026, commencing at 9:30 a.m. ET, Defendant, by and through its undersigned counsel, will take the deposition by oral examination of Plaintiff's expert witness, Dr. Larry Chiagouris, pursuant to Rules 26(b)(4) and 30(b)(1) of the Federal Rules of Civil Procedure. The deposition will be held at the offices of Podhurst Orseck, P.A., 2525 Ponce de Leon, Suite 700, Coral Gables, Florida 33134, and will be recorded by videographer and stenographer.

Dated: November 20, 2026

Respectfully submitted,

**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)

Maya D. Gandhi
Fla. Bar No. 1075387
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via email.

*/s/ Charles D. Tobin*
Charles D. Tobin

**From:** Mishkin, Maxwell S.
**To:** Ian Corp; Alejandro Brito; Jalaine Garcia; Michael O. Mena; Edward Paltzik; Dan Epstein; Cassandra Sottile; Aude Piriou
**Cc:** Tobin, Charles D.; Dudding, Sasha; Gandhi, Maya D; Miller, Richard W.
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris
**Date:** Friday, November 20, 2026 5:15:39 PM
**Attachments:** Trump v. BBC - Amended Notice of Deposition - Dr. Larry Chiagouris.pdf

**External Sender** - From: ("Mishkin, Maxwell S." <MishkinM@ballardspahr.com>) Learn More
This message came from outside your organization.

Counsel,

Per my prior email, attached please find an amended notice for the deposition of Plaintiff's expert witness, Dr. Larry Chiagouris, now to be held at the offices of Podhurst Orseck, P.A., on Tuesday, December 1, 2026, beginning at 9:30 a.m. ET. We will continue to arrange for a Zoom link in the event anyone from Plaintiff's legal team would like to attend remotely. Thank you.

Sincerely,

logo

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Friday, November 20, 2026 9:49 AM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

⚠ EXTERNAL

Max,

The BBC has yet to articulate a single reason (much less provide any authority) why it is entitled to depose Dr. Chiagouris before December 3. We've already told you that we will make him available during the discovery cutoff. Your client's *preference* is insufficient to impose an undue burden on Dr. Chiagouris, who will already spend the holiday weekend preparing for his deposition in another matter. Your threat of seeking sanctions is hollow.

You also fail to articulate any prejudice that the BBC would suffer if a mutual extension was entered by the Court. That would be a rather simple way to resolve this unnecessary dispute that your office has created. You should strongly reconsider.

Also, none of the cases I cited can seriously be interpreted (as you mistakenly suggest) to mean that if the parties disagree, the other side can simply choose any date it wants and force the witness to appear on a date, time, and location that was never agreed to.

Given that the BBC has failed to meaningfully confer on this matter, if it does not withdraw the notice, we will move for protective and seek appropriate relief from the Court.

Let us know your decision.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to

icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Thursday, November 19, 2026 8:46 PM
**To:** Ian Corp <icorp@britopllc.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

Ian,

There are several issues with your latest email.

First, the fact that Dr. Chiagouris is scheduled to be deposed in another matter on December 2 does not make him unavailable on December 1.

Second, the very cases you cite recognize that unilaterally setting a deposition *is* appropriate given "the inability of the parties, after a good faith effort, to agree on mutually convenient dates." *Karakis v. Foreva Jens Inc.*, 2009 WL 113456, at *6 (S.D. Fla. Jan. 19, 2009); *Chavez v. Arancedo*, 2017 WL 3025841, at *3 (S.D. Fla. July 17, 2017) (quoting same).

Third, there is no basis to mutually extend the rebuttal deadline. We told you on November 3 that Dr. Simi was available for his deposition in California (where he lives and works) on November 23-24. You waited until November 11 to respond, at which point you asked if Dr. Simi was available to be deposed in Florida on November 23-24. We responded that same day and reiterated that Dr. Simi was available to be deposed in California, or remotely, on November 23-24. You never responded to that offer. Thus, extending Plaintiff's rebuttal deadline, after Plaintiff failed to timely take the BBC's expert's deposition, because *Plaintiff* has failed to make *his own* expert available for his deposition, would unjustifiably reward a lack of diligence on Plaintiff's part.

To be clear, one of two things will happen tomorrow. Either you can let us know by 5pm ET that you agree to extend the BBC's rebuttal deadline until 7 days after Dr. Chiagouris sits for his deposition, in which case we will take his deposition off the calendar for now, or at 5pm ET we will amend the notice to set Dr. Chiagouris's deposition for Podhurst Orseck's offices on December 1.

If you feel you need to move for a protective order in response to a December 1 deposition date in Florida, even though such an amended notice would still comply with Local Rule 26.1(h), please send us your portion of a joint motion. Please be aware that, absent a protective order, we will proceed with the December 1 deposition, and should Dr. Chiagouris fail to appear, we reserve the right to seek sanctions including, but not limited to, striking his report.

Please let us know how you prefer to proceed.

Thanks,
Max

logo

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Thursday, November 19, 2026 7:11 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

⚠ EXTERNAL

Max,

None of what you stated provides any basis for the BBC to unilaterally notice a deposition for which we did not agree to the time, date, or location. We've specifically told you that Dr. Chiagouris has another deposition the *day after*. Courts in this District have, time and again, chastised parties for unilaterally noticing depositions. *See Chavez v. Arancedo*, 2017 WL 3025841, at *5 (S.D. Fla. July 17, 2017) (granting motion for protective order and denying motion to compel: "Plaintiff's Motion lacks any merit because there was absolutely no justification for unilaterally setting Defendant's deposition on a date that Defendant was

obviously unavailable to appear. And Plaintiff's conduct was also unwarranted because the discovery deadline in this action does not end until June 28, 2018."); *Chico v. Dunbar Armored, Inc.,* 2017 WL 4476334, at *3, n.2 (S.D. Fla. Oct. 6, 2017) ("the unilateral scheduling of depositions is highly disfavored because it leads to unnecessary costs, attorneys' fees, and motion practice"); *Karakis v. Foreva Jens Inc.,* 2009 WL 113456, at *6 (S.D. Fla. Jan. 19, 2009) ("The unilateral setting of depositions (especially coupled with an unwillingness by counsel to reschedule the deposition date) leads to the filing of unnecessary motions, as demonstrated in this case. Such motions are a waste of the parties' time and money, as well as a waste of scare judicial resources.").

To be clear, the deposition, which was improperly noticed, will not proceed on December 1, 2026.

If you want to file a motion with the Court to *mutually* extend the rebuttal deadline, send us a draft, and we'll review it. At this time, we're not authorized to agree to an extension of the rebuttal deadline, but we can certainly confer with our client.

In the meantime, please let us know whether you will withdraw Dr. Chiagouris' notice. Thank you.

Best regards,

**Ian Michael Corp**
BRITO
PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to

icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Thursday, November 19, 2026 1:22 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** Re: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

Max,

Your arbitrary deadlines are unnecessary and are not productive towards meaningful conferral efforts. We will review your email and respond within a reasonable amount of time. Thank you.

Best regards,

Ian Michael Corp

Brito, PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Thursday, 19 November 2026 12:55:57
**To:** Ian Corp <icorp@britopllc.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

Ian,

Again, our deposition notice is proper under Local Rule 26.1(h). We had asked for Dr. Chiagouris's availability on November 3, a month out from the rebuttal deadline, and you waited until November 11 to provide proposed dates of December 15/16 – which would be two weeks after the rebuttal deadline. We responded the same day asking for dates in advance of the rebuttal deadline and you did not respond. We therefore noticed Dr. Chiagouris's deposition for December 1, more than 14 days in advance of the deposition date, as Local Rule 26.1(h) provides for a deposition to take place outside of Florida. That is precisely how Judge Reinhart has advised parties in this District to proceed in such circumstances, *see* https://www.palmbeachbar.org/best-practices-for-discovery-in-federal-court/ (under "Depositions").

We set the deposition to take place in New York because that is where we understand Dr. Chiagouris works (at Pace University). His LinkedIn profile likewise represents that he is located in the "New York City Metropolitan Area." But we understand your email to be telling us that Dr. Chiagouris should be deposed in Miami, instead, and I can confirm that we are happy to take his deposition there, and we'll be glad to send an amended notice (still in compliance with Local Rule 26.1(h)).

Alternatively, as you note, discovery has been extended until January 29, so if you agree to jointly move to extend the BBC's rebuttal expert disclosure deadline until 7 days after Dr. Chiagouris sits for his deposition, we would agree to take the Dec. 1 notice off the calendar.

If we do not hear from you by 5pm ET tomorrow, we will send an amended notice to take Dr. Chiagouris's deposition in Miami on December 1, and if you wish to challenge that, please send us your portion of a joint motion for a discovery hearing. If you prefer to proceed by joint motion to extend the BBC's rebuttal deadline, please let us know and we will prepare that filing. If it would be helpful to discuss any of this by phone, we are available all day today and 12-5pm ET tomorrow.

Thanks,
Max

logo

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Wednesday, November 18, 2026 7:33 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

⚠ EXTERNAL

Max,

As stated previously, the BBC improperly, unilaterally, and without our consent issued an improper notice for Dr. Chiagouris for December 1, 2026, in New York City. Neither the date nor the location was cleared with Dr. Chiagouris or our office. Indeed, Dr. Chiagouris has another deposition that was already scheduled in a different case for December 2, 2026. He simply cannot properly prepare for depositions on consecutive days. Separately, please provide the caselaw that supports your contention that Dr. Chiagouris is required to travel to New York for a deposition in a matter that is taking place in Miami.

Moreover, although it is the BBC's *preference* to depose Dr. Chiagouris before December 3, 2026, there is no *obligation* for him to appear by that date. *Eldridge v. Pet Supermarket, Inc.*, 2019 WL 3406926, at *2, n.1 (S.D. Fla. July 25, 2019) ("Defendant was in receipt of Plaintiff's report back in March 2019 and the argument that a deposition was required before any work could begin on a rebuttal report is entirely unpersuasive."). The expert discovery deadline was just extended through January 29, 2027. If you wanted a further extension of the rebuttal expert report deadline, you should have conferred with us on that when we filed the Second Joint Motion.

Thus, we ask again that the BBC withdraw its notice for Dr. Chiagouris.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Ian Corp
**Sent:** Friday, November 13, 2026 5:36 PM
**To:** 'Mishkin, Maxwell S.' <MishkinM@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

You're wrong, Max. We'll be in touch.

Best regards,

**Ian Michael Corp**

BRITO PLLC
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com

www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Friday, November 13, 2026 5:31 PM
**To:** Ian Corp <icorp@britopllc.com>; Alejandro Brito <abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** Re: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

Ian,

The notice is proper under Local Rule 26.1(h). If you have an alternative date or dates to propose in advance of the rebuttal deadline, as we have requested, we would welcome that and consider amending the notice. If you wish to seek relief from the court, instead, please let us know your availability to confer regarding a joint motion — we would of course expect you to be prepared to offer alternative dates during conferral as well.

Thanks,
Max

logo

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

---

**From:** Ian Corp <icorp@britopllc.com>
**Sent:** Friday, November 13, 2026 5:09 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>; Alejandro Brito

<abrito@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** RE: Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

⚠ **EXTERNAL**

Max,

This unilateral notice is improper because we never agreed to produce Dr. Chiagouris in New York, nor did we indicate that he or our office was available on December 1. So, you should withdraw this notice. If you elect to proceed, we will seek appropriate relief from the Court.

If you want to confer, let us know, and we'll make ourselves available.

Best regards,

**Ian Michael Corp**

BRITO
PLLC

2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
O: 305-614-4071
C: 954-292-3739
Email: icorp@britopllc.com
www.britopllc.com

This message contains information that may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email (send to icorp@britopllc.com) and delete the message. Thank you very much.

---

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Friday, November 13, 2026 5:01 PM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>
**Subject:** Trump v. BBC - Notice of deposition of Dr. Larry Chiagouris

Counsel,

Attached please find a notice for the deposition of Plaintiff's expert witness, Dr. Larry Chiagouris, to be held in our firm's New York office on Tuesday, December 1, 2026, beginning at 9:30 a.m. ET.

We will arrange for a Zoom link in the event anyone from Plaintiff's legal team would like to attend remotely. If anyone will attend in person, please send me their names so that we can provide that to the building receptionist to streamline their entry. Thank you.

Sincerely,

logo

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Mishkin, Maxwell S.
**To:** Cassandra Sottile
**Cc:** Dudding, Sasha; Dan Epstein; Edward Paltzik; Michael O. Mena; Jalaine Garcia; Ian Corp; Aude Piriou; Gandhi, Maya D; Alejandro Brito; Tobin, Charles D.
**Subject:** RE: Trump v. BBC - BBC"s Rule 26(a)(2) Expert Witness Disclosures
**Date:** Wednesday, November 11, 2026 3:37:54 PM

**External Sender** - From: ("Mishkin, Maxwell S." <MishkinM@ballardspahr.com>) Learn More
This message came from outside your organization.

Hi Cassandra,

As to Dr. Simi, he is available on Nov. 23/24 in California (or remotely), but he is not available to travel to Miami for a deposition on either of those days.

As to Dr. Chiagouris, Dec. 15/16 will not work as that would be two weeks after the rebuttal witness disclosure and report deadline. Please let us know if he is available in New York on Nov. 19/20, the dates that Chuck proposed last week.

Thanks,
Max

logo

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Cassandra Sottile <csottile@britopllc.com>
**Sent:** Wednesday, November 11, 2026 11:36 AM
**To:** Tobin, Charles D. <TobinC@ballardspahr.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Dan Epstein <dan@epsteinco.co>; Edward Paltzik <edward@taylordykema.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Ian Corp <icorp@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>
**Subject:** RE: Trump v. BBC - BBC's Rule 26(a)(2) Expert Witness Disclosures

⚠ EXTERNAL

Good morning Counsel,

Our expert is available to appear virtually on December 15th or 16th. Please let us know which date is most convenient for your office.

We are available to take Dr. Simi's deposition on November 23rd or 24th. Please confirm whether he is available to appear in person in Miami on either of those dates.

Thank you.

Kind regards,

**Cassandra Sottile, J.D.**
Paralegal
BRITO PLLC
**Brito, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: (305) 614-4071
Fax: (305) 440-4385
Email: csottile@britopllc.com
www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to csottile@britopllc.com),and delete the message. Thank you very much.

**From:** Tobin, Charles D. <TobinC@ballardspahr.com>
**Sent:** Friday, November 6, 2026 2:56 PM
**To:** Cassandra Sottile <csottile@britopllc.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>

**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Dan Epstein <dan@epsteinco.co>; Edward Paltzik <edward@taylordykema.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Ian Corp <icorp@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>
**Subject:** RE: Trump v. BBC - BBC's Rule 26(a)(2) Expert Witness Disclosures

Cassandra, we haven't heard back from you on these dates. Please confirm your preferences, so that everyone can settle their calendars as these dates are not far off. Thank you.

Chuck

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Tobin, Charles D.
**Sent:** Tuesday, November 3, 2026 6:16 PM
**To:** Cassandra Sottile <csottile@britopllc.com>; Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Cc:** Dudding, Sasha <duddings@ballardspahr.com>; Dan Epstein <dan@epsteinco.co>; Edward Paltzik <edward@taylordykema.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Ian Corp <icorp@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>
**Subject:** RE: Trump v. BBC - BBC's Rule 26(a)(2) Expert Witness Disclosures

Cassandra, Dr. Simi is available for deposition on November 23 or 24. Please let us know which date you prefer. If you are planning to take his testimony remotely, the starting time should be no earlier than Noon EST as he is in California.

We would like to take Dr. Chiagouris' deposition on November 19 or 20, at our New York City office. Please let us know which date is preferable.

Thank you,
Chuck

**Charles D. Tobin**

**O** 202.661.2218 | **F** 202.661.2299 | VCARD
tobinc@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**

**From:** Cassandra Sottile <csottile@britopllc.com>
**Sent:** Monday, November 2, 2026 1:19 PM
**To:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Dan Epstein <dan@epsteinco.co>; Edward Paltzik <edward@taylordykema.com>; Michael O. Mena <mmena@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Ian Corp <icorp@britopllc.com>; Aude Piriou <apiriou@britopllc.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>; Alejandro Brito <abrito@britopllc.com>
**Subject:** RE: Trump v. BBC - BBC's Rule 26(a)(2) Expert Witness Disclosures

⚠ **EXTERNAL**

Good afternoon,

Please provide your availability for the deposition of BBC's expert.

Thank you.

Kind regards,

**Cassandra Sottile, J.D.**
Paralegal

BRITO PLLC

**Brito, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: (305) 614-4071
Fax: (305) 440-4385
Email: csottile@britopllc.com

www.britopllc.com

[INFO] -- Content Manager:
This message contains information which may be confidential and/or privileged. Unless you are the intended addressee (or authorized to receive this message for the addressee), you may not use, copy, or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail (send to csottile@britopllc.com),and delete the message. Thank you very much.

**From:** Mishkin, Maxwell S. <MishkinM@ballardspahr.com>
**Sent:** Friday, October 30, 2026 9:34 PM
**To:** Alejandro Brito <abrito@britopllc.com>; Ian Corp <icorp@britopllc.com>; Jalaine Garcia <JGarcia@britopllc.com>; Michael O. Mena <mmena@britopllc.com>; Edward Paltzik <edward@taylordykema.com>; Dan Epstein <dan@epsteinco.co>; Cassandra Sottile <csottile@britopllc.com>; Aude Piriou <apiriou@britopllc.com>
**Cc:** Tobin, Charles D. <TobinC@ballardspahr.com>; Dudding, Sasha <duddings@ballardspahr.com>; Gandhi, Maya D <gandhim@ballardspahr.com>; Chen, Yanni <cheny@ballardspahr.com>
**Subject:** Trump v. BBC - BBC's Rule 26(a)(2) Expert Witness Disclosures

Counsel:

Attached please find the BBC's Rule 26(a)(2) Expert Witness Disclosures. Thank you.

Sincerely,

**Maxwell S. Mishkin**
He/Him/His

**O** 202.508.1140 | **M** 610.952.6842 | VCARD
mishkinm@ballardspahr.com
Washington, DC

**www.ballardspahr.com | LinkedIn**