UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP,

Plaintiff,

v.

BRITISH BROADCASTING CORP.,

Defendant.

Case No. 1:25-cv-25894-JTK-EAL

**DEFENDANT'S NOTICE REGARDING PLAINTIFF'S NON-COMPLIANCE WITH DOCUMENT PRODUCTION DEADLINE IN DISCOVERY ORDER (ECF 198)**

Defendant the British Broadcasting Corporation (the "BBC"), by and through the undersigned counsel, respectfully submits this Notice to inform the Court that Plaintiff did not produce any documents by the November 23, 2026 deadline set in the Court's Order, ECF 198. As the Court ordered at the October 22, 2026 discovery hearing (and reiterated in a written order):

> Plaintiff shall produce his privilege log on or before **November 5, 2026** and any remaining responsive documents to the RFPs about which there remains no dispute, *see* ECF No. 176-1, no later than **November 23, 2026**. Failure to comply with this order may result in sanctions, including but not limited to, dismissal of this action for failure to prosecute this case.

ECF 198; *see also* Oct. 22 Hr'g Tr. ("Tr.") at 19:2-20:17, ECF 197.

On November 23, 2026, Plaintiff neither produced any documents nor informed the BBC that he would not be doing so. Moreover, as the Court is aware, Plaintiff's November 5, 2026 privilege log listed only 34 entries, each of which was a communication within Plaintiff's counsel's law firms in this matter, withheld as attorney work-product. ECF 208-1.

To date, despite the Court's orders, Plaintiff has made only two productions: 135 documents on July 14, 2026, and 20 documents on October 2, 2026, all of which were either pulled

from the internet shortly before production or pulled from the BBC's own productions to Plaintiff. On October 21, 2026, in response to the Court's order that Plaintiff produce "the documents responsive to Defendants' First Requests for Production about which there remains no dispute" before the October 22, 2026 discovery hearing, *see* ECF 180, Plaintiff's counsel stated, "President Trump does not have additional documents to produce at this time." ECF 195. To date, Plaintiff's counsel has neither produced nor included on a privilege log a single communication with Plaintiff or his advisors. By contrast, over the past eight months, the BBC has made thirteen productions consisting of 9,371 documents and 114,266 pages, along with a 425-page privilege log.

Plaintiff's lack of productions, therefore, again underscore the Court's "concerns about whether an adequate search for all responsive documentation occurred," based on "the nature of the requests, the paucity of the production, and the steps counsel undertook to ensure that all responsive documents were collected." ECF 198; *see also* Tr. at 18:17-20 (Court stating, "it just kind of strains credulity that a thorough search has been done in order to determine that all of these requests have been responded to"). This is far from the "strict compliance" required by this Court. ECF 183.

Accordingly, the BBC respectfully requests that Plaintiff be required to produce any remaining documents responsive to the undisputed discovery requests within 7 days.[1] The BBC also renews its request that the Court order Plaintiff to, within 7 days, submit a declaration detailing the steps he has taken to search for, review, and log documents responsive to the BBC's document

[1] Plaintiff also has not responded to the BBC's previously objected-to requests for admission. *See* ECF 186-2 at 2 (listing requests 15, 83-85, 89-92, 101, 103, 105, and 107-108); Tr. at 151:13-20 (Court noting, "I'm just going to include those in my order to say, 'also respond to these within 14 days'"), 151:21-25 (Plaintiff's counsel stating, "we will do so within 14 days"). At this late juncture, the BBC respectfully requests that the Court require Plaintiff's response within 3 days.

requests, including whose documents he has searched, what type of documents he has searched for, and how he has performed those searches. *See* Tr. at 16:1-7 (making request); ECF 208 (same). The BBC suggests that the Court consider and issue any sanctions it deems appropriate given Plaintiff's repeated noncompliance with the Court's discovery rulings, up to and including the dismissal of this action.

Dated: November 24, 2026

Respectfully submitted,
**BALLARD SPAHR LLP**
1909 K Street, NW
Washington, DC 20006-1157
Tel: (202) 661-2218
Fax: (202) 661-2299

By: */s/ Charles D. Tobin*
Charles D. Tobin
Fla. Bar No.: 816345
Richard W. Miller (*pro hac vice*)
Maxwell S. Mishkin (*pro hac vice*)
Sasha Dudding (*pro hac vice*)
Yanni Chen (*pro hac vice*)
Maya D. Gandhi
Florida Bar No. 1075387
tobinc@ballardspahr.com
millerrw@ballardspahr.com
mishkinm@ballardspahr.com
duddings@ballardspahr.com
cheny@ballardspahr.com
gandhim@ballardspahr.com

*Attorneys for Defendant*